```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A03-0174--CV (RRB)
                "JOHN GILBERT V APC NATCHIQ INC"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/20/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (710) Fair Labor Standards Act

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 06/20/03 receipt # 40100542
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            GILBERT, JOHN                    Kenneth L. Covell
                                                    712 8th Avenue
                                                    Fairbanks, AK 99701
                                                    907-452-4377
                                                    FAX 907-451-7802

DEF 1.1            APC NATCHIQ INC                  Gregory L. Youngmun
                                                    Delaney, Wiles, Hayes, Gerety
                                                    1007 West 3rd Avenue, Suite 400
                                                    Anchorage, AK 99501
                                                    907-279-3581

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0174--CV (RRB)
                              "JOHN GILBERT V APC NATCHIQ INC"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/20/03
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (710) Fair Labor Standards Act

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 06/20/03 receipt # 40100542
           Trial by: Jury



Document #   Filed      Docket text

     1 -  1  06/20/03   Complaint filed.

     2 -  1  06/20/03   PLF 1 Jury Demand

  NOTE -  1  06/30/03   Issued: Summons for APC Natchiq, Inc.

     3 -  1  07/11/03   DEF 1 Attorney Appearance of Gregory Youngmun for APC Natchiq.

     4 -  1  07/28/03   PLF 1; DEF 1 Stipulation to Transfer Venue of the Case to Anchorage.

     5 -  1  07/31/03   RRB Order granting stipulation to Transfer Venue of the Case to
                        Anchorage (4-1).  cc: cnsl

  NOTE -  2  08/05/03   Case transferred to A03-0174--CV

     6 -  1  08/05/03   RRB Minute Order transferring F03-017CV(RRB) to Anchorage Divisional
                        Office persuant to order at dkt 5.  New case number A03-0174CV(RRB) is
                        to be used on all future pleadings. cc: cnsl

     7 -  1  08/11/03   DEF 1 Answer to Complaint.

     8 -  1  08/12/03   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this order.  cc: cnsl

     9 -  1  09/10/03   PLF 1; DEF 1 Scheduling and Planning  Conference Report.

    10 -  1  09/16/03   PLF 1; DEF 1 Notice of filing original scheduling and planning conf
                        report.

    11 -  1  09/16/03   PLF 1; DEF 1 Scheduling and planning Report.

    12 -  1  09/23/03   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 06/01/04; Dispositive motions deadline 07/05/04; Estimate of
                        trial 5 days TBJ. cc: cnsl

    13 -  1  11/24/03   PLF 1 Preliminary Witness List.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0174--CV (RRB)
                            "JOHN GILBERT V APC NATCHIQ INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 03/24/04 | PLF 1 Stipulation for stay of proceedings pending appeal in A03-0052 CV (RRB) Zuber v APC Natchiq, Inc. |
| 14 - 2 | 03/30/04 | RRB Order granting stipulation for stay of proceedings pending appeal in A03-0052 CV (RRB) (14-1).  cc: cnsl |
| 15 - 1 | 04/11/05 | DEF 1 Stipulation for substitute counsel that the firm of Delisio Moran Gerahty & Zobel, may withdraw and Gregory L. Youngmun of delaney Wiles Hayes Gerety Ellis & Young, Inc. be substituted. |
| 15 - 2 | 04/14/05 | RRB Order granting stipulation for substitute counsel that the firm of Delisio Moran Gerety & Zobel withdraw asn Gregory L. Youngmun be substituted (15-1).  cc: cnsl |
| 16 - 1 | 10/12/05 | RRB Minute Order plf cnsl to file status report re the stay pending appeal in cse A03-0052 CV by 10/31/05.  cc: cnsl |
| 17 - 1 | 11/02/05 | PLF 1 Status Report re: state proceedings. |
| 18 - 1 | 11/04/05 | RRB Amended Scheduling and Planning Order setting pretrial deadlines: Discovery to close 05/01/06; Dispositive motions deadline 06/02/06. cc: cnsl |