IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A03-0174CV (RRB) |

**NOTICE OF EXPERT WITNESS**

COMES NOW, Plaintiff John Gilbert, by and through undersigned counsel, THE LAW OFFICES OF KENNETH L. COVELL, and hereby notifies the court that the following expert may be called to testify at trial in the above-captioned matter:

1. Monte Lynn Jordan
   P.O. Box 75121
   Fairbanks, Alaska 99707
   Telephone: (907) 451-8696

Ms. Jordan is an expert in the calculation of overtime hours and wages due. (See attached Curriculum Vitae.)

DATED this 31st day of January, 2006, at Fairbanks, Alaska.

                             LAW OFFICES OF KENNETH L. COVELL
                             Attorneys for the Plaintiff

                          By: s/ Kenneth L. Covell
                                KENNETH L. COVELL
                                Attorney No. 8611103

This is to certify that a copy of the foregoing has been sent via Class Mail to:

Gregory Youngmun
DeLaney, Wiles, Hayes, Gerety
Ellis & Young, Inc.
Suite 400
1007 West 3rd Avenue
Anchorage, AK  99501

Dated:  January 31, 2006
By:     /s Kenneth L. Covell