Gregory L. Youngmun, Esq.
DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. F03-0017 CI |
| APC NATCHIQ, INC., | ) |
| Defendant. | ) |
| | ) |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

Pursuant to Alaska Local Civil Rule 83.1, it is hereby stipulated and agreed between the undersigned counsel that the law firm of Delaney Wiles may withdraw as attorney of record for Defendant APC Natchiq, Inc., in the above-entitled action and that Patricia Zobel of the law firm of DeLisio Moran Geraghty & Zobel be substituted.

It is further requested that all pleadings, correspondence and material directed to APC Natchiq, Inc., in this action be hereinafter served upon attorney Patricia L. Zobel at the law firm of DELISIO MORAN GERAGHTY & ZOBEL, 943 W. 6TH AVE, Anchorage, Alaska, 99501.

Case 3:03-cv-00174-RRB   Document 20   Filed 02/27/2006   Page 2 of 3

DeLISIO MORAN GERAGHTY & ZOBEL P.C.

Date: 2/17/06

Patricia L. Zobel, 7906067

DELANEY WILES
*Attorneys for APC Natchiq, Inc.*

Date: 2/15/06

Gregory L. Youngmun, #8310160

## CONSENT

APC Natchiq, Inc. hereby consents to the withdrawal of Delaney Wiles as attorneys in this action and to the substitution of DeLisio Moran Geraghty & Zobel as its attorney.

APC Natchiq, Inc., k/n/a
ASRC Energy Services Operations and Maintenance, Inc

By: _____
Jeff Kinneeveauk, President

*STIPULATION FOR SUBSTITUTION OF COUNSEL*
*Gilbert v. APC Natchiq, Inc.*
Case No. F03-0017 CI                                Page 2 of 3

This is to certify that a true
and correct copy of the foregoing
was mailed this __27th__ day of February, **2006**,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, Alaska   99701

_____/s/ John K. Wood_____

*STIPULATION FOR SUBSTITUTION OF COUNSEL*
*Gilbert v. APC Natchiq, Inc.*
Case No. F03-0017 CI                                                                Page 3 of 3