IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                    )
                                 )
                Plaintiff,       )
                                 )
v.                               )
                                 )
APC NATCHIQ, INC.,               )
                                 )
                Defendant.       ) Case No.: 3:03-cv-00174-RRB
_____)

**[PROPOSED] ORDER RE: WITHDRAWAL AND
SUBSTITUTION OF COUNSEL**

Gregory L. Youngmun, having moved to withdraw as counsel for APC Natchiq, Inc., to be replaced and substituted by Patricia L. Zobel,

IT IS SO ORDERED.


DATED:_____          _____
                            THE HONORABLE RALPH R. BEISTLINE
                            UNITED STATES DISTRICT COURT JUDGE



This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 27th day of February, 2006,
to the following:

Kenneth L. Covell, Esq.        Gregory L. Youngmun, Esq.
712 8th Avenue                 Delaney Wiles Hayes Gerety
Fairbanks, AK 99701            1007 W. 3rd Avenue, Suite 400
                               Anchorage, AK 99501

     /s/ Juliana Wood
By _____
     Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

   00101057.DOC - Proposed Order re: Stipulation for Substitution of Counsel
   *Gilbert v. APC*; Case No. 4:03-cv-0017-; Page 1 of 1