IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                         )
                                      )
                Plaintiff,            )
                                      )
v.                                    )
                                      )
APC NATCHIQ, INC.,                    )
                                      )
                Defendant.            )   Case No.: 3:03-cv-00174-RRB
_____)

## ORDER RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Gregory L. Youngmun, having moved to withdraw as counsel for APC Natchiq, Inc., to be replaced and substituted by Patricia L. Zobel,

IT IS SO ORDERED.

DATED: 2/28/06

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00101057.DOC – Proposed Order re: Stipulation for Substitution of Counsel
*Gilbert v. APC*; Case No. 4:03-cv-0017-; Page 1 of 1