IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,                )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
APC NATCHIQ, INC.,           )
                             )
            Defendant.       ) Case No.: 3:03-CV-00174-RRB
_____)
```

## UNOPPOSED MOTION FOR AMENDMENT OF SCHEDULING AND PLANNING ORDER ISSUED BY THE COURT 11/04/05

COMES NOW Defendant, APC Natchiq, Inc., by and through its undersigned counsel, and files the following unopposed motion for extension of times set in the Amended Scheduling and Planning Order issued by the Court 11/04/05.

The parties are in mutual agreement that this motion should be granted and have deliberated in choosing the following dates. This extension is necessary because of Mr. Covell's trial and travel schedule. The parties have selected specific dates for depositions and discovery which meet these deadlines. As a consequence, the parties do not anticipate requesting any further extensions of time from the Court. This motion for modification of the Scheduling and Planning Order is supported by the attached affidavit of counsel.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

102138 – Unopposed Motion for Amendment of the Scheduling
      and Planning Order issued by the Court 11/04/05
*Gilbert v. APC Natchiq*, Case No.: A03-0017 CV; Page 1 of 2

DATED this 19th day of April, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for APC Natchiq, Inc.

           /s/ Patricia L. Zobel
By: _____
        Patricia L. Zobel
        Bar No. 7906067
        E-Mail: pzobel@dmgz.com
        943 West 6th Avenue
        Anchorage, Alaska 99501
        Telephone: (907) 279-9574
        Facsimile: (907) 276-4231

This is to certify that a true copy
of the foregoing was mailed this 19th
day of April, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

    /s/ Jean Adams
By: _____
    Jean Adams

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

102138 – Unopposed Motion for Amendment of the Scheduling
    and Planning Order issued by the Court 11/04/05
*Gilbert v. APC Natchiq*, Case No.: A03-0017 CV; Page 2 of 2