UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  JOHN GILBERT  </u>  v.  <u>  APC NATCHIQ INC.  </u>

DATE:  <u>  April 19, 2006  </u>     CASE NO.  <u>  3:03-CV-0174-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **GRANTING AMENDMENT**

---

    Defendant's Unopposed Motion for Amendment of Scheduling and Planning Order (Docket 24) is hereby **GRANTED**. The discovery deadline is extended until **June 30, 2006**. The deadline for filing motions under the discovery rules, dispositive motions, and motions in limine is extended until **August 4, 2006.**

M.O. GRANTING AMENDMENT