APC/Gilbert OT Wage Recalculations
6/19/01-1/1/02
Day rate of $425.00

| DATE | TOTAL HOURS | | TOTAL DUE |
|---|---|---|---|
| 6/20/2001 | 13 | | |
| 6/21/2001 | 12.5 | | |
| 6/22/2001 | 13 | | |
| 6/23/2001 | 13 | | |
| 6/24/2001 | 11.5 | | |
| | 63 | OT hours  63 - 40 = 23 | |
| | | $2125/63 = $33.73    regular rate | |
| | | $33.73 x .5 = $16.86    OT rate | |
| | | $16.86 x 23 = | 387.78 |
| 6/25/2001 | 12.5 | | |
| 6/26/2001 | 12.5 | | |
| 6/27/2001 | 8 | | |
| 6/28/2001 | 0 | | |
| 6/29/2001 | 0 | | |
| 6/30/2001 | 0 | | |
| 7/1/2001 | 0 | | |
| | 33 | OT hours  9 | |
| | | $1275.00/33 = $38.63    regular rate | |
| | | $38.63 x .5 = $19.31    OT rate | |
| | | $19.31 x 9 = | 173.79 |
| week of 7/2 | off | | |
| week of 7/9 | off | | |
| 7/16/2001 | 0 | | |
| 7/17/2001 | 0 | | |
| 7/18/2001 | 7 | | |
| 7/19/2001 | 11.5 | | |
| 7/20/2001 | 11.5 | | |
| 7/21/2001 | 12 | | |
| 7/22/2001 | 16 | | |
| | 58 | OT hours  58 - 40 = 18 | |
| | | $2125.00/58 = $36.63    regular rate | |
| | | $36.63 x .5 = $18.31    OT rate | |
| | | $18.31  x 18 = | 329.58 |

EXHIBIT  e
PAGE  1  OF  6

| Date | ST Hours | | | TOTAL DUE |
|---|---|---|---|---|
| 7/23/2001 | 12 | | | |
| 7/24/2001 | 12 | | | |
| 7/25/2001 | 11.5 | | | |
| 7/26/2001 | 12.5 | | | |
| 7/27/2001 | 12.5 | | | |
| 7/28/2001 | 13 | | | |
| 7/29/2001 | 11.5 | | | |
| | 85 | OT Hours  85 - 40 = 45 | | |
| | | $2975.00/85 = $35.00 | regular rate | |
| | | $35.00 x .5 = $17.50 | OT rate | |
| | | $17.50 x 45 = | | **787.50** |
| 7/30/2001 | 12.5 | | | |
| 7/31/2001 | 12 | | | |
| 8/1/2001 | 12 | | | |
| 8/2/2001 | 12 | | | |
| 8/3/2001 | 11.5 | | | |
| 8/4/2001 | 12 | | | |
| 8/5/2001 | 11.5 | | | |
| | 83.5 | OT hours  83.5 - 40 = 43.5 | | |
| | | $2975.00/83.5 = $35.62 | regular rate | |
| | | $35.62 x .5 = $17.81 | OT rate | |
| | | $17.81 x 43.5 = | | **774.73** |
| 8/6/2001 | 11.5 | | | |
| 8/7/2001 | 12 | | | |
| 8/8/2001 | 8 | | | |
| 8/9/2001 | 0 | | | |
| 8/10/2001 | 0 | | | |
| 8/11/2001 | 0 | | | |
| 8/12/2001 | 0 | | | |
| | 31.5 | OT Hours  7.5 | | |
| | | $1275.00/31.5 = $40.47 | regular rate | |
| | | $40.07 x .5 = $20.23 | OT rate | |
| | | $20.23 x 7.5 | | **151.72** |
| week of 8/13 | off | | | |
| week of 8/20 | off | | | |

