EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **3/25/01**

TOTAL DAYS: **7**

JOB #: **2626**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 19-Mar | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 20-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 21-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 22-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 23-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 24-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 25-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC NATCHIQ

EXHIBIT D
PAGE 1 OF 2

APC0056

# Employee Information Record

**NATCHIQ, INC.**

Oracle Employee ID #: 7480

| COMPANY | | | | |
|---|---|---|---|---|
| ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
| ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

APC PHILLIPS OPERATIONS DEPARTMENT

☐ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☒ Information Change Only — *Rate change*

☐ Transfer  From: ___  To: ___

Supervisor's Release: ___

## PERSONAL INFORMATION (USE BLACK PEN PLEASE)

Kuparuk Emp No. **6804**

Last Name: **Gilbert**  First Name: **John**  MI: **D**
☒ Male ☐ Female
Social Security #: **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**
Date of Birth: **12/1/63**

Mailing Address: ___  City: ___  State: ___  Zip: ___
Physical Address: ___  City: ___  State: ___  Zip: ___
Telephone: ___
Emergency Contact (Name): ___
Emergency Telephone: ___

ASRC Shareholder? ☐ Yes ☐ No   Is Spouse an ASRC Shareholder? ☐ Yes ☐ No
Name of Spouse: ___

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☐ No   Company: ___
Original Employment Date: ___   Separation Date: ___   Previous Supervisor: ___

## EMPLOYMENT INFORMATION (OFFICE USE ONLY)   JVA NO.

☐ Exempt  ☐ Non-Exempt

Organization: **APC PHILLIPS OPERATIONS DEPT**
Job Code: **00000.C**  **Staff Safety Specialist L**
Location: **KUPARUK**

Effective Date: **6/18/01**   Title: **Safety Specialist**
Rate of Pay $ **425**
☐ Hourly  ☒ Day Rate  ☐ Salary
Standard Work Week Hours: **70**
Workers' Compensation Code: **005606**
Project N: **2025**   ACES Code: **10175C**

☒ Full-time -- Regular   ☐ PT Reg<19 hours   ☐ PT Reg>30 hours
☐ Full-time -- Temporary ☐ PT Reg>20 hours  ☐ Part-time -- Temporary

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*   Date Signed: **6/15/01**
Witness Signature: ___   Date Signed: ___
Immediate Supervisor: *Scott McKay*   Date Signed: **6/15/01**
Department Manager: ___   Date Signed: **6/15/01**

02/2000

Training Server Org Code:

APC0025   EXHIBIT **D**   PAGE **2** OF **2**