IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,                  )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
APC NATCHIQ, INC.,             )
                               )
            Defendant.         ) Case No.: 3:03-CV-00174-RRB
_____)
```

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR RULE OF LAW ESTABLISHING FLSA DAY
RATE CALCULATION OF OVERTIME DAMAGES**

THIS MATTER having come before the court on Defendant, APC Natchiq, Inc.'s, Motion for a Rule of Law Establishing the FLSA Day Rate Calculation of Overtime, and the court having considered the memoranda of counsel with authorities and exhibits submitted therein,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The AWHA is silent on the issue of the proper calculation of overtime for employees paid according to a day rate. Thus, it is proper for this court to look to the FLSA. See <u>Whitesides v. U-Haul Co.</u>, 16 P.3d 729, 732 (Alaska 2001). The FLSA's interpretive regulations instruct that overtime for day rate compensated employees must be calculated according to 29 C.F.R. § 778.112. Applying this section to the case at hand, while

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104187 – Proposed Order Re: FLSA Date Rate Calculation of Overtime
*Gilbert v. APC Natchiq*, Case No.: A03-0017 CV; Page 1 of 3

being mindful of the AWHA's more favorable allowance of overtime where an employee works in excess of eight (8) hours per day, results in the calculation urged by the Defendant.

If the Plaintiff is entitled to overtime, then overtime damages shall be calculated as follows:

Step 1: <u>Determine Weekly Compensation</u>: Plaintiff's day rate multiplied by the number of days worked in the workweek.

Step 2: <u>Determine the Regular Rate of Pay</u>: Divide weekly compensation by total hours worked in the workweek.

Step 3: <u>Determine Half-Time Rate</u>: Multiply the regular rate of pay by .5.

Step 4: <u>Determine Overtime Hours</u>: If an employee works less than 40 hours in a workweek, overtime hours are those hours worked in excess of eight (8) in a day. If an employee works more than 40 hours in a workweek, overtime hours are those worked in excess of 40 in the week.

Step 5: <u>Calculate Damages</u>: Multiply the overtime hours by the half-time rate.

DATED:_____

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104187 – Proposed Order Re: FLSA Date Rate Calculation of Overtime
*Gilbert v. APC Natchiq*, Case No.: A03-0017 CV; Page 2 of 3

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 26th day of July, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Juliana Wood
    _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104187 – Proposed Order Re: FLSA Date Rate Calculation of Overtime
*Gilbert v. APC Natchiq*, Case No.: A03-0017 CV; Page 3 of 3