IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,                    )
                                 )
           Plaintiff,            )
                                 )
v.                               )
                                 )
APC NATCHIQ, INC.,               )
                                 )
           Defendant.            ) Case No.: 3:03-CV-00174-RRB
_____)
```

### **[PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT**

THIS MATTER having come before the court on Defendant, APC Natchiq, Inc.'s, Motion for Oral Argument on its underlying Motion for Rule of Law Establishing the FLSA Day Rate Calculation of Overtime Damages, and the court having considered Defendant's request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Oral argument is scheduled for _____.

DATED:_____          _____
                            THE HONORABLE RALPH R. BEISTLINE
                            UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104193 – Proposed Order Granting Motion for Oral Argument
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 26th day of July, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Juliana Wood
    _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104193 – Proposed Order Granting Motion for Oral Argument
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2