Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:03-CV-00174 RRB |

**ORDER**

It is Hereby ordered that the Motion for Oral Argument is DENIED.

_____
District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Sent electronically to the following attorney(s) and/or
parties of record:
**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/1/06
By: ___/s/ Emily S. Ervin_____
        Emily S. Ervin for Kenneth L. Covell