# JOB #626

# APC JOB DESCRIPTION

### DIVISION CLASS – Safety Department

**JOB TITLE: Safety Specialist**

**SUMMARY:** The Safety Specialist works in conjunction with the Safety Supervisor to Provide field support of the APC Health, Safety, and Environmental Program. This includes Permit issuance, Job Safety Auditing and Employee/Supervisor/Client relations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following: Must first and foremost be able and willing to comply with the APC safety policy and the Alaska Safety Handbook. Must be willing and able to lead and educate employees in safe work ethics, practices, and behaviors. Must understand the prioritization of safety, quality, and production, and be willing to work accordingly.

The candidate must be able to conduct confined space testing for entry and permit issuance. Candidate must understanding the use of Industrial Hygiene instruments used to gather qualitative and quantitative information. Candidate must be able to use these instruments in the issuance of hot work, unit work, and confined space entries. Candidate must understand the basis for an industrial hygiene program and methods to implement the program. Candidate must have basic understanding of numerous job tasks and a working understand of how individual craft employee's safety ties into each job. Candidate must have a working knowledge of; incident review, investigation and implementation of corrective actions. Candidate must have a working knowledge of computer databases including; Microsoft Office, Windows, and be able to adapt to existing databases. The candidate must also be able to learn or have a basic understanding of Alaska Worker's Compensation law, and be able to communicate relevant injury information to management. Candidate must be able to effectively use written and verbal communication skills to convey APC/Client Safety policies and procedures. The candidate must be able to implement working solutions to aid supervision in mitigating identified hazards.

May have other duties as assigned.

**QUALIFICATION REQUIREMENTS:**

To perform this job successfully, an individual must be able to perform each essential duty satisfactory. The requirements listed below are representative of the knowledge, skill, and/or required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**EDUCATION and/or JOB-RELATED EXPERIENCE:**

Qualifications for this position include a Bachelor's degree in a safety related field from an accredited school or an Associates degree in a safety related field and two years experience in safety. Otherwise, 8 years experience in a safety related field.

APC0145

**COMPREHENSION SKILLS:**

Ability to read and comprehend ARCO/BP Safety Handbook, documents and P&IDs, and other drawings. Ability to interpret OSHA, ANSI, NFPA, DOT and other safety related standards. Write routine weekly and monthly reports, complete timesheets, update progress reports and computer spreadsheets, and manage and conduct the submission of safety audits.

**MATHEMATICAL SKILLS:**

Comprehensive understanding to the level of College Algebra and basic Trigonometry.

**CERTIFICATES, LICENSES, REGISTRATION: (PRE-REQUISTIE FOR HIRE)**

A valid drivers license and MAPTS 16hr Oilfield health and safety training are required for employment in this position. OSHA requires that all foreman and supervisory personnel hold current certification in Red Cross CPR and First Aid.

**ERGONOMIC STATEMENT:**

The Arctic work environment incorporates cold-related hazards, and an employee may encounter other hazards in his day-to-day activities. The attached ergonomic analysis should be read carefully to determine a candidate's suitability for this position.

APC0146

# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name _____    Job Title *SAFETY SPECIALIST*

Department _____    Location *KUPARUK*    Date _____

Basis for exemption:    [ ] Executive        [X] Administrative
                        [X] Professional     [ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ____ Manages an enterprise or a customarily recognized department or subdivision; and

2. ____ Customarily and regularly directs work of two or more employees; and

3. ____ Hires or fires employees, or whose recommendations are given particular weight; and

4. ____ Customarily and regularly exercises discretionary powers; and

5. ____ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ____ Compensated at a rate of $155 or more per week; and

7. ____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under the first two categories listed above; and

2. ____ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. _X_ Performs office or non-manual work directly related to management policies or general business operations; and

2. _X_ Customarily and regularly exercises discretion and independent judgment; and

3. _X_ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

   _X_ Performs specialized or technical work requiring special training experience or knowledge under only general supervision; or

   _X_ Executes special assignments and tasks under only general supervision; and

4. ____ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. _X_ Compensated at a rate of $155 or more per week; and

6. _X_ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under categories 1 and 2 above; and

2. ____ Compensated at a rate of $250 or more per week.

D-9

APC0154

## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1. _X_  Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; (or)

   _X_  Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee (or)  *SAFETY MEETING / SKITS / PERSONAL EXP. / EMOTION*

   _X_  Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and

2. _X_  Work requires consistent exercise of discretion and judgment in its performance; and

3. _X_  Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and   *?*

4. _X_  Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and   *CANNON*

5. _\_  Compensated at a rate of not less than $170 per week; and

6. _X_  Receives a salary which is not reduced for quality or quantity of work.  *2 FULL DAY - HALF-DAYS?*

## SHORT TEST

1. ___  Must qualify under the second category and one of the three items in the first category shown above; and

2. ___  Compensated at a rate of $250 or more per week.

_____  _____
Supervisor                Date

## OUTSIDE SALESPERSON*

1. ___  Customarily and regularly engaged away from place of business and employed to:

   A.  Sell, or
   B.  Obtain orders or contracts for service or for use of facilities.

2. ___  Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

   Note:  Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

> NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

*TRAINING  
TEACHING  
MENTORING  
BST CREATIVE*

_____  _____
Personnel                Date

*NCM*