IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No.: 3:03-CV-00174-RRB |
| _____ ) | |

**MOTION FOR ORAL ARGUMENT**

Defendant, APC Natchiq, Inc., by and through counsel, DeLisio Moran Geraghty & Zobel, P.C., hereby requests oral argument on its Motion for Partial Summary Judgment Establishing the Statute of Limitations. Oral argument will assist the court in deciding the underlying motion because of the factual and procedural complexity of this case.

DATED this 1st day of August, 2006, at Anchorage, Alaska.

```
                              DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                              Attorneys for APC Natchiq, Inc.

                                  /s/ Patricia L. Zobel
                          By:_____
                              Patricia L. Zobel
                              Bar No. 7906067
                              E-Mail: pzobel@dmgz.com
                              Danielle M. Ryman
                              Bar No. 9911071
                              E-Mail: dryman@dmgz.com
                              943 West 6th Avenue
                              Anchorage, Alaska 99501
                              Telephone: (907) 279-9574
                              Facsimile: (907) 276-4231
```

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

104336 - Motion For Oral Argument re: Motion for Partial Summary Judgment
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 1st day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Juliana Wood
    _____
    Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

104336 - Motion For Oral Argument re: Motion for Partial Summary Judgment
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2