IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,              )
                           )
          Plaintiff,       )
                           )
v.                         )
                           )
APC NATCHIQ, INC.,         )
                           )
          Defendant.       ) Case No.: 3:03-CV-00174-RRB
_____)
```

### **[PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT**

THIS MATTER having come before the court on Defendant, APC Natchiq, Inc.'s Motion for Partial Summary Judgment Establishing the Statute of Limitations, and the court having considered Defendant's request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Oral argument is scheduled for _____.

DATED:_____            _____
                              THE HONORABLE RALPH R. BEISTLINE
                              UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104337-Proposed Order Granting Motion for Oral Argument re: Statute of Limitations
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 1st day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Juliana Wood
    _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104337-Proposed Order Granting Motion for Oral Argument re: Statute of Limitations
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2