# NATCHIQ, INC.

**Employee Information Record**

Oracle Employee ID #:

| COMPANY | ☒ APC | ☐ APEI | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

**APC ARCO OPERATIONS DEPARTMENT**
- ☒ New Hire
- ☐ Rehire
- ☐ Return From Leave of Absence
- ☐ Information Change Only
- ☐ Transfer  From: ___  To: ___

Supervisor's Release: ___

## PERSONAL INFORMATION  (USE BLACK PEN PLEASE)

Kuparuk Emp No.: ___

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| Gilbert | John | D | ☒ Male ☐ Female | 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 | |

Primary Address: HC 67 Box 2049   City: Challis   State: IDAHO   Zip: 83226

Secondary Address: ___

Telephone: 208-879-5186
Emergency Contact (Name): Cindy Cross
Emergency Telephone: (208) 879-5186 Home / (208) 879-2366 Work x517

ASRC Shareholder? ☐ Yes ☒ No
Is Spouse an ASRC Shareholder? ☐ Yes ☐ No
Name of Spouse: ___

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☒ No   Company: ___
Original Employment: ___   Separation Date: ___   Previous Supervisor: ___

## EMPLOYMENT INFORMATION   (OFFICE USE ONLY)   JVA NO.: ___

Organization: APC ARCO OPERATIONS DEPT
Job Code: 2626  00000 Saff. Sa Sh. H. Specialist Safety

☐ Exempt  ☐ Non-Exempt
Effective Date: 1/30/01   Title: Safety Specialist
Rate of Pay: $358 ??
☒ Hourly  ☒ Day Rate  ☐ Salary

Location: Kuparuk
Standard Work Week Hours: 70

☒ Full-time - Regular   ☐ PT Reg <18 hours   ☐ PT Reg >30 hours
Workers' Comp Code: 06886

☐ Full-time - Temporary  ☐ PT Reg >20 hours  ☐ Part-time - Temporary
Project No.: 2626   Acct: ___   Union No.: 1677511

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be delivered to their respective work site each Friday.

Employee Signature: /s/ John D. Gilbert   Date Signed: 1/31/01
Witness Signature: /s/ ___   Date Signed: 1-31-01
Immediate Supervisor: /s/ Ronald M. Kirk   Date Signed: 1/16/01
Department Manager: /s/ ___   Date Signed: 1/10/01

APC0032

# NATCHIQ, INC. — Employee Information Record

Oracle Employee ID #: _____

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

ARCO OPERATIONS DEPARTMENT

☒ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☐ Information Change Only

☐ Transfer   From: _____   To: _____

Supervisor's Release: _____

## PERSONAL INFORMATION   (USE BLACK PEN PLEASE)

Kuparuk Emp No. **6804**

- Last Name: **Gilbert**
- First Name: **John**
- MI: **D**
- ☒ Male ☐ Female
- Social Security #: **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**
- Date of Birth: **12/07/63**
- Primary Address: **HC 67 Box 2049**   City: **Challis**   State: **Idaho**   Zip: **83226**
- Secondary Address: **3.5 mi west of Hwy 75 & 93 Junction**   City: **Challis**   State: **ID**   Zip: **83226**
- Telephone: **208-879-5186**
- Emergency Contact (Name): **Cindy Gilbert**
- Emergency Telephone: **(208) 879-5186 H**   W **(208) 879 2304 x517**

ASRC Shareholder? ☐ Yes ☒ No

Is Spouse an ASRC Shareholder? ☐ Yes ☒ No

Name of Spouse: _____

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☒ No   Company: _____

Original Employment Date: _____   Separation Date: _____   Previous Supervisor: _____

## EMPLOYMENT INFORMATION   (OFFICE USE ONLY)   JVA NO.

- Organization: **APC ARCO OPERATIONS DEPT**
- Job Code: **2626  600000.Staff.Safety.H.Specialist Safety**
- Location: **Kuparuk**
- ☒ Full-time - Regular  ☐ PT Reg <19 hours  ☐ PT Reg >30 hours
- ☐ Full-time - Temporary  ☐ PT Reg >20 hours  ☐ Part-time - Temporary

