# February 05 – February 11

February 2001 / March 2001

## Monday, February 05

Go to office meet others and get aquanted with site - tour field with Shawn Huerli
5:30 - 5:30
- Pick up PPE and other safety EQ.

12

## Tuesday, February 06

Start work at 5:30 Am -
Computer sign up with Shawn
"eth" - Ron Kivok - Macey Riggs
Staff meeting -
Dave shows up today
- introduced to washbay and KIC Facilities - start writing trianing program for Back protection.
5:30 Am - 7 pm

13.5

## Wednesday, February 07

attend KIC meeting with D. Young 7:30 Am KIC
Start work at 5:30 - Quit 5:30
spend all day at KIC

12

## Thursday, February 08

Start 5:30 Quit 3:00 Am
Spend Day with D. Young at KIC washbay.
- Get phone and office numbers
- go over CSE permits of Hot works with Dave for washbay op's.
- write permits at KIC - will need to show up at 1:00 Am for Permit.

21.5

## Friday, February 09

Start 6:00 Am - 6:00 pm
KIC, washbay, light shop, heavy shop meet foremen at all facilities

Permit CSE Washbay 2:00 Am       12

## Saturday, February 10

Start 5:30 - 5:30
KIC - inspect shops, washbay
Dave on Permits, Macey on Permits

12

## Sunday, February 11

5:30 - 7:00 pm
KIC

0039

13.5

# February 12 – February 18

February 2001 / March 2001

## Monday, February 12
Start work 5:30 AM   Quit work 7:00pm
Kic washbay / light duty Pinells
7:30 meeting.

13.5

## Tuesday, February 13
Start work 5:30 AM – Quit 6 pm
Kic shops
7:30 AM meeting

12.5

## Wednesday, February 14
Start work at 5:30 AM – Quit work 6:30 pm
Kic washbay inspection and shops.
7:30 am meeting.

13.0

## Thursday, February 15
Start @ 5:30 AM – Quit 7 pm
Kic shops
7:30 am meeting

13.5

## Friday, February 16
5:30 AM start – 5:30 pm Quit.
Kic shops / washbay.
7:30 am meeting

12

## Saturday, February 17
Start 5:30 AM – Quit 6:30 pm
Kic – go home tomorrow
7:30 am meeting.

13.0

## Sunday, February 18
Fly out of Deadhorse to Anc. 4:40
Dave will drop me off.
~~office~~ office
Stay 1 more week
Start at 5:30 – leave 5:30   Kic

12

0034

# ebruary 19 –
# e ruary 25

February 2001
S M T W T F S
          1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2001
S M T W T F S
          1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, February 19**

Start work 5:30 am – Quit 5:30
Kic shops.

12

**Tuesday, February 20**

Start @ 5:30 am – Quit 5:30 pm
Kic shops.

12

**Wednesday, February 21**

Start at 5:30 am Quit 6:30 pm
Kic /shops

13.0

**Thursday, February 22**

Start at 5:30 am Quit 6:00 pm
Kic shops / walls

12.5

**Friday, February 23**

Start AT 5:30 Am Quit 7:00 pm
Kic shops
7:30 meeting.

13.5

**Saturday, February 24**

Start AT 5:30 Am – Quit AT 7:30 pm
Kic

14.0

**Sunday, February 25**

Start AT 5:30 Am, Quit 6 pm
Kic

12.5

0035

February 26 - March 04

February 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, February 26**

Start 5:30 am, Quit 7pm
Kic / Heavy Shops
Back out at 8pm to Heavy shop
So Hot work permit Quit AT 10

13.5
 2
----
15.5

**Tuesday, February 27**

Start at 5:30 Am, Quit 6:30pm
Kic

13.0

**Wednesday, February 28**

Start at 5:30 Am Quit AT
7:00 pm - Pack bags Leave
on flight - 3:30 to Anc

Time to go!

Thursday, March 01

Friday, March 02

Saturday, March 03

Sunday, March 04

0036

# March 12 – March 18

March 2001 / April 2001

## Monday, March 12

## Tuesday, March 13

## Wednesday, March 14

Fly to slope start work at 2:00 – 5:30 Quit.
Change out.

12

## Thursday, March 15

Start 5:30am – Quit 6:00pm
Kic –
Washbay Kic – 2:00pm

12.5

## Friday, March 16

Start at 5:30 am Quit at 6:00pm
Kic / shops / washbay
7:30am meeting.

12.5

## Saturday, March 17

5:30 Am – 5:30 pm
Kic

12.

## Sunday, March 18

5:30 Am – 6:30 pm
Kic shops.

