# ugust 27 -
# eptember 02

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30



**Monday, August 27**

**Tuesday, August 28**

**Wednesday, August 29**

tart 8:30 - Quit 9:30 pm
Lie shops / washbay and changeout
Day.

12
4
16 —

35E weekbay. 8:00 pm

**Thursday, August 30**

Start time 5:30 Am Quit time 8 pm
Kic shops / Heavy / Light / washbay.

14.5

**Friday, August 31**

Start time 5:30 Am Qu t time 7 pm
Kic shops

13.5

**Saturday, September 01**

Start time 5:30 Am Quit time 6:30 pm
Kic shop

13

**Sunday, September 02**

Start time 5:30 Am Quit time 5:30 pm

0053

12

# September 03 -
# September 09

| September 2001 | | | | | | | | October 2001 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
| | | | | | | 1 | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 28 | 29 | 30 | 31 | | | |
| 30 | | | | | | | | | | | | | | |

**Monday, September 03**

Start time 5:30am - Quit 7pm
Kic shops

13.5

**Tuesday, September 04**

Start time 5:30 am Quit time 7:30pm
Kic shops

14

**Wednesday, September 05**

Start time 5:30 Am Quit time 7:00
Kic shops

13.5

**Thursday, September 06**

5:30Am - 6:30pm
Always at the Kic-pad

13

**Friday, September 07**

5:30 am - 7pm
Kic Pad

13.5

**Saturday, September 08**

Kic 5:30 to 6pm

12.5

**Sunday, September 09**

5:30 start to 6:30pm
Kic

0054

13

# eptember 10 -
# :ptember 16

| September 2001 | October 2001 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 | 1 2 3 4 5 6 |
| 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

---

**Monday, September 10**

Start time 5:30 am - 6:30 pm Quit
Kic ped

13

**Tuesday, September 11**

Staf time 5:30 am Quit time 6:30
Kic ped

13

**Wednesday, September 12**

Start tme 5:30 am Quit tme 7pm
Kic washing/heavy shop/light
Shop-and walls

---

**Thursday, September 13**

Start time 5:30 am Quit 8 pm
Kic shop

14.5

**Friday, September 14**

Start tie 5:30 am Quit 7pm
Kic shops

13.5

**Saturday, September 15**

Start 5:30 - Quit 9:30pm
Kic inspection/prints.

CsE washing 6:00 pm

16.0

**Sunday, September 16**

Start time 5:30 Quit 5:30
Kic

0055

12

# eptember 17 -
# eptember 23

| September 2001 | October 2001 |
|---|---|

September 2001
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

October 2001
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, September 17**

Start time 5:30am Quit 7:30

Kic

14°

**Tuesday, September 18**

Start time 5:30 Am
quit time 7:00 pm

Kic shops.

14

**Wednesday, September 19**

Start time 5:30am Quit at 8:30
Kic shops, change out
Head to House

12

**Thursday, September 20**

**Friday, September 21**

**Saturday, September 22**

**Sunday, September 23**

0056

# ctober 08 -
# ber 14

| October 2001 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| November 2001 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |



**Monday, October 08**

**Thursday, October 11**

Start at 5:30Am Quit 6:30pm
Kic

13 ²

**Tuesday, October 09**

**Friday, October 12**

Start at 5:30 Am
Quit at 6:30 pm
Kic Pad

13 ²

**Wednesday, October 10**

...y to slope start tree @ 2:30 pm
...nt at 5:30 pm
...hange out

12

**Saturday, October 13**

start tree
5:30 am    Quit at 5:30 pm

12

**Sunday, October 14**

phone day at Kic

0057

# ctober 15 -
# ctober 21

October 2001
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

---

**Monday, October 15**

Kic at 5:00am to 7pm

heavy shop permits welding
and no welding gang

14

---

**Tuesday, October 16**

Start tie at 5:30am quit at
4:30pm

13 hrs

---

**Wednesday, October 17**

Start 5:30am - Quit - midnight.
Kic inspections and permits.
C&E washbay - 11:00pm

