# March 18 – March 24

March 2002 / April 2002

## Monday, March 18
7:30 AM Koc theater. Disability insurance presentation.

## Tuesday, March 19
office 6-6

## Wednesday, March 20
office 6-6

## Thursday, March 21
1pm managers meeting. "O"-wing - need safety ideas.

Start at 6:00 end at 6:00

12

## Friday, March 22
Review EAP's for all Jobs
office

12

## Saturday, March 23
624 supervisors meeting 9:00 AM
O-wing.

12

## Sunday, March 24
9:00 AM - O-wing conf. Rm.

office 12 hours.

0073

# March 25 – March 31

March 2002
S M T W T F S
          1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

April 2002
S M T W T F S
  1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**Monday, March 25**

office work 6am to 6pm.

**Tuesday, March 26**

days out pay go here.

12

**Wednesday, March 27**

**Thursday, March 28**

**Friday, March 29**

**Saturday, March 30**

**Sunday, March 31**

0074

April 08 -
April 14

| April 2002 | May 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 4 |
| 7 8 9 10 11 12 13 | 5 6 7 8 9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

**Monday, April 08**

**Tuesday, April 09**

fly to slope

12

**Wednesday, April 10**

12:30 staff meeting.

office 12 hrs

**Thursday, April 11**

1 pm managers meeting. 624

office 12

**Friday, April 12**

**Saturday, April 13**

9:00 AM 624 supervisors meeting

**Sunday, April 14**

12:30 PAS safety meeting.

0075

April 15 -
April 21

April 2002
S M T W T F S
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

May 2002
S M T W T F S
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, April 15**

office 12 hours.

**Thursday, April 18**

**Tuesday, April 16**

Change out & Fly

12 hours.

**Friday, April 19**

**Wednesday, April 17**

Ready to go to mex!

**Saturday, April 20**

mexico

**Sunday, April 21**

0076

May 06 –
M y 12

May 2002
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 06**

**Thursday, May 09**

Managers meeting 624 1PM
12 hours

**Tuesday, May 07**

Fly Day annie slope

12 hours.

**Friday, May 10**

office work.   12 hours.
more work on IP &S manual.

**Wednesday, May 08**

office 12 hours
1:30 staff meeting

**Saturday, May 11**

office 6-7pm    13
624 supervisors meeting 9:00 am

**Sunday, May 12**

office fun 6-6    12 hours
out to KBS and Fab shop

0077

# May 13 - May 19

May 2002
S M T W T F S
         1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                  1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 13**

office for 12 hours

**Tuesday, May 14**

meeting Pat Holland Paint Book — recirc in Design of House.
office 5:30 - 6:30 pm

13 hours

**Wednesday, May 15**

scheduled 12:30 staff meeting
worked 13 hours.

**Thursday, May 16**

attend 1pm 624 mgrs meeting. Owing superintendents also?

worked 13 hours.

**Friday, May 17**

12 hour day. office work
PP of 6 manual.

**Saturday, May 18**

9:00 am 624 supervisors meeting.
Safety meeting 1 hour?
copying topsy /

6AM - 6:30PM   12.5

**Sunday, May 19**

call Fred — find out who/what when where etc.

office 12 hours

0078

May 20 -
May 26

May 2002
S M T W T F S
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 20**

Virginia Reffrun? at lanalo worksafe? Daniel mellon? APC anchorage Do they know? Did he take UA? Ron? Doug?

June 12.5

**Tuesday, May 21**

Change out Day of Fly

12

**Wednesday, May 22**

**Thursday, May 23**

**Friday, May 24**

**Saturday, May 25**

**Sunday, May 26**

0079

**June 03 – June 09**

June 2002 / July 2002

### Monday, June 03

### Tuesday, June 04

Fly to slope
6:45 – 7:10 office

12

### Wednesday, June 05

Start at 6:00am Quit at 7:00pm
IH info from Sam on
o-time - what about
Diesel sampling of fuelers?
what is status of IH
program - when is complete
- Susan. - R+F of forces
to cone with melt.

13

### Thursday, June 06

Start at 6:00  Quit at 8:30
what are UA's - Dot/RSPA - Func.??
- PP&g manual & o-time
Revamp.

14.5

### Friday, June 07

PP&g manual - Tom Manning
IDear / Bob canner training
meeting.

Start @ 6:00 end @ 6:00

12.

