# September 30 – October 06

September 2002
October 2002

## Monday, September 30

(scribble)

## Tuesday, October 01

Fry to slope 12

## Wednesday, October 02

1. Joel – Can␣ove Hunt/Haul Road –
2. Carlson
3. Diane
4. Doug S.
5. Buchanam – injury stats

12.5 Hours

## Thursday, October 03

start at 6 –
office to 11:00
field to 7:00 pm

13 hours.

## Friday, October 04

Brushing air tracker – I Don't Know – talk to Doug.
Ken – Bob – Richard –
KCS??
GLD unit at KCC Box van?

13 hours.

## Saturday, October 05

Norm status
Spill status
Injury status 625 – phil.

14

## Sunday, October 06

Raquetball tonight?
office 12 hours.

0993

# October 07 – October 13

October 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

November 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Monday, October 07**

Joel – Mc Austin – Lead study – coming back to Haunt us. 30 more samples to Do – told him I was awaiting Response from field as to when work was going to be Done. – told Diane the same thing – gave Joel the spreadsheet and contact numbers.
6–8pm  14 hours.

**Tuesday, October 08**

Contacted by Jim Dukes / Bob Connor re: lead study – told them Joel had all info. – Banjo Crew for sampling / work. w/ Lead.

13 hours.

**Wednesday, October 09**

Jeff Hightower heavy shop 2pm. Voc truck – hotwork. Back at 6:00pm for hot work on Super sucker.
6–8pm.
14 hours.

**Thursday, October 10**

heavy tests for warehouse crew full face Respirators needed for sand blasting. contact Barney, Lynn Coffman x7241
6–6:30   12.5 hours today.

**Friday, October 11**

Cypress at 2:00 – talk about incident. Tap Test. PP and G manual 6-1pm office

6–6pm  12 hours

**Saturday, October 12**

Office

12 hours.

**Sunday, October 13**

Office  12 hours

0094

October 14 –
 ober 20

October 2002
S M T W T F S
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

November 2002
S M T W T F S
                   1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, October 14**

Value tech – Value shops.
1 Charlie at 3pm –
CPF-3 – maint shop.

6 – 6:30     12.5

**Tuesday, October 15**

change out
go home
12 hours

**Wednesday, October 16**

**Thursday, October 17**

**Friday, October 18**

**Saturday, October 19**

**Sunday, October 20**

0095

# ovember 04 –
# ( ember 10

November 2002
S M T W T F S
                1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

December 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, November 04

## Tuesday, November 05

Fly to slope

12 hours

## Wednesday, November 06

Flora – micheal King – UA?
Does he work for APC.
Ron Kirk –
Dianne – IH results chareen IV
. Debbie Newsham.
5 Woopy

6-6:30    12.5

## Thursday, November 07

Call Spencer. x7209
Rick – Spill Response
Dave Y – ACS – today.

12 hours.

## Friday, November 08

Dave Young – 7204 purchase
Lunch. – Spill Response
EMOC. 12:30

7-9pm     hours 14:00

## Saturday, November 09

Niel North at Palmer 2pm

12 hours

## Sunday, November 10

Office   12 hours

0096

# November 11 – November 17

November 2002 / December 2002

## Monday, November 11

Back to Dave – exp.site.
Anaogok – he can take it
to Dave in Prudhoe.
Industrial Vent.

12 hrs today
6-6

## Tuesday, November 12

Breathing air trailer – Terry Mather –
10 mofe. told him to talk to
Doug.
PPG    12 hours

## Wednesday, November 13

Hilda at wells shop KCS
x7367 heavy tasks?
what about Resp. talk to
Sam – how bout Robert.
What is status of
Training video / PP?

12.5 hours

## Thursday, November 14

welding fireman – KCS
Resp for SS welding – different
from SS cutting? – check
Chem IV stds – sample
Results.

12 hours

## Friday, November 15

Robert Ison – heavy shop
or light shop?
Dana Rhyneer – wants copy
of PP presentation – email
in warehouse.

12 hours

## Saturday, November 16

David Power Rust –
going back to washbay –
Big Robert – check w/ him on
CSE rescue      13 hrs.

## Sunday, November 17

office 12 hours
Manning Sea (sweater?)
Will they have one?

0097

# November 18 – November 24

|  | November 2002 | December 2002 |
|---|---|---|

**Monday, November 18**

pp and 6. – IH Results from Das C. sampling event at CPF-2.   12.5 hours.

