| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT COD | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 626 | 9/17/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/1/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/2/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/3/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/4/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/5/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/6/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/7/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/8/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/9/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/10/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/11/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/12/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/13/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/14/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 10/15/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/5/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/6/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/7/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/8/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/9/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/10/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/11/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/12/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/13/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/14/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/15/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/16/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/17/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/18/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 11/19/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/3/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/4/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/5/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/6/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/7/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/8/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/9/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/10/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/11/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/12/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/13/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/14/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/15/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/16/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 12/17/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/3/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/4/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/5/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/6/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/7/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/8/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/9/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/10/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/11/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 626 | 1/12/2003 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |

1/13 & 1/14 may be in Anchorage.

(6)

APC0048