# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**WEEK ENDING** 4/8/01

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|----------------|------|-------------|----------|------------------|---------|------------|-------------|
| | | | | APC # | CODE | | | | | | |
| 2-Apr | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 3-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Apr | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Apr | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Apr | | | | | | | | SAFETY SPECIALIST | | | |
| 8-Apr | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 3 | | | | | 3 | | | | | |

**TOTAL DAYS** 3

EMPLOYEE SIGNATURE (signed)

SUPERVISOR APPROVAL (signed)

APC NATCHIQ

APC0058

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**      WEEK ENDING **4/29/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

| DATE | DAYS | APPR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FWR # | AFC # | CODE | | | | | | |
| 23-Apr | 1 | | | K84972 | 23STAF8VL | | | SAFETY SPECIALIST | | | |
| 24-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 25-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 26-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 28-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 29-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 5 | | | | | | | | | | |

TOTAL DAYS: **5**

EMPLOYEE SIGNATURE: (signed)

SUPERVISOR APPROVAL: (signed)

equip total

APC0059

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SPECIALIST

LOCATION: KUPARUK

WEEK ENDING 5/4/01

JOB #: 2626

TOTAL DAYS: 5

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 4/30 | 1 | | | K84972 | | | SAFETY SPECIALIST | | | |
| 28-Apr | 1 | | | | 23STAF8VL | | SAFETY SPECIALIST | | | |
| 29-Apr | 1 | | | | | | SAFETY SPECIALIST | | | |
| 30-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 1-May | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 2-May | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 3-May | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 4-May | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 5 | | | | | 5 | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0060

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SPECIALIST

LOCATION: KUPARUK

WEEK ENDING 5/13/01

TOTAL DAYS: 7

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 5-May | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 6-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 7-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 10-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 11-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signature]

SUPERVISOR APPROVAL: [signature]

APC0061

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **5/18/01**

CRAFT: **SAFETY SPECIALIST**

JOB #: **2626**   LOCATION: **KUPARUK**

| DATE | DAYS | | CHARGE NUMBERS | | Days | Location | WORK DESCRIPTION | EQUIP # | EQUIP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | APPR # | PWR # | AFC # | CODE | WORKED | | | EQUIP DESC | HOURS |
| 14-May | 1 | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 15-May | 1 | | " | " | 1 | | SAFETY SPECIALIST | | |
| 16-May | 1 | | " | " | 1 | | SAFETY SPECIALIST | | |
| 17-May | | | " | " | | | SAFETY SPECIALIST | | |
| 18-May | | | " | " | | | SAFETY SPECIALIST | | |
| | | | | | | | SAFETY SPECIALIST | | |
| | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | | | | | | | | | equip total |

EMPLOYEE SIGNATURE   SUPERVISOR APPROVAL

TOTAL DAYS: 3

APC0062

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**    WEEK ENDING **6/10/01**

CRAFT: **SAFETY SPECIALIST**

JOB #: **2626**    LOCATION: **KUPARUK**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | AFC # | CODE | | | | | | | |
| 4-Jun | 1 | | | K84972 | 23STAF8VL | | | | SAFETY SPECIALIST | | | |
| 5-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 9-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 10-Jun | 1 | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 5 | | | | | | | | | | | |

EMPLOYEE SIGNATU    SUPERVISOR APPROVAL

APC NATCHIQ

TOTAL DAYS **5**

equip total

APC0063

EMPLOYEE NAME (PRINT): __JOHN D GILBERT__

EMPLOYEE NUMBER: __6804__

CRAFT: __SAFETY SPECIALIST__

JOB # : __2626__   LOCATION: __KUPARUK__

WEEK ENDING __6/17/01__

*Pay period starts Mon, ends Sun

APC NANACHIQ

TOTAL DAYS __7__

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Jun | 1 | | | K84972 | 23STAF8VL | | | 1 | | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | | | total |

EMPLOYEE SIGNAT... / SUPERVISOR APPROVAL

APC0064

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 1/27/02

*Pay period starts Mon, ends Sun

**JOB #:** 2626

**TOTAL DAYS:** 2

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | AFC # | CODE | | | | | | | |
| 21-Jan | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | | |
| 22-Jan | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Jan | | | | | | | | | SAFETY SPECIALIST | | | |
| 24-Jan | | | | | | | | | SAFETY SPECIALIST | | | |
| 25-Jan | | | | | | | | | SAFETY SPECIALIST | | | |
| 26-Jan | | | | | | | | | SAFETY SPECIALIST | | | |
| 27-Jan | | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | | |

**EMPLOYEE SIGNATURE:** [signed]

**SUPERVISOR APPROVAL:** [signed]

equip total

APC 18

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING:** 2/17/02

**JOB #:** 2626

*Pay period starts Mon, ends Sun*

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 11-Feb | 1 | | | | | | SAFETY SPECIALIST | | |
| 12-Feb | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 13-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | |

**EMPLOYEE SIGNATURE** *(signed)*

**SUPERVISOR APPROVAL** *(signed)*

**TOTAL DAYS:** 6

APC 17

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

WEEK ENDING: **2/24/02**

*Pay period starts Mon, ends Sun

JOB #: **2626**

TOTAL DAYS: **7**


APC NATCHIQ

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 18-Feb | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 19-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 20-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR APPROVAL: [signed]

APC-116

**WEEKLY TIME SHEET**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **3/3/02**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun*

TOTAL DAYS: **2**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 25-Feb | 1 | | | K84872 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 26-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 27-Feb | | | | | | | | SAFETY SPECIALIST | | |
| 28-Feb | | | | | | | | SAFETY SPECIALIST | | |
| 1-Mar | | | | | | | | SAFETY SPECIALIST | | |
| 2-Mar | | | | | | | | SAFETY SPECIALIST | | |
| 3-Mar | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | 1 total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APCt. 15

