WEEKLY TIME SHEET

**APC NATCHIQ**

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING: 3/24/2002

TOTAL DAYS: 7

*Pay period starts Mon, ends Sun

JOB #: 2626

APC0113

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| 18-Mar | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 19-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

APC NATCHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 3/31/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 2

JOB # : 2626

| DATE | DAYS | APPA # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|---------|------------|-------------|
| CHARGE NUMBERS | | | | | | | | | | | |
| 25-Mar | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 26-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 28-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 29-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 30-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 31-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| TOTAL | 2 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC01112

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

JOB #: 2626

WEEK ENDING: 4/14/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 6

APC NORTHIO

| DATE | DAYS | APPR # | FWA # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| 8-Apr | X | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | |
| 9-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 10-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0111

WEEKLY TIME SHEET

**APC NORDIQ**

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING: 4/21/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 2

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | APC # | CODE | | | | | | | |
| 15-Apr | 1 | | | K84972 | 23STAF8VL | 1 | 1 | | SAFETY SPECIALIST | | | |
| 16-Apr | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 17-Apr | | | | | | | | | SAFETY SPECIALIST | | | |
| 18-Apr | | | | | | | | | SAFETY SPECIALIST | | | |
| 19-Apr | | | | | | | | | SAFETY SPECIALIST | | | |
| 20-Apr | | | | | | | | | SAFETY SPECIALIST | | | |
| 21-Apr | | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | | |

APCC.. 0

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

**APC NATCHIQ**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

| EMPLOYEE NUMBER: | **6804** | WEEK ENDING | **5/12/2002** |
|---|---|---|---|

| CRAFT: | **SAFETY SUPERVISOR** |
|---|---|

| LOCATION: | **KUPARUK** |
|---|---|

*Pay period starts Mon, ends Sun

| TOTAL DAYS |
|---|
| **6** |

JOB # : 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-May | 1 | | | K84972 | 23STAF8VL | | | | SAFETY SPECIALIST | | |
| 7-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| 8-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| 9-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| 10-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| 11-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| 12-May | 1 | | | | | | | 1 | SAFETY SPECIALIST | | |
| TOTAL | 6 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0109

WEEKLY TIME SHEET

APC NANA

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 5/19/2002

*Pay period starts Mon, ends Sun

**TOTAL DAYS** 7

**JOB #:** 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| 13-May | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 14-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 18-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 19-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0108

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 5/26/2002

APC NATCHIQ

**TOTAL DAYS** 2

*Pay period starts Mon, ends Sun

**JOB # :** 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| | | | | | CHARGE NUMBERS | | | | | |
| 20-May | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 21-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 22-May | | | | | | | | SAFETY SPECIALIST | | |
| 23-May | | | | | | | | SAFETY SPECIALIST | | |
| 24-May | | | | | | | | SAFETY SPECIALIST | | |
| 25-May | | | | | | | | SAFETY SPECIALIST | | |
| 26-May | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

equip total

APC0107

WEEKLY TIME SHEET

APC NABORS

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 6/9/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 6

JOB #: 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | K84972 | 23STAF8VL | | | SAFETY SPECIALIST | | |
| 4-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 5-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 6-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 7-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 8-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 9-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0106

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 6/16/2002

*Pay period starts Mon, ends Sun

APC MATCHIQ

TOTAL DAYS

7

JOB #: 2626

| DATE | DAYS | | CHARGE NUMBERS | | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | APPR # | FWR # | AFC # | CODE | | | | | | | | |
| 10-Jun | 1 | | K84972 | 23STAF8VL | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

Jlp total

WEEKLY TIME SHEET

APC NORDHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 7d4B0

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 6/23/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 2

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|-----------------|------------------|-------------|
| 17-Jun | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 18-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 19-Jun | | | | | | | | SAFETY SPECIALIST | | |
| 20-Jun | | | | | | | | SAFETY SPECIALIST | | |
| 21-Jun | | | | | | | | SAFETY SPECIALIST | | |
| 22-Jun | | | | | | | | SAFETY SPECIALIST | | |
| 23-Jun | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | total |

CHARGE NUMBERS

EMPLOYEE SIGNA[TURE]

SUPERVISOR APPROVAL

APC0104

WEEKLY TIME SHEET

APC NANCHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SPECIALIST

LOCATION: KUPARUK

WEEK ENDING 6/24/01

*Pay period starts Mon, ends Sun

TOTAL DAYS: 7

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| | | | | | | | CHARGE NUMBERS | | |
| 18-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 19-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | total |

EMPLOYEE SIGNAT'L

SUPERVISOR APPROVAL