# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 9/16/01

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Sep | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 11-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 12-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 13-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 14-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 15-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 16-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNATURE: *(signed)* John Gilbert
SUPERVISOR APPROVAL: *(signed)*

APC0073

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**JOB #:** 2626
**WEEK ENDING:** 7/1/01
**TOTAL DAYS:** 3

*Pay period starts Mon, ends Sun

| DATE | DAYS | CHARGE NUMBERS APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Jun | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 26-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 28-Jun | | | | | | | | SAFETY SPECIALIST | | | |
| 29-Jun | | | | | | | | SAFETY SPECIALIST | | | |
| 30-Jun | | | | | | | | SAFETY SPECIALIST | | | |
| 1-Jul | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 3 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC0066

APC0067

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**JOB #:** 2626

**WEEK ENDING** 7/22/01
**TOTAL DAYS** 5

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 16-Jul | | | | K84972 | 23STAF8VL | | SAFETY SPECIALIST | | |
| 17-Jul | | | | | | | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 5 | | | | | | | | equip total |

EMPLOYEE SIGNATURE / SUPERVISOR APPROVAL

WEEKLY TIME SHEET



EMPLOYEE NAME (PRINT): **JOHN D GILBERT**
EMPLOYEE NUMBER: **6804**
CRAFT: **SAFETY SPECIALIST**
LOCATION: **KUPARUK**

WEEK ENDING **7/29/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS: **7**

JOB #: **2626**

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 23-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 24-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 29-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0068

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT     **EMPLOYEE NUMBER:** 6804     **WEEK ENDING** 8/5/01

**CRAFT:** SAFETY SPECIALIST     **LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 30-Jul | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 31-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 1-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 2-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 3-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNATURE     SUPERVISOR APPROVAL

**TOTAL DAYS** 7

APC0069

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **8/12/01**

*Pay period starts Mon, ends Sun

JOB #: **2626**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | APPR # | FWR # | AFC # | CODE | | | | |
| 6-Aug | 1 | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 7-Aug | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 8-Aug | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 9-Aug | | | | | | SAFETY SPECIALIST | | |
| 10-Aug | | | | | | SAFETY SPECIALIST | | |
| 11-Aug | | | | | | SAFETY SPECIALIST | | |
| 12-Aug | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | | | | | | |

EMPLOYEE SIGNAT.

SUPERVISOR APPROVAL

TOTAL DAYS **3**

APC0070

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 9/2/01

*Pay period starts Mon, ends Sun*

**JOB #:** 2626

| DATE | DAYS | CHARGE NUMBERS ||| Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | PWR # | AFC # | CODE | | | | | |
| 27-Aug | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 28-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 29-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 30-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 31-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 1-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 2-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 6 | | | | | | | | | | |

**TOTAL DAYS:** 6

EMPLOYEE SIGNATURE: *(signed)*

SUPERVISOR APPROVAL: *(signed)*

equip total

APC0071

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 9/9/01

**TOTAL DAYS** 7

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|----------------|--|-------------|----------|------------------|---------|-----------|-------------|
| 3-Sep | 1 | | | K84972 | 23STAFBVL | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 9-Sep | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC0072

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

JOB #: **2626**   LOCATION: **KUPARUK**

WEEK ENDING **9/23/01**

*Pay period starts Mon, ends Sun

| DATE | DAYS | CHARGE NUMBERS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | Days WORKED | Location / WORK DESCRIPTION | EQUIP # / EQUIP DESC | EQUIP HOURS |
| 17-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 18-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Sep | | | | | | | SAFETY SPECIALIST | | |
| 20-Sep | | | | | | | SAFETY SPECIALIST | | |
| 21-Sep | | | | | | | SAFETY SPECIALIST | | |
| 22-Sep | | | | | | | SAFETY SPECIALIST | | |
| 23-Sep | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | |

EMPLOYEE SIGNATURE   SUPERVISOR APPROVAL

TOTAL DAYS: **2**


APC NANUCHIQ

equip total

APC0074

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 10/14/01

**JOB #:** 2626

*Pay period starts Mon, ends Sun

 APC NANA/Colt

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS APC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 8-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 9-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 10-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 11-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Oct | | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | equip total |

**TOTAL DAYS:** 6

EMPLOYEE SIGNATURE: *(signed)*   SUPERVISOR APPROVAL: *(signed)*

APC0075

WEEKLY TIME SHEET

**APC NATCHIQ**

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | | |
|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | WEEK ENDING | 10/21/01 | |
| CRAFT: | SAFETY SPECIALIST | | | | |
| LOCATION: | KUPARUK | | *Pay period starts Mon, ends Sun | TOTAL DAYS | 7 |

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Oct | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | |
| 16-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 18-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 19-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 20-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 21-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | | total |

EMPLOYEE SIGNAT. (signature)
SUPERVISOR APPROVAL (signature)

APC0076