# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 10/28/01

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

**JOB #:** 2626

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | WORK DESCRIPTION | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | Location | EQUIP # EQUIP DESC | EQUIP HOURS |
| 22-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 23-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | 0 total |

EMPLOYEE SIGNAT [signature]

SUPERVISOR APPROVAL [signature]

APC NATCHIQ

APC0077

WEEKLY TIME SHEET

**APC NORCHIQ**

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | |
|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | WEEK ENDING | 11/4/01 |
| CRAFT: | SAFETY SPECIALIST | | | |
| LOCATION: | KUPARUK | | *Pay period starts Mon, ends Sun | TOTAL DAYS: 2 |

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AFC # | CODE | | | | | | | |
| 29-Oct | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | | |
| 30-Oct | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 31-Oct | | | | | | | | | SAFETY SPECIALIST | | | |
| 1-Nov | | | | | | | | | SAFETY SPECIALIST | | | |
| 2-Nov | | | | | | | | | SAFETY SPECIALIST | | | |
| 3-Nov | | | | | | | | | SAFETY SPECIALIST | | | |
| 4-Nov | | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | | 8. total |

EMPLOYEE SIGNATL. (signed)    SUPERVISOR APPROVAL (signed)

APC0078

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 11/25/01

*Pay period starts Mon, ends Sun

**JOB #:** 2626

**TOTAL DAYS:** 6

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AFC # | CODE | | | | | | | |
| 19-Nov | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | | |
| 20-Nov | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Nov | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Nov | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Nov | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Nov | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 25-Nov | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 6 | | | | | | | | | | equip total | |

EMPLOYEE SIGNATURE [signed]

SUPERVISOR APPROVAL [signed]

APC NANCHIQ

APC0079

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 12/2/01

**TOTAL DAYS:** 7

**JOB #:** 2626

*Pay period starts Mon, ends Sun*

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | APC # | CODE | | | |
| 26-Nov | 1 | | | KB4972 | 23STAFBVL | 1 | SAFETY SPECIALIST | |
| 27-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 28-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 29-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 30-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 1-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 2-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | |
| TOTALS | 7 | | | | | | | equip total |

EMPLOYEE SIGNATURE  SUPERVISOR APPROVAL

APC NANCHIQ

APC0080

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 12/9/01

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-Dec | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | | |
| 4-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 5-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 6-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 7-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 8-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 9-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | |

**TOTAL DAYS:** 7

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC NATCHIQ

APC0081

**WEEKLY TIME SHEET**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **12/16/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

"Pay period starts Mon, ends Sun"

JOB #: **2626**   TOTAL DAYS: **2**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 10-Dec | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 11-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Dec | | | | | | | | SAFETY SPECIALIST | | |
| 13-Dec | | | | | | | | SAFETY SPECIALIST | | |
| 14-Dec | | | | | | | | SAFETY SPECIALIST | | |
| 15-Dec | | | | | | | | SAFETY SPECIALIST | | |
| 16-Dec | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: *(signed)*

SUPERVISOR APPROVAL:

APC NATCHIQ

APC0082

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**WEEK ENDING** 1/6/02

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 4

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS — APC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Dec | | | | KB4972 | 23STAF8VL | | | SAFETY SPECIALIST | | | |
| 1-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 2-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 3-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 4 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE                SUPERVISOR APPROVAL

APC NATCHIQ

APC0083

| | | | | |
|---|---|---|---|---|
| **JOHN D GILBERT** | | | | |
| Employee ID | 7480 | Job No | 626 | DBA Emp ID | 7480 |
| First Name | JOHN D | Last Name | GILBERT | | |
| Status | 4 | Supervisor | SMITH, DOUG L | Man Day | 10.0 |
| Sex | Male | Alternate | | Crew Code | 1790BJ |
| Hire Date | 1/30/2001 | Gin Responsible | S | Pay Type | Daily |
| Terminated | 4/22/2003 | Safety Group | STAFF | Emp. Rate | $47.50 |
| Returning? | | Work Dept | STAF | Subsistence | |
| Minority | 1 | Work Phone | (907) 659-7435 | | |
| Nonresident | No | Pager | 298 | Email Address | n1102@conocophillips.cc |
| | | Mobil Phone | | Radio Call# | |
| | | Fax | (907) 659-7207 | Badge No | |

1/13/03 to 4/22/03?

Need

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 1/12/2003   Week Ending Date

EMPLOYEE NUMBER: 7480
CRAFT: Safety & IH
LOCATION: KUPARUK

JOB #: 2626   APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE - requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 1/6 | 1 | CK04972 194395 | | Safety & IH | | | |
| 1/7 | 1 | | | | | | |
| 1/8 | 1 | | | | | | |
| 1/9 | 1 | | | | | | |
| 1/10 | 1 | | | | | | |
| 1/11 | 1 | | | | | | |
| 1/12 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP TO:

APC0085

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert  
DATE: 1/5/2003  
Week Ending Date: 1/5/2003

EMPLOYEE NUMBER: 7480  
CRAFT: Safety & IH  
LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE - requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|---|---|---|---|---|---|
| 12/30 | | | | | | | |
| 12/31 | | 1943955 | | Safety & IH | | | |
| 1/1 | | | | | | | |
| 1/2 | 1 | | | | | | |
| 1/3 | 1 | | | | | | |
| 1/4 | 1 | | | | | | |
| 1/5 | 1 | | | | | | |
| TOTALS | 3 | | | | | TOTALS | 3.0 |

EMPLOYEE SIGNATURE: [signed] Gilbert  
SUPERVISOR SIGNATURE:  
EQUIP: 1

APC0086  
1/3/2003 11:56 AM   GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert
**DATE:** 
**Week Ending Date:** 12/15/2002

**EMPLOYEE NUMBER:** 7480
**CRAFT:** Safety & IH
**LOCATION:** KUPARUK

**JOB #:** 2626
**APPROVER UNIVERSAL ID:** JHARVIL

*Pay period starts Mon, ends Sun*

| DATE | DAYS | COST CENTER / INTERNAL ORDER / WBS / PM ORDER / NETWORK ACTIVITY CODE | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 12/9  | 1 | CK84972 | | Safety & IH | | | |
| 12/10 | 1 | | | | | | |
| 12/11 | 1 | | | | | | |
| 12/12 | 1 | | | | | | |
| 12/13 | 1 | | | | | | |
| 12/14 | 1 | | | | | | |
| 12/15 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

**EMPLOYEE SIGNATURE:** (signed)
**SUPERVISOR SIGNATURE:**
**EQUIP.**

APC0087
12/4/2002 10:46 AM
GILBERT Timesheet.xls