| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT COD | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 625 | 12/3/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/4/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/5/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/6/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/7/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/8/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/9/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/10/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/11/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 1/3/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/4/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/5/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/6/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/7/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/8/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/9/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/10/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/11/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/12/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/13/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/14/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/15/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/16/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/17/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/18/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/19/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/20/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |

APC0055

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **3/25/01**

JOB #: **2626**

TOTAL DAYS: **7**

| DATE | DAYS | APPR # | FWR # | AFC # | CHARGE NUMBERS CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Mar | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 20-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 25-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNATURE: *(signed)*

SUPERVISOR APPROVAL: *(signed)*

APC0056

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 4/1/01

**JOB #:** 2626

**TOTAL DAYS:** 7

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|---------|------------|-------------|
| 26-Mar | 1 | | | K84972 | 23STAFBVL | 1 | | SAFETY SPECIALIST | | | |
| 27-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 28-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 29-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 30-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 31-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 1-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC NATCHIQ

APC0057