APC0088

**WEEKLY DAY RATE TIMECARD**

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE   Week Ending Date 12/8/2002

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH   LOCATION: KUPARUK

JOB #: 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 12/2 | 1 | JHARVIL | CK84972 | | Safety & IH | | | |
| 12/3 | 1 | | | | | | | |
| 12/4 | 1 | | | | | | | |
| 12/5 | 1 | | | | | | | |
| 12/6 | 1 | | | | | | | |
| 12/7 | 1 | | | | | | | |
| 12/8 | 1 | | | | | | | |
| TOTALS | 6 | | | | | | | |

TOTALS: 6.0

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP TOTAL

APC NATCHIQ

GILBERT   esheet.xls
12/4/2003 10:45 AM

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 11/24/2002   **APC NATCHIQ**

EMPLOYEE NUMBER: 7480   Week Ending Date

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 11/18 | 1 | | Safety & IH | | | | |
| 11/19 | 1 | | | | | | |
| 11/20 | | | | | | | |
| 11/21 | | | | | | | |
| 11/22 | | | | | | | |
| 11/23 | | | | | | | |
| 11/24 | | | | | | | |
| TOTALS | 2 | | | | | | 2.0 |

COST CENTER - starts w/ CA
INTERNAL ORDER - starts w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

CK84972

*Pay period starts Mon, ends Sun

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP T

TOTALS

APC0089

GILBERT Timesheet.xls

# Weekly Day Rate Timecard

**EMPLOYEE NAME (PRINT):** John D. Gilbert
**DATE / Week Ending Date:** 11/17/2002

**EMPLOYEE NUMBER:** 7480
**CRAFT:** Safety & IH
**LOCATION:** KUPARUK
**JOB #:** 2626

*Pay period starts Mon, ends Sun*

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE -requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 11/11 | 1 | CK84972 | | Safety & IH | | | | |
| 11/12 | 1 | | | | | | | |
| 11/13 | 1 | | | | | | | |
| 11/14 | 1 | | | | | | | |
| 11/15 | 1 | | | | | | | |
| 11/16 | 1 | | | | | | | |
| 11/17 | 1 | | | | | | | |
| **TOTALS** | **7** | | | | | | | **7.0** |

**APPROVER UNIVERSAL ID:** JHARVIL

EMPLOYEE SIGNATURE: *(signed)*
SUPERVISOR SIGNATURE: *(signed)*

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert      DATE       11/10/2002
                                                      Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun.

| DATE | DAYS | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP #<br>EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 11/4 | 1 | CK84972 | | Safety & IH | | | |
| 11/5 | 1 | | | | | | |
| 11/6 | 1 | | | | | | |
| 11/7 | 1 | | | | | | |
| 11/8 | 1 | | | | | | |
| 11/9 | 1 | | | | | | |
| 11/10 | | | | | | | |
| TOTALS | 6 | | | | | | |

TOTALS: 6.0

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR SIGNATURE: [signed]

EQUIP TOTAL:

APC0091

11/6/2002 1:42 PM

APC NATCHIQ

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE** 10/20/2002

**EMPLOYEE NUMBER:** 7804  Week Ending Date

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun*

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|-----------------------|----|----|----|----|----|----|
| 10/14 | 1 | JHARVIL | CK84972 | | Safety & IH | | | |
| 10/15 | 1 | | | | | | | |
| 10/16 | | | | | | | | |
| 10/17 | | | | | | | | |
| 10/18 | | | | | | | | |
| 10/19 | | | | | | | | |
| 10/20 | | | | | | | | |
| TOTALS | 2 | | | | | | | 2.0 |

**EMPLOYEE SIGNATURE**

**SUPERVISOR SIGNATURE**

**TOTALS** 2.0

APC0092

GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert  DATE 10/13/2002  Week Ending Date

EMPLOYEE NUMBER: ~~7004~~ 7490

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 10/7 | 1 | CK84972 | | Safety & IH | | | | |
| 10/8 | 1 | | | | | | | |
| 10/9 | 1 | | | | | | | |
| 10/10 | 1 | | | | | | | |
| 10/11 | 1 | | | | | | | |
| 10/12 | 1 | | | | | | | |
| 10/13 | 1 | | | | | | | |
| TOTALS | 7 | | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE    SUPERVISOR SIGNATURE

APC0093

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE** 10/6/2002  Week Ending Date

**EMPLOYEE NUMBER:** 7804

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

**JOB #:** 2626

**APPROVER UNIVERSAL ID:** JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

*Pay period starts Mon, ends Sun

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 9/30 | 1 | CK84972 | Safety & IH | | | |
| 10/1 | 1 | | | | | |
| 10/2 | 1 | | | | | |
| 10/3 | 1 | | | | | |
| 10/4 | 1 | | | | | |
| 10/5 | 1 | | | | | |
| 10/6 | 1 | | | | | |
| TOTALS | 6 | | | | | |

**TOTALS** 6.0

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP T

APC0094
GILBERT Timesheet.xls



WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE   9/22/2002 Week Ending Date

EMPLOYEE NUMBER:
CRAFT: Safety & IH
LOCATION: KUPARUK

JOB #: 2626
APPROVER UNIVERSAL ID: JHARVIL
PM ORDER: CK84972

| DATE | DAYS | DRLG ACTIVITY CODE / DESCRIPTION OF WORK | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|
| 9/16 | 1 | | | |
| 9/17 | 1 | Safety & IH | | |
| 9/18 | | | | |
| 9/19 | | | | |
| 9/20 | | | | |
| 9/21 | | | | |
| 9/22 | | | | |
| TOTALS | 2 | | | 2.0 |

TOTALS 2.0

APC0095