# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE 9/15/2002  Week Ending Date

EMPLOYEE NUMBER: 7804 7486

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE -requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 9/9 | 1 | JHARVIL | CK84972 | | Safety & IH | | |
| 9/10 | 1 | | | | | | |
| 9/11 | 1 | | | | | | |
| 9/12 | 1 | | | | | | |
| 9/13 | 1 | | | | | | |
| 9/14 | 1 | | | | | | |
| 9/15 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR SIGNATURE: [signed]

APC0096

9/4/200. AM    GILBERT TI    tee1.xls    EQUIP TOTAL

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert     DATE     9/8/2002

*Pay period starts Mon, ends Sun    Week Ending Date

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE / DESCRIPTION OF WORK | EQUIP # / EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 9/2 | X | | | | | | |
| 9/3 | 1 | CK84972 | | | Safety & IH | | |
| 9/4 | 1 | | | | | | |
| 9/5 | 1 | | | | | | |
| 9/6 | 1 | | | | | | |
| 9/7 | 1 | | | | | | |
| 9/8 | 1 | | | | | | |
| TOTALS | 6 | | | | | TOTALS | 6.0 |

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

APC0097

9/4/2002 9:45 AM     GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

APC0098

**EMPLOYEE NAME (PRINT):** John D. Gilbert   **DATE** _[signature]_   **Week Ending Date** 8/25/2002

**EMPLOYEE NUMBER:** 7904

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE - requires task | APPROVER UNIVERSAL ID | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 8/19 | 1 | CK84972 | JHARVIL | | Safety & IH | | | |
| 8/20 | 1 | | | | | | | |
| 8/21 | | | | | | | | |
| 8/22 | | | | | | | | |
| 8/23 | | | | | | | | |
| 8/24 | | | | | | | | |
| 8/25 | | | | | | | | |
| **TOTALS** | **2** | | | | | | **TOTALS** | **2.0** |

_[Employee Signature]_       _[Supervisor Signature]_       EQUIP TOTAL

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE: 8/18/2002 Week Ending Date

EMPLOYEE NUMBER: 7804-7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

*Pay period starts Mon, ends Sun

| DATE | DAYS | PM or NETWORK TASK | Location / well # | DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 8/12 | 1 | CK84972 | | Safety & IH | | | | |
| 8/13 | 1 | | | | | | | |
| 8/14 | 1 | | | | | | | |
| 8/15 | 1 | | | | | | | |
| 8/16 | 1 | | | | | | | |
| 8/17 | 1 | | | | | | | |
| 8/18 | 1 | | | | | | | |
| TOTALS | 7 | | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR SIGNATURE: [signed]

EQUIP:

APC0099

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert    **DATE** 8/11/2002 Week Ending Date

**EMPLOYEE NUMBER:** 784GD

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | ORLQ ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 8/5 | 1 | | Safety & IH | | | |
| 8/6 | 1 | | | | | |
| 8/7 | 1 | | | | | |
| 8/8 | 1 | CK84972 | | | | |
| 8/9 | 1 | | | | | |
| 8/10 | 1 | | | | | |
| 8/11 | 1 | | | | | |
| TOTALS | 6 | | | | | |

**TOTALS:** 6.0

**APPROVER UNIVERSAL ID:** JHARVIL

EMPLOYEE SIGNATURE (signed)

SUPERVISOR SIGNATURE (signed)

EQUIP TOTAL

APC00100
8/7/2002 6:19 AM

APC NARQHIQ

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 7480

**CRAFT:** SAFETY & IH

**WEEK ENDING** 7/21/2002

**JOB #:** 2626

**LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Jul | 1 | | | K84972 | 23STAF8VL | | | 1 | | SAFETY SPECIALIST | | |
| 16-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 19-Jul | | | | | | | | | | SAFETY SPECIALIST | | |
| 20-Jul | | | | | | | | | | SAFETY SPECIALIST | | |
| 21-Jul | | | | | | | | | | SAFETY SPECIALIST | | |
| TOTAL | 4 | | | | | | | | | | | |

**EMPLOYEE SIGNATURE** [signed]

**SUPERVISOR APPROVAL**

**TOTAL DAYS** 4

equip total

APC0101

APO NATCHIQ

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 7480

**CRAFT:** SAFETY & IH

**LOCATION:** KUPARUK

**WEEK ENDING** 7/14/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

**TOTAL DAYS:** 7

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Jul | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 9-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 10-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTAL | 7 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE (signed)

SUPERVISOR APPROVAL (signed)

APC0102

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 74970
**CRAFT:** SAFETY & IH
**LOCATION:** KUPARUK
**WEEK ENDING:** 7/7/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWA # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jul | 1 | | | K84972 | 23STAF8VL | | | 1 | | SAFETY SPECIALIST | | | |
| 2-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 3-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jul | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jul | | | | | | | | | | | | | |
| TOTALS | 6 | | | | | | | | | | | | |

**TOTAL DAYS:** 6

EMPLOYEE SIGNATURE: [signed]

APC0103

APC NATCHIQ