```
AK-ADMIN-CODE - 8 AAC 15.910, Definitions.

------------ Excerpt from page 13216 follows ------------
    (22) "salary" means, subject to the provisions of > 8 AAC 15.908, a fixed and recurring amount
of money constituting all or part of an exempt employee's compensation, which amount is not subject
to reduction because of variations in the quality or quantity of the work performed.
```

© 2006 Thomson/West. No claim to original U.S. Govt. works.