Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:03-CV-00174 RRB |

**PROPOSED ORDER**

It is Hereby ordered that for the purposes of calculating plaintiff Gilbert's regular rate for state law claims, his regular rate shall be calculated pursuant to 8 AAC 15.100(a)(2). This calculation will be achieved by taking his daily salary, multiplying by five (5) and dividing it by forty (40) hours.

_____
District Court Judge

1

2

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/1/06
By:    /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell

2