Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:03-CV-00174 RRB |

**<u>NOTICE OF FILING UNSIGNED AFFIDAVIT</u>**

> **VRA CERTIFICATION**
>
> I hereby certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Comes now, JOHN GILBERT, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and hereby notifies the court of filing an unsigned "Affidavit of Gilbert dated 8/1/2006." Mr. Gilbert has verified this affidavit as being true and correct.  Mr. Gilbert lives in Idaho and is sending an original, notarized affidavit via United States Postal Mail on 8/2/06, counsel will file notarized affidavit upon receipt of it.

Respectfully submitted this 1st day of August, 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/01/06
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell