ARCO Alaska, Inc.

**Facsimile Transmission**
P.O. Box 100360
Anchorage, Alaska 99510

INSTRUCTIONS:
1) Number Pages
2) Remove Staples
3) Use Only Black Ink
4) Use Only Clear/Defined Copies
5) Thank You For Your Cooperation

HUMAN RESOURCES
COMPENSATION/PAYROLL
6th FLOOR
FAX #263-4401

DATE 12/12/96

| | |
|---|---|
| TO Mark Nelson | MESSAGE CENTER COMMENTS: |
| LOCATION/ROOM | |
| COMPANY | |
| CITY STATE | |
| FAX# 659-7706 | XEROX COPIES TO<br>NAME BUILDING/ROOM |
| VERIFY# | |
| FROM Nancy Williams | |
| BLDG.-RM. | |
| TELEPHONE 265-6407 | COMMENTS |
| NO. OF PAGES FOLLOWING COVER: eight | |
| MAIL ______ TRASH ______ | |

APC0162

# Appendix E

## Fair Labor Standards Act: Exempt/Nonexempt Classifications

The federal Fair Labor Standards Act (FLSA) establishes standards concerning the minimum wage rate, overtime pay, equal pay, and child labor. Except for those who are specifically excluded from coverage, the law applies to all employees who are:

- engaged in interstate commerce;
- engaged in the production of goods for interstate commerce;
- employed by an enterprise engaged in interstate commerce or in the production of goods for interstate commerce.

Many states also have laws patterned after the FLSA that cover wage and hour issues. Where state and federal law conflict, the more restrictive law usually prevails.

One of the more complex areas of the FLSA is its classification of certain employees as "exempt" or excluded from coverage by the overtime requirements of the law. An employee is presumed to be "nonexempt" (covered by the law and entitled to receive overtime pay) unless the employer can show that the employee's job duties and pay meet certain criteria.

The following tables summarize criteria for some of the most commonly used overtime exemptions. The exemption criteria can be applied easily and correctly to many jobs. However, there are some cases where determining the proper classification can be complicated.

A number of terms contained in the exemption definitions (for example, "salary," "primary duty," "closely and directly related work") have specific meanings when used in the FLSA. These terms are defined in the law and in decisions issued by the Department of Labor. It is important to correctly interpret and apply these terms when determining whether employees should receive overtime pay.

The tables in this appendix provide information to help *Descriptions Now!* users better understand some overtime provisions of the FLSA. They are not meant to provide legal advice. If you have questions on the correct application of the FLSA exemption criteria in your organization, *Descriptions Now!* recommends consulting an attorney or other individual with expertise in compensation issues.

## Executive Employees

Use this chart to determine if an executive employee meets compensation and duties criteria for exemption from FLSA overtime requirements. *(Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)*

Compensation
Salary of $250 or more per week?
No
Salary of $155 or more per week?
No
Not Exempt
Yes
Yes
Duties
Short Test
(Must answer yes to both items.)
1. Primary duty is management of the enterprise or of a recognized department or subdivision;
AND
2. Employee customarily and regularly directs the work of two or more other employees.
Yes
Exempt
No
Not Exempt
General Test (Must answer yes to all numbered items.)
1. Primary duty is management of the enterprise or of a recognized department or subdivision;
AND
2. Employee customarily and regularly directs the work of two or more other employees;
AND
3. Employee has authority to hire or fire other employees or recommends hiring, firing, advancement, promotion, or other change in status;
AND
4. Employee customarily and regularly exercises discretionary powers;
AND
5. a) Not more than 20% of the time (40% for retail or service establishment employees) is devoted to other activities not directly and closely related to (1) through (4);
or
b) Employee is in sole charge of an independent establishment or a physically separated branch;
or
c) Employee owns at least 20% interest in the enterprise.
Yes
Exempt
No
Not Exempt

Attachment 5 to Exhibit B
Page 4 of 9

APC0165

## Administrative Employees

Use this chart to determine if an administrative employee meets compensation and duties criteria for exemption from FLSA overtime requirements. *(Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)*

**Compensation** → **Salary of $250 or more per week?**

- **Yes** → Short Test
- **No** → **Salary of $155 or more per week?***
  - **Yes** → General Test
  - **No** → **Not Exempt**

**Duties** → Short Test

**Short Test**
*(Must answer yes to both items.)*

1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of the employer or employer's customers;

   or

   b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;

   AND

2. Work requires the exercise of discretion and independent judgement.

- **Yes** → **Exempt**
- **No** → **Not Exempt**

**General Test** *(Must answer yes to all numbered items.)*

1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of the employer or employer's customers;

   or

   b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;

   AND

2. Employee customarily and regularly exercises discretion and independent judgement;

   AND

3. a) Employee regularly and directly assists a proprietor or *bona fide* executive or administrative employee;

   or

   b) Under only general supervision, employee performs specialized or technical work requiring special training, experience, or knowledge;

   or

   c) Under only general supervision, employee executes special assignments and tasks;

   AND

4. Not more than 20% of the time (40% for retail or service establishment employees) is devoted to other activities not directly and closely related to (1) through (3).

- **Yes** → **Exempt**
- **No** → **Not Exempt**

DIRECTLY RELATED TO MANAGEMENT POLICIES – THIS MEANS TO AFFECT THESE POLICIES / CHANGE THEM – NOT WORK WITHIN THE POLICIES ?

SUPERVISORS @ CPF VALVES AND EQUIP ETC.

