Case 3:03-cv-00174-RRB   Document 34-13   Filed 08/03/2006   Page 1 of 3

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 1

```
1           IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF ALASKA
3    JOHN GILBERT,              )
                                )
4         Plaintiff,             )
                                )
5    vs.                        )
                                )
6    APC NATCHIQ, INC.          )
                                )
7         Defendants.           )   Case No. 3:03-CV-00174-RRB
                                )
8
              DEPOSITION OF DOUGLAS L. SMITH
9                   June 1, 2006
10
11   APPEARANCES:
12        FOR THE PLAINTIFF:     MR. KENNETH L. COVELL
                                 Attorney at Law
13                               712 Eighth Avenue
                                 Fairbanks, Alaska 99701
14                               (907) 452-4377
15        FOR THE DEFENDANTS:    MS. PATRICIA L. ZOBEL
                                 DeLisio Moran Geraghty &
16                               Zobel
                                 Attorneys at Law
17                               943 West Sixth Avenue
                                 Anchorage, Alaska 99501
18                               (907) 279-9574
19        ALSO PRESENT:          MR. JOHN GILBERT
                        * * * *
20
21
22
23
24                                    EXHIBIT  E
25                                    PAGE  1  OF  3
```

Case 3:03-cv-00174-RRB   Document 34-13   Filed 08/03/2006   Page 2 of 3

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 6

1  is it correct that the general organizational scheme
2  in the way of hierarchy in health and safety would be
3  there are safety specialists, safety supervisor, and
4  then you, and you title at that time, tell me again,
5  was safety.....
6  A   I was hired as a safety manager which was a new
7      position for that organization.
8  Q   Okay. I see.
9  A   That -- that position did not exist prior to my
10     arrival.
11 Q   Okay. Prior to your arrival, was there a corporate
12     safety man in Anchorage?
13 A   There was a safety supervisor on site.
14 Q   Okay.
15 A   And that was Ron Kirk.
16 Q   Okay. And then who would Ron -- who was Ron's direct
17     report I think is how you guys like to put it?
18 A   Yeah, at that time Ron was a direct report to Gary
19     Buchanan as the safety supervisor in the department.
20     And.....
21 Q   And was Gary.....
22 A   .....the specialists.....
23 Q   .....in Anchorage or was Gary.....
24 A   Gary -- Gary was Anchorage-based.
25     (Telephone ringing)

Page 7

1  Q   Okay.
2      MS. ZOBEL: Do you need to take a.....
3  A   No, I'm just turning it off. Sorry.
4      MS. ZOBEL: Okay.
5  A   Gary was based on the Slope. He was the project
6      manager or contract business manager for the Kuparuk
7      contract. He was the operations manager.
8  Q   Okay. And is that different than unit supervisor?
9  A   Business unit manager, those guys have had a multitude
10     of titles. We refer to them as the contract manager
11     or business unit manager, and they were responsible
12     for the entire operational contract for APC at
13     Kuparuk.
14 Q   So the safety supervisor would answer to Buchanan in
15     the unit manager or similar position?
16 A   Yes, prior to my arrival, Ron Kirk reported to Gary
17     Buchanan.
18 Q   And then was there a safety guy in Anchorage that was
19     higher up the food chain or not?
20 A   Yes, there was a corporate safety manager. At that
21     time it was Scott Brower.
22 Q   Okay. All right. Let's see, what did you do to
23     prepare for your deposition today, if anything?
24 A   Came yesterday and just, you know, knowledge of the
25     events since I was present, but that's about it.

Page 8

1  Q   Okay. Did you ever do an evaluation of the safety
2      specialist position to determine whether it was exempt
3      or non-exempt from overtime?
4  A   Yes. The -- in fact, I had been involved in an
5      evaluation at a previous employer with that position.
6      And after I arrived at this company, we discussed the
7      position, exempt versus non-exempt. And one thing
8      that's important is that one of the things we worked
9      -- always worked against or was a bit of an issue is a
10     lot of positions, can (indiscernible) extra hours in
11     the specialist field around the country are being paid
12     in an exempt mode, so by us defining those as non-
13     exempt was -- we felt was correct with the
14     determination of the labor law, but was not exactly
15     industry standard. So we were always sort of with the
16     uphill battle to move these two hourly, not within the
17     company, but just as a general industry position. So
18     we evaluated the positions based on the -- the
19     Department of Labor checklist provided at the time,
20     and determined that these positions would were -- most
21     likely would be better suited to be under hourly
22     positions. And the guys who were having call-outs in
23     the evening and such, the nature of the embedded
24     employees, were being called out, so there was a move
25     to move them to hourly after I arrived there. But it

Page 9

1      took some time to change the contract language, put
2      the rates in, and effect the changed for the
3      specialists.
4  Q   Okay. And did that then actually happen on or after
5      April of '03?
6  A   It happened March 1st of '03 is when we finally got
7      the -- what we call employee information records, a
8      status change actually into payroll and changed the
9      specialist' pay rates to hourly was March 1 of '03.
10 Q   And when did the guys in the field -- and we're
11     talking safety.....
12 A   Specialists.
13 Q   .....supervisor here?
14 A   Safety specialist.
15 Q   Oh, okay. All right. Safety specialist. All right.
16 A   And at the same time, we -- I evaluated personally
17     with Gary Buchanan the position that Ron Kirk had
18     previously held as safety supervisor. And it's
19     important to understand the chain.....
20     MS. ZOBEL: Let's.....
21 A   .....of progression.
22     MS. ZOBEL: Let's wait until he asks the
23 question.
24 A   Yeah.                         EXHIBIT  E
25 Q   (By Mr. Covell) Okay.         PAGE  2  OF  3

