Case 3:03-cv-00174-RRB    Document 35-3    Filed 08/03/2006    Page 1 of 3

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB                                          JUNE 1, 2006

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3    JOHN GILBERT,                  )
                                     )
 4         Plaintiff,                )
                                     )
 5    vs.                            )
                                     )
 6    APC NATCHIQ, INC.              )
                                     )
 7         Defendants.               )  Case No. 3:03-CV-00174-RRB
                                     )
 8
 9              DEPOSITION OF DOUGLAS L. SMITH
                        June 1, 2006
10
11    APPEARANCES:
12         FOR THE PLAINTIFF:     MR. KENNETH L. COVELL
                                  Attorney at Law
13                                712 Eighth Avenue
                                  Fairbanks, Alaska 99701
14                                (907) 452-4377
15         FOR THE DEFENDANTS:    MS. PATRICIA L. ZOBEL
                                  DeLisio Moran Geraghty &
16                                Zobel
                                  Attorneys at Law
17                                943 West Sixth Avenue
                                  Anchorage, Alaska 99501
18                                (907) 279-9574
19         ALSO PRESENT:          MR. JOHN GILBERT
20                        * * * *
21
22
23
24
25
```

Case 3:03-cv-00174-RRB    Document 35-3    Filed 08/03/2006    Page 2 of 3

JOHN GILBERT vs. APC NATCHIQ, INC.                                    DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB                                                                    JUNE 1, 2006

Page 66

```
    for their performance at their embedded location than
    transferred to supervisor.
 Q  Okay. So if the specialist was having a product — or
    a work product problem, you'd go talk to the
    specialist and not Mr. Gilbert and say — is that
    fair?
 A  No, John or I both may talk to that person. The
    supervisor or the manager may speak to that person on
    performance, but as I read — understand, this is to
    be more of an accountability perspective, that the
    supervisor would be accountable for the performance of
    his employees working under him.
 Q  Okay. And it's — am I correct in understanding that
    you never did an analysis of any other positions
    besides Fort Greeley for APC or otherwise that
    entailed this — the issue of whether or not an
    individual would get paid for, quote, all hours
    worked, unquote?
 A  That's correct.
 Q  Okay. All right. There are numerous people in the
    safety specialist and supervisor position, and
    numerous people have gone through those jobs. Do you
    think as a whole that they would agree or disagree
    with the proposition that largely the safety
    supervisor did the same work as the safety specialist?
```

Page 67

```
 A  I can't draw that conclusion on the whole. I can only
    speak to discussions with one or two employees about
    their perception of the position.
 Q  Okay. And why don't you tell me about those one or
    two — name the employees and tell me about the
    discussions?
 A  I spoke with Robert Carrier and Tom Mannix who were
    both specialists at the time, and continue to be
    specialists at Kuparuk, and asked them what their
    perception was of the supervisor position in meeting
    the activities that I felt made it exempt, and then
    their — and their response to me was that they did
    see that position as a position of authority with
    administrative responsibilities, and it seemed to meet
    the intent of what I presumed their perception would
    be, to make it an exempt position.
 Q  Okay. But coming back to the question, would whether
    or not — coming back to the question, would they
    agree or disagree with the proposition that the safety
    supervisor largely did what a safety specialist did
    and vice versa?
    MS. ZOBEL: You're asking him to tell you what
    other people would think? If so, you're asking for
    speculation.
    MR. COVELL: Well, I think he just partially
```

Page 68

```
    answered the question as to two individuals.
    MS. ZOBEL: Well, two individuals that he
    talked to about whether it was — whether it was exempt or
    not.
 A  Correct.
    MS. ZOBEL: You're.....
    MR. COVELL: Well, I'm — and in analyzing
    whether it's exempt, part of the analysis is whether or
    not.....
    MS. ZOBEL: If.....
    MR. COVELL: .....you do the same job or not.
    MS. ZOBEL: If you're asking whether these two
    people believed believe that they did the same job, then he
    has a basis for answering. If you're asking for all the
    people, then he has — it lacks foundation.
    MR. COVELL: Well, I asked for all the people,
    and he told me he couldn't answer as to most of them, but as
    to two he could.
    MS. ZOBEL: Okay. So is this question.....
    MR. COVELL: And he was proceeding.....
    MS. ZOBEL: .....as to two or is this as to
    all?
    MR. COVELL: I — and this question is in
    clarification of the last question or two.
    MS. ZOBEL: All right.
```

Page 69

