| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT COD | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 625 | 2/4/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/5/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/6/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/7/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/8/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/9/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/10/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/11/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/12/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/13/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/14/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/15/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/16/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/17/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/18/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/19/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/20/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/21/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/22/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/23/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/24/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/25/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/26/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 2/27/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/1/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/2/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/14/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/15/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/16/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/17/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/18/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/19/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/20/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/21/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/22/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/23/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/24/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/25/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/26/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/27/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/28/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/29/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/30/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 3/31/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/1/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/2/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/3/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/4/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/25/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/26/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/27/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/28/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/29/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 4/30/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/1/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/2/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/3/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |

| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT CODE | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 625 | 5/4/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/5/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/6/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/7/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/8/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/9/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/10/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/11/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/12/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/13/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/14/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/15/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 5/16/2001 | 7480 | GILBERT, JOHN D | 16775J | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/6/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/7/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/8/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/9/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/10/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/11/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/12/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/13/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/14/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/15/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/16/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/17/2001 | 7480 | GILBERT, JOHN D | 16775H | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/18/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/19/2001 | 7480 | GILBERT, JOHN D | 16776L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/20/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/21/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/22/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/23/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/24/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/25/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/26/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 6/27/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/18/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/19/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/20/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/21/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/22/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/23/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/24/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/25/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/26/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/27/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/28/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/29/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/30/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 7/31/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/1/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/2/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/3/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/4/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/5/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/6/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/7/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/8/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |

| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT COD | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 625 | 8/28/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/29/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/30/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 8/31/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/1/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/2/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/3/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/4/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/5/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/6/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/7/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/8/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/9/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/10/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/11/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/12/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/13/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/14/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/15/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/16/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/17/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 9/18/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/9/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/10/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/11/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/12/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/13/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/14/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/15/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/16/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/17/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/18/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/19/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/20/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/21/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/22/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/23/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/24/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/25/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/26/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/27/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/28/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/29/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 10/30/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/20/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/21/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/22/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/23/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/24/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/25/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/26/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/27/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/28/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/29/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 11/30/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/1/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/2/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |

| JOB NO | WORK DATE | EMP NO | EmpName | CRAFT COD | CRAFT DESC | ST HRS | OT HRS |
|---|---|---|---|---|---|---|---|
| 625 | 12/3/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/4/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/5/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/6/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/7/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/8/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/9/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/10/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 12/11/2001 | 7480 | GILBERT, JOHN D | 16775L | Specialist, Safety | 10.00 | 0.00 |
| 625 | 1/3/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/4/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/5/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/6/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/7/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/8/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/9/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/10/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/11/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/12/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 10.00 |
| 625 | 1/13/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/14/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/15/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/16/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/17/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/18/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/19/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |
| 625 | 1/20/2002 | 7480 | GILBERT, JOHN D | 17900J | Supervisor, Safety | 10.00 | 0.00 |