EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **3/25/01**

APC NATCHIQ

TOTAL DAYS: **7**

JOB #: **2626**

| DATE | DAYS | APPR # | PWR # | AFC # | CHARGE NUMBERS | | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Mar | 1 | | | K84972 | 23STAF8VL | | | 1 | | SAFETY SPECIALIST | | | |
| 20-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 25-Mar | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0056

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT  
**EMPLOYEE NUMBER:** 6804  
**WEEK ENDING:** 4/1/01  
**CRAFT:** SAFETY SPECIALIST  
**LOCATION:** KUPARUK  
**JOB #:** 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | CHARGE NUMBERS | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Mar | 1 | | | K84972 | 23STAF8VL | | 1 | SAFETY SPECIALIST | | | |
| 27-Mar | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 28-Mar | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 29-Mar | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 30-Mar | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 31-Mar | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 1-Apr | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 7ϕ | | | | | | | | | | |

**TOTAL DAYS:** 7

EMPLOYEE SIGNATURE  
SUPERVISOR APPROVAL

APC NANUSHIQ

APC0057

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **4/8/01**

TOTAL DAYS: **3**

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 2-Apr | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | | |
| 3-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 4-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 5-Apr | | | | | | 1 | SAFETY SPECIALIST | | | |
| 6-Apr | | | | | | | SAFETY SPECIALIST | | | |
| 7-Apr | | | | | | | SAFETY SPECIALIST | | | |
| 8-Apr | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 3 | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC NATCHIQ

APC0058

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**    WEEK ENDING: **4/29/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**    TOTAL DAYS: **5**

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 23-Apr | | | | | | | | | | |
| 24-Apr | 1 | | | K84972 | 23STAF8VL | | | SAFETY SPECIALIST | | |
| 25-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 26-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 27-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 28-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 29-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 5 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: *(signed)*

SUPERVISOR APPROVAL: *(signed)*

APC0059


# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 5/4/01

**JOB #:** 2626

**TOTAL DAYS:** 5

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30 | 1 | | | | | | | | | | |
| 28-Apr | 1 | | | | | | | | | | |
| 8/1 | 1 | | | | | | | | | | |
| 29-Apr | 1 | | | | | | | SAFETY SPECIALIST | | | |
| 5/2 | | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 30-Apr | 1 | | | | | | | | | | |
| 8/3 | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 1-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8/4 | 1 | | | | | | | | | | |
| 2-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8/5 | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 3-May | 1 | | | | | | | | | | |
| 8/6 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-May | 1 | | | | | | | | | | |
| TOTALS | | | | | | 5 | | | | | |

EMPLOYEE SIGNATURE: [signature]

SUPERVISOR APPROVAL: [signature]

APC0060

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804  **WEEK ENDING** 5/13/01

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**JOB #:** 2626

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | |
| 7 5-May | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | |
| 8 6-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 7-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 10 8-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 1 9-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 12 10-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 13 11-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| TOTALS | 7 | | | | | | | equip total |

**TOTAL DAYS:** 7

EMPLOYEE SIGNATURE          SUPERVISOR APPROVAL

APC0061

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **5/18/01**

JOB #: **2626**

| DATE | DAYS | | | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 14-May | 1 | | | K84972 | 23STAFBVL | | | SAFETY SPECIALIST | | | |
| 15-May | 1 | | | " | | 1 | | SAFETY SPECIALIST | | | |
| 16-May | 1 | | | " | | 1 | | SAFETY SPECIALIST | | | |
| 17-May | 1 | | | " | | 1 | | SAFETY SPECIALIST | | | |
| 18-May | 1 | | | " | | | | SAFETY SPECIALIST | | | |
| TOTALS | | | | | | | | | | | |

EMPLOYEE SIGNATURE: [signature]

SUPERVISOR APPROVAL: [signature]

TOTAL DAYS: [signature]

equip total

APC0062

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **6/10/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS: **5**

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Jun | | | | | | | | | | | |
| 5-Jun | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 6-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 9-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 10-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 5 | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0063

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **6/17/01**

*Pay period starts Mon, ends Sun

JOB #: **2626**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | PWR # | AFC # | CODE | | | | | |
| 11-Jun | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | |

EMPLOYEE SIGNAT... (signed)

SUPERVISOR APPROVAL (signed)

TOTAL DAYS: 7

total

APC0064

Case 3:03-cv-00174-RRB   Document 35-6   Filed 08/03/2006   Page 10 of 13

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | | | WEEK ENDING | 1/27/02 | | |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | | | | | | | |
| CRAFT: | SAFETY SPECIALIST | | | | | | | | |
| LOCATION: | KUPARUK | | | | | *Pay period starts Mon, ends Sun | | | |
| JOB #: 2626 | | | | | | | | | TOTAL DAYS 2 |

| DATE | DAYS | APPR # | FWR # | AFC # | CHARGE NUMBERS CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Jan | 1 | | | | | | | SAFETY SPECIALIST | | | |
| 22-Jan | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 23-Jan | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 25-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 26-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 27-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC NATCHIQ

APC 18

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | | | | |
|---|---|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | | WEEK ENDING | 2/17/04 | | |
| CRAFT: | SAFETY SUPERVISOR | | | | | | |
| LOCATION: | KUPARUK | | | *Pay period starts Mon, ends Sun | | | |

| | | | CHARGE NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days Worked | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| 11-Feb | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 12-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 15-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 16-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | |

TOTAL DAYS: 6

EMPLOYEE SIGNATURE        SUPERVISOR APPROVAL

APC 17

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING:** 2/24/02

**TOTAL DAYS:** 7

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 18-Feb | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 19-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Feb | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

**EMPLOYEE SIGNATURE:** [signed]

**SUPERVISOR APPROVAL:** [signed]


APC NA????IQ

APC-116

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804        **WEEK ENDING** 3/3/02

**CRAFT:** SAFETY SUPERVISOR

**JOB #:** 2626    **LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 2

| DATE | DAYS | | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 25-Feb | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 26-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Feb | | | | | | | | SAFETY SPECIALIST | | | |
| 28-Feb | | | | | | | | SAFETY SPECIALIST | | | |
| 1-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 2-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 3-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | 1 total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APCt. 15