# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

WEEK ENDING: **3/17/2002**

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

TOTAL DAYS: **6**

JOB # : 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP. HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Mar | ✗ | | | | | | | SAFETY SPECIALIST | | |
| 12-Mar | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 13-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTAL | 6 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0114

WEEKLY TIME SHEET

APC NATCHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING  3/24/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 7

JOB #: 2626

APC0113

| DATE | DAYS | APPR # | PWR # | AFC # | CHARGE NUMBERS CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 18-Mar | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 19-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

APC NATCHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 3/31/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 2

JOB #: 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|---------|------------|-------------|
| 25-Mar | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 26-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 28-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 29-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 30-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 31-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| TOTAL | 2 | | | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0112

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **4/14/2002**

*Pay period starts Mon, ends Sun

APC MATCHIQ

TOTAL DAYS: **6**

| DATE | DAYS | APPR # | FWA # | AFC # | CODE | | | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-Apr | X | | | K84972 | 23STAF8VL | | | | | 1 | | SAFETY SPECIALIST | | |
| 9-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 10-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Apr | 1 | | | | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | | | | | ip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0111

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**JOB # :** 2626

**WEEK ENDING** 4/21/2002

*Pay period starts Mon, ends Sun

APC NANA Nuiqsat

**TOTAL DAYS** 2

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| | | | | | | | | CHARGE NUMBERS | | |
| | | | | K84972 | 23STAF8VL | 1 | 1 | SAFETY SPECIALIST | | |
| 16-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Apr | 1 | | | | | | | SAFETY SPECIALIST | | |
| 7-Apr | 1 | | | | | | | SAFETY SPECIALIST | | |
| 18-Apr | | | | | | | | SAFETY SPECIALIST | | |
| 19-Apr | | | | | | | | SAFETY SPECIALIST | | |
| 2-Apr | | | | | | | | SAFETY SPECIALIST | | |
| 21-Apr | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | |
| APCO. .0 | | | | | | | | | | |

EMPLOYEE SIGNATURE —

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

**APC NAIQHIQ**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**          WEEK ENDING  **5/12/2002**

| | | | TOTAL DAYS |
|---|---|---|---|
| CRAFT: | **SAFETY SUPERVISOR** | | **6** |
| LOCATION: | **KUPARUK** | | |

JOB # : **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | KB4972 | 23STAF8VL | | | | |
| 7-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 10-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 11-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-May | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTAL | 6 | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0109

WEEKLY TIME SHEET.

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER:   **6804**

CRAFT:  **SAFETY SUPERVISOR**

LOCATION:  **KUPARUK**

WEEK ENDING   **5/19/2002**

APC NANA

TOTAL DAYS   **7**

*Pay period starts Mon, ends Sun

JOB # : **2626**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-May | 1 | | | K04972 | | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | |
| 14-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 18-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| 19-May | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

equip total

APC0108

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **5/26/2002**

TOTAL DAYS **2**

APC NANCHIQ

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS | equip total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-May | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 21-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-May | | | | | | | | SAFETY SPECIALIST | | | |
| 23-May | | | | | | | | SAFETY SPECIALIST | | | |
| 24-May | | | | | | | | SAFETY SPECIALIST | | | |
| 25-May | | | | | | | | SAFETY SPECIALIST | | | |
| 26-May | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0107

WEEKLY TIME SHEET

APC MACHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

WEEK ENDING 6/9/2002

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB # : 2626

TOTAL DAYS: 6

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| | | | | K84872 | 23STAF8VL | | | | |
| 3-Jun | | | | | | 1 | SAFETY SPECIALIST | | |
| 4-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 5-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 6-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 7-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0106

WEEKLY TIME SHEET

**APC NABORS**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **6/16/2002**

TOTAL DAYS: **7**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|---------------------------|--------------------|-------------|
| 10-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 11-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0105

Jp total

WEEKLY TIME SHEET

APC WATCH19

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 78480

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 6/23/2002

*Pay period starts Mon, ends Sun

TOTAL DAYS: 2

JOB # : 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------------------------|---------------------|-------------|
| | | | | | | | CHARGE NUMBERS | | |
| 17-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 18-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jun | | | | | | | SAFETY SPECIALIST | | |
| 20-Jun | | | | | | | SAFETY SPECIALIST | | |
| 21-Jun | | | | | | | SAFETY SPECIALIST | | |
| 22-Jun | | | | | | | SAFETY SPECIALIST | | |
| 23-Jun | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | p total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0104

WEEKLY TIME SHEET

APC NABORS

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**   WEEK ENDING   **6/24/01**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

TOTAL DAYS: **7**

| DATE | DAYS APPR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|------|------|------|------|------|------|------|------|
| | | FWR # | AFC # | CODE | | | | | |
| 18-Jun | 1 | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 19-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 20-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 21-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 22-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 23-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 24-Jun | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | total |

EMPLOYEE SIGNAT'L

SUPERVISOR APPROVAL

APC0065

WEEKLY TIME SHEET

APC NABCHIQ

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **9/16/01**

TOTAL DAYS: **7**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|---------------------------|--------------------|-------------|
| 10-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 11-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 15-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 16-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0073