APC0066

APC NANUSHIQ

EMPLOYEE NAME (PRINT): JOHN D GILBERT
EMPLOYEE NUMBER: 6804
CRAFT: SAFETY SPECIALIST
LOCATION: KUPARUK
JOB #: 2626

WEEK ENDING 7/1/01

TOTAL DAYS: 3

*Pay period starts Mon, ends Sun

CHARGE NUMBERS

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 25-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 26-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Jun | | | | | | | SAFETY SPECIALIST | | |
| 29-Jun | | | | | | | SAFETY SPECIALIST | | |
| 30-Jun | | | | | | | SAFETY SPECIALIST | | |
| 1-Jul | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC0067

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**JOB #:** 2626

**WEEK ENDING:** 7/22/01
**TOTAL DAYS:** 5

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 16-Jul | | | | K84972 | 23STAF8VL | | SAFETY SPECIALIST | | |
| 17-Jul | | | | | | | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 5 | | | | | | | | equip total |

EMPLOYEE SIGNATURE (signed)
SUPERVISOR APPROVAL (signed)

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 7/29/01

**JOB #:** 2626

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 23-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 24-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 29-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL



APC NABORS

APC0068

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

WEEK ENDING **8/5/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

TOTAL DAYS: **7**

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | Work Description | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | PWR # | AFC # | CODE | | | | | |
| 30-Jul | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 31-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 1-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 2-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 3-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 4-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 5-Aug | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | — | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC NIRUSHIQ

APC0069

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804  **WEEK ENDING** 8/12/01

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | CHARGE NUMBERS ||| Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| | APPR # | FWR # | AFC # | CODE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6-Aug | 1 | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 7-Aug | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 8-Aug | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 9-Aug | | | | | | | SAFETY SPECIALIST | | |
| 10-Aug | | | | | | | SAFETY SPECIALIST | | |
| 11-Aug | | | | | | | SAFETY SPECIALIST | | |
| 12-Aug | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | | | | | | | |

**TOTAL DAYS** 3

EMPLOYEE SIGNATURE — SUPERVISOR APPROVAL

APC NORTHIQ

APC0070

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

CRAFT: **SAFETY SPECIALIST**

WEEK ENDING: 9/2/01

JOB #: 2626   LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

TOTAL DAYS: 6

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 27-Aug | 1 | | | K84972 | 23STAF8VL | | SAFETY SPECIALIST | | | |
| 28-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 29-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 30-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 31-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 1-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 2-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 6 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0071

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING: **9/9/01**

*Pay period starts Mon, ends Sun

JOB #: **2626**

TOTAL DAYS: **7**

| DATE | DAYS | CHARGE NUMBERS ||| Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|-------|-------|------|---|---|---|---|
|      |      | APPR # | FWR # | AFC # | CODE | | | |
| 3-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 4-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 5-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 6-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 7-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | |

EMPLOYEE SIGNAT[URE]

SUPERVISOR APPROVAL

APC0072

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **9/23/01**

*Pay period starts Mon., ends Sun

TOTAL DAYS: **2**

| DATE | DAYS | | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 17-Sep | 1 | | | K84972 | 23STAF9VL | 1 | | SAFETY SPECIALIST | | | |
| 18-Sep | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 19-Sep | | | | | | | | SAFETY SPECIALIST | | | |
| 20-Sep | | | | | | | | SAFETY SPECIALIST | | | |
| 21-Sep | | | | | | | | SAFETY SPECIALIST | | | |
| 22-Sep | | | | | | | | SAFETY SPECIALIST | | | |
| 23-Sep | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE _(signed)_

SUPERVISOR APPROVAL _(signed)_

APC NANACHIQ

APC0074

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 10/14/01

**JOB #:** 2626

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 6

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | | |
| 9-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 10-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 11-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 12-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 13-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 14-Oct | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 6 | | — | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR APPROVAL: [signed]

apc NORTH OHIO

APC0075

WEEKLY TIME SHEET

APC NATCHIQ

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | WEEK ENDING | 10/21/01 | |
|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | | | |
| CRAFT: | SAFETY SPECIALIST | | | | |
| LOCATION: | KUPARUK | | *Pay period starts Mon, ends Sun | | |

JOB #: 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 15-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 16-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 18-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | TOTAL DAYS | 7 |

EMPLOYEE SIGNAT...

SUPERVISOR APPROVAL

APC0076

WEEKLY TIME SHEET

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | | |
|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | WEEK ENDING | 10/28/01 | |
| CRAFT: | SAFETY SPECIALIST | | | | |
| JOB #: 2626 | LOCATION: KUPARUK | | *Pay period starts Mon, ends Sun | TOTAL DAYS | 7 |

| DATE | DAYS | CHARGE NUMBERS ||| Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| | | APPR # | PWR # | AFC # / CODE | | | | |
|---|---|---|---|---|---|---|---|---|
| 22-Oct | 1 | | | K84972 / 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 23-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 24-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 25-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 26-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 27-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 28-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | total |

EMPLOYEE SIGNAT [signature]    SUPERVISOR APPROVAL [signature]

APC NANCHIQ

APC0077

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 11/4/01

*Pay period starts Mon, ends Sun

**JOB #:** 2626

**TOTAL DAYS:** 2

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | APPR # | FWR # | AFC # | CODE | | | | |
| 29-Oct | 1 | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 30-Oct | 1 | | | | 1 | SAFETY SPECIALIST | | |
| 31-Oct | | | | | | SAFETY SPECIALIST | | |
| 1-Nov | | | | | | SAFETY SPECIALIST | | |
| 2-Nov | | | | | | SAFETY SPECIALIST | | |
| 3-Nov | | | | | | SAFETY SPECIALIST | | |
| 4-Nov | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | total |

EMPLOYEE SIGNAT.

SUPERVISOR APPROVAL

APC NATCHIQ

APC0078

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **11/25/01**

TOTAL DAYS: **6**

JOB #: **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-Nov | 1 | | | K84972 | 23STAF8VL | | 1 | SAFETY SPECIALIST | | |
| 20-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | |

EMPLOYEE SIGNATURE / SUPERVISOR APPROVAL

APC NATCHIQ

APC0079