**July 08 – July 14**

|  July 2002  |  August 2002  |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 31 |

**Monday, July 08**

Mike Davis – Ron @ KIC – who was info – Tillmon or ___ (he was on shift at time)

13.5

**Tuesday, July 09**

Larry McDaniels – called to touch base – CALLS referred to PAT Holland

(12)

**Wednesday, July 10**

PP and G Manual – no! which action
Tap Root

(12.5)

**Thursday, July 11**

Robert Olson Russia? – 392-3403

3-6    12 Hours

**Friday, July 12**

Joe at Covenant transport.
Tillmon Bozman.   1-800-955-4924
Tommy Brown.            x 4253

6:00AM – 6:30PM
12.5 Hours

**Saturday, July 13**

Call Delley Foreman Dean/Harrison
7367
Master mechanic – 7869

12.5 Hrs.

**Sunday, July 14**

Duke at light shop.
Kent A Roads of Pats
AP warehouse. 7496    6-7pm
office.                    13 hours

0084

July 15 -
July 21

July 2002 / August 2002

**Monday, July 15**

E. Earth 7336
Brandon Rose - washbays -
bathroom at 1D? 2P odor?
Randy Block - computer odor
3 hours to try - 6-7 pm

**Tuesday, July 16**

Tw Chevreault and
scaffolders of site on
Pad at 9:00 am
Carlson 7230
welder at CPF-2

**Wednesday, July 17**

Jim Dickie x7220 meet w/ Mike D.
at Bridge.
Dave Decoro - fire hall.

12 hours today.

**Thursday, July 18**

T. Fisch warehouse or Act.
Talk to project engineers about
lift capacity cables -
PP and G again.

6-7
13 hours

**Friday, July 19**

Fall protection calcs - who
PE - engineers 5000#/person
Redundancy vs. amount.

6-7
13 hours

**Saturday, July 20**

624 meeting 9:00 am -
No info from Doug.!!

12

**Sunday, July 21**

PM Safety meeting scheduled - 2nd
floor

12

0085

July 22 -
ly 28

July 2002
August 2002

**Monday, July 22**

?ai - website. HSE- manuals
- Tony/Bob

(12 hr)

fishing -?

**Tuesday, July 23**

90 hour Day

(12)

**Wednesday, July 24**

**Thursday, July 25**

**Friday, July 26**

**Saturday, July 27**

**Sunday, July 28**

0086

August 05 –
August 11

August 2002
S M T W T F S
          1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

### Monday, August 05

### Tuesday, August 06

travel to slope

12

### Wednesday, August 07

Dirk Richter x 7191
Snow – 7938
Dickerson – 7431
Shawn Greaney M/B – 7459

13.5 Hours

### Thursday, August 08

Rene – Prayer shop – Rods.
office today   12 hours

### Friday, August 09

1. Russel x 7823
2. Terry Brown – X 7367
3. In field most of Day
   CPF-1, CPF-2

14 hours

### Saturday, August 10

Top Rent. KCS – 7004 –
Whats his nots.
Virgie Ruffner x 7932

12 hours

### Sunday, August 11

Start @ 5:30am Out at 6:30 pm
CPF-2

13 hours

0087

# August 12 – August 18

August 2007 / September 2007

## Monday, August 12
Steve Carter and Kurt Armstrong
Roots and parts
B/by at tire shop KIC 7972
1pm?

13 hours.

## Tuesday, August 13
Tire shop today KIC
Marleene – Benefits via
Terry Allen – Emma??

12.5 Hours

## Wednesday, August 14
Order TV in @ KCS –
 – filer
 – CD's
 – Hangar
 – need xtra cabinet.
E – a/b – warehouse today
office

13.
6am – 7pm

## Thursday, August 15
Lee Stanlines x 7590
instruments are Done –
– who is tracking IH stuff
New title – safety and IH
what happened to supervisor?
Role – not explained

## Friday, August 16
PP and Cr – need to get going
again – office 12 hours 6–6

## Saturday, August 17
office 12 hours 6–6

## Sunday, August 18
worked on IH/PP ftg stuff
office – field 12 hours

0088

# August 19 – August 25

|  August 2002  |  September 2002  |
| --- | --- |
| S M T W T F S | S M T W T F S |
|           1 2 3 | 1 2 3 4 5 6 7 |
| 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | 29 30 |

### Monday, August 19
master mechanic – leaks – spill
go through APC safety – SPOC

### Tuesday, August 20
charge out day
(R hours)
Later!

### Wednesday, August 21

### Thursday, August 22

### Friday, August 23

### Saturday, August 24

### Sunday, August 25

0089

# September 02 – September 08

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

## Monday, September 02

## Thursday, September 05

Virginia for Don –
Tom Mannix ? when to be at
Pad. – what is Captain Doug.

