# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 10/13/2002   Week Ending Date

EMPLOYEE NUMBER: ~~7004~~ 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

*Pay period starts Mon, ends Sun

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

| DATE | DAYS | APPROVER UNIVERSAL ID | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 10/7 | 1 | JHARVIL | CK84972 | Safety & IH | | | |
| 10/8 | 1 | | | | | | |
| 10/9 | 1 | | | | | | |
| 10/10 | 1 | | | | | | |
| 10/11 | 1 | | | | | | |
| 10/12 | 1 | | | | | | |
| 10/13 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP

APC0093

Gilbert Timesheet.xls



# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE: 10/6/2002   Week Ending Date

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2526

APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

CK84972

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 9/30 | 1 | | Safety & IH | | | |
| 10/1 | 1 | | | | | |
| 10/2 | 1 | | | | | |
| 10/3 | 1 | | | | | |
| 10/4 | 1 | | | | | |
| 10/5 | 1 | | | | | |
| 10/6 | 1 | | | | | |
| TOTALS | 6 | | | | | |

TOTALS: 6.0

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

APC0094

GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 9/22/2002

EMPLOYEE NUMBER: Week Ending Date

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2626

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK / DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 9/16 | 1 | JHARVIL | CK84972 | | | | |
| 9/17 | 1 | | | | | | |
| 9/18 | | | | | | | |
| 9/19 | | | | | Safety & IH | | |
| 9/20 | | | | | | | |
| 9/21 | | | | | | | |
| 9/22 | | | | | | | |
| TOTALS | 2 | | | | | TOTALS | 2.0 |

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE

APC0095
9/4/200_ AM
GILBERT TI_ .._eot.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert  DATE 9/15/2002  
Week Ending Date

EMPLOYEE NUMBER: 7804 7486

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2626

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE - requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 9/9 | 1 | JHARVIL | CK84972 | | Safety & IH | | | | |
| 9/10 | 1 | | | | | | | | |
| 9/11 | 1 | | | | | | | | |
| 9/12 | 1 | | | | | | | | |
| 9/13 | 1 | | | | | | | | |
| 9/14 | 1 | | | | | | | | |
| 9/15 | 1 | | | | | | | | |
| TOTALS | 7 | | | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE  
SUPERVISOR SIGNATURE

9/4/200_ AM  
APC0096  
GILBERT TI  eet.xls  
EQUIP TOTAL



# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert  
DATE / Week Ending Date: 9/8/2002  
EMPLOYEE NUMBER: 7804  
CRAFT: Safety & IH  
LOCATION: KUPARUK  
JOB #: 2626  
APPROVER UNIVERSAL ID: JHARVIL

| DATE | DAYS | COST CENTER / INTERNAL ORDER / WBS / PM ORDER / NETWORK ACTIVITY CODE | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE / DESCRIPTION OF WORK | EQUIP # / EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 9/2 | X | | | | | | |
| 9/3 | 1 | CK84972 | | | Safety & IH | | |
| 9/4 | 1 | | | | | | |
| 9/5 | 1 | | | | | | |
| 9/6 | 1 | | | | | | |
| 9/7 | 1 | | | | | | |
| 9/8 | 1 | | | | | | |
| TOTALS | 6 | | | | | | 6.0 |

EMPLOYEE SIGNATURE: [signed]  
SUPERVISOR SIGNATURE: [signed]

"Pay period starts Mon, ends Sun"

APC0097  
8/4/2002 9:45 AM  
GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE _____   Week Ending Date: 8/25/2002

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2626

| COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE - requires task | APPROVER<br>UNIVERSAL ID | PM or<br>NETWORK<br>TASK | Location / well #<br>DESCRIPTION OF WORK | ORLG ACTIVITY CODE | EQUIP #<br>EQUIP DESC | EQUIP<br>HOURS |
|---|---|---|---|---|---|---|
| CK84972 | JHARVIL | | Safety & IH | | | |

| DATE | DAYS |
|---|---|
| 8/19 | 1 |
| 8/20 | |
| 8/21 | 1 |
| 8/22 | |
| 8/23 | |
| 8/24 | |
| 8/25 | |
| TOTALS | 2 |

TOTALS: 2.0

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE   EQUIP TOTAL

APC0098

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  
**DATE:**  
**EMPLOYEE NUMBER:** 7004-7480  
**Week Ending Date:** 8/18/2002  
**CRAFT:** Safety & IH  
**LOCATION:** KUPARUK  

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER / INTERNAL ORDER / WBS / PM ORDER / NETWORK ACTIVITY CODE | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 8/12 | 1 | JHARVIL | CK84972 | | Safety & IH | | | |
| 8/13 | 1 | | | | | | | |
| 8/14 | 1 | | | | | | | |
| 8/15 | 1 | | | | | | | |
| 8/16 | 1 | | | | | | | |
| 8/17 | 1 | | | | | | | |
| 8/18 | 1 | | | | | | | |
| **TOTALS** | **7** | | | | | | **TOTALS** | **7.0** |

EMPLOYEE SIGNATURE     SUPERVISOR SIGNATURE

APC0099

GILBERT Timesheet xls   EQUIP: 4

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE** 8/11/2002 Week Ending Date

**EMPLOYEE NUMBER:** 78462

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

**JOB #:** 2626

**APPROVER UNIVERSAL ID:** JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | ORLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 8/5 | 1 | | Safety & IH | | CK84972 | |
| 8/6 | 1 | | | | | |
| 8/7 | 1 | | | | | |
| 8/8 | 1 | | | | | |
| 8/9 | 1 | | | | | |
| 8/10 | 1 | | | | | |
| 8/11 | 1 | | | | | |
| TOTALS | 6 | | | | TOTALS | 6.0 |

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP TOTAL

APC00100

8/7/2002 6:19 AM

**WEEKLY TIME SHEET**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **7480**

CRAFT: **SAFETY & IH**

LOCATION: **KUPARUK**

WEEK ENDING **7/21/2002**

*Pay period starts Mon, ends Sun

JOB #: **2626**

TOTAL DAYS: **4**

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 15-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 16-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jul | | | | | | | SAFETY SPECIALIST | | |
| 20-Jul | | | | | | | SAFETY SPECIALIST | | |
| 21-Jul | | | | | | | SAFETY SPECIALIST | | |
| TOTAL | 4 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0101

APC NATCHIQ

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 7480

**CRAFT:** SAFETY & IH

**LOCATION:** KUPARUK

**WEEK ENDING** 7/14/2002

**TOTAL DAYS** 7

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 8-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 9-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 10-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 11-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTAL | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0102

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 74870
**CRAFT:** SAFETY & IH
**LOCATION:** KUPARUK

**WEEK ENDING** 7/7/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS APC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jul | 1 | | | K84972 | 23STAF8VL | | | SAFETY SPECIALIST | | | |
| 2-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 3-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 6 | | | | | | | | | | |

**TOTAL DAYS** 6

APC0103