# February 05 – February 11

February 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 |   |   |   |

March 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, February 05

Go to office meet others and get aquanted with site – tour field with Shawn Huerli 5:30 – 5:30
- Pick up PRE and other safety EQ.

12

## Tuesday, February 06

Start work at 5:30 Am –
Computer sign up with Shawn eth – Ron Kirk – Maxy Riggs
Staff meeting –
Dave shows up today
- introduced to washbay and KIC Facilities – start writing traing program for Back protection.
5:30 Am – 7 pm

13.5

## Wednesday, February 07

attend KIC meeting with D. Young 7:30 Am KIC
start work at 5:30 – Quit 5:30
spend all day at KIC

12

## Thursday, February 08

Start 5:30 Quit 3:00 Am
Spend Day with D. Young at KIC washbay.
- Get phone and office numbers
- Go over CSE permits of Hot works with Dave for washbay op's.
- write permits at KIC – will need to show up at 1:00 Am for permit.

21.5

## Friday, February 09

Start 6:00 Am – 6:00 pm
KIC, washbay light shop, heavy shop meet Foreman at all facilities

Permit CSE Washbay 2:00 Am

12

## Saturday, February 10

Start 5:30 – 5:30
KIC – inspect shops, washbay.
Dave on Permits, Maxy on Permits

12

## Sunday, February 11

5:30 – 7:00 pm
KIC

13.5

0039

# ebruary 12 –
# ebruary 18

February 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 |   |   |   |

March 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Monday, February 12**
Start work 5:30 Am Quit work 7:00pm
Kic washbay / light duty Pinells
7:30 meeting.

