uly 23 -
 y 29

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 23**

5:30 Am - to 6:00 pm
Kic shopp

12.5

**Tuesday, July 24**

5:30 start - 6 pm Quit
 ic shops

12.5

**Wednesday, July 25**

start at 5:30 Am Quit 5:30 pm
Kic shopp washbay

12

**Thursday, July 26**

start at 5:30 Am Quit 6:30 pm
Kic shopp

13

**Friday, July 27**

start 5:30 Am Quit 6:30
Kic shopp

13

**Saturday, July 28**

start at 5:30 Am end at 7:00 pm
Kic shopp

13.5

**Sunday, July 29**

start at 5:30 Am Quit at 5:30 pm
Kic shopp

058

**July 30 - August 05**

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 30**
Start at 5:30 am Quit 6:30
KIC shopp
13

**Tuesday, July 31**
Start at 5:30 AM Quit at 6:00 pm
KIC shopp
12.5

**Wednesday, August 01**
Start at 5:30 AM Quit at 6:00 pm
KIC shopp
12.5

**Thursday, August 02**
Start at 5:30 AM Quit at 6:00 pm
KIC shopp
12.5

**Friday, August 03**
Start time 5:30 AM Quit 5:30 pm
KIC shopp
12

**Saturday, August 04**
Start time 5:30 AM Quit 6:00
KIC shopp
12.5

**Sunday, August 05**
Start time 5:30 AM Quit 5:30 pm
KIC shopp
051    12

ugust 06 -
ugust 12

August 2001 / September 2001

## Monday, August 06
Start time 5:30am
Quit 5:30pm
Kic shopp

12

## Tuesday, August 07
Start time 5:30 Am
it time 6:00pm
Kic shopp

12.5

## Wednesday, August 08
Start at 5:30am Quit 2pm, then
change out my hose.

## Thursday, August 09

## Friday, August 10

## Saturday, August 11

## Sunday, August 12

0052

# August 27 – September 02

|  | August 2001 | September 2001 |
|---|---|---|

### Monday, August 27

### Thursday, August 30
Start time 5:30 AM Quit time 8pm
Kic shops / Heavy / Light / washbay.

14.5

### Tuesday, August 28

### Friday, August 31
Start time 5:30 AM Quit time 7pm
Kic shops

13.5

### Wednesday, August 29
tart 8:30 – Quit 9:30 pm
Lic shops / washbay and changeout
Day.

### Saturday, September 01
Start time 5:30 AM Quit time 6:30pm
Kic shops

13

12
 4
---
16 –

### Sunday, September 02
Start time 5:30 AM Quit time 5:30 pm

0053

SE washbay. 8:00pm

12

# September 03 – September 09

September 2001 / October 2001

**Monday, September 03**
Start time 5:30am – Quit 7pm
Kic shops

13.5

**Tuesday, September 04**
Start time 5:30 am Quit time 7:30pm
Kic shops

14

**Wednesday, September 05**
Start time 5:30 Am Quit time 9:00
Kic shops

13.5

**Thursday, September 06**
5:30am – 6:30pm
Always at the Kic-pad

13

**Friday, September 07**
5:30am – 7pm
Kic Pad

13.5

**Saturday, September 08**
Kic 5:30 to 6pm

12.5

**Sunday, September 09**
5:30 start to 6:30pm
Kic

13

0054

# eptember 10 -
# ptember 16

September 2001 | October 2001

### Monday, September 10
Start time 5:30 Am - 6:30pm Quit
KIC pad

13

### Tuesday, September 11
Start time. 5:30AM Quit time 6:30
KIC Pad

13

### Wednesday, September 12
Start time 5:30am Quit time 7pm
KIC washbay / heavy-shop / light
Shop-out wells

### Thursday, September 13
Start time 5:30 am Quit 8pm
KIC shops

145

### Friday, September 14
Start time 5:30am Quit 7pm
KIC shops

13.5

### Saturday, September 15
Start 5:30 - Quit 9:30pm
KIC inspection / Permits.

CSE washbay 6:00pm

16.0

### Sunday, September 16
START TIME 5:30 Quit 5:30
KIC

0055

12

September 17 – September 23

September 2001 / October 2001

**Monday, September 17**
Start time: 5:30 am Quit 7:30
KIC

14°

**Tuesday, September 18**
Start time 5:30 am
Quit time 7:00 pm
KIC shops.

14

**Wednesday, September 19**
Start time 5:30 am Quit at 12:30
KIC shops, change out
Head to House

(12)

