# anuary 14 –
# anuary 20

January 2002
S M T W T F S
　　 1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
　　　　　 1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

## Monday, January 14

Office – 6–6
Change Rooms w/ Ron K.
5328
Locker Key 6386

Computer support.

12

## Tuesday, January 15

Mari Ryyer – 907 343-8249
KOC 200' Radio tower
inspection. Christian
7299

Brian O'Dell Radioactive Sand
X7235

6-6     12

## Wednesday, January 16

Office 6–7    13
Sig storms – Discussed w/
Wayne and Gary wanting to
talk to Doug. – Left msg.
Camp maint. Fix loc F-lks
KIC EAP
Ramp questions - fire ext.
Complete phone lists
vehicle lists, Radio call sheets

## Thursday, January 17

Office 6–7         13
Tim Hemmrich 7225 – can't
pay Sig storms – Pat Jayne –
Rick Barefield – 10: Robert Jantry
X7603         Rhodes

## Friday, January 18

Office 6–6

12

## Saturday, January 19

Supervisors meeting 9am Okay

12

## Sunday, January 20

Intrls meeting. 324 – 6 Am

0067

...@ 6:30 – 6:30pm    13

anuary 21 –
nuary 27

January 2002
S M T W T F S
. . 1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
. . . . . 1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**Monday, January 21**

O-ring Conf Room – IH @ 11⁰⁰
JSD 1⁰⁰ pm –
Carolyn Swangler – re Lee Eberline
1.35 mck Dry.

12

**Tuesday, January 22**

office 12 hr.

**Wednesday, January 23**

hangs and try heathore

**Thursday, January 24**

**Friday, January 25**

**Saturday, January 26**

**Sunday, January 27**

12

0068

# February 11 - February 17

February 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

March 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

**Monday, February 11**

*(no entries)*

**Tuesday, February 12**

Fly to slope

12

**Wednesday, February 13**

7a ware meeting 8⁰⁰ Rm 313
weekly staff meeting O'way conf
Room. 10⁰⁰ Am

12:30 staff meeting

5:30-6:00           12.5

**Thursday, February 14**

Start tue 6 - Quit 7
office

1pm Owmy meeting.
Lee Goodmy. PSAO audits

13

**Friday, February 15**

office  12hrs.

**Saturday, February 16**

Start 6:00
meeting at 9:00 Am "O'-way  Quit 7:00

Ash Rollout 625 at 5pm

13

**Sunday, February 17**

Ash Rollout 6-7 Am 324

12:30 meeting w/ PAL 223

2:30 Sam, Bob CPF-1 Break Room

0069

# February 18 – February 24

February 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

March 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## Monday, February 18
6 – 6     12⁵

Tanslon Tap Root 2:30 CPF-1
TD- Co/ wellhouse problem.

## Tuesday, February 19
Start the loan Amt 7:00 pm
11:00 Am PSAP Review 11:00 O-wing

13⁵

## Wednesday, February 20
office 6-6   12 hours.

Dogs house

New Seward

minn

Rabbit Creek

## Thursday, February 21
office 6-6:30     12⁵

1 pm meeting O-wing Conf. Room
Ken Littlefair? x7178

## Friday, February 22
office 12 hours

## Saturday, February 23
12 hours

9:00 Am O-wing meeting
Zip Disk copies.

Golden View Park
15827 Noble Point

Greg 2odryhune.

## Sunday, February 24
8:30 Am Tap Root Rm 223 KOC
(IR meeting) - Sanchez

345-9592

0070

# February 25 – March 03

February 2002
S M T W T F S
            1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

March 2002
S M T W T F S
            1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**Monday, February 25**

office 12 hours
Larry McDaniels from CATG
on slope to Day – Light
Ship training on Lifts.

**Tuesday, February 26**

Change out day – go home.

**Wednesday, February 27**

**Thursday, February 28**

**Friday, March 01**

**Saturday, March 02**

**Sunday, March 03**

0071

# March 11 - March 17

March 2002
S M T W T F S
          1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

April 2002
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30



0072

# March 18 – March 24

March 2002 / April 2002

## Monday, March 18
7:30 AM Koc theater. Disability insurance presentation.

## Tuesday, March 19
office 6-6

## Wednesday, March 20
office 6-6

## Thursday, March 21
1pm managers meeting - "o"-wing - need safety ideas.

Start at 6:00 end at 6:00

12

## Friday, March 22
Review EAP's for all jobs
office

12

## Saturday, March 23
624 supervisors meeting 9:00 AM
o-wing.

12

## Sunday, March 24
9:00 AM - o-wing conf. Rm.

office 12 hours

0073

# March 25 – March 31

March 2002 | April 2002

**Monday, March 25**

office work 6am to 6pm.

**Tuesday, March 26**

days out pay go here.

12

**Wednesday, March 27**

**Thursday, March 28**

**Friday, March 29**

**Saturday, March 30**

**Sunday, March 31**

0074

**April 08 – April 14**

April 2002 | May 2002

**Monday, April 08**

**Tuesday, April 09**

fly to slope

12

**Wednesday, April 10**

12:30 staff meeting.
office 12 hrs

**Thursday, April 11**

1 pm managers meeting. 624

office   12

**Friday, April 12**

**Saturday, April 13**

9:00 AM 624 supervisors meeting

**Sunday, April 14**

12:30 PAS safety meeting.

