# December 16 - December 22

|     |     |
| --- | --- |
| December 2002 | January 2003 |
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 31 |

**Monday, December 16**

Shawn & Julie called. CPAT

6 to 6    12 hour

**Tuesday, December 17**

Change out and home

12

**Wednesday, December 18**

**Thursday, December 19**

**Friday, December 20**

**Saturday, December 21**

**Sunday, December 22**

0101

# December 30, 2002 – January 05, 2003



**Monday, December 30**

**Tuesday, December 31**

**Wednesday, January 01**

**Thursday, January 02**

Anch on every flight

**Friday, January 03**

travel to slope

(12)

**Saturday, January 04**

Debbie Newshan x6925
Loppy one on one training?

12.5

**Sunday, January 05**

Tracy @ CPAI 918-661-6504
D. Smyth

0102  (12)

# anuary 06 –
# a.iuary 12

January 2003
S M T W T F S
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

February 2003
S M T W T F S
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**Monday, January 06**

Call Charity – check on progress – under estimated scope of work needed to complete – also working for Doug in town.

6–7
13 hours

**Tuesday, January 07**

IH program – get with Sam.
12 Hours

**Wednesday, January 08**

Answer Charlie's questions
office 12 hours

**Thursday, January 09**

office 12 Hrs

**Friday, January 10**

office
12 hours

**Saturday, January 11**

Tap Root Revue (FRI) 2:30–5:30
Cancelled

office 12 hours.

**Sunday, January 12**

Bob Cannon / Jim Dickie
Coulson 7230                0103

# January 13 – January 19

| January 2003 | February 2003 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 | 1 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 |

**Monday, January 13**

12 Hours. PPFG
file organization
Don Chenault Vegas

**Tuesday, January 14**

Home

12 Hours

**Wednesday, January 15**

**Thursday, January 16**

**Friday, January 17**

**Saturday, January 18**

**Sunday, January 19**

0104

January 27 -
February 02

January 2003
S M T W T F S
            1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

February 2003
S M T W T F S
                  1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**Monday, January 27**

**Thursday, January 30**

Kentucky

Anch

**Tuesday, January 28**

Bzdo's Berryman + Pat
for fine
15, 29, 28

**Friday, January 31**

1. Dale water Value shop 7730
   Charlie Newman
2. Selma APC Anc - Drug test
   Nina Dozzete
3. Charlie 7730
4. Light Duty shop foreman - Pat
   Holland

12

**Wednesday, January 29**

Funeral

**Saturday, February 01**

Summarize Noise test Results
for 624 fab shop - 624 mgmt -
Apun / Dick — Don Chenault

12

**Sunday, February 02**

Hang Samples in light duty shop
VOC's 6am - Pat / Terry
8am STP JS welding
un to A&C filters

0105

14 hours

# ebruary 03 –
# ebruary 09

|        | February 2003        | March 2003            |
|--------|----------------------|-----------------------|
|        | S M T W T F S        | S M T W T F S         |
|        |             1        |               1       |
|        | 2 3 4 5 6 7 8        | 2 3 4 5 6 7 8         |
|        | 9 10 11 12 13 14 15  | 9 10 11 12 13 14 15   |
|        | 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22  |
|        | 23 24 25 26 27 28    | 23 24 25 26 27 28 29  |
|        |                      | 30 31                 |

**Monday, February 03**

Call Don Grey about Chris Briston

**Tuesday, February 04**

Lonny Goldman – Dionamic scientific Controls
302-571-8470

**Wednesday, February 05**

Fit testing Respirators.
5 am to 6:30 pm
had sampling info to PAI
Again – Same story – wanting 30 more samples.
But only as work Pictures! 13.5

**Thursday, February 06**

Call Rich Anderson
Andrea Gillwater?
Gillmore?? – 5465
Charlie?
Rod Keys to call Doug
Cindy's B-Day.

12 Hours

**Friday, February 07**

Doug Smith
Andi. – where is he Now -
Michael Davis
Lars McDaniels called – told him to call Pat Holland about the work

**Saturday, February 08**

Follow up w/ Don on Chris Briston –
Resp SOP

12.5 Hrs.

**Sunday, February 09**

Chauty on manual
IH?? Sam –

0106

12 hours

# February 10 – February 16

February 2003 / March 2003

**Monday, February 10**

Missing 3 days pay on 1st check for Jan. 28, 29, 30 so Marlene said she would put those days onto the next check so it would be for 10 days total.

ffu for ½ dy field
½ dy
12.5 Hrs Total.

