WEEKLY TIME SHEET

APC NARGHIQ

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 12/2/01

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CHARGE NUMBERS CODE | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-Nov | 1 | | | K84972 | 23STAF8VL | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Nov | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 28-Nov | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 29-Nov | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 30-Nov | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 1-Dec | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 2-Dec | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR APPROVAL: [signed]

APC0080

# WEEKLY TIME SHEET

**APC NATCHIQ**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **12/9/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 3-Dec | 1 | | | K84972 | Z3STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 4-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 5-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 6-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 7-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 8-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 9-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | |

TOTAL DAYS **7**

EMPLOYEE SIGNATURE: _(signed)_   SUPERVISOR APPROVAL: _(signed)_

equip total

APC0081

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING** 12/16/01

**TOTAL DAYS:** 2

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 10-Dec | 1 | | | KB4972 | 23STAF0VL | 1 | | SAFETY SPECIALIST | | | |
| 11-Dec | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 12-Dec | | | | | | | | SAFETY SPECIALIST | | | |
| 13-Dec | | | | | | | | SAFETY SPECIALIST | | | |
| 14-Dec | | | | | | | | SAFETY SPECIALIST | | | |
| 15-Dec | | | | | | | | SAFETY SPECIALIST | | | |
| 16-Dec | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC NATCHIQ

APC0082

# WEEKLY TIME SHEET

**APC NATCHIQ**

EMPLOYEE NAME (PRINT): JOHN D GILBERT

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SPECIALIST

LOCATION: KUPARUK

WEEK ENDING: 1/6/02

TOTAL DAYS: 4

*Pay period starts Mon, ends Sun

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Dec | | | | K84972 | 23STAF8VL | | | | | | | | |
| 1-Jan | | | | | | | | | | SAFETY SPECIALIST | | | |
| 2-Jan | | | | | | | | | | SAFETY SPECIALIST | | | |
| 3-Jan | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Jan | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Jan | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jan | 1 | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 4 | | | | | | | | | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

equip total

APC0083

| | | | | | |
|---|---|---|---|---|---|
| **JOHN D GILBERT** | | | | | |
| Employee ID | 7460 | Job No | 626 | DRA Emp ID | 7460 |
| First Name | JOHN D | Last Name | GILBERT | | |
| Status | 4 | Supervisor | SMITH, DOUG L | Max Day | 10.0 |
| Sex | Male | Alternate | | Craft Code | 17900J |
| Hire Date | 1/30/2001 | Gin Responsible | S | Pay Type | Daily |
| Terminated | 4/22/2003 | Safety Group | STAFF | Emp Rate | $47.50 |
| Rehiring | | Work Dept | STAF | Subsistence | |
| Minority | i | Work Phone | (907) 659-7435 | | |
| N. Resident | No | Pager | 298 | Email Address | n1102@conocophillips.co |
| Veteran | | Mobil Phone | | Radio Call # | |
| Vet. Dept | | Fax | (907) 659-7207 | Badge No | |
| | | Personality | | | |

1/13/03 to 4/22/03?

Need

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  
**DATE** **Week Ending Date** 1/12/2003  
**EMPLOYEE NUMBER:** 7480  
**CRAFT:** Safety & IH  
**LOCATION:** KUPARUK  
**JOB #:** 2626

*Pay period starts Mon, ends Sun.*

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DRLG ACTIVITY CODE DESCRIPTION OF WORK | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 1/6 | 1 | JHARVIL | CK04917 194395 | | Safety & IH | | |
| 1/7 | 1 | | | | | | |
| 1/8 | 1 | | | | | | |
| 1/9 | 1 | | | | | | |
| 1/10 | 1 | | | | | | |
| 1/11 | 1 | | | | | | |
| 1/12 | 1 | | | | | | |
| TOTALS | 7 | | | | | | |

**TOTALS:** 7.0

EMPLOYEE SIGNATURE: [signed]  
SUPERVISOR SIGNATURE:  
EQUIP TOT:

APC0085  
1/3/20031:07 AM  
GILBERT, Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE: 1/5/2003   Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun.

