
8 AAC 15.100

8 AAC 15.101

ALASKA ADMINISTRATIVE CODE
TITLE 8. LABOR
PART 1. INDUSTRIAL WELFARE
CHAPTER 15. ALASKA WAGES AND HOURS

Article
1. Coverage and Exemptions
    (8 AAC 15.010-8 AAC 15.070) Repealed
2. Minimum Wages and Overtime
    (8 AAC 15.100-8 AAC 15.105)
3. Exemptions (8 AAC 15.120-8 AAC 15.145)
4. Reduction of Wages
    (8 AAC 15.160-8 AAC 15.165)
5. Procedures Relating to Violations, Investigations or Hearings (8 AAC 15.180)
6. General Provisions (8 AAC 15.900-8 AAC 15.910)

**Article 2. Minimum Wages and Overtime**

Section
100. Payment for overtime
101. Overtime for line haul truck drivers
102. Voluntary flexible work hour plans
105. Minimum wage

**8 AAC 15.100. PAYMENT FOR OVERTIME.** (a) An employee's regular rate is the basis for computing overtime. The regular rate is an hourly rate figured on a weekly basis. An employee need not actually be hired at an hourly rate. The employee may be paid by piece-rate, salary, commission, or any other basis agreeable to the employer and employee. However, the applicable compensation basis must be converted to an hourly rate when determining the regular rate for computing overtime compensation. The following provisions apply for an employee paid on a salary basis:

(1) The employment contract must set out the specific number of straight time and overtime hours the employee is expected to work each day and each week. The contract must establish a regular straight time hourly rate of pay and the appropriate overtime rate with respect to the salary to be paid and the number of hours to be worked. Changes to the pay schedule of a salaried employee must conform to the provisions of AS 23.05.160.

(2) If a contract fails to establish a fixed number of daily and weekly hours that the salary is intended to compensate, or if the actual hours of work deviate from the hours specified in the contract, the salary will be considered to be compensation for an eight-hour workday and 40-hour workweek, and overtime will be computed on that basis.

(b) In order to compute a regular hourly rate for the purpose of determining the overtime rate for an employee who is paid other than hourly or by salary, the following provisions of 29 C.F.R. Part 778 apply:

(1) for a pieceworker, 29 C.F.R. sec. 778.111;

(2) for an employee who works at two or more hourly rates, 29 C.F.R. sec. 778.115;

(3) for an employee who receives wages in a form other than cash, 29 C.F.R. sec. 778.116; or

(4) for an employee who receives a commission, 29 C.F.R. secs. 778.117-778.122; or

(5) for an employee who receives a bonus, 28 C.F.R. secs 778.208-778.215.

(c) When computing an employee's hours for the purpose of determining overtime, the employer shall count all hours the employee worked during that week including periods of "on call" and "standby or waiting time" required for the convenience of the employer which were a necessary part of the employee's performance of the employment. However, if the employee is completely relieved from all duties for 20 minutes or more during which the employee may use the time effectively for the employee's own purposes, then those periods need not be counted.

(d) The following are not acceptable methods of complying with the payment of overtime provisions of AS 23.10.060:

(1) guaranteed weekly pay for variable hours plan ("Belo" contracts) established under sec. 7(f) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. 207(f) as implemented in 29 C.F.R. 778.402-778.414);

(2) compensatory time (comp time) off in place of payment for overtime; and

(3) flex-time or flexitime plans established under 29 C.F.R. 778.114 providing a fixed salary for fluctuating hours up to a predetermined maximum number of hours in a workweek. (Eff. 12/9/78, Register 68; am 9/28/85, Register 95; am 4/29/99, Register 150)

Authority:   AS 23.05.060    AS 23.10.085
             AS 23.10.060    AS 23.10.095

Editor's note: The federal regulations cited in 8 AAC 15.100 are reproduced on pages 26-44 of this booklet.

**8 AAC 15.101. OVERTIME FOR LINE HAUL TRUCK DRIVERS.** (a) If an employer of a line haul truck driver elects not to use the overtime rate established in AS 23.10.060(b), the employer shall establish alternate rates of overtime pay that meet the requirements of AS 23.10.060(d)(15) and this section.

