IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No: 3:03-CV-00174-RRB |
| _____ ) | |

### NOTICE OF FILING OF PROPOSED ORDER GRANTING MOTION IN LIMINE

Defendant, APC Natchiq, by and through their counsel, Delisio, Moran, Geraghty & Zobel, PC, gives notice of the filing of its proposed Order Granting Defendant's Motion in Limine, which is attached hereto.

DATED this 4th day of August, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for APC Natchiq, Inc.

By: /s/ Patricia L. Zobel
Patricia L. Zobel
Bar No. 7906067
E-Mail: pzobel@dmgz.com
Danielle M. Ryman
Bar No. 9911071
E-Mail: dryman@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
____
(907) 279-9574

00104568.doc Notice of Filing of Proposed Order Granting Motion in Limine
   *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 4th day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
    _____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00104568.doc Notice of Filing of Proposed Order Granting Motion in Limine
 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2