IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No: 3:03-CV-00174-RRB |
| _____ ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE**

THIS MATTER having come before the Court on Defendant, APC Natchiq, Inc.'s Motion in Limine to exclude plaintiff's expert, Monte Jordon, or in the alternative to limit his testimony, and the Court having considered the memoranda of counsel with authorities and exhibits cited therein,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Mr. Jordon's opinions will not assist the trier and he is, therefore, excluded from testifying at trial or otherwise offering his opinion on the issue of calculating overtime

Alternative Ruling:

[IT IS HEREBY ORDERED that Defendant's Motion is GRANTED IN PART. Mr. Jordon's testimony is limited to calculating overtime per the court's determination as to the proper method of calculating overtime. Mr. Jordon may not offer opinions or testimony regarding the application of the FLSA or AWHA to this case.]

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

DATED:_____

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 4th day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: _/s/ Jean K. Adams_____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00104565.doc Order Granting Defendant's Motion in Limine
   *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2