# JOHN DAVID GILBERT

*HC 67 BOX 2049, CHALLIS, IDAHO 83226*
*(208) 879-5186 jgilbert@hecla-mining.com*

## EDUCATION

**MONTANA TECH OF THE UNIVERSITY OF MONTANA, BUTTE, MONTANA**
*M.S. in Mining Engineering, Mine and Mineral Waste Treatment emphasis, 1998*

**MONTANA COLLEGE OF MINERAL SCIENCE AND TECHNOLOGY, BUTTE, MONTANA**
*B.S. in Environmental Engineering, 1994*

**GLENDALE COMMUNITY COLLEGE, GLENDALE, ARIZONA**
*A.A.S. Quality Control Technology, 1990*

## PROFESSIONAL EXPERIENCE

**HECLA MINING CO. – GROUSE CREEK UNIT, CHALLIS, IDAHO**
*Project Engineer/Safety and Health Officer, 4/00 to Present*
Responsibilities include project management and engineering as well as Safety and Health duties for specific closure/reclamation projects at the Grouse Creek Unit in a manner that meets current environmental regulations and representing the company in public and regulatory agency relationships. Engineering responsibilities include, environmental permitting, budget preparation and forecast, work activity planning and scheduling, securing scopes of work, bid documents and legal agreements with outside contractors and consultants, oversight of field project work, QA/QC, development of engineering plans, and preparation of detailed drawings and specifications.

Health and Safety responsibilities include the overall responsibility for establishing appropriate health and safety procedures for the unit with requisite authority to implement the procedures including the authority to delay start-up or shut down work for health and safety reasons. Primary health and safety concerns focus on the Occupational Safety and Health Administration (OSHA) Standard CFR 1910.120, "Hazardous Waste Operations Emergency Response".

**MSE TECHNOLOGY APPLICATIONS, INC., BUTTE, MONTANA**
*Hydrogeological/Mining Engineer, 01/97 to 4/00*
Responsibilities include project management for technical projects up to $720K. Technical support and contractor oversight on specific projects including site investigations; verification and monitoring of subsurface containment/monolith systems using intrusive and extrusive verification systems; assistance in the design and implementation on in situ containment barriers at the U.S. Department of Energy (DOE) nuclear and hazardous waste demonstration sites; hydrogeological and structural evaluation of the compatibility of containment and subsurface materials; Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) remedial investigations/feasibility studies; landfill, water, and wastewater treatment system design; environmental permitting; preparation of National Environmental Policy Act of 1969 (NEPA) documents; and hazardous waste consulting.

Additionally, project management and support activities are provided in the mining and environmental engineering fields in the design and implementation of new remedial technologies for the clean-up of inactive and abandoned mine sites throughout the State of Montana. Responsibilities include project management, design and field engineering, site characterization, field implementation of the technology and contractor/construction oversight.

may 31,
DATE 2006 EX. 6 · 1
WITNESS Gilbert
G-1
METRO COURT REPORTING
(907) 276-3876

APC0012

**JOHN DAVID GILBERT (CONTINUED)**
*HC 67 BOX 2049, CHALLIS, IDAHO 83226*
*(208) 879-5186 jgilbert@hecla-mining.com*

**CYPRUS-AMAX GOLD, HAYDEN HILL MINE, ENVIRONMENTAL SERVICES DEPARTMENT, ADIN, CALIFORNIA**
*Environmental Specialist, 03/96 to 01/97*
Responsibilities included air and water quality monitoring programs, mine site environmental permit compliance, waste and hazardous materials handling, wildlife mitigation and protection, interim reclamation projects and a host of remedial environmental programs to ensure compliance with county, state and federal regulations. Supervision of 2 full-time environmental technicians in addition to other in-house and consulting personnel performing special environmental projects. Performed as liaison with regulatory agencies, environmental consultants, consulting engineers and contractors. Maintained and developed special environmental programs and permits. Provided support in the development and implementation of the Final Closure and Reclamation Plan for the Hayden Hill Mine.

