and I have briefly talked with assistant Fire Chief Sommers regarding the current procedure in a "person down" situation. As it stands know, Phillips Fire Department personnel respond to all emergency situations. When a situation is encountered, a call is made on the emergency line x7300 and security is notified. Security then concurrently notifies the fire department and the rescue volunteers (volunteers all work other jobs but are all located on the KOC\CPF-1 pad) who muster at the fire station and head to the scene. Assistant Fire Chief Sommers states that his response time to the KIC pad would be no more than 10 minutes.

As you know, the first few minutes of rescue are critical especially in a situation where we have a hazardous confined entry and the employees are working in respirators and potentially hazardous atmospheres. This situation has the potential to occur almost on a daily frequency at the KIC Wash Bay when cleaning VAC truck tankers. As we are diligent in our "safe out" of the Vac and the atmospheres we work in, it is our opinion that the likely hood of a "person down" situation resulting from a hazardous atmosphere is minimal but not excused. Rather, we are more concerned with an employee having a health-related problem (passing out, heart attack or other issue) where the lack of clean air is detrimental. Therefore, we are suggesting that a supply of breathing air be available on-site in the wash bay for use in emergency situations.

Naturally, in addition to the supplied breathing air it would be necessary to train the on-site personnel to initiate the rescue and proper use of the breathing air, until the arrival of the fire departments rescue team. This would be in compliance with 29 CFR 1910.146 and 1910.134. I have attached an email from and copies of both 29 CFR 1910.146 and 1910.134.

## JOB 626

informed me that MSA issued a recall on some of their fall protection lanyards. He performed an investigation and determined that none of the recalled lanyards exist within APC's slope operations.

## MISCELLANEOUS

- released via email; an interpretation of the OSHA Record keeping standard regarding Company parking lots (see-attached hard copy).

APC00301

# FIELDWIDE ACTION ITEM LIST

0 = Just Added   1 = ASAP   2 = 3 - 6 Months   3 = As Time Warrants   4 = Complete

| Priority | Date Entered | Item | Group | SPOC | Source of Item | Target Date | Action Taken For Completion | Status | Date Completed |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 02/17/02 | Make available a commissary at KCC | 2624 Construction | Bock/Cipra | Supervisors Meeting | | | | |
| 0 | 01/06/02 | Structure skills training for the short-term capital projects. | 2624 Construction | Smith/Kirk/Gilbert | Supervisors Meeting | | | | |
| 2 | 12/01/01 | Development of Supervisory program for Foremen/Supervisors | Job 624 | Bock/Cipra<br>Bock/Cipra<br>Barefield/Duttle<br>Barefield/Duttle<br>Barefield/Duttle<br>Buchanan<br>Gravrock/Harris<br>Gary/Ken/Ted<br>Gary/Ken/Ted | Supervisors Meeting | 01/01/02 Ongoing | Develop craft tests to evaluate skill level:<br>• E&I –<br>• Major Projects –<br>• Minor Projects –<br>1. Supervisor's HSE Handbook/Workshop (Prior)<br>2. BST Leadership Skills for Management (After)<br>3. BST Enhancing Supervisor Effectiveness in Safety (After)<br>4. Hazard Recognition for Supervisors (Prior)<br>5. Kuparuk HR Supervisor Handbook (Prior)<br>6. Basic Management Tools<br>  a. Conflict Resolution (After)<br>  b. Time Management (After)<br>  c. Basic computer skills (Prior)<br>  d. Meyer/Briggs Personality Types (After)<br>  e. Basic Management Skills (After)<br>  f. Basic Leadership Skills (After)<br>  g. Public Speaking (After) | 1. A goal set for a completion date by 03/15/02.<br>2. A goal set for a completion date by the end of the 1st quarter.<br>3. A goal set for a completion date by the end of the 1st quarter.<br>4. A goal set for a completion date by 02/25/02.<br>5. Requires all three job supt. to review and update. Ted will arrange a book review with all three jobs within the next two weeks. 2/16/02.<br>6.<br>  a. Rik/Richard continue to look for tools<br>  b. Richard has found a good manual, will discuss purchase of books with Gary Buchanan<br>  c. Ted/Gary working on purchasing video professor products<br>  d. Richard has copy of one, will discuss with Gary Buchanan regarding purchase for use with supervisors<br>  e. Ken/Bill working on presenations<br>  f. Ken/Bill/Ted/Gary working to locate effective product to use.<br>  g. Ken/Bill/Ted/Gary working to locate effective product to use. | |

