IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No: 3:03-CV-00174-RRB |
| _____) | |

## **MOTION FOR ORAL ARGUMENT ON DEFENDANT'S**
## **MOTION FOR SUMMARY JUDGMENT TO DISMISS**
## **LIQUIDATED DAMAGES CLAIM**

Defendant, APC Natchiq, Inc., by and through counsel, DeLisio Moran Geraghty & Zobel, P.C., hereby requests oral argument on its Motion for Summary Judgment to Dismiss Liquidated Damages Claim.  Oral argument will assist the Court in deciding the underlying motion because of the factual and procedural complexity of this case.

DATED this 4th day of August, 2006, at Anchorage, Alaska.

           DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
           Attorneys for APC Natchiq, Inc.

             /s/ Patricia L. Zobel
        By:_____
           Patricia L. Zobel
           Bar No. 7906067
           E-Mail: pzobel@dmgz.com
           Danielle M. Ryman
           Bar No. 9911071
           E-Mail: dryman@dmgz.com
           943 West 6th Avenue
           Anchorage, Alaska 99501
           Telephone: (907) 279-9574
           Facsimile: (907) 276-4231

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

00104530.doc - Motion For Oral Argument
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 4th day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
      Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00104530.doc - Motion For Oral Argument
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2