IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No: 3:03-CV-00174-RRB |
| _____ ) | |

**<u>MOTION FOR ORAL ARGUMENT ON DEFENDANT'S MOTION</u>**
**<u>IN LIMINE TO PRECLUDE TESTIMONY OF PLAINTIFF'S EXPERT</u>**

Defendant, APC Natchiq, Inc., by and through counsel, DeLisio Moran Geraghty & Zobel, P.C., hereby requests oral argument on its Motion in Limine to Preclude Testimony of Plaintiff's Expert.  Oral argument will assist the Court in deciding the underlying motion because of the factual and procedural complexity of this case.

DATED this 4th day of August, 2006, at Anchorage, Alaska.

                                  DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                                Attorneys for APC Natchiq, Inc.

                                /s/ Patricia L. Zobel
                       By:_____
                                Patricia L. Zobel
                                Bar No. 7906067
                                E-Mail: pzobel@dmgz.com
                                Danielle M. Ryman
                                Bar No. 9911071
                                E-Mail: dryman@dmgz.com
                                943 West 6th Avenue
                                Anchorage, Alaska 99501
                                Telephone: (907) 279-9574
                                Facsimile: (907) 276-4231

D<small>E</small>L<small>ISIO</small> M<small>ORAN</small>
G<small>ERAGHTY</small> & Z<small>OBEL</small>, P.C.

943 W<small>EST</small> 6<small>TH</small> A<small>VENUE</small>
A<small>NCHORAGE</small>, A<small>LASKA</small>
99501-2033

(907) 279-9574

00104532.doc - Motion For Oral Argument
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 4th day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
_____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

00104532.doc − Motion For Oral Argument
 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2