IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No: 3:03-CV-00174-RRB |
| _____) | |

## MOTION FOR ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DISMISS PLAINTIFF'S OVERTIME CLAIMS

Defendant, APC Natchiq, Inc., by and through counsel, DeLisio Moran Geraghty & Zobel, P.C., hereby requests oral argument on its Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims under the Administrative Exemption. Oral argument will assist the Court in deciding the underlying motion because of the factual and procedural complexity of this case.

DATED this 4th day of August, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for APC Natchiq, Inc.

By: /s/ Patricia L. Zobel
Patricia L. Zobel
Bar No. 7906067
E-Mail: pzobel@dmgz.com
Danielle M. Ryman
Bar No. 9911071
E-Mail: dryman@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
(907) 279-9574

00104535.doc – Motion For Oral Argument
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 4th day of August, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
     Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574