IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,                  )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
APC NATCHIQ, INC.,             )
                               )
            Defendant.         ) Case No: 3:03-CV-00174-RRB
_____)
```

### [PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT

THIS MATTER having come before the Court on Defendant, APC Natchiq, Inc.'s Motion for Oral Argument on Defendant's Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims, and the Court having considered Defendant's request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Oral argument is scheduled for _____.


DATED:_____           _____
                             THE HONORABLE RALPH R. BEISTLINE
                             UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

0104584.doc–Proposed Order Granting Motion for Oral Argument on Defendant's
    Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 4th day of August, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

)104584.doc−Proposed Order Granting Motion for Oral Argument on Defendant's Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2