# February 05 – February 11

|  February 2001       |  March 2001          |
|----------------------|----------------------|
| S M T W T F S        | S M T W T F S        |
|         1 2 3        |         1 2 3        |
| 4 5 6 7 8 9 10       | 4 5 6 7 8 9 10       |
| 11 12 13 14 15 16 17 | 11 12 13 14 15 16 17 |
| 18 19 20 21 22 23 24 | 18 19 20 21 22 23 24 |
| 25 26 27 28          | 25 26 27 28 29 30 31 |

### Monday, February 05
Go to office meet others and get aquanted with site – tour field with Shawn Huerla 5:30 – 5:30
- Pick up PPE and other safety EQ.

12

### Tuesday, February 06
Start work at 5:30 Am – Computer sign up with Shawn "oth – Ron Kirk – Maxey Riggs staff meeting –
Dave shows up today
- introduced to washbay and KIC Facilities – start writing training program for Back protection.
5:30 Am – 7 pm

13.5

### Wednesday, February 07
attend KIC meeting with D. Young 7:30 Am KIC
Start work at 5:30 – Quit 5:30
spend all day at KIC

12

### Thursday, February 08
Start 5:30 Quit 3:00 Am
Spent Day with D. Young at KIC washbay.
- Get phone and office numbers
- Go over CSE permits & Hot works with Dave for washbay op's.
- write permits at KIC – will need to show up at 1:00 Am for Permit.

21.5

### Friday, February 09
Start 6:00 Am – 6:00 pm
KIC, washbay, light shop, heavy shop meet foremen at all facilities

Permit CSE Washbay 2:00 Am

12

### Saturday, February 10
Start 5:30 – 5:30
KIC – inspect shops, washbay
Dave on Permits, Maxey on Permits

12

### Sunday, February 11
5:30 – 7:00 pm
KIC

0039

13.5

# February 12 – February 18

February 2001 / March 2001

## Monday, February 12
Start work 5:30 AM Quit work 7:00pm
Kic washbay / light duty Pinells
7:30 meeting.

13.5

## Tuesday, February 13
Start work 5:30 AM – Quit 6 pm
Kic shops
7:30 AM meeting

12.5

## Wednesday, February 14
Start work at 5:30 AM – Quit work 6:30 pm
Kic washbay inspection and shops.
7:30 am meeting.

13.0

0034

## Thursday, February 15
Start @ 5:30 AM – Quit 7 pm
Kic shops
7:30 am meeting

13.5

## Friday, February 16
5:30 AM START – 5:30 pm Quit.
Kic shops / washbay.
7:30 am meeting

12

## Saturday, February 17
Start 5:30 AM – Quit 6:30 pm
Kic – go Home tomorrow
7:30 am meeting.

13.0

## Sunday, February 18
Fly out of Deadhorse to Anc. 4:40
Dave will drop me off.
~~office~~ office
Stay / move week
Start at 5:30 – leave 5:30

12

# ebruary 19 –
# ebruary 25

February 2001 / March 2001

## Monday, February 19
Start work 5:30 am – Quit 5:30
Kic shops.

12

## Tuesday, February 20
Start @ 5:30 am – Quit 5:30 pm
Kic shops.

12

## Wednesday, February 21
Start at 5:30 am Quit 6:30 pm
Kic /shops

13.0

## Thursday, February 22
Start at 5:30 am Quit 6:00 pm
Kic shops / walls

12.5

## Friday, February 23
Start AT 5:30 Am Quit 7:00 pm
Kic shops
7:30 meeting.

13.5

## Saturday, February 24
Start AT 5:30 Am – Quit AT 7:30 pm
Kic

14.0

## Sunday, February 25
Start AT 5:30 Am, Quit 6 pm
Kic

12.5

0035

# february 26 – march 04

February 2001 / March 2001

## Monday, February 26

Start 5:30 am, Quit 7pm
Kic / Heavy Shops
Back out at 8pm to Heavy Shop
So Hot work permit Quit AT 10

13.5
 2
——
15.5

## Tuesday, February 27

Start at 5:30 Am, Quit 6:30pm
Kic

13.0

## Wednesday, February 28

Start at 5:30 Am Quit at 7:00 pm – Pack bags Leave on flight – 3:30 to Anc

Time to go!

12:0

## Thursday, March 01

## Friday, March 02

## Saturday, March 03

## Sunday, March 04

0036

# March 12 - March 18

|  | March 2001 | April 2001 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 | 1 2 3 4 5 6 7 |
|  | 4 5 6 7 8 9 10 | 8 9 10 11 12 13 14 |
|  | 11 12 13 14 15 16 17 | 15 16 17 18 19 20 21 |
|  | 18 19 20 21 22 23 24 | 22 23 24 25 26 27 28 |
|  | 25 26 27 28 29 30 31 | 29 30 |

**Monday, March 12**

**Tuesday, March 13**

**Wednesday, March 14**

Fly to slope start work at 2:00 - 5:30 Quit. Change out.

