uly 23 -
 y 29

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 23**

5:30 Am - to 6:00 pm
Kic shopp

12.5

**Tuesday, July 24**

5:30 start - 6 pm Quit
Kic shops

12.5

**Wednesday, July 25**

start at 5:30 Am Quit 5:30pm
Kic shopp washbay

12

**Thursday, July 26**

start at 5:30 Am Quit 6:30 pm
Kic shopp

13

**Friday, July 27**

start 5:30 Am Quit 6:30
Kic shopp

13

**Saturday, July 28**

start at 5:30 Am end at 7:00pm
Kic shopp

13.5

**Sunday, July 29**

start at 5:30 Am Quit at 5:30pm
Kic shops

058

July 30 -
August 05

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 30**

Start at 5:30 am Quit 6:30
Kic shopp

13

**Tuesday, July 31**

Start at 5:30 am Quit at 6:00 pm
Kic shopp

12.5

**Wednesday, August 01**

Start at 5:30 Am Quit at 6:00 pm
Kic shopp

12.5

**Thursday, August 02**

Start at 5:30 Am Quit at 6:00 pm
Kic shopp

12.5

**Friday, August 03**

Start time 5:30 Am Quit 5:30 pm
Kic shopp

12

**Saturday, August 04**

Start time 5:30 Am Quit 6:00
Kic shopp

12.5

**Sunday, August 05**

Start time 5:30 am Quit 5:30 pm
Kic shopp

051   12

ugust 06 -
ugust 12

August 2001
S M T W T F S
            1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
                    1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, August 06**

Start time 5:30 am
Quit 5:30 pm
Kic shopp

12

**Tuesday, August 07**

Start time 5:30 Am
it time 6:00 pm
Kic shopp

12.5

**Wednesday, August 08**

Start at 5:30 am Quit 2pm, then
change out my hose.

**Thursday, August 09**

**Friday, August 10**

**Saturday, August 11**

**Sunday, August 12**

0052

# August 27 – September 02

August 2001
S M T W T F S
      1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
             1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, August 27**

**Tuesday, August 28**

**Wednesday, August 29**
Start 8:30 – Quit 9:30 pm
Lic shops / washbay and chargeout
Day.

12
4
16

ssE washbay. 8:00pm

**Thursday, August 30**
Start time 5:30 AM Quit time 8 pm
Kic shops / Heavy / Light / washbay.

14.5

**Friday, August 31**
Start time 5:30 AM Quit time 7 pm
Kic shops

13.5

**Saturday, September 01**
Start time 5:30 AM Quit time 6:30 pm
Kic shop

13

**Sunday, September 02**
Start time 5:30 AM Quit time 5:30 pm

0053

12

# September 03 – September 09

September 2001 / October 2001

**Monday, September 03**
Start time 5:30am – Quit 7pm
Kic shops

13.5

**Tuesday, September 04**
Start time 5:30 am Quit time 7:30pm
Kic shops

14

**Wednesday, September 05**
Start time 5:30 Am Quit time 9:00
Kic shops

13.5

**Thursday, September 06**
5:30am – 6:30pm
Always at the Kic-pad

13

**Friday, September 07**
5:30am – 7pm
Kic Pad

13.5

**Saturday, September 08**
Kic 5:30 to 6pm

12.5

**Sunday, September 09**
5:30 start to 6:30pm
Kic

13

0054

# eptember 10 -
# ptember 16

September 2001
S M T W T F S
                1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

October 2001
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, September 10**
Start time 5:30am - 6:30pm Quit
Kic pad

13

**Tuesday, September 11**
Start time 5:30am Quit time 6:30
Kic pad

13

**Wednesday, September 12**
Start time 5:30am Quit time 7pm
Kic washing / heavy shop / light
Shop-out wells

**Thursday, September 13**
Start time 5:30 am Quit 8pm
Kic shops

14.5

**Friday, September 14**
Start time 5:30am Quit 7pm
Kic shops

13.5

**Saturday, September 15**
Start 5:30 - Quit 9:30pm
Kic inspection / Prints.

CsE meeting 6:00pm

16.0

**Sunday, September 16**
Start time 5:30 Quit 5:30
Kic

0055

12

# September 17 –
# September 23

September 2001 / October 2001

## Monday, September 17
Start time 5:30 am Quit 7:30
KIC

14°

## Tuesday, September 18
Start time 5:20 am
out time 7:00 pm
KIC shops.

14

## Wednesday, September 19
Start time 5:30 am Quit at 7:30
KIC shops, change out
Head to House

(12)

