# January 14 - January 20

| January 2002 | February 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 | 1 2 |
| 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 |

## Monday, January 14

Office - 6-6
Change Rooms w/ Ron K.
  5328
  Locker Key 6386
Computer support

12

## Tuesday, January 15

Maxi Ruger 907 343-5249
KOC 200' Radio tower
inspection. Christian
  7299

Brian O'Dell Radioactive Sand
  X7235

6-6   12

## Wednesday, January 16

Office 6-7    13
Sig Storms - Discussed w/
Jayne and Gary wanting to
talk to Doug. - Left msg.
Corps maint. Fix Loc F-flks
KIC EAP
Ramy questions - fire ext.
Complete phone lists
Vehicle lists, Radio call sheets

## Thursday, January 17

Office 6-7    13

Tim Hemmrich 7225 - can't
pay Sig Storms - Per Jayne -
Rick Barefield - 10: Robert Jantz
  X7683      Rhodes

## Friday, January 18

Office 6-6

12

## Saturday, January 19

Supervisors meeting 9ᵃᵐ Anc Okwy

12

## Sunday, January 20

Intvls meeting. 324 - 6 Am

Auk @ 6:30 - 6:30 pm    13

0067

anuary 21 -
 nuary 27

January 2002
S M T W T F S
            1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
                       1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**Monday, January 21**

O-ring Conf Room – IH @ 11⁰⁰
JSO 1⁰⁰ pm –
Carolyn Swangler – re Lee Eberline
1.35 mck Dry.

12

**Tuesday, January 22**

office 12hr.

**Wednesday, January 23**

change out dry headhose

12

**Thursday, January 24**

**Friday, January 25**

**Saturday, January 26**

**Sunday, January 27**

0068

# February 11 -
# February 17

February 2002 / March 2002

## Monday, February 11

## Tuesday, February 12

fly to slope

12

## Wednesday, February 13

pre-war meeting 8⁰⁰ Rm 313
weekly staff meeting O'way conf
Room. 10⁰⁰ Am

12:30 staff meeting

5:30 - 6:00                12.5

## Thursday, February 14

start tire 6 - Quit 7
office

1pm O'way meeting.
Lee Goodwin. PSAO audits

13

## Friday, February 15

office  12 hrs

## Saturday, February 16

meeting at 9:00 Am "O'way    Stat 6:00
                                Quit 7:00

Ash Rollout 625 at 5pm

13

## Sunday, February 17

Ash Rollout 6-7 Am 324

12:30 meeting w/ PAL  223

2:30 Sam, Bob CPF-1 Break Room

0069

# February 18 – February 24

February 2002 / March 2002

## Monday, February 18
6 – 6      12⁵

Tanslan Tap Root 2:30 CPF-1
TD- Co/ well house problem.

## Tuesday, February 19
Start tire loan Quint 7:00 pm
11:00 Am PSAP Review 11:00 - wing

13⁵

## Wednesday, February 20
office 6-6   12 hours.

Doyes house

New Seward

minn

Rabbit Creek

## Thursday, February 21
office 6 – 6:30     12⁵

1pm meeting O-wing Conf. Room
Ken Littlefair ? x7178

## Friday, February 22
Office 12 hours

## Saturday, February 23
9:00 Am O-wing meeting  12 hours
Zip Disk copies.

Golden View Park
15827 Noble Point

Grey 20 dry hme.

## Sunday, February 24
8:30 Am Tap Root Rm 223 KOC
(IR meeting) - Sanchez

345-9592

0070

# February 25 – March 03

February 2002 / March 2002

**Monday, February 25**

office 12 hours
Larry McDaniels from CATG
on 5 loops to Day - Light
Ship training on Lifts.

**Tuesday, February 26**

Change out day – go home.

