July 08 -
..y 14

July 2002
S M T W T F S
      1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

August 2002
S M T W T F S
               1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, July 08**

Mike Davis - Ron @ KIC - who
was info - Tilmon or ___
(he was on shift at time)
                              13.5

**Tuesday, July 09**

Larry McDaniels - asked to
touch base - called
referred to Pat Holland
                              (12)

**Wednesday, July 10**

PP and G Manual - not which action
Tap Root                      (12.5)

**Thursday, July 11**

Robert Olson Russia? - 392-3403

                    6-6
                              12 Hours

**Friday, July 12**

Joe at Covenant Transport.
Tilmon Bozman.        1-800-955-4924
Tommy Brown.                x 4253

                    6:00am - 6:30pm
                              12.5 Hours

**Saturday, July 13**

Call Delivery Foreman Dean/Harrison
            7367
Master Mechanic - 7869
                              12.5 Hrs.

**Sunday, July 14**

Duke at Light Shop.             0084
Ken @ Roads & Pads
A/P Warehouse. 7496      6-7pm
      Office.                 13 hours

# July 15 – July 21

July 2002 / August 2002

## Monday, July 15

Earth. 7336
Brandon Rose – washing –
s bathroom at 1P? 2P odor?
Randy Block – computer ?
13 hours today – 6-7 pm

## Tuesday, July 16

W Chenault and
scaffolding of site on
pad at 9:00 am
Carlson 7230
welders at CPF-2

## Wednesday, July 17

Jim Dickie x7220 meet mike D.
at Bridge.
Dave Decaro – fire hall.

12 hours today.

## Thursday, July 18

T. Fisch warehouse or Act.
Talked project engineer about
lift capacity cables –
PPandG again.

6-7
13 hours

## Friday, July 19

Fall protection cables – who
PE – engineers 5000 #/person
Redundancy vs. amount.

6-7
13 hours

## Saturday, July 20

624 meeting 9:00 ans –
No info from Doug !!

12

## Sunday, July 21

PM Safety meeting scheduled – 2nd
floor

12

0085



ily 22 -
ly 28

July 2002 / August 2002

Monday, July 22
Pai - website. HSE - manuals
- Tony Bob

(12 hrs)

fishing -?

Tuesday, July 23

90 hour Day

(12)

Wednesday, July 24

Thursday, July 25

Friday, July 26

Saturday, July 27

Sunday, July 28

0086

# August 05 – August 11

August 2002 | September 2002

## Monday, August 05

## Thursday, August 08

Reue – Prayer shop – Rods.
office today    12 hours

## Tuesday, August 06

travel to slope

12

## Friday, August 09

1. Russel x 7823
2. Terry Bean – X 7367
3. In field most of day
   CPF-1, CPF-2

14 hours

## Wednesday, August 07

Dirk Richter x 7191
Snow – 7938
Dickerson – 7431
Shawn Greening M/B – 7459

13.5 Hours

## Saturday, August 10

Top Rent. KCS – 700g –
what's his nots.
Virgina Ruffner x 7932

12 hours

## Sunday, August 11

Start @ 5:30 am Out at 6:30 pm
CPF-2

13 hours

0087

# August 12 – August 18

August 2007
S M T W T F S
      1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2007
S M T W T F S
             1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

## Monday, August 12
Steve Center and Kurt Armstrong
Parts and parts
Blvy of tire shop KIC 7972
1 pm?

13 hours.

## Tuesday, August 13
Tire shop today KIC
Marlene – Benefits via
Terry Allen – Emma??

12.5 Hours

## Wednesday, August 14
Order to in @ KCS –
– Filer
– CD's
– Hangar
– need xtra cabinet.
E–a/b–warehouse today
office
13.
6am–7pm

## Thursday, August 15
Lee Stanhues x 7590
instruments are Done –
– who is tracking IH stuff
New title – safety and IH
what happened to supervisor?
Role – not explained

## Friday, August 16
PP and Cr – need to get going
again – office 12 hours 6-6

## Saturday, August 17
office 12 hours 6-6

## Sunday, August 18
worked on IH/PPE stuff
office – field 12 hours

0088

# August 19 - August 25

|         August 2002          |        September 2002        |
| :--------------------------: | :--------------------------: |
| S  M  T  W  T  F  S          | S  M  T  W  T  F  S          |
|              1  2  3         | 1  2  3  4  5  6  7          |
| 4  5  6  7  8  9  10         | 8  9  10 11 12 13 14         |
| 11 12 13 14 15 16 17         | 15 16 17 18 19 20 21         |
| 18 19 20 21 22 23 24         | 22 23 24 25 26 27 28         |
| 25 26 27 28 29 30 31         | 29 30                        |

**Monday, August 19**

master mechanic - leaks - spill
go through APC safety - SPOC

**Tuesday, August 20**

charge out day
(Rhons)
Later!

