# December 16 - December 22

|  | December 2002 | January 2003 |
|--|--|--|

### Monday, December 16

Shaw & Julie called. CPAT

6 to 6     12 hour

### Tuesday, December 17

Change out and home

12

### Wednesday, December 18

### Thursday, December 19

### Friday, December 20

### Saturday, December 21

### Sunday, December 22

0101

## December 30, 2002 – January 05, 2003

December 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

January 2003
S M T W T F S
            1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, December 30**

**Tuesday, December 31**

**Wednesday, January 01**

**Thursday, January 02**

Anch on every flight

**Friday, January 03**

travel to slope

(12)

**Saturday, January 04**

Debbie Newsham x6925
Loppy one on one training?

12.5

**Sunday, January 05**

Tracy @ CPAI 907-661-6504
D. Smythe

0102   (12)

# January 06 – January 12

| January 2003 | February 2003 |
|---|---|
| S M T W T F S | S M T W T F S |
|         1  2  3  4 |                    1 |
| 5  6  7  8  9 10 11 | 2  3  4  5  6  7  8 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 |

**Monday, January 06**

Call Charity – check on progress – under estimated scope of work needed to complete – also working for Doug in town.

6-7
13 hours

**Tuesday, January 07**

IH program – get with Sam.
12 Hours

**Wednesday, January 08**

Answer Charter questions
office 12 hours

**Thursday, January 09**

office 12 hrs

**Friday, January 10**

office
12 hours.

**Saturday, January 11**

Jay Root Review (FRI) 2:30–5:30
Cancelled

office 12 hours.

**Sunday, January 12**

Bob Cannon / Jim Dickie
Coulson 7230

0103

# January 13 – January 19

| January 2003 | February 2003 |
|---|---|
| S M T W T F S | S M T W T F S |
|       1 2 3 4 |           1 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 |

**Monday, January 13**

12 Hours.  PPFG
file organization
Don Chenault  Vegas

**Tuesday, January 14**

Home

12 Hours

**Wednesday, January 15**

**Thursday, January 16**

**Friday, January 17**

**Saturday, January 18**

**Sunday, January 19**

0104

**January 27 –**
**February 02**

January 2003 / February 2003

## Monday, January 27

## Tuesday, January 28

(cloud doodle with notes: "Bodo's Beaumont & Pat / for line…")

## Wednesday, January 29

Funeral

## Thursday, January 30

Kentucky

Anch

## Friday, January 31

1. Dale water Value shop 7730 Charlie Newman
2. Selma APC Anc – Drug test Nina Dozzete
3. Charlie 7730
4. Light duty shop foreman – Pat Holland

12

## Saturday, February 01

Summarize Noise test Results for 624 fab shop – 624 mgmt – Apro/Dick – Don Chouinalt.

12

## Sunday, February 02

Hang Samples in light duty shop Voc's 6am – Pat/Terry
8am STP JS welding
vu. to A&C filters

0105

14 hours

# ebruary 03 –
# ebruary 09

|February 2003|March 2003|
|---|---|
| S M T W T F S | S M T W T F S |
|               1 |               1 |
| 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 |
| 9 10 11 12 13 14 15 | 9 10 11 12 13 14 15 |
| 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22 |
| 23 24 25 26 27 28 | 23 24 25 26 27 28 29 |
| | 30 31 |

**Monday, February 03**

Call Don Grey about Chris Briston

**Tuesday, February 04**

Lenny Goldman – Dionamic scientific Controls
302-571-8470

**Wednesday, February 05**

Fit testing Respirators.
5 am to 6:30 pm
Lead sampling wipes to PAI Again – Same story – wanting 30 more samples. But only at work. Pictures!    13.5

**Thursday, February 06**

Call Rick Gunderson
Andrea Gillwater? Gillmore? – 5465
Challis
Rod Kups to call Dong
Cindy's B-Day.
12 Hours

**Friday, February 07**

Doug Smith
Andi – where is he Now.
Michael Davis
Lars McDaniels called – told him to call Pat Holland about the work

**Saturday, February 08**

Follow up w/ Don on Chris Briston –
Resp SOP
12.5 Hrs.

**Sunday, February 09**

Chanty on manual
IH?? Sam –
12 hours

0106

February 10 - February 16

February 2003
S M T W T F S
            1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

March 2003
S M T W T F S
            1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, February 10**

Missing 3 days pay on 1st check for Jan. 28, 29, 30 so Marlene said she would put those days onto the next check so it would be for 10 days total.

8 hrs for ½ dy field
½ dy
12.5 Hrs Total.

