## Safety Supervisor

Alaska Petroleum Contractors, Inc. is seeking a Safety Supervisor. Alaska Petroleum Contractors is the primary contractor for Phillips Alaska, Inc. at the Kuparuk River Field, in Prudhoe Bay, Alaska. This position is responsible for the coordination and oversight of Health, Safety, Environmental, and Training functions. The position is based in the Kuparuk River Unit of the North Slope Oil Field.

The Safety Supervisor provides consultation to both construction and maintenance operations regarding compliance, company policies, and safe work practices. Responsibilities include supervision of six Safety Specialists, development of site specific policies and procedures, risk assessments, incident investigations, audits and monitoring of ongoing activities, and coordination of health surveys.

Qualified candidates must have professional safety experience with process operations. Industrial construction and maintenance experience in a petrochemical environment is preferred. Excellent organizational, communication, and leadership skills are required. The successful candidate must be capable of working in a team environment, be a self-starter, and be goal and task oriented. A four-year degree in safety or a safety related field with an additional five years of work experience is preferred.

Alaska Petroleum Contractors offers a competitive salary and benefits package. For consideration please send a cover letter and a resume to:

Alaska Petroleum Contractors
Job 2626, Operations Manager
P.O. Box 340014
Prudhoe Bay, AK 99734
Fax: (907) 659 – 7207

Alaska Petroleum Contractors is an equal opportunity employer.

