

# SAFETY

- **SAFETY MANAGER** — Doug Smith
  - **SAFETY SUPERVISOR** — John Gilbert/Ron Kirk
    - **CONSTRUCTION SAFETY SPECIALIST** — Tommy Brown/Don Chenault
    - **FIELD SERVICES SAFETY SPECIALIST** — Tilmon Bozeman/Michael Davis
    - **PRODUCTION SERVICES SAFETY SPECIALIST** — Bob Carrier/Tom Mannix
    - **EXPLORATION SAFETY SPECIALIST** — position budgeted but not filled
    - **FIELD SAFETY SPECIALIST** — Robert Olson/tba
    - **IH SAFETY SPECIALIST** — Sam Taylor
    - **SAFETY TRAINER** — R. McCubbins/Jerry Wight
    - **ADMIN ASSISTANT** — Amanda Every/Kim Smith

Core billable positions this sheet: 8.5

APC0044