Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| APC NATCHIQ, INC. | ) ) |
| Defendant. | ) ) Case No. 3:03-CV-00174 RRB |

**PLAINTIFF'S MOTION FOR ORDER FOR 90-DAY PENALTY**

COMES NOW Plaintiff, John Gilbert, by and through its undersigned counsel, The Law Office of Kenneth L. Covell and moves the Court for an Order directing the defendant to pay a 90-day penalty for it's failure to pay all overtime and wages due him, pursuant to AS 23.05.140(d).

This motion is further supported by the attendant Memorandum of Law and Exhibits.

Respectfully submitted this 4th day of August, 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/04/06
By:     /s/ Emily S. Ervin
          Emily S. Ervin for Kenneth L. Covell