Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:03-CV-00174 RRB |

## PROPOSED ORDER

It is Hereby ordered that plaintiff's motion for order regarding the law of the case on his breach of contract action for overtime is GRANTED, and he may maintain an action for breach of contract for overtime for years 2-3; and defendant's motion for partial summary judgment on the statute of limitations as it pertains to a breach of contract action is denied.

_____
District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Sent electronically to the following attorney(s) and/or
parties of record:
**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**

1

**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/04/06
By: ___/s/ Emily S. Ervin_____
      Emily S. Ervin for Kenneth L. Covell