Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                          )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )
                                       )
APC NATCHIQ, INC.                      )
                                       )
            Defendant.                 )
_____) Case No. 3:03-CV-00174 RRB

## <u>ORDER</u>

It is Hereby ordered that defendant did not act in good faith in this matter and that plaintiff is entitled to an award of liquidated damages. It is further ordered that defendant willfully violated the FLSA and the three-year statute of limitations applies.

_____
District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been
Sent electronically to the following attorney(s) and/or
parties of record:

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/04/06
By: _____/s/ Emily S. Ervin_____
      Emily S. Ervin for Kenneth L. Covell