# NATCHIQ, INC.

**Employee Information Record**

Oracle Employee ID #: _____

| COMPANY | ☒ APC | ☐ APEI | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

**APC ARCO OPERATIONS DEPARTMENT**

☒ New Hire   ☐ Rehire   ☐ Return From Leave of Absence   ☐ Information Change Only

☐ Transfer   From: ___   To: ___   Supervisor's Release: ___

## PERSONAL INFORMATION (USE BLACK PEN PLEASE)   Kuparuk Emp No. ___

- Last Name: **Gilbert**
- First Name: **John**
- MI: **D**
- ☒ Male   ☐ Female
- Social Security #: **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**
- Date of Birth: ___
- Primary Address: **HC 67 Box 2049**
- City: **Challis**
- State: **IDAHO**
- Zip: **83226**
- Secondary Address: ___

- Telephone: **208-879-5186**
- Emergency Contact (Name): **Cindy Gross**
- Emergency Telephone: Home **(208) 879-5186** / Work **(208) 879-2366 x517**

- ASRC Shareholder? ☐ Yes  ☒ No
- Is Spouse an ASRC Shareholder? ☐ Yes  ☒ No
- Name of Spouse: ___
- Previously Employed by ASRC or a Subsidiary? ☐ Yes  ☒ No   Company: ___
- Original Employment: ___   Separation Date: ___   Previous Supervisor: ___

## EMPLOYMENT INFORMATION   (OFFICE USE ONLY)   JVA NO. ___

- Organization: **APC ARCO OPERATIONS DEPT**
- Job Code: **00000.Saf.S2.SH.H.Spec** **2626** Safety
- Location: **Kuparuk**
- ☒ Full-time - Regular   ☐ PT Reg <18 hours   ☐ PT Reg >30 hours
- ☐ Full-time - Temporary   ☐ PT Reg >20 hours   ☐ Part-time - Temporary

- ☐ Exempt   ☐ Non-Exempt
- Effective Date: **1/30/01**
- Title: **Safety Specialist**
- Rate of Pay: **$358.00**
- ☒ Hourly   ☒ Day Rate   ☐ Salary
- Standard Work Week Hours: **70**
- Workers' Comp Code: **06880**
- Project No.: **2626**
- Union No.: **167157** Aces: ___

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be delivered to their respective work site each Friday.

- Employee Signature: *John D. Gilbert*   Date Signed: **1/31/01**
- Witness Signature: ___   Date Signed: **1-31-01**
- Immediate Supervisor: *Ronald M. Kirk*   Date Signed: **1/16/01**
- Department Manager: ___   Date Signed: **1/10/01**

APC0032

# NATCHIQ, INC.

## Employee Information Record

Oracle Employee ID #: _____

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

ARCO OPERATIONS DEPARTMENT

☒ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☐ Information Change Only

☐ Transfer  From: ____  To: ____

Supervisor's Release: _____

---

### PERSONAL INFORMATION    (USE BLACK PEN PLEASE)

Kuparuk Emp No. **6804**

- Last Name: **Gilbert**
- First Name: **John**
- MI: **D**
- ☒ Male ☐ Female
- Social Security #: **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**
- Date of Birth: **12/07/63**

- Primary Address: **HC 67 Box 2049**
- City: **Challis**
- State: **Idaho**
- Zip: **83226**

- Secondary Address: **3.5 mi west of Hwy 75 & 93 Junction**
- City: **Challis**
- State: **ID**
- Zip: **83226**

- Telephone: **208-879-5186**
- Emergency Contact (Name): **Cindy Gilbert**
- Emergency Telephone: **(208) 879-5186 H**  W **(208) 879 2304 x517**

- ASRC Shareholder? ☐ Yes ☒ No
- Is Spouse an ASRC Shareholder? ☐ Yes ☐ No
- Name of Spouse: ____

- Previously Employed by ASRC or a Subsidiary? ☐ Yes ☒ No
- Company: ____

- Original Employment Date: ____
- Separation Date: ____
- Previous Supervisor: ____

