# February 05 – February 11

February 2001 / March 2001

## Monday, February 05
Go to office meet others and get aquainted with site - tour field with Shawn Hurrle
5:30 - 5:30
- Pick up PPE and other safety EQ.

12

## Tuesday, February 06
Start work at 5:30 Am -
Computer sign up with Shawn ath - Ron Kirk - Macy Riggs
Staff meeting -
Dave shows up today
- introduced to washbay and KIC Facilities - start writing training program for Back protection.
5:30 Am - 7 pm

13.5

## Wednesday, February 07
attend KIC meeting with D. Young 7:30 Am KIC
start work at 5:30 - Quit 5:30
spend all day at KIC

12

## Thursday, February 08
Start 5:30 Quit 3:00 Am
Spend Day with D. Young at KIC washbay.
- get phone and office numbers
- go over CSE permits & Hot works with Dave for washbay ops.
- write permits at KIC - will need to show up at 1:00 Am for Permit.

21.5

## Friday, February 09
Start 6:00Am - 6:00pm
KIC, washbay, light shop, heavy shop meet crews at all facilities

Permit CSE Washbay 2:00 Am

12

## Saturday, February 10
Start 5:30 - 5:30
KIC - inspect shops, washbay
Dave on Permits, Macy on Permits

12

## Sunday, February 11
5:30 — 7:00 pm
KIC

0039

13.5

# February 12 – February 18
**Monday, February 12**
Start work 5:30 AM Quit work 7:00pm
Kic washbay / light duty Pinells
7:30 meeting.
13.5

**Tuesday, February 13**
Start work 5:30 AM - Quit 6 pm
Kic shops
7:30 AM meeting
12.5

**Wednesday, February 14**
Start work at 5:30 AM - Quit work 6:30pm
Kic washbay inspection and shops.
7:30 am meeting.
13.0

**Thursday, February 15**
Start @ 5:30 AM - Quit 7pm
Kic shops
7:30 am meeting
13.5

**Friday, February 16**
5:30 AM start - 5:30 pm Quit.
Kic shops / washbay.
7:30 am meeting
12

**Saturday, February 17**
Start 5:30 AM - Quit 6:30pm
Kic — go home tomorrow
7:30 am meeting.
13.0

**Sunday, February 18**
Fly out of Deadhorse to Anc. 4:40
Dave will drop me off.
~~office~~ office
Stay / more week
Start at 5:30 – Leave 5:30
12

0034

# ebruary 19 –
# e'>ruary 25

February 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2001
S M T W T F S
            1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**Monday, February 19**

Start work 5:30 am – Quit 5:30
Kic shops.

12

**Tuesday, February 20**

Start @ 5:30 am – Quit 5:30 pm
Kic shops.

12

**Wednesday, February 21**

Start at 5:30 am Quit 6:30 pm
Kic / shops

13.0

**Thursday, February 22**

Start at 5:30 am Quit 6:00 pm
Kic shops / walls

12.5

**Friday, February 23**

Start at 5:30 am Quit 7:00 pm
Kic shops
7:30 meeting.

13.5

**Saturday, February 24**

Start at 5:30 am – Quit at 7:30 pm
Kic

14.0

**Sunday, February 25**

Start at 5:30 am, Quit 6 pm
Kic

12.5

0035

# February 26 - March 04

February 2001

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 |   |   |   |

March 2001

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, February 26

Start 5:30 am, Quit 7pm
Kit / Heavy shops
Back out at 8pm to Heavy shop
So Hot work permit Quit AT 10

```
 13.5
    2
 ----
 15.5
```

## Tuesday, February 27

Start at 5:30 am, Quit 6:30 pm
Kit

13.0

## Wednesday, February 28

Start at 5:30 am Quit AT
7:00 pm — Pack bags Leave
on flight — 3:30 to Anc

Time to go!

12.0

## Thursday, March 01

## Friday, March 02

## Saturday, March 03

## Sunday, March 04

0036

# March 12 - March 18

March 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

April 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**Monday, March 12**

**Tuesday, March 13**

**Wednesday, March 14**

Fly to slope start work at 2:00 - 5:30 Quit. Change out.

12

**Thursday, March 15**

Start 5:30am - Quit 6:00pm
Kic -
washbay Kic - 2:00pm

12.5

**Friday, March 16**

Start at 5:30 am Quit at 6:00pm
Kic / shops / washbay
7:30am meeting.

12.5

**Saturday, March 17**

5:30 Am - 5:30 pm
Kic

12.

**Sunday, March 18**

5:30 Am - 6:30 pm
Kic shops.

