# August 27 – September 02

August 2001 / September 2001 calendars

**Monday, August 27**

**Tuesday, August 28**

**Wednesday, August 29**
Start 8:30 – Quit 9:30 pm
Lic shops / washbay and chargeout
Day.

... washbay. 8:00 pm

**Thursday, August 30**
Start time 5:30 AM Quit time 8pm
Kic shops / Heavy / Light / washbay.

14.5

**Friday, August 31**
Start time 5:30 AM Quit time 7pm
Kic shops

13.5

**Saturday, September 01**
Start time 5:30 AM Quit time 6:30pm
Kic shops

13

12
4
16

**Sunday, September 02**
Start time 5:30 AM Quit time 5:30 pm

0053

12

# September 03 – September 09

| September 2001 | October 2001 |
|---|---|
| S M T W T F S | S M T W T F S |
|                1 |  1 2 3 4 5 6 |
| 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

**Monday, September 03**
Start time 5:30am – Quit 7pm
Kw shops

13.5

**Tuesday, September 04**
Start time 5:30 am Quit time 7:30pm
Kw shops

14

**Wednesday, September 05**
Start time 5:30 Am Quit time 9:00
Kw shops

13.5

**Thursday, September 06**
5:30am – 6:30pm
Always at the Kw-pad

13

**Friday, September 07**
5:30am – 7pm
Kw Pad

13.5

**Saturday, September 08**
Kw 5:30 to 6pm

12.5

**Sunday, September 09**
5:30 start to 6:30pm
Kw

13

0054

# eptember 10 –
# ptember 16

|  September 2001 | October 2001 |
|---|---|
| S M T W T F S | S M T W T F S |

## Monday, September 10
Start time 5:30 Am – 6:30 pm Quit
K'ic pad

13

## Tuesday, September 11
Start time. 5:30AM Quit time 6:30
K'ic Pad

13

## Wednesday, September 12
Start time 5:30am Quit time 7pm
K'ic washing / heavy-shop / light
Shop-out wells

## Thursday, September 13
Start time 5:30 Am Quit 8pm
K'ic shops

14.5

## Friday, September 14
Start time 5:30am Quit 7pm
K'ic shops

13.5

## Saturday, September 15
Start 5:30 – Quit 9:30pm
K'ic inspection / Permits.

CsE washing 6:00pm

16.0

## Sunday, September 16
START TIME 5:30 Quit 5:30
K'ic

0055

12

# September 17 – September 23

September 2001
S M T W T F S
          1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

October 2001
S M T W T F S
    1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, September 17**

Start time 5:30 am Quit 7:30
KIC

14°

**Tuesday, September 18**

Start time 5:30 am
quit time 7:00 pm
KIC shops.

14

**Wednesday, September 19**

Start time 5:30 am Quit at 2:30
KIC shops, change out
Head to House

12

**Thursday, September 20**

**Friday, September 21**

**Saturday, September 22**

**Sunday, September 23**

0056

ctober 08 -
ctober 14



**Monday, October 08**

[crossed out]

**Tuesday, October 09**

[crossed out]

**Wednesday, October 10**

...y to slope start time @ 2:30 pm
...uit at 5:30 pm
...hange outs

12

**Thursday, October 11**

Start at 5:30 AM Quit 6:30 pm
Kic

13₽

**Friday, October 12**

Start at 5:30 AM
Quit at 6:30 pm
Kic Pad

13₽

**Saturday, October 13**

Start time 5:30 AM  Quit at 5:30 pm

12

**Sunday, October 14**

12 hour day at Kic

0057

# ctober 15 – 
# ctober 21

October 2001
S M T W T F S
       1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
              1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, October 15**

KIC at 5:00am to 7pm
issuing stop permits welding and not welding gangs

14

**Tuesday, October 16**

Start time at 5:30am Quit 6:30pm

13 hrs

**Wednesday, October 17**

Start 5:30am – Quit – midnight
KIC inspections and permits.
CSE washbay – 11:00pm

