# March 18 – March 24
March 2002 / April 2002

**Monday, March 18**

7:30 AM  Koc theater. Disability insurance presentation.

**Tuesday, March 19**

office 6-6

**Wednesday, March 20**

office 6-6

**Thursday, March 21**

1pm Managers meeting - "O"-wing - need safety ideas.

Start at 6:00 end at 6:00

12

**Friday, March 22**

Review EAP's for all jobs
office

12

**Saturday, March 23**

624 supervisors meeting 9ᵒᵒ Am
o-wing.

12

**Sunday, March 24**

9:00 Am - Owing conf. Rm.

office  12 hours.

0073

# March 25 - March 31

March 2002
S M T W T F S
          1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

April 2002
S M T W T F S
  1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**Monday, March 25**

office work 6am to 6pm.

**Tuesday, March 26**

days out pay go here.

12

**Wednesday, March 27**

**Thursday, March 28**

**Friday, March 29**

**Saturday, March 30**

**Sunday, March 31**

0074

# April 08 – April 14

|  April 2002  |  May 2002  |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 4 |
| 7 8 9 10 11 12 13 | 5 6 7 8 9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

**Monday, April 08**

**Tuesday, April 09**

fly to slope

12

**Wednesday, April 10**

12:30 staff meeting.

office 12 hrs

**Thursday, April 11**

1 pm managers meeting. 624

office  12

**Friday, April 12**

**Saturday, April 13**

9:00 AM 624 supervisors meeting

**Sunday, April 14**

12:30 PAS safety meeting.

0075

April 15 -
April 21

April 2002
May 2002

**Monday, April 15**

office 12 hours.

**Tuesday, April 16**

Change out & Fly

12 hours.

**Wednesday, April 17**

Ready to go to mex!

**Thursday, April 18**

**Friday, April 19**

**Saturday, April 20**

mexico

**Sunday, April 21**

0076

May 06 –
May 12

May 2002
S M T W T F S
          1 2 3 4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 06**

**Tuesday, May 07**

Fly Day annie slope

12 hours.

**Wednesday, May 08**

office 12 hours
1:30 staff meeting

**Thursday, May 09**

Managers meeting 624 1PM
12 hours

**Friday, May 10**

office work.   12 hours.
more work on IP +6 manual.

**Saturday, May 11**

office 6-7pm       13
624 supervisors meeting 9:00 AM

**Sunday, May 12**

office from 6-6         12 hours
out to KDS and Fab shop

0077

# May 13 - May 19

May 2002 / June 2002

**Monday, May 13**

office for 12 hours

**Tuesday, May 14**

meeting Pat Holland Paint Book
review in Design of House.
office 5:30 - 6:30 pm

13 hours.

**Wednesday, May 15**

scheduled 12:30 staff meeting

worked 13 hours.

**Thursday, May 16**

attend 1pm 624 mgrs meeting. Owning
superintendents also?

worked 13 hours.

**Friday, May 17**

12 hour day. office work
PP of 6 manual.

**Saturday, May 18**

9:00 am 624 supervisors meeting.
Safety meeting 1 hour?
Copying topics /

6am - 6:30pm  12.5

**Sunday, May 19**

call Fred - find out who/what
when where etc.

office 12 hours

0078

May 20 –
May 26

May 2002
S M T W T F S
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

June 2002
S M T W T F S
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**Monday, May 20**

Virginia Reffner? at lunals
worksafe? Daniel mellon?
APC anchorage Do they know?
Did he take UA? Ron? Doug?

Hire 12.5

**Tuesday, May 21**

Change out Day of Fly

12

**Wednesday, May 22**

**Thursday, May 23**

**Friday, May 24**

**Saturday, May 25**

**Sunday, May 26**

0079

June 03 –
June 09

|June 2002|July 2002|
|---|---|
|S M T W T F S|S M T W T F S|
|                    1|          1  2  3  4  5  6|
|2  3  4  5  6  7  8|7  8  9 10 11 12 13|
|9 10 11 12 13 14 15|14 15 16 17 18 19 20|
|16 17 18 19 20 21 22|21 22 23 24 25 26 27|
|23 24 25 26 27 28 29|28 29 30 31|
|30| |

### Monday, June 03

### Thursday, June 06

Start at 6:00  Quit at 8:30
what are UA's - DOT/RSPA - Func.??
- PPPq manual & o-time
Revamp.

14.5

### Tuesday, June 04

Fly to slope
6:45 – 7:10 office

12

### Friday, June 07

PPPq manual - Tom manny
Inear / Bob canner team
meeting.

Start @ 6:00 end @ 6:00

12.

