# September 30 – October 06

|  | September 2002 | October 2002 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 6 7 | 1 2 3 4 5 |
|  | 8 9 10 11 12 13 14 | 6 7 8 9 10 11 12 |
|  | 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 |
|  | 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 |
|  | 29 30 | 27 28 29 30 31 |

**Monday, September 30**

[scribble]

**Tuesday, October 01**

Fly to slope 12

**Wednesday, October 02**

1. Joel – Canbove Hunt/Haul Road –
2. Carlson
3. Drane
4. Doug S.
5 Buchanom – injury stats

12.5 Hours

**Thursday, October 03**

start at 6 –
office to 11:00
field to 7:00 pm

13 hours.

**Friday, October 04**

Brushing air tracker – I Don't Know – talk to Doug.
Ken – Bob – Richard –
KCS??
GLD unit at KCC Box van?

13 hours.

**Saturday, October 05**

Norm status
Spill status
Injury status 625 – phil

14

**Sunday, October 06**

Raquetball tonight?
office 12 hours.

0993

# October 07 – October 13

October 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

November 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Monday, October 07**

Joel – Mc Austin – Lead study – coming back to Haw+ us. 30 more samples to do – told him I was awaiting response from field as to when work was going to be done. – told Diane the same thing – gave Joel the specs sheet and contact numbers.

6–8pm   14 hours.

**Tuesday, October 08**

Contacted by Jim Dulla / Bob Conover ??? lead study – told them Joel had all info. – Banjo Crew for sampling / work. w/ Lead.

13 hours.

**Wednesday, October 09**

Jeff Hightower heavy shop 2pm. Vac truck. hazwork. Back at 6:00pm for hot work on super sucker.

6–8pm.

14 hours.

**Thursday, October 10**

heavy tasks for warehouse crew. full face respirators needed for sand blasting. contact Barney. Lynn Coffman x7241

6–6:30   12.5 hours today.

**Friday, October 11**

Cyprus at 2:00 – talk about incident. Tap Root. PP and G manual 6-1pm office

6–6pm  12 hours

**Saturday, October 12**

Office

12 hours.

**Sunday, October 13**

Office  12 hours

0094

# October 14 – October 20

October 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

November 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Monday, October 14**
Value tech – Value shops.
1 Charlie at 3pm –
CPF-3 – maint shop.

6 – 6:30      12.5

**Tuesday, October 15**
change out
go home
12 hour

**Wednesday, October 16**

**Thursday, October 17**

**Friday, October 18**

**Saturday, October 19**

**Sunday, October 20**

0095

**November 04 – November 10**

November 2002 / December 2002

**Monday, November 04**

**Tuesday, November 05**

Fly to slope

12 hours

**Wednesday, November 06**

Flora – micheal King – UA?
Does he work for APC.
Ron Kirk –
Dianne – IA result? observer IV
. Debbie Newsham.
5 Woopy

6-6:30    12.5

**Thursday, November 07**

Call Spencer. x7209
Rick – Spill Response
Dave Y – ACS – today.

12 hours.

**Friday, November 08**

Dave young – 7204 purchase
Lunch. – Spill Response
EMOC. 12:30

7-9pm    hours 14:00

**Saturday, November 09**

Niel North at Peter 2pm

12 hours

**Sunday, November 10**

office  12 hours

0096

# November 11 – November 17

November 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

## Monday, November 11
Back to Dave - exp.sitr.
Amogok - he can take it
to Dave on prustee.
Industrial vent.

12 hours today
6-6

## Tuesday, November 12
Breathing air trailer - terry Mather -
10 mofe. told him to talk to
Doug.

PPG   12 hours

## Wednesday, November 13
Hilda at wells ohmy KCS
x7367 heavy tanks?
What about Resp. talk to
Sam - how bout Robert.
What is status of
Framing video / PP ?

12.5 hours

## Thursday, November 14
welding foreman - KCS
Resp. for ss. welding - different
from ss cutting? - check
chrom IV stds - sample
Results.

12 hours

## Friday, November 15
Robert Ison - heavy shop
or light shop ?
Dana Rhyneer - wants copy
of PP presentation - email
in warehouse.

12 hours

## Saturday, November 16
David Power Rust -
going back to washbay -
Big Robert - check w/ him on
CSE resive    13 hours

## Sunday, November 17
office  12 hours
Manning  sea (s weeke.?)
will they have crew ?

0097

# November 18 - November 24

November 2002 / December 2002

**Monday, November 18**

PP and G. - IH Results from Dos C. sampling event at CPF-2.  12.5 hours.

**Tuesday, November 19**

Travel Day. 12 hours.

**Wednesday, November 20**

**Thursday, November 21**

**Friday, November 22**

**Saturday, November 23**

**Sunday, November 24**

0098

## December 02 – December 08

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

**Monday, December 02**

**Tuesday, December 03**
Travel to slope  12 hrs

**Wednesday, December 04**
Laura Lemet, Bill sws Co.
866-831-8421

office fun 6-7  13 hrs.

