# March 31 – April 06

March 2003
S M T W T F S
                1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

April 2003
S M T W T F S
      1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**Monday, March 31**

Paul Mathews
659-0366
IH program        12 Hrs

**Tuesday, April 01**

Sam up with me.
work on IH program
                  12 Hrs

**Wednesday, April 02**

IH program        12 Hrs

**Thursday, April 03**

Environmental program.
IH program
                  12 Hrs

**Friday, April 04**

Send samples to lab –
Determine what needs to be
sampled – Doug Smith
Sample for everything.
                  12 Hrs

**Saturday, April 05**

Ducker @ light shop need
Training for Bed truck Driver.
                  12 Hrs

**Sunday, April 06**

Los Landry PFT machine out till
Friday x 2087
                  12 Hrs

0113

# April 07 – April 13

April 2003 / May 2003

## Monday, April 07
Start – 6:00 AM  Quit 8:00 PM
**Last Day**  14 Hrs
meeting with Doug 5:30 to 8:00 pm
Laid off. <u>NO</u> warning!!

Doug let me know at 5:30 pm / Monday 4/7/03 that I was laid off. Will pay me 1 wk severance pay – official RIF'd date is 4/22/03

## Tuesday, April 08
Gather stuff and get off slope
1:30 flight from Kuparuk.

## Wednesday, April 09

## Thursday, April 10
Joel McAlister from PAI is to take over my position — ?

## Friday, April 11

## Saturday, April 12

## Sunday, April 13

0114

April 14 –
April 20

April 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

May 2003
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Monday, April 14

Thursday, April 17

Tuesday, April 15

Friday, April 18

Wednesday, April 16

Saturday, April 19

Sunday, April 20

0115

April 21 -
April 27

April 2003
May 2003

**Monday, April 21**

**Tuesday, April 22**
- Official Reduction in Force Date.
- Officially let me know I was Rifed.

**Wednesday, April 23**

**Thursday, April 24**

**Friday, April 25**

**Saturday, April 26**

**Sunday, April 27**

0116