WEEKLY TIME SHEET

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | |
|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | WEEK ENDING | 4/8/01 |
| CRAFT: | SAFETY SPECIALIST | | |
| JOB #: 2626 | LOCATION: KUPARUK | | |

| DATE | DAYS | | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | APPR # | FWR # | APC # | CODE | | | | | |
| 2-Apr | 1 | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 3-Apr | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 4-Apr | 1 | | | | 1 | | SAFETY SPECIALIST | | |
| 5-Apr | | | | | 1 | | SAFETY SPECIALIST | | |
| 6-Apr | | | | | | | SAFETY SPECIALIST | | |
| 7-Apr | | | | | | | SAFETY SPECIALIST | | |
| 8-Apr | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | | | 3 | | | | |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

TOTAL DAYS: 3

APC Natchiq

APC0058

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **4/29/01**

JOB #: **2626**

TOTAL DAYS **5**

| DATE | DAYS | APPR # | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
| | | | FWR # | AFC # | CODE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23-Apr | 1 | | | K84972 | 23STAF8VL | | SAFETY SPECIALIST | | |
| 24-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 29-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 5 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0059

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING: **5/4/01**

JOB #: **2626**

TOTAL DAYS: **5**

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | |
| 4/30 | 1 | | | | | | | |
| 28-Apr | 1 | | | K84972 | 23STAF8VL | | | |
| 29-Apr | 1 | | | | | | | |
| 5/0 | 1 | | | | | | | |
| 30-Apr | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 5/3 | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 1-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 5/4 | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 2-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 5/5 | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 3-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 5/6 | 1 | | | | | 1 | SAFETY SPECIALIST | |
| 4-May | 1 | | | | | 1 | SAFETY SPECIALIST | |
| TOTALS | 5 | | | | | 10 | | |

EMPLOYEE SIGNATURE: _(signed)_

SUPERVISOR APPROVAL: _(signed)_

APC0060

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SPECIALIST

**LOCATION:** KUPARUK

**WEEK ENDING:** 5/13/01

**JOB #:** 2626

| DATE | DAYS | APPR # | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FWR # | AFC # | CODE | | | | | |
| 5-May | 1 | | | K84972 | 23STAF8VL | | 1 | SAFETY SPECIALIST | | |
| 6-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 7-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 8-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 9-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 10-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| 11-May | 1 | | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | equip total |

**EMPLOYEE SIGNATURE:** (signed)

**SUPERVISOR APPROVAL:** (signed)

**TOTAL DAYS:** 7

APC0061

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **5/18/01**

CRAFT: **SAFETY SPECIALIST**

JOB #: **2626**   LOCATION: **KUPARUK**

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|---------------------------|---------------------|-------------|
| 14-May | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 15-May | 1 | | | '' | | 1 | SAFETY SPECIALIST | | |
| 16-May | 1 | | | '' | | 1 | SAFETY SPECIALIST | | |
| 17-May | 1 | | | '' | | | SAFETY SPECIALIST | | |
| 18-May | 1 | | | '' | | | SAFETY SPECIALIST | | |
| | | | | | | | SAFETY SPECIALIST | | |
| | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | | | | | | | | | equip total |

EMPLOYEE SIGNATURE   SUPERVISOR APPROVAL

TOTAL DAYS: 3

APC0062

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**WEEK ENDING:** 6/10/01
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**JOB #:** 2626

**TOTAL DAYS:** 5

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | Days Worked | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Jun | 1 | | | K84972 | 23STAF8VL | | | | SAFETY SPECIALIST | | | |
| 5-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 9-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 10-Jun | 1 | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 5 | | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE (signed)    SUPERVISOR APPROVAL (signed)

APC NATCHIQ

APC0063

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | | | | |
|---|---|---|---|---|---|---|
| EMPLOYEE NUMBER: | 6804 | | | WEEK ENDING | 6/17/01 | |
| CRAFT: | SAFETY SPECIALIST | | | | | |
| LOCATION: | KUPARUK | | | *Pay period starts Mon, ends Sun | | |

JOB # : 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | AFC # | CODE | | | | |
| 11-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | TOTAL DAYS | 7 |

EMPLOYEE SIGNAT...    SUPERVISOR APPROVAL

APC NANACHIQ

APC0064

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SPECIALIST
**LOCATION:** KUPARUK
**WEEK ENDING:** 1/27/02
**TOTAL DAYS:** 2

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-Jan | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 22-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 24-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 25-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 26-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| 27-Jan | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

equip total



EMPLOYEE NAME (PRINT): **JOHN D GILBERT**
EMPLOYEE NUMBER: **6804**
CRAFT: **SAFETY SUPERVISOR**
LOCATION: **KUPARUK**
WEEK ENDING: **2/17/02**
TOTAL DAYS: **6**

JOB #: **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Feb | 1 | | | | | | | SAFETY SPECIALIST | | |
| 12-Feb | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 13-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 17-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE
SUPERVISOR APPROVAL

APC 17

APC NATCHIQ

jlp total

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 2/24/02

**TOTAL DAYS** 7

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | AFC # | CODE | | | | | | |
| 18-Feb | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 19-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 20-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL


APC NATCHIQ

APC-116

WEEKLY TIME SHEET

APC NATCHIQ

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804   **WEEK ENDING** 3/3/02

**CRAFT:** SAFETY SUPERVISOR

**JOB #:** 2626   **LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

**TOTAL DAYS** 2

| DATE | DAYS | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | |
| 25-Feb | 1 | | | K84872 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 26-Feb | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Feb | | | | | | | | SAFETY SPECIALIST | | | |
| 28-Feb | | | | | | | | SAFETY SPECIALIST | | | |
| 1-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 2-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| 3-Mar | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | 1 total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APCL - 15

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**WEEK ENDING:** 3/17/2002

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Mar | X | | | | | | | | | | |
| 12-Mar | 1 | | | K84972 | 23STAFBVL | 1 | | SAFETY SPECIALIST | | | |
| 13-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 14-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 15-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 16-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 17-Mar | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTAL | 6 | | | | | | | | | | |

**EMPLOYEE SIGNATURE:** (signed)

**SUPERVISOR APPROVAL:** (signed)

**TOTAL DAYS:** 6

APC0114