**WEEKLY TIME SHEET**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**  WEEK ENDING **3/24/2002**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

*Pay period starts Mon, ends Sun

JOB #: **2626**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 18-Mar | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | | |
| 19-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 20-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 21-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 22-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 23-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| 24-Mar | 1 | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | |

EMPLOYEE SIGNATURE  SUPERVISOR APPROVAL

TOTAL DAYS **7**

equip total

APC0113

# WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**   WEEK ENDING **3/31/2002**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | CHARGE NUMBERS | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Mar | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | | |
| 26-Mar | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 27-Mar | | | | | | | | | SAFETY SPECIALIST | | | |
| 28-Mar | | | | | | | | | SAFETY SPECIALIST | | | |
| 29-Mar | | | | | | | | | SAFETY SPECIALIST | | | |
| 30-Mar | | | | | | | | | SAFETY SPECIALIST | | | |
| 31-Mar | | | | | | | | | SAFETY SPECIALIST | | | |
| TOTAL | 2 | | | | | | | | | | | |

TOTAL DAYS: **2**

EMPLOYEE SIGNATURE (signed)   SUPERVISOR APPROVAL (signed)

APC0112

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 6804
**CRAFT:** SAFETY SUPERVISOR
**JOB #:** 2626
**LOCATION:** KUPARUK
**WEEK ENDING** 4/14/2002
*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 6

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Apr | X | | | | | | | | | |
| 9-Apr | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 10-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Apr | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | |

EMPLOYEE SIGNATURE: *(signed)*
SUPERVISOR APPROVAL: *(signed)*

APC0111

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: 6804

CRAFT: SAFETY SUPERVISOR

LOCATION: KUPARUK

WEEK ENDING 4/21/2002

*Pay period starts Mon, ends Sun

JOB #: 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|----------------|--|--|-------------|---------------------------|---------|------------|-------------|
| | | | | APC # | CODE | | | | | | |
| 15-Apr | 1 | | | K84972 | 23STAF8VL | | 1 | SAFETY SPECIALIST | | | |
| 16-Apr | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| ~~17-Apr~~ | | | | | | | | SAFETY SPECIALIST | | | |
| ~~18-Apr~~ | | | | | | | | SAFETY SPECIALIST | | | |
| ~~19-Apr~~ | | | | | | | | SAFETY SPECIALIST | | | |
| ~~20-Apr~~ | | | | | | | | SAFETY SPECIALIST | | | |
| ~~21-Apr~~ | | | | | | | | SAFETY SPECIALIST | | | |
| TOTALS | 2 | | | | | | | | | | |

APCC.. 0

EMPLOYEE SIGNATURE    SUPERVISOR APPROVAL

TOTAL DAYS: 2

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING:** 5/12/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AFC # | CODE | | | | | | | |
| | | | | K84972 | 23STAF8VL | | | | | | | |
| 6-May | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 8-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 9-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 10-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 11-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 12-May | 1 | | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTAL | 6 | | | | | | | | | | | |

(6-May crossed out with X)

**EMPLOYEE SIGNATURE:** [signed]

**SUPERVISOR APPROVAL:** [signed]

**TOTAL DAYS:** 6

equip total:

APC0109

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 5/19/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CHARGE NUMBERS CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-May | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 14-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 15-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 16-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 17-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 18-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 19-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

**TOTAL DAYS:** 7

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0108

WEEKLY TIME SHEET

APC NATCHIQ

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SUPERVISOR**

LOCATION: **KUPARUK**

WEEK ENDING **5/26/2002**

TOTAL DAYS: **2**

*Pay period starts Mon, ends Sun

JOB #: **2626**

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 20-May | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 21-May | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 22-May | | | | | | | | SAFETY SPECIALIST | | |
| 23-May | | | | | | | | SAFETY SPECIALIST | | |
| 24-May | | | | | | | | SAFETY SPECIALIST | | |
| 25-May | | | | | | | | SAFETY SPECIALIST | | |
| 26-May | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0107

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 6/9/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jun | | | | K84972 | 23STAF8VL | | | | | SAFETY SPECIALIST | | |
| 4-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| 5-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| 6-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| 7-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Jun | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | | | |

**TOTAL DAYS** 6

EMPLOYEE SIGNATURE
SUPERVISOR APPROVAL

APC0106
equip total

ᴬᴾᶜ NANA/CHIQ

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 6804

**CRAFT:** SAFETY SUPERVISOR

**LOCATION:** KUPARUK

**WEEK ENDING** 6/16/2002

**JOB #:** 2626

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

| DATE | DAYS | | | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 10-Jun | 1 | | | K84972 | 23STAF8VL | | 1 | | SAFETY SPECIALIST | | |
| 11-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 15-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| 16-Jun | 1 | | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | | | jlp total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0105

APC NATCHIQ

WEEKLY TIME SHEET

**APACHIQ**

| EMPLOYEE NAME (PRINT): | JOHN D GILBERT | | WEEK ENDING | 6/23/2002 |
|---|---|---|---|---|
| EMPLOYEE NUMBER: | 78480 | | | |
| CRAFT: | SAFETY SUPERVISOR | | | |

JOB #: 2626    LOCATION: KUPARUK    *Pay period starts Mon, ends Sun

| DATE | DAYS | CHARGE NUMBERS | | | | Location | Work Description | Equip # Equip Desc | Equip Hours |
|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | Days Worked | | | |
| 17-Jun | 1 | | | | | | SAFETY SPECIALIST | | |
| 18-Jun | 1 | | | C K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 19-Jun | | | | | | | SAFETY SPECIALIST | | |
| 20-Jun | | | | | | | SAFETY SPECIALIST | | |
| 21-Jun | | | | | | | SAFETY SPECIALIST | | |
| 22-Jun | | | | | | | SAFETY SPECIALIST | | |
| 23-Jun | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | 1 | | | |

EMPLOYEE SIGNATURE    SUPERVISOR APPROVAL

TOTAL DAYS: 2

APC0104

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**   WEEK ENDING **6/24/01**

LOCATION: **KUPARUK**

*Pay period starts Mon, ends Sun

JOB #: **2626**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-Jun | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 19-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 20-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 21-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 22-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 23-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 24-Jun | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNAT.   SUPERVISOR APPROVAL

TOTAL DAYS **7**

APC0065