WEEKLY TIME SHEET

APC MONHIQ

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **9/16/01**

*Pay period starts Mon, ends Sun

JOB # : **2626**

TOTAL DAYS

**7**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| | | | | CHARGE NUMBERS | | | | | |
| 10-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 11-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 13-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 14-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 15-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 16-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATURE _____ —

SUPERVISOR APPROVAL _____

APC0073



APC0066

APCHQ PATCHICO

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **7/1/01**

TOTAL DAYS **3**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location / WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|-----------------------------|---------------------|-------------|
| 25-Jun | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 26-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Jun | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Jun | | | | | | | SAFETY SPECIALIST | | |
| 29-Jun | | | | | | | SAFETY SPECIALIST | | |
| 30-Jun | | | | | | | SAFETY SPECIALIST | | |
| 1-Jul | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | :: | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0067

APC NATCHIQ

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **7/22/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS **5**

| DATE | DAYS | CHARGE NUMBERS APPR # | CHARGE NUMBERS FWR # | CHARGE NUMBERS AFC # | CHARGE NUMBERS CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|------|------|------|------|------|------|------|------|
| 16-Jul | | | | K84972 | 23STAF8VL | | SAFETY SPECIALIST | | |
| 17-Jul | | | | | | | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 5 | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

JOB #: 2626

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **7/29/01**

*Pay period starts Mon, ends Sun

**APC** MAGIC

TOTAL DAYS

**7**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|---------------------------|-------------------|-------------|
| 23-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 24-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 29-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | 90.10 total |

EMPLOYEE SIGNAT.

SUPERVISOR APPROVAL



APC0068

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **8/5/01**

APC NANA

*Pay period starts Mon, ends Sun

TOTAL DAYS **7**

JOB #: **2626**

| DATE | DAYS | CHARGE NUMBERS | | | | | | | Days | Location | | EQUIP | |
| | | APPR # | FWR # | AFC # | CODE | | | | WORKED | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS | |
| 30-Jul | 1 | | | K84972 | 23STAF8VL | | | | 1 | SAFETY SPECIALIST | | | |
| 31-Jul | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| 1-Aug | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| 2-Aug | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| 3-Aug | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| 4-Aug | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| 5-Aug | 1 | | | | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | — | | | | | | | eq'p, total | |

EMPLOYEE SIGNATU. —

SUPERVISOR APPROVAL

APC0069

WEEKLY TIME SHEET

**APC NANA**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **8/12/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS **3**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|--------------------|-------------|
| 6-Aug | 1 | | | K84972 | 23ST AF8VL | 1 | SAFETY SPECIALIST | | |
| 7-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Aug | | | | | | 1 | SAFETY SPECIALIST | | |
| 10-Aug | | | | | | | SAFETY SPECIALIST | | |
| 11-Aug | | | | | | | SAFETY SPECIALIST | | |
| 12-Aug | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 3 | | | | | | | | equip total |

CHARGE NUMBERS

EMPLOYEE SIGNATL.

SUPERVISOR APPROVAL.

APC0070

WEEKLY TIME SHEET

**APC** NORDIC

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **9/2/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS **6**

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 27-Aug | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 28-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 29-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 30-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 31-Aug | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 1-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 2-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | = | | | | | | equip total |

EMPLOYEE SIGNAT.

SUPERVISOR APPROVAL

APC0071

WEEKLY TIME SHEET

APC NORDIC

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

WEEK ENDING **9/9/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS **7**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|---------------------------|-------------------|-------------|
| 3-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 4-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 5-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 6-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 7-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | |

CHARGE NUMBERS

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

e...p total

APC0072

WEEKLY TIME SHEET

**APC NORTHIO**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **9/23/01**

*Pay period starts Mon, ends Sun

TOTAL DAYS **2**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location / WORK DESCRIPTION | EQUIP # / EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------------------------|----------------------|-------------|
| | | | | CHARGE NUMBERS | | | | | |
| 17-Sep | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 18-Sep | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Sep | | | | | | | SAFETY SPECIALIST | | |
| 20-Sep | | | | | | | SAFETY SPECIALIST | | |
| 21-Sep | | | | | | | SAFETY SPECIALIST | | |
| 22-Sep | | | | | | | SAFETY SPECIALIST | | |
| 23-Sep | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | equip total |

EMPLOYEE SIGNATU.



SUPERVISOR APPROVAL

APC0074

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

WEEK ENDING **10/14/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

*Pay period starts Mon, ends Sun

APC NORTCHIQ

TOTAL DAYS: **6**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| 8-Oct | | | | K84972 | 23STAFBVL | | | SAFETY SPECIALIST | | |
| 9-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 10-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 11-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 12-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 13-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 14-Oct | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0075

WEEKLY TIME SHEET

APC NATCHIQ

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **10/21/01**

TOTAL DAYS **7**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWK # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------------|-------------------|-------------|
| 15-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 16-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 18-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 20-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | |

EMPLOYEE SIGNAT.

SUPERVISOR APPROVAL

e___ total

APC0076