WEEKLY TIME SHEET

apc Natchiq

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

JOB #: **2626**

LOCATION: **KUPARUK**

WEEK ENDING **10/28/01**

TOTAL DAYS **7**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| 22-Oct | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 23-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 26-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 27-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 28-Oct | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | 6. ø total |

EMPLOYEE SIGNAT

SUPERVISOR APPROVAL

APC0077

WEEKLY TIME SHEET

**APC NORTHIQ**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **11/4/01**

*Pay period starts Mon, ends Sun

JOB #: **2626**

TOTAL DAYS **2**

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|------------------|-------------------|-------------|
| 29-Oct | 1 | | | | | | | SAFETY SPECIALIST | | |
| 30-Oct | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | |
| 31-Oct | | | | | | | | SAFETY SPECIALIST | | |
| 1-Nov | | | | | | 1 | | SAFETY SPECIALIST | | |
| 2-Nov | | | | | | | | SAFETY SPECIALIST | | |
| 3-Nov | | | | | | | | SAFETY SPECIALIST | | |
| 4-Nov | | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | | total |

EMPLOYEE SIGNAT'L.

SUPERVISOR APPROVAL

APC0078

WEEKLY TIME SHEET

**APC NANA**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

WEEK ENDING **11/25/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

TOTAL DAYS **6**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| 19-Nov | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 20-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 21-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 22-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 23-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 24-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 25-Nov | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 6 | | | | | | | | equip total |

EMPLOYEE SIGNATL.

SUPERVISOR APPROVAL

WEEKLY TIME SHEET

**APC NAtchiq**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

WEEK ENDING **12/2/01**

JOB # : **2626**

*Pay period starts Mon, ends Sun

TOTAL DAYS **7**

| DATE | DAYS | APPR # | FWR # | CHARGE NUMBERS | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-----|-----|-----|------|------|------|------|------|
| | | | | AFC # | CODE | | | | | | |
| 26-Nov | 1 | | | KB4972 | 23STAFBVL | | 1 | SAFETY SPECIALIST | | | |
| 27-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 28-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 29-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 30-Nov | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 1-Dec | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| 2-Dec | 1 | | | | | | 1 | SAFETY SPECIALIST | | | |
| TOTALS | 7 | | | | | | | | | | |

EMPLOYEE SIGNAT'L. _____

SUPERVISOR APPROVAL _____

equip total

APC0080

WEEKLY TIME SHEET

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **12/9/01**

*Pay period starts Mon, ends Sun

**APC NABCHIO**

TOTAL DAYS **7**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| 3-Dec | 1 | | | K84972 | 23STAF9VL | 1 | SAFETY SPECIALIST | | |
| 4-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 5-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 6-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 7-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 8-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 9-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| TOTALS | 7 | | | | | | | | equip total |

EMPLOYEE SIGNATU...

SUPERVISOR APPROVAL

APC0081

WEEKLY TIME SHEET

**APC NABORS**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

WEEK ENDING **12/16/01**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

*Pay period starts Mon, ends Sun

TOTAL DAYS **2**

| DATE | DAYS | APPR # | FWR # | AFC # | CODE | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|--------------------------|-------------------|-------------|
| 10-Dec | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 11-Dec | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 12-Dec | | | | | | | SAFETY SPECIALIST | | |
| 13-Dec | | | | | | | SAFETY SPECIALIST | | |
| 14-Dec | | | | | | | SAFETY SPECIALIST | | |
| 15-Dec | | | | | | | SAFETY SPECIALIST | | |
| 16-Dec | | | | | | | SAFETY SPECIALIST | | |
| TOTALS | 2 | | | | | | | | equp total |

EMPLOYEE SIGNATU..  

SUPERVISOR APPROVAL

APC0082

WEEKLY TIME SHEET

**APC NATCHIQ**

EMPLOYEE NAME (PRINT): **JOHN D GILBERT**

EMPLOYEE NUMBER: **6804**

CRAFT: **SAFETY SPECIALIST**

LOCATION: **KUPARUK**

JOB # : **2626**

WEEK ENDING **1/6/02**

TOTAL DAYS **4**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPR # | PWR # | AFC # | CODE | Days WORKED | Location | WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--------|-------|-------|------|-------------|----------|-----------------|-------------------|-------------|
| 31-Dec | | | | KB4972 | 23STAF8VL | | | SAFETY SPECIALIST | | |
| 1-Jan | | | | | | | | SAFETY SPECIALIST | | |
| 2-Jan | | | | | | | | SAFETY SPECIALIST | | |
| 3-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 4-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 5-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| 6-Jan | 1 | | | | | 1 | | SAFETY SPECIALIST | | |
| TOTALS | 4 | | | | | | | | | equip total |

