# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE    Week Ending Date 12/8/2002

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE - requires task | PM or NETWORK TASK | Location / well #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 12/2 | 1 | CK84972 | | Safety & IH | | | |
| 12/3 | 1 | | | | | | |
| 12/4 | 1 | | | | | | |
| 12/5 | 1 | | | | | | |
| 12/6 | 1 | | | | | | |
| 12/7 | 1 | | | | | | |
| 12/8 | | | | | | | |
| TOTALS | 6 | | | | | TOTALS | 6.0 |

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP TOTAL

APC00088

GILBERT

APC0089

**WEEKLY DAY RATE TIMECARD**

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 11/24/2002   APC NATCHIQ

Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

| DATE | DAYS | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE-requires task | PM or<br>NETWORK<br>TASK | Location / well #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP #<br>EQUIP DESC | EQUIP<br>HOURS |
|---|---|---|---|---|---|---|---|
| 11/18 | 1 | CK84972 | | Safety & IH | | | |
| 11/19 | 1 | | | | | | |
| 11/20 | | | | | | | |
| 11/21 | | | | | | | |
| 11/22 | | | | | | | |
| 11/23 | | | | | | | |
| 11/24 | | | | | | | |
| TOTALS | 2 | | | | | | |

*Pay period starts Mon, ends Sun*

TOTALS 2.0

APPROVER UNIVERSAL ID: JHARVIL

EMPLOYEE SIGNATURE   SUPERVISOR SIGNATURE

EQUIP T -
GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE:** 11/17/2002  Week Ending Date

**EMPLOYEE NUMBER:** 7480
**CRAFT:** Safety & IH
**LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE -requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DATG ACTIVITY CODE | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 11/11 | 1 | JHARVIL | CK84972 | Safety & IH | | | | |
| 11/12 | 1 | | | | | | | |
| 11/13 | 1 | | | | | | | |
| 11/14 | 1 | | | | | | | |
| 11/15 | 1 | | | | | | | |
| 11/16 | 1 | | | | | | | |
| 11/17 | 1 | | | | | | | |
| TOTALS | 7 | | | | | | TOTALS | 7.0 |

**APPROVER UNIVERSAL ID**

EMPLOYEE SIGNATURE (signed)

SUPERVISOR SIGNATURE (signed)

EQUIP

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 11/10/2002 Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun.

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 11/4 | 1 | CK84972 | | Safety & IH | | | |
| 11/5 | 1 | | | | | | |
| 11/6 | 1 | | | | | | |
| 11/7 | 1 | | | | | | |
| 11/8 | 1 | | | | | | |
| 11/9 | 1 | | | | | | |
| 11/10 | 1 | | | | | | |
| TOTALS | 6 | | | | | TOTALS | 6.0 |

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

EQUIP TOTAL

APC0091

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert       DATE       Week Ending Date 10/20/2002

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626       APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 10/14 | 1 | CK84972 | | Safety & IH | | | |
| 10/15 | 1 | | | | | | |
| 10/16 | | | | | | | |
| 10/17 | | | | | | | |
| 10/18 | | | | | | | |
| 10/19 | | | | | | | |
| 10/20 | | | | | | | |
| TOTALS | 2 | | | | | TOTALS | 2.0 |

EMPLOYEE SIGNATURE: [signed]      SUPERVISOR SIGNATURE: [signed]

EQUIP #:

APC0092
10/22/2002 7:19 AM
GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE: 10/13/2002 Week Ending Date

EMPLOYEE NUMBER: 7480

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

*Pay period starts Mon, ends Sun

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DRLG ACTIVITY CODE DESCRIPTION OF WORK | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 10/7 | 1 | CK84972 | | Safety & IH | | |
| 10/8 | 1 | | | | | |
| 10/9 | 1 | | | | | |
| 10/10 | 1 | | | | | |
| 10/11 | 1 | | | | | |
| 10/12 | 1 | | | | | |
| 10/13 | 1 | | | | | |
| TOTALS | 7 | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

APC0093

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE    Week Ending Date 10/6/2002

EMPLOYEE NUMBER: 7804

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

*Pay period starts Mon, ends Sun

| DATE | DAYS | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 9/30 | 1 | CK84972 | Safety & IH | | | |
| 10/1 | 1 | | | | | |
| 10/2 | 1 | | | | | |
| 10/3 | 1 | | | | | |
| 10/4 | 1 | | | | | |
| 10/5 | 1 | | | | | |
| 10/6 | 1 | | | | | |
| TOTALS | 6 | | | | | |

TOTALS: 6.0

EMPLOYEE SIGNATURE

SUPERVISOR SIGNATURE

APC0094

GILBERT Timesheet.xls

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE** 9/22/2002 Week Ending Date

**EMPLOYEE NUMBER:**

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

*Pay period starts Mon, ends Sun*

**JOB #:** 2626

**APPROVER UNIVERSAL ID:** JHARVIL   CK84972

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

| DATE | DAYS | PM or NETWORK TASK | DRLG ACTIVITY CODE | Location / well # DESCRIPTION OF WORK | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|
| 9/16 | 1 | | | Safety & IH | | |
| 9/17 | 1 | | | | | |
| 9/18 | | | | | | |
| 9/19 | | | | | | |
| 9/20 | | | | | | |
| 9/21 | | | | | | |
| 9/22 | | | | | | |
| TOTALS | 2 | | | | TOTALS | 2.0 |

**EMPLOYEE SIGNATURE**

**SUPERVISOR SIGNATURE**

APC0095
9/4/2007 AM
GILBERT Tim...eet.xls
EQUIP TO...