# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert   DATE 9/15/2002   Week Ending Date

EMPLOYEE NUMBER: 7804-7486

CRAFT: Safety & IH

LOCATION: KUPARUK

*Pay period starts Mon, ends Sun

JOB #: 2626

| DATE | DAYS | APPROVER UNIVERSAL ID | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK DRLG ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 9/9 | 1 | JHARVIL | CK84972 | | Safety & IH | | |
| 9/10 | 1 | | | | | | |
| 9/11 | 1 | | | | | | |
| 9/12 | 1 | | | | | | |
| 9/13 | 1 | | | | | | |
| 9/14 | 1 | | | | | | |
| 9/15 | 1 | | | | | | |
| TOTALS | 7 | | | | | TOTALS | 7.0 |

EMPLOYEE SIGNATURE: [signed]

SUPERVISOR SIGNATURE: [signed]

EQUIP TOTAL

APC0096

GILBERT TI  teet.xls

# WEEKLY DAY RATE TIMECARD

EMPLOYEE NAME (PRINT): John D. Gilbert    DATE    Week Ending Date 9/8/2002

APC NAICHIQ

EMPLOYEE NUMBER: 7804
CRAFT: Safety & IH
LOCATION: KUPARUK

JOB #: 2626
APPROVER UNIVERSAL ID: JHARVIL

COST CENTER - starts w/ CA
INTERNAL ORDER - start w/ C (no A)
WBS - starts w/ WC
PM ORDER - requires pm task
NETWORK ACTIVITY CODE - requires task

CK84972

*Pay period starts Mon, ends Sun

| DATE | DAYS | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE | DESCRIPTION OF WORK | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|
| 9/2 | X |  |  |  |  |  |  |  |
| 9/3 | 1 |  |  |  |  |  |  |  |
| 9/4 | 1 |  |  |  |  |  |  |  |
| 9/5 | 1 |  | Safety & IH |  |  |  |  |  |
| 9/6 | 1 |  |  |  |  |  |  |  |
| 9/7 | 1 |  |  |  |  |  |  |  |
| 9/8 | 1 |  |  |  |  |  |  |  |
| TOTALS | 6 |  |  |  |  |  |  | 6.0 |

EMPLOYEE SIGNATURE    SUPERVISOR SIGNATURE

TOTALS: 6.0

APC0097

9/4/2002 9:45 AM    GILBERT Timesheet.xls

WEEKLY DAY RATE TIMECARD

APC NATCHIQ

EMPLOYEE NAME (PRINT): John D. Gilbert     DATE [signature]     Week Ending Date: 8/25/2002

EMPLOYEE NUMBER: 7904

CRAFT: Safety & IH

LOCATION: KUPARUK

JOB #: 2626

| DATE | DAYS | COST CENTER - starts w/ CA<br>INTERNAL ORDER - start w/ C (no A)<br>WBS - starts w/ WC<br>PM ORDER - requires pm task<br>NETWORK ACTIVITY CODE-requires task | PM or NETWORK TASK | Location / well #<br>DESCRIPTION OF WORK | DRLG ACTIVITY CODE | EQUIP #<br>EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 8/19 | 1 | | CK84972 | Safety & IH | | | |
| 8/20 | 1 | | | | | | |
| 8/21 | | | | | | | |
| 8/22 | | | | | | | |
| 8/23 | | | | | | | |
| 8/24 | | | | | | | |
| 8/25 | | | | | | | |
| TOTALS | 2 | | | | | TOTALS | 2.0 |

APPROVER UNIVERSAL ID: JHARVIL

EMPLOYEE SIGNATURE [signature]     SUPERVISOR SIGNATURE [signature]     EQUIP TOTAL

*Pay period starts Mon, ends Sun

APC0098

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  
**DATE:** 8/18/2002  
**EMPLOYEE NUMBER:** 7480  
**Week Ending Date:** 8/18/2002  
**CRAFT:** Safety & IH  
**LOCATION:** KUPARUK  

*Pay period starts Mon, ends Sun

**JOB #:** 2626  
**APPROVER UNIVERSAL ID:** JHARVIL

| DATE | DAYS | COST CENTER / INTERNAL ORDER / WBS / PM ORDER / NETWORK ACTIVITY CODE | PM or NETWORK TASK | Location / well # | DRLG ACTIVITY CODE | DESCRIPTION OF WORK | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| 8/12 | 1 | CK84972 | | | | Safety & IH | | | |
| 8/13 | 1 | | | | | | | | |
| 8/14 | 1 | | | | | | | | |
| 8/15 | 1 | | | | | | | | |
| 8/16 | 1 | | | | | | | | |
| 8/17 | 1 | | | | | | | | |
| 8/18 | 1 | | | | | | | | |
| **TOTALS** | **7** | | | | | | | **TOTALS** | **7.0** |

