**COMPREHENSION SKILLS:**
Ability to read and comprehend ARCO/BP Alaska Safety handbook. Ability to work with material requests, receipts, bill of lading, shipping and receiving documentation, spreadsheets, reports, etc. Ability to solve practical problems and deal with a variety of shifting variables. Ability to interpret a variety of instructions furnished in written, oral, diagram or schedule form.

**MATHEMATICAL SKILLS:**
Ability to ad, subtract, multiply and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to appply concepts such as fractions, percentages, ratios and proportions to practical situations.

**CERTIFICATIONS, LICENSES, REGISTRATIONS:(PRE-REQUISITE FOR HIRE)**
A valid drivers license and MAPTS 16hr Oilfield health and safety training are required for employment in this position. OSHA requires that all foreman and supervisory personnel hold current certification in Red Cross CPR and First Aid..

**ERGONOMICS STATEMENT:**
This position requires a candidate to be exposed to the Arctic work environment, incorporates cold related hazards and an employee may encounter other hazards in his/her day-to-day activities.

# ALASKA PETROLEUM CONTRACTORS, INC.

## NOTICE OF WAGE PAYMENTS

Date:_____

Employee Name:_____
                       (Print)

In accordance with Alaska Statute, AS 23.05.160, (Notice of Wage Payments), this is to advise you that your established pay rate is $_____. If you are an employee paid on a day rate, you minimum each week will be $_____ provided there are no deductions for reasons permitted under applicable state or federal law. Your place of payment will be as elected in either Option 1 or 2 below. Check one:

_____ Option 1:    Automatic Payroll Deposit Authorization (payroll posts to your account each Friday). The Authorization form must be completed.

_____ Option 2:    Work Site (receive payroll check each Friday).

I have read and understand the above information. I further understand that a copy of this form will be provided to me once it has been signed by both parties.

_____                      _____
Employee Signature                                              Date

_____                      _____
Witness Signature                                               Date

A Subsidiary of Arctic Slope Regional Corporation
6700 Arctic Spur Road * Anchorage, Alaska 99518-1550 * (907) 344-5757 * FAX: (907) 267-3190

# Roles and Responsibilities Form

Position Title __MATERIALS SUPERVISOR / APC__

**What is our role?**
Manage the Warehouse inventory of all stocked material. i.e. Random and Cycle counts. Responsible for accurate receipting and distribution of all material. Responsible for maintaining a competent Contract Materials work force. Oversee the Safety Program for the Materials group.

**What are our lead tasks and responsibilities as Team members?**
- To maintain accurate Inventory counts.
- Customer service for all warehousing facilities in the KRU field.
- Manage the Materials Safety Program. i.e. Meeting topics & minutes, Monthly Audits, Band-Aid report, OSHA injury illness summary
- Manage & Maintain : MSDS / SARA / Right To Know Stations, Haz. labeling, proper storage, SPCC plan
- Shipping / Receiving
- Recycle programs
- Aircraft load & off load
- Manage payroll time - Work schedules & schedule revisions
- Re-warehousing - Special projects
- SOP updates
- Equipment inspection

**What are our shared tasks and responsibilities as Team members?**
- Maintain close ties with Material Spec., Material Coordinators, SWO & WO's
- Interface with all AAI & APC personnel
- Interface with Field personnel for all material needs

**How does this position add value?**
- Manages all normal day to day warehousing functions.
- Inventory accuracy of all material which keeps items at a manageable & reliable level.

**To whom are we accountable?**
APC Production Superintendent and AAI Materials Supervisor.

**What other teams do we interact with or support?**
All APC groups, Materials/Services team, Profit center teams, Wells team, Prudhoe Bay Goods & Services, MP & C Anchorage, HSET.

**What other tasks could we do that would add value?**
We are flexible and take on all tasks that are delegated to our group.

*If you need more space, please use back of form.*

## A) MATERIALS SUPERVISOR

### Duties and Responsibilities:

Required to be familiar with all job requirements and duties of the contract work force.

Using a sophisticated computerized material control system and operating procedures, perform, train, instruct other personnel in performance of storage, issue, inventory control, shipping, receiving and transportation functions in a safe and environmentally sound manner.

Prepare detailed written proposals, plans and project status reports.

Develop or assist in developing procedures by working with all groups that require material support or are themselves providing support to Materials Department.

Assess, forecast and respond to management-mandated business needs regarding manpower, equipment, tools, supplies and materials used to perform the work.

Develop written budgetary criteria / justifications for related expenditures.

Monitor business costs in all areas of responsibility and prepare periodic status reports regarding same.

Instruct other personnel regarding handling, storage and transportation of hazardous materials, to include a bulk chemical tank farm and the disposal of used chemical and lube drums in a safe and environmentally conscious manner.

Participate in physical inventory counts maintaining a minimum accuracy rate of 97.5%. Review inventory adjustments and recommend changes to improve accuracy and integrity.

Operate all material handling equipment assigned to the work site, including but not limited to electric, diesel, gas and propane-powered lift trucks, pickups and flatbed trucks.

Perform and instruct other Contractor personnel in performance of daily equipment inspection, maintenance and operation.

### Minimum Qualification:

In-depth knowledge and skills in safe and efficient management of materials warehouse and distribution operations.

Ability to interact and effectively communicate with all levels of the client group, vendors and customers.

Thorough working knowledge of regulations, (OSHA, DOT, IATA, RCRA) related to handling, storage and transportation of hazardous materials, substances and wastes.

Must be able to operate computers and work with various software programs for reporting and communications purposes.

Minimum of three years experience with on-line automated material control systems.

Minimum of five years Materials/Warehousing Supervisory experience.

