IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No.: 3:03-CV-00174-RRB |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OPPOSITION/REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR STATE RATE CALCULATION ON AWHA AND CONTRACT CLAIMS AND OPPOSITION TO DEFENDANT'S FEDERAL RATE MOTION**

Defendant, APC Natchiq, Inc., by and through its attorneys DeLisio Moran Geraghty & Zobel, P.C., moves this court to extend the deadline for filing its opposition/reply to "Plaintiff's Motion for Summary Judgment for State Rate Calculation on AWHA and Contract Claims and Opposition to Defendant's Federal Rate Motion" until **September 1, 2006.** Counsel for Defendant has conferred with Plaintiff's counsel and understands that he does not oppose the requested extension.

/
/
/

DATED this 10th day of August, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104678 – Unopposed Motion to Extend Deadline for Opposition/Reply
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

```
                              Attorneys for APC Natchiq, Inc.

                                  /s/ Patricia L. Zobel
                          By:_____
                              Patricia L. Zobel
                              Bar No. 7906067
                              E-Mail: pzobel@dmgz.com
                              Danielle M. Ryman
                              Bar No. 9911071
                              E-Mail: dryman@dmgz.com
                              943 West 6th Avenue
                              Anchorage, Alaska 99501
                              Telephone: (907) 279-9574
                              Facsimile: (907) 276-4231
```

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 10th day of August, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

```
        /s/ Juliana Wood
By:_____
        Juilana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104678 – Unopposed Motion to Extend Deadline for Opposition/Reply
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2