IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
|         Defendant. | ) Case No.: 3:03-CV-00174-RRB |
| _____ | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OPPOSITION/REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR STATE RATE CALCULATION ON AWHA AND CONTRACT CLAIMS AND OPPOSITION TO DEFENDANT'S FEDERAL RATE MOTION**

THIS MATTER having come before the court on Defendant's Motion to extend the deadline to file its opposition/reply to Plaintiff's Motion for Summary Judgment for State Rate Calculation on AWHA and Contract Claims and Opposition to Defendant's Federal Rate Motion, and the court having considered the unopposed request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's Opposition/Reply shall be due on or before **September 1, 2006.**

DATED:_____

                                                THE HONORABLE RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
\_\_\_\_
(907) 279-9574

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 10th day of August, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Juliana Wood
    Juilana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574