LAW OFFICES OF
# KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701

KENNETH L. COVELL

PHONE (907) 452-4377
FAX (907) 451-7802

May 2, 2006

Patricia L. Zobel
Delisio Moran Geraghty & Zobel
943 W. 6th Avenue
Anchorage, Alaska  99501

Re:   *Gilbert v. APC Natchiq, Inc.*
      *Demand for Payment, Safety Specialist Position*
      *Pursuant to AS23.10.060 and 8 AAC 15.100*

Dear Ms. Zobel:

John Gilbert hereby demands that APC Natchiq, Inc., pursuant to AS 23.05.140, AS 23.10.060 and 8 AAC 15.100, pay all overtime and wages due him, in the amount of $36,516.80, for his employment as Safety Specialist, from June 20, 2001 through December 31, 2001. (The $36,516.80 number is arrived at by taking the $44,166.80 from the top line of the two-year audit and subtracting a credit of $7,650.00 for monies paid towards overtime.)

The days and hours worked is detailed in Monte Jordan's Report, which was previously provided to Defendant by Plaintiff at Bates Nos. 0146-0155. (Another copy of Monte Jordan's Report is enclosed, as well as the two-year audit detailing hours worked and monies owed.) Payment may be made to Plaintiff, care of counsel, at his place of business.

If you have any questions, please do not hesitate to contact me.

Sincerely,

LAW OFFICES OF KENNETH L. COVELL

By: *[signature]*
Kenneth L. Covell

KLC:syd

Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Patricia L. Zobel
   Delisio, Moran et al
   943 W. 6th Ave.
   Anchorage, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sophie Ekolook          ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Sophie Ekolook                  5-4-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0000 8786 7321

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540