# JOB #2626

## APC JOB DESCRIPTION

### DIVISION CLASS – Safety Department

**JOB TITLE:** Safety Specialist

**SUMMARY:** The Safety Specialist works in conjunction with the Safety Supervisor to provide field support of the APC Health, Safety, and Environmental Program. This includes Permit issuance, Job Safety Auditing and Employee/Supervisor/Client relations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following: Must first and foremost be able and willing to comply with the APC safety policy and the Alaska Safety Handbook. Must be willing and able to lead and educate employees in safe work ethics, practices, and behaviors. Must understand the prioritization of safety, quality, and production, and be willing to work accordingly.

The candidate must be able to conduct confined space testing for entry and permit issuance. Candidate must understand the use of Industrial Hygiene Instruments used to gather qualitative and quantitative information. Candidate must be able to use these instruments in the issuance of hot work, unit work, and confined space entries. Candidate must understand the basis for an industrial hygiene program and methods to implement the program. Candidate must have a basic understanding of numerous job tasks and a working understanding of how individual craft employee's safety ties into each job. Candidate must have a working knowledge of; incident review, investigation and implementation of corrective actions. Candidate must have a working knowledge of computer databases including; Microsoft Office, Windows NT, and be able to adapt to existing databases. The candidate must also be able to learn or have a basic understanding of Alaska Worker's Compensation law, and be able to communicate relevant injury information to management. Candidate must be able to effectively use written and verbal communication skills to convey APC/Client Safety policies and procedures. The candidate must be able to implement working solutions to aid supervision in mitigating identified hazards.

May have other duties as assigned.

*Buchanan DEPOSITION EXHIBIT #1*

**QUALIFICATION REQUIREMENTS:**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**EDUCATION and/or JOB-RELATED EXPERIENCE:**

Qualifications for this position include a Bachelor's degree in a safety related field from an accredited school or an Associates degree in a safety related field and two years experience in safety. Otherwise, 4+ years experience in a safety related field.

01/11/02

APC0058

## COMPREHENSION SKILLS:

Ability to read and comprehend Alaska Safety Handbook, documents and P&IDs, and other drawings. Ability to interpret OSHA, ANSI, NFPA, DOT and other safety related standards. Write routine weekly and monthly reports, complete timesheets, update progress reports and computer spreadsheets, and manage and conduct the submission of safety audits.

## MATHEMATICAL SKILLS:

Comprehensive understanding to the level of College Algebra and basic Trigonometry.

## CERTIFICATES, LICENSES, REGISTRATIONS: (PRE-REQUISITE FOR HIRE)

Current Driver's License and NSTC safety training required for employment in Kuparuk.

## ERGONOMIC STATEMENT:

The Arctic work environment incorporates cold-related hazards, and an employee may encounter other hazards in his day-to-day activities. The attached ergonomic analysis should be read carefully to determine a candidate's suitability for this position.

01/11/02

APC0059