

## Job Vacancy Announcement

| | |
|---|---|
| Company Name: **ASRC Energy Services Operations & Maintenance** | JVA No: **1272**  Project No: **2626** |
| Recruitment Opening Date: **08/13/2003** | Recruitment Closing Date: **08/27/2003**  Approx. Job Start Date: **08/28/2003**  Job Location: **Kuparuk, AK** |
| Job Title: **HSET Specialist** | Salary/Wage Rate: **DOE** |
| No. Positions Required: **1** | No. People Required: **1**   Rotation: **2x2** |
| Approx. Job Duration: **Indefinite** | Employment Status: **F\T-Regular** |

**General Duties:** The HSET Specialist works in conjunction with the Kuparuk HSET Manager and HSET Coordinators to provide field support of the Arctic Slope Energy Services Health, Safety, and Environmental Program. This includes Permit issuance, Job Safety Auditing and Employee/Supervisor/Client relations. Must be willing and able to lead and educate employees in safe work ethics, practices, and behaviors. Must understand the prioritization of safety, quality, and production, and be willing to work accordingly. The candidate must be able to conduct confined space testing for entry and permit issuance. Candidate must understand the use of Industrial Hygiene instruments used to gather qualitative and quantitative information. Candidate must be able to use these instruments in the issuance of hot work, emit work, and confined space entries. Candidate must have a working knowledge of incident review, root-cause based incident investigation and implementation of corrective actions. Candidate must have a working knowledge of computer software including; Microsoft Word, Excel, Access, PowerPoint and be able to adapt to existing HSET databases. The candidate must also be able to learn or have a basic understanding of Alaska Worker's Compensation law, and be able to communicate relevant injury information to management. Candidate must be able to effectively use written and verbal communication skills to convey Company/Client Safety policies and procedures. The candidate must be able to implement working solutions to aid supervision in mitigating identified hazards.

**Experience Needed:** Qualifications for this position include a Bachelor's degree in a safety-related field from an accredited school or an Associates degree in a safety related field and two years experience in safety. Otherwise, 4+ years experience in a full-time professional safety position.

**Required Education/Certification/Licenses:** Minimum Certification requirements are CHST or OHST from the CCHEST or a higher level of certification from the BCSP or ACGIH. Otherwise, candidate must be able to obtain the minimum level of certification within 1 year of employment.; Highschool Education; GED; Alaska Driver's License; NSTC Certification;

| | |
|---|---|
| Immediate Supervisor: **Joel McAlister** | Title: **Kuparuk HSET Manager** |
| Submit Resume To: **Craig Hansen or Tom Leavitt** | Title: **ASRC Energy Services O&M HR** |
| Phone: **907-339-6300** | Fax: **907-339-6357** |

Cancel View    Apply Online!

ASRC Energy Services, Inc. is an Equal Employment Opportunity employer. In furtherance of the purposes of the Alaska Native Claims Settlement Act and consistent with the Indian Self-Determination and Education Assistance Act and federal contractual requirements, we may grant certain legal preferences to ASRC Shareholders, Alaska Natives, Alaska State Residents, American Indians, and Veterans.

NOTE: ASRC Energy Services, Inc. and its subsidiaries have adopted an Employee Concerns program, which applies to applicants for employment. Under the program, any concern an applicant may have regarding the actions of ASRC Energy Services or its subsidiaries in the hiring process will be resolved informally internally or by formal arbitration if that fails. All applicants are waiving their right to sue in a court of law. If hired, the same program applies as an employee.

Rev. 9/06/2002 (HTML)



8/22/03

8/22/03