**ARCO Alaska, Inc.**

Facsimile Transmission
P.O. Box 100360
Anchorage, Alaska 99510

INSTRUCTIONS:
1) Number Pages
2) Remove Staples
3) Use Only Black Ink
4) Use Only Clear/Defined Copies
5) Thank You For Your Cooperation

HUMAN RESOURCES
COMPENSATION/PAYROLL
6th FLOOR
FAX #263-4401

DATE: 12/12/96

TO: Mark Nelson
LOCATION/ROOM:
COMPANY:
CITY: _____ STATE: _____
FAX#: 659-7706
VERIFY#:

FROM: Nancy Williams
BLDG.-RM.:
TELEPHONE: 265-6407
NO. OF PAGES FOLLOWING COVER: eight
MAIL _____ TRASH _____

MESSAGE CENTER COMMENTS:

XEROX COPIES TO
NAME _____ BUILDING/ROOM _____

COMMENTS:



APC0162

KNOWLEDGEPOINT

# Appendix E

## Fair Labor Standards Act: Exempt/Nonexempt Classifications

The federal Fair Labor Standards Act (FLSA) establishes standards concerning the minimum wage rate, overtime pay, equal pay, and child labor. Except for those who are specifically excluded from coverage, the law applies to all employees who are:

- engaged in interstate commerce;
- engaged in the production of goods for interstate commerce;
- employed by an enterprise engaged in interstate commerce or in the production of goods for interstate commerce.

Many states also have laws patterned after the FLSA that cover wage and hour issues. Where state and federal law conflict, the more restrictive law usually prevails.

One of the more complex areas of the FLSA is its classification of certain employees as "exempt" or excluded from coverage by the overtime requirements of the law. An employee is presumed to be "nonexempt" (covered by the law and entitled to receive overtime pay) unless the employer can show that the employee's job duties and pay meet certain criteria.

The following tables summarize criteria for some of the most commonly used overtime exemptions. The exemption criteria can be applied easily and correctly to many jobs. However, there are some cases where determining the proper classification can be complicated.

## Appendix E - Exempt/Nonexempt Classifications

A number of terms contained in the exemption definitions (for example, "salary," "primary duty," "closely and directly related work") have specific meanings when used in the FLSA. These terms are defined in the law and in decisions issued by the Department of Labor. It is important to correctly interpret and apply these terms when determining whether employees should receive overtime pay.

The tables in this appendix provide information to help *Descriptions Now!* users better understand some overtime provisions of the FLSA. They are not meant to provide legal advice. If you have questions on the correct application of the FLSA exemption criteria in your organization, *Descriptions Now!* recommends consulting an attorney or other individual with expertise in compensation issues.



APC0165

Handwritten annotation: DIRECTLY RELATED TO MANAGEMENT POLICIES — THIS MEANS TO AFFECT THESE POLICIES / CHANGE THEM — NOT WORK WITHIN THESE POLICIES. SUPERVISORS @ CPF WORKED EQUIP ETC.



## Administrative Employees

Use this chart to determine if an administrative employee meets compensation and duties criteria for exemption from FLSA overtime requirements. (Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)

**Compensation**

Salary of $250 or more per week? → No → Salary of $155 or more per week? → No → Not Exempt

**Duties**

Short Test (Must answer yes to both items.)
1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of the employer or employer's customers; or
   b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;
   AND
2. Work requires the exercise of discretion and independent judgement.

→ Yes → Exempt / No → Not Exempt

General Test (Must answer yes to all numbered items.)
1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of the employer or employer's customers; or
   b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;
   AND
2. Employee customarily and regularly exercises discretion and independent judgement;
   AND
3. a) Employee regularly and directly assists a proprietor or bona fide executive or administrative employee; or
   b) Under only general supervision, employee performs specialized or technical work requiring special training, experience, or knowledge; or
   c) Under only general supervision, employee executes special assignments and tasks;
   AND
4. Not more than 20% of the time (40% for retail or service establishment employees) is devoted to other activities not directly and closely related to (1) through (3).

→ Yes → Exempt / No → Not Exempt

*In the case of academic administrative personnel, employee receives either salary or fee of $155 or more per week OR a salary at least equal to entry salary of teachers in the same school.

E.4  Exempt/Nonexempt Classifications

APC0166

*Handwritten notes:* HAS SALESMEN EXEMPT - WORK IN TOWN & OTHER LOCATIONS / WHAT ABOUT ROV/CRANE MAT SUR. C. OVER APC HANDS - YB

## Professional Employees

Use this chart to determine if a professional employee meets compensation and duties criteria for exemption from FLSA overtime requirements. (Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)

**Compensation**

- Salary of $250 or more per week? 
  - Yes → Short Test (Must answer yes to at least one item.)
    - a) Primary duty requires the consistent exercise of discretion and judgement while performing work requiring knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study; or
    - b) Primary duty requires the consistent exercise of discretion and judgement while teaching, tutoring, instructing, or lecturing as a teacher, employed by a school system or educational establishment or institution; or
    - c) Primary duty is work requiring invention, imagination, or talent in a recognized field of artistic endeavor.
    - Yes → Exempt
    - No → Not Exempt
  - No → Salary of $170 or more per week?
    - No → Not Exempt
    - Yes → General Test (Must answer yes to all numbered items.)
      - 1. a) Primary duty is work requiring knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study; or
        - b) Primary duty is work that is original and creative in character in a recognized field of artistic endeavor, the result depends primarily on the invention, imagination, or talent of the employee; or
        - c) Primary duty is teaching, tutoring, instructing, or lecturing as a teacher, employed by a school system or educational establishment or institution;
      - AND
      - 2. Primary duty requires the consistent exercise of discretion and judgement; AND
      - 3. Primary duty is work that is predominately intellectual and varied in character and the output produced or result accomplished cannot be standardized in relation to a given period of time;
      - AND
      - 4. Not more than 20% of the time is devoted to activities which are not an essential part of and necessarily incident to the work described in (1) through (3).
      - Yes → Exempt
      - No → Not Exempt

**Duties**

*Minimum salary requirement does not apply to an employee, licensed to practice law or medicine, who is actively practicing in the field; or who has an academic degree in medicine and is in an internship or resident program; or who is employed as a teacher as defined in (1c).*

APC0167