# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name _____   Job Title **SAFETY SPECIALIST**

Department _____   Location **KUPARUK**   Date _____

Basis for exemption:   [ ] Executive          [X] Administrative
                      [X] Professional       [ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ____ Manages an enterprise or a customarily recognized department or subdivision; and

2. ____ Customarily and regularly directs work of two or more employees; and

3. ____ Hires or fires employees, or whose recommendations are given particular weight; and

4. ____ Customarily and regularly exercises discretionary powers; and

5. ____ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ____ Compensated at a rate of $155 or more per week; and

7. ____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under the first two categories listed above; and

2. ____ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. _X_ Performs office or non-manual work directly related to management policies or general business operations; and

2. _X_ Customarily and regularly exercises discretion and independent judgment; and

3. _X_ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or    ?

   _X_ Performs specialized or technical work requiring special training, experience or knowledge under only general supervision; or

   _X_ Executes special assignments and tasks under only general supervision; and

4. ____ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. _X_ Compensated at a rate of $155 or more per week; and

6. _X_ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under categories 1 and 2 above; and

2. ____ Compensated at a rate of $250 or more per week.

D-9

APC0154

PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1. _X_ Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; (or)

   _X_ Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee (or)

   _X_ Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and

2. _X_ Work requires consistent exercise of discretion and judgment in its performance; and

3. _X_ Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4. _X_ Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5. _X_ Compensated at a rate of not less than $170 per week; and

6. _X_ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under the second category and one of the three items in the first category shown above; and

2. ___ Compensated at a rate of $250 or more per week.

OUTSIDE SALESPERSON*

1. ___ Customarily and regularly engaged away from place of business and employed to:

   A. Sell, or
   B. Obtain orders or contracts for service or for use of facilities.

2. ___ Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

   Note: Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

Handwritten annotations: ARTSY MERING SKITS PERSONAL EXP. EMOTION; CANNON; 2 FULL DAY - HALF DAYS?; TRAINING TEACHING MENTORING BST CREATIVE 2

_____    _____    _____    _____
Supervisor              Date                    Personnel               Date

D-10                                                                    APC0155