**COMPREHENSION SKILLS:**
Ability to read and comprehend ARCO/BP Alaska Safety handbook. Ability to work with material requests, receipts, bill of lading, shipping and receiving documentation, spreadsheets, reports, etc. Ability to solve practical problems and deal with a variety of shifting variables. Ability to interpret a variety of instructions furnished in written, oral, diagram or schedule form.

**MATHEMATICAL SKILLS:**
Ability to ad, subtract, multiply and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to appply concepts such as fractions, percentages, ratios and proportions to practical situations.

**CERTIFICATIONS, LICENSES, REGISTRATIONS:(PRE-REQUISITE FOR HIRE)**
A valid drivers license and MAPTS 16hr Oilfield health and safety training are required for employment in this position. OSHA requires that all foreman and supervisory personnel hold current certification in Red Cross CPR and First Aid..

**ERGONOMICS STATEMENT:**
This position requires a candidate to be exposed to the Arctic work enviornment, incorporates cold related hazards and an employee may encounter other hazards in his/her day-to -day activities.

# JOB #626

## APC JOB DESCRIPTION

DIVISION CLASS – Safety Department

**JOB TITLE: Safety Specialist**

**SUMMARY:** The Safety Specialist works in conjunction with the Safety Supervisor to Provide field support of the APC Health, Safety, and Environmental Program. This includes Permit issuance, Job Safety Auditing and Employee/Supervisor/Client relations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following: Must first and foremost be able and willing to comply with the APC safety policy and the Alaska Safety Handbook. Must be willing and able to lead and educate employees in safe work ethics, practices, and behaviors. Must understand the prioritization of safety, quality, and production, and be willing to work accordingly.

The candidate must be able to conduct confined space testing for entry and permit issuance. Candidate must understanding the use of Industrial Hygiene instruments used to gather qualitative and quantitative information. Candidate must be able to use these instruments in the issuance of hot work, unit work, and confined space entries. Candidate must understand the basis for an industrial hygiene program and methods to implement the program. Candidate must have basic understanding of numerous job tasks and a working understand of how individual craft employee's safety ties into each job. Candidate must have a working knowledge of; incident review, investigation and implementation of corrective actions. Candidate must have a working knowledge of computer databases including; Microsoft Office, Windows, and be able to adapt to existing databases. The candidate must also be able to learn or have a basic understanding of Alaska Worker's Compensation law, and be able to communicate relevant injury information to management. Candidate must be able to effectively use written and verbal communication skills to convey APC/Client Safety policies and procedures. The candidate must be able to implement working solutions to aid supervision in mitigating identified hazards.

May have other duties as assigned.

**QUALIFICATION REQUIREMENTS:**

To perform this job successfully, an individual must be able to perform each essential duty satisfactory. The requirements listed below are representative of the knowledge, skill, and/or required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**EDUCATION and/or JOB-RELATED EXPERIENCE:**

Qualifications for this position include a Bachelor's degree in a safety related field from an accredited school or an Associates degree in a safety related field and two years experience in safety. Otherwise, 8 years experience in a safety related field.

APC0145

**COMPREHENSION SKILLS:**

Ability to read and comprehend ARCO/BP Safety Handbook, documents and P&IDs, and other drawings. Ability to interpret OSHA, ANSI, NFPA, DOT and other safety related standards. Write routine weekly and monthly reports, complete timesheets, update progress reports and computer spreadsheets, and manage and conduct the submission of safety audits.

**MATHEMATICAL SKILLS:**

Comprehensive understanding to the level of College Algebra and basic Trigonometry.

**CERTIFICATES, LICENSES, REGISTRATION: (PRE-REQUISTIE FOR HIRE)**

A valid drivers license and MAPTS 16hr Oilfield health and safety training are required for employment in this position. OSHA requires that all foreman and supervisory personnel hold current certification in Red Cross CPR and First Aid.

**ERGONOMIC STATEMENT:**

The Arctic work environment incorporates cold-related hazards, and an employee may encounter other hazards in his day-to-day activities. The attached ergonomic analysis should be read carefully to determine a candidate's suitability for this position.

```
Author:  "Nelson*/Schick* NSK" <Nelson*/Schick*_NSK@msmail.aai.Arco.COM> at Internet
   e:    12/20/96  8:15 AM
..ority: Normal
TO: Chris Boyle at Natchiq-Anchorage
Subject: Compensation
------------------------------------ Message Contents ------------------------------------
```

Chris -
I first talked with Nancy Williams in their HR department at 265-6407. She faxed me a guideline for exempt vs. non-exempt. (I'll send you a copy) She then referred me to either Rose Garcia or LouAnn at 265-6225 in their payroll department.   It was LouAnn I talked with.... She told me there were no ARCO people on anything close to a day rate and went on to say she had been to a wage/hour workshop out of state where they made it very clear that to be exempt you must pay pay the employee in increments of one week over the course of a year.
Did you also see the question asked by one of our employees concerning time waiting on the charter if it breaks down or weather?  The employee said the attorney (not sure who) that spoke at the supervisors training in Anchorage told them that if an employee was at the designated time and spot ready to catch the plane and without fault of their own the plane did not fly, then they should be compensated for it...  Take a look at the e-mail attached to my memo to Toby/Ann.  If you would also address this question with our labor experts I would appreciate it.
Thanks, Mark

From: Chris Boyle on Fri, Dec 20, 1996 6:58 AM
  ject: Compensation
 . Nelson*/Schick* NSK

We will be asking all locations to review their occupations in order to identify those occupation that may be suspect under the wage and hour issue that you raised. We will be investigating this matter and I will be sending out some guidance to the field to help in the analysis of whether a job should be exempt/nonexempt. At the same time, we will be clearly establishing our potential liabilities regarding day rates.

We will move this issue forward as quickly as possible, but your goal to make all changes by the end of the year will not be met.

Who did you talk with at ARCO regarding this matter?

Cheers!!

APC0171

# General Purpose Worksheet

ADMIN.
PROF.
EXEC.

EXEMPT O.T. $ F. PAY
DAY RATE

"SUPERVISORS"? EXEMPT PAY FOR ALL HOURS @ SS

Miles Duranso
Ruby / Mike — SUPV'S
Bob C. — SUPER
Dick — MARSHAL
624 — CONS. MNGR — ENG. SELEWALI — CASE

APC0147

# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name _____  Job Title __ENGINEERS__

Department _____  Location __KUPARUK__  Date _____

Basis for exemption:   [ ] Executive        [ ] Administrative
                       [ ] Professional     [ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ____ Manages an enterprise, or a customarily recognized department or subdivision; and

2. ____ Customarily and regularly directs work of two or more employees; and

3. ____ Hires or fires employees, or whose recommendations are given particular weight; and

4. ____ Customarily and regularly exercises discretionary powers; and

5. ____ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ____ Compensated at a rate of $155 or more per week; and

7. ____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under the first two categories listed above; and

2. ____ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. ____ Performs office or non-manual work directly related to management policies or general business operations; and

2. ____ Customarily and regularly exercises discretion and independent judgment; and

3. ____ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

   ____ Performs specialized or technical work requiring special training, experience or knowledge under only general supervision; or

   ____ Executes special assignments and tasks under only general supervision; and

4. ____ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. ____ Compensated at a rate of $155 or more per week; and

6. ____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ____ Must qualify under categories 1 and 2 above; and

2. ____ Compensated at a rate of $250 or more per week.

D-9

APC0148