## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1. **X** Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; *or*

   *[handwritten: HAVE TO HAVE DEGREE? P6? YES - 2 2 Ground]*

   ___ Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee; or  *[handwritten: NO]*

   ___ Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and  *[handwritten: Shareholders]*

2. **X** Work requires consistent exercise of discretion and judgment in its performance; and

3. **✓** Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4. **Z** Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5. **X** Compensated at a rate of not less than $170 per week; and

6. **✓** Receives a salary which is not reduced for quality or quantity of work.

## SHORT TEST

1. ___ Must qualify under the second category and one of the three items in the first category shown above; and

2. ___ Compensated at a rate of $250 or more per week.

## OUTSIDE SALESPERSON*

1. ___ Customarily and regularly engaged away from place of business and employed to:

   A. Sell, or
   B. Obtain orders or contracts for service or for use of facilities.

   Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

   Note: Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

   No salary test is applied to outside salesperson.

   *Referred to as "outside salesman" in the law.

   NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

*[entire Outside Salesperson section crossed out with large X]*

_____    _____    _____    _____
Supervisor              Date      Personnel               Date

APC0149

# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS
# OF FAIR LABOR STANDARDS ACT

Name _____ Job Title **MATERIALS SUPERVISORS**

Department _____ Location **KUPARUK** Date _____

Basis for exemption:
[ ] Executive
[ ] Professional
[✓] Administrative  ?
[ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ___ Manages an enterprise or a customarily recognized department or subdivision; and

2. ___ Customarily and regularly directs work of two or more employees; and

___ Hires or fires employees, or whose recommendations are given particular weight; and

4. ___ Customarily and regularly exercises discretionary powers; and

5. ___ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ___ Compensated at a rate of $155 or more per week; and

7. ___ Receives a salary which is not reduced for quality or quantity of work.

### SHORT TEST

1. ___ Must qualify under the first two categories listed above; and

2. ___ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. X Performs office or non-manual work directly related to management policies or (general business operations); and   No   yes

2. X Customarily and regularly exercises discretion and independent judgment; and

3. ? Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

X Performs specialized or technical work requiring special training, experience or knowledge under only general supervision; or

X Executes special assignments and tasks under only general supervision; and   *How much time on Fuac?*

4. ? Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. Y Compensated at a rate of $155 or more per week; and

6. X Receives a salary which is not reduced for quality or quantity of work.

### SHORT TEST

1. ___ Must qualify under categories 1 and 2 above; and

2. ___ Compensated at a rate of $250 or more per week.

D-9

APC0150

## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1.\_\_\_\_ Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; or

\_\_\_\_ Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee; or

\_\_\_\_ Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and

2.\_\_\_\_ Work requires consistent exercise of discretion and judgment in its performance; and

3.\_\_\_\_ Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4.\_\_\_\_ Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5.\_\_\_\_ Compensated at a rate of not less than $170 per week; and

6.\_\_\_\_ Receives a salary which is not reduced for quality or quantity of work.

### SHORT TEST

1.\_\_\_\_ Must qualify under the second category and one of the three items in the first category shown above; and

2.\_\_\_\_ Compensated at a rate of $250 or more per week.

## OUTSIDE SALESPERSON*

1.\_\_\_\_ Customarily and regularly engaged away from place of business and employed to:

A. Sell, or
B. Obtain orders or contracts for service or for use of facilities.

2.\_\_\_\_ Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

Note: Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

HAVE DICK DOCUMENT 2

_____  _____  _____  _____
Supervisor                Date        Personnel               Date

M CUNEVIAN

# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name _____   Job Title __FOREMAN__ 24 25 26

Department _____   Location __KUPARUK__   Date _____

Basis for exemption:  [ ] Executive       [ ] Administrative
                     [ ] Professional    [ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ___ Manages an enterprise or a customarily recognized department or subdivision; and

2. ___ Customarily and regularly directs work of two or more employees; and

___ Hires or fires employees, or whose recommendations are given particular weight; and

4. ___ Customarily and regularly exercises discretionary powers; and

5. ___ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ___ Compensated at a rate of $155 or more per week; and

7. ___ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under the first two categories listed above; and

2. ___ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. ___ Performs office or non-manual work directly related to management policies or general business operations; and

2. ___ Customarily and regularly exercises discretion and independent judgment; and

3. ___ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

___ Performs specialized or technical work requiring special training, experience or knowledge under only general supervision; or

___ Executes special assignments and tasks under only general supervision; and

4. ___ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. ___ Compensated at a rate of $155 or more per week; and

6. ___ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under categories 1 and 2 above; and

2. ___ Compensated at a rate of $250 or more per week.

D-9

APC0152

## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1. _?_ Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; or   2 No

   ___ Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee; or

   ___ Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and   2 Work Experience

2. _?_ Work requires consistent exercise of discretion and judgment in its performance; and   Follow Orders ?

3. ___ Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4. ___ Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5. _X_ Compensated at a rate of not less than $170 per week; and

6. _X_ Receives a salary which is not reduced for quality or quantity of work.

## SHORT TEST

1. ___ Must qualify under the second category and one of the three items in the first category shown above; and

2. ___ Compensated at a rate of $250 or more per week.

## OUTSIDE SALESPERSON*

1. ___ Customarily and regularly engaged away from place of business and employed to:

   A. Sell, or
   B. Obtain orders or contracts for service or for use of facilities.

2. ___ Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

   Note:   Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

NCN

_____  ___  _____  ___
Supervisor    Date   Personnel    Date

## TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name _____ Job Title **SAFETY SPECIALIST**

Department _____ Location **KUPARUK** Date _____

Basis for exemption:  [ ] Executive    [X] Administrative
 [X] Professional    [ ] Outside Salesperson

### EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1. ___ Manages an enterprise or a customarily recognized department or subdivision; and

2. ___ Customarily and regularly directs work of two or more employees; and

3. ___ Hires or fires employees, or whose recommendations are given particular weight; and

4. ___ Customarily and regularly exercises discretionary powers; and

5. ___ Devotes no more than 20% of weekly hours to work not closely related to above; and

6. ___ Compensated at a rate of $155 or more per week; and

7. ___ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under the first two categories listed above; and

2. ___ Must be compensated at a rate of $250 or more per week.

### ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1. _X_ Performs office or non-manual work directly related to management policies or general business operations; and

2. _X_ Customarily and regularly exercises discretion and independent judgment; and

3. _X_ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

   _X_ Performs specialized or technical work requiring special training experience or knowledge under only general supervision; or

   _X_ Executes special assignments and tasks under only general supervision; and

4. ___ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5. _X_ Compensated at a rate of $155 or more per week; and

6. _X_ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under categories 1 and 2 above; and

2. ___ Compensated at a rate of $250 or more per week.

D-9

APC0154