## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1. X Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; or

X Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee; or

X Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and

2. X Work requires consistent exercise of discretion and judgment in its performance; and

3. X Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4. X Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5. X Compensated at a rate of not less than $170 per week; and

6. X Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1. ___ Must qualify under the second category and one of the three items in the first category shown above; and

2. ___ Compensated at a rate of $250 or more per week.

## OUTSIDE SALESPERSON*

1. ___ Customarily and regularly engaged away from place of business and employed to:

   A. Sell, or
   B. Obtain orders or contracts for service or for use of facilities.

2. ___ Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

   Note: Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

Supervisor ______ Date ______ Personnel ______ Date ______

MILES - JART -

# TESTS FOR EXEMPTION OF EMPLOYEE FROM PROVISIONS OF FAIR LABOR STANDARDS ACT

Name ____________ Job Title ADMIN

Department ____________ Location ____________ Date ____________

Basis for exemption: [ ] Executive [ ] Professional [ ] Administrative [ ] Outside Salesperson

## EXECUTIVE TEST

LONG TEST (Must qualify in all seven categories listed below)

1.____ Manages an enterprise or a customarily recognized department or subdivision; and

2.____ Customarily and regularly directs work of two or more employees; and

____ Hires or fires employees, or whose recommendations are given particular weight; and

4.____ Customarily and regularly exercises discretionary powers; and

5.____ Devotes no more than 20% of weekly hours to work not closely related to above; and

6.____ Compensated at a rate of $155 or more per week; and

7.____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1.____ Must qualify under the first two categories listed above; and

2.____ Must be compensated at a rate of $250 or more per week.

## ADMINISTRATIVE TEST

LONG TEST (Must qualify in categories 1, 2, 4, 5, and 6 and one item in category 3)

1.____ Performs office or non-manual work directly related to management policies or general business operations; and

2.____ Customarily and regularly exercises discretion and independent judgment; and

3.____ Regularly and directly assists an employee in a bona fide executive or administrative capacity; or

____ Performs specialized or technical work requiring special training experience or knowledge under only general supervision; or

____ Executes special assignments and tasks under only general supervision; and

4.____ Devotes no more than 20% of weekly hours to work not directly or closely related to above; and

5.____ Compensated at a rate of $155 or more per week; and

6.____ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1.____ Must qualify under categories 1 and 2 above; and

2.____ Compensated at a rate of $250 or more per week.

## PROFESSIONAL TEST

LONG TEST (Must qualify in categories 2, 3, 4, 5, and 6 and one item in category 1)

1.___ Primary duty requires knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized instruction and study; or

___ Performs work which is original and creative in character, in a recognized field of artistic endeavor, requiring invention, imagination or talent of employee; or

___ Imparts knowledge through teaching, tutoring, instructing or lecturing as a recognized or certified teacher; and

2.___ Work requires consistent exercise of discretion and judgment in its performance; and

3.___ Performs work which is predominantly intellectual and varied and is of a character that the output or result cannot be standardized in terms of time; and

4.___ Devotes no more than 20% of weekly hours to work not closely related to the performance of work described in 1 through 3 above; and

5.___ Compensated at a rate of not less than $170 per week; and

6.___ Receives a salary which is not reduced for quality or quantity of work.

SHORT TEST

1.___ Must qualify under the second category and one of the three items in the first category shown above; and

2.___ Compensated at a rate of $250 or more per week.

## OUTSIDE SALESPERSON*

1.___ Customarily and regularly engaged away from place of business and employed to:

A. Sell, or
B. Obtain orders or contracts for service or for use of facilities.

2.___ Does not perform work other than that described above which exceeds 20% of the hours worked in the workweek by non-exempt employees who perform that kind of work.

Note: Work performed incidental to and in conjunction with employee's own outside sales or solicitations will not be regarded as non-exempt work.

No salary test is applied to outside salesperson.

*Referred to as "outside salesman" in the law.

NOTE: The distinction between exempt and non-exempt can be very difficult to discern in certain cases. If you have any doubt consult the U.S. Department of Labor and your attorney.

WRITE UP 2. SUPV ONLY ?

