Note for Nelson*/Schick* NSK

**From:** Nelson*/Schick* NSK
**Date:** Wed, Dec 11, 1996 3:17 PM
**Subject:** FW: Exempt employees
**To:** Harvill/Price NSK

Mike - Are you going to give Nancy a call for me or do you want me to call her direct?
Thanks, Mark

From: Hurley, Bill NSK on Wed, Dec 11, 1996 11:52 AM
Subject: RE: Exempt employees
To: Harvill/Price NSK
Cc: Nelson*/Schick* NSK; Williams, Nancy (AAI)

The person to contact is Nancy Williams, Compensation Analyst in town. She can be reached at 265-6407.
Bill

From: Harvill/Price NSK on Tue, Dec 10, 1996 10:27 AM
Subject: FW: Exempt employees
To: Hurley, Bill NSK
Cc: Harvill/Price NSK; Nelson*/Schick* NSK

Bill,

How does ARCO determine if a job is classified exempt or hourly?

The reason I ask is Mark Nelson, the APC Operations Manager for Kuparuk, is reviewing APC job positions for the exempt vs non-exempt classification. He was curious as to how ARCO determined this. They would like to use our input as benchmarking information on this issue.

If a specific person needs to be contacted, let Mark know or me know.

Thanks, Mike

*[handwritten:]*
FAE 265-6428
GARCIA — Payroll Supervisor

LouAnn 265-6225

APC0161

**ARCO Alaska, Inc.**

Facsimile Transmission
P.O. Box 100360
Anchorage, Alaska 99510

**INSTRUCTIONS:**
1) Number Pages
2) Remove Staples
3) Use Only Black Ink
4) Use Only Clear/Defined Copies
5) Thank You For Your Cooperation

HUMAN RESOURCES
COMPENSATION/PAYROLL
6th FLOOR
FAX #263-4401

DATE: 12/12/96

TO: Mark Nelson
LOCATION/ROOM:
COMPANY:
CITY: STATE:
FAX#: 659-7706
VERIFY#:

FROM: Nancy Williams
BLDG.-RM.:
TELEPHONE: 265-6407
NO. OF PAGES FOLLOWING COVER: eight
MAIL: TRASH:

MESSAGE CENTER COMMENTS:

XEROX COPIES TO
NAME: BUILDING/ROOM:

COMMENTS:



APC0162

KNOWLEDGEPOINT

# Appendix E

## Fair Labor Standards Act: Exempt/Nonexempt Classifications

The federal Fair Labor Standards Act (FLSA) establishes standards concerning the minimum wage rate, overtime pay, equal pay, and child labor. Except for those who are specifically excluded from coverage, the law applies to all employees who are:

- engaged in interstate commerce;
- engaged in the production of goods for interstate commerce;
- employed by an enterprise engaged in interstate commerce or in the production of goods for interstate commerce.

Many states also have laws patterned after the FLSA that cover wage and hour issues. Where state and federal law conflict, the more restrictive law usually prevails.

One of the more complex areas of the FLSA is its classification of certain employees as "exempt" or excluded from coverage by the overtime requirements of the law. An employee is presumed to be "nonexempt" (covered by the law and entitled to receive overtime pay) unless the employer can show that the employee's job duties and pay meet certain criteria.

The following tables summarize criteria for some of the most commonly used overtime exemptions. The exemption criteria can be applied easily and correctly to many jobs. However, there are some cases where determining the proper classification can be complicated.

APC0163

# Appendix E – Exempt/Nonexempt Classifications

A number of terms contained in the exemption definitions (for example, "salary," "primary duty," "closely and directly related work") have specific meanings when used in the FLSA. These terms are defined in the law and in decisions issued by the Department of Labor. It is important to correctly interpret and apply these terms when determining whether employees should receive overtime pay.

The tables in this appendix provide information to help *Descriptions Now!* users better understand some overtime provisions of the FLSA. They are not meant to provide legal advice. If you have questions on the correct application of the FLSA exemption criteria in your organization, *Descriptions Now!* recommends consulting an attorney or other individual with expertise in compensation issues.



APC0165

## Administrative Employees

Use this chart to determine if an administrative employee meets compensation and duties criteria for exemption from FLSA overtime requirements. (Summarized from 29 Code of Federal Regulations, Part 541, as amended in 1991.)

**Compensation**

- Salary of $250 or more per week?
  - No → Salary of $155 or more per week?
    - No → Not Exempt
    - Yes → (General Test)
  - Yes → **Short Test** (Must answer yes to both items.)
    1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of that employer or employer's customers;
       or
       b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;
       AND
    2. Work requires the exercise of discretion and independent judgement.

**Duties**

- No → Not Exempt
- Yes → Exempt

**General Test** (Must answer yes to all numbered items.)

1. a) Primary duty is office or non-manual work directly related to management policies or general business operations of the employer or employer's customers;
   or
   b) Primary duty is performance of functions in administration of a school system or educational institution in work directly related to academic instruction or training;
   AND
2. Employee customarily and regularly exercises discretion and independent judgement;
   AND
3. a) Employee regularly and directly assists a proprietor or bona fide executive or administrative employee;
   or
   b) Under only general supervision, employee performs specialized or technical work requiring special training, experience, or knowledge;
   or
   c) Under only general supervision, employee executes special assignments and tasks;
   AND
4. Not more than 20% of the time (40% for retail or service establishment employees) is devoted to other activities not directly and closely related to (1) through (3).

- No → Not Exempt
- Yes → Exempt*

*In the case of executive/administrative personnel, employee receives either salary or fee of $155 or more per week OR a salary at least equal to entry salary of teachers in the same school.

[Handwritten annotations pointing to General Test box:]
DIRECTLY RELATED TO MANAGEMENT POLICIES — THIS MEANS TO AFFECT THESE POLICIES / CHANGE THEM — NOT WORK WITHIN THE POLICIES ?

SUPERVISOR @ CPF Valves and Equip etc.

E.4  Exempt/Nonexempt Classifications

APC0166