...related to the em-...es. Similarly, the ...salesmen is not ex-...ales work, with one ...e concerns it is the ...esman to be accom-...inee while actually ... Under such cir-...pears that normally ...an and the trainee ...s sales jointly, and ...ceive a commission ...instances, since both ...aking sales, the work ...dered exempt work. ...rk of a helper who ...e salesman in trans-... samples and who is ...ncerned with effec-...s nonexempt work.

**...ent limitation on non-**

...k in the definition of ...n" is limited to "20 ...hours worked in the ...exempt employees of ...The 20 percent is com-...s of ... hours worked ... of the em-... the kind of non-...formed by the outside ...re are no employees of ...erforming such non-...e base to be taken is 40 ...d the amount of non-...owed will be 8 hours a

**...ees, outside salesmen.**

...n is applicable to an ...yed in the capacity of ...n and does not include ...ing to become outside ...are not actually per-...ies of an outside sales-...41.506).

...AL PROBLEMS

**...ination exemptions.**

...ons' position under the ...subpart A of this part ...cking" of exempt work ...on of the regulations in ...exempt work under an-...of those regulations, so ... who, for example, per-...ation of executive and





professional work may qualify for exemption. In combination exemptions, however, the employee must meet the stricter of the requirements on salary and nonexempt work. For instance, if the employee performs a combination of an executive's and an outside salesman's function (regardless of which occupies most of his time) he must meet the salary requirement for executives. Also, the total hours of nonexempt work under the definition of "executive" together with the hours of work which would not be exempt if he were clearly an outside salesman, must not exceed either 20 percent of his own time or 20 percent of the hours worked in the workweek by the nonexempt employees of the employer, whichever is the smaller amount.

(b) Under the principles in paragraph (a) of this section combinations of exemptions under the other sections of the regulations in subpart A of this part are also permissible. In short, work which is "exempt" under one section of the regulations in subpart A will not defeat the exemption under any other section.

**§541.601 Special provision for motion picture producing industry.**

Under §541.5a, the requirement that the employee be paid "on a salary basis" does not apply to an employee in the motion picture producing industry who is compensated at a base rate of at least $250 a week (exclusive of board, lodging, or other facilities). Thus, an employee in this industry who is otherwise exempt under §§541.1, 541.2, or §541.3 and who is employed at a base rate of at least $250 a week is exempt if he is paid at least prorata (based on a week of not more than 6 days) for any week when he does not work a full workweek for any reason. Moreover, an otherwise exempt employee in this industry qualifies for exemption if he is employed at a daily rate under the following circumstances: (a) The employee is in a job category for which a weekly base rate is not provided and his daily base rate would yield at least $250 if 6 days were worked, or (b) the employee is in a job category having a weekly base rate of at least $250 and his daily base rate is at least one-sixth of such weekly base rate. The higher minimum salary tests will be effective on April 1, 1975.

[40 FR 7094, Feb. 19, 1975]

EFFECTIVE DATE NOTE: Section 541.601 was revised at 46 FR 3016, Jan. 13, 1981. In accordance with the President's Memorandum of January 29, 1981 (46 FR 11227, Feb. 6, 1981), the effective date was postponed indefinitely at 46 FR 11972, Feb. 12, 1981.

The text of §541.601 set forth above remains in effect pending further action by the issuing agency. The text of the postponed regulation appears below.

**§541.601 Special provision for motion picture producing industry.**

Under §541.5a, the requirement that the employee be paid "on a salary basis" does not apply to an employee in the motion picture producing industry who is compensated at a base rate of at least $320 per week beginning February 13, 1981 and $345 per week beginning February 13, 1983 (exclusive of board, lodging, or other facilities). Thus, an employee in this industry who is otherwise exempt under §541.1, §541.2, or §541.3 and who is employed at a base rate of at least $320 per week beginning February 13, 1981 and $345 per week beginning February 13, 1983 is exempt if he is paid at least prorata (based on a week of not more than 6 days) for any week when he does not work a full workweek for any reason. Moreover, an otherwise exempt employee in this industry qualifies for exemption if he is employed at a daily rate under the following circumstances: (a) The employee is in a job category for which a weekly base rate is not provided and his daily base rate would yield at least $320 per week beginning February 13, 1981 and $345 per week beginning February 13, 1983 if 6 days were worked; or (b) the employee is in a job category having a weekly base rate of at least $320 per week beginning February 13, 1981 and $345 per week beginning February 13, 1983 and his daily base rate is at least one-sixth of such weekly base rate. The higher minimum salary tests will be effective on February 13, 1981, and February 13, 1983, respectively.

