IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RONALD E. ZUBER,              )
                              )
    Plaintiff,                )
                              )
vs.                           )
                              )
APC NATCHIQ, INC.,            )
                              )
    Defendant.                )
_____)

Case No. A03-0052 CV (RRB)

### DEPOSITION OF MARK C. NELSON

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Kenneth L. Covell, Esq.<br>712 Eighth Avenue<br>Fairbanks, Alaska  99701 |
| For the Defendant: | Gregoryk L. Youngmun, Esq.<br>DeLisio, Moran, Geraghty & Zobel<br>943 West Sixth Avenue, Suite 110<br>Anchorage, Alaska  99501 |
| Also Present: | Ronald E. Zuber |

\* \* \* \* \*

Pursuant to Notice, the Deposition of MARK C. NELSON was taken on behalf of the Plaintiff before Teresa E. Mielke, Notary Public in and for the State of Alaska and Reporter for Gemini Reporting Services, at the Offices of Gemini Reporting Services, 943 West Sixth Avenue, Suite 110, Anchorage, Alaska, on the 26th day of August, 2003, commencing at the hour of 1:50 p.m.

\* \* \* \* \*



Reporting Services
943 West 6th, Suite 110
Anchorage, Alaska 99501
277-8591

Case 3:03-cv-00174-RRB    Document 58-4    Filed 08/11/2006    Page 2 of 8

Case 3:03-cv-00174-RRB   Document 58-4   Filed 08/11/2006   Page 3 of 8

Case No. A03-0052 CV (RRB)     CondenseIt!™     Zuber v. APC Natchiq, Inc.

### Page 2

1   PROCEEDINGS
2   (Oath administered)
3   MARK C. NELSON,
4   having first been duly sworn under Oath, testified as follows:
5   REPORTER: And for the record would you please state your
6   full name?
7   A   Mark C. Nelson.
8   REPORTER: Standard spelling?
9   A   N-E-L-S-O-N.
10  REPORTER: What is your mailing address?
11  A   3900 "C" Street, Suite 701, Anchorage, 995 — here we go,
12      let's see, -03.
13  REPORTER: And your occupation?
14  A   President of AES, operations and maintenance.
15  BY MR. COVELL:
16  Q   Good afternoon, Mr. Nelson.
17  A   Hi.
18  Q   AES is — why don't you tell me what AES stands for?
19  A   Arctic Slope Regional Corporation Energy Services.
20  Q   Okay, and is that the successor to APC?
21  A   Yes.
22  Q   All right. Were you president of APC.....
23  A   Yes.
24  Q   .....prior to the, I guess, reorganization, if that's the
25      right way to call it? When did you become president of

### Page 3

1   APC?
2   A   Two — year 2000.
3   Q   Prior to that time what was your position?
4   A   Operations manager — prior to president I was vice
5       president for four or five months, prior to that I was
6       operations manager of the Kuparuk field.
7   Q   Okay, and what time frame were you operations manager of
8       Kuparuk field? Was it.....
9   A   It.....
10  Q   Would it be from '96 on through.....
11  A   Yes.
12  Q   .....2001? We talked to Mr. Buchanan a little bit
13      yesterday and I got some information, so just try to keep
14      things moving here. As operations manager were you in
15      charge of the Kuparuk field for APC operations?
16  A   Yes.
17  Q   And was there a business unit manager during your tenure
18      as Kuparuk operations manager?
19  A   Business unit — define that position? You mean in the
20      organization.....
21  Q   My understanding from talking to Mr. Buchanan is his
22      current job is business unit manager, is that right?
23  A   Yes.
24  Q   Okay, and he's.....
25  A   Or operations manager, sure. I think those titles

### Page 4

1   somewhat are interchangeable.
2   Q   Okay. I was under the impression or recollection from
3       talking to him at one point there was both the business
4       unit manager and an operations manager for Kuparuk even if
5       the business unit manager might've had more than Kuparuk,
6       it might've had another field as well?
7   A   For a period of time. What he might be referring to is
8       there was a Anchorage-based asset manager, business unit
9       manager, whatever you might want to call it, a position
10      that was held for, I don't know, maybe one to two years.
11      The person that filled the role in Anchorage was
12      reimbursed by the client, but was -- the position was
13      eliminated.
14  Q   So the general scheme is to have an operations manager at
15      Kuparuk that's in charge of APC operations for Kuparuk?
16  A   Correct, reports to the president.
17  Q   Okay, all right. And so the hierarchy would be president,
18      operations manager, and the business unit manager, if
19      existed, might be between the president and the.....
20  A   Doesn't.....
21  Q   .....operations manager?
22  A   Doesn't exist.
23  Q   Okay, all right. And what's your training and experience
24      and education?
25  A   Education, high school, a bachelor of science in finance

