Page 82

1  Q  So in the instances in this particular bonus we're talking
2     about in this case was there money ear-marked for a safety
3     specialist's bonus for Mr. Zuber, if you know?
4  A  No. You mean specifically to Ron Zuber?
5  Q  Well, or for, if you had 20 specialists, there was a pot
6     of money to be.....
7  A  No. Here's how it works, let me help you out. The end of
8     the year comes, we get January, February, whatever time
9     frame, we look at how much money we may have earned as a
10    corporation from an incentive through our O&M work with
11    the -- ARCO at the time, or Conoco Phillips. We look at
12    how much money we make on our risk/reward projects. We
13    pool that money together and then we -- in a pretty simple
14    calculation we look at how much we can put into the pool.
15    Really, the monies that come from risk/reward were
16    originally targeted to be -- as management we targeted to
17    split 50/50 corporation/employees, we'd throw it in the
18    pool. In later years we end up putting it -- more of it
19    into the pool because we weren't earning as much -- I
20    mean, we were getting squeezed by the oil companies to not
21    put as much -- they were not willing to give us any
22    additional incentive money, they wanted -- they actually
23    wanted to do away with the bonus all together. We would
24    take it, pretty simple, whatever the dollars were over the
25    denominator of how many employees, X, and -- some

Page 83

1     variation to that, and -- and give -- and they come out
2     with whatever that number is and then that would be paid
3     out to the employees.
4  Q  Okay, if -- after Zuber left I assume he was replaced by
5     somebody else?
6  A  I wasn't at the job -- I wasn't in Kuparuk at the time,
7     but yeah, I assume, yeah.
8  Q  Would that new person have received that bonus, the person
9     that took Zuber's job? Would they get the bonus?
10 A  The new person.
11 Q  Right.
12 A  No. Had they -- had they transferred from -- who was the
13    person? If they -- if they were an employee of APC's and
14    got moved or shuffled or move or some transferred, if they
15    were working at Kuparuk field, yes. If they weren't, if
16    they were, say, a new hire off the street, no.
17 Q  And if they came from a different field what would happen
18    in regard to the bonus?
19 A  Probably would not -- no, they -- if they came from, say,
20    BP operations, no, they would not get it.
21 Q  Okay. Do employees get bonuses at other fields?
22 A  Some, yes, some don't. Some, no, depending upon --
23    there's been an A to Z criteria out there.
24 Q  So if an APC employee came from another field where there
25    was a bonus and went to Kuparuk, would they get their

Page 84

1     bonus from the old field, as it were?
2  A  I can't think of an instance where that ever happened. So
3     that's a -- hypothetically, didn't happen.
4  Q  All right, I hate to ask this question, but you've been
5     talking about risk/rewards, is that some type of bonus
6     program for the company, as it were?
7  A  It's a -- it's a -- we don't do it any longer, but there
8     was a period of time where we -- where the client
9     challenged us, we challenged the client around hard-dollar
10    projects. We said we can do this project for X dollars if
11    we can do X schedule. If we can perform better than that
12    criteria, they would share some of their reward or profits
13    with us, the savings, if you will. If we went beyond
14    that, we were at risk, we would have to pay them back.
15 Q  Okay, so it was kind of a fixed price bid on a job type of
16    situation?
17 A  Yeah, fixed price element, right.
18    MR. COVELL: All right, let me go off the record for just
19    a minute and I think we're about done, I just want to talk to my
20    client for a minute.
21       (OFF THE RECORD)
22       (ON THE RECORD)
23    MR. COVELL: Just a few more questions here.
24    REPORTER: On record.
25 A  Make them easy.

Page 85

1  Q  All right, Kuparuk is an oil -- or, a production oilfield,
2     right?
3  A  Yes.
4  Q  Okay, and the management for APC is here in Anchorage,
5     right? All right, let me rephrase that. The corporate
6     headquarters for APC is -- APC and its successors are and
7     have been here in Anchorage?
8  A  Yes.
9  Q  All right. What would happen to production at Kuparuk if
10    the safety specialists were not doing their job? In other
11    words, if there were no safety specialists working?
12 A  What -- what could happen to the production?
13 Q  Right.
14 A  Or what would happen?
15 Q  What would happen to production, say, if you had no safety
16    specialists?
17 A  Well, by and large, let's say you -- let's say everybody
18    left Kuparuk, right? Hypothetically the production
19    facility would sit there and go choo-choo, choo-choo,
20    choo-choo, choo-choo, and continue to produce
21    indefinitely, right? Hypothetically.
22 Q  Okay, if that's -- that's your answer, I'm not here to
23    agree......
24 A  Yeah.
25 Q  ......or disagree.

Case 3:03-cv-00174-RRB    Document 59-2    Filed 08/11/2006    Page 2 of 7

Case No. A03-0052 CV (RR    CondenseIt!    Zuber v. APC Natchiq, Inc.

