Case 3:03-cv-00174-RRB    Document 59-3    Filed 08/11/2006    Page 1 of 7

Case No. A03-0052 CV (R  )                    Condenseit!                    evolve - implies
                                                                              Zuber v. APC Natchiq, Inc.

evolve [2] 43:4,6
evolved [1] 43:4
evolving [1] 14:20
examination [1] 92:17
examined [1] 15:16
example [7] 29:1 45:19 47:16 59:23 60:20 64:18 75:22
examples [5] 46:10 47:18 62:2,3,7
exceed [1] 29:8
excess [1] 89:19
excluded [1] 38:21
exclusively [1] 11:15
executed [1] 90:22
executing [1] 55:19
executive [1] 19:1
exempt [47] 13:5,11,22 14:10 15:17 16:5 17:16 17:19,22 19:8,8,15,24 22:12 24:2 26:4,14,25 27:12,19,21 28:14,24 32:2 32:14,18,25 33:3 34:14 35:24 36:1,13 38:2,21 41:13 67:25 68:4 69:5,21 70:10,15 72:4 73:6,11,19 73:25 89:6
exempt/nonexempt [5] 16:21 18:24 28:4,11 30:8
exemption [3] 25:22 68:4,5
exemptions [1] 70:11
exercise [6] 48:15 53:3 54:6,11,18 66:1
exercised [1] 53:21
exercises [4] 48:13 52:11 53:21,21
exercising [5] 53:14 54:12 55:17 59:11 62:4
Exhibit [11] 13:13,14,16 14:1,4,7 15:13,20 32:4 64:18 71:8
Exhibits [1] 13:12
exist [1] 4:22
existed [1] 4:19
expect [1] 50:13
expected [2] 66:23 77:5
expensive [1] 70:8
experience [8] 4:23 5:6 5:7 62:17 64:19,21,22,23
expert [4] 46:14,16,17 56:22
explore [1] 17:17
explored [1] 50:17
exposure [1] 17:19
expressing [1] 33:14
extent [1] 42:1
external [1] 36:10
eyes [7] 7:4,10,11 33:8 43:12 55:10 63:14

-F-

f [2] 92:1,23
facility [1] 85:19
fact [6] 19:2 22:3 46:18 46:19 59:8 86:3
factor [2] 48:11 59:3
factors [1] 56:17
factory [1] 66:25
facts [2] 51:24 52:23
fair [6] 5:23 24:5 28:19 39:7 51:25 64:24
fairly [1] 14:17
faith [1] 72:9
falls [1] 53:11
familiar [2] 13:16 16:14
familiarize [1] 21:10
far [5] 20:10 73:22 75:20 77:3 88:14
fatality [1] 54:14
fax [3] 22:16,24 23:7
faxed [1] 25:3
February [2] 80:7 82:8
federal [3] 13:6 52:10 69:19
fee [4] 30:21,22 31:6,8
feeling [1] 73:5
felt [8] 37:5,9 40:9 45:23 68:7 70:23 71:14 73:1
few [4] 34:3 44:20 68:16 84:23
field [24] 3:6,8,15 4:6 7:5 7:7 23:18 63:21,24 64:6 64:15 65:4 77:6,7 78:22 78:23 83:15,17,24 84:1 86:11,14,15 87:20
field-related [1] 5:21
fields [1] 83:21
fifty [1] 20:18
figures [1] 27:10
file [2] 22:17 40:3
filled [2] 4:11 39:25
final [6] 24:21 56:21 59:10,10 61:16 67:2
finalize [1] 67:10
finalized [1] 66:19
finance [1] 4:25
financial [1] 17:11
financially [1] 92:30
fine [1] 79:8
fired [1] 91:7
firm [1] 92:25
first [12] 2:4 15:23 25:19 28:12 32:22 61:13 62:23 64:13,14 76:10 87:16 88:21
fit [1] 38:2
five [6] 3:5 23:3 31:9,22 47:4 74:1
fixed [3] 29:14 84:15,17

flew [1] 74:4
FLSA [1] 38:20
fluent [1] 22:6
follow [1] 53:10
follow-up [1] 58:6
followed [1] 90:25
following [4] 15:23 53:2 53:9 88:7
follows [1] 2:4
Forbes [3] 16:3 22:4 39:5
force [1] 7:7
foregoing [1] 92:11
foreman [4] 56:25 57:9 57:13 75:9
foremen [3] 26:12 71:3 71:5
formal [9] 20:5 27:2 28:3 28:6,8 34:6,8 39:22 64:9
formalized [1] 39:22
former [2] 91:6,6
formulate [1] 39:24
formulated [1] 41:25
formulating [1] 41:23
forth [1] 38:9
forthcoming [2] 22:22 23:10
forward [6] 10:3 11:25 12:20 56:19,21,21
found [1] 91:1
four [7] 3:5 16:8 23:2 31:22,22 64:22,23
four-year [1] 65:5
fourth [1] 38:15
frame [11] 3:7 10:3 11:3 11:25 13:7 18:15 44:20 44:24 48:23 79:10 82:9
frames [1] 8:18
free [4] 36:16 52:19 78:12 80:1
frequently [1] 52:25
friendships [1] 72:14
front [1] 90:10
fulfills [1] 41:12
full [2] 2:6 92:20
function [1] 55:13
functions [3] 5:21 6:8 63:4
funded [1] 81:11
furthered [1] 26:5

-G-

G [1] 2:1
game [1] 24:22
gaps [1] 12:3
Garcia [1] 25:4
gas [2] 50:23 51:3
gases [1] 49:14
gear [1] 60:1
Gemini [2] 92:10,13

general [6] 4:14 13:19 19:22 35:10 40:8,24
generally [2] 12:4 28:10
generated [3] 15:15,18 42:6
generating [1] 17:4
given [2] 62:2 70:17
goes [2] 60:5 74:15
gone [3] 27:10 39:14 71:1
good [4] 2:16 61:9 72:9 88:20
grades [1] 53:13
gray [3] 68:24,24 69:1
Greg [1] 16:23
group [7] 19:19 44:1,12 78:5 80:19 91:19,20
groups [1] 30:14
guarded [1] 24:7
guess [17] 2:24 6:12 7:16 8:2,13 14:2 17:2 31:21 32:4 49:11 58:6 62:9 63:16 64:13 71:16,18 88:14
guideline [1] 25:4
guy [16] 10:19 11:2 29:6 30:16 37:6 46:17 47:2 59:20 60:7 61:1,6,15,18 61:20 75:8 79:2
guys [16] 22:1,3 29:23 34:11 37:16,21 38:1 44:1 44:13 56:17 58:2 62:20 72:7,8,17 78:10

-H-

half [7] 25:19 74:2,4,7,13 76:8 77:11
hallway [1] 87:8
halves [1] 74:8
hand [1] 92:32
Handbook [1] 57:16
hands [1] 87:6
handwriting [4] 18:17 39:15,23 40:15
happening [1] 74:14
hard [2] 29:14 41:19
hard-dollar [1] 84:9
Harvill [2] 21:14,16
Harvill/Price [2] 21:7 21:9
hate [1] 84:4
hazards [5] 62:21 63:9 63:10,15 74:24
he'd [1] 90:21
head [3] 10:6 35:18 77:13
headed [1] 37:11
headquarters [1] 85:6
hear [1] 34:22
heard [4] 19:10 37:4 62:15 70:22
hearing [1] 53:19
Heff [1] 10:25