EXHIBIT _c_
PAGE _2_ OF _6_

| Date | ST Hours | | | TOTAL DUE |
|---|---|---|---|---|
| 8/27/2001 | 0 | | | |
| 8/28/2001 | 0 | | | |
| 8/29/2001 | 7 | | | |
| 8/30/2001 | 13 | | | |
| 8/31/2001 | 12.5 | | | |
| 9/1/2001 | 12.5 | | | |
| 9/2/2001 | 11.5 | | | |
| | **56.5** | **OT Hours  56.5 - 40 = 16.5** | | |
| | | $2125.00/56.5 = $37.61 | regular rate | |
| | | $37.61 x .5 = $18.80 | OT rate | |
| | | $18.80 x 16.5 = | | **310.20** |
| 9/3/2001 | 13 | | | |
| 9/4/2001 | 13.5 | | | |
| 9/5/2001 | 13 | | | |
| 9/6/2001 | 12.5 | | | |
| 9/7/2001 | 13 | | | |
| 9/8/2001 | 12 | | | |
| 9/9/2001 | 12.5 | | | |
| | **89.5** | **OT hours  89.5 - 40 = 49.5** | | |
| | | $2975.00/89.5 = $33.24 | regular rate | |
| | | $33.24 x .5 = $16.62 | OT rate | |
| | | $16.62 x 49.5 = | | **822.69** |
| 9/10/2001 | 12.5 | | | |
| 9/11/2001 | 12.5 | | | |
| 9/12/2001 | 13 | | | |
| 9/13/2001 | 14 | | | |
| 9/14/2001 | 13 | | | |
| 9/15/2001 | 15.5 | | | |
| 9/16/2001 | 11.5 | | | |
| | **92** | **OT hours  92 - 40 = 52** | | |
| | | $2975.00/92 = $32.33 | regular rate | |
| | | $32.33 x .5 = $16.16 | OT rate | |
| | | $16.16 x 52 = | | **840.32** |
| 9/17/2001 | 13.5 | | | |
| 9/18/2001 | 13.5 | | | |
| 9/19/2001 | 8.5 | | | |
| 9/20/2001 | 0 | | | |
| 9/21/2001 | 0 | | | |
| 9/22/2001 | 0 | | | |
| 9/23/2001 | 0 | | | |
| | **35.5** | **OT Hours  11.5** | | |
| | | $1275.00/35.5 = $35.91 | regular rate | |
| | | $35.91 x .5 = $17.95 | OT rate | |
| | | $17.95 x 11.5 | | **206.42** |

EXHIBIT C
PAGE 3 OF 6

| Date | ST Hours | | | TOTAL DUE |
|---|---|---|---|---|
| week of 9/24 | off | | | |
| week of 10/1 | off | | | |
| 10/8/2001 | 0 | | | |
| 10/9/2001 | 0 | | | |
| 10/10/2001 | 3 | | | |
| 10/11/2001 | 12.5 | | | |
| 10/12/2001 | 12.5 | | | |
| 10/13/2001 | 11.5 | | | |
| 10/14/2001 | 11.5 | | | |
| | **51** | OT Hours 51 - 40 = 11 | | |
| | | $2125.00/51 = $41.66 | regular rate | |
| | | $41.66 x .5 = $20.83 | OT rate | |
| | | $20.83 x 11 = | | **229.13** |
| 10/15/2001 | 13.5 | | | |
| 10/16/2001 | 12.5 | | | |
| 10/17/2001 | 18 | | | |
| 10/18/2001 | 11.5 | | | |
| 10/19/2001 | 11.5 | | | |
| 10/20/2001 | 12 | | | |
| 10/21/2001 | 17.5 | | | |
| | **96.5** | OT Hours 96.5 - 40 = 56.5 | | |
| | | $2975.00/96.5 = $30.82 | regular rate | |
| | | $30.82 x .5 = $15.41 | OT rate | |
| | | $15.41 x 56.5 = | | **870.66** |
| 10/22/2001 | 11.5 | | | |
| 10/23/2001 | 13 | | | |
| 10/24/2001 | 13.5 | | | |
| 10/25/2001 | 16.5 | | | |
| 10/26/2001 | 11.5 | | | |
| 10/27/2001 | 13 | | | |
| 10/28/2001 | 11.5 | | | |
| | **90.5** | OT Hours 90.5 - 40 = 50.5 | | |
| | | $2975.00/90.5 = $32.87 | regular rate | |
| | | $32.87 x .5 = $16.43 | OT rate | |
| | | $16.43 x 50.5 = | | **829.71** |