- ☐ Exempt  ☐ Non-Exempt
- Effective Date: **1/30/01**
- Title: **Safety Specialist**
- Rate of Pay: **$350 00**  ☐ Hourly  ☒ Day Rate  ☐ Salary
- Standard Work Week Hours: **70**
- Workers' Comp Code: **008810**
- Project No.: **2626**
- Union No.: **Aces 167754**

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

- Employee Signature: *John D. Gilbert*   Date Signed: **2/2/01**
- Witness Signature: _____   Date Signed: _____
- Immediate Supervisor: *Ronald M. Kirk*   Date Signed: **1/10/01**
- Department Manager: *(signature)*   Date Signed: **1/10/01**
-    Date Signed: **2/1/01**

APC0031

# Voluntary Benefit Program Enrollment Form

Guarantee Life Insurance Company • P.O. Box 2616 • Omaha, NE 68103

## GENERAL INFORMATION

| Policy Number: 0002000 | Divison Number | Employer Name: **Natchiq, Inc.** | | | |
|---|---|---|---|---|---|
| Employee Name: JOHN GILBERT | | ☐ Female ☑ Male | Date of Birth 12/17/63 | Social Security Number 526/77/3420 | State of Birth TX |
| Spouse Name: N/A | | ☐ Female ☐ Male | Date of Birth N/A | Social Security Number /N/A/ | State of Birth N/A |
| Street Address: HC 67 BOX 2049 City/State/Zip: CHALLIS, IDAHO 83226 | | Home Phone (208) 679-5186 Work Phone (907) 659-7569 | | ☐ Single ☑ Married | Date of Hire 2/1/01 |
| Employee Occupation (Specific Duties): Health-Safety, Environmental Specialist | | Earnings $ +80K. | ☐ Monthly  ☑ Yearly | | Hours worked per week +70 |

## VOLUNTARY BENEFIT PROGRAM

☑ **Voluntary Short-term Disability**
Elimination Period   ☑ 1 Day Injury/8 Day Sickness
Benefit Duration   ☑ 26 Week Benefit
Weekly Benefit Amount $ 600.⁰⁰

**Total Premium**  $ 45.60

## REQUEST FOR COVERAGE

The Voluntary Benefit Program has been offered to me and after seriously considering the benefit, I have decided to: (Please indicate your choice)

☑ **REQUEST COVERAGE** for which I am or may become eligible under the group policies issued by Guarantee Life Insurance Company. I also: (1) authorize any required deductions from my earnings; (2) name the beneficiary on this Enrollment Form to receive any benefits payable in the event of my death; (3) represent that my answers under the "Statement of Health" on the back of this Enrollment Form are true and complete, and that information on each item answered "yes" has been fully disclosed; and (4) understand that to be eligible, I must be a permanent employee working at least 30 hours per week.
NOTE: If you have chosen to participate in the Voluntary Benefit Program(s), please review the Authorization and sign below.

☐ **NOT ENROLL** myself or dependents in the Program. I understand that if I apply for coverage at a later date, and if a physical examination or further medical information is required, it will be at my own expense.

**THE AUTHORIZATION BELOW MUST BE SIGNED AND DATED OR THE ENROLLMENT FORM WILL BE RETURNED**

This authorization applies to any physician, medical professional, hospital, clinic, other medically related facility, insurance or reinsurance company, the Medical Information Bureau, Inc., (MIB), consumer reporting agency or employer, having: (1) information about the diagnosis, treatment or prognosis of any physical or mental condition of me or my minor children; or (2) any other non-medical information about me or my minor children.