13.0

0037

March 19 –
March 25

March 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, March 19**
Start at 5:30 – Quit at 7pm
Kic shops / permits / meetings.
13.5

**Tuesday, March 20**
Start at 5:30 quit 6:00
K – shops / meetings
12.5

**Wednesday, March 21**
Start at 5:30 AM  Quit at. 7pm
Kic shops
13.5

**Thursday, March 22**
Start 5:30 – 5:30
Kic —
12

**Friday, March 23**
Start 5:30 AM – Quit 6:30 pm
Kic
7:30 meeting.
13.0

**Saturday, March 24**
Start at 5:30 – Quit at 7:00 pm
Kic shops / washhouse / wells
meetings / permits.
13.5

**Sunday, March 25**
Start at 5:30 – Quit 5:30
Kic
0038    12

arch 26 -
il 01

March 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, March 26**

Strt at 5:30 Am Quit at 7:00pm
Kic

13.5

**Tuesday, March 27**

5:30 am — 7:00pm
Day at Kic

13.5

**Wednesday, March 28**

5:30 Am — 5:30 pm
Kic shops — same stuff

12

**Thursday, March 29**

Start at 5:30 Am work until 7:00pm Kic

Why are we paid for 10 Hrs worked on our paychecks but No. O.T. Brought this up to Ron Kerll today — No Answer — asked for Help at Kic shops No Avail

13.5

**Friday, March 30**

Start AT 5:00 Am — Quit at 7:00pm — Kic permits!

14.0

**Saturday, March 31**

Start 5:30 — Quit 7:30
Kic permits.

washbay CSO — 5:00

14

**Sunday, April 01**

Start at 5:30 Am Quit at 5:30 pm
Kic shops

12

0039

pril 02 -
p.il 08

April 2001 / May 2001 calendars

**Monday, April 02**

tart At 5:30 Am - Qu,t 7:00 pm

Kic

alled to Ron About Raise for
x-tra hours he will push for it!

13.5

**Tuesday, April 03**

Start at 5:30 am - Out 5:30 pm

12

will get a Raise to $375/day
effective on 4/16/01

**Wednesday, April 04**

Start At 5:30 Qut 7:00 pm
fly home - spent day at
Kic.

12

**Thursday, April 05**

**Friday, April 06**

**Saturday, April 07**

**Sunday, April 08**

40

ril 23 -
 29

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 23**

**Tuesday, April 24**

**Wednesday, April 25**

Try to slope start work at
7:00pm - 5:30pm
Change outs

12

**Thursday, April 26**

Start time 5:30 Am — Quit 6:00pm
KIC shops
7:30 meeting.

12.5

**Friday, April 27**

Start at 5:30 Am — Quit at 7:30
KIC shops
7:30 meeting

14.0

**Saturday, April 28**

Start at 5:30 Am — Quit at 7:00pm
KIC shops
7:30 meeting.

13.5

**Sunday, April 29**

Start at 5:30 Am — Quit at 7:00 pm
KIC

141    13.5

ril 30 -
r 06

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 30**

ct at 5:30 AM — Quit at 7:00
Kic shops —

**Thursday, May 03**

Start 5:30 — Quit 7:00
Kic

13.5

Westway CSE 5:00 pm

13.5

**Tuesday, May 01**

:30 AM — 5:30 pm ——— 12
t'yps westbay.

**Friday, May 04**

Start 5:30 — Quit 7:30
Kic

Westway CSE 5:30 pm

14

**Wednesday, May 02**

5:30 AM to 6:00 pm at Kic
shops

**Saturday, May 05**

Start at 5:30 AM — Quit at 6:30 pm
Kic

13

12.5

**Sunday, May 06**

Start at 5:30 AM Quit 5:30 pm
Kic shops

0042   12

ay 07 -
ay 13

May 2001
S M T W T F S
            1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
                     1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, May 07**

st at 5:30 Am Quit at 6:30 pm
Kic

13.0

**Tuesday, May 08**

t 5:30 Am - Quit 7:00 pm
L. Washbay and shops.

ashbay CSE 5:30

n.5

**Wednesday, May 09**

start at 5:30 Am - Quit at 6:30 pm
Kic shops.

13.0

**Thursday, May 10**

start at 5:30 Am - Quit at 7pm
Kic shops / washbay

13.5

**Friday, May 11**

start at 5:30 Am - Quit at
6:30 pm work @ Kic
Shops

13

**Saturday, May 12**

start at 5:30 Am - Quit at 7pm
Kic again!

13.5

**Sunday, May 13**

Start 6:30 Am - Quit 8:00 pm
Kic

043
14.5

CSE - washbay shift change.

ay 14 -
ay 20

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, May 14**

at at 5:30 am, Quit at 6:30 pm
ic shops / working / wells

13.0

**Thursday, May 17**

**Tuesday, May 15**

t at 5:30 am, Quit at 7:00 pm
ic

13.5

**Friday, May 18**

**Wednesday, May 16**

stud at 5:30 am Quit at 2:00 pm
fly home ——

**Saturday, May 19**

**Sunday, May 20**

12—

0044



June 04 - June 10

June 2001 / July 2001

**Monday, June 04**

**Tuesday, June 05**

**Wednesday, June 06**
Any to slope start at 2:00 — 5:30pm
Change out

**Thursday, June 07**
Start at 5:30 Am - Quit at 5:30
Kic shops / washbay
12

**Friday, June 08**
5:30 - 7:30
Kic shops / washbay
14.0

**Saturday, June 09**
5:30 - 6:30
Kic shops washbay
13.0

**Sunday, June 10**
Am
5:30 - 5:30 pm
Kic

12    0045   12

# une 11 –
# ne 17

June 2001
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, June 11**

5:30 Am – 5:30 pm KIC – Back out
at 7:00 pm to 10:00 pm –
Heavy/light shops

12
 3
---
15

**Tuesday, June 12**

Start at 5:30 Am – Quit at 6:30 pm
work at KIC shops.