---

**Thursday, October 18**

Kic washbay and shops    12 hrs

---

**Friday, October 19**

12 hours AT KIC today

---

**Saturday, October 20**

Start tie 5:30 Am / 6:00pm
KIC

12.5

---

**Sunday, October 21**

Start 5:30Am - Quit 11:30pm

KIC
C&S washbay — 7:30
C&E washbay — 10:30

18.5                    0058

18.0

# ctober 22 -
# ..ober 28

| October 2001 | | | | | | | | November 2001 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | | 25 | 26 | 27 | 28 | 29 | 30 | |

**Monday, October 22**

Kic 12 hours
paints light shop —

12⁰

**Tuesday, October 23**

Spend day as Kic shops
. the shop around for
Inspection.
5:30 start 7pm Quit

13⁵

**Wednesday, October 24**

Inspection day 2 at Kic shops
5:30am start 7:30 Quit

14⁶

**Thursday, October 25**

Start 5:30 - Quit 10:30pm
Kic inspections and paints.
CSE - washburn - 9:00pm

17.0

**Friday, October 26**

Start at 6⁰⁰ am Quit at 6⁰⁰ pm
Kic

12

**Saturday, October 27**

Start 5:30am - Quit 7pm
Kic washbay and heavy shop
CSE - washbay 5:30pm

13.5

**Sunday, October 28**

Kic 12 hours

0059

# ctober 29 -
# ovember 04

October 2001
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, October 29**

t 5:30 - Quit 6:00 pm
ic - washbay - Back to wash
y for CSE at 9:00pm.
ck to wash bay for outing at
:30 Am (midnight) - Quit again at
15 Am

12.5
5
17.5

**Tuesday, October 30**

Start tire 6⁰⁰ am Quit at
6:30 pm   all at KIC

**Wednesday, October 31**

Change out day -

**Thursday, November 01**

**Friday, November 02**

**Saturday, November 03**

**Sunday, November 04**

12

0060

# November 19 -
# N vember 25

| November 2001 | December 2001 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 | 1 |
| 4 5 6 7 8 9 10 | 2 3 4 5 6 7 8 |
| 11 12 13 14 15 16 17 | 9 10 11 12 13 14 15 |
| 18 19 20 21 22 23 24 | 16 17 18 19 20 21 22 |
| 25 26 27 28 29 30 | 23 24 25 26 27 28 29 |
| | 30 31 |

**Monday, November 19**

**Thursday, November 22**

Kic  12 Hours

**Tuesday, November 20**

**Friday, November 23**

Kic  5:30 - 6 00

12.5

**Wednesday, November 21**

Fly to slope — Charge out
staf tue. 8:00  to 5:30

**Saturday, November 24**

Kic  5:30 Am — 6 00 pm

12.5

**Sunday, November 25**

12 Hous Kic

0061

12

# lovember 26 -
# )cember 02

---

**Monday, November 26**

Start time 5:30 Am out 6:00 pm
Kic paints. Sniffo

12.²

---

**Tuesday, November 27**

start time 5:30 am quit 7:30 pm
'1c

13.⁵

---

**Wednesday, November 28**

Start time 5:30 Am Quit 6:00pm
Kic

---

**Thursday, November 29**

Start 5:30 Am - Quit 10:30pm
Kic washbay, heavy sleep & night outing
CSE - 8:30 pm washbay.

17.0

---

**Friday, November 30**

start time AT 5:30am Quit 5:30

12.²

---

**Saturday, December 01**

Start time 5:30am - Quit time 5:30
Meeting Room 324 5:00 pm

12.⁵

---

**Sunday, December 02**

Start 5:30 Am - Quit 10:00 pm
Kic washbay Heavy / light / walls
CSE - 8:00 pm.
CSE S&P the awareness for lot
Posters for Building

16⁵

0062

# ecember 03 -
# cember 09

December 2001

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

January 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**Monday, December 03**

KIC 12 hours
Cranes at shop
washbay 50P Boure's
Eye stations.

**Tuesday, December 04**

Start 5:30 Am - Quit 10:00 pm
Kic CSE at washbay 9:00

16.5

**Wednesday, December 05**

Start 5:30 Am / Out 7:00 pm
Kic washbay / light duty shop —
CSE - 5:00 pm washbay.