### Saturday, June 08

Carlsen x7230 -

12

### Sunday, June 09

cpF-1 and cuew tent -
Montgomery. / Coppy on
Equip.

0080
12

# June 10 - June 16

|  | June 2002 | July 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

**Monday, June 10**

loggy - leaky transmission -
Coulson - call PM @
light slope

**Tuesday, June 11**

spills one thru Safety. (12)
start 6-6-

Check out washing cement
work. KIC.
attend KIC 7:30 meeting.
office work intel 8:00 pm

14 hrs

**Wednesday, June 12**

call Valeria re Visco -
Carlsen - off-1 #2 -
Rodriguez / Sanchez. MRI ??

(13)

**Thursday, June 13**

Start at 6:00 end at 7:00 (17)
pp & g

**Friday, June 14**

pp and g. - / 8" drive -
trans. records. -
Start at 6:00 end at 7:00 (13)

**Saturday, June 15**

office 12 hrs

**Sunday, June 16**

who has UA' cert - ask about
Hazwop summaries.)

0081

Start at 6:00 (12)

une 17 -
ne 23

|  | June 2002 | July 2002 |
|--|-----------|-----------|

**Monday, June 17**

pp au & G manual - 6-6 (12)

**Tuesday, June 18**

fly home —

(12 hrs)

**Wednesday, June 19**

**Thursday, June 20**

**Friday, June 21**

**Saturday, June 22**

**Sunday, June 23**

0082

# July 01 – July 07

July 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

August 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, July 01

[scribble]

## Tuesday, July 02

fly to slope
6:45 – 7:45 office
13.75

## Wednesday, July 03

Jon [?] Chenault  702-228-4868
cell
Sam – Nashville – June/July/Aug

## Thursday, July 04

welders – foreman/helpers
No safety glasses?? –

(13.5)

## Friday, July 05

Todd Christiason / Joel M.
Alpine Data ?)
office

13

## Saturday, July 06

x3379 chuck? work email.
office
12

## Sunday, July 07

Doug – Gone speech ?
office
12

0083

uly 08 –
u.y 14

July 2002
S M T W T F S
　 1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

August 2002
S M T W T F S
　 　 　 　 1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, July 08**

Mike David – Ron @ KIC – who
was info – Tillmon or ____
(who was on shift at time)
13.5

**Tuesday, July 09**

Larry McDaniels – called to
much base – CALLS
Referred to PAT Holland
(12)

**Wednesday, July 10**

PP and G Manual – not which actru
Tap Root
(12.5)

**Thursday, July 11**

Robert Olson Russia? – 392-3403

6-6
12 Hours

**Friday, July 12**

Joe at Covenant transport.
Tilmon Bozman.     1-800-955-4924
Tommy Brown.            x 4253

6:00 am – 6:30 pm
12.5 Hours

**Saturday, July 13**

Call Billy Foreman Dean/Hutchison
7367
Master Mechanic – 7869

12.5 Hrs.

**Sunday, July 14**

Duke at Light shop.
Kurt A Roads of Pats
Ap warehouse. 7496      6-7pm
office –                          13 hours

0084

uly 15 –
uly 21

July 2002 | August 2002

## Monday, July 15

Bartl. 7336
Brendan Rose – washbay –
bathroom at 1D? 2D
Randy Block – computer odor?
3 hours to fix – 6-7pm

## Tuesday, July 16

W Chenault and
scaffolders at site on
Pad at 9:00am
Carlson 7230
welders at CPF-2

## Wednesday, July 17

Jim Dickie x7220 meet w/ Mike D.
at Bridge.
Dave Decaro – fire hall.

12 hours today.

## Thursday, July 18

T. Fisch warehouse or Act.
Talk to project engineer about
lift capacity cards –
PP and G again.

6-7
13 hours

## Friday, July 19

Fall protection calcs – who
PE – engineers 5000#/person
Resilvents vs. arrest.

6-7
13 hours

## Saturday, July 20

624 meeting 9:00 am –
No info from Doug !!

12

## Sunday, July 21

PM safety meeting scheduled – 2nd
floor

12

0085

ly 22 -
ly 28

July 2002
August 2002

**Monday, July 22**

ai - website. HSE - manuals
- Tony/Bob

(12 hrs)

fishing - ?