**Tuesday, November 19**

Travel Day. 12 hours.

**Wednesday, November 20**

**Thursday, November 21**

**Friday, November 22**

**Saturday, November 23**

**Sunday, November 24**

0098

# December 02 – December 08

|  December 2002  |  January 2003  |
| --- | --- |

**Monday, December 02**

**Tuesday, December 03**

Travel to slope    12 hrs

**Wednesday, December 04**

Laura Limit, Bill sins Co.
866-831-8421

office fun
6-7    13 hrs.

**Thursday, December 05**

Call Dan Young – 357-6324

**Friday, December 06**

worksafe US results – call to
see if they have Recorder open.
Last mo-tacks?

office. 12.5 Hrs.

Loppy – Pat –

Ron Ferguson 928-636-9573

**Saturday, December 07**

B-Day   office 6-6   coaster!   12 hrs

**Sunday, December 08**

CDL Packages & UA's for wells
gring Tank drives?

0093

# ecember 09 -
# cember 15

December 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

January 2003
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, December 09

Talk to Sam / Robert / Bob about hearing conservation program. What do we need in order to keep things updated?

12 hrs

## Tuesday, December 10

Office all day 12
No meetings a Hendel

## Wednesday, December 11

Call Amy or listen Audiologist.
hours at work 12.5

## Thursday, December 12

Lee Landry Inmed — 2089

start time 6:00 Am Quit at 6:30

12.5

## Friday, December 13

7p Does Emma A. have other employee info on file — electronic
— Call Supervisor check out these info.

12 hrs

## Saturday, December 14

Follow up w/ emma?

12 Hrs

## Sunday, December 15

— CD's for gifts / CD copies.
get everyone a gift for xmas —
Doug? whiskey??

0100  12 Hrs

# December 16 – December 22

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**Monday, December 16**

Shawn & Julie called. CPAT

6 to 6      12 hour

**Tuesday, December 17**

Change out and home

12

**Wednesday, December 18**

**Thursday, December 19**

**Friday, December 20**

**Saturday, December 21**

**Sunday, December 22**

0101



December 30, 2002 - January 05, 2003

Thursday, January 02: Anch on every flight

Friday, January 03: travel to slope ⑫

Saturday, January 04: Debbie Newsham x6925 Loppy one on one training? 12.5

Sunday, January 05: Tracy @ CPAI 917-661-6504 D. Smith

0102 ⑫

# January 06 – January 12

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

February 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 |   |

**Monday, January 06**

Call Charity – check on progress – under estimated scope of work needed to complete – also working for Doug in town.

6-7
13 hrs

**Tuesday, January 07**

IH program – get with Sam.
12 Hours

**Wednesday, January 08**

Answer Charity's questions
office 12 hrs

**Thursday, January 09**

office 12 hrs

**Friday, January 10**

office
12 hrs.

**Saturday, January 11**

Jay Root Review (FRI) 2:30-5:30
Cancelled

office 12 hrs.

**Sunday, January 12**

Bob Cannon / Jim Dickie
Coulson 7230

0103

January 13 –
January 19

January 2003
S M T W T F S
        1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

February 2003
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**Monday, January 13**

12 Hours. PPFG
file organization
Don Chenault Vegas

**Tuesday, January 14**

Home

12 Hours

**Wednesday, January 15**

**Thursday, January 16**

**Friday, January 17**

**Saturday, January 18**

**Sunday, January 19**

0104

# January 27 – February 02

### January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### February 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 |   |

**Monday, January 27**

**Tuesday, January 28**
(cloud with handwritten notes — illegible: "Bob's Beaumont … Pat … for lunch …")

**Wednesday, January 29**
Funeral

**Thursday, January 30**
Kentucky
Anch

**Friday, January 31**
1. Dale water Value shop 7730 — Charlie Newman
2. Selma APC Asc — Drug test — Nina Dozzete
3. Charlie 7730
4. Light Duty shop foreman — Pat Holland

12

**Saturday, February 01**
Summarize Noise test Results for 624 fab shop — 624 mgmt — open/ock — Don Chenault.

12

**Sunday, February 02**
Hang samples in light duty shop
VOC's 6am — Pat / Terry
8am STP SS welding.
un. to A&C filters

14 hours

0105

# ebruary 03 –
# ebruary 09

February 2003
S M T W T F S
. . . . . . 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

March 2003
S M T W T F S
. . . . . . 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

## Monday, February 03
Call Don Grey about Chris Briston

## Tuesday, February 04
Lonny Goldman – Dionamic scientific Controls
302-571-8470

## Wednesday, February 05
Fit testing Respirators.
5 am to 6:30 pm
Lead sampling wipes to PAI
Again – Same story –
awaiting 30 more samples.
But analy at work   13.5
Pictures!