**In the case of academic administrative personnel, employee receives either salary or fee of $155 or more per week OR a salary at least equal to entry salary of teachers in the same school.*

## Professional Employees

Use this chart to determine if a professional employee meets compensation and duties criteria for exemption from FLSA overtime requirements. *(Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)*

**Compensation** → **Salary of $250 or more per week?**
- No → **Salary of $170 or more per week?***
  - No → **Not Exempt**
  - Yes → General Test
- Yes → Short Test

**Duties**

**Short Test**
*(Must answer yes to **at least one** item.)*

a) Primary duty requires the consistent exercise of discretion and judgement while performing work requiring knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study;

or

b) Primary duty requires the consistent exercise of discretion and judgement while teaching, tutoring, instructing, or lecturing as a teacher, employed by a school system or educational establishment or institution;

or

c) Primary duty is work requiring invention, imagination, or talent in a recognized field of artistic endeavor.

Yes → **Exempt**; No → **Not Exempt**

**General Test** *(Must answer yes to **all** numbered items.)*

1. a) Primary duty is work requiring knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study;

   or

   b) Primary duty is work that is original and creative in character in a recognized field of artistic endeavor, the result depends primarily on the invention, imagination, or talent of the employee;

   or

   c) Primary duty is teaching, tutoring, instructing, or lecturing as a teacher, employed by a school system or educational establishment or institution;

   **AND**

2. Primary duty requires the consistent exercise of discretion and judgement;

   **AND**

3. Primary duty is work that is predominately intellectual and varied in character and the output produced or result accomplished cannot be standardized in relation to a given period of time;

   **AND**

4. Not more than 20% of the time is devoted to activities which are not an essential part of and necessarily incident to the work described in (1) through (3).

Yes → **Exempt**; No → **Not Exempt**

*Minimum salary requirement does not apply to an employee, licensed to practice law or medicine, who is actually practicing in the field; OR who has an academic degree in medicine and is in an internship or resident program; OR who is employed as a teacher as defined in (1c).*

HAS SAFETYMEN EXEMPT – WORK IN TOWN & OTHER LOCATION –

WHAT ABOUT ROW/GANG MAT SUP. & OVER ARE HANDS – YES

Attachment 5 to Exhibit B
Page 6 of 9

APC0167

## Employees in Outside Sales

Use this chart to determine if an outside sales employee meets criteria for exemption from FLSA overtime requirements. *(Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)*

*Must answer yes to **both** items.*

1. Is customarily and regularly away from the employer's place of business, engaged in making sales or obtaining orders or contracts;

**AND**

2. The amount of time spent on activities not related to (1) is not more than 20% of hours worked by nonexempt employees of the same employer.

Yes → **Exempt**

No → **Not Exempt**

# Employees in Computer Systems Analysis and Programming Work

Use this chart to determine if computer systems analysis, computer programmers, software engineers, and other similarly skilled employees meet criteria for exemption from FLSA overtime requirements. *(Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1992.)*

*(Must answer yes to **both** items below.)*

1. Regular rate of pay exceeds 6½ times the minimum wage and is paid on an hourly basis;

   **or**

   Regular rate of pay is $155 or more per week and is paid on a salaried basis.

   **AND**

2. Primary duties consist of one or more of the following:

   a) Application of systems analysis techniques and procedures, including consulting with users, to determine hardware and software functional specifications;

   **or**

   b) Design of computer systems based on and related to user specifications;

   **or**

   c) Creation or modification of computer programs based on and related to system design specifications;

   **or**

   d) Creation or modification of computer programs related to machine operating systems;

   **or**

   e) A combination of the above duties, provided that the same level of skills is required.

APC0169

Attachment 5 to Exhibit B
Page 8 of 9

**_Descriptions Now!_® Program and User Manual**

Copyright (c) 1995 by KnowledgePoint
All Rights Reserved Printed in U.S.A. Part No. 201-2001

The product is licensed to the original purchaser of the product for use only on the terms set forth in the KnowledgePoint Software License Agreement. Copying, selling, or using the product contrary to the terms of the KnowledgePoint Software License Agreement may be a violation of the law. All parts of the *Descriptions Now!*® documentation are copyrighted and all rights reserved. This documentation may not be copied, photocopied, or reproduced in whole or in part without prior consent, in writing, from KnowledgePoint.

KnowledgePoint makes no representations or warranties with respect to the merchantability or fitness of this program or documentation for any particular purpose. All disclaimers and limitations in the KnowledgePoint Software License Agreement apply.

This product is designed to provide accurate and authoritative information regarding its subject matter. It is sold with the understanding that the publisher is not engaged in rendering legal or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Microsoft and Windows are registered trademarks of Microsoft Corporation.

**Money-back guarantee:** If for any reason you are not satisfied with this KnowledgePoint product, you may receive a refund of the purchase price (not including shipping and handling). Simply return the product postage pre-paid within 60 days from the date of original purchase with proof of purchase to the place you purchased it. The product must be in good condition with the original packaging.

ACKNOWLEDGMENTS

*Program design* Jerry Howard, Diane Pratt, Michael Troy
*Programming* Jim Sillars, Larry Weber, Paul Taggart, & Jerry Howard
*Human resources advice* Diane Pratt, Richard Franklin
*Product management* Jeannine Cook
*User manual & program help* Rudy Lacoe
*User manual composition* Illumination Graphics
*Tutorial* Promotional Technologies Group
*Cover design* Artworks Advertising & Design

*Legal review* Michael J. Lotito & Jamerson C. Allen, Attorneys-at-Law
*Jackson, Lewis, Schnitzler & Krupman*
offices located throughout the United States

*We welcome your ideas, suggestions, and comments.*

**KnowledgePoint** 1129 Industrial Ave., Petaluma, CA 94952-1141
(707) 762-0333 FAX (707) 762-0802