3 (Pages 6 to 9)

Case 3:03-cv-00174-RRB   Document 34-13   Filed 08/03/2006   Page 3 of 3

JOHN GILBERT vs. APC NATCHIQ, [...]   [DE]POSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB   JUNE 1, 2006

Page 10

```
 1  A    Yeah.  Well, you were asking about which position
 2       we're talking about.  The safety supervisor position
 3       was evaluated separate of the specialist.  Only --
 4       only the specialists were changed March 1st.  I just
 5       want to clarify that.
 6  Q    Okay.  Was the safety supervisor eventually changed?
 7  A    No, the position was eliminated.
 8  Q    Okay.  And what filled the void, if anything?
 9  A    There currently exists a position there now that's
10       called a safety coordinator, and does not have a
11       supervisory title.  That is an hourly-based position.
12  Q    Okay.  And then your former job, does that still
13       exist, safety manager, if that's.....
14  A    It does.
15  Q    .....the right -- okay.  Okay.  And when did the --
16       well, did the supervisor job go away contemporaneous
17       with the coordinator job arriving?
18  A    There was a void of -- of no position for several
19       months prior to -- we had a staffing reduction, and
20       the job was eliminated.  Several months it was vacant
21       before they recreated the coordinator position.  That
22       was after my departure.
23  Q    Okay.  All right.  So to summarize this, and correct
24       me if I'm putting it wrong, you and Mr. Buchanan at
25       some point began a review of safety specialists, and
```

Page 11

```
 1       as of March 1 of '03 recategorized it as non-exempt,
 2       in other words entitled to overtime is.....
 3  A    That's correct.
 4  Q    Okay.  And then subsequent to that, or perhaps
 5       parallel, but somewhat in a latter phase, you
 6       evaluated safety supervisor, eliminated the position,
 7       there's a two-month gap between safety supervisor and
 8       safety coordinator, and created a safety coordinator
 9       position that was entitled to overtime?
10  A    Well, I need to clarify a few points.
11  Q    Sure.
12  A    One, the safety supervisor position.....
13       MS. ZOBEL:  That's fine.  Go ahead.
14  A    Yeah, there's a few points you made that are not
15       correct.
16       MS. ZOBEL:  Okay.
17  Q    (By Mr. Covell)  Okay.
18  A    So a couple points of clarification.  The safety
19       supervisor position was evaluated in parallel to the
20       specialist, whether it was exempt or non-exempt.
21  Q    Okay.
22  A    The supervisor position was eliminated as a force
23       reduction.
24  Q    Okay.
25  A    A budget reduction, and was vacant for a number of
```

Page 12

```
 1       months, and I couldn't tell you exactly how many
 2       unless I went and looked at records.
 3  Q    That's fine.
 4  A    But longer than -- longer than six months before we --
 5       that job was refilled as a coordinator role and made
 6       hourly.
 7  Q    Okay.  Approximately when did the process of the
 8       review begin if as to safety specialist it ended March
 9       1, '03?  You know, what it two months, six months, a
10       year and a half?
11  A    The review started in '02, and from many of the notes
12       that you've already seen, it was being discussed
13       as early as February of '02.
14  Q    Okay.  And which notes are you referring to?
15  A    Some of the notes that were reviewed yesterday where
16       John had related information to the specialist that
17       the hourly rates were being reviewed.
18  Q    Okay.  And you saw those notes yesterday?
19  A    I did.
20  Q    Okay.  Besides the ones yesterday, is there any
21       written commemoration of your actions in conducting
22       the review of the safety specialist and/or safety
23       supervisor job for reclassification?
24  A    I went to work there in December of '01, so they
25       started immediately after my arrival.  And the
```

Page 13

```
 1       information was being disseminated down from my
 2       position to -- to John's position about the initiative
 3       to review and possibly change these to hourly.
 4       MS. ZOBEL:  I think what he's looking for is
 5       do you have any records that.....
 6  A    Not that I've been.....
 7       MS. ZOBEL:  .....have not been produced?
 8  A    .....able to locate, no.
 9  Q    (By Mr. Covell)  Let me be as hopefully direct and
10       clear as possible.  What I envision is perhaps there's
11       a file folder that says, review of safety specialist
12       job for transfer from exempt to non-exempt, and there
13       being, you know, 2 or 10 or 50 papers in there.
14  A    None that I have been able to locate.
15  Q    Okay.  When you were doing this process, did you
16       generate paperwork?
17  A    No.  And it was direct verbal conversation between
18       myself and Gary Buchanan.
19  Q    Okay.  So is it fair to say other than what you've
20       seen, you wouldn't expect there to be anything else in
21       the way of paperwork?
22  A    Not that I can personally locate, no.
23  Q    Okay.  All right.  That was easy, right?  Okay.  And
24       then prior to your arrival, are you aware of any
25       review or clas -- or review for appropriateness of
```