```
    MR. COVELL: Okay. It's.....
 A  Okay. In regards to the two people I spoke with.....
 Q  (By Mr. Covell) Right.
 A  .....their perception was that the position did not do
    safety specialist work as a routine function.
 Q  Okay. Okay. As far as keeping records of hours that
    Mr. Gilbert may have worked — oh we don't need to do
    that. Never mind.
    MR. COVELL: Withdraw that.
 Q  You didn't — you did look at those pay records,
    right?
    MS. ZOBEL: No, you've not shown him.....
    MR. COVELL: Okay.
    MS. ZOBEL: .....the pay records.
    MR. COVELL: All right.
 Q  (By Mr. Covell) I'd represent to you in discovery we
    have pay records for Mr. Gilbert. Some have indicated
    consistently 10 hours a day and some indicate one day
    worked. Are you aware of any other records that might
    indicate hours worked by Mr. Gilbert different than
    those, or would indicate things different than those?
 A  Not at this time, no.
 Q  Okay. Mr. Gilbert submitted to the company what might
    be called a daily log which is sort of a day planner
    and has some notes about what he did each day and then
```

Case 3:03-cv-00174-RRB   Document 35-3   Filed 08/03/2006   Page 3 of 3

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 70

has a notation of hours, 12, 13, 14 and a half. Do you have any informa — assuming he represents that those are the hours he worked those days, do you have any information that would dispute that — whether or not he actually worked those hours?

A   No.

Q   Okay. And is it true that when he worked as both safety specialist and safety supervisor, that is, the hours he worked varied?

A   That is true.

MR. COVELL: Let's go off for just a minutes here.

(Off record)

(On record)

COURT REPORTER: We back on record at 1:20.

Q   (By Mr. Covell) Mr. Smith, I've handed you a copy of APC's response of February 17, '06 discovery request, and I'd direct you to the second page there under response. And there's a list of plaintiff's job duties. We talked about the plaintiff's job duties, and I just want to go through these and see if there are consistencies with what we already talked about. I think we already talked about developed, wrote and implemented HSE department procedures. You agree he did that, right?

Page 71

A   I agree.

Q   And then supervision and general oversight of the safety specialists to determine work needs and took steps necessary to facilitate department functionality. Do you maintain that's something Mr. Gilbert did as safety supervisor?

A   I think that's generally correct.

Q   Okay. Briefly, I don't want to go on this a long time, what does facilitate department functionality mean, if you know?

A   Yeah, that would be to, for example — one example, receive say a regulatory change or a policy change from Conoco that would require implementation into our practices, so we would interpret, place into department functionality and institute those changes.

Q   And that would be sort of part of the first one, too, then, changing the book about it?

A   It could be. The department functionality could maybe be better described by shift scheduling, making sure we had coverage at all locations.

Q   Okay. And the next one, interpret testing results?

A   That's correct.

Q   Okay. Devise and implemented changes to department on an on-going basis and as needed. Do you agreement with that as a duty? And I'll let you know right now

Page 72

the next question I'm going to ask you is what does that mean.

A   Yeah. I think that's maybe a repeat of some of the prior statements. So, you know, implemented changes could be those procedural changes due to regulatory changes or policy changes. Changes might also include maybe we have night shift activities that are sporadic and meet coverage, you know, changes implemented, devised, who's going to cover the night shift, and when.

Q   All right. Is it right that sort of your day, the hope (ph) of your day was 12 hours and there wasn't a night shift, but oftentimes your department had to cover nighttime duties?

A   We would typically only do that with additional personnel or changing of work hours. So if a specialist needed to cover night, he may work noon to midnight and split the shifts, or be transferred to the night shift.

Q   All right. But it's not like the police station, there's no midnight shift in.....

A   That's correct.

Q   .....safety, right? Okay. All right. Hiring input and veto rights. We already talked about that. I think we covered that ground as to what you thought he

Page 73

could or couldn't do in that regard, right?

A   I don't think entirely. I think you asked me if he performed any disciplinary action or had hire and fire authority correct?

Q   Right.

A   And in -- as I look to that position, when we were making changes to a department, when — and the organization when through a metamorphosis quite a bit during John's tenure, that that position was — was consulted with on who was our top performers as we were reducing personnel. You know, who were the keepers and who were the guys who were at the bottom of performance level.

Q   Okay. All right. And we talked about — well, did he ever discipline anybody that you know of?

A   Not in my recollection was there any disciplinary action handed out from that position.

Q   Okay. All right.

A   I'd like to clarify one thing.

Q   Sure.

A   That in my whole tenure there, I only took one disciplinary action in the whole time, so it wasn't very frequent.

Q   Okay. Okay. Approval of timesheets and other employee/management functions. Did the safety