(12 hours
6–6)

## Tuesday, September 03

Fly to slope 12

## Friday, September 06

Armstrong – VA for Scott Kinh
Call town – Debbie – FF–??
office 12 hours.

## Wednesday, September 04

1. Terry Blackson – 7868
2. Harbison – 7367
3. Carrier –
4. Nelson – 7823

6–8pm
14 hour

## Saturday, September 07

924 meeting – Did Not Attend –
No Answers,

## Sunday, September 08

Carlson – CPF2 operator (6–6)
Bob Fuller 2pm  12

0090

# eptember 09 -
# eptember 15

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 09**

See Ray Flout on PSW Rodeo and site maps — Tim Vincent = Art. x 7816

12 hours

**Thursday, September 12**

CPF-3 / CPF-2, KIC

12.5 Hours TODAY

**Tuesday, September 10**

office
12 hours

**Friday, September 13**

Dave Childress prod svcs. 924 psgr.

field 12.5

**Wednesday, September 11**

Kim Smith - Electronic data Records.
- Computer based training rules Nelson/Pittman.
- Spencer at 2pm or Noon.
Biz to prop 16 f pickup

12.5 TODAY

**Saturday, September 14**

- DID not attend the 624 meeting.

**Sunday, September 15**

William Hand? status conformation via town - deblace

0091

eptember 16 -
 tember 22

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 16**

 ell Blayde North - allocate
 uel foster - High Power line
 Resend Requirements.
Bob Snively warehouse safety
meeting minutes where do we
act when charge occurs.
computer based training - lots of
cells - Refer to Lin Samuels.
        6-7pm
        13 hours

**Tuesday, September 17**

Change out day. 12 hours.

**Wednesday, September 18**

**Thursday, September 19**

**Friday, September 20**

**Saturday, September 21**

**Sunday, September 22**

0092

# September 30 –
# October 06

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
       1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 30**

**Tuesday, October 01**

Fly to slope 12

**Wednesday, October 02**

1. Joel – Canbove Hunt/Haul Road –
2. Carlson
3. Diane
4. Doug S.
5 Buchanom – injury stats

12.5 Hours

**Thursday, October 03**

start of 6 –
office to 11:00

field to 7:00 pm

13 hours.

**Friday, October 04**

Brashing air trailer – I Don't Know – talk to Doug.
Ken – Bob – Richard –
KCS ??
GLD unit at KCC Box Van?

13 hours.

**Saturday, October 05**

Norm status
Spill status
injury status 625 – phil.

14

**Sunday, October 06**

Raquetball tonight?
office 12 hours.

0993

# October 07 – October 13

October 2002 / November 2002

## Monday, October 07
Joel - McAuston - lead study -
coming back to Haul us.
30 more samples to do - told him
I was awaiting Response from field
as to when work was going to be done.
- told Diane the same thing
- gave Joel the spreadsheet and
contact numbers.
6-8pm 14 hours.

## Tuesday, October 08
Contacted by Jim Dulles / Bob Cannon
re: punt lead study - told them
Joel had all info. - Banjo
Crew for sampling / work. w/
lead.

13 hours.

## Wednesday, October 09
Jeff Hightower heavy shop 2pm.
Vac truck - hazwork.
Back at 6:00pm for hot
work on super sucker.
6-8pm.
14 hours.

## Thursday, October 10
heavy tests for warehouse crew
full face Respirators needed
for sand blasting. contact Barney.
Lynn Coffman x7241

6-6:30  12.5 hours today.

## Friday, October 11
Cyprus at 2:00 - talk about
incident. Tap Root.
PP and G manual 6-1pm
office

6-6pm 12 hours

## Saturday, October 12
Office

12 hours.