13.5

**Tuesday, February 13**
Start work 5:30 Am – Quit 6 pm
Kic shops
7:30 Am meeting

12.5

**Wednesday, February 14**
Start work at 5:30 Am – Quit work 6:30 pm
Kic washbay inspection and shops.
7:30 am meeting.

13.0

0034

**Thursday, February 15**
Start @ 5:30 Am – Quit 7pm
Kic shops
7:30 am meeting

13.5

**Friday, February 16**
5:30 Am start – 5:30 pm Quit.
Kic shops / washbay.
7:30 am meeting

12

**Saturday, February 17**
Start 5:30 Am – Quit 6:30 pm
Kic – go Home tomorrow
7:30 am meeting.

13.0

**Sunday, February 18**
Fly out of Deadhorse to Anc. 4:40
Dave will drop me off.
~~~~~~~~~~~~~~~~~~~ office
Stay 1 more week
Start at 5:30 – leave 5:30    Kic

12

February 19 -
February 25

February 2001 | March 2001

### Monday, February 19
Start work 5:30 am - Quit 5:30
Kic shops.

12

### Tuesday, February 20
Start @ 5:30 am - Quit 5:30 pm
Kic shops.

12

### Wednesday, February 21
Start at 5:30 am Quit 6:30 pm
Kic /shops

13.0

### Thursday, February 22
Start at 5:30 am Quit 6:00 pm
Kic shops / walls

12.5

### Friday, February 23
Start AT 5:30 Am Quit 7:00 pm
Kic shops
7:30 meeting.

13.5

### Saturday, February 24
Start AT 5:30 Am - Quit AT 7:30 pm
Kic

14.0

### Sunday, February 25
Start AT 5:30 Am, Quit 6 pm
Kic

12.5

0035

February 26 –
March 04

February 2001
S  M  T  W  T  F  S
            1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2001
S  M  T  W  T  F  S
            1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, February 26**

Start 5:30 am, Quit 7pm
Kit / Heavy Shops
Back out at 8pm to Heavy Shop
So Hot work permit Quit AT 10

13.5
  2
-----
15.5

**Tuesday, February 27**

Start at 5:30 Am, Quit 6:30pm
Kit

13.0

**Wednesday, February 28**

Start at 5:30 Am Quit AT
2:00 pm – Pack bags Leave
on flight – 3:30 to Anc

Time to go!

12:0

**Thursday, March 01**

**Friday, March 02**

**Saturday, March 03**

**Sunday, March 04**

0036

**March 12 – March 18**

|  March 2001  |  April 2001  |
|---|---|
| S M T W T F S | S M T W T F S |
|        1  2  3 |  1  2  3  4  5  6  7 |
|  4  5  6  7  8  9 10 |  8  9 10 11 12 13 14 |
| 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
| 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
| 25 26 27 28 29 30 31 | 29 30 |

**Monday, March 12**

**Tuesday, March 13**

**Wednesday, March 14**

Fly to slope start work at 2:00 – 5:30 Quit. Change out.

12

**Thursday, March 15**

Start 5:30am – Quit 6:00pm
Kic –
Washbay Kic – 2:00pm

12.5

**Friday, March 16**

Start at 5:30 am Quit at 6:00pm
Kic / shops / washbay
7:30am meeting.

12.5

**Saturday, March 17**

5:30 Am – 5:30 pm
Kic

12.

**Sunday, March 18**

5:30 Am – 6:30 pm
Kic shops.

13.0

0037

arch 19 -
**ch 25

March 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

### Monday, March 19
tart at 5:30 - Quit AT 7pm
Kic shops / permits. / meetings.

13.5

### Tuesday, March 20
tart at 5:30 quit 6:00
K - shops/meetings

12.5

### Wednesday, March 21
Start at 5:30 AM  Quit at. 7pm
Kic shops

13.5

### Thursday, March 22
Start 5:30 - 5:30
Kic —

12

### Friday, March 23
Start 5:30 AM — Quit 6:30 pm
Kic
7:30 meeting.

13.0

### Saturday, March 24
Start at 5:30 - Quit at 7:00 pm
Kic shops / washbay / wells
meetings / permits.

13.5

### Sunday, March 25
Start at 5:30 - Quit 5:30
Kic

0038

12

arch 26 -
p il 01

March 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, March 26**

Start at 5:30 Am Quit at 7:00 pm
Kic

13.5

**Tuesday, March 27**

5:30 am — 7:00 pm
~ Day at Kic

13.5

**Wednesday, March 28**

5:30 Am — 5:30 pm
Kic shops — same stuff

12

**Thursday, March 29**

Start at 5:30 Am work until
7:00 pm  Kic

Why are we paid for 10 Hrs worked on our paychecks but NO O.T. Brought this up to Ron Kirk today — No Answer — asked for Help at Kic shops  NO Avail

13.5

**Friday, March 30**

Start at 5:00 Am — Quit at
7:00 pm — Kic permits!

14.0

**Saturday, March 31**

Start 5:30 — Quit 7:30
Kic permits.

washbay CSO — 5:00

14

**Sunday, April 01**

start at 5:30 Am Quit at
5:30 pm
Kic shops

0039

12

pril 02 –
p. il 08

April 2001 / May 2001

**Monday, April 02**
(s)tart AT 5:30 AM – Qu.t 7:00 pm
Kic
(c)alled To Ron About Raise for
x-tra hours he will push for it!

13.5

**Tuesday, April 03**
Start at 5:30 am – Out 5:30 pm

12

(w)ill get a Raise to $375/(day)
(e)ffective on 4/16/01

**Wednesday, April 04**
Start AT 5:30 Quit 7:00 pm
fly home – spent day at
Kic.

12

**Thursday, April 05**

**Friday, April 06**

**Saturday, April 07**

**Sunday, April 08**

40

ril 23 -
 29

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 23**

**Tuesday, April 24**

**Wednesday, April 25**

Ty to slope start work at
3:00 pm — 5:30 pm
change outs

12