**Thursday, September 20**

**Friday, September 21**

**Saturday, September 22**

**Sunday, September 23**

0056



ctober 08 -
ober 14

October 2001 | November 2001

**Monday, October 08**

(crossed out)

**Tuesday, October 09**

(crossed out)

**Wednesday, October 10**

...y to slope stant time @ 2:30 pm
...ut at 5:30 pm
...hange ants

12

**Thursday, October 11**

Start at 5:30 AM Quit 6:30 pm
Kic

13 ⓞ

**Friday, October 12**

Start at 5:30 AM
Quit at 6:30 pm
Kic Pad

13 ⓞ

**Saturday, October 13**

Start time 5:30 AM Quit at 5:30 pm

12

**Sunday, October 14**

1/2 hour day at Kic

0057

# ctober 15 -
# ..ober 21

October 2001
S M T W T F S
　　1　2　3　4　5　6
7　8　9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
　　　　　1　2　3
4　5　6　7　8　9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, October 15**

KIC at 5:00am to 7pm
ieuy stop permits welding
and no welding gangs

14

**Tuesday, October 16**

Start time at 5:30am Quit at
..30pm

13 hrs

**Wednesday, October 17**

Start 5:30AM - Quit - midnight
KIC inspections and permits.
C&D washbay - 11:00pm

**Thursday, October 18**

KIC washbay and shop 12 hrs

**Friday, October 19**

12 hours at KIC today

**Saturday, October 20**

Start time 5:30 AM / 6:00pm
KIC

12.5

**Sunday, October 21**

Start 5:30am - Quit 11:30pm
KIC
C&D washbay - 7:30
C&E washbay - 10:30

18.5                                             18.0

0058

## October 22 – October 28

October 2001 / November 2001

### Monday, October 22
KIC 12 hours
paints light shop –

12⁰

### Tuesday, October 23
Speak day at KIC ships
the ship drenent for
Inspection.
5:30 start 7pm Quit

13⁵

### Wednesday, October 24
Inspection day 2 at KIC ships
5:30am start 7:30 Quit

14⁰

### Thursday, October 25
Start 5:30 – Quit 10:30pm
KIC inspections and paints.
CSE – washing – 9:00pm

17.0

### Friday, October 26
Start at 6⁰⁰ am Quit at 6⁰⁰ pm
KIC

12 –

### Saturday, October 27
Start 5:30am – Quit 7pm
KIC washing and heavy ships
CSE – washing 5:30pm

13.5

### Sunday, October 28
KIC 12 hours

0059

ctober 29 -
ovember 04

October 2001 | November 2001

**Monday, October 29**

t 5:30 - Quit 6:00 pm
ic - washbay - Back to wash
y for C&E at 9:00 pm.
k to wash bay for outing at
:30 Am (w. Dwight) - Quit again at
:15 am

12.5
 5
17.5

**Tuesday, October 30**

Start tire 6⁰⁰ am Quit at
6:30 pm   all at KIC

**Wednesday, October 31**

Change out day —

**Thursday, November 01**

**Friday, November 02**

**Saturday, November 03**

**Sunday, November 04**

12

0060

# November 19 – November 25

November 2001
S M T W T F S
          1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

December 2001
S M T W T F S
                  1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, November 19**

**Tuesday, November 20**

**Wednesday, November 21**
Fly to slope – Change out
stat tue. 2:00 to 5:30

**Thursday, November 22**
KIC 12 Hours

**Friday, November 23**
KIC 5:30 – 6:00
12.5

**Saturday, November 24**
KIC 5:30 AM – 6:00 PM
12.5

**Sunday, November 25**
12 Hours KIC

0061

12

# November 26 - December 02

## Monday, November 26
Start time 5:30 am Quit 6:00 pm
Kic peanuts. sniffs

12.5

## Tuesday, November 27
start time 5:30 am quit 7:30 pm
Kic

13.5

## Wednesday, November 28
Start time 5:30 Am Quit 6:00 pm
Kic

12.5

## Thursday, November 29
Start 5:30 Am Quit 10:30 pm
Kic washbay, heavy sheep & nightouts
CSE - 8:30 pm washbay.

17.0

## Friday, November 30
start time AT 5:30 am Quit 5:30

12.5

## Saturday, December 01
Start time 5:30 am - Quit time 5:30
Meeting Room 324 5:00 pm

R

## Sunday, December 02
Start 5:30 Am - Quit 10:00 pm
Kic washbay Heavy/Light/awells
CSE - 8:00 pm.
CSE Sop Harmonness for Pat
Posters for Bobby