0075

April 15 -
April 21

| April 2002 | May 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 4 |
| 7 8 9 10 11 12 13 | 5 6 7 8 9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

**Monday, April 15**

office 12 hours.

**Tuesday, April 16**

Change out & Fly

12 hours.

**Wednesday, April 17**

Ready to go to mex!

**Thursday, April 18**

**Friday, April 19**

**Saturday, April 20**

mexico

**Sunday, April 21**

0076

May 06 -
M y 12

May 2002
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 06**

**Thursday, May 09**

Managers meeting, 624 1PM
12 hours

**Tuesday, May 07**

Fly Day annie slope

12 hours.

**Friday, May 10**

office work.   12 hours.
more work on IP96 manual.

**Wednesday, May 08**

office 12 hours
1:30 staff meeting

**Saturday, May 11**

office 6-7pm    13
624 supervisors meeting 9:00 Am

**Sunday, May 12**

office from 6-6    12 hours
out to KBS and Fab shop

0077

# May 13 – May 19

May 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

June 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

**Monday, May 13**

office for 12 hours

**Tuesday, May 14**

meeting Pat Holland Paint Booth
review in Design of House.
office 5:30 – 6:30 pm

13 hours.

**Wednesday, May 15**

scheduled 12:30 staff meeting

worked 13 hours.

**Thursday, May 16**

attend 1pm 624 mgr meeting. Owing
superintendants also?

worked 13 hours.

**Friday, May 17**

12 hour day. office work
PP of 6 manual.

**Saturday, May 18**

9:00 am 624 supervisors meeting.
Safety meeting 1 hour?
Copying topsy /

6AM – 6:30PM   12.5

**Sunday, May 19**

call Fred – find out who/what
when where etc.

office 12 hours

0078

May 20 -
May 26

May 2002
S M T W T F S
         1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 20**

Virginia Reffurn? attenuals
worksafe? Daniel mellon?
DPC anchorage Do they know?
Did he take UA? Ron? Doug?

ffine 12.5

**Tuesday, May 21**

Change ups Day of Fly

12

**Wednesday, May 22**

**Thursday, May 23**

**Friday, May 24**

**Saturday, May 25**

**Sunday, May 26**

0079

**June 03 – June 09**

June 2002 / July 2002

**Monday, June 03**

(no entry)

**Tuesday, June 04**

Fly to slope
6:45 – 7:10 office

12

**Wednesday, June 05**

Start at 6:00am Quit at 7:00pm
I H info from San on
o-time – what about
Diesel sampling of fuelers?
What is status of I/t
program – when is complete
'en San. – R+F of forces
to cone with melt.

13

**Thursday, June 06**

Start at 6:00 Quit at 8:30
what are UA's - DOT/RSPA - Func.??
- PP&q manual & o-time
Revamp.

14.5

**Friday, June 07**

PP&q manual – Tom Manny
IDear / Bob Canner team
meeting.

Start @ 6:00 end @ 6:00

12.

**Saturday, June 08**

Carlsen x7230 –

12

**Sunday, June 09**

cpF-1 and circus tent –
Montgomery. / Coppy on
Equipment

0080
12

# June 10 – June 16

|  | June 2002 | July 2002 |
|---|---|---|

**Monday, June 10**

Loppy - leaky transmission —
Condor — call PM @
light slope

**Tuesday, June 11**

Check out washbay cement
work. KIC.
Attend KIC 7:30 meeting
office work until 8:00pm

Spills one this safety
start 6:6-
(12)

**Wednesday, June 12**

call Valerie re Video —
Carlsen - off-1 & 2 —
Rodriguez / Sanchez. w.c.?)

(13)

**Thursday, June 13**

Start at 6:00 end at 7:00
pp & g
(17)

**Friday, June 14**

pp and g. - / 8" Drive -
traing. Records. -
Start at 6:00 end at 7:00
(13)

14 hrs

**Saturday, June 15**

office 12 hrs

**Sunday, June 16**

who has CA' cert - what about
Hazwop summer.)
0081

Start at 6:00  6:00
(12)

une 17 -
ne 23

|  | June 2002 | July 2002 |
|--|--|--|

### Monday, June 17

pp on & G manual - 6-6 (12)

### Tuesday, June 18

fly home —

(12 hrs)

### Wednesday, June 19

### Thursday, June 20

### Friday, June 21

### Saturday, June 22

### Sunday, June 23

0082

# July 01 – July 07

| July 2002 | August 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 31 |

**Monday, July 01**

(scribble)

**Tuesday, July 02**

fly to slope
6:45 – 7:45 office
13.75

**Wednesday, July 03**

Don Chenault  702-228-4868
call
Sam – Nashville  June/July/Aug.

**Thursday, July 04**

welders – fireman/helpers
No safety glasses?? –
(13.5)

**Friday, July 05**

Todd Christensen / Joel M.
Alpine Dates?)
office
13

**Saturday, July 06**

x7339 check? work email.
office
12

**Sunday, July 07**

Doug – Gene speech?
office
12

0083