**Tuesday, February 11**

Charge out go home
12

**Wednesday, February 12**

**Thursday, February 13**

**Friday, February 14**

**Saturday, February 15**

**Sunday, February 16**

0107

# ebruary 24 – arch 02

|February 2003|March 2003|
|---|---|
| S M T W T F S | S M T W T F S |
|               1 |               1 |
| 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 |
| 9 10 11 12 13 14 15 | 9 10 11 12 13 14 15 |
| 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22 |
| 23 24 25 26 27 28 | 23 24 25 26 27 28 29 |
| | 30 31 |

**Monday, February 24**

**Thursday, February 27**
Bob Johnson NRC cleaners.
1-800-456-6003 PBI.
office IH (12)

**Tuesday, February 25**
Shope travel Day (12)

**Friday, February 28**
Grant – x7267  Dale Norris / Scott Gale
Todd Christensen 04055
670-4055 Alpine.
office IH (12)

**Wednesday, February 26**
Shawn Heath PM Billings
field sampling sheets. IH
406-255-793
* Time card – 3 days
* Bereavement Pay
12 Hours

**Saturday, March 01**
call Day Smith back –
Guy – injury – Report it? how?
12

**Sunday, March 02**
Lenny Goldman Dynamic Scientific
Cathy Foto – 0723      0108
                        12 Hours.

# March 03 – March 09

|  March 2003         | April 2003          |
|---------------------|---------------------|
| S M T W T F S       | S M T W T F S       |
|         1           |     1  2  3  4  5   |
| 2  3  4  5  6  7  8 | 6  7  8  9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19|
|16 17 18 19 20 21 22 | 20 21 22 23 24 25 26|
|23 24 25 26 27 28 29 | 27 28 29 30         |
|30 31                |                     |

### Monday, March 03
Tom O'Bustan – Natlsco –
office – 12 Hours.

### Tuesday, March 04
Check on 3 days Renum[?]
Pay – where is it??
Dave Young 3204
worked from 6 – 6    12 Hrs.

### Wednesday, March 05
welding ~~lenses~~ lenses –
#10 ⎫
#11 ⎬ color shades.
#12 ⎭
     Go to 13?
also need ANSI 2 Robotic covers.

### Thursday, March 06
Talk to Grant
Call TODD MAHL EXXON  EH&S. com
finished Report.        empty net.
                        75–100k
12 Hrs                  657-9334

### Friday, March 07
Mike Davis – x 9334
office & IH Sampling –
          set up   12 Hours.
Heavy concentration.

### Saturday, March 08
TODD MAHL – Return calls
Welding shop samples.

### Sunday, March 09
Light duty shop samples
Diesel?

0109

## March 10 – March 16

March 2003 | April 2003

### Monday, March 10

12 Hours in office

finished Both weld sample Reports.

### Tuesday, March 11

change out day

### Wednesday, March 12

### Thursday, March 13

### Friday, March 14

### Saturday, March 15

### Sunday, March 16

0110

arch 24 –
arch 30

March 2003
April 2003

**Monday, March 24**

**Tuesday, March 25**

travel to slope

**Wednesday, March 26**

call Amy at Listen Audiology.
say most Recent. Record

**Thursday, March 27**

**Friday, March 28**

**Saturday, March 29**

**Sunday, March 30**

0111

# March 24 – March 30

March 2003 / April 2003

**Monday, March 24**

**Tuesday, March 25**

travel to slope

**Wednesday, March 26**

call Amy at Listen Audiology.
Say most Recent. Record

**Thursday, March 27**

**Friday, March 28**

**Saturday, March 29**

**Sunday, March 30**

0112

# March 31 – April 06

March 2003 / April 2003

## Monday, March 31

Paul Mathews
659-0366
IH program   12 Hrs

## Tuesday, April 01

Sam up with me.
work on IH program
12 Hrs

## Wednesday, April 02

IH program   12 Hrs

## Thursday, April 03

Environmental program.
IH program
12 Hrs

## Friday, April 04

Send samples to lab –
Determine what needs to be
sampled – Doug Smith
Sample for everything.
12 Hrs

## Saturday, April 05

Duke @ light shop need
Training for Bed truck Driver.
12 Hrs

## Sunday, April 06

Los Landry PFT machine out till
Friday x 2087
12 Hrs

0113

# April 07 – April 13

April 2003 / May 2003

## Monday, April 07

Start – 6:00 AM Quit 8:00 PM
**Last Day** 14 Hrs

meeting with Doug 5:30 to 8:00 PM
Laid off. <u>NO</u> warning!!

## Tuesday, April 08

gather stuff and get off slope
1:30 flight fm Kuparuk!

Doug let me know at 5:30 PM/Monday 4/7/03
that I was laid off. will pay me 1 wk
severance pay – official RIF'd date is 4/22/03

## Wednesday, April 09

## Thursday, April 10

Joel McAlister from
PAI is to take over
my position — ?

## Friday, April 11

## Saturday, April 12

## Sunday, April 13

0114

# April 14 – April 20

**April 2003**
S M T W T F S
　　1　2　3　4　5
6　7　8　9　10　11　12
13　14　15　16　17　18　19
20　21　22　23　24　25　26
27　28　29　30

**May 2003**
S M T W T F S
　　　　1　2　3
4　5　6　7　8　9　10
11　12　13　14　15　16　17
18　19　20　21　22　23　24
25　26　27　28　29　30　31

Monday, April 14

Tuesday, April 15

Wednesday, April 16

Thursday, April 17

Friday, April 18

Saturday, April 19

Sunday, April 20

0115

**April 21 -**
**April 27**

April 2003 / May 2003

**Monday, April 21**

**Tuesday, April 22**

- Official Reduction in Force Date.
- Officially let me know I was Rifed.

**Wednesday, April 23**

**Thursday, April 24**

**Friday, April 25**

**Saturday, April 26**

**Sunday, April 27**

0116