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

| DATE | DAYS | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE DESCRIPTION OF WORK | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 12/30 | | 1943955 | | Safety & IH | | | |
| 12/31 | | | | | | | |
| 1/1 | 1 | | | | | | |
| 1/2 | | | | | | | |
| 1/3 | 1 | | | | | | |
| 1/4 | 1 | | | | | | |
| 1/5 | 1 | | | | | | |
| TOTALS | 3 | | | | | | 3.0 |

EMPLOYEE SIGNATURE: (signed) John D. Gilbert

SUPERVISOR SIGNATURE:

APC0086

1/3/2003 11:56 AM   GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert
DATE: 12/15/2002
Week Ending Date

EMPLOYEE NUMBER: 7480
CRAFT: Safety & IH
LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE-requires task

CK84972

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 12/9 | 1 | | | | | |
| 12/10 | 1 | | | | | |
| 12/11 | 1 | | Safety & IH | | | |
| 12/12 | 1 | | | | | |
| 12/13 | 1 | | | | | |
| 12/14 | 1 | | | | | |
| 12/15 | 1 | | | | | |
| TOTALS | 7 | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE
SUPERVISOR SIGNATURE
GILBERT Timesheet

EQUIP: L

APC NATCHIQ

12/4/2002 10:46 AM
APC0087
GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE    Week Ending Date 12/8/2002

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| 12/2 | 1 | JHARVIL | CK84972 | | Safety & IH | | | | |
| 12/3 | 1 | | | | | | | | |
| 12/4 | 1 | | | | | | | | |
| 12/5 | 1 | | | | | | | | |
| 12/6 | 1 | | | | | | | | |
| 12/7 | 1 | | | | | | | | |
| 12/8 | 1 | | | | | | | | |
| TOTALS | 6 | | | | | | | | 6.0 |

EMPLOYEE SIGNATURE    SUPERVISOR SIGNATURE    EQUIP TOTAL

APC0088

12/4/2002 10:46 AM    GILBERT, sheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE    Week Ending Date 11/24/2002

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 11/18 | 1 | | | | | | |
| 11/19 | 1 | CK84972 | | Safety & IH | | | |
| 11/20 | | | | | | | |
| 11/21 | | | | | | | |
| 11/22 | | | | | | | |
| 11/23 | | | | | | | |
| 11/24 | | | | | | | |
| TOTALS | 2 | | | | | TOTALS | 2.0 |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR SIGNATURE: [signed]

EQUIP T

GILBERT Timesheet.xls

APC0089

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert
**DATE:** 11/17/2002 — Week Ending Date

**EMPLOYEE NUMBER:** 7480
**CRAFT:** Safety & IH
**LOCATION:** KUPARUK
**JOB #:** 2626

**APPROVER UNIVERSAL ID:** JHARVIL

*Pay period starts Mon, ends Sun*

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 11/11 | 1 | CK84972 | | Safety & IH | | | |
| 11/12 | 1 | | | | | | |
| 11/13 | 1 | | | | | | |
| 11/14 | 1 | | | | | | |
| 11/15 | 1 | | | | | | |
| 11/16 | 1 | | | | | | |
| 11/17 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR SIGNATURE: [signed]

APC0090

11/8/2003 1:26 PM  GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE 11/10/2002
Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2526

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP #<br>EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 11/4 | 1 | JHARVIL | CK84972 | | Safety & IH | | | |
| 11/5 | 1 | | | | | | | |
| 11/6 | 1 | | | | | | | |
| 11/7 | 1 | | | | | | | |
| 11/8 | 1 | | | | | | | |
| 11/9 | 1 | | | | | | | |
| 11/10 | 1 | | | | | | | |
| TOTALS | 6 | | | | | | | 6.0 |

*Pay period starts Mon, ends Sun

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP TOTAL

TOTALS 6.0

APC0091

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE 10/20/2002 Week Ending Date

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH    LOCATION: KUPARUK

*Pay period starts Mon, ends Sun*

JOB #: 2826

APPROVER UNIVERSAL ID: JHARVIL

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 10/14 | 1 | CK84972 | | Safety & IH | | | |
| 10/15 | 1 | | | | | | |
| 10/16 | | | | | | | |
| 10/17 | | | | | | | |
| 10/18 | | | | | | | |
| 10/19 | | | | | | | |
| 10/20 | | | | | | | |
| TOTALS | 2 | | | | | | |

TOTALS 2.0

EMPLOYEE SIGNATURE    SUPERVISOR SIGNATURE    EQUIP:

APC0092

GILBERT Timesheet.xls
10/2/20\\c 7:19 AM