(b) An alternative rate of overtime pay may be calculated as a mileage rate, a fuel usage rate, or on some other reasonable basis; however, any formula used to calculate an alternate rate of overtime pay must take into consideration the time spent performing all of the duties of a line haul truck driver on the route for which the rate was established, including the time spent

(1)   driving;
(2)   hooking up;
(3)   fueling;
(4)   tying down;
(5)   chaining up and unchaining;
(6)   performing pre-trip and in-transit equipment and load checks;
(7)   during breakdowns;

EXHIBIT A
PAGE 3a OF 48

16

0156

3.10.060. **Payment for overtime.** (a) An employer mploys employees engaged in commerce or other ss, or in the production of goods or materials in the nay not employ an employee for a workweek longer 40 hours or for more than eight hours a day. This n does not apply to the employment of a person ) in a supervisory capacity.

(b) If an employer finds it necessary to employ an oyee for hours in excess of the limits set in this ection, overtime compensation for the overtime at the of one and one-half times the regular rate of pay shall paid. An employee is entitled to overtime pensation for hours worked in excess of eight hours a An employee is also entitled to overtime pensation for hours worked in excess of 40 hours a k; in determining whether an employee has worked e than 40 hours a week, the number of hours worked ll be determined without including hours that are ked in excess of eight hours in a day because the ployee has or will be separately awarded overtime npensation based on those hours.

(c) This section is considered included in all ntracts of employment.

(d) This section does not apply with respect to

(1) an employee employed by an nployer employing less than four employees in the gular course of business, as "regular course of business" defined by regulations of the commissioner;

(2) an employee employed in handling, acking, storing, pasteurizing, drying, preparing in their aw or natural state, or canning agricultural or horticultural ommodities for market, or in making cheese or butter or other dairy products;

(3) an employee of an employer engaged n small mining operations where not more than 12 employees are employed, if the employee is employed not in excess of 12 hours a day or 56 hours a week during a period or periods of not more than 14 workweeks in the aggregate in a calendar year during the mining season, as the season is defined by the commissioner;

(4) an employee engaged in agriculture;

(5) an employee employed in connection with the publication of a weekly, semiweekly, or daily newspaper with a circulation of less than 1,000;

(6) a switchboard operator employed in a public telephone exchange that has fewer than 750 stations;

(7) an employee in an otherwise exempted employment or proprietor in a retail or service establishment engaged in handling telegraphic, telephone, or radio messages for the public under an agency or contract arrangement with a telegraph or communications company where the telegraph message or communications revenue of the agency does not exceed $500 a month;

(8) an employee employed as a seaman;

(9) an employee employed in planting or tending trees, cruising, or surveying, or bucking, or felling timber, or in preparing or transporting logs or other forestry products to the mill, processing plant, railroad, or other transportation terminal, if the number of employees employed by the employer in the forestry or lumbering operations does not exceed 12;

(10) an individual employed as an outside buyer of poultry, eggs, cream, or milk in their raw or natural state;

(11) casual employees as may be liberally defined by regulations of the commissioner;

(12) an employee of a hospital whose employment includes the provision of medical services;

(13) work performed by an employee under a flexible work hour plan if the plan is included as part of a collective bargaining agreement;

(14) work performed by an employee under a voluntary flexible work hour plan if

(A) the employee and the employer have signed a written agreement and the written agreement has been filed with the department; and

(B) the department has issued a certificate approving the plan that states the work is for 40 hours a week and not more than 10 hours a day; for work over 40 hours a week or 10 hours a day under a flexible work hour plan not included as part of a collective bargaining agreement, compensation at the rate of one and one-half times the regular rate of pay shall be paid for the overtime;

(15) an individual employed as a line haul truck driver for a trip that exceeds 100 road miles one way if the compensation system under which the truck driver is paid includes overtime pay for work in excess of 40 hours a week or for more than eight hours a day and the compensation system requires a rate of pay comparable to the rate of pay required by this section;

(16) an individual employed as a community health aide by a local or regional health organization as those terms are defined in AS 18.28.100;

(17) work performed by a mechanic primarily engaged in the servicing of automobiles, light trucks, and motor homes if the mechanic

(A) is employed as a flat-rate mechanic by a nonmanufacturing establishment primarily engaged in the business of selling or servicing motor vehicles;

(B) has signed a written agreement with the employer that specifies the mechanic's flat hourly rate of pay and the automotive manual or manuals on which the flat rate is to be based;