**CYPRUS-AMAX GOLD, HAYDEN HILL MINE, ENGINEERING DEPARTMENT, ADIN, CALIFORNIA**
*Mine/Project Engineer, 05/95 to 03/96*
Primarily responsible for the design, management, and coordination of environmental reclamation projects and other engineering projects related to the operation of the mine. Secondarily involved with pit production engineering, pit design, ore control, operational support, survey crew management (both on-site and contract), construction contractor liaison and contract engineering management.

**ASPEN CREEK ENGINEERING AND CONSTRUCTION MANAGEMENT, PRESCOTT, ARIZONA**
*Environmental Manager/Principal, 01/95 to 05/95*
One of three principal members of a small civil engineering firm. Responsibilities included the following within the environmental area: general permitting and regulatory compliance at the county, state, and federal levels, air pollution control monitoring, permitting and control system design, industrial ventilation design, water and soil remediation, land reclamation, water system design, water sampling and analysis, sewage system design, alternate sewage system design, Resource Conservation and Recovery Act (RCRA) Subtitle C&D landfill design, project field inspection and construction/contract management. Other responsibilities included general subdivision design, engineering plans review, roadway construction and land surveying.

**PDC ENGINEERS, ENGINEERING DEPARTMENT, PRESCOTT, ARIZONA**
*Project Engineer, 09/94 to 01/95*
Assisted in the design of several large subdivisions in Northern and Central Arizona. Responsibilities included: sewer and water system design, construction management, general subdivision layout and design, engineering and survey plans review, traffic generation studies and roadway layout, survey crew management, construction management, public agency report generation, county, state, and federal regulatory liaison and general environmental permitting. Responsible for the repermitting, opening, and development of a Rhyolite Mine located near Wickenburg, Arizona.

**WESTINGHOUSE IDAHO NUCLEAR COMPANY, IDAHO NATIONAL ENGINEERING LABORATORY, FUEL HANDLING AND DISSOLUTION DEPARTMENT, IDAHO FALLS, IDAHO**
*Engineering Intern, 07/93 to 08/93*
Performed various engineering activities for underwater fuel storage operations within the Chemical Processing Plant of the Idaho National Engineering and Environmental Laboratory (INEEL). Responsibilities included: remote-video corrosion inspection of water stored nuclear fuel, preparation of special operation procedures for corrosion inspection of stored nuclear fuel, maintaining database systems and performing CAD drafting.

**JACOBS RANCH MINE, KERR-MCGEE CORPORATION, ENVIRONMENTAL DEPARTMENT, WRIGHT, WYOMING**
*Environmental Engineer Intern, 05/92 to 08/92*
Performed air, water, soil, and hazardous materials sampling and monitoring. Set up a chemical inventory report for hazardous substances that meet specific criteria of the U.S. Environmental Protection Agencies (EPA) 40 Code of Federal Regulations (CFR) under Safety Analysis Report (SAR), CERCLA, and RCRA subsections. Also, participated in land reclamation projects.

APC0013

*HC 67 BOX 2049, CHALLIS, IDAHO 83226*
*(208) 879-5186 jgilbert@hecla-mining.com*

**HONEYWELL COMMERCIAL FLIGHT SYSTEMS, SAFETY AND ENVIRONMENTAL DEPARTMENT, PHOENIX, ARIZONA**
*Engineer's Aide, 05/91 to 08/91*
Initialed complete chemical inventory for all of Honeywell's Phoenix facilities, utilizing CAMEO computer software. Assisted safety director, chemists and industrial hygienists with project assignments. Reported and provided assistance for hazardous waste spill situations.