APC00302

1 FYI
JG.



# Memorandum

**To:** APC Safety Specialists
**From:** John Gilbert
**Date:** 02-16-02
**CC:**
**RE:** 2002 APC – KUPARUK NORM TESTING AND REPORTING PROCEDURE

Everyone,

Just a brief memo to let you know that will be assisting PAI HEST with Naturally Occurring Radioactive Materials (NORM) monitoring from this date forward. Each individual will need to be trained on the use of the Ludlum Survey Meter. Please contact either          or myself, for the training walkthrough and to answer any questions you may have. Additionally, if we are not available you can contact any of the PAI Safety Specialists. The instrument is quite easy to use and the training takes only a few minutes.

When NORM monitoring is required, we will be contacted by a PAI Safety Specialist and informed of the situation (pipe removal, disposal, etc) and told where to find the material in question. The monitoring works as follows:

1. Measure the material (typically pipe) with the calibrated Ludlum Meter.
    a. If the measurement is **50 microRoentgen/hour (50 $\mu$R/hr) or less**, paint the material with **Yellow** paint.
    b. If the measurement is **50 microRoentgen/hour (50 $\mu$R/hr) or more**, Stop measurement, paint the material with **RED** paint and immediately contact PAI HEST.

The Ludlum meters are available from PAI HEST. Please, make arrangements for a meter when they contact you to do a survey. I have attached a copy of our new NORM TESTING AND REPORTING PROCEDURE. It provides information regarding the calibration and operation of the Ludlum Meter (Model #3-97) and the reporting of NORM findings. Naturally, the layout and final location of the procedures document may change with our updating of the New Policies, Procedures and Guidelines Manual for APC's North Slope Operations.


May 31, DATE 2006 EX G 12
WITNESS Gilbert
METRO COURT REPORTING
(907) 276-3876

APC00882



# 2002 HEST P & P Manual

## 50. NORM TESTING AND REPORTING PROCEDURE

### 50.1 NORM TESTING

To monitor for Naturally Occurring Radioactive Material (NORM), the Ludlum Survey Meter Model 3-97 will be used. The Ludlum Meter may be obtained from Phillips I.H./Safety Dept. (Diane Kobayashi/Tom Sanchez/etc.). PAI HEST has established an action level of **50 microRoentgen/hour (50 μR/hr)** for their North Slope operations.

#### *50.1.1 To Calibrate Ludlum Meter:*
- Put 137 Cs (cesium) source where the source is equivalent to 1 Curie on top of the Ludlum meter wand. (The 137 Cs source is provided with each meter).
- Put meter on X1 and X100 to test the functionality of the meter.
- Return meter to the off position and hit the reset button.

*Remember the action level:*
The action level for NORM is .05 milliRoentgen/hour (.05 mR/hr.) **OR** 50 microRoentgen/hour (50 μR/hr).
- When the meter is on the X1 setting the readings are in **microRoentgen/hour** and the action level is **50 μR/hr**.
- When the meter is on the **X100** setting the readings are in **milliRoentgen/hour** and the action level is **.05 mR/hr**.
- **Do not OK material with a reading in excess of 50 μR/hr.!!!!**

#### *50.1.2 To Test For Norm Material:*
1. Turn switch to "external".
2. Turn audio switch "on".
3. Turn to Fast-response.
4. Put meter to X1 position.

- When testing pipes, monitor both ends of the pipe.
- When it is determined that **NORM is not present** (i.e. The readings are less than 50 μR/hr), mark the material (pipes, valves, etc) with **YELLOW** paint at both ends to indicate material is safe to handle.
- If **NORM is present** (i.e. The readings are greater than 50 μR/hr) mark the material with **RED** paint. Immediately notify PAI safety if NORM is present.