12

**Thursday, March 15**

Start 5:30am - Quit 6:00pm
Kic -
Washbay Kic - 2:00pm

12.5

**Friday, March 16**

Start at 5:30 am Quit at 6:00pm
Kic / shops / washbay
7:30am meeting.

12.5

**Saturday, March 17**

5:30 Am - 5:30 pm
Kic

12.

**Sunday, March 18**

5:30 Am - 6:30 pm
Kic shops.

13.0

0037

March 19 -
March 25

March 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

April 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**Monday, March 19**
Start at 5:30 - Quit at 7pm
Kic shops / permits / meetings.

13.5

**Tuesday, March 20**
Start at 5:30 quit 6:00
K - shops / meetings

12.5

**Wednesday, March 21**
Start at 5:30 AM  Quit at 7pm
Kic shops -

13.5

**Thursday, March 22**
Start 5:30 - 5:30
Kic -

12

**Friday, March 23**
Start 5:30 AM - Quit 6:30 pm
Kic
7:30 meeting.

13.0

**Saturday, March 24**
Start at 5:30 - Quit at 7:00 pm
Kic shops / washbay / wells
meetings / permits.

13.5

**Sunday, March 25**
Start at 5:30 - Quit 5:30
Kic

0038    12

arch 26 -
p il 01

March 2001 / April 2001

## Monday, March 26
-t-- at 5:30 Am Out at 7:00pm
Kic

13.5

## Tuesday, March 27
5:30 am - 7:00 pm
Day at Kic

13.5

## Wednesday, March 28
5:30Am - 5:30 pm
Kic shops - same stuff

12

## Thursday, March 29
Start at 5:30 Am work until
7:00 pm Kic

Why are we paid for 10 Hrs worked
on our paychecks but No. O.T.
Brought this up to Ron Kirk today
— No — Answer. - asked for Help
at Kic shops No Avail

13.5

## Friday, March 30
Start at 5:00 Am - Out at
7:00pm — Kic permits!

14.0

## Saturday, March 31
Start 5:30 — Out 7:30
Kic permits.

washbay CSO - 5:00

14

## Sunday, April 01
Start at 5:30 Am Out at
5:30 pm
Kic shops

0039

12

pril 02 -
p.il 08

April 2001 / May 2001

**Monday, April 02**

Start AT 5:30 AM - Quit 7:00 pm
Kic
alled to Ron About Raise for
x-tra hours he will push for it!

13.5

**Tuesday, April 03**

Start at 5:30 am - Quit 5:30 pm

12

will get a Raise to $375/day
effective on 4/16/01

**Wednesday, April 04**

Start AT 5:30 Quit 7:00 pm
fly home - spent day at
Kic.

12

**Thursday, April 05**

**Friday, April 06**

**Saturday, April 07**

**Sunday, April 08**

40

ril 23 -
'l 29

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 23**

**Thursday, April 26**

Start time 5:30 Am - Quit 6:00pm
Kic shops
7:30 meeting.

12.5

**Tuesday, April 24**

**Friday, April 27**

Start at 5:30 Am - Quit at 7:30
Kic shops
7:30 meeting

14.0

**Wednesday, April 25**

Try to slope start work at
3:00pm - 5:30pm
change outs

12

**Saturday, April 28**

Start at 5:30 Am - Quit at 7:00pm
Kic shops
7:30 meeting.

13.5

**Sunday, April 29**

Start at 5:30 Am - Quit at 7:00 pm
Kic

0141   13.5

ril 30 -
r 06

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 30**

eb at 5:30AM — Quit at 7:00
Kic shops —

13.5

**Tuesday, May 01**

5:30 AM — 5:30 pm ———— 12
s'yps weslebay.

**Wednesday, May 02**

5:30 Am to 6:00 pm at Kic
shops

12.5

**Thursday, May 03**

Start 5:30 — Quit 7:00
Kic

weslebay CSE 5:00 pm

13.5

**Friday, May 04**

start 5:30 — Quit 7:30
Kic

Weslebay CSE 5:30pm

14

**Saturday, May 05**

Start at 5:30 Am — Quit at 6:30pm
Kic

13

**Sunday, May 06**

Start at 5:30AM Quit 5:30pm
Kic Shops

0042    12

ay 07 -
ay 13

May 2001
S M T W T F S
            1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
                        1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, May 07**

t at 5:30 am Quit at 6:30pm
Kic

13.0

**Tuesday, May 08**

at 5:30 am - Quit 7:00 pm
washbay and shops.

ashbay CSE 5:30

**Wednesday, May 09**

start at 5:30 am - Quit at 6:30pm
Kic shops.