## Thursday, September 20

## Friday, September 21

## Saturday, September 22

## Sunday, September 23

0056

ctober 08 -
ober 14

October 2001
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, October 08**

(crossed out)

**Tuesday, October 09**

(crossed out)

**Wednesday, October 10**

ly to slope stat time @ 2:30pm
uit at 5:30pm
hange onto

12

**Thursday, October 11**

Start at 5:30am Quit 6:30pm
Kic

13 ²⁄

**Friday, October 12**

Start at 5:30am
Quit at 6:30pm
Kic Pad

13 ²⁄

**Saturday, October 13**

Start time
5:30am Quit at 5:30pm

12

**Sunday, October 14**

12 hour day at Kic

0057

# ctober 15 – ctober 21

October 2001 | November 2001

**Monday, October 15**

KIC at 5:00am to 7pm
issuing stop permits welding
and no welding gases

14

**Tuesday, October 16**

Start time at 5:30am Quit at
~-30pm

13 hrs

**Wednesday, October 17**

Start 5:30am – Quit – midnight
KIC inspections and permits.
CSE washbay – 11:00pm

18.5

**Thursday, October 18**

KIC washbay and shops 12 hrs

**Friday, October 19**

12 hours at KIC today

**Saturday, October 20**

start time 5:30 AM / 6:00pm
KIC

12.5

**Sunday, October 21**

Start 5:30am – Quit 11:30pm
KIC
CSE washbay – 7:30
CSE washbay – 10:30

18.0

0058

# October 22 – October 28

|  | October 2001 | November 2001 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 6 | 1 2 3 |
|  | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
|  | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
|  | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
|  | 28 29 30 31 | 25 26 27 28 29 30 |

**Monday, October 22**
KIC 12 hours
paints light shop –

12

**Tuesday, October 23**
Spend day at KIC shops
the ship arrived for
Inspection.
5:30 start 7pm Quit

13.5

**Wednesday, October 24**
Inspection day 2 at KIC shops
5:30am start 7:30 Quit

14

**Thursday, October 25**
Start 5:30 – Quit 10:30pm
KIC inspections and paints.
CSE – washbay – 9:00pm

17.0

**Friday, October 26**
Start at 6:00 AM Quit at 6:00 pm
KIC

12

**Saturday, October 27**
Start 5:30am – Quit 7pm
KIC washbay and heavy shop
CSE – washbay 5:30pm

13.5

**Sunday, October 28**
KIC 12 hours

0059

ctober 29 -
ovember 04

October 2001
S M T W T F S
          1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
                    1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, October 29**

t 5:30 - Quit 6:00 pm
ic - washbay - Back to wash
-y for C&E at 9:00pm.
-k to wash bay for outing at
:30 am (w. Dwight) - Quit again at
:15 am

12.5
 5
----
17.5

**Tuesday, October 30**

Start tire 6:°° am Quit at
6:30 pm all at KIC

**Wednesday, October 31**

Change out day —

**Thursday, November 01**

**Friday, November 02**

**Saturday, November 03**

**Sunday, November 04**

12

0060

# November 19 -
# November 25

November 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

December 2001
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, November 19**

**Thursday, November 22**

Kic 12 Hours

**Tuesday, November 20**

**Friday, November 23**

Kic 5:30 - 6:00

12.5

**Wednesday, November 21**

Fly to slope - charge out
start tue. 2:00 to 5:30

**Saturday, November 24**

Kic 5:30 AM - 6:00 PM

12.5

**Sunday, November 25**

12 Hours Kic

0061

12

# November 26 – December 02

November 2001 / December 2001

## Monday, November 26
Start time 5:30 AM Quit 6:00 pm
Kic peanuts. stuff

12⁵

## Tuesday, November 27
Start time 5:30 am quit 7:30 pm
Kic

13⁵

## Wednesday, November 28
Start time 5:30 AM Quit 6:00 pm
Kic

12.5

## Thursday, November 29
Start 5:30 Am – Quit 10:30 pm
Kic washbay, heavy sleep & night trucks
CSE – 8:30 pm washbay.

17.0

## Friday, November 30
Start time AT 5:30 am Quit 5:30

12⁵

## Saturday, December 01
Start time 5:30 am – Quit time 5:30
Meeting Room 324 5:00 pm

R

## Sunday, December 02
Start 5:30 Am – Quit 10:00 pm
Kic washbay Heavy/Light/walk
CSE – 8:00 pm.
CSE SOP Harmonness for Pat
Posters for Bobby