**Wednesday, February 27**

**Thursday, February 28**

**Friday, March 01**

**Saturday, March 02**

**Sunday, March 03**

0071

# March 11 – March 17

March 2002 / April 2002

**Monday, March 11**

**Tuesday, March 12**
fly to slope   12

**Wednesday, March 13**
7AM "8"-way
2:30 - meeting Pw 324 safety

vinters x p info DWOL – 4-5

P Luncen E-mail regarding
audit program
   12

**Thursday, March 14**
1pm Pw 624 (job) managers
   "8"-way   meeting
   12

**Friday, March 15**
all office 12 hour

**Saturday, March 16**
624 supervisors meeting  9:00 AM

   office 12 hour

**Sunday, March 17**
Supervisors handbook Review
8:00 AM

10AM - 324 westec FRC
   meeting
   12

0072

# March 18 - March 24

March 2002 / April 2002

**Monday, March 18**

7:30 AM Koc theater. Disability insurance presentation.

**Tuesday, March 19**

office 6-6

**Wednesday, March 20**

office 6-6

**Thursday, March 21**

1pm managers meeting - "O"-wing - need safety ideas.

Start at 6:00 end at 6:00

12

**Friday, March 22**

Review ERP's for all jobs
office

12

**Saturday, March 23**

624 supervisors meeting 9:00 AM
o-wing.

12

**Sunday, March 24**

9:00 AM - o-wing conf. Rm.

office   12 hours.

0073

# March 25 - March 31

March 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

April 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

**Monday, March 25**

office work 6am to 6pm.

**Tuesday, March 26**

days cut pay go here.

12

**Wednesday, March 27**

**Thursday, March 28**

**Friday, March 29**

**Saturday, March 30**

**Sunday, March 31**

0074

April 08 -
April 14

April 2002
S M T W T F S
     1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

May 2002
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, April 08**

**Thursday, April 11**

1 pm managers meeting. 624

office    12

**Tuesday, April 09**

fly to slope

12

**Friday, April 12**

**Wednesday, April 10**

12:30 staff meeting.

office   12 hrs

**Saturday, April 13**

9:00 AM 624 supervisors meeting

**Sunday, April 14**

12:30 PAS safety meeting.

0075

April 15 – April 21

| April 2002 | May 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 4 |
| 7 8 9 10 11 12 13 | 5 6 7 8 9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

**Monday, April 15**
office 12 hours.

**Tuesday, April 16**
Change out & Fly

12 hours.

**Wednesday, April 17**
Ready to go to mex!

**Thursday, April 18**

**Friday, April 19**

**Saturday, April 20**
mexico

**Sunday, April 21**

0076

May 06 -
M y 12

|  May 2002  |  June 2002  |
|---|---|
| S M T W T F S | S M T W T F S |
|         1  2  3  4 |                     1 |
|  5  6  7  8  9 10 11 |  2  3  4  5  6  7  8 |
| 12 13 14 15 16 17 18 |  9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 29 |
|  | 30 |

**Monday, May 06**

**Tuesday, May 07**

Fly Day annue slope

12 hours.

**Wednesday, May 08**

office 12 hours
1:30 staff meeting

**Thursday, May 09**

Managers meeting 624 1PM
12 hours

**Friday, May 10**

office work.   12 hours.
more work on IP 46 manual.

**Saturday, May 11**                 13

office 6-7pm
624 supervisors meeting 9:00 AM

**Sunday, May 12**

office from 6-6       12 hours
out to KBS and Fab shop

0077

# May 13 – May 19

May 2002
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                  1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 13**

office for 12 hours

**Tuesday, May 14**

meeting' Pat Holland Paul Book
review in Design of House.
office 5:30 – 6:30 pm

13 hours.

**Wednesday, May 15**

scheduled 12:30 staff meeting
worked 13 hours.

**Thursday, May 16**

attend 1pm 624 mgr. meeting. Owning
superintendents also?

worked 13 hours.

**Friday, May 17**

12 hour day. office work
PP of 6 manual.