**Wednesday, August 21**

**Thursday, August 22**

**Friday, August 23**

**Saturday, August 24**

**Sunday, August 25**

0089

# September 02 – September 08

|  | September 2002 | October 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 6 7 | 1 2 3 4 5 |
|  | 8 9 10 11 12 13 14 | 6 7 8 9 10 11 12 |
|  | 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
|  | 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
|  | 29 30 | 27 28 29 30 31 |

**Monday, September 02**

*(diagonal line across page)*

**Tuesday, September 03**

Fly to slope 12

**Wednesday, September 04**

1. Jerry Blackson – 7868
2. Harbison – 7367
3. Carrier –
4. Nelson – 7823

6 – 8 pm
14 hour

**Thursday, September 05**

Virgina for Don –
Tom Mannix ? when to be at
Pad. – what is Captain Doug.

(circled) 12 hours
6 – 6

**Friday, September 06**

Armstrong – VA for Scott Kirk
Call town – Debbie – FF-??
office 12 hours.

**Saturday, September 07**

924 meeting – Did Not Attend –
No Answers,

**Sunday, September 08**

Carlson – CPF 2 operator (circled) 6 – 6
Bob Fuller 2 pm    12

0090

# eptember 09 -
# eptember 15

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 09**

See Ray Flint for PSWs Ref docs
and Site maps — Tim Vincent
= Act. # 7816

12 hours

**Tuesday, September 10**

office
12 hours

**Wednesday, September 11**

Kim Smith — Electronic data
Records.
— Computer based training rules
Nelson/Pittman.
— Spencer at 2pm or Noon.
Biz to drop off & pickup

(12.5 TODAY)

**Thursday, September 12**

CPF-3 / CPF-2, KIC

12.5 Hours
TODAY

**Friday, September 13**

Dave Childress pred svcs. 924
page.

field  12.5

**Saturday, September 14**

— DID not attend the 624 meeting.

**Sunday, September 15**

William Head? status conference
via town — deblice

0091

# eptember 16 -
# tember 22

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 16**

ell Blayde North - allocate
uel foster - High Power line
Reserve Requirements.
Bob Snavely warehouse safety
meeting minutes where do we
act when when charge occurs.
computer based training - lots of
selled - Refer to Rim Sample.
6-7pm
13 hours

**Tuesday, September 17**

Change out day. 12 hours.

**Wednesday, September 18**

**Thursday, September 19**

**Friday, September 20**

**Saturday, September 21**

**Sunday, September 22**

0092

# September 30 –
# October 06

September 2002 / October 2002

## Monday, September 30

(scribble)

## Tuesday, October 01

Fly to slope 12

## Wednesday, October 02

1. Joel – Can leave Hunt/Heul Road –
2. Carlson
3. Diane
4. Doug S.
5. Buchanom – injury stats

12.5 Hours

## Thursday, October 03

Start at 6 –
office to 11:00
field to 7:00 pm

13 hours.

## Friday, October 04

Brushing air tanker – I don't
know – talk to Doug.
Ken – Bob – Richard –
KCS ??
GLD unit at KCC Box van?

13 hours.

## Saturday, October 05

Norm status
Spill status
Injury status 625 – phil.

14.

## Sunday, October 06

Raquetball tonight?
office 12 hours.

0093

# October 07 – October 13

October 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

November 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## Monday, October 07

Joel – McAuster – Lead story – coming back to haunt us. 30 more samples to do – told him I was awaiting Response from field as to when work was going to be done. – told Diane the same thing – gave Joel the specsheet and contact numbers.
6–8pm 14 hours.

## Tuesday, October 08

Contacted by Jim Dutlie/Bob Connor re: lead story – told them Joel had all info. – Banjo crew for sampling/work w/ lead.

13 hours.

## Wednesday, October 09

Jeff Hightower heavy shop 2pm. Vac truck – hazwork. Back at 6:00pm for heat work on Super sucker.
6–8pm.

14 hours.

## Thursday, October 10

heavy tests for warehouse crew full face Respirators needed for sand blasting. contact Barney. Lynn Coffman x7241
6–6:30  12.5 hours today.

## Friday, October 11

Cyprus at 2:00 – talk about incident. Jap Rest. PP and G manual 6-7pm office

6–6pm 12 hours

## Saturday, October 12

office

12 hours.