**Tuesday, February 11**

Charge out go home
12

**Wednesday, February 12**

**Thursday, February 13**

**Friday, February 14**

**Saturday, February 15**

**Sunday, February 16**

0107

# February 24 - March 02

|  February 2003  |  March 2003  |
|---|---|
| S M T W T F S | S M T W T F S |

## Monday, February 24

## Tuesday, February 25

Shope Travel Day
(12)

## Wednesday, February 26

Shawn Hueth PM Billings
field sampling sheets. I.H.
406-255-793

* Time card - 3 days
* Bereavement Pay

12 Hours

## Thursday, February 27

Bob Johnson NRC cleanup.
1-800-456-6003 PBI.
office I.H. (12)

## Friday, February 28

Grant - x7267   Dale Norris/Scott Gale
Todd Christensen 04055
670-4055 Alpine.
office I.H. (12)

## Saturday, March 01

call Day Smith back -
Guy - Injury - Report it? how?

12

## Sunday, March 02

Lenny Goldman Dynamic Scientific
Cathy Folio - 0723    0108
12 Hours.

# March 03 – March 09

March 2003 | April 2003

## Monday, March 03

Tom O'Bustan – Natlsco –
Office – 12 Hours.

## Tuesday, March 04

Check on 3 days Remunt
Pay – where is it??
Dave Young 3204
worked from 6 – 6    12 Hours

## Wednesday, March 05

Welding ~~lenses~~ lenses –
#10 } color
#11 } shades
#12 }
Go to 13?
also need ANSI Z Raloch covers.

## Thursday, March 06

Talk to Grant
Call TODD MAHL EXXON  Ells. com
finished Report.    empty net.
                    75-100K
12 Hrs              657-9334

## Friday, March 07

Mike Davis - x 9334
Office & IH sampling. –
set up 12 Hours
Heavy concentrations.

## Saturday, March 08

TODD MAHL – Return calls
welding shop samples.

## Sunday, March 09

Light duty shop samples
Diesel?

0109

## March 10 – March 16

March 2003 | April 2003

**Monday, March 10**

12 Hour in office

finished Both weld sample Reports.

**Tuesday, March 11**

change out day

**Wednesday, March 12**

**Thursday, March 13**

**Friday, March 14**

**Saturday, March 15**

**Sunday, March 16**

0110

# arch 24 –
# arch 30

March 2003
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

April 2003
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**Monday, March 24**

**Thursday, March 27**

**Tuesday, March 25**

travel to slope

**Friday, March 28**

**Wednesday, March 26**

call Amy at Listen Audiology.
Say most Recent. Record

**Saturday, March 29**

**Sunday, March 30**

0111

# March 24 - March 30

March 2003 / April 2003

**Monday, March 24**

**Tuesday, March 25**

travel to slope

**Wednesday, March 26**

call Amy at listen Audiology.
Say most Recent. Record

**Thursday, March 27**

**Friday, March 28**

**Saturday, March 29**

**Sunday, March 30**

0112

# March 31 - April 06

March 2003 / April 2003

### Monday, March 31
Paul Mathews
659-0366
IH program   12 Hrs

### Tuesday, April 01
Sam up with me.
work on IH program
12 Hrs

### Wednesday, April 02
IH program   12 Hrs

### Thursday, April 03
Environmental program.
IH program
12 Hrs

### Friday, April 04
Send samples to lab —
Determine what needs to be
Sampled — Doug Smith
Sample for everything.
12 Hrs

### Saturday, April 05
Durka @ light shop need
Training for Bedtruck Driver.
12 Hrs

### Sunday, April 06
Los Landry PFT machine out till
Friday x 2087
12 Hrs

0113

# April 07 – April 13

April 2003 / May 2003

## Monday, April 07

Start – 6:00 AM Quit 8:00 PM
**Last Day**     14 Hrs

meeting with Doug 5:30 to 8:00pm
Laid off. <u>NO</u> warning!!

## Tuesday, April 08

gather stuff and get off slope
1:30 flight from Kuparuk!

Doug let me know at 5:30 pm / Monday 4/7/03
that I was laid off. Will pay me 1 wk
severance pay – official RIF'd Date is 4/22/03

## Wednesday, April 09

## Thursday, April 10

Joel McAlister from
PAI is to take over
my position – ?

## Friday, April 11

## Saturday, April 12

## Sunday, April 13

0114

# April 14 – April 20

**April 2003**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

**May 2003**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Monday, April 14**

**Tuesday, April 15**

**Wednesday, April 16**

**Thursday, April 17**

**Friday, April 18**

**Saturday, April 19**

**Sunday, April 20**

0115

pril 21 -
p. il 27

April 2003

May 2003

**Monday, April 21**

**Thursday, April 24**

**Tuesday, April 22**

- Official Reduction in Force Date.
- Officially let me know I was Rifed.

**Friday, April 25**

**Wednesday, April 23**

**Saturday, April 26**

**Sunday, April 27**

0116