---

### EMPLOYMENT INFORMATION    (OFFICE USE ONLY)    JVA NO. ____

- Organization: **APC ARCO OPERATIONS DEPT**
- Job Code: **2626  000000. Staff. Safety. H. Specialist  Safety**
- Location: **Kuparuk**

☒ Full-time - Regular  ☐ PT Reg <19 hours  ☐ PT Reg >30 hours
☐ Full-time - Temporary  ☐ PT Reg >20 hours  ☐ Part-time - Temporary

- ☐ Exempt  ☐ Non-Exempt
- Effective Date: **1/30/01**
- Title: **Safety Specialist**
- Rate of Pay: **$350.00**  ☐ Hourly ☒ Day Rate ☐ Salary
- Standard Work Week Hours: **70**
- Workers' Comp Code: **008810**
- Project No.: **2626**
- Union No.: **Aces: 167754**

---

### SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

- Employee Signature: *John D. Gilbert*  Date Signed: **2/2/01**
- Witness Signature: ____  Date Signed: ____
- Immediate Supervisor: *Ronald M. Kirk*  Date Signed: **1/10/01**
- Department Manager: ____  Date Signed: **1/10/01**, **2/1/01**

APC0031

# Voluntary Benefit Program Enrollment Form

Guarantee Life Insurance Company • P.O. Box 2016 • Omaha, NE 68103

## GENERAL INFORMATION

| Policy Number: 0002000 | Divison Number | Employer Name: Natchiq, Inc. | | | |
|---|---|---|---|---|---|
| Employee Name: JOHN GILBERT | | ☐ Female ☑ Male | Date of Birth 12/17/63 | Social Security Number 526/77/3420 | State of Birth TX |
| Spouse Name: N/A | | ☐ Female ☐ Male | Date of Birth N/A | Social Security Number / N/A / | State of Birth N/A |
| Street Address: HC 67 BOX 2049 City/State/Zip: CHALLIS, IDAHO 83226 | | Home Phone (208) 679-5186 Work Phone (907) 659-7569 | | ☐ Single ☑ Married | Date of Hire 2/1/01 |
| Employee Occupation (Specific Duties): Health-Safety, Environmental Specialist | | Earnings $ +60K | ☐ Monthly ☑ Yearly | | Hours worked per week +70 |

## VOLUNTARY BENEFIT PROGRAM

☑ **Voluntary Short-term Disability**
Elimination Period ☑ 1 Day Injury/8 Day Sickness
Benefit Duration ☑ 26 Week Benefit
Weekly Benefit Amount $ 600.—

**Total Premium** $45.60

## REQUEST FOR COVERAGE

The Voluntary Benefit Program has been offered to me and after seriously considering the benefit, I have decided to: (Please indicate your choice)

☑ **REQUEST COVERAGE** for which I am or may become eligible under the group policies issued by Guarantee Life Insurance Company. I also: (1) authorize any required deductions from my earnings; (2) name the beneficiary on this Enrollment Form to receive any benefits payable in the event of my death; (3) represent that my answers under the "Statement of Health" on the back of this Enrollment Form are true and complete, and that information on each item answered "yes" has been fully disclosed; and (4) understand that to be eligible, I must be a permanent employee working at least 30 hours per week.
NOTE: If you have chosen to participate in the Voluntary Benefit Program(s), please review the Authorization and sign below.

☐ **NOT ENROLL** myself or dependents in the Program. I understand that if I apply for coverage at a later date, and if a physical examination or further medical information is required, it will be at my own expense.

**THE AUTHORIZATION BELOW MUST BE SIGNED AND DATED OR THE ENROLLMENT FORM WILL BE RETURNED**
This authorization applies to any physician, medical professional, hospital, clinic, other medically related facility, insurance or reinsurance company, the Medical Information Bureau, Inc., (MIB), consumer reporting agency or employer, having: (1) information about the diagnosis, treatment or prognosis of any physical or mental condition of me or my minor children; or (2) any other non-medical information about me or my minor children.