13.0

0037

# March 19 - March 25

March 2001
April 2001

## Monday, March 19
Start at 5:30 – Out AT 7pm
Kic shops / permits / meetings.

13.5

## Tuesday, March 20
Start at 5:30 quit 6:00
K - shops / meetings

12.5

## Wednesday, March 21
Start at 5:30 AM   Out at 7pm
Kic shops

13.5

## Thursday, March 22
Start 5:30 – 5:30
Kic —

12

## Friday, March 23
Start 5:30 AM — Out 6:30 pm
Kic
7:30 meeting.

13.0

## Saturday, March 24
Start at 5:30 – Out at 7:00 pm
Kic shops / washbay / wells
meetings / permits.

13.5

## Sunday, March 25
Start at 5:30 – Out 5:30
Kic

0038    12

arch 26 -
p il 01

March 2001 / April 2001

### Monday, March 26
Start at 5:30 Am Quit at 7:00 pm
Kic

13.5

### Tuesday, March 27
5:30 am - 7:00 pm
Day at Kic

12.5

### Wednesday, March 28
5:30 Am - 5:30 pm
Kic shops - same stuff

12

### Thursday, March 29
Start at 5:30 Am work until 7:00 pm Kic

Why are we paid for 10 Hrs worked on our paychecks but No . O.T. Brought this up to Ron Kirk today — No - Answer. - asked for Help at Kic shops No Avail

13.5

### Friday, March 30
Start at 5:00 Am - Quit at 7:00 pm - Kic permits!

14.0

### Saturday, March 31
Start 5:30 — Quit 7:30
Kic permits.
washbay CSO - 5:00

14

### Sunday, April 01
Start at 5:30 Am Quit at 5:30 pm
Kic shops

12

0039

pril 02 -
p. il 08

April 2001 / May 2001 calendars

**Monday, April 02**

Start AT 5:30 AM - Quit 7:00 PM

Kic

Called To Ron About Raise for x-tra hours he will push for it!

13.5

**Tuesday, April 03**

Start at 5:30 am - Quit 5:30 pm

12

will get a Raise to $3.75/hr
effective on 4/16/01

**Wednesday, April 04**

Start AT 5:30 Quit 7:00 pm
fly home - spent day at
Kic.

12

**Thursday, April 05**

**Friday, April 06**

**Saturday, April 07**

**Sunday, April 08**

40

ril 23 –
 l 29

April 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, April 23**

**Thursday, April 26**

Start time 5:30 Am – Quit 6:00pm
Kic shops
7:30 meeting.

12.5

**Tuesday, April 24**

**Friday, April 27**

Start at 5:30 Am – Quit at 7:30
Kic shops
7:30 meeting

14.0

**Wednesday, April 25**

Try to slope start work at
2:00pm – 5:30pm
change outs

**Saturday, April 28**

Start at 5:30 Am – Quit at 7:00pm
Kic shops
7:30 meeting.

13.5

**Sunday, April 29**

Start at 5:30 Am – Quit at 7:00 pm
Kic

12          141   13.5

ril 30 -
r 06

April 2001 / May 2001

### Monday, April 30
eb at 5:30AM – Quit at 7:00
KC shops –

### Thursday, May 03
Start 5:30 – Quit 7:00
Kic

13.5

Weslebay CSE 5:00 pm

13.5

### Tuesday, May 01
30 AM – 5:30 pm ———— 12
t'yps weslebay.

### Friday, May 04
Start 5:30 – Quit 7:30
Kic

Weslebay CSE 5:30 pm

14

### Wednesday, May 02
5:30 AM to 6:00 pm at Kic
Shops

### Saturday, May 05
Start at 5:30 AM – Quit at 6:30 pm
Kic

13

### Sunday, May 06
Start at 5:30 AM Quit 5:30 pm
Kic Shops

12.5

0042   12

ay 07 -
ay 13

May 2001
S M T W T F S
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
                 1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**Monday, May 07**

it at 5:30 am Quit at 6:30 pm
Kic

13.0

**Tuesday, May 08**

at 5:30 am - Quit 7:00 pm
washbay and shops.

ashbay CSE 5:30

**Wednesday, May 09**

Start at 5:30 am - Quit at 6:30 pm
Kic shops.

13.0

**Thursday, May 10**

Start at 5:30 am - Quit at 7 pm
Kic shops / washbay

13.5

**Friday, May 11**

Start at 5:30 am - Quit at
6:30 pm work @ Kic
Shops

13

**Saturday, May 12**

Start at 5:30 am - Quit at 7 pm
Kic again!

13.5

**Sunday, May 13**

Start 5:30 am - Quit 8:00 pm
Kic

043    14.5

CSE - washbay shift change.

ay 14 -
ay 20

May 2001
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2001
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