18.5

**Thursday, October 18**

KIC washbay and shops 12 hrs

**Friday, October 19**

12 hours at KIC today

**Saturday, October 20**

Start time 5:30 AM / 6:00pm
KIC

12.5

**Sunday, October 21**

Start 5:30am – Quit 11:30pm
KIC
CSE washbay – 7:30
CSE washbay – 10:30

18.0

0058

# October 22 – October 28

October 2001 / November 2001

## Monday, October 22
KIC 12 hours
paints light shop —

12⁹

## Tuesday, October 23
Spend day at KIC shops
the ship swept for
Inspection.
5:30 start 7pm Quit

13⁵

## Wednesday, October 24
Inspection day 2 at KIC shops
5:30am start 7:30 Quit

14⁴

## Thursday, October 25
Start 5:30 – Quit 10:30pm
KIC inspections and paints.
CSE – washbay – 9:00pm

17.0

## Friday, October 26
Start at 6⁰⁰ am Quit at 6⁰⁰ pm
KIC

12

## Saturday, October 27
Start 5:30am – Quit 7pm
KIC washbay and heavy shop
CSE – washbay 5:30pm

13.5

## Sunday, October 28
KIC 12 hours

0059

ctober 29 -
ovember 04

October 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

November 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

**Monday, October 29**

t 5:30 - Quit 6:00 pm
ic - washbay - Back to wash
-y for C&E at 9:00 pm.
ck to wash bay for outing at
:30 am (w. Dwight) - Quit again at
:15 am

12.5
 5
----
17.5

**Tuesday, October 30**

Start tire 6:⁰⁰ am Quit at
6:30 pm  all at KIC

**Wednesday, October 31**

Change art day —

**Thursday, November 01**

**Friday, November 02**

**Saturday, November 03**

**Sunday, November 04**

12

0060

# November 19 - November 25

November 2001
December 2001

**Monday, November 19**

**Tuesday, November 20**

**Wednesday, November 21**
Fly to slope — Charge out
staf tml. 2:00 to 5:30

12

**Thursday, November 22**
Kic 12 Hours

**Friday, November 23**
Kic 5:30 - 6:00
12.5

**Saturday, November 24**
Kic 5:30 AM — 6:00 PM
12.5

**Sunday, November 25**
12 Hours Kic

0061

# November 26 - December 02

November 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

December 2001
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**Monday, November 26**
Start time 5:30 am Quit 6:00 pm
Kic peanuts. Sniffs

12⁵

**Tuesday, November 27**
Start time 5:30 am quit 7:30 pm
Kic

13⁵

**Wednesday, November 28**
Start time 5:30 am Quit 6:00 pm
Kic

12.5

**Thursday, November 29**
Start 5:30 am Quit 10:30 pm
Kic washing, heavy sleep of night touch
CSE - 8:30 pm washing.

17.0

**Friday, November 30**
Start time AT 5:30 am Quit 5:30

12⁵

**Saturday, December 01**
Start time 5:30 am - Quit time 5:30
Meeting Room 324 5:00 pm

R

**Sunday, December 02**
Start 5:30 am - Quit 10:00 pm
Kic washing Heavy/Light/awhile
CSE - 8:00 pm.
CSE SOP Harassment for Pat
Posters for Bobby

16⁵

0062

## December 03 – December 09

December 2001
S M T W T F S
            1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
      1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

### Monday, December 03
KIC 12 hours
Crouser at shop
washbay SOP Bowie
Eye stations.

### Tuesday, December 04
Start 5:30 am – Quit 10:00 pm
KIC CSE at washbay 9:00

16.5

### Wednesday, December 05
Start 5:30 am / Quit 7:00 pm
KIC washbay / light duty stop –
CSE – 5:00 pm washbay.

Zuber – 670-7335
cell – 659-0795  udelhoven

13.5

### Thursday, December 06
Start 5:30 am – Quit 7 pm
KIC – Heavy shop – walls
Discussed new position w/ the dog
2 x 2, 90 day probation – stepping
stone job. pay Raise

CSE washbay 9 – 5:00 am

13.5

### Friday, December 07
Start 5:30 – Quit 5:30
KIC Normal stuff

Zuber for lunch.