### Wednesday, June 05

Start at 6:00 am Quit at 7:00 pm
IH info from San on
o-time - what about
Diesel sampling of fuelers?
what is status of IH
program - where is computer
Susan. - R&F of forces
to cone with melt.

13

### Saturday, June 08

Carlsen x7230 –

12

### Sunday, June 09

cpF-1 and circus tent –
Montgomery. / loppy on
Equipment

0080

12

ne 10 -
ne 16

| June 2002 | July 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| | 1 2 3 4 5 6 |
| 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 23 24 25 26 27 28 29 | 28 29 30 31 |
| 30 | |

**Monday, June 10**

loggy – leaky transmission –
Cowden – call PM @
light ship

**Thursday, June 13**

Start at 6:00 end at 7:00
pp & g
(17)

spills one thru Safety
start 6-6-
(12)

**Tuesday, June 11**

Check out washing cement
work. KIC.
attend KIC 7:30 meeting
office work intell 8:00pm

14 hrs

**Friday, June 14**

pp and g. – /8" Drive –
transf. Records –
Start at 6:00 end at 7:00
(13)

**Wednesday, June 12**

call Valerie re Video –
Carlsen – off-1 + 2 –
Rodriguez / Sanchez – MRI ??

**Saturday, June 15**

office    12 hrs

**Sunday, June 16**

who has US cert – ask about
Hazwop summer.)
0081

(13)

Start at 6:00   6:00
(12)

une 17 -
ne 23

|  | June 2002 | July 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |

**Monday, June 17**

pp and G manual - 6-6 (12)

**Tuesday, June 18**

fly home —

(12 hrs)

**Wednesday, June 19**

**Thursday, June 20**

**Friday, June 21**

**Saturday, June 22**

**Sunday, June 23**

0082

**July 01 – July 07**

|  July 2002  |  August 2002  |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 31 |

**Monday, July 01**

[scribble]

**Tuesday, July 02**

Fly to slope
6:45 – 7:45 office
13.75

**Wednesday, July 03**

Don ~~Chenault~~ Chenault  702-228-4868
 cell
Sam – Nashville  June/July/Aug

**Thursday, July 04**

welders. – foreman/helpers
No safety glasses?? –

(13.5)

**Friday, July 05**

Todd Christiansen / Joel M.
Alpine Data?)
office
13

**Saturday, July 06**

X7379 Chuck? work email.
office
12

**Sunday, July 07**

Doug – Gane speech.?
office
12

0083

**July 08 – July 14**

July 2002 | August 2002

## Monday, July 08
Mike Davis – Ron @ Kie – who was info – Tilmon or ___ (he was on shift at time) 13.5

## Tuesday, July 09
Larry McDaniels – talked to much base – CASE referred to Pat Holland (12)

## Wednesday, July 10
PP and G Manual – not such action Tap Root (12.5)

## Thursday, July 11
Robert Olson Russia? – 392-3403
6-6    12 Hours

## Friday, July 12
Joe at Covenant Transport.
Tilmon Bozman.   1-800-955-4924
Tommy Brown.    x 4253
6:00AM – 6:30PM
12.5 Hours

## Saturday, July 13
Call Delloy Foreman Dean/Harrison 7367
Master Mechanic – 7869
12.5 Hrs.

## Sunday, July 14
Duke at light shop.
Ken A Roads of Pat
Ap warehouse. 7496
Office.
0084
6-7pm
13 hours

# July 15 – July 21

July 2002 / August 2002

## Monday, July 15
- Earth 7336
- Brandon Core – washbay
- bathroom at 1D? 2P order?
- Randy Block – computer
- 13 hours to dy – 6-7 pm

## Tuesday, July 16
- W Chennault and scaffolders off site on Pad at 9:00 am
- Carlson 7230
- welders at CPF-2

## Wednesday, July 17
- Jim Dickie X7220 meet w/ Mike D. at Bridge.
- Dave Deecro – fire hall.
- 12 hours today

## Thursday, July 18
- T. Fisch warehouse or Art.
- Talk to project engineer about lift capacity cables – PP and G again.
- 6-7
- 13 hours

## Friday, July 19
- Fall protection cables – who
- PE – engineers 5000#/person
- Redundancy vs. amount
- 6-7
- 13 hours

## Saturday, July 20
- 624 meeting 9:00 am –
- No Info from Doug!!
- 12

## Sunday, July 21
- PA1 safety meeting scheduled – 2nd floor
- 12

0085



July 22 -
July 28

July 2002 / August 2002

**Monday, July 22**
?ai - website · HSE- manuals
- Tony Bob
(12 hrs)

fishing -?