**Thursday, December 05**
Call Dan Young – 357-6324

**Friday, December 06**
Worksafe UA results – call to see if they have Recorder open. Lost mo-tacks?

office 12.5 Hrs.

Loppy – PAT –

Ron Ferguson 928-636-9573

**Saturday, December 07**
B-Day  office 6-6 coaster!  12 hrs

**Sunday, December 08**
CDL Packages & UA's for well group tank drivers?

0093

# ecember 09 –
# cember 15

December 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |

January 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |

## Monday, December 09
Talk to Sam / Robert / Bob about hearing conservation program. What do we need in order to keep things updated?

12 hrs

## Tuesday, December 10
Office all day   12
No meetings attended

## Wednesday, December 11
Call Amy or listen Audiologist.
hours at work 12.5

## Thursday, December 12
Lee Landry Inmod – 2089

start time 6:00 am Quit at 6:30

12.5

## Friday, December 13
7p Does Emma A. have other employee info on file – electronic
Call Supervisor check out there info.

12 hrs

## Saturday, December 14
Follow up w/ Emma?

12 Hrs

## Sunday, December 15
– CD's for gifts / CD covers.
get everyone a gift for xmas –
Dan? whiskey??

0100  12 Hrs

# December 16 - December 22

December 2002 | January 2003

**Monday, December 16**

Shaw & Julie called. CPAT

6 to 6    12 hour

**Tuesday, December 17**

Change out and move

12

**Wednesday, December 18**

**Thursday, December 19**

**Friday, December 20**

**Saturday, December 21**

**Sunday, December 22**

0101

# December 30, 2002 - January 05, 2003

|  December 2002  |  January 2003  |
| --- | --- |
| S  M  T  W  T  F  S<br>1  2  3  4  5  6  7<br>8  9 10 11 12 13 14<br>15 16 17 18 19 20 21<br>22 23 24 25 26 27 28<br>29 30 31 | S  M  T  W  T  F  S<br>          1  2  3  4<br>5  6  7  8  9 10 11<br>12 13 14 15 16 17 18<br>19 20 21 22 23 24 25<br>26 27 28 29 30 31 |

**Monday, December 30**

**Tuesday, December 31**

**Wednesday, January 01**

**Thursday, January 02**

Anch on every flight

**Friday, January 03**

travel to slope

(12)

**Saturday, January 04**

Debbie Newsham x6925
loppy one or one thing?

12.5

**Sunday, January 05**

Tracy @ CPAI  907-661-6504
D. Smythe

0102   (12)

# anuary 06 –
# a.uary 12

January 2003
S M T W T F S
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

February 2003
S M T W T F S
                    1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**Monday, January 06**

Call Charity – check on progress
– under estimated scope of work
needed to complete – also
working for Doug in town.

6–7
13 hours

**Tuesday, January 07**

IH program – get with Sam.
12 Hours

**Wednesday, January 08**

Answer Charity questions
office 12 hours

**Thursday, January 09**

office 12 hrs

**Friday, January 10**

office
12 hrs.

**Saturday, January 11**

Jay Root Review FRI 2:30–5:30
Cancelled

office 12 hrs.

**Sunday, January 12**

Bob Cannon / Jim Dickie
Coulson 7230

0103

January 13 –
January 19

January 2003
S M T W T F S
          1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

February 2003
S M T W T F S
                    1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

**Monday, January 13**

12 Hours.   PPF6
         file organization
       Don Chenault   Vegas

**Tuesday, January 14**

Home

12 Hours

**Wednesday, January 15**

**Thursday, January 16**

**Friday, January 17**

**Saturday, January 18**

**Sunday, January 19**

0104

# January 27 – February 02

|  | January 2003 | February 2003 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 | 1 |
|  | 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
|  | 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
|  | 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
|  | 26 27 28 29 30 31 | 23 24 25 26 27 28 |

**Monday, January 27**

**Tuesday, January 28**
(cloud doodle with illegible notes: "Bedroom & Part... for fire...")

**Wednesday, January 29**
Funeral

**Thursday, January 30**
Kentucky
Anch

**Friday, January 31**
1. Dale water Value shop 7730 — Charlie Newman
2. Selwa APC Anc — Drug test — Nina Dozzete
3. Charlie 7730
4. Light Duty shop foreman — Pat Holland

12

**Saturday, February 01**
Summarize Noise test Results for 624 fab shop – 624 mgmt – Open/Oick — Don Chenault

12

**Sunday, February 02**
Hang Samples in light duty shop VOC's 6am — Pat/Terry
8am STP SS welding
vnt. to A&C filters

14 hours

0105

# ebruary 03 –
# ebruary 09

|   | February 2003 | March 2003 |
|---|---|---|
|   | S M T W T F S | S M T W T F S |
|   |         1 |         1 |
|   | 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 |
|   | 9 10 11 12 13 14 15 | 9 10 11 12 13 14 15 |
|   | 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22 |
|   | 23 24 25 26 27 28 | 23 24 25 26 27 28 29 |
|   |   | 30 31 |