EMPLOYEE SIGNATURE

SUPERVISOR APPROVAL

APC0083

| | | | | | |
|---|---|---|---|---|---|
| **JOHN D GILBERT** | | | | | |
| Employee ID | 7480 | Job No. | 626 | DBA Emp ID | 7480 |
| First Name | JOHN D | Last Name | GILBERT | | |
| Status | 4 | Supervisor | SMITH, DOUG L | Man Day | 10.0 |
| Sex | Male | Alternate | | Craft Code | 17900J |
| Hire Date | 1/30/2001 | GM Responsible | S | Pay Type | Daily |
| Terminated | 4/22/2003 | Safety Group | STAFF | Emp. Rate | $47.50 |
| Rehired | | Work Dept | STAF | Subsistence | ☐ |
| Minority | 1 | Work Phone | (907) 659-7435 | | |
| Handicapped | No | Pager | 298 | Email Address | n1102@conocophillips.co |
| Veteran | ☐ | Mobile Phone | | Radio Call # | |
| Vet Date | | Fax | (907) 659-7207 | Badge No | |
| | | Personable | | | |
| 2 | | | | | |

1/13/03 to 4/22/03 ?

Need



APC0085

WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): **John D. Gilbert**   DATE   **1/12/2003**
Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

*Pay period starts Mon, ends Sun

TOTALS **7.0**

| DATE | DAYS | | | | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|------|------|--|--|--|--|--|--|--|--|
| 1/6 | 1 | | | | | | | | |
| 1/7 | 1 | | | | | | | | |
| 1/8 | 1 | | | | | | | | |
| 1/9 | 1 | | | | | Safety & IH | | | |
| 1/10 | 1 | | | | | | | | |
| 1/11 | 1 | | | | | | | | |
| 1/12 | 1 | | | | | | | | |
| TOTALS | 7 | | | | | | | | |

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE-requires task

CRO4972
1943955

APPROVER UNIVERSAL ID: JHARVIL

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP TO
GILBERT Timesheet.xls

1/3/2003 1:37 AM

APC0086

WEEKLY DAY RATE TIMECARD

**APC NABORS**

EMPLOYEE NAME (PRINT): **John D. Gilbert**    DATE: 1/5/2003

Week Ending Date: 1/5/2003

EMPLOYEE NUMBER: 7480

CRAFT: **Safety & IH**

LOCATION: **KUPARUK**

JOB #: **2626**

*Pay period starts Mon, ends Sun

| DATE | DAYS | APPROVER UNIVERSAL ID | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE | EQUIP # | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 12/30 | | JHARVIL | | | | | |
| 12/31 | | | | | | | |
| 1/1 | | | | | | | |
| 1/2 | 1 | | | Safety & IH | | | |
| 1/3 | 1 | | | | | | |
| 1/4 | 1 | | | | | | |
| 1/5 | | | | | | | |
| **TOTALS** | **3** | | | | | | **3.0** |

DESCRIPTION OF WORK / EQUIP DESC

TOTALS: 3.0

COST CENTER - starts w/ CA
INTERNAL ORDER - starts w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

1943955

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP *

1/3/2003 11:56 AM    GILBERT Timesheet.xls

APC0087



WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): **John D. Gilbert**    DATE

Week Ending Date: **12/15/2002**

EMPLOYEE NUMBER: **7480**

CRAFT: **Safety & IH**

LOCATION: **KUPARUK**

*Pay period starts Mon, ends Sun

JOB #: **2626**

APPROVER UNIVERSAL ID: **JHARVIL**

| DATE | DAYS | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pin task<br>NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / wall #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP #<br>EQUIP DISC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 12/9 | 1 | CK84972 | | Safety & IH | | | |
| 12/10 | 1 | | | | | | |
| 12/11 | 1 | | | | | | |
| 12/12 | 1 | | | | | | |
| 12/13 | 1 | | | | | | |
| 12/14 | 1 | | | | | | |
| 12/15 | 1 | | | | | | |
| TOTALS | 7 | | | | | | |

TOTALS: **7.0**

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE    EQUIP    L.

(GILBERT) John D.    (GILBERT) John D.

12/17/2002 10:46 AM    LS

GILBERT Timesheet.xls