EMPLOYEE SIGNATURE  
SUPERVISOR SIGNATURE  
EQUIP:

APC0099

# WEEKLY DAY RATE TIMECARD

**EMPLOYEE NAME (PRINT):** John D. Gilbert  **DATE** _____  **Week Ending Date** 8/11/2002

**EMPLOYEE NUMBER:** 78463 (signature)

**CRAFT:** Safety & IH

**LOCATION:** KUPARUK

**JOB #:** 2626

*Pay period starts Mon, ends Sun*

| DATE | DAYS | COST CENTER - starts w/ CA / INTERNAL ORDER - start w/ C (no A) / WBS - starts w/ WC / PM ORDER - requires pm task / NETWORK ACTIVITY CODE - requires task | PM or NETWORK TASK | Location / well # DESCRIPTION OF WORK | ORLQ ACTIVITY CODE | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|
| 8/5 | 1 | CK84972 | | Safety & IH | | | |
| 8/6 | 1 | | | | | | |
| 8/7 | 1 | | | | | | |
| 8/8 | 1 | | | | | | |
| 8/9 | 1 | | | | | | |
| 8/10 | 1 | | | | | | |
| 8/11 | 1 | | | | | | |
| **TOTALS** | **6** | | | | | **TOTALS** | **6.0** |

**APPROVER UNIVERSAL ID:** JHARVIL

**EMPLOYEE SIGNATURE:** (signed)

**SUPERVISOR SIGNATURE:** (signed)

**EQUIP TOTAL:** _____

APC NANCHIQ

APC00100
8/7/2002 6:19 AM

WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 74180
**CRAFT:** SAFETY & IH
**JOB #:** 2626
**LOCATION:** KUPARUK
**WEEK ENDING** 7/21/2002

*Pay period starts Mon, ends Sun

APQ NATCHIQ

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location WORK DESCRIPTION | EQUIP # EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | |
| 15-Jul | 1 | | | K84972 | 23STAF8VL | 1 | SAFETY SPECIALIST | | |
| 16-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 17-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 18-Jul | 1 | | | | | 1 | SAFETY SPECIALIST | | |
| 19-Jul | | | | | | | SAFETY SPECIALIST | | |
| 20-Jul | | | | | | | SAFETY SPECIALIST | | |
| 21-Jul | | | | | | | SAFETY SPECIALIST | | |
| TOTAL | 4 | | | | | | | | |

**TOTAL DAYS:** 4

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL:

APC0101

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT
**EMPLOYEE NUMBER:** 7480
**CRAFT:** SAFETY & IH
**LOCATION:** KUPARUK
**JOB #:** 2626
**WEEK ENDING:** 7/14/2002

*Pay period starts Mon, ends Sun

**TOTAL DAYS:** 7

| DATE | DAYS | CHARGE NUMBERS | | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | APPR # | FWR # | AFC # | CODE | | | | | | |
| 8-Jul | 1 | | | K84972 | 23STAF8VL | 1 | | SAFETY SPECIALIST | | | |
| 9-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 10-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 11-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 12-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 13-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| 14-Jul | 1 | | | | | 1 | | SAFETY SPECIALIST | | | |
| TOTAL | 7 | | | | | | | | | | |

EMPLOYEE SIGNATURE: [signed]
SUPERVISOR APPROVAL: [signed]

APC0102

equip total

# WEEKLY TIME SHEET

**EMPLOYEE NAME (PRINT):** JOHN D GILBERT

**EMPLOYEE NUMBER:** 74470

**CRAFT:** SAFETY & IH

**LOCATION:** KUPARUK

**WEEK ENDING** 7/7/2002

*Pay period starts Mon, ends Sun

**JOB #:** 2626

| DATE | DAYS | APPR # | FWA # | AFC # | CODE | CHARGE NUMBERS | | | Days WORKED | Location | WORK DESCRIPTION | EQUIP # | EQUIP DESC | EQUIP HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jul | 1 | | | K84972 | 23STAF8VL | | | | 1 | | SAFETY SPECIALIST | | | |
| 2-Jul | 1 | | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 3-Jul | 1 | | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 4-Jul | 1 | | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 5-Jul | 1 | | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 6-Jul | 1 | | | | | | | | 1 | | SAFETY SPECIALIST | | | |
| 7-Jul | | | | | | | | | | | | | | |
| TOTALS | 6 | | | | | | | | | | | | | |

**TOTAL DAYS** 6

EMPLOYEE SIGNATURE

APC0103