---

SAFETY ISSUES..........10% of total time spent working on:

Conducting safety meetings
Coordinating Safety meetings
Maintaining and addressing "ACTION ITEM" List
maintain band aid log
maintain record for OSHA injury and illness reports
involved in QTR safety Review
Processing Safety audits and recording PSA items
fire drills, Extinguisher inspection record
review PPE requirements

HR ISSUES..........5% of total time spent

employee counseling
employee instruction
performance review
prepare reprimands
prepare or process Co-worker awards
conflict resolution

ADMINISTRATION and OPERATIONAL ISSUES..........75% of total time spent:

morning warehouse OPS. meetings as required
Sunday "Materials" meetings
Chemical meetings
Inventory review, discrepancy research, accuracy performance, work assignment,
review, establish, prepare, update Material written procedures
review and/or process employee recommendation.
review and/or process client recommendations
review task efficiencies
review procedures, refresh procedures, develop procedures

identify and/or assist in problem resolution, disseminate information, all for the
    Inventory computing system (AMPS)
prepare, track, sign off as complete FWRs for repair and maintenance
time card approval and submitting
review and approve schedule changes
schedule work tasks
oversee chemical off loading
Interface between contract personnel and client personnel

ENVIRONMENTAL ISSUES..........5% of total time

equipment and facility condition and readiness inspection (delegated)
    Hose inspection,
    Pad inspection
    Vehicle inspection
Recycle awareness and development, research feasibility, establish procedures
prepare fluid manifests
prepare spill reports

HANDS ON WORK.........5% of total time spent

operating equipment or tools, i.e. lift truck, hand pallets, install shelving...
freight or materials handling - issue of material, rewarehousing materials
    truck unloading, freight inspection, handle baggage
    conducted inventory count
    research and process customer material requests



June 25, 1997

Faxed to: 907-269-4992

Mr. Randy Carr
Director of Labor & Safety
State of Alaska
Anchorage, Alaska

Re:   Opinion Letter

Dear Mr. Carr:

Thank you for assisting me over the telephone in making a determination as to overtime exemptions for our staff. The discussion surrounding "supervisors" as being exempt from over time pay (premium pay) but yet have to be paid for all hours worked has been difficult to pull from the regulations.

Please respond in writing to give us a definition as to how it works and the cautions of classifying an employee as a supervisor. We can easily find the classifications for administrative, professionals and executives but do not see a clear path for the supervisors.

Thank you for your help,

Sincerely,

*[signature]*

Mark C. Nelson
Operations Manager

Pouch 340014
Prudhoe Bay, Alaska 99734
Fax: 907-659-7706

APC0202

# STATE OF ALASKA

**DEPARTMENT OF LABOR**
WAGE AND HOUR ADMINISTRATION
LABOR STANDARDS & SAFETY DIVISION

TONY KNOWLES,
GOVERNOR

3301 Eagle Street, Suite 301
P.O. Box 107021
Anchorage, Alaska 99510-7021
Phone: (907) 269-4900
Fax: (907) 269-4915

June 26, 1997
Dictated: 6/25/97

WHOL #122

Mark C. Nelson
Operations Manager
Alaska Petroleum Contractors Inc.
P. O. Box 190747
6700 Arctic Spur Road
Anchorage, AK  99519-0747

Dear Mr. Nelson:

I have reviewed the information you have submitted documenting the duties of your Materials Supervisors. I appears that they are employed in a supervisory capacity as defined in 8 AAC 15.910 (14), which states:

> . . . those primary duties performed by an employee who is employed solely for the purpose of regularly assigning and directing the activities of other employees; and is responsible for results of the work performed and; who does not perform duties regularly performed by the employees supervised, except for brief periods of time not to exceed 20 percent of the hours worked in the workweek; for the purpose of AS 23.10.060, "supervisory capacity" does not apply to an employee required by the employer to perform those activities on an intermittent or substitute basis during the course of employment.

As such, they are exempt from overtime under AS 23.10.060, which states in pertinent part:

> **Payment for overtime.** (a) An employer who employs employees engaged in commerce or other business, or in the production of goods or materials in the state may not employ an employee for a workweek longer than 40 hours or for more than eight hours a day. This section does not apply to the employment of a person acting in a supervisory capacity. [Emphasis added]
>
> (b) If an employer finds it necessary to employ an employee in excess of 40 hours a week or eight hours a day, compensation for the overtime at the rate of one and one-half times the regular rate of pay shall be paid.



APC0203

June 26, 1997

Mr. C. Nelson                    -2-

The more common exemptions for Administrative, Executive or Professional employees are found in AS 23.10.055. This exemption applies to both minimum wage and overtime. Since those types of employees are not entitled to a minimum wage, their salaries are considered compensation for any and all hours they may work.

The explanation as to why employees in a supervisory capacity must be paid for all hours worked is not found in the regulations. It must be pieced together from the statutes and court rulings. The U.S. Supreme Court has held that employees who are not exempt from minimum wage must be paid for all hours they are "suffered or permitted" to work.

Exempt administrative employees, for example, are paid for all hours worked, but are not guaranteed any minimum hourly rate. Employees working in a supervisory capacity must also be paid for all hours worked. The hiring agreement and pay practices for supervisors establish a contractual hourly straight-time rate of pay for the Materials Supervisors. They are statutorily and/or contractually entitled to be paid that rate for all hours worked, without any overtime premium, pursuant to the exemption stated in AS 23.10.060.

I hope this information is helpful. If you have any further questions, do not hesitate to contact our office.

Sincerely,

J. R. (Randy) Carr
Chief
Labor Standards

JRC:cah
wpc

APC0204