___ Supervisor ___ Date ___ Personnel ___ Date



Page No. 1
12/08/96

EMPLOYEE LIST
JOB 625

Day labors

| EMP # | EMPLOYEE NAME | PAY RATE | CRAFT CLASSIFICATION | SSN |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 5003 | BARTH, RICHARD W. | 33.00 | MATERIALS SUPERVISOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 5002 | BJORNSTAD, PETER M. | 33.00 | MATERIALS SUPERVISOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 4091 | BRATTAIN, BRUCE G. | 28.50 | MATERIAL COORDINATOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 4523 | CANNON, ROBERT F. | 44.00 | SAFETY SUPERVISOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 5922 | DAY, MICHAEL | 30.00 | SAFETY ENGINEER | 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 |
| 4645 | DENBROCK, RAYMOND F. | 34.00 | SAFETY ENGINEER | 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 |
| 2061 | DICKERSON, ROBERT D. | 40.00 | ADMINISTRATIVE SUPERVISOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 5923 | JOHNSON, ERNEST R. | 33.00 | SAFETY ENGINEER | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [illegible]77 | KEITH, YVONNE S. | 28.50 | MATERIAL COORDINATOR | 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 |
| 2855 | LANG, MARSHALL D. | 34.00 | SAFETY ENGINEER | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [illegible]261 | MATSON, MICHAEL D. | 41.40 | SAFETY SUPERVISOR | 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 |
| 625 | MILES, MICHAEL A. | 40.00 | ADMINISTRATIVE SUPERVISOR | 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 |
| 4225 | NELSON, MARK C. * 675.00 | 28.75 | OPERATIONS MANAGER | 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 |
| 319 | NELSON, RICK L. * 486.00 | 24.30 | PRODUCTION SERVICES SUPERVISOR | 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 |
| 5100 | PATTERSON, DARRYL L. | 33.00 | MATERIALS SUPERVISOR | 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 |
| 5898 | PATTERSON, MICHAEL P. | 41.40 | SAFETY SUPERVISOR | 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 |
| 5791 | PIERSON, RACHAEL M. | 31.00 | SAFETY ENGINEER | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 4640 | SCHICK, CHARLIE T. 515.00 | 28.75 | OPERATIONS MANAGER | 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 |
| 5072 | SNIVELY, ROBERT L. | 33.00 | MATERIALS SUPERVISOR | 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 |
| [redacted] | [redacted] | [redacted] | [redacted] | 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 |
| 136 | WHITE, MIKE R. * | 48.60 | PRODUCTION SERVICES SUPERVISOR | 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 |
| *** Total *** | | 1004.4 | | |