**§541.602 Special proviso concerning executive and administrative employees in multi-store retailing operations.**

(a) The tolerance of up to 40 percent of the employee's time which is allowed for nonexempt work performed by an executive or administrative employee of a retail or service establishment does not apply to employees of a multiunit retailing operation, such as a chainstore system or a retail establishment having one or more branch stores, who perform central functions



FAIRBANKS LAW LIBRARY

for the organization in physically separated establishments such as warehouses, central office buildings or other central service units or by traveling from store to store. Nor does this special tolerance apply to employees who perform central office, warehousing, or service functions in a multi-unit retailing operation by reason of the fact that the space provided for such work is located in a portion or portions of the building in which the main retail or service establishment or another retail outlet of the organization is also situated. Such employees are subject to the 20-percent limitation on nonexempt work.

(b) With respect to executive or administrative employees stationed in the main store of a multistore retailing operation who engage in activities (other than central office functions) which relate to the operations of the main store, and also to the operations of one or more physically separated units, such as branch stores, of the same retailing operation, the Divisions will, as an enforcement policy, assert no disqualification of such an employee for the section 13(a 1) exemption by reason of nonexempt activities if the employee devotes less than 40 percent of his time to such nonexempt activities. This enforcement policy would apply, for example, in the case of a buyer who works in the main store of a multistore retailing operation and who not only manages the millinery department in the main store, but is also responsible for buying some or all of the merchandise sold in the millinery departments of the branch stores.

## Appendix to Part 541—Occupational Index

Note: This index lists, for ease of reference, the sections of this part which refer to job titles. The user should note, however, that where job titles do appear in the illustrations in the text, they should not be construed to mean that employees holding such titles are either exempt or nonexempt or that they meet any one of the specific requirements for exemption.

Accountant, 541.302
Account executive, 541.201, 541.205
Actor, 541.303
Adjuster, 541.205
Advisory specialist, 541.205
Analyst, wage rate, 541.201, 541.205
Animator, 541.303
Announcer, radio, 541.303
Announcer, television, 541.303
Artist, 541.303, 541.313
Assistant, administrative, 541.201, 541.205, 541.207, 541.208
Assistant buyer, 541.105, 541.201, 541.205
Assistant, confidential, 541.201
Assistant, executive, 541.201
Assistant department head, 541.105
Assistant to general manager, 541.201
Assistant to president, 541.201, 541.207
Auditor, traveling, 541.201
Bookkeeper, 541.205, 541.207
Bookkeeper, head, 541.115
Broker, customers', 541.201, 541.205, 541.207
Buyer, 541.108, 541.201, 541.205, 541.207, 541.501, 541.602
Buyer, assistant, 541.105, 541.201, 541.205
Buyer, lease, 541.201
Buyer, outside, 541.501
Buyer, resident, 541.205
Carpenter, 541.119
Cartoonist, 541.303
Cashier, bank, 541.205
Checker, 541.108
Chemist, 541.302, 541.306, 541.307
Claim agent, 541.205
Clerk, 541.205
Clerk, accounting, 541.302
Clerk, chief, 541.115
Clerk, counter, 541.109
Clerk, shipping, 541.207
Columnist, 541.303
Company representative, 541.504
Comparison shopper, 541.207, 541.504
Composer, 541.303
Computer operator, 541.108, 541.207
Computer programer, 541.108, 541.205, 541.207, 541.302
Conductor, 541.303
Consultant, 541.205, 541.207, 541.208
Contact man, 541.201, 541.207
Copyist (motion picture), 541.303
Craftsman, 541.119
Credit manager, 541.201, 541.205, 541.207, 541.208
Delivery man, 541.505
Dentist, 541.314
Department head, assistant, 541.105
Dietitian, 541.202, 541.314
Doctor, 541.306, 541.314
Draftsman, 541.308
Dramatic critic, 541.303
Driver salesman, 541.505
Engineer, 541.302, 541.308
Engineer, junior, 541.308
Essayist, 541.303
Examiner, 541.108, 541.207
Executive secretary, 541.201
Financial consultant, 541.205
Foreign exchange consultant, 541.201
Foreman-cutter, 541.115
Foreman-examiner, 541.108
Foreman-fixer (hosiery), 541.115
Foreman-machine adjuster, 541.108
Foreman-"setup" man, 541.108