### Page 5

1   and accounting. Education beyond that, currently enrolled
2       in a project management master's program. Education --
3       additional education through a tremendous amount of
4       seminars, training, on-the-job training, that type of
5       thing.
6   Q   Okay, and what's your work experience, you know, after
7       high school, the significant work experience that led you
8       to this position that you're in now?
9   A   After college I came to Alaska, went to work for a
10      predecessor of APC, Pioneer Oilfield Services, and the
11      company was ultimately purchased by Natchiq, which was the
12      parent company, and I rolled right into it, so spent 17
13      years on the North Slope.
14  Q   And besides behind president of APC and operations manager
15      at Kuparuk what other positions have you held with Pioneer
16      and Natchiq?
17  A   I was the administrative manager prior to operations
18      manager.
19  Q   Okay, and what does that mean?
20  A   Administrative manager is the person who is over all the
21      accounting, field-related HR, non-operational functions.
22  Q   Okay, so accounting and human relations and other non-
23      operational duties, is that fair?
24  A   Right.
25  Q   Okay. And when did you go from administrative manager to

Case 3:03-cv-00174-RRB   Document 58-4   Filed 08/11/2006   Page 4 of 8

Case No. A03-0052 CV (RRB)    CondenseIt!™    Zuber v. APC Natchiq, Inc.

### Page 6

1  operations?
2  A  The year '93, '94, when the oilfield slowed down, they --
3     we made a decision to eliminate my alternate's position
4     and the operations manager's position, and so that person
5     and I alternated for a period of time, I don't know what
6     period of time, really, some short period, and then -- and
7     then the positions were combined. We really tried to move
8     more of the administrative functions to town and leave one
9     operations manager on the Slope.
10 Q  All right. As operations manager at Kuparuk -- Mr.
11    Buchanan told us he had roughly in the range of 600 people
12    working for him when -- or, has, I guess, as the
13    operations manager. Is that about the number of people
14    you would have working under you as operations manager
15    during your tenure there?
16 A  Yes.
17 Q  All right, and among those positions did you employ safety
18    specialists?
19 A  Yes.
20 Q  All right, and was Mr. Zuber a safety specialist for APC
21    from about 1996 'til about January of 2001?
22 A  Yes.
23 Q  And you knew him up there as an employee, is that right?
24 A  Sure.
25 Q  Okay. What does a safety specialist do?

### Page 7

1  A  That's a broad question.
2  Q  Okay, I'll take a broad answer.
3  A  Safety specialist is -- is -- if you wanted to boil it
4     into a nutshell, is the eyes and ears of management in the
5     field. Safety is a huge piece of our business today, has
6     been for a number of years, and the specialist is the
7     person out in the -- in the work force, in the field,
8     involved with our day to day operations who -- where a
9     person, myself, the operations manager, couldn't be --
10    couldn't be -- there's not enough eyes and ears on my
11    body, so we employ safety specialists to be more eyes and
12    ears, if you will, out in the -- out in the operations.
13 Q  And then would a safety specialist report directly to you?
14 A  Could, and have in the past, or in the case of Kuparuk
15    reported to me through a supervisor.
16 Q  Okay, and I guess that question contemplates you being the
17    operations manager when I ask -- or, that's a -- is that
18    how you answered the question when I said report to you?
19    You took it to mean as operations manager as opposed to
20    your current position of president?
21 A  Will you repeat the question?
22 Q  Safety specialist -- safety specialist won't report to you
23    as president of APC or AES, would they?
24 A  Not day to day, no.
25 Q  And a safety specialist would sometimes report to you as