Page 86

1 A Yeah, yeah. So if -- so if you remove safety specialists
2 out of the picture, or you remove operations manager or
3 you remove operator, for that fact, hypothetically things
4 would go on until there's an upset, until there's a
5 problem, until there's -- something gets out of the
6 process to where you have to have controls, judgment,
7 people there to say, there's an upset and so we need to
8 make a correction or a change or on-going maintenance.
9 Q Keep going until Murphy's law came into effect?
10 A Right. Or corrosion takes control.
11 Q So you need people to keep the field running, right?
12 A Yes.
13 Q Okay, and is it correct that safety specialists are
14 integral to keeping the field running?
15 A Well, it depends on how you view -- view the field. You
16 know, you -- does a safety specialist ever get dirty,
17 let's say, moving a -- opening or closing a valve, pushing
18 -- opening a button? No. So from a day to day operations
19 standpoint, if all the safety specialists vaporized, it's
20 not -- you're not going to -- a valve isn't going to not
21 get opened, let's say, or a valve is all of a sudden going
22 to get closed.
23 Q Well, safety specialists do get dirty going in and out of
24 tanks and things of that nature, don't they?
25 A They do? Well, okay, they could. Not -- not -- day in,

Page 87

1 day out, they don't really get dirty. They're there to
2 watch, they're there to sign off -- I mean, signing a
3 permit, the minute or two task, is not a dirty process.
4 Sniffing a tank, you may be in an area where people are
5 getting dirty, but a safety specialist doesn't get down,
6 let's say, on his hands and knees and change out a valve,
7 let's say. So they're not going to get dirty. Could they
8 brush up against something walking down the hallway? Yes.
9 Would -- could they get in the tank and inspect? Sure, I
10 would hope so. Could they brush up against the clothes or
11 something? Sure. Could they get it that way? Yes.
12 Q All right. In doing the job as safety specialist, earlier
13 we spoke of safety policies, would it be more correct to
14 say that safety specialists work with safety procedures
15 than policies? And let me withdraw that and give you
16 another question first. Are there safety procedures that
17 are used at Kuparuk?
18 A Yes.
19 Q All right, do you discern that there's -- and are there
20 safety policies within APC and within the field of Kuparuk
21 as well?
22 A Yes.
23 Q All right, what do you discern the difference between the
24 two to be, if any?
25 A I was hoping you wouldn't ask me that question.

Page 88

1 Q Okay.
2 A You know, that's a tough question sometimes, because
3 policy is -- I don't have a -- I don't know if I have a
4 Webster's dictionary technical distinction between a
5 policy and a procedure. Policy really is thou shall not
6 something. Procedure is you will perform this work by
7 following steps A through Z.
8 Q Okay, my impression, for what it's worth, perhaps, is that
9 a policy tends to be a more broad-based kind of edict or
10 direction, whereas a procedure tends to be specific to a
11 certain process or action.
12 A Sure, but a procedure can be laced with policy, if you
13 will.
14 Q Sure. But I guess -- okay. Well, as far as doing a
15 confined space entry, the regulations that control that
16 would tend to be specific to that particular process,
17 right? In other words, a policy might be no one gets
18 hurt, that's our policy. Would you classify that as a
19 policy? In other words, call that as a slogan.....
20 A I think that's a feel good statement.
21 Q Okay, all right. What about safety is of the first
22 importance in the discharge of duty, would you call that a
23 policy?
24 A Okay, sure. It's a step, that's just a thought process.
25 Q Okay. In doing the day to day tasks would a safety

Page 89

1 specialist be using procedures to insure that work is
2 being done safely?
3 A I -- I don't know. I don't know how much the specialists
4 refer to the procedure per se.
5 Q Okay. In regard to the questions we had about you
6 speaking with Mr. Cannon about the exempt status of safety
7 specialists, do you ever recollect having conversations
8 with either Mr. Cannon and/or Mr. Les Williams about Mr.
9 Zuber complaining that he wasn't being paid for night-time
10 work, call-out work and things of that nature?
11 A Not -- not that I recall.
12 Q Could it be that Mr. Cannon or Mr. Williams came to you
13 with those issues and you don't recollect it?
14 A It could have been, I don't -- I don't recall. I don't
15 recall a specific conversation.
16 Q Okay, and there's another.....
17 A I -- and around -- what would you say, around night call-
18 outs?
19 Q Around working in excess of, say, a 6:00 to 6:00 -- 6:00
20 a.m. to 6:00 p.m. shift, so having to go out and do hot
21 work permit at night or other jobs. Being called out at
22 night and working into and sometimes through the night.
23 A Okay, no, really our policy is around -- ideally we want
24 people to work 6:00 to 6:00, safety specialists alike.
25 And if they -- if there were a call-out, something of that

Case 3:03-cv-00174-RRB    Document 59-2    Filed 08/11/2006    Page 3 of 7

Case No. A03-0052 CV (RR.    CondenseIt!    Zuber v. APC Natchiq, Inc.