Heffer [1] 10:9
Heffler [3] 10:8,25,25
Heffley [1] 10:8
Heffner [6] 10:9,10,12 11:1,2,8
Heffner's [1] 12:2
held [2] 4:10 5:15
help [7] 11:10 22:6 31:3 34:16 53:23 82:7 91:6
helped [1] 24:19
hereby [1] 92:10
hereunto [1] 92:32
hey [2] 22:1 37:20
Hi [1] 2:17
hierarchy [1] 4:17
high [2] 4:25 5:7
higher [3] 9:7 50:23 75:18
highest [1] 36:25
Hippe [4] 17:1,8,9 36:6
hire [3] 28:14 65:9 83:16
hired [3] 12:23 28:15 65:8
hiring [3] 28:12,13,17
holy [2] 61:17 63:3
home [1] 74:15
honestly [1] 73:16
hope [5] 50:9 61:9,13 77:23 87:10
hoped [2] 73:1 81:13
hopefully [2] 14:9 63:17
hoping [1] 87:25
horse [1] 52:8
hot [4] 49:20 57:3 74:18 89:20
hour [8] 30:16 70:9,10 74:2,7,13 77:11 92:13
hours [17] 19:9 29:8,23 30:13,23,25 31:1,1,5 47:4 69:19 76:7,8,14,18,25 90:6
HR [8] 5:21 21:17,19 27:16 28:6,7,10,19
HSE [1] 10:18
huge [1] 7:5
human [1] 5:22
Hurley [2] 21:17,20
hurt [1] 88:18
hygiene [1] 49:11
hypothetical [2] 61:3,6
hypothetically [4] 84:3 85:18,21 86:3

-I-

ideally [1] 89:23
imagine [1] 41:19
immediate [1] 52:19
immediately [1] 78:20
implemented [2] 42:3 47:12
implies [1] 52:17

importance [2] 53:7 88:22
impress [1] 62:19
impression [3] 4:2 46:22 88:8
improperly [2] 19:16 70:8
in-house [1] 12:22
incentive [4] 30:22,24 82:10,22
inch-long [1] 69:16
incident [3] 77:24 91:2 91:4
included [2] 20:14 76:25
includes [1] 53:18
including [1] 74:20
indefinitely [1] 85:21
independent [20] 48:13 48:16,22 49:1,3 51:14 52:11,16,19 53:3,15,21 53:22 54:6,12 55:1,17 62:5 63:7 66:2
indicate [1] 61:17
indicated [2] 31:15 69:8
indicates [3] 25:3 64:19 69:16
indicating [1] 33:13
indicators [1] 55:4
individual [4] 9:23 59:18 60:1 80:16
industrial [2] 49:10 65:13
inference [1] 61:5
influence [1] 46:21
informal [1] 73:13
information [14] 3:13 21:24 22:21,24 24:4 25:16 32:2,19 34:11 35:11,12 41:3 69:17 71:9
infractions [4] 79:17,17 80:22,24
initial [1] 21:20
initiated [1] 43:15
initiating [1] 45:3
injured [1] 59:9
input [3] 21:24 42:2 73:5
inspect [1] 87:9
inspector [2] 78:22,23
inspectors [1] 79:3
instance [10] 51:4,23 59:18 64:6,24 65:3 71:10 71:14 72:25 84:2
instances [5] 50:5 51:17 55:25 62:3 82:1
instructed [1] 91:18
instruction [5] 63:23 64:2,8,11,16
instrument [1] 49:1
insure [2] 52:3 89:1
integral [1] 86:14
intellect [1] 66:13

intellectual [2] 66:8,11
intent [1] 42:19
interchangeable [1] 4:1
interest [1] 16:4
interested [1] 92:30
interesting [1] 35:1
intermediary [1] 9:22
interpret [1] 70:16
interpretation [1] 37:6
interprets [1] 52:10
involve [6] 27:23,25 28:19 54:11 57:9 72:5
involved [7] 7:8 46:3 47:24 52:24 58:14 72:2,6
involving [2] 53:2 72:3
ire [1] 71:19
issuance [1] 49:19
issue [10] 21:25 23:18 25:20 28:18 31:24,24 38:12 49:23 50:24,25
issued [3] 50:1 51:5 63:5
issues [7] 36:6,7 50:16 52:10 69:21 74:22 89:13
issuing [1] 49:20
itself [2] 54:7 55:13

-J-

January [7] 6:21 44:24 45:2 79:9 80:7 82:8 92:28
job [68] 3:22 8:3,21 10:4 10:6,9,11 12:2 13:13,14 13:15,23 14:1,10,11 18:5 18:6,12,15 29:14,14 35:14 39:1 45:5 52:3 54:18,19 54:20,20 55:8,9,19 56:8,9 56:11,19,20,21,22 57:12 58:8 59:6,12,21,24 60:6 60:10,14,21,24 61:1,16 64:25 65:6 66:11 67:3,7 70:20 77:23,25 78:3,7,25 83:6,9 84:15 85:10 87:12
job-related [1] 64:19
jobs [6] 48:17 59:1 81:15 81:16,16 89:21
jog [1] 25:15
John [1] 21:16
jointly [1] 63:12
Jones [1] 31:12
judgment [31] 24:21 48:13,16 49:1,3 51:13 52:12,16 53:4,15,22 54:6 54:12 55:17 59:12 60:11 60:23 61:9,11,14,17,19 62:5,18,20,23 63:18 66:2 78:8 86:6 90:2

-K-

keep [4] 3:13 53:24 86:9 86:11
keeping [1] 86:14
Keith [4] 10:10,12 11:8,8
Kenneth [1] 92:26

key [1] 57:12
kind [17] 15:14 19:23 34:17 35:1 37:4 39:10 45:21 47:25 54:25 72:16 73:15 74:21 75:10 77:8 81:9 84:15 88:9
Kirk [1] 8:17
knees [1] 87:6
knew [3] 6:23 36:2 70:23
knock [1] 90:4
knowing [1] 59:20
knowledge [7] 53:8 57:20 60:3 63:21,24 65:4 74:25
known [3] 51:24 61:22
knows [1] 60:8
Kuparuk [25] 3:6,8,15 3:18 4:4,5,15,15 5:15 6:10 7:14 8:4,16 10:2 11:23 30:17,25 83:6,15,25 85:1 85:9,18 87:17,20

-L-

label [1] 70:9
labeled [1] 23:3
labor [5] 31:14 69:7,9,10 73:1
laced [1] 88:12
lap [1] 30:2
large [3] 27:9 48:23 85:17
last [5] 14:20 15:4 16:7 21:16 69:16
latitude [1] 90:1
latter [2] 31:16 82:18
law [11] 13:6 18:24 19:5 38:22,24 68:18,20 69:21 86:9 92:25,26
laws [2] 69:19 72:23
layman [1] 20:4
lead [1] 57:13
learning [6] 63:22,25 64:8,10,15 65:6
least [3] 50:5 67:5 81:21
leave [6] 6:8 62:25 74:20 75:10 78:12 90:8
leaves [2] 62:25 74:19
led [1] 5:7
leeway [1] 53:16
left [4] 48:23 63:7 83:4 85:18
legal [6] 12:17,21,22 15:24 37:4
Les [8] 89:8 90:23,24 91:4 91:4,12,13,15
less [3] 18:6 20:8 74:8
letter [18] 33:12,12 37:12 37:24,25 38:3 69:15,25 71:6,8,11,16,17,20,22 72:17,24,24
letters [1] 31:18
level [7] 28:8 49:18 50:15 50:23 51:3,10 58:15

levels [2] 49:16 50:3
liability [1] 30:4
liberty [1] 24:3
life [1] 54:13
light [2] 41:22 52:23
lightly [1] 54:16
likely [3] 42:18 43:15 58:12
line [3] 9:17 10:17 11:17
lines [1] 16:8
listed [1] 19:14
live [3] 34:5 42:20 72:13
living [2] 43:5,5
lodged [1] 92:24
log [1] 76:22
logs [1] 76:4
longer [2] 84:7 90:4
look [23] 14:25 15:12 17:17 22:18 29:4 36:16 37:23 38:11,14 42:24 52:8 52:9 54:19 55:5 58:2 72:7 72:17 76:19 77:10 78:10 82:9,11,14
looked [1] 13:24
looking [13] 16:7,19 17:18,20,21,22 21:6 48:11 63:19 65:25 66:7 69:3,18
looks [4] 17:7 21:6,20 25:12
lost [1] 80:23
lots [2] 43:24 50:25
LouAnn [3] 25:4,5,7
loud [1] 38:18
Lower [1] 74:5
lunch [1] 76:25