EXHIBIT c
PAGE 4 OF 6

| Date | ST Hours | | | TOTAL DUE |
|---|---|---|---|---|
| 10/29/2001 | 15 | | | |
| 10/30/2001 | 13.75 | | | |
| 10/31/2001 | 7.5 | | | |
| 11/1/2001 | 0 | | | |
| 11/2/2001 | 0 | | | |
| 11/3/2001 | 0 | | | |
| 11/4/2001 | 0 | | | |
| | **36.25** | OT Hours 12.75 | | |
| | | $1275.00/36.25 = $35.17 | regular rate | |
| | | $35.17 x .5 = $17.58 | OT rate | |
| | | $17.58 x 12.75 = | | **224.14** |
| week of 11/5 | off | | | |
| week of 11/12 | off | | | |
| 11/19/2001 | 0 | | | |
| 11/20/2001 | 0 | | | |
| 11/21/2001 | 3.5 | | | |
| 11/22/2001 | 11.5 | | | |
| 11/23/2001 | 12 | | | |
| 11/24/2001 | 12 | | | |
| 11/25/2001 | 11.5 | | | |
| | **50.5** | OT Hours 50.5 - 40 = 10.5 | | |
| | | $2125.00/50.5 = $42.07 | regular rate | |
| | | $42.07 x .5 = $21.03 | OT rate | |
| | | $21.03 x 10.5 = | | **220.81** |
| 11/26/2001 | 12 | | | |
| 11/27/2001 | 13 | | | |
| 11/28/2001 | 12 | | | |
| 11/29/2001 | 16.5 | | | |
| 11/30/2001 | 11.5 | | | |
| 12/1/2001 | 11.5 | | | |
| 12/2/2001 | 16 | | | |
| | **92.5** | OT Hours 92.5 - 40 = 52.5 | | |
| | | $2975.00/92.5 = $32.16 | regular rate | |
| | | $32.16 x .5 = $16.08 | OT rate | |
| | | $16.08 x 52.5 = | | **844.20** |

EXHIBIT  C
PAGE 5 OF 6

| Date | ST Hours | | | TOTAL DUE |
|---|---|---|---|---|
| 12/3/2001 | 11.5 | | | |
| 12/4/2001 | 16 | | | |
| 12/5/2001 | 13 | | | |
| 12/6/2001 | 13 | | | |
| 12/7/2001 | 11.5 | | | |
| 12/8/2001 | 12 | | | |
| 12/9/2001 | 12 | | | |
| | **89** | **OT Hours  89 - 40 = 49** | | |
| | | $2975.00/89 = $33.42 | regular rate | |
| | | $33.42 x .5 = $16.71 | OT rate | |
| | | $16.71 x 49 = | | **818.79** |
| 12/10/2001 | 13 | | | |
| 12/11/2001 | 11.5 | | | |
| 12/12/2001 | 8 | | | |
| 12/13/2001 | 0 | | | |
| 12/14/2001 | 0 | | | |
| 12/15/2001 | 0 | | | |
| 12/16/2001 | 0 | | | |
| | **32.5** | **OT Hours  8.5** | | |
| | | $1275.00/32.5 = $39.23 | regular rate | |
| | | $39.23 x .5 = $19.61 | OT rate | |
| | | $19.61 x 8.5 = | | **166.68** |

week of 12/17  off
week of 12/24  off
through 1/2    off

**TOTAL AMOUNT DUE**                                           $   **8,988.85**

#104144

EXHIBIT  e
PAGE  6  OF  6