I authorize the above sources to give Guarantee Life Insurance Company, its reinsurers, or any of the above sources (except the MIB) such information. I understand Guarantee Life Insurance Company will use the information obtained with this Authorization to determine eligibility for insurance, and will release such information only: (1) to reinsurance companies, the MIB, or other persons or organizations performing business or legal services in connection with my application; or (2) as I may further authorize or as may be lawfully required. I know that I may request a copy of this Authorization, and acknowledge receipt of the Notice of Information Practices. I agree this Authorization shall be valid for 2 ½ years from the date shown below, and that a photocopy shall be as valid as the original.

Signed this 23 day of March, 2001   Signature of Employee: *John D. Gilbert*   Date: 3-23-01

The insurance requested on this enrollment form will not be effective until approved by the Home Office of Guarantee Life Insurance Company, and the initial premium is paid to Guarantee Life Insurance Company. A delayed effective date will apply if the employee is not actively at work, or a dependent is in a period of limited activity on the date insurance would otherwise take effect.

GLVP 20 (1-97)

APC0028

# NATCHIQ, INC. — Employee Information Record

Oracle Employee ID #: 7480

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

APC PHILLIPS OPERATIONS DEPARTMENT

- ☐ New Hire
- ☐ Rehire
- ☐ Return From Leave of Absence
- ☒ Information Change Only — *Rate change*
- ☐ Transfer   From: ___  To: ___

Supervisor's Release: ___

## PERSONAL INFORMATION  (USE BLACK PEN PLEASE)

Kuparuk Emp No. **6804**

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| GILBERT | JOHN | D | ☒ Male ☐ Female | 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 | 12/7/63 |

Mailing Address: ___  City: ___  State: ___  Zip: ___

Physical Address: ___  City: ___  State: ___  Zip: ___

Telephone: ___  Emergency Contact (Name): ___  Emergency Telephone: ___

ASRC Shareholder? ☐ Yes ☐ No    Is Spouse an ASRC Shareholder? ☐ Yes ☐ No

Name of Spouse: ___

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☐ No   Company: ___

Original Employment Date: ___  Separation Date: ___  Previous Supervisor: ___

## EMPLOYMENT INFORMATION  (OFFICE USE ONLY)

JVA NO. ___  ☐ Exempt  ☐ Non-Exempt

Organization: **APC PHILLIPS OPERATIONS DEPT**
Job Code: 00000.CERT. STAFF  SAFETY SPECIALIST L
Location: **KUPARUK**

Effective Date: 6/18/01  Title: SAFETY SPECIALIST
Rate of Pay $ 425  ☐ Hourly  ☒ Day Rate  ☐ Salary
Standard Work Week Hours: 70

Workers' Compensation Code: 005606
Project No. 2625   ACES Code: 10775C

- ☒ Full-time -- Regular
- ☐ Full-time -- Temporary
- ☐ PT Reg<19 hours
- ☐ PT Reg>20 hours
- ☐ PT Reg>30 hours
- ☐ Part-time -- Temporary

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*   Date Signed: 6/15/01

Witness Signature: ___   Date Signed: ___

Immediate Supervisor: *Scott McKay*   Date Signed: 6/15/01

Department Manager: *[signature]*   Date Signed: 6/15/01

02/2000   Training Server Org Code: ___

APC0025

# NATCHIQ, INC.

## Employee Information Record

Oracle Employee ID #: **7480**

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

**APC PHILLIPS OPERATIONS DEPARTMENT**

☐ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☒ Information Change Only

☐ Transfer  From: ___  To: ___   Supervisor's Release: ___

### PERSONAL INFORMATION  (USE BLACK PEN PLEASE)  Kuparuk Emp No.

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| GILBERT | JOHN D | | ☒ Male ☐ Female | 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 | 12/7/63 |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| HC 67 BOX 2049 | ~~CHALIS~~ CHALLIS | ID | 83226- |

| Physical Address | City | State | Zip |
|---|---|---|---|
| HC 67 Box 2049 | ~~CHALIS~~ CHALLIS | ID | 83226- |

| Telephone | Emergency Contact (Name) | Emergency Telephone |
|---|---|---|
| (208) 879-5186 | CINDY GROSS GILBERT | (208) 879-2304 x 517 |