**Wednesday, June 13**

Start at 5:30 Am Quit at 6:00 pm
work at KIC shops

12.5

**Thursday, June 14**

Start at 5:30 – worked til 7:30 pm
KIC shops/work.

14.0

**Friday, June 15**

Start at 5:30 Am – to 6:30 pm
Talked to Ron and Scott M.
about Raise – good thing!

13.0

will get another Raise effective on
6/18/01 new pay Rate = $425/day.

**Saturday, June 16**

Start at 5:30 Am Quit at 6:30
KIC

12.0

**Sunday, June 17**

Start at 5:30 Am – Quit at 5:30 pm
KIC shops Normal.

12

0046

# June 18 – June 24

| June 2001 | July 2001 |
|---|---|

**Monday, June 18**

Start at 5:30 AM – Out at 6:30
KIC

13.0

**Tuesday, June 19**

Start at 5:30 AM / Out 6:30 pm
KIC shops

13.0

**Wednesday, June 20**

Start at 5:30 AM – Out at
7:00 pm – Normal KIC
shops.

13.5

**Thursday, June 21**

Start at 5:30 AM Out at 6:30
KIC shops

13.0

**Friday, June 22**

Start at 5:30 AM / Out at
7:00 pm
KIC shops

13.5

**Saturday, June 23**

Start at 5:30 AM Out at 7:00 pm
KIC shops permits.

13.5

**Sunday, June 24**

5:30 – 5:30 KIC

0047

une 25 -
uly 01

June 2001
July 2001

**Monday, June 25**

START AT 5:30 / Quit AT 6:30
Kic

130

**Tuesday, June 26**

Start AT 5:30 AM / Quit 6:30 pm
Kic

130

**Wednesday, June 27**

90 hour Day - Start @ 5:30 Am
Quit at 2:00 pm - the change at
Fly Home via ANC.

12

**Thursday, June 28**

**Friday, June 29**

**Saturday, June 30**

**Sunday, July 01**

0048

uly 16 -
u·y 22

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 16**

**Thursday, July 19**

Start at 5:30 Am Quit 5:30pm
Kic shops

12

**Tuesday, July 17**

**Friday, July 20**

Start at 5:30 Am Quit 5:30pm
Kic shops / washbay

12

**Wednesday, July 18**

Start 1:30 Am - Quit 10pm
Kic shops
Change out.

12 —
+ 40

**Saturday, July 21**

Start at 5:30 Am / 6:00 pm
Kic

12.5

**Sunday, July 22**

Start 5:30 Quit. 10pm
Kic

0049

CsE washbay 8pm

uly 23 -
  y 29

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 23**

5:30 Am - to 6:00 pm
Kic shopp

12.5

**Tuesday, July 24**

5:30 start - 6 pm Quit
 c shops

12.5

**Wednesday, July 25**

Start at 5:30 Am Quit 5:30 pm
Kic shopp washbay

12

**Thursday, July 26**

Start at 5:30 Am Quit 6:30 pm
Kic shopp

13

**Friday, July 27**

Start 5:30 Am Quit 6:30
Kic shopp

13

**Saturday, July 28**

Start at 5:30 Am end at 7:30 pm
Kic shopp

13.5

**Sunday, July 29**

Start at 5:30 Am Quit at 5:30 pm
Kic shopp

058

**July 30 - August 05**

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

---

**Monday, July 30**

Start at 5:30am Quit 6:30
KIC shopp

13

---

**Tuesday, July 31**

Start at 5:30am Quit at 6:00 pm
KIC shopp

12.5

---

**Wednesday, August 01**

Start at 5:30 Am Quit at 6:00pm
KIC shopp

12.5

---

**Thursday, August 02**

Start at 5:30 Am Quit at 6:00pm
KIC shopp

12.5

---

**Friday, August 03**

Start time 5:30 Am Quit 5:30 pm
KIC shopp

12

---

**Saturday, August 04**

Start time 5:30 Am Quit 6:00
KIC shopp

12.5

---

**Sunday, August 05**

Start time 5:30AM Quit 5:30 pm
KIC shopp

051   12

ugust 06 -
ugust 12

August 2001
S M T W T F S
            1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
                     1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, August 06**

Start time 5:30 am
Quit       5:30 pm
Kic shopp

12

**Tuesday, August 07**

Start time 5:30 Am
it time  6:00 pm
Kic shopp

12.5

**Wednesday, August 08**

Start at 5:30 am Quit 2pm, then
Change out my hose.

**Thursday, August 09**

**Friday, August 10**

**Saturday, August 11**

**Sunday, August 12**

0052