Zuber - 670-3335 udelhoven
cell - 659-0795

13.5

**Thursday, December 06**

Start 5:30 Am - Quit 7 pm
Kic - Heavy shop - wells

Discussed New position work Day
7x7, 90 deg Probation — stepping
stone Job. pay Raise

CSE washbay 9-00 Am

13.5

**Friday, December 07**

Start 5:30 - Quit 5:30
Kic Normal staff

Zuber for lunch

12.2

**Saturday, December 08**

Start 5:30 - Quit 6:00
Kic Same / Same
CSE - 7:30 Am

12.5

**Sunday, December 09**

5:30 - 6:00 Kic

0063

12.5

# ecember 10 -
# ecember 16

December 2001
S M T W T F S
                    1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
         1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, December 10**

Kic fun 7:00 Am to 7pm, Staf
At 5:30 Am

Offue meetings - chargen coming
Crane traing - fommann

13.5

**Thursday, December 13**

**Tuesday, December 11**

start at 5:30 Quit at 5:30

Offue meetings
Crane traunge 7-8 EMOC

12°

**Friday, December 14**

**Wednesday, December 12**

Change out day headfams
Start at 5:30 am

Dong Smith
H 907-345-9592
C 907-672-0222

20-30 DEC - 765-526-2252
THUR - SUN Anc
Sun - web slope

12°

**Saturday, December 15**

**Sunday, December 16**

0064

# December 31, 2001 -
# January 06, 2002

December 2001
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
      1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31



**Monday, December 31**

**Tuesday, January 01**

**Wednesday, January 02**

New Position and pay. Effective Jan 3, 02
Position title - Safety Supervisor
Pay Rate : $ 475°°/Day

**Thursday, January 03**

Arrive slope at 900 Kuparuk
work until start New job
as Supervisor w/ Ron K as
alternate - move into office
and get setup.

12 —

**Friday, January 04**

office  5:30 - 6:00 pm

12.5

**Saturday, January 05**

office 6-7                13
meetings - what to Do to progress
forward w/ Dept. - more Δ to
come.

**Sunday, January 06**

OSHA 300 class  8:00 DNOC
Start time 5:30 - Quit 6:30

# January 07 -
# January 13

January 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

---

**Monday, January 07**

Office 6ºº - 6ºº

12

---

**Tuesday, January 08**

office    6ºº - 6:30

---

**Wednesday, January 09**

office 12 hour

P. Girshdt - Rent to ergo desk
set up office
Red Book laying on Jundlf

---

**Thursday, January 10**

Start at 6:00 office
meeting 1 pm Owing

4pm tag Root - Owing
Auto 6:30

12.5

---

**Friday, January 11**

Shop New email Account
w/ Rous # Annie at X7116

Tom Brown - 7362
Looks for Kie -
Locksmiths. Actus Security.

12

---

**Saturday, January 12**

office - tranj. Valerie -
Johnson

12

---

**Sunday, January 13**

Meetings. 7:30 Rm 324
EK50 @ 1 -
Joel Mr - 907 222 - 6652
Five inspector changes
Supervisors Meeting

00663

# anuary 14 -
# anuary 20

January 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**Monday, January 14**

office — 6-6

Charge Rooms w/ Rom E.

5 328
Locker Key 6386

Computer support

12

**Tuesday, January 15**

Maxi Riggs — 907 343 - 8249

Koc 200' Radio tower
inspection. Christian
7299

Brian O'Dell Radioactive Sound
X7235

6-6        12

**Wednesday, January 16**

office    6-7        13

Sig storm— Discussed w/
Jayne and Gary - want to
talk to Dan. — left msg.

Camp maint. Fix Loc F-145

Kic EAP

, Ramy questions - fire ext.
Complete phone lists
Vehicle lists, Radio call sheets

**Thursday, January 17**

office   6-7        13

Tim Hemrich 7225 — cart
Pay Sig Storms - Par Jeque -
Rick Barefield - 10: Robert Janby
X7683        Rhodes

**Friday, January 18**

office   6-6

12

**Saturday, January 19**

Supervisors meeting 9ºº Am Olwig

12

**Sunday, January 20**

ntvls meeting. 324 - 6 Am

0067

staff @ 6:30 - 6:30pm        13

# anuary 21 -
# nuary 27

| | January 2002 | | | | | | | February 2002 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 | | | | | | 1 | 2 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 27 | 28 | 29 | 30 | 31 | | | 24 | 25 | 26 | 27 | 28 | | |

**Monday, January 21**

O-rury carf Room — IH @ 11²

JSD  1⁰⁰ pm —

Carolyn Swangler — re Lee Eberlie

1.75 mich Doy.