**Tuesday, July 23**

90 here Day

(12)

**Wednesday, July 24**

**Thursday, July 25**

**Friday, July 26**

**Saturday, July 27**

**Sunday, July 28**

0086

August 05 -
August 11

August 2002
S M T W T F S
          1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, August 05**

**Thursday, August 08**

Reue - Prayer shop - Rods.
office today   12 hour

**Tuesday, August 06**

travel to slope

12

**Friday, August 09**

1. Russel x7823
2. Terry Bean - X 7367
3. In field most of day
   CPF-1, CPF-2

14 hours

**Wednesday, August 07**

Dirk Richter x 7191
Snow - 7938
Dickerson - 7431
Shaun Greening M/B - 7459

13.5
Hours

**Saturday, August 10**

Top Rent. KCS - 7009 -
Whats his nots.
Virgina Ruffner x 7932

12 hours

**Sunday, August 11**

start @ 5:30am Out at 6:30pm
CPF-2

13 hours

0087

# August 12 – August 18

August 2007
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2007
S M T W T F S
            1
2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, August 12**

Steve Carter and Kurt Armstrong
Rods and parts
Blvy of tire shop KIC .7972
1 pm ?

13 hours

**Tuesday, August 13**

Tire Shop today KIC
Marleene – Benefits via
Terry Allen – Emma ??

12.5 Hours

**Wednesday, August 14**

Order ? in @ KCS –
 – filler
 – CD's
 – Hangar
 – need xtra cabinet.
E-a/b-warehouse today
 office

13.
6am-7pm

**Thursday, August 15**

Lee Stanlue x 7590
instruments are Done –
– who is tracking IH stuff
New title – safety and IH
what happened to supervisor?
Role – not explained

**Friday, August 16**

PP and G – need to get going
again – office 12 hours 6-6

**Saturday, August 17**

office 12 hours 6-6

**Sunday, August 18**

worked on IH/PP flr stuff
office – field 12 hours

0088

**August 19 -
August 25**

| August 2002 | September 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 | 1 2 3 4 5 6 7 |
| 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | 29 30 |

**Monday, August 19**

master mechanic - leaks - spill
go through APC safety - SPOC

**Tuesday, August 20**

charge out day
(Rhons)
Later!

**Wednesday, August 21**

**Thursday, August 22**

**Friday, August 23**

**Saturday, August 24**

**Sunday, August 25**

0089

# September 02 - September 08

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, September 02

## Tuesday, September 03

Fly to slope 12

## Wednesday, September 04

1. Jerry Blackson - 7868
2. Harbison - 7367
3. Carrier -
4. Nelson - 7823

6 - 8pm

14 hours

## Thursday, September 05

Virginia for Don -
Tom Mannix? when to be at
Pad. - what is Captain Doug.

12 hours
6-6

## Friday, September 06

Armstrong - VA for Scott Kirk
Call town - Debbie - FF-??
office 12 hours.

## Saturday, September 07

924 meeting - Did Not Attend -
No Answers,

## Sunday, September 08

Carlson - CPF2 operator  6 - 6
Bob Fuller 2 pm   12

0090

# eptember 09 - etember 15

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, September 09

See Roy Flint in PSM Redo and site maps — Tim Vincent = Act. x 7816

12 hours

## Tuesday, September 10

office
12 hours

## Wednesday, September 11

Kim Smith - Electronic data Records.
- Computer based training rules Nelson/Pittman.
- Spencer. at 2pm. or Noon.
Biz to drop off & pickup

(12.5 Today)

## Thursday, September 12

CPF-3 / CPF-2, KIC

12.5 Hours Today

## Friday, September 13

Dave Childress prod svcs. 924 page.

field 12.5

## Saturday, September 14

- DID not attend the 624 meeting.

## Sunday, September 15

William Hurd? status. confrontal via town - deloice

0091

# eptember 16 -
# tember 22

September 2002 | October 2002

**Monday, September 16**

ell Blayde North - allocate -
uel foster - High Power line
Reseue Requirements.
Bob Snively warehouse softly
meeting minutes where do we
act then when change occurs.
computer based traing - lots of
cells - refer to Kim Sample.
6 - 7pm
13 hours

**Tuesday, September 17**

Change out day. 12 hours.

**Wednesday, September 18**

**Thursday, September 19**

**Friday, September 20**

**Saturday, September 21**

**Sunday, September 22**

0092