## Thursday, February 06
Call Rick Gunderson
Andrea Gillmore? – 5465
Gillmore? Charlie?
Rod Keys to call Doug
Andy's B-Day.
12 Hours

## Friday, February 07
Doug Smith
Andi – when is he now –
Michael Davis
Lars McDaniels called – told
him to call Pat Holland about
the work

## Saturday, February 08
Follow up w/ Dan on Chris Briston –
Resp SOP
12.5 Hrs.

## Sunday, February 09
Charity on manual
IH?? Sam –
12 hours

0106

# ebruary 10 -
# eruary 16

February 2003
March 2003

**Monday, February 10**

Missing 3 days pay on 1st check for Jan. 28, 29, 30 so Marlene said she would put those days onto the next check so it would be for 10 days total.

hrs for ½ day field
½ day
12.5 Hrs Total.

**Tuesday, February 11**

Change out go home

12

**Wednesday, February 12**

**Thursday, February 13**

**Friday, February 14**

**Saturday, February 15**

**Sunday, February 16**

0107

# February 24 – March 02

|  | February 2003 | March 2003 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  |         1 |         1 |
|  | 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 |
|  | 9 10 11 12 13 14 15 | 9 10 11 12 13 14 15 |
|  | 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22 |
|  | 23 24 25 26 27 28 | 23 24 25 26 27 28 29 |
|  |  | 30 31 |

**Monday, February 24**

**Tuesday, February 25**

Shope Travel Day
(12)

**Wednesday, February 26**

Shawn Hueth PM Billings
field sampling sheets. IH
406-255-793

* Time card - 3 days
* Bereavement Pay

12 Hours

**Thursday, February 27**

Bob Johnson NRC cleaners.
1-800-456-6003 PBI.
office IH (12)

**Friday, February 28**

Grant - x7267  Dale Norris/Scott Gale

Todd Christianson 04055
670-4055 Alpine.
office IH (12)

**Saturday, March 01**

Call Day Smith back -
Guy - injury - Report it? how?

12

**Sunday, March 02**

Lenny Goldman Dynamic Scientific
Cathy Foto - 0723   0108
                    12 Hours.

March 03 -
March 09

March 2003 | April 2003

### Monday, March 03
Tom O'Bastian - Natlsco -
office - 12 Hours.

### Tuesday, March 04
Check on 3 days Reverent
Pay - where is it ??
Dave Young 3204
worked from 6 - 6   12 Hrs.

### Wednesday, March 05
welding lenses -
#10 ⎫
#11 ⎬ color shades.
#12 ⎭
        Go to 13 ?
also need ANSI Z Raloch covers.

### Thursday, March 06
talk to Grant
Call TODD MAHL EXXON Ellis. Com
finished Report.          empty net.
                          75-100K
12 Hrs                    657-9334

### Friday, March 07
Mike Davis - x 9334
office & IH Sampling. -
    set up  12 Hours.
Heavy concentration.

### Saturday, March 08
TODD MAHL - Return calls
welding shop samples.

### Sunday, March 09
Light duty shop samples
Diesel ?

0109

## March 10 - March 16

March 2003 | April 2003

### Monday, March 10

12 Hours in office

finished Both weld sample Reports.

### Tuesday, March 11

change out day

### Wednesday, March 12

### Thursday, March 13

### Friday, March 14

### Saturday, March 15

### Sunday, March 16

0110

arch 24 -
arch 30

March 2003
April 2003

**Monday, March 24**

**Thursday, March 27**

**Tuesday, March 25**

travel to slope

**Friday, March 28**

**Wednesday, March 26**

call Amy at listen Audiology.
say most Recent. Record

**Saturday, March 29**

**Sunday, March 30**

0111

# March 24 - March 30

| March 2003 | April 2003 |
|---|---|
| S M T W T F S | S M T W T F S |
|                  1 |    1 2 3 4 5 |
| 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 |
| 30 31 | |

**Monday, March 24**

**Thursday, March 27**

**Tuesday, March 25**

travel to slope

**Friday, March 28**

**Wednesday, March 26**

call Amy at listen Audiology.
say most Recent. Record

**Saturday, March 29**

**Sunday, March 30**

0112