## Sunday, October 13
Office 12 hours

0094

October 14 -
October 20

October 2002
S M T W T F S
            1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

November 2002
S M T W T F S
                     1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, October 14**

Value tech - Value shops.
1 charlie at 3pm -
CPF-3 - maint shop.

6-6:30     12.5

**Thursday, October 17**

**Tuesday, October 15**

change out
go home
12 hours

**Friday, October 18**

**Wednesday, October 16**

**Saturday, October 19**

**Sunday, October 20**

0095

ovember 04 -
( /ember 10

November 2002
S M T W T F S
          1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

December 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, November 04**

**Tuesday, November 05**

Fly to slope

12 hours

**Wednesday, November 06**

Flora - micheal King - UA?
Does he work for APC.
Ron Kirk -
Dianne - IA results almanac IV
. Debbie Newsham.
5 Woopy

6-6:30    12.5

**Thursday, November 07**

Call Spencer . x7209
Rick - Spill Response
Dave Y - ACS - today.

12 hours.

**Friday, November 08**

Dave Young - 7204 purchase
Lunch. - Spill Response
EMOC. 12:30

7-9pm    hours 14⁰⁰

**Saturday, November 09**

Ntl North at Pelin 2pm

12 hours

**Sunday, November 10**

Office   12 hours

0096

# November 11 – November 17

November 2002 / December 2002

## Monday, November 11

Back to Dave – exp. site. Anaogok – he can take it to Dave in Prudhoe. Industrial Vent.

12 hrs today 6–6

## Tuesday, November 12

Breathing air trailer – Terry Mather – to info. told him to talk to Doug.

PPG    12 hours

## Wednesday, November 13

Hilda at wells shop KCS x7367 heavy tasks? What about Resp. talk to Sam – how bout Robert. What is status of Training video / PP?

12.5 hours

## Thursday, November 14

Welding foreman – KCS Resp. for SS welding – different from SS cutting? – check Chem IV stds – sample Results.

12 hours

## Friday, November 15

Robert Ison – heavy shop or light shop?

Dana Rhyneer – wants copy of PP presentation – email in warehouse.

12 hours

## Saturday, November 16

David Power Rust – going back to wash bay – Big Robert – check w/ him on CSE rescue.    13 hrs

## Sunday, November 17

office 12 hrs
Manning Sea (sweater?) will they have one?

0097

# November 18 - November 24

November 2002 / December 2002

**Monday, November 18**

PP and G. - IH Results from Dos C. sampling event at CPF-2. 12.5 hours.

**Tuesday, November 19**

Travel Day. 12 hours.

**Wednesday, November 20**

**Thursday, November 21**

**Friday, November 22**

**Saturday, November 23**

**Sunday, November 24**

0098

December 02 –
December 08

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

**Monday, December 02**

**Tuesday, December 03**
Travel to slope   12 hrs

**Wednesday, December 04**
Laura Lunet, Bill sws co.
866-831-8421

office fun
6-7   13hrs.

**Thursday, December 05**
Call Dan Young – 357-6324

**Friday, December 06**
worksafe UA results – call to see if they have Ricarda often. Last mo tests?

office. 12.5 Hrs.

Loppy – Pat –

Ron Ferguson 928-636-9573

**Saturday, December 07**
B-Day  office 6-6 cooster!   12hrs

**Sunday, December 08**
CDL Packages & UA's for well group tank drivers?

0098

# ecember 09 -
# ( :ember 15

|  December 2002  |  January 2003  |
| --- | --- |
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 31 |

## Monday, December 09

Talk to Sam / Robert / Bob about hearing conservation program. What do we need in order to keep things updated?

12 hrs

## Tuesday, December 10

Office all day  12

No meetings attended

## Wednesday, December 11

Call Amy or listen Audiologist.

hours at work 12.5

## Thursday, December 12

Lee Lansby Inmed — 2009

start time 6:00 am  Quit at 6:30

12.5

## Friday, December 13

7p Does Emma A. have other employee info on file – electronic = Call Supervisor check out their info.

12 hrs

## Saturday, December 14

Follow up w/ emma?

12 Hrs

## Sunday, December 15

- CD's for gifts / CD copies.
get everyone a gift for xmas – Doug? whiskey??

0100  12 Hrs