**Thursday, April 26**

Start time 5:30 Am — Quit 6:00 pm
Kic shops
7:30 meeting.

12.5

**Friday, April 27**

Start at 5:30 Am — Quit at 7:30
Kic shops
7:30 meeting

14.0

**Saturday, April 28**

Start at 5:30 Am — Quit at 7:00 pm
Kic shops
7:30 meeting.

13.5

**Sunday, April 29**

Start at 5:30 Am — Quit at 7:00 pm
Kic

141   13.5

ril 30 -
r 06

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 30**

st at 5:30 AM — Quit at 7:00
Kic shops —

13.5

**Tuesday, May 01**

5:30 AM — 5:30 pm ——— 12
shps wesbay.

**Wednesday, May 02**

5:30 Am to 6:00 pm at Kic
shops

12.5

**Thursday, May 03**

Start 5:30 — Quit 7:00
Kic

weslby CSE 5:00 pm

13.5

**Friday, May 04**

Start 5:30 — Quit 7:30
Kic

Weslby CSE 5:30 pm

14

**Saturday, May 05**

Start at 5:30 AM — Quit at 6:30 pm
Kic

13

**Sunday, May 06**

Start at 5:30 AM Quit 5:30 pm
Kic Shops

0043     12

ay 07 -
ay 13

|  May 2001         |  June 2001        |
| S M T W T F S     | S M T W T F S     |
|       1 2 3 4 5   |             1 2   |
| 6 7 8 9 10 11 12  | 3 4 5 6 7 8 9     |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31    | 24 25 26 27 28 29 30 |

**Monday, May 07**

at 5:30 am Quit at 6:30 pm
Kic

13.0

**Tuesday, May 08**

at 5:30 am — Quit 7:00 pm
L. Washbay and shops.

ashbay CsE 5:30

**Wednesday, May 09**

start at 5:30 am — Quit at 6:30 pm
Kic shops.

13.0

**Thursday, May 10**

start at 5:30 am - Quit at 7pm
Kic shops / washbay

13.5

**Friday, May 11**

start at 5:30 am — Quit at
6:30pm work @ Kic
Shops

13

**Saturday, May 12**

start at 5:30 am — Quit at 7pm
Kic again!

13.5

**Sunday, May 13**

start 6:30 am — Quit 8:00 pm
Kic

0043    14.5

CsE — washbay shift change


**ay 14 –**
**ay 20**

May 2001 / June 2001

**Monday, May 14**

t at 5:30 am, Quit at 6:30 pm
ac shops / working / wells

13.0

**Tuesday, May 15**

t t at 5:30 am, Quit at 7:00 pm
kic

13.5

**Wednesday, May 16**

Strt at 5:30 am Quit at 2:00 pm
fly home —

**Thursday, May 17**

**Friday, May 18**

**Saturday, May 19**

**Sunday, May 20**

0044

une 04 -
 .Je 10

June 2001
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, June 04**

**Tuesday, June 05**

**Wednesday, June 06**
Ay to slope start at 2:00 —
5:30 pm
Change order

12

**Thursday, June 07**
Start at 5:30 Am - Quit at 5:30
Kic shops / washbay.

12

**Friday, June 08**
5:30 - 7:30
Kic shops / washbay

14.0

**Saturday, June 09**
5:30 - 6:30
Kic shops washbay

13.0

**Sunday, June 10**
Am
5:30 - 5:30 pm
Kic

0045   12



# June 11 - June 17

|  | June 2001 | July 2001 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

## Monday, June 11

5:30 am - 5:30 pm  KIC - Back out
at 7:00 pm to 10:00 pm -
Honny/light shops

12
 3
---
15

## Tuesday, June 12

Start at 5:30 am - Quit at 6:30 pm
work at KIC shops.

## Wednesday, June 13

Start at 5:30 am Quit at 6:00 pm
work at KIC shops

12.5

## Thursday, June 14

Start at 5:30 work until 7:30 pm
KIC shops/week.

14.0

## Friday, June 15

Start at 5:30 am - to 6:30 pm
Talked to Ron and Scott M.
about Raise - good thing!

13.0

will get another raise effective on
6/18/01 new pay rate = $425/day.

## Saturday, June 16

Start at 5:30 am Quit at 6:30
KIC

12.0

## Sunday, June 17

Start at 5:30 am - Quit at 5:30 pm
KIC shops Normal.

12

0046

# June 18 – June 24

|  | June 2001 | July 2001 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

### Monday, June 18

Start at 5:30 AM – Out at 6:30
KIC

13.0

### Tuesday, June 19

Start at 5:30 AM / Out 6:30 pm
KIC shops

13.0

### Wednesday, June 20

Start at 5:30 AM – Out at 7:00 pm – Normal KIC shops.

13.5

### Thursday, June 21

Start at 5:30 AM Out at 6:30
KIC shops

13.0

### Friday, June 22

Start at 5:30 AM / Out at 7:00 pm
KIC shops

13.5

### Saturday, June 23

Start at 5:30 AM Out at 7:00 pm
KIC shops permits.

13.5

### Sunday, June 24

5:30 – 5:30 KIC

0047

une 25 -
uly 01

|  | June 2001 | July 2001 |
|--|-----------|-----------|

**Monday, June 25**

Start at 5:30 / Quit at 6:30
Kic

130

**Tuesday, June 26**

Start at 5:30 am / Quit 6:30 pm
Kic

130

**Wednesday, June 27**

90 hour Day - Start @ 5:30 am
Quit at 2:00 pm - the charge at
Fly Home via ANC.

12

**Thursday, June 28**

**Friday, June 29**

**Saturday, June 30**

**Sunday, July 01**

0048

uly 16 -
u·y 22

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 16**

**Thursday, July 19**

Start at 5:30 Am Quit 5:30pm
Kic shops

12

**Tuesday, July 17**

**Friday, July 20**

Start at 5:30 Am Quit 5:30pm
Kic shops / washbay

12

**Wednesday, July 18**

Start 5:30 Am - Quit 10pm
Kic shops
Change out.

12 —
+ 40

**Saturday, July 21**

Start at 5:30 Am / 6:00 pm
Kic

12.5

**Sunday, July 22**

Start 5:30 Quit. 10pm
Kic

0049

C&E washbay 8pm