16.5

0062

**December 03 – December 09**

December 2001 / January 2002

## Monday, December 03
KIC 12 hours
Crosser at shop
washbay SOP Boilers
Eye stations.

## Tuesday, December 04
Start 5:30 AM – Quit 10:00 PM
KIC CSE at washbay 9:00

16.5

## Wednesday, December 05
Start 5:30 AM / Quit 7:00 PM
KIC washbay / light duty shop –
CSE – 5:00 pm washbay.

Zuber – 670-7335
cell – 659-0795   udelhoven

13.5

## Thursday, December 06
Start 5:30 AM – Quit 7 PM
KIC – Heavy shop – walls
Discussed new position w/ the Dorg
2×2, 90 day Probation – stepping
stone Job. pay Raise

CSE washbay 9 – 5:00 AM

13.5

## Friday, December 07
Start 5:30 – Quit 5:30
KIC Normal stuff

Zuber for lunch

12

## Saturday, December 08
Start 5:30 – Quit 6:00
KIC Same/Same
CSE – 7:30 AM

12.5

## Sunday, December 09
5:30 – 6:00 KIC

12.5

0063

ecember 10 -
ecember 16

December 2001
S M T W T F S
            1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
    1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, December 10**

Kit from 7:00 Am to 7 pm, start
at 5:30 am

office meetings - changes coming
Crane training - fountain

12.5

**Tuesday, December 11**

start at 5:30 Quit at 5:30

office meetings
Crane training 7-8 EMOC

12°

**Wednesday, December 12**

change out day headlines
start at 5:30 am —

Doug Smith
H 907-345-9592
C 907-672-0222

20-30 DEC - 765-526-2252
Thur - Sun Anc
Sun - Wed slope

12°

**Thursday, December 13**

**Friday, December 14**

**Saturday, December 15**

**Sunday, December 16**

0064

# December 31, 2001 – January 06, 2002



**Monday, December 31**

**Tuesday, January 01**

**Wednesday, January 02**

**Thursday, January 03**
Arrive slope at 900 Kuparuk
work until start new job
as Supervisor w/ Ron K as
alternate - move info office
and get setup.
12

**Friday, January 04**
Office 5:30 - 6:00 pm
12.5

New Position and pay. Effective Jan 3, 02
Position title - Safety Supervisor
Pay Rate: $475⁰⁰/Day

**Saturday, January 05**
Office 6-7       13
meetings - what to do to progress
forward w/ Dept. - more Δ to
come.

**Sunday, January 06**
OSHA 300 class   8:00 BMOC
start tm 5:30 - quit 6:30

0065    136

# January 07 – January 13

|  | January 2002 | February 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 | 1 2 |
|  | 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |
|  | 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
|  | 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
|  | 27 28 29 30 31 | 24 25 26 27 28 |

**Monday, January 07**

Office 6⁰⁰ – 6⁰⁰       12

**Tuesday, January 08**

Office 6⁰⁰ – 6:30

**Wednesday, January 09**

office 12 hours
P. girshdt – [illegible] to ergo desk
set up office
Red book [illegible] on [illegible]

**Thursday, January 10**

Start at 6:00 office
meeting 1pm Owing

4pm tap Root – Owing

Auto 6:30

12.5

**Friday, January 11**

Set up new email account
w/ Rons # Annie at x7116

Tom Drown – 7362
Looks for Kit –
Locksmiths. Achor Security.

12⁵

**Saturday, January 12**

office – trang. Valerie –
Johnson

12⁵

**Sunday, January 13**

meetings. 7:30 Rm 324
ergo @ 1 —
Joel m – 907-222-0632
Five inspector licenses
Supervisors meeting
00663