(C) is compensated for all hours worked in any capacity for that employer up to and including eight hours a day and 40 hours a week at an hourly rate that is not less than the greater of

(i) 75 percent of the flat hourly rate of pay agreed upon by the employer and employee under (B) of this paragraph; or

(ii) twice the state minimum wage; and

(D) is compensated for all hours worked in any capacity for that employer in excess of eight

8

EXHIBIT A
PAGE 33 OF 48

0157

"B"

EXHIBIT A
PAGE 34 OF 48

Gilbert OT 2D-2Audit.xls

| | YEAR 3 - | 29 CFR 778.113 | SALARY RATE | DAILY RATE X 7 | DIVIDE BY 70 | WKLY HOURS |
|---|---|---|---|---|---|---|
| John Gilbert | 1/31/01 - 6/19/01 | | | | | |
| 1/31/01-4/15/01 | | Regular Rate | OT RATE | ST HOURS | OT HOURS | |
| Weekly Wages | $2,450.00 | $35.00 | $52.50 | 348 | 264 | |
| Daily Rate | $350.00 | | | | | |
| #Days Worked | 51 | OT EARNED | $13,860.00 | WAGES EARNED | $26,040.00 | |
| | | ST EARNED | $12,180.00 | WAGES PAID | $17,850.00 | |
| | | TOTAL EARNED | $26,040.00 | OT OWED | $8,190.00 | |
| | | | | | | |
| 4/16/01-6/19/01 | | Regular Rate | OT RATE | ST HOURS | OT HOURS | |
| Weekly Wages | $2,625.00 | $37.50 | $56.25 | 258.5 | 178.5 | |
| Daily Rate | $375.00 | | | | | |
| # Days Worked | 36 | OT EARNED | $10,040.63 | WAGES EARNED | $19,734.38 | |
| | | ST EARNED | $9,693.75 | WAGES PAID | $13,500.00 | |
| | | TOTAL EARNED | $19,734.38 | WAGES OWED | $6,234.38 | |
| Total OT Hours | 442.5 | | | | | |
| Total Hours | 1049 | | | | | |

| Day | Date | Hrs Worked | S.T. | O.T. | | TTL OT OVER 40 |
|---|---|---|---|---|---|---|
| MON | 1/29/01 | 0 | 0 | 0 | | |
| TUE | 1/30/01 | 0 | 0 | 0 | | |
| WED | 1/31/01 | 8 | 8 | 0 | | |
| THU | 2/1/01 | 9.5 | 8 | 1.5 | | |
| FRI | 2/2/01 | 11.5 | 8 | 3.5 | | |
| SAT | 2/3/01 | 11.5 | 8 | 3.5 | | |
| SUN | 2/4/01 | 11.5 | 8 | 3.5 | | |
| Wkly Ttls | | 52 | 40 | 12 | | 12 |

| Day | Date | Hrs Worked | S.T. | O.T. | | TTL OT OVER 40 |
|---|---|---|---|---|---|---|
| MON | 2/5/01 | 11.5 | 8 | 3.5 | | |
| TUE | 2/6/01 | 13 | 8 | 5 | | |
| WED | 2/7/01 | 11.5 | 8 | 3.5 | | |
| THU | 2/8/01 | 18 | 8 | 10 | | |
| FRI | 2/9/01 | 14.5 | 8 | 6.5 | | |
| SAT | 2/10/01 | 11.5 | 0 | 11.5 | | |
| SUN | 2/11/01 | 13 | 0 | 13 | | |
| Wkly Ttls | | 93 | 40 | 53 | | 53 |

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 2/12/01 | 13 | 8 | 5 | | |
| TUE | 2/13/01 | 12 | 8 | 4 | | |
| WED | 2/14/01 | 12.5 | 8 | 4.5 | | |
| THU | 2/15/01 | 13 | 8 | 5 | | |
| FRI | 2/16/01 | 11.5 | 8 | 3.5 | | |
| SAT | 2/17/01 | 12.5 | 0 | 12.5 | | |
| SUN | 2/18/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 86 | 40 | 46 | | 46 |