**CITY OF GLENDALE, ENGINEERING DEPARTMENT, GLENDALE, ARIZONA**
*Engineering Technician I, 09/85 to 07/90*
Performed civil engineering activities on a two-man survey crew and performed as draftsman. Surveying responsibilities included typographical and boundary surveys along with construction layout and oversight. Drafting responsibilities included preparing engineering and architectural maps, plans, and drawings, preparing and reviewing designs, and database management. Coordinated with utility companies and the public concerning off-site improvements, traffic engineering and other related items.

**BURGESS AND NIPLE INCORPORATED, CIVIL ENGINEERING CONSULTANTS, SURVEY DEPARTMENT, PHOENIX, ARIZONA**
*Instrument Man, 09/83 to 09/85*
Operated transits, Hewlett Packard Electronics Distance Measuring Device, and various level instruments on a three-man survey crew. Analyzed blue prints, reviewed design guidelines and calculations and assisted in field changes. Participated in construction of subdivisions throughout the greater Phoenix metropolitan area during the mid-1980's.

## SPECIALIZED TRAINING

CURRENTLY PURSUING CERTIFICATION AS CERTIFIED SAFETY PROFESSIONAL (CSP)
40-HOUR OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION/ACT (OSHA) HAZARDOUS WASTE OPERATIONS (HAZWOPER) (CURRENT ANNUAL RECERTIFICATION)
8-HOUR OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION/ACT (OSHA) WASTE OPERATIONS SUPERVISOR (HAZWOP SUPERVISOR) (CURRENT ANNUAL RECERTIFICATION)
MINE SAFETY AND HEALTH ADMINISTRATION/ACT (MSHA) TRAINING (CURRENT ANNUAL RECERTIFICATION)
MEDIC FIRST AID AND BLOODBORNE PATHOGENS TRAINING
RADIOLOGICAL WORKER I AND II (CURRENT CERTIFICATION)
GEOPROBE EQUIPMENT AND TOOLS TRAINING
COMPUTER EXPERIENCE INCLUDES: MICROSOFT OFFICE 97, COREL WORDPERFECT 7, EXCEL, AND QUATTRO PRO, DOS, WINDOWS 3.1, 95, 98 AND NT, MEDDS, SURPAC, AUTOCAD VER.12, 13 AND 14 WITH SOFTDESK AND EAGLEPOINT CIVIL SITE SOFTWARE PACKAGES, HAESTAD METHODS, U.S. ARMY CORP OF ENGINEERS HEC-1, HEC-2, TR-55 HYDROLOGIC PROGRAMS AND HELP PROGRAM

APC0014

# 2002 Shift Calendar (as of 5-7-02)

Offslope = dark Onslope = light

John Gilbert

Tuesday Changeout

**January**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**February**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

**March**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**April**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

**May**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**June**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**July**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**August**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**September**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**October**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**November**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**December**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

DATE May 31, 2006 EX. 6.3
WITNESS Gilbert
METRO COURT REPORTING (907) 276-3876

# SAFETY

SAFETY MANAGER
Doug Smith

SAFETY SUPERVISOR
John Gilbert/Ron Kirk

ADMIN ASSISTANT
Amanda Every/Kim Smith

CONTSTRUCTION
SAFETY SPECIALIST
Tommy Brown/Don Chenault

FIELD SERVICES
SAFETY SPECIALIST
Tilmon Bozeman/Michael Davis

PRODUCTION SERVICES
SAFETY SPECIALIST
Bob Carrier/Tom Mannix

FIELD
SAFETY SPECIALIST
Robert Olson/tba

IH SAFETY SPECIALIST
Sam Taylor

SAFETY TRAINER
R. McCubbins/Jerry Wight

EXPLORATION
SAFETY SPECIALIST
position budgeted but not filled

Core billable positions this sheet: 8.5

DATE May 31, 2006 EX. 6.5
WITNESS Gilbert
METRO COURT REPORTING
(907) 276-3876



# Change Out Memorandum

To:
From: John Gilbert JG
Date: 1-20-01
Re: Change out Notes Period January 3, 2002 through January 20, 2002

## ILLNESS AND INJURIES

The following list provides a brief explanation of the injuries and illnesses related incidents we have had since the 17th of January 2002:

1. obtained a light duty return to work release and arrived for work on 1-17-02. had previously injured his shoulder while working on the undercarriage of a light duty vehicle and was sent to town for further evaluation. On his return to work I spoke with both regarding his light duty condition. Pat is aware that a new job evaluation may need to be performed and that is to be on light duty his entire shift.