### 50.2 NORM REPORTING

After NORM testing is completed, a form must be completed to account for the testing. An FWR is needed for NORM tests.

*To find NORM Reporting forms follow the file path below:*

O:Drive/NSK/Longterm/Groups/HEST(Alaska North Slope)/(d) HEALTH(Industrial Hygiene)group/NORM/Norm Material Survey Form.

Fill out the Norm Material Survey Form and place the completed form within the proper facility file folder as shown at the above mentioned file path.

May 31, 2006  EX. G-13
WITNESS Gilbert
METRO COURT REPORTING
(907) 276-3876

APC00883



# Memorandum

**To:** APC HEST Department - Kuparuk
**From:** John Gilbert
**Date:** 02-17-02
**CC:**
**RE:** "2002 APC Kuparuk Spill Reporting and Recording Guideline"

---

Discussions are underway with Security and PAI Environmental regarding a method to streamline the reporting and recording of spills (those involving APC employees or equipment) by the APC HEST Department. As it currently seems to work, spills are reported to security and then either, the APC field supervisor, his designee, PAI environmental or the APC HEST department record/report the spill to the agencies. This has resulted in prolonged and inadequate reporting to the agencies and the APC Natchiq, Loss Control /Risk Management department in Anchorage.

We would like to have security contact the APC HEST Dept. Supervisor (pager #298) at the time of initial notification then, the HEST Supervisor contacts the HEST specialist who oversees the area in which the spill occurred. The HEST specialist would then be tasked with recording/reporting the spill information appropriately, including agency notification.

However, until we can get the single point of contacts issue worked out with Security for initial notification, Doug and I want all spill-related paperwork and agency reporting to be handled through the APC HEST Department. Please pass the word along to your area Supervisors and Hands that they are to contact you or the HEST Dept Supervisor **immediately after** notification to security that a spill has occurred (As outlined in the APC Kuparuk Supervisors Safety Handbook). Please make sure they are aware of our correct phone numbers. Current phone numbers for the APC HEST Department can be found at the following location:

- \\nsk001\data\NSK\LongTerm\Groups\APC\APC   Kuparuk   HEST   Dept\APC Kuparuk HEST Phone Lists\APC & PAI HSET Contact Numbers.xls

This will help to expedite reporting. Additional information will be forwarded to the field via email once a final decision has been reached between security and the APC HEST department.

May 31
DATE 2006 EX. G-16
WITNESS Gilbert
METRO COURT REPORTING
(907) 276-3876

APC01449

To help eliminate further confusion regarding how APC reports spills to PAI and the Agencies, I have put together a document titled "2002 APC Kuparuk Spill Reporting and recording Guideline". This document exists electronically and in hard copy. The hard copy version exists in a white, three-ringed binder located in the APC HEST Admin Office (same shelf as INOI & 6101 forms). The electronic version is located on the O-drive at:

- \\nsk001\data\NSK\LongTerm\Groups\APC\APC Kuparuk HEST Dept\APC Kuparuk Environmental\2002 Environmental guidelines\2002 APC Spill reporting & recording guideline.doc

The document contains a step-by-step guideline, PAI SOP R-004 and other agency policy information to assist in reporting and recording spills as required by PAI policy for the Kuparuk Operations. **Please read the document and take a look at the hard copy version before you tackle the next spill.** When spills are reported to you, please follow the guideline for reporting and provide Kim/Amanda with hard copies of all the documentation developed from the spill so they may appropriately file the information.

After reviewing the guideline, if you have questions or think we need to modify the document in any manner, let me know. Your input is welcome.