13.0

**Thursday, May 10**

start at 5:30 am - Quit at 7pm
Kic shops/washbay

13.5

**Friday, May 11**

start at 5:30 am - Quit at
6:30pm work @ Kic
shops

13

**Saturday, May 12**

start at 5:30 am - Quit at 7pm
Kic again!

13.5

**Sunday, May 13**

start 5:30am - Quit 8:00 pm
Kic

043    14.5

CSE - washbay shift change.

ay 14 –
ay 20

May 2001
S M T W T F S
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
                   1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, May 14**

at at 5:30 am, Quit at 6:30 pm
uc shops/working/wells

13.0

**Tuesday, May 15**

t t at 5:30 am, Quit at 7:00 pm
uc

13.5

**Wednesday, May 16**

stut at 5:30 am Quit at 2:00 pm
fly home —

**Thursday, May 17**

**Friday, May 18**

**Saturday, May 19**

**Sunday, May 20**

12

0044

June 04 -
June 10

June 2001
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, June 04**

**Tuesday, June 05**

**Wednesday, June 06**
Any to slope start at 2:00 —
5:30pm
Change out

12

**Thursday, June 07**
Start at 5:30 AM - Quit at 5:30
Kic shops / washbay.

12

**Friday, June 08**
5:30 - 7:30
Kic shops / washbay

14.0

**Saturday, June 09**
5:30 - 6:30
Kic shops washbay

13.0

**Sunday, June 10**
Am
5:30 - 5:30 pm
Kic

0045   12

# June 11 – June 17

| June 2001 | July 2001 |
|---|---|
| S M T W T F S | S M T W T F S |

## Monday, June 11

5:30 AM – 5:30 pm Kic – Back out
at 7:00 pm to 10:00 pm –
Hourly/light shops

12
3
___
15

## Tuesday, June 12

Start at 5:30 Am – Quit at 6:30pm
Work at Kic shops.

## Wednesday, June 13

Start at 5:30 Am Quit at 6:00pm
work at Kic shops

12.5

## Thursday, June 14

Start at 5:30 work until 7:30 PM
Kic shops/week.

14.0

## Friday, June 15

Start at 5:30 Am – to 6:30pm
Talked to Ron and Scott M.
About Raise – good thing!

13.0

will get another Raise effective on
6/18/01 new pay Rate = $425/day.

## Saturday, June 16

Start at 5:30 Am Quit at 6:30
Kic

13.0

## Sunday, June 17

Start at 5:30 Am – Quit at 5:30 pm
Kic shops Normal.

12

0046

# June 18 – June 24

|  | June 2001 | July 2001 |
|--|-----------|-----------|

**Monday, June 18**

Start at 5:30 Am – Out at 6:30 KIC

13.0

**Tuesday, June 19**

Start at 5:30 Am / Out 6:30 pm
KIC shops

13.0

**Wednesday, June 20**

Start at 5:30 Am – Out at 7:00 pm – Normal KIC shops.

13.5

**Thursday, June 21**

Start at 5:30 Am Out at 6:30 KIC shops

13.0

**Friday, June 22**

Start at 5:30 Am / Out at 7:00 pm
KIC shops

13.5

**Saturday, June 23**

Start at 5:30 Am Out at 7:00 pm
KIC shops permits.

13.5

**Sunday, June 24**

5:30 – 5:70 KIC

0047

une 25 -
uly 01

June 2001
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, June 25**

START AT 5:30 / Quit AT 6:30
Kic

130

**Tuesday, June 26**

Start AT 5:30 AM / Quit 6:30 pm
Kic

130

**Wednesday, June 27**

90 hour Day – Start @ 5:30 AM
Quit at 2:00 pm – the changeout
fly Home via ANC.

12

**Thursday, June 28**

**Friday, June 29**

**Saturday, June 30**

**Sunday, July 01**

0048

July 16 -
July 22

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 16**

**Thursday, July 19**

Start at 5:30 AM Quit 5:30pm
Kic shops

12

**Tuesday, July 17**

**Friday, July 20**

Start at 5:30 AM Quit 5:30pm
Kic shops / washbay

12

**Wednesday, July 18**

Start 8:30 AM — Quit 10pm
Kic shops
change out.

12 —
+ 40

**Saturday, July 21**

Start at 5:30 AM / 6:00pm
Kic

12.5

**Sunday, July 22**

Start 5:30 Quit. 10pm
Kic

0049

C&E washbay 8pm