16⁵

0062

## December 03 – December 09

December 2001
S M T W T F S
             1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
        1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

### Monday, December 03
KIC 12 hours
Crouser at shop
washbay SOP Bowies
Eye stations.

### Tuesday, December 04
Start 5:30 AM – Quit 10:00 pm
KIC CSE at washbay 9:00

16.5

### Wednesday, December 05
Start 5:30 AM / Quit 7:00 pm
KIC washbay / light duty shop —
CSE – 5:00 pm washbay.

Zuber – 670-7335
cell – 659-0795  Adelheim

13.5

### Thursday, December 06
Start 5:30 AM – Quit 7 pm
KIC – Heavy shop – walks
Discussed new position wash dog
2x2, 90 day probation – stepping
stone job. pay Raise

CSE washbay 9–00 AM

13.5

### Friday, December 07
Start 5:30 – Quit 5:30
KIC Normal stuff

Zuber for lunch

12

### Saturday, December 08
Start 5:30 – Quit 6:00
KIC Same/Same
CSE – 7:30 AM

12.5

### Sunday, December 09
5:30 – 6:00 KIC

0063
12.5

# ecember 10 -
# ecember 16

December 2001 / January 2002

## Monday, December 10

Kic from 7:00 Am to 7pm, Staff at 5:30 am

office meetings - changes coming
Crane training - foreman

17.5

## Tuesday, December 11

Start at 5:30 Quit at 5:30

office meetings
Crane training 7-5 EMOC

12°

## Wednesday, December 12

change out day headlone
Start at 5:30 am -

Doug Smith
H 907-345-9592
C 907-672-0222

20-30 Dec - 765-526-2252
Thur - Sun Anc
Sun - web slope

12°

## Thursday, December 13

## Friday, December 14

## Saturday, December 15

## Sunday, December 16

0064

# December 31, 2001 - January 06, 2002

|  | December 2001 | January 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

**Monday, December 31**

**Tuesday, January 01**

**Wednesday, January 02**

New Position and pay. Effective Jan 3, 02
Position title - Safety Supervisor
Pay Rate: $475°°/Day

**Thursday, January 03**

Arrive slope at 900 Kuparuk
work until start new job
as Supervisor w/ Ron K as
alternate - move into office
and get setup.

12

**Friday, January 04**

Office 5:30 - 6:00 pm

12.5

**Saturday, January 05**

Office 6-7                        13
meetings - what to do to progress
forward w/ Dept. - more Δ to
come.

**Sunday, January 06**

OSHA 300 class 8:00 BMOC
start tm 5:30 - quit 6:30

0065   196

# January 07 – January 13

|January 2002|February 2002|
|---|---|
|S M T W T F S|S M T W T F S|
|      1 2 3 4 5|                1 2|
|6 7 8 9 10 11 12|3 4 5 6 7 8 9|
|13 14 15 16 17 18 19|10 11 12 13 14 15 16|
|20 21 22 23 24 25 26|17 18 19 20 21 22 23|
|27 28 29 30 31|24 25 26 27 28|

**Monday, January 07**

Office 6⁰⁰ – 6⁰⁰   12

**Tuesday, January 08**

Office 6⁰⁰ – 6:30

**Wednesday, January 09**

Office 12 hours
P. Girshdt – rent to ergo desk
setup office
Red Book hung on wall(?)

**Thursday, January 10**

Start at 6:00 office
meeting 1pm Owing

4pm tap Root – Owing

Auto 6:30

12.5

**Friday, January 11**

Setup New email Account
w/ Rows # Annie at x 7116

Tom Drown – 7362
Looks for Kit –
Locksmiths. Achus Security.

12

**Saturday, January 12**

Office – trang. Valerie –
Johnson

12

**Sunday, January 13**

Meetings. 7:30 Rm 324
ergo @ 1ᵉᵐ —
Joel M ~ 907 222-0632
Five inspector licenses
Supervisors meeting

00663