**Saturday, May 18**

9:00 am 624 supervisors meeting.
Safety meeting 1 hour?
copying today /

6am – 6:30pm   12.5

**Sunday, May 19**

Call Fred – find out who/what
when where etc.

office 12 hours

0078

May 20 –
May 26

|  | May 2002 | June 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 | 1 |
|  | 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
|  | 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
|  | 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
|  | 26 27 28 29 30 31 | 23 24 25 26 27 28 29 / 30 |

**Monday, May 20**

Virginia Reffrun? at lunch
worksafe? Daniel mellon?
APC anchorage Do they know?
Did he take UA? Ron? Doug?

June 12.5

**Tuesday, May 21**

Change out Day of Fly

12

**Wednesday, May 22**

**Thursday, May 23**

**Friday, May 24**

**Saturday, May 25**

**Sunday, May 26**

0079

June 03 –
June 09

June 2002 / July 2002

### Monday, June 03

### Tuesday, June 04
Fly to slope
6:45 – 7:10 office

12

### Wednesday, June 05
Start at 6:00am Quit at 7:00pm
I.H. info fm San on
o-time — what about
Diesel sampling of fuelers?
what is status of I/t
program — when is complete
'ersan. — R+F of forces
to cone with melt.

13

### Thursday, June 06
Start at 6:00 Quit at 8:30
what are UA's - DOT/RSPA - FMC ??
– PP&q manual & o-time
Revamp.

14.5

### Friday, June 07
PP&q manual – Tom Manny
Idea / Bob Cannier training
meeting.

start @ 6:00 end @ 6:00

12.

### Saturday, June 08
Carlsen x7230 –

12

### Sunday, June 09
CPF-1 and cinew tent —
Montgomery. / coppy on
Equipment

0080
12

# June 10 - June 16

|  June 2002 | July 2002 |
| --- | --- |

**Monday, June 10**

loppy - leaky transmission —
Cowtin — call PM @
light slope

spills one thur Safety — ⑫
start 6-6-

**Tuesday, June 11**

Check out washing cement
work. KIC.
attend KIC 7:30 meeting
office work until 8:00pm

14 hrs

**Wednesday, June 12**

call Valerie re video —
Carlsen - OFF-1 + 2 —
Rodriguez/Sanchez. mes??

**Thursday, June 13**

Start at 6:00 end at 7:00
pp & g        ⑰

**Friday, June 14**

pp and g — / 8" drive —
train. Records —
Start at 6:00 end at 7:00   ⑬

**Saturday, June 15**

office  12 hrs

**Sunday, June 16**

who has UA' cert. — ask about
Hazwop summer?
                            0081

⑬                Start at 6:00  6:00
                                ⑫

une 17 -
ne 23

June 2002 / July 2002

**Monday, June 17**

pp aw & G manual - 6-6 (12)

**Tuesday, June 18**

fly home —

(12 hrs)

**Wednesday, June 19**

**Thursday, June 20**

**Friday, June 21**

**Saturday, June 22**

**Sunday, June 23**

0082

**July 01 – July 07**

|       | July 2002           | August 2002         |
|-------|---------------------|---------------------|
|       | S M T W T F S       | S M T W T F S       |
|       | 1 2 3 4 5 6         |           1 2 3     |
|       | 7 8 9 10 11 12 13   | 4 5 6 7 8 9 10      |
|       | 14 15 16 17 18 19 20| 11 12 13 14 15 16 17|
|       | 21 22 23 24 25 26 27| 18 19 20 21 22 23 24|
|       | 28 29 30 31         | 25 26 27 28 29 30 31|

**Monday, July 01**

(scribble)

**Tuesday, July 02**

fly to slope

6:45 - 7:45 office

13.75

**Wednesday, July 03**

Don ~~Ber~~ Chenault. 702-228-4868 cell
Sam - Nashville - June/July/Aug.

**Thursday, July 04**

welders. - foreman/helpers
No safety glasses?? -

(13.5)

**Friday, July 05**

Todd Christiason / Joel M.
Alpine Data?)
office

13

**Saturday, July 06**

x3379 chuck? work email.
office

12

**Sunday, July 07**

Doug - Gene speech.?
office

12

0083