## Sunday, October 13

office  12 hours

0094

# October 14 – October 20

October 2002
S M T W T F S
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

November 2002
S M T W T F S
                 1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, October 14**

Value tech – Value shops.
1 charlie at 3pm –
CPF-3 – maint shop.

6–6:30    12.5

**Tuesday, October 15**

change out
go home
12 hour

**Wednesday, October 16**

**Thursday, October 17**

**Friday, October 18**

**Saturday, October 19**

**Sunday, October 20**

0095

**ovember 04 -
ember 10**

November 2002
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

December 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

### Monday, November 04

### Tuesday, November 05

Fly to slope

12 hours

### Wednesday, November 06

Flora - micheal King - UA?
Does he work for APC.
Ron Kirk -
Dianne - IH results almanac IV
. Debbie Newsham.
5 Woopy

6-6:30  12.5

### Thursday, November 07

Call Spencer. x7209
Rick - Spill Response
Dave Y - ACS - today.

12 hours.

### Friday, November 08

Dave Young - 7204 purchase
Lunch. - Spill Response
EMOC. 12:30

7-9pm    hours 14:00

### Saturday, November 09

Niel North at Peter 2pm

12 hours

### Sunday, November 10

Office  12 hours

0096

# November 11 – November 17

November 2002 / December 2002

## Monday, November 11
Back to Dave – exp.siter.
Amsogok – he can take it
to Dave in prudhoe.
Industrial vent.

12 hrs today
6-6

## Tuesday, November 12
Breathing air trailer – terry Mathur –
to wife. told him to talk to
Doug.
PPG   12 hours

## Wednesday, November 13
Hilda at wells okay KCS
x7367 heavy tanks?
What about Resp. talk to
Sam – how bout Robert.
What is status of
Training video / PP?

12.5 hours

## Thursday, November 14
welding foreman – KCS
Resp for ss. welding – different
from ss cutting? – check
Chem IV stds – sample
Results.

12 hours

## Friday, November 15
Robert Ison – heavy shop
or light shop?
Dana Rhynear – wants copy
of PP presentation – email
in warehouse.

12 hours

## Saturday, November 16
David Power Rust –
going back to wash bay –
Big Robert – check w/ him on
CSE rescue         13 hrs.

## Sunday, November 17
office   12 hours
Manny   Seals meeting?
will they have one?

0097

# November 18 - November 24

|     | November 2002 | December 2002 |
|-----|---------------|---------------|
|     | S M T W T F S | S M T W T F S |
|     | 1 2           | 1 2 3 4 5 6 7 |
|     | 3 4 5 6 7 8 9 | 8 9 10 11 12 13 14 |
|     | 10 11 12 13 14 15 16 | 15 16 17 18 19 20 21 |
|     | 17 18 19 20 21 22 23 | 22 23 24 25 26 27 28 |
|     | 24 25 26 27 28 29 30 | 29 30 31 |

**Monday, November 18**

PP and G. — IH Results from Gas C. sampling event at CPF-2. 12.5 hours.

**Tuesday, November 19**

Travel Day. 12 hours.

**Wednesday, November 20**

**Thursday, November 21**

**Friday, November 22**

**Saturday, November 23**

**Sunday, November 24**

0098

ecember 02 –
ecember 08

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**Monday, December 02**

**Tuesday, December 03**
Travel to slope    12 hrs

**Wednesday, December 04**
Laura Lemet, Bill sws co.
866-831-8421

office from
6-7    13 hrs.

**Thursday, December 05**
Call Dan Young – 357-6324

**Friday, December 06**
Worksafe UA results – call to
see if they have Recorder open.
Last mo. tests.?

office. 12.5 Hrs.
Loppy – Pat –

Ron Ferguson 928-636-9573

**Saturday, December 07**
B-Day   office 6-6 coaster!   12 hrs

**Sunday, December 08**
CDL packages & UA's for well
gump Tank drivers?

0093

# ecember 09 - ?ember 15

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## Monday, December 09
Talk to Sam / Robert / Bob about hearing conservation program. What do we need in order to keep things updated?

12 hrs

## Tuesday, December 10
Office all day 12
No meetings attended

## Wednesday, December 11
Call Amy or listen Audiologer.
hours at work 12.5

## Thursday, December 12
Lee Landry Imed — 2089

start time 6:00 am Quit at 6:30

12.5

## Friday, December 13
7p Does Emma A. have the employee info on file — electronic
Call Supervisor check out their info.

12 hrs

## Saturday, December 14
Follow up w/ emma?

12 Hrs

## Sunday, December 15
- CD's for gifts / CD copies.
get everyone a gift for xmas —
Doug? whiskey??

0100  12 Hrs