I authorize the above sources to give Guarantee Life Insurance Company, its reinsurers, or any of the above sources (except the MIB) such information. I understand Guarantee Life Insurance Company will use the information obtained with this Authorization to determine eligibility for insurance, and will release such information only: (1) to reinsurance companies, the MIB, or other persons or organizations performing business or legal services in connection with my application; or (2) as I may further authorize or as may be lawfully required. I know that I may request a copy of this Authorization, and acknowledge receipt of the Notice of Information Practices. I agree this Authorization shall be valid for 2 ½ years from the date shown below, and that a photocopy shall be as valid as the original.

Signed this 23 day of March, 2001   Signature of Employee: *John D. Gilbert*   Date: 3-23-01

The insurance requested on this enrollment form will not be effective until approved by the Home Office of Guarantee Life Insurance Company, and the initial premium is paid to Guarantee Life Insurance Company. A delayed effective date will apply if the employee is not actively at work, or a dependent is in a period of limited activity on the date insurance would otherwise take effect.

GLVP 20 (1-97)

APC0028

# NATCHIQ, INC.

## Employee Information Record

Oracle Employee ID #: 7480

| COMPANY | | | | |
|---|---|---|---|---|
| APC PHILLIPS OPERATIONS DEPARTMENT | ☒ APC<br>☐ APC/WOOD<br>☐ New Hire<br>☐ Transfer  From:___ To:___ | ☐ APEL<br>☐ GLOBAL PC<br>☐ Rehire | ☐ HCC<br>☐ Return From Leave of Absence | ☐ HCC/NANA<br>☒ Information Change Only<br>Supervisor's Release:___ | ☐ NATCHIQ<br>☐ OMEGA |

*Rate change*

### PERSONAL INFORMATION   (USE BLACK PEN PLEASE)

Kuparuk Emp No. 6804

- Last Name: GILBERT
- First Name: JOHN
- MI: D
- ☒ Male  ☐ Female
- Social Security #: 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
- Date of Birth: 12/7/63

Mailing Address: ___  City: ___  State: ___  Zip: ___
Physical Address: ___  City: ___  State: ___  Zip: ___
Telephone: ___  Emergency Contact (Name): ___  Emergency Telephone: ___

ASRC Shareholder? ☐ Yes ☐ No   Is Spouse an ASRC Shareholder? ☐ Yes ☐ No
Name of Spouse: ___
Previously Employed by ASRC or a Subsidiary? ☐ Yes ☐ No   Company: ___
Original Employment Date: ___   Separation Date: ___   Previous Supervisor: ___

### EMPLOYMENT INFORMATION   (OFFICE USE ONLY)   JVA NO.

☐ Exempt  ☐ Non-Exempt

- Organization: APC PHILLIPS OPERATIONS DEPT
- Job Code: 00000.CEPT. STAFF  SAFETY SPECIALIST L
- Location: KUPARUK
- Effective Date: 6/18/01
- Title: SAFETY SPECIALIST
- Rate of Pay $ 425
- ☐ Hourly  ☒ Day Rate  ☐ Salary
- Standard Work Week Hours: 70
- Workers' Compensation Code: 005606
- Project No: 2625  ACES Code: 10775C

☒ Full-time -- Regular   ☐ PT Reg<19 hours   ☐ PT Reg>30 hours
☐ Full-time -- Temporary   ☐ PT Reg>20 hours   ☐ Part-time -- Temporary

### SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*  Date Signed: 6/15/01
Witness Signature: ___  Date Signed: ___
Immediate Supervisor: *Scott McKay*  Date Signed: 6/15/01
Department Manager: ___  Date Signed: 6/15/01

02/2000  Training Server Org Code: ___

APC0025

# NATCHIQ, INC.

## Employee Information Record

Oracle Employee ID #: __7480__

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
|  | ☐ APC/WOOD | ☐ GLOBAL PC |  |  | ☐ OMEGA |

**APC PHILLIPS OPERATIONS DEPARTMENT**

☐ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☒ Information Change Only _____

☐ Transfer  From: ____  To: ____  Supervisor's Release: _____

### PERSONAL INFORMATION     (USE BLACK PEN PLEASE)     Kuparuk Emp No.

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| GILBERT | JOHN D |  | ☒ Male ☐ Female | 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 | 12/7/63 |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| HC 67 BOX 2049 | ~~CHALIS~~ CHALLIS | ID | 83226- |

| Physical Address | City | State | Zip |
|---|---|---|---|
| HC 67 BOX 2049 | ~~CHALIS~~ CHALLIS | ID | 83226- |

| Telephone | Emergency Contact (Name) | Emergency Telephone |
|---|---|---|
| (208) 879-5186 | CINDY GROSS GILBERT | (208) 879-2304 x 517 |