Monday, May 14

at at 5:30 am, Quit at 6:30 pm
kc shops/working/wells

13.0

Thursday, May 17

Tuesday, May 15

t t at 5:30 am, Quit at 7:00 pm
kc

13.5

Friday, May 18

Wednesday, May 16

Strt at 5:30 am Quit at 2:00 pm
fly home —

Saturday, May 19

Sunday, May 20

12

0044



June 04 -
June 10

June 2001 / July 2001

**Monday, June 04**

**Tuesday, June 05**

**Wednesday, June 06**
Any to slope start at 2:00 –
5:30 pm
Change out—

**Thursday, June 07**
Start at 5:30 Am – Quit at 5:30
Kic shops/washbay
12

**Friday, June 08**
5:30 – 7:30
Kic shops/washbay
14½

**Saturday, June 09**
5:30 – 6:30
Kic shops washbay
13.0

**Sunday, June 10**
Am
5:30 – 5:30 pm
Kic

12      0045   12

June 11 -
June 17

| June 2001 | July 2001 |
|---|---|
| S M T W T F S | S M T W T F S |

### Monday, June 11
5:30 am - 5:30 pm Kic - Buck out
& 7:00 pm to 10:00 pm -
Heavy / light shops

12
3
—
15

### Thursday, June 14
Start at 5:30 worked til 7:30 pm
Kic shops/work.

14.0

### Tuesday, June 12
Start at 5:30 am - Quit at 6:30 pm
Work at Kic shops.

### Friday, June 15
Start at 5:30 am - to 6:30 pm
Talked to Ron and Scott M.
about Raise - good thing!

13.0

will get another raise effective on
6/18/01 new pay rate = $425/day.

### Wednesday, June 13
Start at 5:30 am Quit at 6:00 pm
work at Kic shops

12.5

### Saturday, June 16
Start at 5:30 am Quit at 6:30
Kic

12.0

### Sunday, June 17
Start at 5:30 am - Quit at 5:30 pm
Kic shops Normal.

0046                            12

# June 18 – June 24

|  | June 2001 | July 2001 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

### Monday, June 18

Start at 5:30 AM – Out at 6:30
KIC

13.0

### Tuesday, June 19

Start at 5:30 AM / Out 6:30 pm
KIC shops

13.0

### Wednesday, June 20

Start at 5:30 AM – Out at 7:00 pm – Normal KIC shops.

13.5

### Thursday, June 21

Start at 5:30 AM Out at 6:30
KIC shops

13.0

### Friday, June 22

Start at 5:30 AM / Out at 7:00 pm
KIC shops

13.5

### Saturday, June 23

Start at 5:30 AM Out at 7:00 pm
KIC shops permits.

13.5

### Sunday, June 24

5:30 – 5:70 KIC

0047

une 25 -
uly 01

June 2001
S M T W T F S
            1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, June 25**

START AT 5:30 / Quit AT 6:30
Kic

130

**Tuesday, June 26**

Start AT 5:30 Am / Quit 6:30 pm
Kic

130

**Wednesday, June 27**

90 hour Day — start @ 5:30 Am
Quit at 2:00pm — the change at
Fly Home Via ANC.

12

**Thursday, June 28**

**Friday, June 29**

**Saturday, June 30**

**Sunday, July 01**

0048

# July 16 – July 22

July 2001 / August 2001

**Monday, July 16**

**Tuesday, July 17**

**Wednesday, July 18**
Start 1:30 am – Quit 10pm
Kic shops
Change out.

12 —
+ 40

**Thursday, July 19**
Start at 5:30 am Quit 5:30pm
Kic shops

12

**Friday, July 20**
Start at 5:30 am Quit 5:30pm
Kic shops / washbay

12

**Saturday, July 21**
Start at 5:30 am / 6:00pm
Kic

12.5

**Sunday, July 22**
Start 5:30 Quit 10pm
Kic

C&E washbay 5pm

0049

uly 23 -
 y 29

July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**Monday, July 23**

5:30 Am – to 6:00 pm
Kic shopp

12.5

**Tuesday, July 24**

5:30 start – 6 pm Quit
 L shops

12.5

**Wednesday, July 25**

start at 5:30 Am Quit 5:30pm
Kic shopp washbay

12

**Thursday, July 26**

start at 5:30 Am Quit 6:30pm
Kic shopp

13

**Friday, July 27**

start 5:30 Am Quit 6:30
Kic shopp

13

**Saturday, July 28**

Start at 5:30 Am end at 7:00pm
Kic shopp

13.5

**Sunday, July 29**

start at 5:30 Am Quit at 5:30pm
Kic shopp

58

**July 30 – August 05**

July 2001 | August 2001

---

**Monday, July 30**
Start at 5:30am Quit 6:30
KIC shopp

13

**Tuesday, July 31**
Start at 5:30am Quit at 6:00 pm
KIC shopp

12.5

**Wednesday, August 01**
Start at 5:30 Am Quit at 6:00pm
KIC shopp

12.5

**Thursday, August 02**
Start at 5:30 Am Quit at 6:00pm
KIC shopp

12.5

**Friday, August 03**
Start time 5:30 Am Quit 5:30 pm
KIC shopp

12

**Saturday, August 04**
Start time 5:30 Am Quit 6:00
KIC shopp

12.5

**Sunday, August 05**
Start time 5:30AM Quit 5:30 pm
KIC shopp

051    12

ugust 06 -
ugust 12

August 2001
S M T W T F S
          1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
                  1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, August 06**

Start time 5:30 am
Quit 5:30 pm
Kic shopp

12

**Tuesday, August 07**

Start time 5:30 Am
it time 6:00 pm
Kic shopp

12.5

**Wednesday, August 08**

Start at 5:30 am Quit 2pm, then
Change out my hose.

**Thursday, August 09**

**Friday, August 10**

**Saturday, August 11**

**Sunday, August 12**

0052