12

### Saturday, December 08
Start 5:30 – Quit 6:00
KIC Same/Same
CSE – 7:30 am

12.5

### Sunday, December 09
5:30 – 6:00 KIC

0063

12.5

ecember 10 -
ecember 16

December 2001
S M T W T F S
                1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
      1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, December 10**

Kic from 7:00 Am to 7 pm, start
at 5:30 am

office meetings - changes coming
Crane training - fountain

17.5

**Tuesday, December 11**

start at 5:30 quit at 5:30

office meetings
Crane training 7-8 EMOC

12°

**Wednesday, December 12**

change out day headframe
start at 5:30 am

Doug Smith
H 907-345-9592
C 907-672-0222

20-30 DEC - 765-526-2252
Thur - Sun Anc
Sun - Wed Slope

12°

**Thursday, December 13**

**Friday, December 14**

**Saturday, December 15**

**Sunday, December 16**

0064

# December 31, 2001 - January 06, 2002

December 2001
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

January 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, December 31**

**Tuesday, January 01**

**Wednesday, January 02**

**Thursday, January 03**

Arrive slope at 900 Kuparuk
work until start new job
as Supervisor w/ Ron K as
alternate - move info office
and get setup.

12

**Friday, January 04**

Office 5:30 - 6:00 pm

12.5

New Position and pay. Effective Jan 3, 02
Position title - Safety Supervisor
Pay Rate: $475⁰⁰/Day

**Saturday, January 05**

Office 6-7                                    13
meetings - what to Do to progress
forward w/ Dept. - more Δ to
come.

**Sunday, January 06**

OSHA 300 class  8:00 BMOC
start tm 5:30 - quit 6:30

0065   136

# January 07 –
# January 13

| January 2002 | February 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 | 1 2 |
| 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24 25 26 27 28 |

**Monday, January 07**

Office 6⁰⁰ – 6⁰⁰       12

**Tuesday, January 08**

Office  6⁰⁰ – 6:30

**Wednesday, January 09**

Office 12 hours
P. girshdt – feet to ergo desk
setup office
Red book lung or small 4

**Thursday, January 10**

Start at 6:00 office
meeting 1pm Owing

4pm tap root – Owing
Auto 6:30

12.5

**Friday, January 11**

Set up new email account
w/ Rons # Annie at x7116

Tom Brown – 7362
Looks for Kit –
Locksmiths. Achan Security.

12

**Saturday, January 12**

Office – trang. Valerie –
Johnson

12

**Sunday, January 13**

Meetings. 7:30 Rm 224
ergo @ 1 –
Joel m – 907-222-0632
Fire inspection licensing
Supervisors meeting

00663

**anuary 14 –**
**anuary 20**

January 2002
S M T W T F S
            1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

February 2002
S M T W T F S
                        1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

### Monday, January 14
Office – 6-6
Change Rooms w/ Ron K.
   5 328
      Locker Key 6386
Computer support

12

### Tuesday, January 15
Maxi Riggs – 907 343-5249
Koc 200' Radio tower
inspection. Christian
   7299

Brian O'Dell Radio site Sand
   x7235

   6-6      12

### Wednesday, January 16
Office   6-7         13
Sig storm – Discussed w/
Dwayne and Gary wanting to
talk to Doug. – Left msg.
Carp maint  Fix loc F-lks
Kic EAP
, Ramp Questions - fire ext.
Complete phone lists
vehicle lists, Radio call sheets