**Tuesday, July 23**
90 hour Day
(12)

**Wednesday, July 24**

**Thursday, July 25**

**Friday, July 26**

**Saturday, July 27**

**Sunday, July 28**

0086

# August 05 – August 11

August 2002 | September 2002

## Monday, August 05

## Tuesday, August 06
travel to slope

12

## Wednesday, August 07
Dirk Riester x 7191
Snow – 7438
Dickerson – 7431
Shawn Greening M/B – 7459

13.5 Hours

## Thursday, August 08
Reac – Prayer shop – Rods.
office today   12 hour

## Friday, August 09
1. Russel x 7823
2. Terry Brown – x 7367
3. In field most of day
   CPF-1, CPF-2

14 hours

## Saturday, August 10
Top Reuf. KCS – 7004 –
whats his rods.
Virginia Ruffner x 7932

12 hours

## Sunday, August 11
Start @ 5:30 am Out at 6:30 pm
CPF-2

13 hours

0087

# August 12 – August 18

August 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 |   |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

September 2007
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

**Monday, August 12**

Steve Center and Kurt Armstrong
Rocks and parts
B'dry of tire shop KIC 7972
1pm?

13 hours.

**Tuesday, August 13**

Tire shop today KIC
Marleene – Benefits Via
Terry Allen – Emma??

12.5 Hours

**Wednesday, August 14**

Order TV in @ KCS –
 – filer
 – CD's
 – Hangar
 – need extra cabinet
E-a/b- warehouse today
office
13.
6am – 7pm

**Thursday, August 15**

Lee Stenberg x 7590
instruments are done –
– who is tracking IH stuff
New title – safety and IH
what happened to supervisor?
Role – not explained

**Friday, August 16**

PP and Cr – need to get going
again – office 12 hours 6-6

**Saturday, August 17**

office 12 hours 6-6

**Sunday, August 18**

worked on IH/PP fit stuff
office – field 12 hours

0088

August 19 -
August 25

August 2002
S M T W T F S
            1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2002
S M T W T F S
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**Monday, August 19**

master mechanic - leaks - spill
go through APC safety - SPCC

**Tuesday, August 20**

change out bag
Rhonia
Later!

**Wednesday, August 21**

**Thursday, August 22**

**Friday, August 23**

**Saturday, August 24**

**Sunday, August 25**

0089

# September 02 – September 08

| September 2002 | October 2002 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 7 | 1 2 3 4 5 |
| 8 9 10 11 12 13 14 | 6 7 8 9 10 11 12 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
| 29 30 | 27 28 29 30 31 |

### Monday, September 02

### Tuesday, September 03
Fly to slope 12

### Wednesday, September 04
1. Jerry Blackson – 7868
2. Harbison – 7367
3. Carrier –
4. Nelson – 7823

6 – 8pm
14 hour

### Thursday, September 05
Virginia for Don –
Tom Mannix ? when to be at
Pad. – what is Captain Doug.

(12 hours
6 – 6)

### Friday, September 06
Armstrong – VA for Scott Kinh
Call town – Debbie – FF – ??
office 12 hours.

### Saturday, September 07
924 meeting – Did Not Attend –
No Answers.

### Sunday, September 08
Carlson – CPF 2 operator (6 – 6)
Bob Fuller 2 pm  12

0090

# September 09 - September 15

September 2002 / October 2002

## Monday, September 09
See Ray Flint in PSM Rendez and Site maps — Tim Vincent — Act. x 7516

12 hours

## Tuesday, September 10
office
12 hours

## Wednesday, September 11
Kim Smith - Electronic data records.
- Computer based training rules Nelson/Pittman.
- Spencer at 2pm or Noon. Biz to drop off & pickup

12.5 TODAY

## Thursday, September 12
CPF-3 / CPF-2, KIC

12.5 Hours TODAY

## Friday, September 13
Dave Childress prod svcs. 924 page.
field 12.5

## Saturday, September 14
- DID not attend the 624 meeting.

## Sunday, September 15
William Head? status conf call via town - deduce

0091

**eptember 16 –**
**ptember 22**

September 2002
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

October 2002
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**Monday, September 16**

ell Blade North - allocate =
uel foster - High Power line
Resene Requirements.
Bob Snively warehouse safety
meeting minutes where do we
act when when charge occurs.
computer based training - lots of
cells - Refer to kim Sample.

6-7pm
13 hours

**Tuesday, September 17**

Change out day. 12 hours.

**Wednesday, September 18**

**Thursday, September 19**

**Friday, September 20**

**Saturday, September 21**

**Sunday, September 22**

0092