## Monday, February 03

Call Don Grey about Chris Briston

## Tuesday, February 04

Lonny Goldman – Dionamic scientific controls
702-571-8470

## Wednesday, February 05

Fit testing Respirators
5-am to 6:30 pm

Lead sampling info to PAI Again – Same story – awaiting 30 more samples. But analy at work Pictures!  13.5

## Thursday, February 06

Call Rick Anderson
Andrea Gillwater? – 5465
Gillmore?
Challis
Rod Kups to call Doug
Andy's B-Day.
12 Hours

## Friday, February 07

Doug Smith
Andi – where is he Now –
Michael Davis
Lars McDaniels called – told him to call Pat Holland about the work

## Saturday, February 08

Follow up w/ Don on Chris Briston –
Resp SOP
12.5 Hrs.

## Sunday, February 09

Chauncy on manual IH?? Sam –
12 hours

0106

# ebruary 10 -
# e_ruary 16

February 2003
S M T W T F S
                1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

March 2003
S M T W T F S
                1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, February 10**

Missing 3 days pay on 1st check for Jan. 28, 29, 30 so Marlene said she would put those days onto the next check so it would be for 10 days total.

Hrs for ½ dy field
½ dy
12.5 Hrs Total.

**Tuesday, February 11**

Change out go here

12

**Wednesday, February 12**

**Thursday, February 13**

**Friday, February 14**

**Saturday, February 15**

**Sunday, February 16**

0107

# February 24 – March 02

|   | February 2003 | March 2003 |
|---|---|---|
|   | S M T W T F S | S M T W T F S |
|   | 1 | 1 |
|   | 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 |
|   | 9 10 11 12 13 14 15 | 9 10 11 12 13 14 15 |
|   | 16 17 18 19 20 21 22 | 16 17 18 19 20 21 22 |
|   | 23 24 25 26 27 28 | 23 24 25 26 27 28 29 |
|   |   | 30 31 |

**Monday, February 24**

**Tuesday, February 25**

Shape travel Day
(12)

**Wednesday, February 26**

Shawn Hueth PM Billings
field sampling sheets. I.H.
406-255-793

* Time card - 3 days
* Bereavement Pay

12 Hours

**Thursday, February 27**

Bob Johnson NRC cleanup.
1-800-456-6003 PBI.
office IH (12)

**Friday, February 28**

Grant - x7267  Dale Norris/Scott Gale

Todd Christensen 04055
670-4055 Alpine.
office IH (12)

**Saturday, March 01**

call Day Smith back -
Guy - Injury - Report it? how?

12

**Sunday, March 02**

Lenny Goldman Dynamic Scientific
Cashy Foko - 0723        0108
                        12 Hours

# arch 03 –
# rch 09

March 2003 / April 2003

## Monday, March 03

Tom O'Bustan – Natlsco –
Office – 12 Hours.

## Tuesday, March 04

Check on 3 days Remount
Pay – where is it??
Dave Young 3204
worked from 6 – 6      12 Hrs.

## Wednesday, March 05

Welding ~~to~~ lenses –
#10  \
#11   > color shades.
#12  /
       Go to 13?
also need ANSI Z Rated cover.

## Thursday, March 06

Talk to Grant
Call TODD MAHL EXXON  Ells.com
Finished Report.        empty.net.
                        75-100k
12 Hrs                  659-9334

## Friday, March 07

Mike Davis – x 9334
Office & IH Sampling. –
        set up 12 Hours.
Heavy concentrations.

## Saturday, March 08

TODD MAHL – Return calls
Welding shop samples.

## Sunday, March 09

Light duty shop samples
Diesel?

0109

**March 10 - March 16**

March 2003 | April 2003

**Monday, March 10**

12 Hours in office

finished Both weld sample Reports.

**Tuesday, March 11**

change out day

**Wednesday, March 12**

**Thursday, March 13**

**Friday, March 14**

**Saturday, March 15**

**Sunday, March 16**

0110

arch 24 -
arch 30

March 2003
April 2003

**Monday, March 24**

**Thursday, March 27**

**Tuesday, March 25**

travel to slope

**Friday, March 28**

**Wednesday, March 26**

call Amy at listen Audiology.
say most Recent. Record

**Saturday, March 29**

**Sunday, March 30**

0111

# March 24 - March 30

March 2003
S M T W T F S
               1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

April 2003
S M T W T F S
      1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**Monday, March 24**

**Thursday, March 27**

**Tuesday, March 25**

travel to slope

**Friday, March 28**

**Wednesday, March 26**

call Amy at listen Audiology.
Say most Recent. Record

**Saturday, March 29**

**Sunday, March 30**

0112