| NAME | CRAFT | STPAY |
|---|---|---|
| BAILEY III, MERLE | FIELD ENGINEER | 37.50 |
| BAREFIELD, DERIK W. | MINOR PROJECT FIELD SUPERINTENDENT | 38.50 |
| [illegible] SPENCER W. | E & I ENGINEER | 37.50 |
| [illegible]ENSHIP, JAMES K. | SAFETY ENGINEER | 31.10 |
| BLANKENSHIP, RICHARD, SR | MINOR PROJECT FIELD SUPERINTENDENT | 38.50 |
| BOCK, GARY R. | NS CONSTRUCTION MANAGER | 52.90 |
| BROWN, BOYD Z. | GENERAL SUPERINTENDENT | 38.30 |
| CARTER, JOHN H. | MATERIAL COORDINATOR | 33.00 |
| CIPRA, TED E. | GENERAL SUPERINTENDENT | 45.00 |
| CLENDENNING, WILLIAM K. | PLANNER/SCHEDULER | 35.00 |
| COOKE, RONALD M. | MATERIAL COORDINATOR | 31.00 |
| CRAFTON, SCOTT M. | FIELD ENGINEER | 35.00 |
| D'ARCANGELIS, DONALD | PROJECT CONTROL ENGINEER | 38.70 |
| DELANEY, MICHAEL V. | MATERIAL COORDINATOR | 31.50 |
| DUTTLE, RICHARD G. | GENERAL SUPERINTENDENT | 45.00 |
| EQUIPMENT | | 0.00 |
| FISCH, TIM J. | MATERIALS SUPERVISOR | 37.50 |
| GAINES, HARLTON T. | FIELD ENGINEER | 37.50 |
| GLASSMIRE, CHARLES J. | PROJECT ENGINEER | 45.00 |
| GRACE, STEVEN V. | PROJECT ENGINEER | 44.00 |
| GRANT, JR, KENNETH H. | QA/QC SUPERVISOR | 44.00 |
| GRAVROCK, BILL | PROJECT CONTROL ENGINEER | 40.00 |
| GUZMAN, MARK C. | MATERIALS SUPERVISOR | 37.50 |
| HARRIS, KENT A. | COST ENGINEER | 38.50 |
| HEIMGARTNER, LESLIE P. | E & I ENGINEER | 37.50 |
| HICKS, ROBERT D. | FIELD ENGINEER | 35.00 |
| HUGHES, TERRY L. | MAJOR PROJECT MECH SUPERINTENDENT | 40.00 |
| KI[illegible]H, ARCHIE L. | PROJECT ENGINEER | 35.00 |
| [illegible], RONALD M. | SAFETY ENGINEER | 30.00 |
| KNICKERBOCKER, DALE | QA/QC SUPERVISOR | 38.00 |
| KREPEL, MICHAEL S. | PROJECT CONTROL ENGINEER | 40.00 |
| LITTLEFAIR, KENNETH | MAJOR PROJECT MECH SUPERINTENDENT | 40.00 |
| MARECEK, LARRY B. | QA/QC SUPERVISOR | 44.00 |
| MASSIE, DANIEL N. | MATERIAL COORDINATOR | 31.00 |
| MCCOURT, BRAD L. | MATERIAL COORDINATOR | 31.00 |
| NIELSON, JOHN S. | PROJECT ENGINEER | 38.50 |
| NIX, JOHN P. | NS CONSTRUCTION MANAGER | 52.90 |
| NORTH, BLAYDE | MAJOR PROJECT E&I SUPERINTENDENT | 40.00 |
| OWENS, JOHN B. | MATERIAL COORDINATOR | 33.00 |
| PEARSON, JAMES E. | FIELD ENGINEER | 35.00 |
| RALSTON, THOMAS K. | MATERIAL COORDINATOR | 31.00 |
| REMSEN, KEVIN J. | MATERIAL COORDINATOR | 31.00 |
| RINEHART, BRUCE I. | GENERAL SUPERINTENDENT | 38.30 |
| STEELE, MATTHEW J. | PLANNER/SCHEDULER | 35.00 |
| THURBEE, THOMAS F. | MAJOR PROJ ENGINEER | 38.50 |
| TRUMBLE, JAMES D. | MAJOR PROJECT MECH SUPERINTENDENT | 40.00 |
| VONCANNON, JAMES C. | MAJOR PROJECT E&I SUPERINTENDENT | 37.50 |
| ZUBER, RONALD E. | SAFETY ENGINEER | 33.00 |

DAILY RATES – 500 825

| EMPNO | NAME | CRAFTCODE | RATE | DESCRIPTION | JOB | DEPT |
|---|---|---|---|---|---|---|
| 378 | KING, PHILLIP K | 17506 | $ 26.45 | SUPERINTENDENT | 625 | EQP |
| 4996 | MAZZOLA, JANET C | 00919 | $ 34.00 | COST ANALYST | 625 | EQP |
| 5000 | TUCKER, DENISE M | 00917 | $ 31.50 | COST ANALYST | 625 | EQP |
| 114 | BURGETT, LOWELL S | 17512 | $ 24.30 | SUPERVISOR | 625 | EQP |
| ~~1068~~ | ~~HOLLAND, PATRICK J~~ | ~~01111~~ | ~~$ 22.14~~ | ~~NB DEADHORSE SUPV~~ | ~~627~~ | ~~ADH~~ |
| ~~722~~ | ~~COX, RICHARD G~~ | ~~01111~~ | ~~$ 22.14~~ | ~~NB DEADHORSE SUPV~~ | ~~627~~ | ~~ADH~~ |



APC0160