Foreman, construction, 541.104
Foreman, garment shop, 541.11
Foreman, installation, 541.104
Foreman, planer-mill, 541.115
Foreman, shipping room, 541.1
Foreman, warehouse, 541.115
Foreman, working, 541.115
Gang leader, 541.115
Ganger (oil company), 541.201
Group leader, 541.115
Grader, 541.207
Head bookkeeper, 541.115
Head shipper, 541.115
Illustrator, 541.313
Inside salesman, 541.502
Inspector, 541.108, 541.207
Inspector, insurance, 541.205
Insurance expert, 541.201
Interns, 541.314
Inventory man, traveling, 541
Investment consultant, 541.20
Jobber's representative, 541.5
Jobber's salesman, 541.504
Journalist, 541.303
Key punch operator, 541.207
Junior programer, 541.207
Labor relations consultant, 5
Labor relations director, 541
Lawyer, 541.302, 541.314
Legal stenographer, 541.302
Librarian, 541.308
Linotype operator, 541.119
Location manager, motion pi
Lumber grader, 541.207
Machine shop supervisor, 541.
Manager, branch, 541.112, 541.
Manager, credit, 541.201, 541.208
Manager, cleaning establish
Manager, office, 541.115, 541.
Manager, traffic, 541.208
Management consultant, 541.
Manufacturer's representativ
Mechanic, 541.119
Medical technologist, 541.20
Methods engineer, 541.201
Mine superintendent, 541.109
Motion picture producing in ees in, 541.601
Musician, 541.303
Newspaper writer, 541.302
Novelist, 541.303
Nurse, 541.314
Office manager, 541.115, 541.2
Optometrist, 541.314
Organization planner, 541.201
Painter, 541.303
Personnel clerk, 541.205, 541.
Personnel director, 541.201
Personnel manager, 541.205,
Pharmacist, 541.314
Physician, 541.306, 541.314
Physician, general practitio
Physician, intern, 541.314
Physician, osteopathic, 541.
Physician, resident, 541.314
Planer-mill foreman, 541.115