### Page 8

1  operations manager, is that what you told us?
2  A  Okay, I guess where I'm trying to understand what your
3     question is the year and the job. As we define '96
4     through 2000 and when I was in Kuparuk there was a safety
5     specialist. The safety specialist was one of my direct
6     reports on my staff, and then that -- so if we're
7     referring to Ron in this case, Ron was not one of my
8     direct reports.
9  Q  Okay, and who was your direct report, if you recollect?
10 A  For which position?
11 Q  For safety specialists. If I understood what you're
12    saying was some safety specialist did report directly to
13    you. I guess I'm anticipating perhaps that those might be
14    the safety supervisors, but I don't know, I'm -- so I'm
15    asking you.
16 A  The majority of the time while I was in Kuparuk where Ron
17    was there also, Bob Cannon and Ron Kirk was the
18    supervisor. Not sure of time frames, maybe Michael Day
19    was in there also.
20 Q  Okay, and were they -- when they reported directly to you
21    were they classified or was their job title safety
22    supervisor?
23 A  My direct report? Safety supervisor, yes.
24 Q  Okay, so is it -- not that Mr. Zuber couldn't report
25    directly to you, but as a normal course of affairs would

### Page 9

1     be report to the safety supervisor, who then would report
2     to you?
3  A  Yes.
4  Q  In the organization of the safety department, I understand
5     there's safety specialists, safety supervisor, and then I
6     understand that there's a -- there is or was a further
7     higher position in the department. Do you have a person
8     like that or a position like that now?
9  A  Describe that position.
10 Q  Somebody that the -- somebody that's in charge of the
11    safety department.
12 A  Beyond the supervisor?
13 Q  Right.
14 A  No.
15 Q  Okay, did you -- or, have you had over the course of '96
16    to present somebody in a position like that?
17 A  In the department that had -- that the -- between the line
18    of management between myself at the time and the
19    supervisor?
20 Q  Well, between the position, say, of -- either between the
21    position of president, or whatever the chief officer was,
22    and a safety supervisor was there an intermediary
23    individual or position that was in charge of the safety
24    department, in charge of the safety supervisors?
25 A  Okay, I -- your mix-up might be on time periods. Are you

Case 3:03-cv-00174-RRB   Document 58-4   Filed 08/11/2006   Page 5 of 8

Case No. A03-0052 CV (RR—)    CondenseIt!™    Zuber v. APC Natchiq, Inc.

### Page 10

1  talking about today as president or are you talking about
2  when I was operations manager in Kuparuk?
3  Q  For the time frame '96 forward, regardless of what your
4     job was, were there -- was there a person or a position
5     that the safety supervisors reported to, and that person
6     or job was the overall head of the safety department?
7  A  For APC, no.
8  Q  Okay, was it -- do you remember a Mr. Heffler or Heffley
9     or Heffer -- Heffner having a job like that?
10 A  Keith Heffner, yes.
11 Q  And did he have a job like that?
12 A  Keith Heffner was -- I'm not sure what period of time he
13    was employed with the company, but I believe always with
14    the parent company Natchiq.
15 Q  Okay, and what was his title, or is or was his title, if
16    you know?
17 A  Somewhat -- something along the line of a corporate --
18    corporate HSE manager.
19 Q  Okay, Mr. Buchanan called him the corporate safety guy, I
20    think, is that.....
21 A  Okay.
22 Q  .....reasonable.....
23 A  Sure.
24 Q  .....name for him? All right, and prior to become AES was
25    Mr. Heffler -- Heffler, is that the right name? Heff.....

### Page 11

1  A  You're going to get me saying this now. Heffner.
2  Q  Mr. Heffner in that same position as corporate safety guy?
3  A  At the -- in which time frame?
4  Q  Well, recently you changed from APC Natchiq to AES,
5     right.....
6  A  Okay.
7  Q  .....within a year or so?
8  A  Today Keith Heffner is -- wait. Keith, yeah, today is not
9     our corporate safety man with AES. Today our corporate
10    safety man, 2003, is Doug Smith. So help me from there,
11    I'm not sure I under.....
12 Q  All right, well, the -- we can go to either spot with
13    this. So Doug Smith is the corporate safety man. Today
14    do the specialists report to a safety supervisor and then
15    do the safety supervisors report to -- not exclusively but
16    to Mr. Smith?
17 A  Do they have a channel of communication, a line of
18    reporting to the corporate safety man?
19 Q  Yes.
20 A  Sure.
21 Q  Okay, and they might -- the safety supervisors might as
22    well -- might also report to operations manager at
23    Kuparuk, right?
24 A  Yes.
25 Q  All right. From the time frame in 1996 forward was there