Page 90

1  effect, in the evening, we would give the latitude, the
2  judgment, discretion, to the safety specialist to either,
3  A, sleep in, go back and take a nap, you know, take a
4  longer -- I mean, whatever, knock off early the next day.
5  There's -- there's nobody -- similar to you showing me did
6  Ron Zuber work 13 hours on day X. I -- I don't know
7  because he didn't have a supervisor standing over him
8  saying you be here at 6:00 and you leave at 6:00. And I
9  don't know where Zuber was. I mean, to me, I'd see him in
10 front of the doughnut case and in the camp and, you know,
11 these -- his supervisor didn't dog him in that sense of
12 day to day.
13 Q  Are you aware of Zuber ever sleeping in or going back to
14    take a nap or things of that nature after he ended up
15    doing night work, as it were?
16 A  No, but I don't know where Zuber was day -- you know,
17    unless I see him in the office. I -- I wouldn't be made
18    aware of it.
19 Q  Okay. This one's a shot in the dark here. Mr. Zuber
20    represents that he had to do some STM training and he was
21    supposed to do it in a certain manner and that he'd
22    executed an agreement with the people that trained him,
23    that Les Williams told him to go ahead and do the STM
24    training the way Les Williams told him to do it, which Mr.
25    Zuber did, he followed his direct order, and that an ARCO,

Page 91

1   I believe, safety person named Vicki found out about this
2   and was upset about it. Know anything about an incident
3   of that nature?
4 A  Say the -- tell me the incident again? That Les -- Les
5    Williams is the -- was the safety supervisor we had for a
6    while, former -- Ron could help me -- but former OSHA,
7    that we fired or something, right? It was a short period
8    of time.
9 Q  It's my understanding he was a safety supervisor.
10 A  Yeah, we term -- okay. I -- yeah, okay, and the
11    conversation you're trying to relate me to was between Ron
12    and Les about.....
13 Q  Les told Ron to go give a STM training, Ron perceived that
14    to be not comporting with the way it was supposed to be
15    done, Mr. Williams -- Les Williams said go do it anyway,
16    which Ron did.
17 A  Go do it like what? What do you mean?
18 Q  Evidently there's a way to do it that you're instructed to
19    do it, and he was -- I think it was to too big a group,
20    essentially. It was to a group of 50 or something. And
21    something -- is this anything that ever came to your
22    attention, to your recollection?
23 A  If Ron said he brought it to my attention, I wouldn't deny
24    it. I don't recall. I don't recall that, no.
25    MR. COVELL: That's all I have. That's all I have.

Page 92

1   MR. YOUNGMUN: No questions.
2   REPORTER: Off record.
3      (OFF THE RECORD)
4      END OF PROCEEDINGS
5         * * * * *

```
                    C E R T I F I C A T E
UNITED STATES OF AMERICA  )
                          ) ss.
DISTRICT OF ALASKA        )
SUPERIOR COURT            )
                          ) ss.
STATE OF ALASKA           )
```

I, Teresa E. Mielke, Notary Public in and for the State of
Alaska, residing at Anchorage, Alaska, and Electronic Reporter
for Gemini Reporting Services, do hereby certify:

THAT the annexed and foregoing deposition of Mark C. Nelson
was taken before me on the 26th day of August, 2003, beginning
at the hour of 1:50 p.m., at the offices of Gemini Reporting
Services, 943 West Sixth Avenue, Suite 110, Anchorage, Alaska,
pursuant to Notice to take the deposition of said witness on
behalf of the Plaintiff;

THAT the above-named witness, before examination, was duly
sworn to testify to the truth, the whole truth, and nothing but
the truth;

THAT this deposition, pages 2 through 91, is a full, true
and accurate transcription of the testimony of said witness,
reported by me electronically and thereafter transcribed by me.

THAT as required by Civil Rule 30(f)(1) amended, the
original of the deposition transcript will be lodged in a sealed
envelope with the law firm requesting transcription of same,
that being the Law Offices of Kenneth Covell;

And THAT I have been certified by the Alaska Supreme Court
prior to January 1, 1993.

I am not a relative nor employee nor attorney nor counsel
of any of the parties, nor am I financially interested in this
action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed
my seal this 2nd day of August, 2003.

_____

SEAL

```
                        C E R T I F I C A T E

 1
       UNITED STATES OF AMERICA    )
 2                                 )   ss.
                                   )
       DISTRICT OF ALASKA          )
 3     SUPERIOR COURT              )
                                   )   ss.
 4     STATE OF ALASKA             )

 5        I, Teresa E. Mielke, Notary Public in and for the State of
       Alaska, residing at Anchorage, Alaska, and Electronic Reporter
 6     for Gemini Reporting Services, do hereby certify:

 7        THAT the annexed and foregoing deposition of Mark C. Nelson
       was taken before me on the 26th day of August, 2003, beginning
 8     at the hour of 1:50 p.m., at the offices of Gemini Reporting
       Services, 943 West Sixth Avenue, Suite 110, Anchorage, Alaska,
 9     pursuant to Notice to take the deposition of said witness on
       behalf of the Plaintiff;
10
          THAT the above-named witness, before examination, was duly
11     sworn to testify to the truth, the whole truth, and nothing but
       the truth;
12
          THAT this deposition, pages 2 through 91, is a full, true
13     and accurate transcription of the testimony of said witness,
       reported by me electronically and thereafter transcribed by me.
14
          THAT as required by Civil Rule 30(f)(1) amended, the
15     original of the deposition transcript will be lodged in a sealed
       envelope with the law firm requesting transcription of same,
16     that being the Law Offices of Kenneth Covell;

17        And THAT I have been certified by the Alaska Supreme Court
       prior to January 1, 1993.
18
          I am not a relative nor employee nor attorney nor counsel
19     of any of the parties, nor am I financially interested in this
       action.
20
          IN WITNESS WHEREOF, I have hereunto set my hand and affixed
21     my seal this 2nd day of August, 2003.

22

23
                    
24

25
                    

                          Reporting Services
                        943 West 6th, Suite 110
                        Anchorage, Alaska 99501
```