-M-

magazine [1] 16:4
magnitude [1] 31:21
mail [1] 21:21
mailing [1] 2:10
maintenance [3] 2:14 81:16 86:8
majority [2] 8:16 30:15
man [7] 11:9,10,13,18 12:6 60:9 74:20
manage [1] 31:9
management [18] 5:2 7:4 9:18 12:12 30:21,25 31:6,8 23:9 40:8,17,24 43:13 54:18 55:11 59:6 82:16 85:4
manager [43] 3:4,6,7,14 3:17,18,22,25 4:4,4,5,8,9 4:14,18,18,21 5:14,17,18 5:20,25 6:9,10,13,14 7:9 7:17,19 8:1 10:2,18 11:22 12:10 21:17,19 42:24,25 44:5,8 46:3 56:18 86:2
manager's [1] 6:4
managers [1] 21:8

manner [3] 45:13 46:7 90:21
March [1] 68:14
mark [9] 2:3,7 21:22 48:7 55:2,6 61:14 66:17 92:11
mask [3] 56:2 60:1,8
master's [1] 5:2
material [2] 14:14 39:2
materials [18] 18:9 23:11 24:11 33:21,23 34:25 35:7 36:16,21 47:14 71:2,7,10 71:11,18,19,20,23
matter [3] 17:17 25:21 30:19
matters [2] 52:20 53:7
may [12] 21:1,18 23:21 35:12 37:24 45:21 58:23 66:14,18 69:17 82:9 87:4
meal [3] 77:5,21 78:14
meals [1] 34:7
mealtime [2] 77:4,5
mean [27] 3:19 5:19 7:19 21:12 36:16 41:14 43:12 43:24 46:12,17 47:2,19 49:19 53:23 55:23 66:25 67:23 74:1 75:9 79:23 80:9 82:4,20 87:2 90:4,9 91:17
meaning [1] 53:15
means [4] 39:22 40:9,18 52:12
measure [1] 66:20
measuring [1] 53:14
Mechanical [1] 79:5
mechanically [1] 43:19
mechanisms [1] 43:24
media [1] 13:10
meet [3] 19:24 37:19 39:1
meeting [5] 62:12,13,24 62:24,25
meetings [1] 62:16
meets [2] 51:3 74:12
memo [3] 17:1 18:1 43:19
memory [2] 25:15 26:1
mental [1] 27:2
mentioned [1] 55:22
merely [1] 53:8
met [8] 37:2 49:19 50:1 50:16 53:11 58:11 59:17 68:4
Michael [1] 8:18
Mielke [1] 92:8
might [28] 4:7,9,19 8:13 9:25 11:21,21,22 20:14 21:4 25:1 31:3,5 32:20 35:14 45:12 50:6,7,7 61:5 61:17 63:11,12 72:21,24 75:10 77:7 88:17
might've [5] 4:5,6 26:10 47:17 80:7
Mike [2] 21:16,20
military [1] 62:16

Case A05-0052 CV (R )     Condensclt!     mind - piece
Zuber v. APC Natchiq, Inc.

Case 3:05-cv-00174-RRB     Document 59-3     Filed 08/11/2006     Page 3 of 7

mind [5] 18:23 19:15 20:13 34:21 36:25
minds [1] 62:15
mine [2] 17:7 18:19
minimum [2] 61:25,25
minor [1] 14:8
minute [10] 14:15 36:22 49:3 54:8 58:6 63:16 75:23 84:19,20 87:3
minutes [4] 54:8 74:2 78:10,14
misapplication [1] 53:5
misapplied [1] 53:1
misspoke [1] 26:21
mistakes [1] 70:8
mister [1] 47:20
misunderstood [1] 53:1
mix-up [1] 9:25
molecule [1] 51:6
money [9] 17:13,14 81:16 82:2,6,9,12,13,22
monies [2] 81:19 82:15
month [1] 28:16
months [3] 3:5 68:17 81:25
morale [1] 38:12
moreover [1] 52:17
morning [1] 62:11
most [4] 52:25 63:1 70:7 70:7
mostly [1] 36:2
motion [3] 16:16 46:12 46:15
move [2] 6:7 83:14
moved [1] 83:14
moving [3] 3:14 52:22 86:17
multiple [1] 56:24
Murphy's [1] 86:9
must [1] 52:23
must've [1] 25:8

-N-

N [1] 2:1
N-E-L-S-O-N [1] 2:9
name [5] 2:6 10:24,25 22:11 71:6
named [1] 91:1
names [2] 21:16 48:8
Nancy [5] 22:9,10,19 25:3 36:5
nap [2] 90:3,14
Natchiq [5] 5:11,16 10:14 11:4 12:1
nature [9] 49:10 56:3,6 57:17 59:18 86:24 89:10 90:14 91:3
near [3] 45:20 54:15 70:6
necessarily [2] 54:22 55:3

need [20] 12:24 13:1 14:16 35:11 37:25 38:12 43:13,14 50:6,7,7 51:13 61:12,12 67:1,5,11 72:9 86:7,11
needed [2] 50:17 77:18
needs [3] 59:18 74:25,25
negotiating [1] 29:10
Nelson [10] 2:3,7,16 21:22 48:7 55:2,6 61:15 76:1 92:11
never [5] 19:10 20:13 37:7 61:18 62:18
new [12] 27:8 59:2,5,7,7,9 74:12 75:8 78:14 83:8,10 83:16
next [6] 16:7,19,25 22:18 26:3 90:4
night [5] 89:17,21,22,22 90:15
night-time [1] 89:9
nobody [1] 90:5
Nobody's [1] 62:14
non [3] 5:22 21:1 74:5
non-operational [1] 5:21
nonexempt [39] 13:5,11 13:22 15:17 16:5 17:16 17:20,23 19:25 21:1 22:13 26:4,14 27:1,12 28:14,23 29:4,10 32:3,14,18,25 34:15,23 35:2,5,10 38:23 68:12 69:5 70:15 72:5,7 72:23 73:6,11,19 75:4
nonmanual [2] 40:7,23
nor [4] 92:29,29,29,30
normal [2] 8:25 75:12
North [1] 5:13
Notary [1] 92:8
notations [1] 40:14
note [4] 19:11 41:1,4 69:4
notes [3] 19:14,17 74:21
nothing [1] 92:18
notice [2] 78:2 92:15
notified [1] 36:6
now [10] 5:8 9:8 11:1 26:23 45:15 55:22 59:14 68:11,25 78:11
number [20] 6:13 7:6 22:9 27:16 29:14,22,23 30:13 36:8,9 49:25 53:12 62:25 65:25 66:7,23 67:20 70:6 71:24 83:2
numerous [1] 70:10
nutshell [1] 7:4