ASRC Shareholder? ☐ Yes ☒ No    Is Spouse an ASRC Shareholder? ☐ Yes ☒ No

Name of Spouse: ___

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☒ No   Company: ___

Original Employment Date: ___   Separation Date: ___   Previous Supervisor: ___

### EMPLOYMENT INFORMATION  (OFFICE USE ONLY)  JVA NO.

☐ Exempt  ☐ Non-Exempt

| | |
|---|---|
| Organization: | APC PHILLIPS OPERATIONS DEPT |
| Job Code: | 00000.Staff.SupSfty.J.Supervisor Safety |
| Location: | KUPARUK |

Effective Date: ___   Title: Supervisor, Safety

Rate of Pay $ ___   ☐ Hourly  ☐ Day Rate  ☐ Salary

Standard Work Week Hours: ___

Workers' Compensation Code: 005606

Project No.: 626   ACES Code: 17900J

☒ Full-time -- Regular  ☐ PT Reg<19 hours  ☐ PT Reg>30 hours
☐ Full-time -- Temporary  ☐ PT Reg>20 hours  ☐ Part-time -- Temporary

### SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: ___   Date Signed: ___

Witness Signature: ___   Date Signed: ___

Immediate Supervisor: ___   Date Signed: ___

Department Manager: ___   Date Signed: ___

02/2000   Training Server Org Code:

APC0021

# NATCHIQ, INC.

## Employee Information Record

Oracle Employee ID #: **7480**

| COMPANY | | | | |
|---|---|---|---|---|
| ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
| ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

**APC PHILLIPS OPERATIONS DEPARTMENT**

☐ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☒ Information Change Only  Rate Increase with Position Change

☐ Transfer   From: ___  To: ___   non union transfers only   Supervisor's Release: ___

### PERSONAL INFORMATION (USE BLACK PEN PLEASE)

Kuparuk Emp No. **6804**

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| Gilbert | John | D | ☒ Male ☐ Female | 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 | 12/7/63 |

Mailing Address: ___  City: ___  State: ___  Zip: ___

Physical Address: ___  City: ___  State: ___  Zip: ___

Telephone: ___  Emergency Contact (Name): ___  Emergency Telephone: ___

ASRC Shareholder? ☐ Yes ☒ No    Is Spouse an ASRC Shareholder? ☐ Yes ☒ No

Name of Spouse: ___

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☐ No    Company: ___

Original Employment Date: ___    Separation Date: ___    Previous Supervisor: ___

### EMPLOYMENT INFORMATION (OFFICE USE ONLY)    JVA NO.

☒ Exempt  ☐ Non-Exempt

Organization: **APC PHILLIPS OPERATIONS DEPT**

Job Code: 00000. ~~Craft~~ Staff SupSfty. J. Supervisor Safety

Location: **KUPARUK**

Effective Date: 1/3/2002    Title: Safety Supervisor

Rate of Pay $ 475.00   ☐ Hourly  ☒ Day Rate  ☐ Salary

Standard Work Week Hours: 70

Workers' Compensation Code: 008810 office staff

Project No.: 2624    ACES Code: 17900 J

☒ Full-time -- Regular    ☐ PT Reg<19 hours    ☐ PT Reg>30 hours
☐ Full-time -- Temporary  ☐ PT Reg>20 hours    ☐ Part-time -- Temporary

### SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*    Date Signed: 1-4-02

Witness Signature: ___    Date Signed: ___

Immediate Supervisor: ___    Date Signed: ___

Department Manager: *[signature]*    Date Signed: 1-4-02

02/2000    1/8/02    Training Server Org Code:

APC0020