12

**Thursday, January 24**

**Tuesday, January 22**

office  12hr.

**Friday, January 25**

**Wednesday, January 23**

Iranya out dry headhore

12

**Saturday, January 26**

**Sunday, January 27**

0068

# February 11 -
# February 17

| February 2002 | March 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| | 1 2 |
| 3 4 5 6 7 8 9 | 3 4 5 6 7 8 9 |
| 10 11 12 13 14 15 16 | 10 11 12 13 14 15 16 |
| 17 18 19 20 21 22 23 | 17 18 19 20 21 22 23 |
| 24 25 26 27 28 | 24 25 26 27 28 29 30 |
| | 31 |

---

**Monday, February 11**

**Thursday, February 14**

start the 6 - Plant 7
office

1pm Owny meeting.
Lee Goodman, PSAP audits

13

---

**Tuesday, February 12**

fly to slope

**Friday, February 15**

office 12 hrs.

12

---

**Wednesday, February 13**

5pm ware meeting 8⁰⁰ Rm 313
weekly staff meeting O'awny conf
Room. 10⁰⁰ Am

12:30 staff meeting

5:30 - 6:00                    12.5

**Saturday, February 16**

Stat 6:00
meeting at 9:00 Am "O-wing Quf 7:00

Ash Rollant 625 at 5pm

13

**Sunday, February 17**

Ash Rollant 6-7 Am 324

12:30 meeting w/ PBS 223

2:30 Sam, Bob CPF/ Break Room

0069

# February 18 -
# February 24

February 2002
S M T W T F S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

March 2002
S M T W T F S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, February 18**

6 — 6                    12⁵

Vanston Tap Roos 2:30 CPF-1
TD - Co/ well house problem.

**Tuesday, February 19**

Start true loan Quest 7 00 pm
11⁰⁰ Am PSAP Review 11'Ö-way

13⁵

**Wednesday, February 20**

office 6-6    12 hours.

Dougs house

New Seward

minn

**Thursday, February 21**

office 6 - 6:30    12.5

1pm meeting O-way Conf. Room
Ken Littlefair ? x7178

**Friday, February 22**

office 12 hours

**Saturday, February 23**

9⁰⁰ Am 'Ö-way meeting    12 hours
7ip Pick apices.

Golden View Park
15827 Noble Point    Gary Isterghune.

**Sunday, February 24**

8:30 Am Tap Roos Rm 223 KCC
(IR meeting) - Sanchez

Rabbit Creek

345-9592

0070

# ebruary 25 -
# March 03

February 2002
S  M  T  W  T  F  S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

March 2002
S  M  T  W  T  F  S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31



**Monday, February 25**

office  12 hours
Larry McDaniels from CAES
on 6 leave  to Day - Light
Ship traing on Lifts.

**Tuesday, February 26**

Change out day — go home.

**Wednesday, February 27**

**Thursday, February 28**

**Friday, March 01**

**Saturday, March 02**

**Sunday, March 03**

0071

# March 11 -
# March 17

March 2002
S  M  T  W  T  F  S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

April 2002
S  M  T  W  T  F  S
   1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**Monday, March 11**

**Thursday, March 14**

1pm Re 624 (Job) mangerss
^o-wng          meeting.

12

**Tuesday, March 12**

fly to slope     12

**Friday, March 15**

all office   12 hum

**Wednesday, March 13**

?Am "o" wng
2:30 — meeting Re 324 safety.

venders x pinfo Bmoc – 4-5

P. buvern Email Regarding
studs t program

12

**Saturday, March 16**

624 supervisors meetg. 9 ee Am

office 12 hum.

**Sunday, March 17**

Supervisors handbook Review
8 ee Am

10 Am – 324 westec FEc.
meeting.

0072