0158

EXHIBIT A
PAGE 35 OF 48

Gilbert OT 2D-2Audit.xls

| Day | Date | Hrs Worked | S.T. | O.T. | OT > 40 |
|---|---|---|---|---|---|
| MON | 2/19/01 | 11.5 | 8 | 3.5 | |
| TUE | 2/20/01 | 11.5 | 8 | 3.5 | |
| WED | 2/21/01 | 12.5 | 8 | 4.5 | |
| THU | 2/22/01 | 12 | 8 | 4 | |
| FRI | 2/23/01 | 13 | 8 | 5 | |
| SAT | 2/24/01 | 13.5 | 0 | 13.5 | |
| SUN | 2/25/01 | 12 | 0 | 12 | |
| Wkly Ttls | | 86 | 40 | 46 | 46 |

| Day | Date | Hrs Worked | S.T. | O.T. | OT > 40 |
|---|---|---|---|---|---|
| MON | 2/26/01 | 15 | 8 | 7 | |
| TUE | 2/27/01 | 12.5 | 8 | 4.5 | |
| WED | 2/28/01 | 8 | 8 | 0 | |
| THU | 3/1/01 | 0 | 0 | 0 | |
| FRI | 3/2/01 | 0 | 0 | 0 | |
| SAT | 3/3/01 | 0 | 0 | 0 | |
| SUN | 3/4/01 | 0 | 0 | 0 | |
| Wkly Ttls | | 35.5 | 24 | 11.5 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | OT > 40 |
|---|---|---|---|---|---|
| MON | 3/5/01 | 0 | 0 | 0 | |
| TUE | 3/6/01 | 0 | 0 | 0 | |
| WED | 3/7/01 | 0 | 0 | 0 | |
| THU | 3/8/01 | 0 | 0 | 0 | |
| FRI | 3/9/01 | 0 | 0 | 0 | |
| SAT | 3/10/01 | 0 | 0 | 0 | |
| SUN | 3/11/01 | 0 | 0 | 0 | |
| Wkly Ttls | | | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | OT > 40 |
|---|---|---|---|---|---|
| MON | 3/12/01 | 0 | 0 | 0 | |
| TUE | 3/13/01 | 0 | 0 | 0 | |
| WED | 3/14/01 | 3.5 | 3.5 | 0 | |
| THU | 3/15/01 | 12 | 8 | 4 | |
| FRI | 3/16/01 | 12 | 8 | 4 | |
| SAT | 3/17/01 | 11.5 | 8 | 3.5 | |
| SUN | 3/18/01 | 12.5 | 8 | 4.5 | |
| Wkly Ttls | | 51.5 | 35.5 | 16 | 11.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | OT > 40 |
|---|---|---|---|---|---|
| MON | 3/19/01 | 13 | 8 | 5 | |
| TUE | 3/20/01 | 12 | 8 | 4 | |
| WED | 3/21/01 | 13 | 8 | 5 | |
| THU | 3/22/01 | 11.5 | 8 | 3.5 | |
| FRI | 3/23/01 | 12.5 | 8 | 4.5 | |
| SAT | 3/24/01 | 13 | 0 | 13 | |
| SUN | 3/25/01 | 11.5 | 0 | 11.5 | |
| Wkly Ttls | | 86.5 | 40 | 46.5 | 46.5 |