2. was injured in the scaffold /bobcat incident at Meltwater. was sent to town on 1-16-02 for revaluation by IMED. IMED made an evaluation to defer return to work. He was to obtain a doctors release from his personal physician in Idaho (where he currently is staying with his parents) before returning to Anchorage. Once he returns to Anchorage he is to report again to IMED for a final evaluation by them. If a release is given he will go through the normal channels and return to the slope. was paid through Friday, January 18, 2002 and is scheduled to return to the slope on February 8, 2002.

3. visited the medic on the evening of 1-17-02 at approximately 5:30 PM. He was complaining of neck pain and stated that the pain had started at home before his return to work on this hitch. He had previously visited a Dr. in Anchorage before returning to work and the Dr. told him he needed to return to see him again in order to run blood tests. However, decided not to go and to return to work instead. was sent off slope for further evaluation on 1-18-02. Per , his supervisor, has visited a Dr. in Anchorage where he received an injection in the neck and a refill of blood pressure medication. He is scheduled for a repeat visit to the Dr. on Thursday, 1-24-02.

4. reported to the medic on 1-18-02 with a small-infected burn on her right hand. The burn was obtained from touching her curling iron the previous night after work. The PA determined that had an infection and prescribed her with antibiotics and treated the wound with antibiotic cream.

5. visited the medic on 1-17-02 with lower back pain. He states that while bending over, getting dressed, he felt a pain in his lower back. He went off the slope on his normal schedule and has obtained chiropractic treatment.

6. I was approached by Supervisor regarding the completion of "Application for leave of Absence". Apparently, scheduled for surgery and will be off for some time. His supervisor wanted to know if any other paperwork would need to be completed on behalf. I have faxed a copy of the Leave of Absence form to , Natchiq HR and she has been in direct contact with the supervisor.

7.

May 31, 2006 DATE EX. 6.7
WITNESS Gilbert
METRO COURT REPORTING (907) 276-3876

APC00297

visited the medic on 1-19-02 with low back pain. states he woke up in the morning with a sore back. He was given some medication (flexirile (sp), Advil and ice) with bed rest for the day. He returned to work today 1-20-02.

8. reported to the APC safety department after work on the evening of 1-19-02 with a wrist strain. He was not officially seen by the PAI medic at the clinic however, she did take a quick look at him outside the clinic and agreed with APC safety that only needed some Advil and some ice. She also provided him with an ace bandage and a flexible wrist support. reported back to the APC safety this morning 1-20-02 and stated that his wrist felt better and he was returning to work. He was informed by safety to take it easy on the wrist. A 6101 and an INOI were completed and was notified.

9. reported to the medic the evening of 1-19-02 after work, complaining that he could not breathe. The PA provided no paperwork nor APC as was released in good condition.

10. APC electrician also reported to the medic after work on the evening of 1-19-02 complaining of something in his eye. The medic looked at it and found nothing. The employee stated that he has allergies and that may have been what bothered his eyes. The medic released him and no paper work was generated by either APC or Phillips.

11. reported to the medic the morning of 1-20-02 complaining of a sore trapezieus muscle in his back. states that while working the day before, he attempted to lift some furniture from a pallet and pulled a muscle in his back. was looked at by the medic and diagnosed with a strained trap. muscle. He was given over the counter strength Aleve and reported back to work. Both and his supervisor were told that for the remainder of the hitch he should not do anything that might further the muscle injury. is working a 3x3 schedule and will go out on 1-30-02.