APC01450

# APC HSET STAFF

# MEETING AGENDA

| Date:<br>January 19, 2002 | Facilitator: John Gilbert | Project No. Kuparuk |
|---|---|---|
| Purpose: Weekly Staff Meeting | | File No. |
| | | Date of Meeting:<br>January 19, 2002<br>12:30 P.M. |
| Location of Meeting: O Wing | | |
| Purpose of Meeting: To discuss HSET issues and special project status. | | |

Attended By:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Guest:

1. _____
2. _____
3. _____
4. _____

| Item | Description of Discussion | Action By | Completion By |
|---|---|---|---|
| **1.0** | **Key Points of Last Meeting** | | |
| 1.1 | Reviewed last weeks meeting. | | |
| 1.2 | Meeting date will be changed to Wednesday. | | |
| 1.3 | NEO focusing on performance. Half day for 625/626 and half day for 624. | | |
| 1.4 | Construction contractors information page on the intranet. | | |
| 1.5 | Make a list of needed items for the department | | |

C-27

may 31 2006 EX. 6-27
WITNESS Gilbert
METRO COURT REPORTING
(907) 276-3876

APC01477

Page 1

# APC HSET STAFF

## MEETING AGENDA

| | |
|---|---|
| 2.0 | **New Business:** |
| 2.1 | *Each position might benefit from a tape recorder.* |
| 2.2 | *Modification of HSE Procedures and Programs Manual.* |
| 2.3 | *Open Discussion* |

APC01478

APC NATCHIQ

Safety Staff Meeting 2/13/02
Facilitator: John Gilbert

- _____ will be coming up tomorrow to buy 25 CNG trucks.
- There have been a lot of questions about the transition from day rate to hourly. This will be discussed when _____ gets back.
- _____ will be our new 624 employee coming in at the end of February.
- Everyone needs to review the ASH rollout as well as the PAI Vehicle Safety Policy.
- Everyone needs to check their training compliance and get caught up this month. If you require Fire Ext. Inspection get with _____ or _____ and do it ASAP.
- _____ will be printing out the 2002 audit schedule for everyone to see.
- PSAP Audits for job 624 will be on the 25th. We need to be prepared by the 22nd.
- It is a possibility that the band-aid log could be eliminated. It is being discussed with management currently.
- _____ is no longer working for Natchiq. Flora Solomon is filling in until they find a replacement.
- With the new FMLA policy a person can only be off the slope for 30 days before being laid off.

Attendees:

APC01479



Safety Staff Meeting 2/13/02
Facilitator: John Gilbert

- _____ will be coming up tomorrow to buy 25 CNG trucks.
- There have been a lot of questions about the transition from day rate to hourly. This will be discussed when _____ gets back.
- _____ will be our new 624 employee coming in at the end of February.
- Everyone needs to review the ASH rollout as well as the PAI Vehicle Safety Policy.
- Everyone needs to check their training compliance and get caught up this month. If you require Fire Ext. Inspection get with _____ and do it ASAP.
- _____ will be printing out the 2002 audit schedule for everyone to see.
- PSAP Audits for job 624 will be on the 25th. We need to be prepared by the 22nd.
- It is a possibility that the band-aid log could be eliminated. It is being discussed with management currently.
- _____ is no longer working for Natchiq. _____ is filling in until they find a replacement.
- With the new FMLA policy a person can only be off the slope for 30 days before being laid off.

Attendees:

APC01480

APC NATCHIQ

Safety Staff Meeting 3/13/02
Facilitator: John Gilbert

- Short and long-term disability paperwork deadline is the 24th.         has everybody's paperwork.
- 401K Plan – if you take money out it will have to be pain back in 5 years.
- The new SAP Program is going to be going in to affect soon. Make sure to watch your paychecks because it is a possibility that errors may occur.
- John showed everyone how to get into the new APC HEST Folders.
- Never throw away field notes when auditing, attach them to the formal audit and always follow up before filing.
- Discussed a suspense system.
- Everyone needs to put paths on all their documents.
-        reviewed last weeks meeting minutes.
-        walked everyone through how to add comments electronically to the P&P manual.

Attendees:

APC01481

Safety Staff Meeting 4/10/02
Facilitator: John Gilbert

- talked about reduction within the safety department to cut costs as of June 1st.
- Reviewed meeting minutes from last week.
- Golden Valley Electric will be coming in as a subcontractor. They will be escorted therefore; they don't have to attend NSTC.

Attendees:

APC01482