ASRC Shareholder?  ☐ Yes  ☒ No     Is Spouse an ASRC Shareholder?  ☐ Yes  ☒ No

Name of Spouse: _____

Previously Employed by ASRC or a Subsidiary?  ☐ Yes  ☒ No  Company: _____

Original Employment Date: _____  Separation Date: _____  Previous Supervisor: _____

### EMPLOYMENT INFORMATION     (OFFICE USE ONLY)     JVA NO.

☐ Exempt   ☐ Non-Exempt

| Organization: | APC PHILLIPS OPERATIONS DEPT |
|---|---|
| Job Code: | 00000.Staff.SupSfty.J.Supervisor Safety |
| Location: | KUPARUK |

Effective Date: ____  Title: Supervisor, Safety

Rate of Pay $  ☐ Hourly  ☐ Day Rate  ☐ Salary

Standard Work Week Hours: ____

☒ Full-time -- Regular   ☐ PT Reg<19 hours   ☐ PT Reg>30 hours
☐ Full-time -- Temporary ☐ PT Reg>20 hours   ☐ Part-time -- Temporary

Workers' Compensation Code: 005606

Project No.: 626     ACES Code: 17900J

### SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: _____  Date Signed: _____

Witness Signature: _____  Date Signed: _____

Immediate Supervisor: _____  Date Signed: _____

Department Manager: _____  Date Signed: _____

02/2000     Training Server Org Code:

APC0021

# NATCHIQ, INC.

**Employee Information Record**

Oracle Employee ID #: __7480__

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

**APC PHILLIPS OPERATIONS DEPARTMENT**

- ☐ New Hire
- ☐ Rehire
- ☐ Return From Leave of Absence
- ☒ Information Change Only
- Rate Increase with Position Change: _____
- ☐ Transfer  From: ____  To: ____  non union transfers only
- Supervisor's Release: _____

## PERSONAL INFORMATION  (USE BLACK PEN PLEASE)  Kuparuk Emp No. **6804**

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| Gilbert | John | D | ☒ Male ☐ Female | 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 | 12/7/63 |

Mailing Address: ____  City: ____  State: ____  Zip: ____

Physical Address: ____  City: ____  State: ____  Zip: ____

Telephone: ____   Emergency Contact (Name): ____   Emergency Telephone: ____

ASRC Shareholder? ☐ Yes ☒ No    Is Spouse an ASRC Shareholder? ☐ Yes ☒ No

Name of Spouse: _____

Previously Employed by ASRC or a Subsidiary? ☐ Yes ☐ No   Company: ____

Original Employment Date: ____   Separation Date: ____   Previous Supervisor: ____

## EMPLOYMENT INFORMATION  (OFFICE USE ONLY)  JVA NO.

☒ Exempt  ☐ Non-Exempt

- Organization: **APC PHILLIPS OPERATIONS DEPT**
- Job Code: 00000.~~Craft~~ Staff SupSfty. J. Supervisor Safety
- Location: **KUPARUK**

Effective Date: 1/3/2002   Title: Safety Supervisor

Rate of Pay $ 475.00   ☐ Hourly  ☒ Day Rate  ☐ Salary

Standard Work Week Hours: 70

Workers' Compensation Code: 008810 office staff

Project No.: 2624   ACES Code: 17900J

- ☒ Full-time -- Regular
- ☐ Full-time -- Temporary
- ☐ PT Reg<19 hours
- ☐ PT Reg>20 hours
- ☐ PT Reg>30 hours
- ☐ Part-time -- Temporary

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*   Date Signed: 1-4-02

Witness Signature: ____   Date Signed: ____

Immediate Supervisor: ____   Date Signed: ____

Department Manager: *[signature]*   Date Signed: 1-4-02

02/2000      1/8/02      Training Server Org Code:

APC0020