### Thursday, January 17
Office   6-7                    13
Tim Hemmrich 7225 – cant
pay Sig Storms – Pat Jegue –
Rick Barefield – 10: Robert Jentry
        x7603            Rhodes

### Friday, January 18
Office   6-6

                            12

### Saturday, January 19
Supervisors meeting   9ᵉᵐ Am Okmy

                            12

### Sunday, January 20
Intvls meeting. 324 – 6 Am

0067

Stack @ 6:30 – 6:30 pm          13

# anuary 21 –
# nuary 27

January 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

February 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

**Monday, January 21**

O-ring Conf Room – IH @ 11:⁰⁰
JSO 1:⁰⁰ pm –
Carolyn Swangler – re Lee Charlie
1.35 mill Dry.

12

**Tuesday, January 22**

office 12 hr.

**Wednesday, January 23**

hanga and try heathone

12

**Thursday, January 24**

**Friday, January 25**

**Saturday, January 26**

**Sunday, January 27**

0068



# February 11 – February 17

February 2002 | March 2002

## Monday, February 11

## Thursday, February 14

start time 6 – Quit 7
office

1pm O'wing meeting.
Lee Goodney. PSAO audits

13

## Tuesday, February 12

fly to slope

12

## Friday, February 15

office 12hrs

## Wednesday, February 13

7a ware meeting 8<sup>a</sup> Rm 313
weekly staff meeting O'wing conf
Room. 10<sup>a</sup> Am

12:30 staff meeting

5:30-6:00      12.5

## Saturday, February 16

start 6:00
meeting at 9:00 am "O'-wing Quit 7:00

Ash Rollout 625 at 5pm

13

## Sunday, February 17

Ash Rollout 6-7 Rm 324

12:30 meeting w/ PAL 223

2:30 Sam, Bob CPF-1 Break Room

# February 18 - February 24

February 2002 | March 2002

## Monday, February 18
6 - 6    12⁵

Tanslan Tap Root 2:30 CPF-1
TD- co/ well house problem.

## Tuesday, February 19
Start true loan Amt 7:00 pm
11:00 Am PSAP Review 11" O-wing

13⁵

## Wednesday, February 20
office 6-6   12 hours.

Dogs house

New Seward

minn         Rabbit
             Creek

## Thursday, February 21
office 6-6:30   12⁵

1pm meeting O-wing Conf. Room
Ken Littlefain ? x7178

## Friday, February 22
office 12 hours

## Saturday, February 23
9:00 Am O-wing meeting   12 hours
Zip Disk copies.

    Golden View Park
    15827 Noble Point        Grey 2001 June.

## Sunday, February 24
8:30 Am Tap Root Rm 223 KCC
(IR meeting) - Sanchez

0070

345-9592

# February 25 – March 03

February 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 |   |   |

March 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

**Monday, February 25**

office 12 hours
Larry McDaniels from CATG
on slope to day - light
ship truing on lifts.

**Tuesday, February 26**

Change out day — 90 hrs.

**Wednesday, February 27**

**Thursday, February 28**

**Friday, March 01**

**Saturday, March 02**

**Sunday, March 03**

0071

# March 11 - March 17

March 2002
S M T W T F S
.  .  .  .  .  1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

April 2002
S M T W T F S
.  1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**Monday, March 11**

**Tuesday, March 12**

fly to slope    12

**Wednesday, March 13**

7Am "5" - mtg
2:30 - meeting Pu 324 safety.

virtus X p info DWOL - 4-5

P huron E-mail regarding
Audit program.
                    12

**Thursday, March 14**

1pm Pu 624 (Job) managers
  "5"-way         meeting

                                12

**Friday, March 15**

all office 12hour

**Saturday, March 16**

624 supervisors meeting. 9:00 Am

                   office 12hour

**Sunday, March 17**

Supervisors handbook Review
8:00 Am
10 Am - 324 westec FRC
         meeting.                    0072