Foreman, construction. 541.104
Foreman, garment shop. 541.115
Foreman, installation. 541.104
Foreman, planer-mill. 541.115
Foreman, shipping room. 541.115
Foreman, warehouse. 541.115
Foreman, working. 541.115
Gang leader. 541.115
Gauger (oil company). 541.201
Group leader. 541.115
Grader. 541.207
Head bookkeeper. 541.115
Head shipper. 541.115
Illustrator. 541.303
Inside salesman. 541.502
Inspector. 541.108, 541.207
Inspector, insurance. 541.205
Insurance expert. 541.201
Interns. 541.314
Inventory man, traveling. 541.201
Investment consultant. 541.201
Jobber's representative. 541.504
Jobber's salesman. 541.504
Journalist. 541.303
Key punch operator. 541.207
Junior programmer. 541.207
Labor relations consultant. 541.205
Labor relations director. 541.201
Lawyer. 541.302, 541.314
Legal stenographer. 541.202
Librarian. 541.308
Linotype operator. 541.110
Location manager, motion picture. 541.201
Lumber grader. 541.207
Machine shop supervisor. 541.105
Manager, branch. 541.112, 541.118
Manager, credit. 541.201, 541.205, 541.207, 541.208
Manager, cleaning establishment. 541.109
Manager, office. 541.115, 541.208
Manager, traffic. 541.208
Management consultant. 541.207, 541.208
Manufacturer's representative. 541.504
Mechanic. 541.110
Medical technologist. 541.303, 541.306
Methods engineer. 541.201
Mine superintendent. 541.109
Motion picture producing industry, employees in. 541.601
Musician. 541.303
Newspaper writer. 541.303
Novelist. 541.303
Nurse. 541.314
Office manager. 541.115, 541.208
Optometrist. 541.314
Organization planner. 541.201
Painter. 541.303
Personnel clerk. 541.205, 541.207
Personnel director. 541.201
Personnel manager. 541.205, 541.207
Pharmacist. 541.314
Physician. 541.306, 541.314
Physician, general practitioner. 541.314
Physician, intern. 541.314
Physician, osteopathic. 541.314
Physician, resident. 541.314
Planer-mill foreman. 541.115
Podiatrist. 541.314
Production control supervisor. 541.201
Programmer trainee. 541.207
Promotion man. 541.201, 541.205, 541.504, 541.505
Psychologist. 541.202, 541.314
Psychometrist. 541.314
Purchasing agent. 541.201, 541.207
Radio announcer. 541.303
Ratesetter. 541.201
Registered nurse. 541.303
Reporter. 541.303
Representative, company. 541.504
Representative, jobber's. 541.504
Representative, manufacturer's. 541.504
Representative, utility. 541.504
Resident buyer. 541.205
Retail routeman. 541.505
Retoucher, photographic. 541.303
Route driver. 541.505
Routeman. 541.505
Routeman, retail. 541.505
Safety director. 541.201, 541.205
Salesman, dealer. 541.505
Salesman, distributor. 541.505
Salesman, driver. 541.505
Salesman, inside. 541.502
Salesman, jobber's. 541.504
Salesman, laundry. 541.501
Salesman, mail. 541.502
Salesman, route. 541.505
Salesman, telephone. 541.502
Salesman, typewriter repair. 541.501
Salesman, wholesale. 541.207
Salesman's helper. 541.506
Sales research expert. 541.201
Sanitarian. 541.314
School building manager. 541.202
School department head. 541.201
School lunch room manager. 541.202
School maintenance man. 541.202
School principal. 541.201
School superintendent. 541.201
School vice principal. 541.201
Secretary. 541.205
Secretary, executive. 541.201
Serviceman. 541.501
Shipper, head. 541.115
Shipping clerk. 541.207
Shipping room foreman. 541.115
Singer. 541.303, 541.313
Social worker. 541.302, 541.314
Statistician. 541.201, 541.205
Strawboss. 541.115
Supervisor, production control. 541.201
Tape librarian. 541.207
Tax consultant. 541.205
Tax expert. 541.201, 541.205
Teacher. 541.115, 541.300, 541.302, 541.304, 541.307, 541.315
Technologist. 541.314
Televised announcer. 541.303
Teller, bank. 541.205, 541.207
Therapist. 541.311
Timekeeper. 541.108
Traffic manager. 541.208
Trainee. 541.116, 541.210, 541.308, 541.310, 541.505, 541.508

Trainer-salesman, 541.506
Truck driver, 541.207, 541.506
Utility representative, 541.207, 541.504
Violinist, 541.303
Working foreman, 541.115
Working supervisor, 541.115
Writer, advertising, 541.303
Writer, fiction, 541.303
Writer, newspaper, 541.303
Writer, scenario, 541.303
Writer, short story, 541.303
X-ray technician, 541.306

## PART 547—REQUIREMENTS OF A "BONA FIDE THRIFT OR SAVINGS PLAN"

Sec.

547.0 Scope and effect of part.
547.1 Essential requirements for qualifications.
547.2 Disqualifying provisions.
547.3 Petition for amendment of regulations in this part.