### Page 12

1  always a position, whether it be at Natchiq or APC, that
2  was comparable to Mr. Smith's and Mr. Heffner's job?
3  A  With some gaps, maybe. I can't recall. Yeah.
4  Q  Generally that would be the.....
5  A  Company philosophy would have a corporate safety officer
6     or corporate safety man on the -- yes.
7  Q  Okay, all right. Would it be reasonable to call that
8     position a corporate safety director or a safety director?
9  A  I'm sure -- I don't know the distinction, director versus
10    manager versus officer but.....
11 Q  I'm not trying to.....
12 A  .....senior -- senior safety resource to management, yes.
13 Q  Okay, all right.
14    MR. COVELL: That's too early, isn't it?
15    MR. YOUNGMUN: It's 2:10.
16    MR. COVELL: Yes, it's too early.
17 Q  Do you have -- or, when you were APC did you have a legal
18    department?
19 A  What year?
20 Q  1996 forward.
21 A  The -- I did not have access to a legal department in '96.
22    The legal in-house counsel we currently have today was
23    hired, I'm going to say, '99, 2000.
24 Q  Okay, if -- prior to that time if you had need for legal
25    resource would the company obtain them for you?

### Page 13

1  A  We would've made a decision as to need and -- sure, of
2     course, right.
3  Q  Okay. In 1996 you had occasion to -- or, did you have
4     occasion to evaluate various positions with APC for their
5     categorization as exempt or nonexempt for purposes of
6     overtime under state and federal law?
7  A  I started '96, I think the time frame '97 is when I really
8     -- was really more -- did more of an evaluation.
9  Q  Okay, and what precipitated you to do that, if you recall?
10 A  Concerns that I had just in the -- in the media and
11    whatnot regarding exempt versus nonexempt.
12 Q  Let me show you Exhibits 1 and 2 here, I represent to you
13    Exhibit 1 is what was supplied to us in discovery as a job
14    description for safety specialist, and Exhibit 2 is a job
15    announcement for a safety specialist job. Are you
16    familiar with Exhibit 1 there?
17 A  Want me to read it, or.....
18 Q  No, I'm just asking if that's.....
19 A  I recognize the general outline, yes.
20 Q  Okay. All right, do you recollect using that back in '96
21    or '97 in connection with evaluating whether or not a
22    safety specialist position was exempt or nonexempt?
23 A  This particular job description?
24 Q  Or one similar to it. This one -- we looked at these
25    earlier today, and we have potentially three of them.

Page 14

1  There's Exhibit 1, there's this job advertisement, I
2  guess, and then there was.....
3  MR. YOUNGMUN: 145.
4 Q  And this is -- I'm showing you Exhibit 4 that's designated
5  APC 145. We came to the -- or, we came to the possible
6  conclusion that this APC 145 is an older version of this
7  Exhibit 1, and that they're apparently similar but there's
8  some minor differences in them. And it's just to
9  hopefully save us some time. In doing a review of the
10  exempt status as a safety specialist did you use a job
11  description -- this job description or one like it in
12  doing a review, to your recollection?
13 A  It could have been a partial review that I did at the time
14  by using this material.
15 Q  All right, can you take a minute, and we'll go off record
16  if you need to, and read these and see if in your opinion
17  these fairly describe the position of safety specialist
18  with APC from 1996 to date?
19 A  Okay, you're -- you're asking me are these basically the
20  same position evolving over the last.....
21 Q  Sure.
22 A  .....X years or something?
23 Q  Yes, yes.
24 A  Well, you want -- if you want me to read them verbatim I
25  can. I can probably look at.....