**-$-**
$1,000 [1] 30:20
$10 [1] 30:19

**-'-**
'03 [1] 68:15
'93 [1] 6:2
'94 [1] 6:2
'96 [14] 3:10 8:3 9:15 10:3 12:21 13:7,20 15:7 18:15 22:2 39:3 41:21,21 44:20
'97 [6] 13:7,21 18:15 39:3 44:20 69:16
'99 [4] 12:23 44:24 45:2 77:2
'em [1] 37:16
'til [1] 6:21

**---**
-03 [1] 2:12

**-.-**
.030 [1] 51:6
.032 [1] 51:7

**-0-**
035 [1] 51:7

**-1-**
1 [12] 13:12,13,16 14:1,7 53:2,8 63:2,20 64:18 92:23,28
10 [1] 30:25
100 [2] 31:1,10
11 [1] 76:8
110 [1] 92:14
12 [2] 31:5,6
13 [3] 76:18,24 90:6
137 [1] 15:23
139 [1] 16:19
140 [1] 16:25
141 [1] 18:7
145 [5] 14:3,5,6 18:5,9
147 [1] 18:17
148 [1] 19:20
15 [2] 76:8 78:10
154 [3] 39:14,15 48:11
155 [3] 39:15 63:19 69:3
157 [1] 19:20
158 [2] 20:13,16
159 [2] 20:13,17
160 [1] 21:3
161 [1] 21:6
163 [2] 38:15 39:3
166 [1] 40:13
17 [1] 5:12

170 [2] 23:6
171 [1] 24:25
18 [1] 51:10
182 [1] 69:14
184 [2] 32:5 70:5
191 [1] 32:5
1993 [1] 92:28
1996 [6] 6:21 11:25 12:20 13:3 14:18 26:24
1997 [1] 70:18
1999 [2] 76:18,22
1:50 [1] 92:13

**-2-**
2 [5] 13:12,14 53:5 65:25 92:20
20 [2] 78:14 82:5
2000 [5] 3:2 8:4 12:23 79:22 80:13
2001 [7] 3:12 6:21 44:24 45:2 79:9,23,24
2003 [3] 11:10 92:12,33
203 [1] 71:8
20th [1] 76:17
26th [1] 92:12
29 [1] 52:15
2:10 [1] 12:15
2nd [4] 76:18,22 77:2 92:33

**-3-**
3 [1] 66:8
30 [1] 92:23
373 [1] 76:22
3900 [1] 2:11

**-4-**
4 [6] 14:4 15:13,20 32:4 69:16 71:8
40 [2] 29:7 47:4
48 [1] 74:5

**-5-**
50 [1] 91:20
50/50 [1] 82:17
541.2 [1] 53:16
541.207 [1] 52:15

**-6-**
600 [1] 6:11
62 [1] 67:4
626 [3] 67:4,4,4
6:00 [9] 48:18 89:19,19 89:19,20,24 90:8,8

**-7-**
701 [1] 2:11
7:00 [1] 48:19

**-8-**
8:00 [1] 63:3

**-9-**
9 [1] 70:6
91 [1] 92:20
943 [1] 92:14
995 [1] 2:11

**-A-**
A-U-E-R [1] 16:9
a.m [1] 89:20
abandon [2] 77:5,21
abilities [1] 57:20
able [3] 29:16 55:5 66:23
above [1] 53:18
above-named [1] 92:17
absent [1] 78:16
absolutely [2] 51:16 78:15
acceptable [1] 53:17
access [1] 12:21
accompanying [1] 63:12
accounting [3] 5:1,21 5:22
accredited [1] 64:20
accurate [1] 92:21
acquired [4] 63:22,25 64:10,15
Act [2] 70:9,10
action [3] 68:21 88:11 92:31
actions [1] 79:18
activity [2] 44:25 45:2
actual [5] 30:20 33:10 45:10 54:7 71:22
adamant [4] 37:15 72:1 72:6,22
additional [9] 5:3 21:4 21:5 35:7,12 57:7,14 70:13 82:22
address [2] 2:10 25:20
adjustment [1] 26:7
adjustments [1] 26:10
administered [1] 2:2
administrative [9] 5:17 5:20,25 6:8 19:1 40:6 48:12 66:4 67:25
adopted [2] 42:6 47:14
advance [1] 78:2
advanced [2] 63:21,24
advertisement [1] 14:1
AES [8] 2:14,18,18 7:23 10:24 11:4,9 78:21
affairs [2] 8:25 75:12
affect [11] 40:18 42:1 43:7,9,17,21 44:4,14 45:5 48:5 59:3