-O-

O [1] 2:1
O&M [1] 82:10
o'clock [2] 48:19,19
Oath [2] 2:2,4
object [2] 32:21 53:11

observation [1] 63:11
obtain [1] 12:25
obtained [1] 65:3
obviously [4] 39:21 61:20 69:1 78:3
occasion [2] 13:3,4
occupation [1] 2:13
occur [2] 36:4 72:21
off [22] 14:15 35:4,18 37:13 39:12 40:6,22 51:20 57:21 58:3 75:9,23,24 77:14 78:9 83:16 84:18 84:21 87:2 90:4 92:2,3
offered [2] 38:9,9
office [4] 40:7,23 73:14 90:17
officer [4] 9:21 12:5,10 17:11
offices [2] 92:13,26
official [3] 28:12,13,18
often [2] 69:20,22
oftentimes [1] 76:7
oil [2] 82:20 85:1
oilfield [4] 5:10 6:2 41:18 85:1
old [4] 15:3 74:12,14 84:1
older [1] 14:6
on-going [1] 86:8
on-the-job [1] 5:4
one [50] 4:3,10 6:8 8:5,7 13:24,24 14:11 15:3 17:7 20:18 23:2 25:12 26:11 30:16 31:19 33:18 37:2 37:2 38:10,16,20 41:17 42:18 47:23 49:5,9 50:4 50:21,21,25 51:18 53:11 53:12 54:4,4 56:23 60:5 63:20 67:22 68:6,22,23 70:7 71:4 73:17,24 74:8,9 88:17
one's [1] 90:19
ones [3] 18:25 62:2 70:13
open [1] 37:6
opened [1] 86:21
opening [2] 86:17,18
operation [1] 74:20
operational [1] 5:23
operations [41] 2:14 3:4 3:6,7,14,15,18,25 4:4,14 4:15,18,21 5:14,17 6:1,4 6:9,10,13,14 7:8,9,12,17 7:19 8:1 10:2 11:22 40:8 40:24 42:25 44:5,8,18 46:3 57:12 81:15 83:20 86:2,18
operator [1] 86:3
opinion [8] 14:16 32:17 32:24 33:2,12,14 38:10 68:9
opinions [1] 24:21
opposed [1] 7:19
order [3] 31:21 71:11 90:25

organization [2] 3:20 9:4
original [2] 23:20 92:24
originally [1] 82:16
Osborn [3] 17:2,8,9
OSHA [1] 91:6
ought [7] 17:24,25 26:25 32:14,18 70:14 73:10
outline [1] 13:19
output [1] 66:9
outs [1] 89:18
outside [3] 36:9,11 56:17
overall [3] 10:6 40:4 54:19
overtime [5] 13:6 29:7 38:22,24 72:23
own [8] 44:16 48:23,24 62:18,20,20 63:11 74:20
oxygen [3] 50:6 51:10 56:2

-P-

P [1] 2:1
p.m [2] 89:20 92:13
packet [1] 35:13
page [21] 15:23,23 16:7 16:19,25 21:3,6 22:18 24:25 38:15 39:13 40:13 48:11 63:19 69:3,14,15 70:5,7 71:8 76:21
pages [8] 18:11 19:19 20:23 23:7,12 32:4 70:14 92:20
paid [8] 19:8,9,15 20:20 74:7 80:3 83:2 89:9
paper [4] 18:20 39:3 40:15 47:25
papers [3] 15:20 18:2 48:8
paperwork [2] 15:15,18
paragraph [6] 16:8 25:19 38:15,17 69:16 70:6
paraphrase [1] 39:6
parens [1] 52:22
parent [2] 5:12 10:14
parentheses [1] 38:23
part [14] 31:23 32:22 40:3 40:4 48:23 52:17 54:24 55:15,21 69:1 80:21 81:21 81:24,24
partial [1] 14:13 25:23 25:24
Partially [1] 81:11
particular [14] 13:23 50:15 51:4 52:24 55:18 59:17 64:6 68:20 71:11 76:14 81:23,23 82:1 88:16
parties [1] 92:30
party [1] 28:10
pass-through [2] 81:9 81:21
past [3] 7:14 60:10 62:16

pay [8] 38:24 39:1 72:4 73:24 79:19 80:6 81:19 84:14
paying [2] 17:24 29:6
payment [2] 25:24 30:12
payout [1] 80:10
payroll [2] 25:5,6
peer [1] 44:12
peers [1] 45:23
people [30] 6:11,13 17:13 17:14,16,24 19:14,15 21:4 21:5 23:22 43:6 44:2,15 50:6 54:19,20 55:19 56:5 56:8,13 59:5,7,9 62:20 86:7,11 87:4 89:24 90:22
people's [1] 73:14
per [3] 39:21 66:24 89:4
perceived [1] 91:13
percentage [2] 30:16 31:5
perform [2] 84:11 88:6
performance [4] 56:20 80:12,16 81:23
performs [2] 40:7 66:8
perhaps [9] 8:13 21:7,8 39:6 47:17 57:1,14 68:14 88:8
period [10] 4:7 6:5,6,6 10:12 43:1 72:7 81:25 84:8 91:7
periodically [3] 21:18 27:7,18
periods [1] 9:25
permissible [5] 49:16 49:18 50:3,15 51:9
permit [23] 49:18,20,23 50:18,24,25 51:5 54:2 55:12,13 57:3,4,5,7,22 58:10 59:17 60:16 63:5 67:10 78:9 87:3 89:21
permit's [1] 50:1
permits [5] 49:6 56:23 66:24 67:6,11
permitting [5] 49:6 50:16 60:7 77:9,19
person [29] 4:11 5:20 6:4 7:7,9 9:7 10:4,5 27:20,21 29:9 36:2 50:8 52:18 54:13,13,16 56:12 57:7 57:18 59:7,11 60:21,24 83:8,8,10,13 91:1
personal [2] 27:19 55:24
personally [2] 28:5 37:20
personnel [1] 59:15
pertinent [1] 74:21
Phillips [2] 27:9 82:11
philosophy [1] 12:5
phone [1] 37:8
phrase [1] 69:25
pick [2] 37:7 62:13
picture [1] 86:2
piece [5] 7:3 41:18 54:4

54:17 63:6
**pieces** [1] 54:5
**Pioneer** [2] 5:10,15
**pissed** [1] 75:9
**place** [2] 34:2 68:23
**Plaintiff** [1] 92:16
**Plaintiff's** [2] 32:4 76:21
**pleadings** [1] 15:24
**plumber** [8] 29:1,2,4,17 30:9,10,18 31:4
**plumbers** [4] 30:13,14 31:9,10
**plus** [1] 23:2
**point** [5] 4:3 47:23 51:10 58:13 78:25
**policies** [20] 40:8,18,19 40:21,24 41:25 42:5,12 42:14 43:3,8 44:21,22 45:3 46:6 52:3 58:11 87:13,15,20
**policy** [46] 41:10,15,16 41:20,22 42:19,20,23 43:10,18,21,23 44:7,9,19 45:4,6,8,9,10,12,13,16,18 45:22,25 46:1,6,19,21,24 47:17,22 48:5 57:16 62:10 88:3,5,5,9,12,17,18,19,23 89:23
**pool** [5] 81:18 82:13,14 82:18,19
**portion** [2] 52:15 77:19
**portions** [1] 54:10
**position** [42] 3:3,19 4:9 4:12 5:8 6:3,4 7:20 8:10 9:7,8,9,16,20,21,23 10:4 11:2 12:1,8 13:22 14:17 14:20 15:15,16 26:24 28:3 29:9,10 32:13 33:4,5,7,18 33:24 34:11 67:23,24 68:9 71:6 74:25 78:21
**positions** [21] 5:15 6:7 6:17 13:4 15:17 16:5 21:22 22:12 23:15,23 26:4 26:6,8,9 27:11 28:6 30:8 34:3 71:25 74:20 75:2
**possible** [1] 14:5
**possibly** [1] 31:3
**pot** [1] 82:5
**potential** [1] 74:23
**potentially** [1] 13:25
**power** [1] 52:18
**PPE** [4] 54:20 55:22 57:17 59:18
**practice** [1] 77:24
**precipitate** [1] 68:18
**precipitated** [2] 13:9 16:4
**predecessor** [1] 5:10
**predominantly** [2] 66:8 66:11
**prescribed** [1] 53:9
**present** [1] 9:16