0159

Page 2    EXHIBIT __A__
PAGE _36_ OF _48_

Gilbert OT 2D-2Audit.xls

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 3/26/01 | 13 | 8 | 5 | | |
| TUE | 3/27/01 | 13 | 8 | 5 | | |
| WED | 3/28/01 | 11.5 | 8 | 3.5 | | |
| THU | 3/29/01 | 13 | 8 | 5 | | |
| FRI | 3/30/01 | 13.5 | 8 | 5.5 | | |
| SAT | 3/31/01 | 13.5 | 0 | 13.5 | | |
| SUN | 4/1/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 89 | 40 | 49 | | 49 |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 4/2/01 | 13 | 8 | 5 | | |
| TUE | 4/3/01 | 11.5 | 8 | 3.5 | | |
| WED | 4/4/01 | 8 | 8 | 0 | | |
| THU | 4/5/01 | 0 | 0 | 0 | | |
| FRI | 4/6/01 | 0 | 0 | 0 | | |
| SAT | 4/7/01 | 0 | 0 | 0 | | |
| SUN | 4/8/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 32.5 | 24 | 8.5 | | 0 |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 4/9/01 | 0 | 0 | 0 | | |
| TUE | 4/10/01 | 0 | 0 | 0 | | |
| WED | 4/11/01 | 0 | 0 | 0 | | |
| THU | 4/12/01 | 0 | 0 | 0 | | |
| FRI | 4/13/01 | 0 | 0 | 0 | | |
| SAT | 4/14/01 | 0 | 0 | 0 | | |
| SUN | 4/15/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | | 0 |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 4/16/01 | 0 | 0 | 0 | | |
| TUE | 4/17/01 | 0 | 0 | 0 | | |
| WED | 4/18/01 | 0 | 0 | 0 | | |
| THU | 4/19/01 | 0 | 0 | 0 | | |
| FRI | 4/20/01 | 0 | 0 | 0 | | |
| SAT | 4/21/01 | 0 | 0 | 0 | | |
| SUN | 4/22/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | | 0 |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 4/23/01 | 0 | 0 | 0 | | |
| TUE | 4/24/01 | 0 | 0 | 0 | | |
| WED | 4/25/01 | 8 | 8 | 0 | | |
| THU | 4/26/01 | 12 | 8 | 4 | | |
| FRI | 4/27/01 | 13.5 | 8 | 5.5 | | |
| SAT | 4/28/01 | 13 | 8 | 5 | | |
| SUN | 4/29/01 | 13 | 8 | 5 | | |
| Wkly Ttls | | 59.5 | 40 | 19.5 | | 19.5 |

0160

EXHIBIT  A
PAGE 37 OF 48


Gilbert OT 2D-2Audit.xls

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 4/30/01 | 13 | 8 | 5 | | |
| TUE | 5/1/01 | 11.5 | 8 | 3.5 | | |
| WED | 5/2/01 | 12 | 8 | 4 | | |
| THU | 5/3/01 | 13 | 8 | 5 | | |
| FRI | 5/4/01 | 13.5 | 8 | 5.5 | | |
| SAT | 5/5/01 | 12.5 | 0 | 12.5 | | |
| SUN | 5/6/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 87 | 40 | 47 | | 47 |

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 5/7/01 | 12.5 | 8 | 4.5 | | |
| TUE | 5/8/01 | 13 | 8 | 5 | | |
| WED | 5/9/01 | 12.5 | 8 | 4.5 | | |
| THU | 5/10/01 | 13 | 8 | 5 | | |
| FRI | 5/11/01 | 12.5 | 8 | 4.5 | | |
| SAT | 5/12/01 | 13 | 0 | 13 | | |
| SUN | 5/13/01 | 14 | 0 | 14 | | |
| Wkly Ttls | | 90.5 | 40 | 50.5 | | 50.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 5/14/01 | 12.5 | 8 | 4.5 | | |
| TUE | 5/15/01 | 13 | 8 | 5 | | |
| WED | 5/16/01 | 8 | 8 | 0 | | |
| THU | 5/17/01 | 0 | 0 | 0 | | |
| FRI | 5/18/01 | 0 | 0 | 0 | | |
| SAT | 5/19/01 | 0 | 0 | 0 | | |
| SUN | 5/20/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 33.5 | 24 | 9.5 | | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 5/21/01 | 0 | 0 | 0 | | |
| TUE | 5/22/01 | 0 | 0 | 0 | | |
| WED | 5/23/01 | 0 | 0 | 0 | | |
| THU | 5/24/01 | 0 | 0 | 0 | | |
| FRI | 5/25/01 | 0 | 0 | 0 | | |
| SAT | 5/26/01 | 0 | 0 | 0 | | |
| SUN | 5/27/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 5/28/01 | 0 | 0 | 0 | | |
| TUE | 5/29/01 | 0 | 0 | 0 | | |
| WED | 5/30/01 | 0 | 0 | 0 | | |
| THU | 5/31/01 | 0 | 0 | 0 | | |
| FRI | 6/1/01 | 0 | 0 | 0 | | |
| SAT | 6/2/01 | 0 | 0 | 0 | | |
| SUN | 6/3/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | | 0 |