## VEHICLE INCIDENTS

Meltwater- On 1-20-02, 624 Insulators were working on the pad at well #429. They broke for lunch at the APC camp where they parked vehicle 120-424 (Pickup). When they returned from lunch one of them went to the back of the truck to open the tailgate. The tailgate would not open and that is when they noticed a tear in the sheet metal of the tailgate. They then contacted their supervisor and he in- turn notified security whom, responded to the scene. The supervisor then contacted who was currently working the Single block installation job at CPF-2 regarding the incident. then notified me. I contacted regarding the incident and he is looking into it from the APC safety side. He will get with the insulators and obtain additional pictures of the tailgate. Due to time constraints, was directed not to report to the Meltwater pad rather, he was instructed by me to meet with the insulators when they get back to main camp. A report has been generated by security and are filling out the proper Accord forms.

## UA's

The following individuals provided UA's:

## SAFETY DEPARTMENT

- is sending up four Blue Natchiq safety hats and 10 copies of the Natchiq "Recommendations to HSET Excellence Steering Committee" wire bound binders. These contain summary information regarding the new record keeping policy. The hats are spoken for with one going to and the others to people in 625. Please distribute the wire bound binders to everyone in APC safety, they make good quick references to the new policy.

APC00298

- A called from Soldotna regarding the 624 Safety Specialist JVA. I have not returned his call but he can be reached at:

- approached me about a problem she is having with her alternate is unhappy with the amount of work is completing during her hitch. has also contacted Natchiq HR regarding this matter. called me the other day to discuss the matter. stated was frustrated with because she was not completing the CDL packages as she was trained. Thus, this created more work for when she arrives for her hitch. Apparently, has spent two extra days in the past with training her on the CDL packages. also stated that had brought the issue up with in the past and that was frustrated with the lack of results. I have not talked with and there are always two sides to the story. However, I told I would bring it to your attention.
- I checked with billeting regarding a room for t KOC. I was told that the camp was completely full and that no one knows exactly when there may be rooms available. Perhaps you have other arrangements made for them? When dealing with billeting it has been my experience that it depends on whom you are as to whether or not you get a room.
- We have changed the safety departments weekly meeting date and time from Saturdays at 12:30 p.m. to Wednesdays at 12:30 p.m. This will allow the trainers to get involved.
- A guy by the name of "Shawn" with McGee industries called for Apparently, he is going to be on the slope Monday, 1-21-02 and wants to get with APC safety and tag along with one of our 624 safety specialists to see how we do things so he can gain some knowledge of how to improve McGee's safety department. He also stated that he wanted to get with and discuss some of the programs APC currently has and those we may be willing to share. I suggested he contact during hitch, as I am unaware of the agreements made.
- We have also finalized a current phone list for the APC safety department and we have emailed it field wide. Additionally, we made an in-house safety phone list that contains everyone's home phone, Kuparuk room phone and room number etc..
- A Mr. Ken Quinlan contacted me. He is an IH who is currently working in Morenci, Arizona for one of the large mining companies. He is looking for work and heard we may have the need for additional IH experience. I told him to send his resume to n1102@ppco.com.
- We held a safety staff meeting on Saturday 1-19-02. I basically went over what presented to the rest of the group the previous Saturday. However, I also discussed the modification of the Natchiq PP&G manual to fit our needs here at Kuparuk. I have found a copy of the existing 2000 manual on CD and we have discussed a method of modifying the program to meet our needs. I'll prepare and distribute a separate memo regarding the modification process we have discussed.
- emailed the ASH 2002 rollout and accompanying information to us. I have forwarded the entire email to everyone in the department. I have also saved the information into a file folder on the n1102 / H drive called ASH 2002.
- mentioned to me that our new office furniture would be taken care of on her next hitch.
- Everyone in the department is putting together a list of equipment etc. that they believe is necessary to improve the operation of the department. I believe we need the following items:
  1. Laptop computer
  2. Overhead projector
  3. Scanner for Admin office
  4. Color Printer for Admin office
  5. Our own copy machine for Admin office (preferably color)
     (We may be able to locate a machine that does 3,4 & 5 all in one)
  6. New Injury/illness tracking, filing and reporting software. Same goes for IH, if the version has already doesn't fit our needs get rid of it and get one that will.
  7. Get rid of the pagers and replace them with small, pocket-version cell phones for all of the safety specialists, the manager and the supervisors. This would eliminate the need to find a phone and call back (streamline communication). Would need to look into the intrinsically safe issue. Although, I am not sure that our beepers or our current cell phones are intrinsically safe so it may be a non-issue.