AUTHORITY: Sec. 7, 52 Stat. 1063, as amended; 29 U.S.C. 207.

SOURCE: 19 FR 4864, Aug. 3, 1954, unless otherwise noted.

### § 547.0 Scope and effect of part.

(a) The regulations in this part set forth the requirements of a "bona fide thrift or savings plan" under section 7(e)(3)(b) of the Fair Labor Standards Act of 1938, as amended (hereinafter called the Act). In determining the total remuneration for employment which section 7(e) of the Act requires to be included in the regular rate at which an employee is employed, it is not necessary to include any sums paid to or on behalf of such employee, in recognition of services performed by him during a given period, which are paid pursuant to a bona fide thrift or savings plan meeting the requirements set forth herein. In the formulation of these regulations due regard has been given to the factors and standards set forth in section 7(e)(3)(b) of the Act.

(b) Where a thrift or savings plan is combined in a single program (whether in one or more documents) with a plan or trust for providing profit-sharing payments to employees, or with a plan or trust for providing old age, retirement, life, accident or health insurance or similar benefits for employees, contributions made by the employer pursuant to such thrift or savings plan may be excluded from the regular rate if the plan meets the requirements of the regulation in this part and the contributions made for the other purposes may be excluded from the regular rate if they meet the tests set forth in regulations, Part 549, or the tests set forth in Interpretative Bulletin, part 778 of this chapter, §§ 778.214 and 778.215, as the case may be.

### § 547.1 Essential requirements for qualifications.

(a) A "bona fide thrift or savings plan" for the purpose of section 7(e)(3)(b) of the Act is required to meet all the standards set forth in paragraphs (b) through (f) of this section and must not contain the disqualifying provisions set forth in § 547.2.

(b) The thrift or savings plan constitutes a definite program or arrangement in writing, adopted by the employer or by contract as a result of collective bargaining and communicated or made available to the employees, which is established and maintained, in good faith, for the purpose of encouraging voluntary thrift or savings by employees by providing an incentive to employees to accumulate regularly and retain cash savings for a reasonable period of time or to save through the regular purchase of public or private securities.

(c) The plan specifically shall set forth the category or categories of employees participating and the basis of their eligibility. Eligibility may not be based on such factors as hours of work, production, or efficiency of the employees: *Provided, however*, That hours of work may be used to determine eligibility of part-time or casual employees.

(d) The amount any employee may save under the plan shall be specified in the plan or determined in accordance with a definite formula specified in the plan, which formula may be based on one or more factors such as the straight-time earnings or total earnings, base rate of pay, or length of service of the employee.

(e) The employer's total contribution in any year may not exceed 15 percent of the participating employees' total earnings during that year. In addition, the employer's total contribution in





any year may not ... amount saved or in... ticipating employees ... *Provided, however*, Th... ting a greater contrib... mitted to the Admi... proved by him as a "... savings plan" within ... section 7(e)(3)(b) of th...

(1) The plan mee... standards of this sect...

(2) The plan contai... qualifying factors ... § 547.2;

(3) The employer ... based to a substanti... tention of savings; an...

(4) The amount o... contribution bears ... tionship to the amo... tained and the period ...

(f) The employer ... shall be apportioned ... vidual employees in a... definite formula or m... tion specified in the ... mula or method of ca... on the amount save... time the individual ... his savings or invest... *Provided*, That no emp... termined in accordan... may be diminished ... other remuneration re...

(Approved by the Office ... Budget under control num...

[19 FR 4864, Aug. 3, 1954, ... 145, Jan. 5, 1982]

### § 547.2 Disqualifying ...

(a) No employee's ... the plan shall be on ... untary basis.

(b) No employee's ... shall be dependent up... by the existence of su... ings plan or the emp... tions thereto.

(c) The amounts an... save under the plan, ... paid by the employer ... may not be based upo... hours of work, product...

### § 547.3 Petition for am... ulations in this part

Any person wishing ... of the terms of the re... part may submit in wr...