Page 15

1 Q  No, I.....
2 A  .....them structurally and say they're probably the
3  evaluation of -- you know, this was probably an old one,
4  that's dated something last year, and this is probably
5  this year. So, yeah, I would say it's probably an
6  evaluation of time over -- without reading it verbatim.
7 Q  From '96 to date have there been any dramatic changes in
8  the duties of the safety specialist?
9 A  In the day to day duties?
10 Q  Yes.
11 A  No.
12 Q  All right. Why don't you take a look at what's -- that's
13  Exhibit 4, right? No, that's your copy, I have a copy
14  right here. I just kind of -- In the course of evaluating
15  the position was there some paperwork generated? When you
16  examined the position of safety specialist and other
17  positions concerning their exempt or nonexempt status was
18  there some paperwork generated in that regard?
19 A  Yes.
20 Q  Okay, and -- okay. In Exhibit 4 I have these papers that
21  were produced by your company to me, and I'd like to go
22  through them with you and discuss them, so if you could
23  turn to Page 137, which is the first page following the
24  legal pleadings there.
25 A  This article?

Page 16

1 Q  Yes.
2 A  Okay.
3 Q  Okay, is that article, which I understand to be a Forbes
4  magazine article, what precipitated your interest in
5  reviewing exempt versus nonexempt positions?
6 A  I think so, primarily.
7 Q  Looking at the second page of that in the next to last
8  paragraph, about four lines down they talk about a case,
9  Auer, A-U-E-R v. Robbins, do you see that right down in
10  here?
11 A  Yes, um-hm.
12 Q  Okay, did you read that case?
13 A  No.
14 Q  Are you familiar with that case at all?
15 A  No.
16 Q  All right, and did you set some -- something in motion to
17  track the progress of that case?
18 A  No.
19 Q  Looking at the next page, which is 139, this seems to be -
20  - does this have much to do with the classification of
21  exempt/nonexempt?
22 A  Doesn't appear to.
23  MR. COVELL: Okay, do you want these, Greg? That's the
24  other copy there; sure.
25 Q  Okay, let's go to the next page here. This is 140, this

Page 17

1  appears to be a memo from you to Anne Hippe and Toby
2  Osborn, do you -- I guess is that what it is?
3 A  Yes.
4 Q  Do you recollect generating this.....
5 A  Yes.
6 Q  .....today?
7 A  It looks like one of mine.
8 Q  All right, and who's Anne Hippe and Toby Osborn?
9 A  Anne Hippe at the time was the comptroller, Toby Osborn
10  was the CFO.
11 Q  Okay, and CFO is chief financial officer?
12 A  Yes.
13 Q  Okay, so these are money people, is that.....
14 A  Money people, yes.
15 Q  Okay, all right. And does that essentially say you're
16  concerned about people being exempt or nonexempt and you
17  wanted to look into that matter and explore it?
18 A  Right, at that time I was concerned and looking for -- I
19  don't think I had much exposure at the time to exempt
20  versus nonexempt and were looking for how do you classify,
21  were we correct, were we not correct, looking for answers.
22 Q  Okay, and also in conjunction with looking at the exempt,
23  nonexempt, did you also have a concern about whether or
24  not paying people a daily salary was something you ought
25  or ought not to be doing?

Case 3:03-cv-00174-RRB   Document 58-4   Filed 08/11/2006   Page 7 of 8

Case No. A03-0052 CV (RRB)          CondenseIt!™          Zuber v. APC Natchiq, Inc.

Page 18

1  A  Is that what my memo says?
2  Q  Yes, I'd suggest to you that in these further papers.....
3  A  Suggest it? Sure, if that's what I was suggesting.
4  Q  Okay, all right. We already discussed — let's go through
5     these. 145 appearing to be the job description that more
6     or less describes the job of safety specialist.
7  A  Oh, so, okay, project superintendent on 141.....
8  Q  Right.
9  A  .....and engineers, super -- materials supervisors, 145,
10    yes, safety specialists.
11 Q  Okay, and those pages you just went through before are
12    other job descriptions for the company, is that right?
13 A  Yes.
14 Q  Did you review not only the safety specialists but those
15    other job descriptions back in this time frame, '96, '97?
16 A  Yes.
17 Q  Okay, turning to 147, is that your handwriting?
18 A  Yes, it is.
19 Q  Okay, much better than mine, believe me. What's this
20    paper represent, or what's it all about, if you can tell
21    us?
22 A  I don't know all of what was going through my — what was
23    going through my mind at this time. There were — there's
24    a distinction in Alaska law between exempt/nonexempt,
25    three categories. The ones that I would be concerned