affected [4] 44:19 46:7 47:17 72:4
affects [3] 41:10,15,16
affixed [1] 92:32
afternoon [1] 2:16
again [3] 49:22 58:25 91:4
against [4] 22:4 23:21 87:8,10
ago [3] 24:14 47:7 68:17
agree [2] 39:6 85:23
agreement [2] 73:23 90:22
agricultural [1] 70:11
ahead [10] 24:25 36:22 51:8 59:22 60:13,18 61:8 67:15 81:5 90:23
airplane [2] 74:11,15
alarm [2] 35:4 39:12
Alaska [13] 5:9 18:24 27:9 37:3 57:16 70:9,10 92:4,7,9,9,14,27
alike [1] 89:24
allow [3] 56:19 61:1,11
almost [6] 19:2,2 51:3 56:8,10 74:19
along [2] 10:17 25:22
alternate [1] 74:6
alternate's [1] 6:3
alternated [1] 6:5
alternative [1] 32:19
always [9] 10:13 12:1 54:24 56:8,10 57:7 59:6,7 59:10
Alyeska [1] 78:25
ambiguity [1] 68:21
amended [1] 92:23
AMERICA [1] 92:2
among [3] 6:17 50:3 67:11
amount [4] 5:3 46:18,20 50:10
analyst [1] 22:9
Anchorage [7] 2:11 4:11 21:18 85:4,7 92:9,14
Anchorage-based [1] 4:8
Anne [4] 17:1,8,9 36:6
annexed [1] 92:11
announcement [1] 13:15
annual [1] 79:11
answer [4] 7:2 67:15 73:17 85:22
answered [2] 7:18 73:17
answering [1] 25:1
answers [3] 17:21 51:16 66:3
anticipating [1] 8:13
anyway [4] 60:14,18 78:4 91:15

APC [33] 2:20,22 3:1,15 4:15 5:10,14 6:20 7:23 10:7 11:4 12:1,17 13:4 14:5,6,18 21:22 23:4 33:14 42:6 46:19 47:14 65:11,18 73:22 78:21 81:10 83:24 85:4,6,6 87:20
APC's [1] 83:13
appear [2] 16:22 20:20
appearance [1] 29:5
appearing [1] 18:5
application [1] 69:23
applied [1] 52:23
applies [2] 53:8 75:2
applying [2] 51:23 53:4
approval [1] 56:22
approve [2] 42:14,25
approver [3] 42:15,18 67:2
April [2] 69:15 80:10
arbitrary [1] 45:17
ARCO [10] 21:15,23 22:5 22:5 28:22 36:5 81:10,22 82:13 90:25
ARCO's [1] 21:17
Arctic [1] 2:19
area [7] 39:7 44:1 62:25 68:24 69:1 78:5 87:4
areas [5] 38:17,20 44:14 68:24 74:23
arises [2] 52:25 67:1
arrow [1] 40:22
article [9] 15:25 16:3,4 22:4,4,7 39:5,8,10
aside [3] 19:6 26:1,23
asserting [2] 76:9,11
asset [1] 4:8
assignment [1] 66:22
associate's [1] 64:21
assume [6] 28:9 49:20 49:25 65:25 83:4,7
assumed [1] 22:5
assured [1] 55:18
attend [1] 77:22
attention [6] 32:4 38:14 39:13 40:12 91:22,23
attorney [3] 69:8,12 70:19 71:1 92:29
Auer [1] 16:9
August [6] 76:17,17,22 77:2 92:12,33
author [2] 48:4,4
authority [4] 36:25 52:18 61:16 70:23
available [1] 81:19
Avenue [1] 92:14
aware [7] 28:13 56:18 58:9 78:3,23 90:13,18
away [2] 68:24 82:23

### -B-

b [1] 52:22
BA [1] 64:20
bachelor [1] 4:25
background [2] 60:25 64:9
Backing [1] 56:23
bag [1] 74:14
Bags [1] 74:16
base [1] 20:19
based [5] 35:6 36:8 80:12 80:16,19
basis [4] 34:13 39:20,24 43:9
Bates [1] 76:21
bay [5] 66:23,24 67:3,6 67:12
bays [1] 67:12
beat [1] 52:8
became [1] 46:1
become [2] 2:25 10:24
becomes [2] 58:22,25
beginning [1] 92:12
behalf [1] 92:16
behaviors [1] 63:15
behind [2] 5:14 54:24
bells [3] 35:4,18 39:12
below [3] 19:14 51:6 53:18
benchmarking [1] 21:24
bet [2] 51:19 76:20
better [4] 18:19 48:20 66:25 84:11
between [14] 4:19 9:17 9:18,20,20 18:24 29:19 53:3 69:5 79:1,6 87:23 88:4 91:11
beyond [9] 5:1 9:12 41:14 46:16 52:13 70:21 70:23 71:1 84:13
bid [1] 84:15
bidding [1] 29:13
big [2] 41:18 91:19
bill [6] 21:16,20 30:21,23 30:24,25
binders [1] 42:4
binding [1] 40:13
bingo [2] 22:19 43:2
bit [2] 3:12 41:19
black [1] 51:15
black-outs [2] 20:22,25
blanks [1] 20:9
blown [1] 77:14
Bob [2] 8:17 36:2
body [1] 7:11
boil [1] 7:3
bonus [19] 79:9,11,14,15 79:20 80:14,23,25 81:6
81:13 82:1,3,23 83:8,9,18 83:25 84:1,5
bonuses [1] 83:21
book [2] 45:14,14
bottom [2] 48:6 69:4
box [3] 63:19 65:25 69:3
boy [1] 51:10
Boyle [4] 25:3 27:25 69:15 70:1
Boyle's [1] 27:16
BP [3] 27:9 28:22 83:20
brain [1] 58:21
brainer [1] 51:11
break [1] 52:21
breaks [2] 30:22 77:1
broad [2] 7:1,2
broad-based [1] 88:9
brought [2] 23:20 91:23
brush [2] 87:8,10
Bubba [1] 61:10
Buchanan [4] 3:12,21 6:11 10:19
bullets [1] 38:16
business [11] 3:17,19,22 4:3,5,8,18 7:5 40:8,24 77:22
button [1] 86:18
buy [1] 45:25
buy-in [7] 42:21,21 44:5 44:11,17 45:22,23