**presented** [1] 50:17
**president** [13] 2:14,22 2:25 3:4,5 4:16,17,19 5:14 7:20,23 9:21 10:1
**presume** [1] 59:25
**presumed** [1] 38:23
**pretty** [3] 52:6 82:13,24
**previous** [1] 74:16
**price** [5] 21:14,16,20 84:15,17
**primarily** [2] 16:6 65:18
**primary** [2] 40:22 63:20
**print** [2] 27:17,18
**printouts** [1] 20:18
**probe** [1] 54:8
**problem** [6] 29:21 38:11 72:10 77:6,8 86:5
**procedure** [13] 25:18 42:23 45:13 47:14,22 48:6 53:10 60:19 88:5,6,10,12 89:4
**procedures** [11] 41:25 43:4,5 44:21 47:12 53:5,9 69:18 87:14,16 89:1
**PROCEEDINGS** [1] 92:4
**process** [21] 24:23 27:3 46:4 54:2,3,4,24 55:12,15 58:20 59:5 60:23 72:2,5 73:2 77:19 86:6 87:3 88:11,16,24
**processes** [1] 51:14
**produce** [1] 85:20
**produced** [1] 15:21
**production** [5] 85:1,9 85:12,15,18
**professional** [10] 19:1 34:21,22 36:1 37:18,18 63:19 66:1,3 67:25
**professionals** [1] 37:15
**profit** [1] 31:2
**profits** [2] 81:17 84:12
**program** [3] 5:2 81:10 84:6
**progress** [1] 16:17
**project** [4] 5:2 18:7 81:25 84:10
**projects** [4] 80:1 81:24 82:12 84:10
**prolonged** [5] 63:22,25 64:1,7,16
**proper** [1] 69:18
**proposed** [1] 44:9
**protective** [2] 55:24 60:3
**provide** [1] 32:1
**provided** [2] 35:12 76:2
**prudent** [1] 70:18
**public** [2] 24:18 92:8
**purchased** [1] 5:11
**purposes** [2] 13:5 29:13
**pursuant** [1] 92:15
**pushing** [1] 86:17

**put** [12] 24:10 25:25 28:24 29:2 30:2 38:1,13 54:13 72:16 81:18 82:14,21
**putting** [1] 82:18
**puzzle** [1] 54:5

-Q-

**QC** [1] 79:3
**quagmire** [1] 39:7
**qualification** [1] 56:7
**qualified** [4] 56:13 68:7 75:18,21
**quality** [1] 79:2
**quarters** [1] 74:8
**questions** [6] 25:1 28:7 66:6 84:23 89:5 92:1
**quick** [3] 54:7 74:17,18
**quickly** [1] 80:5
**quote** [7] 28:23 29:3,4,5 29:11 30:1,1
**quoted** [1] 27:12

-R-

**R** [2] 2:1 92:1
**radio** [1] 77:12
**Randy** [5] 19:3 31:15 37:20 43:6 52:13
**range** [5] 6:11 53:18 76:7 76:8 81:25
**rare** [1] 58:18
**rate** [16] 19:10 20:21 21:4 25:20,24 28:24 29:1,2,3,5 29:5,6,7,8 31:23,24
**rate's** [1] 28:20
**rates** [1] 27:11
**rather** [1] 76:17
**reaches** [1] 61:22
**reaching** [1] 53:17
**read** [13] 13:17 14:16,24 16:12 25:11,11,12 38:17 38:18 39:3,5,9 52:15
**reading** [2] 15:6 54:9
**ready** [7] 56:9,10,11 58:3 59:12 77:16 78:8
**real** [2] 34:6 44:15
**realize** [1] 32:9
**really** [23] 6:6,7 13:7,8 19:8 23:16 24:4 25:8 33:10 35:8 38:10 39:9 44:21 49:3 63:17 68:7 74:17 81:12,17 82:15 87:1 88:5 89:23
**reason** [2] 37:11 51:1
**reasonable** [2] 10:22 12:7
**reasons** [1] 50:25
**receive** [3] 38:24 79:9,20
**received** [2] 23:9 83:8
**receiving** [1] 80:25
**recently** [2] 11:4 39:9
**reclassified** [1] 28:20

**reclassifying** [1] 71:2
**recognition** [1] 48:10
**recognize** [1] 13:19
**recognizing** [1] 48:24
**recollect** [21] 8:9 13:20 17:4 22:15 23:13 26:2,9 31:19 32:3,7,8 33:7,9 35:24 36:14 38:5 40:25 47:5 69:24 89:7,13
**recollection** [12] 4:2 14:12 23:6 24:1 25:21 36:18,24 37:9 56:24 57:2 58:12 91:22
**record** [18] 2:5 14:15 25:14 51:20,21 52:22 66:7 73:18 75:23,24,25 76:20 84:18,21,22,24 92:2,3
**redundant** [1] 32:10
**refer** [7] 25:4 52:3 64:18 69:3,14 70:5 89:4
**reference** [2] 22:7 61:22
**referenced** [1] 22:4
**referred** [2] 22:8 28:6
**referring** [3] 4:7 8:7 79:10
**refresh** [1] 25:21
**refreshers** [1] 47:8
**regard** [5] 15:18 38:4 56:7 83:18 89:5
**regarding** [2] 13:11 33:15
**regardless** [1] 10:3
**Regional** [1] 2:19
**regular** [1] 58:17
**regularly** [6] 48:12,15 52:11 53:21 54:12 62:4
**Regulation** [1] 52:10
**regulations** [3] 52:17 69:23 88:15
**reimburse** [2] 30:19,20
**reimbursed** [1] 4:12
**reimbursement** [1] 30:7
**relate** [5] 47:22 53:23,25 62:17 91:11
**related** [4] 40:7,17,23 69:21
**relates** [1] 78:24
**relating** [1] 53:6
**relation** [2] 26:3 47:12
**relations** [1] 5:22
**relative** [1] 92:29
**relevant** [1] 20:14
**rely** [1] 24:20
**remain** [1] 34:21
**remember** [7] 10:8 19:2 23:19 24:14 25:5 35:13 79:10
**remove** [3] 86:1,2,3
**reorganization** [1] 2:24
**repeat** [2] 7:21 45:1
**rephrase** [3] 71:17,19 85:5

**replaced** [1] 83:4
**report** [13] 7:13,18,22,25 8:9,12,23,24 9:1,1 11:14 11:15,22
**reported** [4] 7:15 8:20 10:5 92:22
**Reporter** [9] 2:5,8,10,13 31:12 51:18 84:24 92:2,9
**reporting** [3] 11:18 92:10 92:13
**reports** [4] 4:16 8:6,8 27:24
**represent** [2] 13:12 18:20
**represented** [1] 76:7
**represents** [3] 76:17,22 90:20
**reprimanded** [1] 78:19
**request** [2] 27:1 78:13
**requesting** [1] 92:25
**required** [6] 56:1 58:11 60:11,17 61:21 92:23
**requirement** [5] 41:13 67:7,8,14,21
**requirements** [1] 38:22
**requires** [3] 57:17 63:20 66:1
**residing** [1] 92:9
**resolve** [1] 29:25
**resource** [2] 12:12,25
**resources** [3] 36:10,11 52:7
**respect** [1] 52:20
**result** [1] 66:9
**resulting** [1] 69:22
**results** [1] 66:15
**review** [21] 14:9,12,13 18:14 26:24 27:2,2,3,15 27:20 28:3,8,8,11,14 37:4 39:2,3 46:5 52:6 70:18
**reviewed** [2] 26:15 71:9
**reviewing** [3] 16:5 21:22 27:13
**reviews** [2] 28:2,3
**reward** [1] 84:12
**right** [131] 2:22,25 3:22 4:17,23 5:12,24 6:10,17 6:20,23 9:13 10:24,25 11:5,12,23,25 12:7,13 13:2,20 14:15 15:12,13 15:14 16:9,16 17:8,15,18 18:4,8,12 19:19 20:9,12 20:13 21:3,5,6 22:24 23:1 23:9 24:25 25:19 26:15 26:23 27:6 30:6,9,11 31:18 32:9,12 33:16,19 33:22,24 35:15 38:4 39:13 39:17 40:12,17,22 41:18 42:11 46:6 47:11,24 49:7 49:14,16,19 50:12,13,18 50:24 51:9,19,25 52:2,14 53:25 56:5,5,9,13 57:6,10 57:12 61:23,25 65:14,23 66:5,6 68:18 69:10 70:2,5 71:7,12 72:9 73:7 77:15