0161

Page 4    EXHIBIT A
         PAGE 38 OF 48

| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
|---|---|---|---|---|---|---|
| MON | 6/4/01 | 0 | 0 | 0 | | |
| TUE | 6/5/01 | 0 | 0 | 0 | | |
| WED | 6/6/01 | 3.5 | 3.5 | 0 | | |
| THU | 6/7/01 | 11.5 | 8 | 3.5 | | |
| FRI | 6/8/01 | 13.5 | 8 | 5.5 | | |
| SAT | 6/9/01 | 12.5 | 8 | 4.5 | | |
| SUN | 6/10/01 | 11.5 | 8 | 3.5 | | |
| Wkly Ttls | | 52.5 | 35.5 | 17 | | 12.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 6/11/01 | 14.5 | 8 | 6.5 | | |
| TUE | 6/12/01 | 12.5 | 8 | 4.5 | | |
| WED | 6/13/01 | 12 | 8 | 4 | | |
| THU | 6/14/01 | 13.5 | 8 | 5.5 | | |
| FRI | 6/15/01 | 12.5 | 8 | 4.5 | | |
| SAT | 6/16/01 | 12.5 | 0 | 12.5 | | |
| SUN | 6/17/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 89 | 40 | 49 | | 49 |
| Day | Date | Hrs Worked | S.T. | O.T. | | OT > 40 |
| MON | 6/18/01 | 12.5 | 8 | 4.5 | | |
| TUE | 6/19/01 | 12.5 | 8 | 4.5 | | |
| WED | 6/20/01 | 0 | 0 | 0 | | * |
| THU | 6/21/01 | 0 | 0 | 0 | | |
| FRI | 6/22/01 | 0 | 0 | 0 | | |
| SAT | 6/23/01 | 0 | 0 | 0 | | |
| SUN | 6/24/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 25 | 16 | 9 | | 0 |
| | | | | TOTAL OT HRS | | 442.5 |
| | | * Please Note : | 6/20-24/01 | is in 2 YR Audit | | |

0162

Page 5   EXHIBIT A
PAGE 39 OF 48

Case 3:03-cv-00174-RRB  Document 36-5  Filed 08/04/2006  Page 9 of 9


U.S. Department of
in 21st Century
www.dol.gov
Search / A to Z Index
By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

Prev    Content Last Revised: 1/23/81    Next
---DISCLAIMER---

Code of Federal Regulations Pertaining to ESA
Title 29  Labor
 └ Chapter V  Wage and Hour Division, Department of Labor
   └ Part 778  Overtime Compensation
     └ Subpart B  The Overtime Pay Requirements

# CFR 778.113 - Salaried employees--general.

- **Section Number:** 778.113
- **Section Name:** Salaried employees--general.

    (a) Weekly salary. If the employee is employed solely on a weekly salary basis, his regular hourly rate of pay, on which time and a half must be paid, is computed by dividing the salary by the number of hours which the salary is intended to compensate. If an employee is hired at a salary of $182.70 and if it is understood that this salary is compensation for a regular workweek of 35 hours, the employee's regular rate of pay is $182.70 divided by 35 hours, or $5.22 an hour, and when he works overtime he is entitled to receive $5.22 for each of the first 40 hours and $7.83 (one and one-half times $5.22) for each hour thereafter. If an employee is hired at a salary of $220.80 for a 40-hour week his regular rate is $5.52 an hour.
    (b) Salary for periods other than workweek. Where the salary covers a period longer than a workweek, such as a month, it must be reduced to its workweek equivalent. A monthly salary is subject to translation to its equivalent weekly wage by multiplying by 12 (the number of months) and dividing by 52 (the number of weeks). A semimonthly salary is translated into its equivalent weekly wage by multiplying by 24 and dividing by 52. Once the weekly wage is arrived at, the regular hourly rate of pay will be calculated as indicated above. The regular rate of an employee who is paid a regular monthly salary of $1,040, or a regular semimonthly salary of $520 for 40 hours a week, is thus found to be $6 per hour. Under regulations of the Administrator, pursuant to the authority given to him in section 7(g)(3) of the Act, the parties may provide that the regular rates shall be determined by dividing the monthly salary by the number of working days in the month and then by the number of hours of the normal or regular workday. Of course, the resultant rate in such a case must not be less than the statutory minimum wage.
[46 FR 7310, Jan. 23, 1981]


Prev    Next

ack to Top
www.dol.gov

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend

Department of Labor
es Perkins Building
onstitution Avenue, NW
ngton, DC 20210

1-866-4-USA-DOL
TTY: 1-877-889-5627
Contact Us

0163

EXHIBIT  4
PAGE  40  OF  46