APC00299

8. Instead of using the 250 MB Zip drive we currently have, we should purchase CD read / write disk drives for all our new computers. This will allow effective transfer of large amounts of data.
9. We probably need to order some additional literature regarding safety, health, environment and IH or at least have the money available to do so on an as need basis throughout the year. We should also have at least a couple of different safety bulletins or magazine subscriptions and perhaps the fed register also. I have attached a trial copy of a safety bulleting. I have used this subscription in the past and it is OK.

Depending upon the cost of the software and the multiple function copy machine, we are probably looking at ~10K-15K for all of the equipment on my list.

## TRAINING

I have spoken to regarding the course taught and the self-study courses we are currently providing the field. We have had many recent cases where employees and/or supervisors are completing self-study courses that are really course taught. I have reviewed our complete list of courses with the Phillips trainer to determine what courses should be self-study in order to be in-line with Phillips contractor protocol. I have passed the agreed upon list along to He is aware of many other changes that need to take place within the training department. However, for our current sanity, I suggest we develop a field wide memo that simply states that from this point (1-22-02 ?) on only those courses listed on the memo will be acceptable self-study courses. All others are considered course taught. Furthermore, we should locate the self-study courses in a location where everyone can easily reach them.

## JOB 624

- is currently working a 3500 psi, Single Block gate valve installation job at CPF-2.
- and I have also finalized the Manbasket lifting requirements and modified the "Suspended Personnel Platform Lifting Procedures Form". The electronic version is located at n1102: H:\Gilbert's Folder\APC Kuparuk Safety-IH PPG\APC\APC2002\29. Fall Protection. A hard copy is attached.
- I attended the 624 Supervisors meeting on 1-19-02 presented by The following information needs to be relayed:
    1. The location for ASH rollout presentation on 1-26-02 has been moved from the "O" wing conference room to the KOC main theater.
    2. The location for fall protection presentations is KOC rm. 324.
    3. 624 Field Action Item List (attached) and under item #2, Development of Supervisory Program for Foreman/Supervisors, a question came up regarding the HSE workshop. is to check with regarding the status of this program and relay information to
    4. 624 Safety Action Item List (attached). Under "Action Taken for Completion", pg. 2 – "4. Craft Videos for craft specific tasks"; needs to get back to with the status of the purchase of video equipment.
    5. 624 Safety Action Item List (attached). Under "Action Taken for Completion", pg. 2 – "6. Additional day of training outside compliance training (hands, eyes, soft tissue)". Doug needs to get back to with status of our proposed changes to NEO training. I have attached an email sent to me by . I don't know if requested this?
    6. 624 Safety Action Item List (attached). Under "Action Taken for Completion", pg. 3 – "Review all R&D items quarterly". I am not aware of any information regarding this item. I told I would have look into it and get back with him. Perhaps has information on this?

## JOB 625

- and I have been discussing the need for an improvement in the rescue response available to personnel working in the wash bay at KIC. This is an issue that I have trying to bring attention to for quite some time with little results. The reasons for the lack of past results seem to be political rather than safety related.

APC0030