Page 19

1     with, administrative, professional, executive. I believe
2     it was -- in fact, I'm almost -- can almost remember the
3     conversation with Randy Carr was around supervisors. I
4     was unaware at the time supervisors was a whole separate
5     classification and how it was classed in state law, but it
6     was something that should be set aside and we -- something
7     we should be concerned about, that you could classify them
8     as exempt. But it's really exempt, they should be paid
9     for all hours worked, but they could be paid at the
10    straight time rate, and it was something I had never heard
11    before. It was a note I made. This is some of those
12    chicken scratches that I was making, maybe at the time I
13    was even talking to him, for all I know. These are --
14    these are — these people listed below are maybe notes in
15    my mind at the time of people that were paid exempt, could
16    -- that could be — maybe they were improperly -- I didn't
17    know at the time. I was making notes to check them out. I
18    suspect that's what it was.
19 Q  All right, and then turning to Pages -- well, as a group,
20    148 through 157.
21 A  Okay.
22 Q  Can you tell us what those are, in general?
23 A  Yeah, they're some kind of a — a test that you walk
24    through and check whether they meet the criteria of exempt
25    or nonexempt, basically.

Page 20

1  Q  Did you want to call them a cheat sheet?
2  A  Yeah, I don't — whatever you.....
3  Q  A checklist for.....
4  A  .....for a layman, to --
5  Q  .....more formal.....
6  A  Sure.
7  Q  .....sounding?
8  A  More or less, yeah.
9  Q  All right, do you know where these -- the blanks came
10    from, as far as these checklists go?
11 A  Don't know today, yeah.
12 Q  All right, do you know if maybe you got them from -- well,
13    never mind, okay. All right, do you know what 158 and 159
14    are and why they might be included here as being relevant
15    to this case?
16 A  158?
17 Q  And 159.
18 A  One fifty — They -- they are printouts, I'm not sure out
19    of what system, if it was the data base we used at the
20    time on the Slope. Appear to be employees who were paid
21    on a day rate.
22 Q  Okay, do you know what was under the black-outs on those
23    pages?
24 A  No.
25 Q  Do you know why the black-outs are there?

Page 21

1  A  I don't recall. They may have been non — nonexempt, I
2     don't know.
3  Q  All right, and then Page 160, do you know why this is
4     here? Might that be additional day rate people?
5  A  Additional people, right.
6  Q  All right. Looking at Page 161, that looks like that's
7     perhaps an e-mail from you to Harvill/Price, and I believe
8     we were told they were some type of managers, perhaps.
9     Well, who are Harvill/Price?
10 A  Well, let me familiarize myself with this for a second
11    here.
12 Q  Any time you want to do that, just say so, I don't mean to
13    rush you.
14 A  Well, I can walk you through. Harvill and Price were
15    super -- they were ARCO supervisors at the time, it was
16    John Harvill, Mike Price, just used the last names. Bill
17    Hurley at the time was -- was ARCO's HR manager in
18    Anchorage. He may have been on the Slope periodically,
19    but he was their HR manager. This would've been sent
20    from, looks like Mike Price to Bill Hurley, the initial e-
21    mail, asking the question -- well, it says, he writes,
22    Mark Nelson is reviewing the APC positions, "he was
23    curious as to how ARCO determined this. They would like
24    to use our input as benchmarking information on" the
25    issue. I — I probably went to him at the time and said,

Case 3:03-cv-00174-RRB   Document 58-4   Filed 08/11/2006   Page 8 of 8

Case No. A03-0052 CV (RRB)  CondenseIt!™   Zuber v. APC Natchiq, Inc.