### -C-

c [8] 2:1,3,7,11 53:8 92:1 92:1,11
cafeteria [1] 78:12
calculate [1] 29:20
calculation [1] 82:14
call-out [2] 89:10,25
calls [1] 37:8
camp [3] 34:6 72:13 90:10
Cannon [8] 8:17 34:10 36:2 73:5,6 89:6,8,12
cannot [2] 66:10,15
card [3] 54:22 56:15 60:22
care [1] 77:6
careful [1] 70:14
Carr [27] 19:3 31:15,19 32:1,6,7,12 33:12,13,24 36:7,9 37:2,20,23 38:5,8 40:1 41:6 52:13 70:22 71:7,16,20,22 72:8,16
Carr's [1] 71:8
carry [1] 74:25
case [26] 7:14 8:7 16:8,12 16:14,17 20:15 22:4,21 22:22 23:10 30:17 49:2 51:13 59:4 68:22 69:21 72:19 74:4,23 75:17,18 76:3,6 82:2 90:10
cases [2] 53:2 69:6
catastrophe [1] 77:13
categories [2] 18:25 53:13
categorization [1] 13:5
category [3] 29:2 38:2 66:7
centers [1] 30:18
certain [12] 38:21 39:1 42:1 50:23 66:23 67:20 67:21 69:6 70:11 75:17 88:11 90:21
certainly [6] 43:7 44:17 54:3 63:4 72:13,14
certificate [7] 56:6 57:17 60:3,11 61:5,10,23
certification [4] 56:15 59:19 60:22 61:7
certified [2] 61:7 92:27
certify [1] 92:10
cetera [1] 70:12
CFO [3] 17:10,11 36:6
CFR [1] 52:15
challenged [2] 84:9,9
champ [1] 46:13
champion [5] 46:11,11 46:13,14 75:19
change [31] 26:12,16 28:17 40:19,20,21 42:2 43:10,14,17,24 44:9 45:8 45:12,17,17 53:19 56:20 58:7 59:2,5 61:3 68:16,19 72:3,9 74:17 75:6,10 86:8 87:6
change-out [5] 74:3,6 74:10,21 75:3
change-overs [1] 75:11
changed [6] 11:4 26:13 28:20 43:22 44:19 68:9
changes [5] 15:7 23:15 24:3 41:10 44:6
changing [4] 45:9,10,14 72:20
channel [1] 11:17
character [2] 66:9,14
characterize [1] 39:8
charge [5] 3:15 4:15 9:10 9:23,24
cheat [1] 20:1
check [6] 19:17,24 49:17 55:14 59:10 63:20
checked [7] 34:19 40:6,9 66:14,16,18 74:16
checking [2] 49:13,14
checklist [9] 20:3 32:1 39:17,19,20 55:1,14,15 63:2
checklists [3] 20:10 36:11 40:13
chemicals [1] 59:3
chicken [1] 19:12
chief [3] 9:21 17:11 41:7
choice [1] 52:19
choo-choo [4] 85:19,19 85:20,20
Chris [2] 25:2 27:16
chute [1] 62:24
circumstances [1] 60:12
Civil [1] 92:23
claims [1] 76:14
classed [1] 19:5
classes [5] 53:13 65:10 65:11,11,11
classification [14] 16:20 19:5 22:12 25:18 32:2 34:24 36:6,13 38:21 39:24 70:19 71:15 72:20 73:19
classified [7] 8:21 24:2 27:19 32:14,18 72:1 73:10
classify [4] 17:20 19:7 68:11 88:18
classifying [4] 23:19,22 26:4 70:15
clear [1] 61:4
clearly [1] 51:15
client [5] 4:12 81:11 84:8 84:9,20
clients [2] 27:8,8
close [2] 48:25 51:8
closed [1] 86:22
closing [1] 86:17
clothes [1] 87:10
coaching [1] 41:24
Code [1] 52:10
college [2] 5:9 65:5
colon [1] 53:2
column [1] 69:4
combined [2] 6:7 81:14
comfortable [15] 37:5 37:10 54:25 55:2,6,11,18 56:16 57:19 59:13,15,20 60:23 70:24 71:15
coming [3] 22:17 28:21 78:6
comma [1] 38:25
comment [2] 28:21 70:7
communicated [1] 69:25
communication [1] 11:17
companies [1] 82:20
company [13] 5:11,12 10:13,14 12:5,25 15:21 18:12 28:11 31:2 54:14 81:18 84:6
company's [1] 81:8
comparable [1] 12:2
compensation [1] 22:8
competency [1] 59:10
competent [2] 55:3,7
complaining [1] 89:9
complete [1] 66:23
completed [2] 39:21 80:1
complex [3] 38:17,20 69:19
comporting [1] 91:14
compound [1] 32:21
comptroller [1] 17:9
concern [5] 17:23 25:22 25:23 36:7 59:6
concerned [9] 17:16,18 18:25 19:7 23:23 26:7 31:23 33:18 34:13
concerning [5] 15:17 22:12 32:2 36:12 39:18
concerns [6] 13:10 22:2 34:2 35:17 62:22 74:22
conclude [1] 61:14
conclusion [6] 14:6 26:6 53:17 61:22 68:2,3
conditions [1] 63:16
conduct [1] 62:13
confident [2] 58:17 59:15
confined [15] 49:5,20,23 54:3,10 55:19 56:1 57:4 58:10 60:9 63:5 67:5,11 77:17 88:15
confines [1] 78:4
confusion [1] 53:2
conjunction [1] 17:22
connection [1] 13:21
Conoco [2] 27:9 82:11
consider [2] 26:25 64:14
considered [1] 77:20
consistent [1] 66:1
constantly [2] 27:13,13
construction [2] 42:24 81:16
consult [6] 52:9,9 69:7,9 69:12 70:19
consulted [1] 69:8
contains [1] 70:10
contemplates [1] 7:16
contemporaneous [1] 25:17
continue [5] 27:9,10 43:6 45:4 85:20
continuing [1] 45:5
contract [7] 27:7,8,14 30:12,17,25 31:9
contractor [1] 30:23
contracts [2] 28:22 30:15
contractually [1] 27:13
contradictory [1] 69:22
contrary [4] 57:24 59:14 71:16 72:18
contributed [1] 46:24
contributions [1] 48:6
control [3] 79:2 86:10 88:15