78:11 79:12 80:9,22 83:11 84:4,17,18 85:1,2,5,9 85:13,18,21 86:10,11 87:12,19,23 88:17,21 91:7
**right-hand** [2] 40:15 69:4
**risk** [2] 80:1 84:14
**risk/reward** [2] 82:12 82:15
**risk/rewards** [1] 84:5
**road** [2] 28:16,18
**robbed** [1] 81:16
**Robbins** [1] 16:9
**role** [1] 4:11
**rolled** [1] 5:12
**Ron** [22] 8:7,7,16,17 45:20 46:6,11,17 47:21 49:2 65:15 75:17,18 79:11 82:4 90:6 91:6,11,13,13,16,23
**rope** [1] 50:7
**Rose** [2] 25:4,5
**roughly** [1] 6:11
**routine** [4] 58:21,23,25 59:5
**rubber** [2] 43:2 46:2
**rudely** [1] 24:11
**Rule** [1] 92:23
**rulings** [1] 69:22
**running** [2] 86:11,14
**runs** [1] 74:16
**rush** [1] 21:13

**-S-**

**S** [3] 2:1 69:7,9
**safely** [3] 52:4 59:21 89:2
**safety** [198] 6:17,20,25 7:3,5,11,13,22,22,25 8:4 8:5,11,12,14,21,23 9:1,4 9:5,5,11,22,23,24 10:5,6 10:19 11:2,9,10,13,14,15 11:18,21 12:5,6,8,8,12 13:14,15,22 14:10,17 15:8 15:16 18:6,10,14 23:24 24:2 26:15,18,19,24 28:3 32:13,24 33:3,8,15 34:1,3 34:4,20 35:17,23 36:13 38:4,5 40:10 41:9,12,14 41:17,18,22 42:5,22 43:9 43:10,15,18 44:8,9 45:7 46:7,12,15 48:14,17,22 49:5,13 51:2,7,9 52:2 53:20 54:11 55:16 56:25 57:6,16,16,19,20 58:5,9 58:11,14 59:14,20,21 60:5 60:8,12,16 62:4,11,12,13 62:16,17,24 63:23 64:12 64:14,20,21,22 65:4,6,21 66:11,20,22 67:1,7,14,24 68:11 70:20 71:14 72:19 72:21 73:1,6,9,14,19,22 73:23 74:10,12,12,14,23 75:12,13 77:3,4,18,21 78:2,16,19 79:8,9,17 80:12,19 82:2 85:10,11 85:15 86:1,13,16,19,23

87:5,12,13,14,14,16,20 88:21,25 89:6,24 90:2 91:1,5,9
**salary** [1] 17:24
**sat** [1] 77:11
**satisfy** [1] 71:18
**save** [1] 14:9
**savings** [1] 84:13
**says** [17] 18:1 21:21 23:1 38:16 39:7 40:17 45:11 48:12,18 54:22 56:12 59:8 60:19 61:23 69:4 70:7 71:8
**scaffolds** [2] 75:5,6
**schedule** [2] 48:21 84:11
**scheme** [1] 4:14
**school** [4] 4:25 5:7 64:20 65:12
**science** [6] 4:25 63:21 63:25 64:7,8,15
**scratch** [1] 44:23
**scratches** [1] 19:12
**sc** [2] 39:21 89:4
**seal** [2] 92:33,36
**sealed** [2] 58:3 92:24
**second** [7] 16:7 21:10 25:19 26:1 37:13 48:11 76:13
**section** [2] 28:10 53:16
**see** [13] 2:12 14:16 16:9 25:20,25 36:4 38:15 45:13 54:19 63:9 78:8 90:9,17
**seem** [1] 64:24
**self** [1] 66:4
**self-taught** [1] 65:7
**seminars** [2] 5:4 37:3
**send** [1] 33:5
**senior** [3] 12:12,12 56:18
**sense** [4] 27:2 39:22 45:20 90:11
**sent** [7] 21:19 22:16 23:11 33:23 38:3 70:2,3
**separate** [1] 19:4
**September** [2] 44:24 45:2
**series** [1] 47:6
**services** [5] 2:19 5:10 30:6 92:10,14
**set** [9] 16:16 19:6 39:12 40:12 59:1 60:6,6 77:25 92:32
**set-up** [4] 55:8 56:16,20 57:12
**setting** [5] 34:7,8 65:13 75:5,6
**settled** [1] 24:17
**seven** [2] 23:3 24:13
**shall** [1] 88:5
**share** [3] 22:23 23:11 84:12
**shared** [1] 22:24
**sheet** [2] 20:1 23:1

**sheets** [1] 32:1
**shift** [1] 89:20
**short** [2] 6:6 91:7
**shot** [1] 90:19
**show** [5] 13:12 38:25 71:11 72:17,18
**showing** [3] 14:4 76:20 90:5
**shuffled** [1] 83:14
**sic** [5] 38:25 40:21 52:18 53:2,19
**side** [4] 30:21 37:13 40:15 44:18
**sign** [4] 54:13 57:21 78:9 87:2
**signature** [1] 60:15
**signatures** [3] 36:24 57:7,14
**signed** [3] 39:23 55:12 58:2
**significance** [1] 52:21
**significant** [1] 5:7
**signing** [1] 87:2
**SIM** [3] 90:20,23 91:13
**similar** [6] 13:24 14:7 58:21 70:13 72:24 90:5
**simple** [4] 50:9,13 82:13 82:24
**SIMs** [8] 46:11,14,20 47:3 47:6,12,16 75:20
**sit** [1] 85:19
**site** [1] 56:9
**situation** [6] 28:15 52:24 73:4 77:16,20 84:16
**six** [2] 23:3 24:13
**Sixth** [1] 92:14
**skill** [1] 53:4
**skills** [1] 57:20
**slant** [1] 40:19
**sleep** [1] 90:3
**sleeping** [1] 90:13
**slogan** [1] 88:19
**Slope** [6] 2:19 5:13 6:9 20:20 21:18 75:2
**slowed** [1] 6:2
**small** [2] 52:22 54:17
**Smith** [3] 11:10,13,16
**Smith's** [1] 12:2
**smokes** [2] 61:17 63:3
**sniff** [5] 49:9 50:14 54:7 54:7,17
**sniffing** [5] 50:3 51:22 53:25 54:1 87:4
**solely** [1] 24:20
**sometime** [1] 80:2
**sometimes** [4] 7:25 66:6 88:2 89:22
**somewhat** [3] 4:1 10:17 24:7
**soon** [2] 80:5,9
**sorry** [6] 26:19 29:21