### Page 22

1  hey, how do you guys do it. You know, this is in December
2  of '96, it was early on, I was — I had concerns. I went
3  to these guys and said what's the -- in fact, I think the
4  article, the Forbes article, referenced a case against
5  ARCO. I probably assumed at the time ARCO had -- was very
6  fluent in this subject and could help me.
7  Q  Okay. I believe it does reference an article.
8  A  They in turn referred me to their compensation specialist
9  or analyst here, Nancy Williams, gave me her number.
10 Q  Okay, did you ever talk to Nancy Williams?
11 A  Talked to somebody, don't recall the name.
12 Q  Concerning classification of positions as exempt or
13    nonexempt?
14 A  Yes.
15 Q  Okay, do you recollect anything from the conversation?
16 A  Is that -- do you have a fax they sent me? It was in the
17    file when I turned it over. Is that coming up here?
18 Q  I -- look at the next page.
19 A  Bingo. Okay, yes, I spoke with Nancy Williams, there is
20    it. She -- I spoke with her about -- actually I was
21    trying to get information about the case, she was not very
22    forthcoming about the case, and she said something to the
23    effect of we use a — I don't know, I'll share with you
24    some information, and she shared, I think, that fax right
25    there it, basically.

### Page 23

1  Q  All right, and that's got a cover sheet, it says cover
2     plus eight, so let's just count, one, two, three, four,
3     five, six, seven, eight takes you through what's labeled
4     APC...
5  A  Yeah.
6  Q  ....170. So is it your recollection that those
7     subsequent eight pages were the fax that you....
8  A  Yeah.
9  Q  ....received from -- Okay, all right. So you had this
10    conversation, she wasn't forthcoming about the case, but
11    she said I'll share these materials with you and she sent
12    those subsequent eight pages. Did the conversation --
13    what else do you recollect about the conversation, if
14    anything, or is that.....
15 A  She said they'd made changes in some of their positions,
16    some of them they hadn't — I don't really recall at the
17    time. I -- I should say I recall at the time they were --
18    there was an issue around engineers, field engineers, I
19    don't remember how they ended up classifying — I think
20    that's what their suit -- the original suit was brought
21    against. I may have asked, I think I did, about the
22    supervisory people, how they were classifying maybe the --
23    The positions I was concerned about at the time were
24    warehouseman, safety specialist, engineers and whatnot,
25    and I think that she told me, I'm going to say

### Page 24

1  recollection is that she told me that they still
2  classified safety as exempt, that they had maybe made
3  changes in their engineering, but they weren't at liberty
4  really to disclose too much information around that.
5  Q  Okay, is it fair to say, and correct me if I'm wrong
6     because I'm not trying to testify here, that the
7     conversation with her was somewhat guarded as to what they
8     did or what they were doing?
9  A  Yes.
10 Q  Okay, and she said well, here is -- not to put this
11    rudely, but she sort of said here is some materials, try
12    to work it out with these?
13 A  Yeah, she — and you're dating me, this is six or seven
14    years ago, so I don't remember the verbatim conversation.
15    It was something that, you know, we had the suit, we're
16    not -- we don't want to talk about it. I think it had
17    been settled out of court, I don't know that it was made
18    public. She said, I'll -- you know, I could tell you some
19    here -- but I don't think at the time it helped me, it's
20    not -- I wasn't going to rely solely on her -- her
21    opinions or what she told me to make a final judgment. So
22    I -- it was just -- that was just early in the game.
23 Q  Step in the process?
24 A  Yes.
25 Q  Okay, all right. Let's go ahead and turn over to Page 171

### Page 25

1  because it might be answering some of our questions.
2  There appears to be an e-mail there from you to Chris
3  Boyle, indicates you talked with Nancy Williams, she faxed
4  you a guideline, refer you to Rose Garcia or LouAnn in
5  their payroll. Do you remember talking to Rose or LouAnn
6  in payroll?
7  A  Well, I — I said here it was LouAnn I talked with, so I
8     — I must've. You know, I don't — I don't really recall
9     the conversation, though.
10 Q  Okay. Was it......
11 A  If I read this -- if you want me to read this, it would --
12    looks like one of my e-mails, so I can read it if you like
13    and.....
14 Q  No, we've got it in the record I'm just as much trying to
15    jog your memory as we have this -- we have this
16    information essentially -- well, you're establishing it
17    for us as your e-mail that was made contemporaneous with
18    you going through this classification procedure. All
19    right, and that second half of that first paragraph starts
20    to address the day rate issue, as you can see. Does that
21    refresh your recollection that that was a matter that was
22    of concern to you, along with the exemption status?
23 A  Yes. Or partial. I think at the time my concern was as
24    much partial payment of a day rate.
25 Q  Okay. Let's see here. What -- well, let's just put this