controls [1] 86:6
conversation [18] 19:3 22:15 23:10,12,13 24:7 24:14 25:9 31:13 33:11 34:9 35:1,4,10 38:8 52:13 89:15 91:11
conversations [4] 31:18 36:8 37:9 89:7
copied [1] 70:2
copy [3] 15:13,13 16:24
corporate [12] 10:17,18 10:19 11:2,9,9,13,18 12:5 12:6,8 85:5
corporation [2] 2:19 82:10
corporation/employees [1] 82:17
correct [11] 4:16 17:21 17:21 24:5 26:17 35:16 52:4 57:22 68:11 86:13 87:13
corrected [1] 58:14
correction [1] 86:8
corrosion [1] 86:10
cost [3] 29:17 30:18,20
cost-plus [2] 30:7,15
costs [2] 29:16,20
could've [1] 73:2
counsel [2] 12:22 92:29
count [1] 23:2
couple [3] 37:5,9 81:14
course [15] 8:25 9:15 13:2 15:14 34:12 47:9,9 63:22 64:1,7,10,16 69:23 75:12
court [3] 24:17 92:5,27
Covell [11] 2:15 12:14 12:16 16:23 32:22 51:19 75:23 84:18,23 91:25 92:26
cover [3] 23:1,1 66:22
coverage [1] 38:22
coveralls [2] 56:2 60:7
covered [3] 38:24 52:7 70:9
covers [1] 36:18
CPF [1] 63:2
craft [1] 36:1
creates [1] 69:23
crew [2] 77:16 78:1
criteria [14] 19:24 37:19 39:1 49:18,25 50:15 58:11 59:17 79:15,16 80:22,25 83:23 84:12
curious [1] 21:23
current [3] 3:22 7:20 81:19
customarily [6] 48:12 48:15 63:22,25 64:10,15
customers [1] 40:25

-D-

D [1] 2:1
daily [6] 17:24 27:14 29:20 73:13 76:4,22
dark [1] 90:19
data [2] 20:19 33:10
date [2] 14:18 15:7
dated [2] 15:4 69:15
dating [1] 24:13
day's [1] 73:24
days [3] 47:4 73:22 76:15
dead [1] 52:8
deal [1] 29:15
dealing [1] 44:15
dear [1] 54:15
December [1] 22:1
decide [1] 51:4
decided [1] 26:16
decision [3] 6:3 13:1 36:12
decisions [1] 53:6
Defendant [1] 76:3
define [3] 3:19 8:3 29:16
definite [1] 53:12
definitely [1] 66:19
degree [4] 47:25 64:21 65:5,6
delivered [1] 58:3
demonstrating [1] 63:18
denominator [1] 82:25
deny [1] 91:23
department [15] 9:4,7 9:11,17,24 10:6 12:18,21 27:16 28:7 31:14 69:7,9,9 69:20
depend [1] 29:22
dependent [1] 30:13
depending [4] 38:15 57:3 77:23 83:22
deposition [4] 92:11,15 92:20,24
describe [4] 9:9 14:17 38:7 49:1
described [2] 33:4 46:8
describes [2] 18:6 76:4
description [9] 13:14 13:23 14:11,11 18:5 33:5 33:24 35:15 64:25
descriptions [2] 18:12 18:15
designate [1] 81:22
designated [1] 14:4
detail [1] 35:8
detailed [1] 45:6
details [1] 33:10
determination [12] 37:11,12 39:18 40:5 51:12 51:14 65:9 66:19 68:5 79:19,21 80:5
determination's [1] 80:10