54:10 57:23 76:2 81:5
**sort** [4] 24:11 39:7 75:12 79:1
**sounding** [1] 20:7
**sounds** [1] 32:10
**space** [15] 49:6,20,23 54:3 54:11 55:19 56:1 57:4 58:10 60:9 63:5 67:5,12 77:17 88:15
**speak** [3] 37:5 58:8 78:12
**speaking** [2] 69:20 89:6
**specialist** [104] 6:20,25 7:3,6,13,22,22,25 8:5,5 8:12 13:14,15,22 14:10 14:17 15:8,16 18:6 22:8 23:24 26:19,22 32:13,25 33:8 34:1 35:17 40:10 41:7,9,12,15,17 42:22 43:9,16 44:8,13 45:7,8,25 46:7 48:14,17,22 49:5,13 51:2,7,9 52:2 53:20 54:11 55:16 56:25 57:6,19,21 58:5,9,15 59:14 60:5,8,13 60:16,25 61:9 62:11 64:13 66:22 67:1,7,14,24 70:20 71:14 72:19,22 73:1,14 73:20 74:11,12,13,14,19 74:23 75:14,20 77:3,4,18 77:21 78:2,16,19 80:12 86:16 87:5,12 89:1 90:2 
**specialist's** [3] 66:11 66:20 82:3
**specialists** [40] 6:18 7:11 8:11 9:5 11:14 18:10 18:14 33:3,15 34:3 36:13 38:4,6 41:23 42:5 43:7 44:13 54:23 62:4 63:24 68:12 73:9,22,23 75:17 79:8,9 80:19 82:5 85:10 85:11,16 86:1,13,19,23 87:14 89:3,7,24
**specialized** [5] 63:23 64:1,7,11,16
**specific** [13] 45:21,21,22 46:10 47:22,23 53:5 58:13 71:23 77:24 88:10,16 89:15
**specifically** [1] 82:4
**specified** [2] 53:10,18
**spelling** [1] 2:8
**spend** [1] 74:13
**spent** [1] 5:12
**split** [1] 82:17
**spoke** [11] 22:19,20 34:3 34:19,24 36:5,7,9 37:1,3 87:13
**spot** [1] 11:12
**spreadsheet** [1] 28:25
**spreadsheets** [1] 34:18
**squeezed** [1] 82:20
**ss** [2] 92:3,6
**staff** [3] 8:6 27:20,22
**stamp** [2] 43:2 76:21
**stamped** [2] 46:2 58:3
**standard** [9] 2:8 50:23

51:5,24 53:17,19 61:23 61:24,25
**standardize** [1] 66:20
**standardized** [2] 66:10 66:15
**standards** [2] 53:5,11
**standing** [4] 54:23 73:15 78:1 90:7
**standpoint** [1] 86:19
**stands** [3] 2:18 46:15 48:18
**start** [2] 45:18 55:8
**started** [2] 13:7 45:20
**starters** [1] 47:20
**starts** [2] 25:19 45:11
**state** [16] 2:5 13:6 19:5 26:5 36:25 37:2,21 46:12 46:13 69:8,19 70:22,23 74:5 92:7,8
**statement** [2] 55:10 88:20
**statements** [1] 70:12
**STATES** [1] 92:2
**status** [7] 14:10 15:17 25:22 27:12 28:4 69:21 89:6
**step** [6] 24:23 28:12 50:4 50:21 58:23 88:24
**steps** [3] 26:3 49:19 88:7
**Steve** [1] 31:12
**stick** [1] 54:8
**still** [3] 24:1 43:4 61:7
**stop** [2] 58:8 61:2
**stopping** [1] 58:9
**straight** [1] 19:10
**street** [2] 2:11 83:16
**strong** [1] 68:8
**struck** [1] 79:1
**structurally** [1] 15:2
**structure** [1] 44:15
**study** [7] 26:5 63:23 64:1 64:2,8,11,16
**stuff** [1] 51:15
**subject** [1] 22:6
**subpart** [1] 52:17
**subsequent** [2] 23:7,12
**subsequently** [1] 38:3
**substantial** [1] 47:25
**substitute** [1] 64:23
**successor** [1] 2:20
**successors** [1] 85:6
**such** [2] 52:10 70:11
**sudden** [1] 86:21
**suggest** [2] 18:2,3
**suggesting** [1] 18:3
**suit** [5] 23:20,20 24:15 68:18,20
**Suite** [2] 2:11 92:14
**super** [4] 18:9 21:15 63:10 71:5

Case3:03-cv-00174-RRB   Document 59-3   Filed 08/11/2006   Page 6 of 7

Case No. A03-0052 CV (R   )   Condenselt!   superintendent - workplace
Zuber v. APC Natchiq, Inc.

**superintendent** [5] 18:7 42:25 57:1,10,11
**superintendents** [1] 26:11
**SUPERIOR** [1] 92:5
**supervision** [1] 52:20
**supervisor** [44] 7:15 8:18,22,23 9:1,5,12,19,22 11:14 26:16,20,24 28:4 33:21,24 34:10,20,25 35:7 35:23 36:3 43:18 44:10 44:12,18 45:23 48:18 59:21 62:19 71:2,5,7,10 71:12,21 73:7,15 75:13 75:21 90:7,11 91:5,9
**supervisor's** [1] 59:20
**supervisors** [18] 8:14 9:24 10:5 11:15,21 18:9 19:3,4 21:15 34:4 37:22 56:10 71:3,18,19,23,24 75:18
**supervisory** [1] 23:22
**supplied** [1] 13:13
**supply** [1] 30:18
**supplying** [1] 30:6
**supposed** [2] 90:21 91:14
**supreme** [2] 75:19 92:27
**surgeon** [1] 58:22
**suspect** [2] 19:18 46:20
**suspicious** [1] 51:18
**sworn** [2] 2:4 92:18
**system** [1] 20:19

**-T-**

**T** [2] 92:1,1
**takes** [4] 23:3 66:13 74:14 86:10
**taking** [2] 34:2 68:23
**tank** [19] 49:10,17 50:14 51:7 53:25 54:1,7,8 55:3 55:7 57:18 60:1,12,17,18 61:15,21 87:4,9
**tanks** [4] 50:6 51:22 59:4 86:24
**targeted** [2] 82:16,16
**task** [3] 45:11 55:19 87:3
**tasks** [5] 37:16 45:6 48:24 49:9 88:25
**taught** [6] 65:10,11,12,15 65:18,20
**teach** [2] 65:10,11
**teaching** [1] 65:21
**technical** [1] 88:4
**techniques** [1] 53:4
**telephone** [1] 51:23
**telling** [5] 26:11 35:6 42:9 62:14 78:18
**tend** [1] 88:16
**tends** [2] 88:9,10
**tenure** [2] 3:17 6:15
**Teresa** [1] 92:8

**term** [4] 52:16,23 53:6 91:10
**terms** [2] 66:10,15
**test** [6] 19:23 40:6 48:12 63:19 66:3,4
**testified** [1] 2:4
**testify** [2] 24:6 92:18
**testifying** [1] 36:20
**testimony** [1] 92:21
**testing** [1] 53:14
**tests** [1] 68:1
**themselves** [1] 50:17
**thereafter** [1] 92:22
**therefore** [1] 51:3
**they've** [1] 60:9
**thinking** [1] 35:4
**thinks** [1] 62:21
**third** [2] 38:15 69:15
**this'll** [1] 58:6
**thou** [1] 88:5
**thought** [5] 35:2 51:14 60:23 63:8 88:24
**thoughts** [1] 53:20
**three** [5] 13:25 18:25 23:2 31:20 67:22
**through** [29] 3:10 5:3 7:15 8:4 15:22 18:4,11,22 18:23 19:20,24 21:14 23:3 25:18 26:3 34:17,19 36:21 39:20 42:22 47:7,8 54:4 55:2 62:20 82:10 88:7 89:22 92:20
**throw** [1] 82:17
**ticked** [1] 34:18
**tied** [3] 34:18 81:22,24
**times** [7] 27:16 34:8 36:9 37:5 59:9 62:15 74:3
**title** [3] 8:21 10:15,15
**titles** [1] 3:25
**Toby** [3] 17:1,8,9
**today** [15] 7:5 10:1 11:8 11:8,9,13 12:22 13:25 17:6 20:11 26:25 43:4 48:2,5 68:9
**together** [4] 37:17 72:13 82:13,23
**tolerance** [1] 53:18
**too** [5] 12:14,16 24:4 68:21 91:19
**took** [2] 7:19 83:9
**toolbox** [1] 62:24
**top** [1] 70:6
**topic** [2] 62:13,14
**topics** [1] 74:19
**tough** [1] 88:2
**towards** [1] 40:13
**town** [1] 6:8
**toxic** [1] 49:14
**track** [2] 16:17 37:13
**trade** [1] 36:1
**trail** [1] 47:25