determined [1] 21:23
determines [1] 53:10
determining [2] 53:9 69:18
developed [3] 45:4,22 72:15
developing [1] 44:21
devices [1] 53:14
dictated [2] 60:25 62:10
dictionary [1] 88:4
difference [1] 87:23
differences [1] 14:8
different [8] 33:18 59:3 59:4 72:11,11 73:3 81:15 83:17
difficult [2] 59:25 69:6
digest [1] 50:14
dinner [1] 77:11
direct [6] 8:5,8,9,23 27:24 90:25
direction [4] 48:24 52:19 70:25 88:10
directly [9] 7:13 8:12,20 8:25 32:12 40:7,17,23 58:14
director [3] 12:8,8,9
dirty [6] 86:16,23 87:1,3 87:5,7
disagree [1] 85:25
discern [3] 69:6 87:19 87:23
discharge [1] 88:22
disciplinary [1] 79:18
disclose [1] 24:4
disclosure [1] 76:21
discover [1] 63:13
discovery [2] 13:13 76:3
discretion [29] 48:13,15 49:1,4 51:2,24 52:11,16 53:3,15,22 54:6,12 55:17 57:21 59:11,22 60:13 61:19 62:4,21,23 63:7 66:2 77:10,14 81:7,8 90:2
discretionary [1] 81:6
discuss [2] 15:22 32:12
discussed [1] 18:4
discussing [1] 74:13
discussion [1] 74:18
discussions [3] 41:6 70:24 73:13
disputing [1] 76:14
distinction [5] 12:9 18:24 34:19 69:5 88:4
DISTRICT [1] 92:4
document [1] 48:1
documenting [1] 71:9
documents [2] 76:1,2
doesn't [13] 4:20,22 16:22 30:19 48:6,17 51:2 57:21 58:5 61:4,20 75:3 87:5

dog [1] 90:11
dollars [2] 82:24 84:10
done [14] 26:24 28:5,8 29:14 43:2,3 52:4 60:9 67:18 70:18 74:3 84:19 89:2 91:15
doubt [2] 48:4 69:7
Doug [2] 11:10,13
doughnut [1] 90:10
down [11] 6:2 16:8,9 28:16,18 37:23 45:6 77:11 80:25 87:5,8
dozens [2] 34:7,7
draft [3] 45:9,12,19
drafting [1] 46:5
dramatic [1] 15:7
draw [4] 32:3 38:14 39:13 40:12
drift [1] 79:6
duly [2] 2:4 92:17
during [4] 3:17 6:15 74:22 77:4
duties [12] 5:23 15:8,9 34:23 38:8 39:1 41:9,11 67:11 71:9 75:13 77:3
duty [4] 40:23 63:20 74:11 88:22

-E-

e [6] 2:1,1 21:20 92:1,1,3
e-mail [3] 21:7 25:2,17
e-mails [1] 25:12
ear-marked [1] 82:2
early [5] 12:14,16 22:2 24:22 90:4
earned [1] 82:9
earning [1] 82:19
ears [2] 7:4,10,12 33:8 43:13 55:10 63:14
easily [2] 37:1 51:12
easy [1] 84:25
eat [3] 34:5 72:13 78:17
edict [1] 38:9
education [8] 4:24,25 5:1,2,3 64:19,23 74:24
effect [4] 22:23 46:18 86:9 90:1
effected [1] 43:14
eight [8] 23:2,3,7,12 29:7 31:4,5,6
either [9] 9:20 11:12 27:4 27:7 52:9 56:1 63:15 89:8 90:2
Either/or [1] 27:3
electrical [1] 79:5
Electronic [1] 92:9
electronically [1] 92:22
element [1] 84:17
elements [1] 68:8
eliminate [1] 6:3
eliminated [1] 4:13

emergency [2] 77:20 78:16
employ [2] 6:17 7:11
employed [3] 10:13 79:13,18
employee [12] 6:23 28:20,24 37:21 38:23,25 53:8 74:1 77:13 83:13,24 92:29
employee's [1] 39:1
employees [17] 20:20 32:3 38:12,21 39:24 53:1 53:6 65:18 70:9,11,15,20 71:12 81:20 82:25 83:3 83:21
employer [1] 40:25
employer's [1] 40:25
employers [3] 53:1 69:24 70:8
employment [1] 52:24
end [10] 29:6,10 30:6 48:20 55:9 59:9 79:25 82:7,18 92:4
ended [3] 23:19 26:11 90:14
Energy [1] 2:19
engineer [1] 79:2
engineering [1] 24:3
engineers [4] 18:9 23:18 23:18,24
enrolled [1] 5:1
enter [1] 57:18
entitled [1] 38:24
entry [12] 49:6,21,23 54:11 55:20 56:1 58:10 60:9 67:5,12 77:17 88:15
envelope [1] 92:25
environment [1] 72:12
envision [1] 34:4
equipment [2] 55:24 59:16
especially [2] 41:20 43:7
essentially [6] 17:15 25:16 35:23 47:13 51:25 91:20
established [2] 43:11 45:16
establishing [1] 25:16
et [1] 70:12
evaluate [1] 13:4
evaluating [2] 13:21 15:14
evaluation [3] 13:8 15:3 15:6
evening [1] 90:1
event [3] 58:18,18,19
eventually [3] 37:22 42:6,14
everybody [4] 42:20 68:16,16 85:17
everything's [2] 60:6,6
Evidently [1] 91:18