**trained** [10] 46:14,15 54:22,23 55:7 56:6 61:11 61:12,13 90:22
**trainer** [3] 46:14,15 75:19
**trainers** [1] 46:14
**training** [25] 4:23 5:4,4 45:20,21,22 46:11,13 47:3 47:6,8,13,16 54:21,21 55:4 57:17 60:2 61:21,25 74:24 90:20,24 91:13
**transcribed** [1] 92:22
**transcript** [1] 92:24
**transcription** [2] 92:21 92:25
**transferred** [2] 83:12,14
**travel** [1] 73:22
**traveled** [2] 73:24,25
**tray** [1] 78:12
**tremendous** [4] 5:3 46:18,20 50:10
**tried** [1] 6:7
**triggers** [1] 27:15
**true** [2] 53:16 92:20
**truly** [1] 39:21
**trust** [1] 60:10
**truth** [3] 92:18,18,19
**try** [4] 3:13 24:11 30:23 50:14
**trying** [9] 8:2 12:11 22:21 24:6 25:14 28:17 54:2 57:24 91:11
**turn** [3] 15:23 22:8 24:25
**turned** [1] 22:17
**turning** [2] 18:17 19:19
**twice** [1] 27:17
**two** [17] 3:2 4:10 23:2 31:20 47:4 54:8 64:21 67:5,11,18,19,22 79:6 80:11 81:15 87:3,24
**two-minute** [1] 55:13
**two-week** [1] 47:8
**type** [16] 5:4 21:8 34:23 34:24 37:3 48:10 58:10 60:2 63:21,24 68:20,21 79:5 81:15 84:5,15
**types** [2] 35:16 63:15
**typically** [13] 31:8 43:1 44:13 46:5 57:8,31 58:25 59:1 74:10,16,19 75:4 78:1

**-U-**

**U** [2] 69:7,9
**ultimate** [2] 42:15 60:15
**ultimately** [3] 5:11 26:5 26:15
**um-hm** [2] 16:11 58:1
**unaware** [1] 19:4
**uncertain** [1] 69:22
**uncertainty** [1] 69:24
**unclear** [1] 69:20

**under** [17] 2:4 4:2 6:14 11:11 13:6 20:22 30:12 40:6 53:7 60:12 65:25 66:3 67:13,25 68:6,7 69:18
**understand** [11] 8:2 9:4 9:6 16:3 31:4 50:5 54:2 76:6,10 78:25 80:7
**understood** [1] 8:11
**undiminished** [1] 74:7
**unfortunately** [1] 59:24
**unique** [1] 59:2
**unit** [8] 3:17,19,22 4:4,5 4:8,18 57:4
**UNITED** [1] 92:2
**university** [3] 65:12,15 65:20
**unless** [5] 38:25 63:1,10 72:17 90:17
**unlike** [1] 48:17
**up** [28] 6:23 22:17 23:19 26:11 29:6,10 30:6 34:5 35:9 37:7 40:13 42:23 45:12 56:23 59:1,9 60:6 62:11,12 74:4 75:5,6 77:25 78:9 82:18 87:8,10 90:14
**upset** [4] 79:11 86:4,7 91:2
**urgent** [1] 77:20
**used** [7] 20:19 21:16 36:10 52:7,16 61:9 87:17
**uses** [1] 62:17
**using** [3] 13:20 14:14 89:1

**-V-**

**v** [1] 16:9
**valve** [4] 86:17,20,21 87:6
**vaporized** [1] 86:19
**variation** [2] 66:13 83:1
**varied** [3] 66:9,12 81:11
**variety** [1] 79:17
**various** [2] 13:4 52:3
**vary** [1] 30:13
**varying** [1] 76:7
**vast** [1] 30:15
**ventilation** [1] 50:7
**verbal** [1] 38:10
**verbatim** [5] 14:24 15:6 24:14 41:5 47:19
**version** [1] 14:6
**versus** [6] 12:9,10 13:11 16:5 17:20 28:14
**vessel** [1] 49:10
**vice** [1] 3:4
**Vicki** [1] 91:1
**view** [3] 70:12 86:15,15
**viewed** [1] 41:6
**virtually** [1] 35:1

**-W-**

**wage** [4] 69:19 70:9,10 72:23
**wait** [1] 11:8
**wake** [1] 62:11
**wakes** [1] 62:11
**walk** [4] 19:23 21:14 73:14 78:7
**walk-through** [1] 63:1
**walking** [1] 87:8
**walks** [1] 74:15
**wants** [1] 62:19
**warehouse** [1] 26:12
**warehouseman** [2] 23:24 37:12
**warehousemen** [3] 26:12 37:14 38:11
**warning** [2] 35:18 70:14
**warnings** [1] 70:17
**warrant** [1] 74:3
**wash** [6] 66:22,24 67:3,6 67:12,12
**watch** [1] 87:2
**watch-out** [1] 39:10
**watching** [1] 78:5
**Webster's** [1] 58:4
**week** [5] 28:16 48:21 62:22 74:22 75:9
**weeks** [2] 47:4 80:11
**West** [1] 92:14
**whatnot** [3] 13:11 23:24 34:24
**whereas** [1] 88:10
**WHEREOF** [1] 92:32
**white** [1] 51:15
**whole** [3] 19:4 78:14 92:18
**wholesale** [2] 47:13 72:3
**Why'd** [1] 71:20
**Williams** [12] 22:9,10 22:19 25:3 36:5 89:8,12 90:23,24 91:5,15,15
**willing** [2] 30:5 82:21
**withdraw** [2] 36:5 87:15
**within** [7] 11:7 44:3 53:15 70:13 78:4 87:20 87:20
**without** [5] 15:6 53:13 56:21 71:15 72:3
**witness** [4] 92:15,17,21 92:32
**word** [1] 36:19
**words** [8] 35:25 45:11 51:5 65:4 67:3 85:11 88:17,19
**worked** [11] 19:9 30:14 73:24,25 74:1,2,6 76:7,15 76:18,25
**workers** [1] 70:12
**workplace** [1] 65:13

**works** [7] 29:23 30:16 31:4,6 34:5 74:17 82:7
**worth** [1] 88:8
**would've** [13] 13:1 21:19 38:7 40:4 47:2 70:17 73:1,3 79:13,14,25 80:1,3
**write** [4] 43:19 45:5 46:19 46:21
**writes** [1] 21:21
**writing** [8] 33:13 38:1 38:13 41:2,24 42:1,11 45:3
**written** [3] 44:23 76:24 80:25
**wrong** [1] 24:5
**wrote** [3] 37:24,25 46:24

--- -X- ---

**X** [9] 14:22 29:18,20 30:19 30:19 82:25 84:10,11 90:6

--- -Y- ---

**year** [18] 3:2 6:2 8:3 11:7 12:19 15:4,5 27:17,18 28:16 79:22,25 80:13 81:11,11,12,23 82:8
**year's** [1] 81:23
**years** [15] 4:10 5:13 7:6 14:22 24:14 47:7 64:21 64:22,23 72:15 81:12,14 81:15,25 82:18
**yesterday** [1] 3:13
**YOUNGMUN** [5] 12:15 14:3 32:21 36:21 92:1
**yourself** [1] 27:23

--- -Z- ---

**Z** [5] 29:19 55:8 77:13 83:23 88:7
**zero** [1] 67:21
**Zuber** [33] 6:20 8:24 34:7 46:7,11,17 47:17,19 49:17 50:20 60:5,8,20 61:7 62:15 65:8,10 68:22 73:18 74:4 75:19 76:2,23 82:3,4 83:4 89:9 90:6,9,13,16,19 90:25
**Zuber's** [7] 51:13,23 64:6 65:3 76:6,21 83:9