Page 51

1 training to employers externally?
2 A I've provided training for companies who have these
3 packaged presentations that they move around the country,
4 wage and hour law, taxes, various subjects of that sort.
5 And they have -- they have a canned presentation that
6 they've generally put together with the assistance of
7 counsel and consultants dealing with federal law. And
8 they're -- they're oftentimes looking for someone local to
9 provide the state overlay. And I've provided a number of
10 lectures over the years for various companies like that.
11 Q Okay, so this would be where a corporation would contact
12 you to provide expertise on wage and hour laws with
13 particular reference to Alaska State law?
14 A Yes.
15 Q Are there other external programs that you're involved in
16 provided education and training for employers?
17 A We respond to inquiries from employer groups, content
18 groups, various types of management groups, Rotary, any
19 other group of individuals who has an interest in finding
20 out something about some aspect of wage and hour law may
21 contact our office and ask for a presenter.
22 Q Are you also involved in participating in some of the
23 local CLE programs on wage and hour issues?
24 A Yes, I have. There's a couple that come up on a scheduled
25 basis that I present at, one dealing with nonprofit groups

Page 52

1 that given biannually. It's been quite a while since I've
2 done any other CLEs, but occasionally there will be some
3 on that subject that I've been asked to present.
4 Q Would it be fair to say that you're regarded as the expert
5 on wage and hour issues in Alaska?
6 A Now how can I make this read in the transcript without
7 tooting my own horn?
8 MR. COVELL: I've got to object to the question as to
9 whether or not that's overall expert or within wage and hour
10 employees or attorneys or.....
11 Q Well, you would agree that.....
12 MR. COVELL: ....what field.
13 Q .....that when people call you as the chief of labor
14 standards, based on your education and your experience and
15 your skills and your knowledge of the laws, that they
16 would count on what you would tell them, wouldn't you
17 agree with that?
18 A I can't -- I can't speak for everyone who calls me, but I
19 would agree with your representation that people generally
20 come to me for what they consider to be the official State
21 position.
22 Q And so if -- let me ask you this, and maybe there isn't
23 anybody else, but if you didn't know the answer to a
24 question is there anybody else at the Department of Labor
25 that somebody could go to answer a question that you

Page 53

1 couldn't answer?
2 A That I couldn't answer. I think that there are members of
3 my staff who are probably as competent as I in dealing
4 with most questions, and it's possible that some of them
5 have dealt with unique situations in their regions that I
6 may not have become aware of, but I don't think that that
7 likelihood is too great. So in terms of your question I
8 think that I'm probably as competent as anyone else in the
9 Department with regard to wage and hour -- State wage and
10 hour issues.
11 MR. YOUNGMUN: Nothing further.
12 BY MR. COVELL:
13 Q In regard to the last question Mr. Youngmun -- set of
14 questions -- was asking about you being an expert and
15 giving the official State position as to whether
16 something's exempt or nonexempt, does that answer apply
17 both to written and oral opinions?
18 MR. YOUNGMUN: Object, vague.....
19 Q Okay, does that apply to.....
20 MR. YOUNGMUN: ....ambiguous, calls for speculation.
21 MR. COVELL: I'll rephrase the question.
22 Q Does that answer apply to oral opinions?
23 A I would have to say yes. And I can elaborate, if you'd
24 like.
25 Q Sure, go ahead.

Page 54

1 A The vast majority of inquiries I receive are from counsel
2 who have a client with a wage and hour issue, maybe not a
3 problem but something that they want to make sure they're
4 doing correct as far as the State Department of Labor
5 goes. And they will come to me to see if what they -- how
6 they perceive the law is the way the Department perceives
7 the law. And sometimes they'll go back to their client
8 with the information and sometimes they will ask for --
9 or, reduce it to writing and send it in and ask me to
10 respond in writing. But not always. With counsel very
11 frequently they will digest what I have to say and then
12 advise their clients accordingly.
13 Q Mr. Youngmun asked you about a number of steps in an
14 employer attempting to ascertain exempt and nonexempt
15 status of a job, and queried you as to whether or not the
16 particular steps were prudent or imprudent, such as
17 calling the Department of Labor, et cetera. In that line
18 of questioning would you consider it prudent for an
19 employer who is considering classifying a position exempt
20 or nonexempt to get a written opinion from the Department
21 of Labor as to the official State position?
22 A Yes.
23 Q Conversely, would you consider it imprudent not to get
24 that written formal opinion?
25 MR. YOUNGMUN: Object, the question's been asked and

Case 3:03-cv-00174-RRB    Document 60-2    Filed 08/11/2006    Page 2 of 7

Case No. A03-0052 CV (RJ)                Condenselt!                Zuber v. APC Natchiq

Page 55

1 answered.
2 Q  Okay, you can answer the question.
3 A  Yes, I do, I think an employer is at risk if they act upon
4    the verbal advice without — without giving the Department
5    an opportunity to see all the facts and to provide
6    something in writing that they can later on produce as
7    their guidance from the official source, i.e. the
8    Department.
9 Q  All right, so just to be clear, not to be redundant, the
10   answer to the question is yes, that would be imprudent for
11   an employer not to get a formal DOL opinion?
12 A  I think it would be risky behavior.
13 Q  Okay. In response to some questions about oral opinions
14   you indicated that you used and I believe you said your
15   specialists use the phrase — if somebody gave you an
16   opinion, you said, well, it sounds like it might be, and
17   then exempt or nonexempt. Is my understanding of your
18   testimony correct that you use that as a matter of routine
19   in your conversations when you make an oral opinion?
20 A  That and other statements to -- to clarify that my oral
21   opinion is only good as the facts I'm given, and I don't
22   know what the facts are because you've — they're being
23   represented, and they might -- I might be misinterpreting
24   them, I don't have something on black and white that we
25   can nail down and examine at a future date.

Page 56

1 Q  Assuming Mr. Nelson asked you a question about the
2    exemption of a safety specialist back in 1997 or so, based
3    on your practice would you say that you made that
4    statement or a statement of that nature to him at the
5    time?
6 A  I would certainly hope so, it is my practice.
7 Q  When you're talking about oral opinions versus written
8    opinions I believe you gave testimony to the effect that
9    if you gave an oral opinion and then a case came down, was
10   the phrase you used, we would pursue it. I take that --
11   well, let me — was that your prior testimony?
12 A  I think effectively, yes.
13 Q  Okay, so -- and was that in reference, then, to an oral
14   opinion versus a written one?
15 A  Yes.
16 Q  Okay. If you pursued that case would you also pursue that
17   case for liquidated damages?
18 A  Possibly.
19 Q  Okay. And what might cause you to either pursue it or not
20   pursue it?
21 A  Well, liquidated damages are a matter of a court judgment,
22   and the vast majority of our cases are resolved
23   administratively short of court. So in most cases we're
24   able to reach a resolution without seeking damages, but
25   that's -- that's always there. And in fact when the law

Page 57

1    was amended it made it very clear that if the State
2    Department of Labor has to pursue a matter those damages
3    are mandatory, there is no good faith.
4 Q  Okay, so in the instance we previously discussed, if it
5    went to court then the Department would pursue liquidated
6    damages?
7 A  If it went to court then we would, yes.
8 Q  And conversely, say in the instance of this materials
9    supervisor's position we talked about that's detailed in
10   our Exhibit 6, if you had that WHOL 122 there and if six
11   months after you issued this letter in June of '97 and
12   there hadn't been a contrary court opinion, say, in the
13   interim, if a materials supervisor came to you and said, I
14   worked for APC, I'm being worked overtime and not paid, I
15   want to pursue it, would it be the Department's position,
16   no, we won't do that, here's the opinion letter, we've
17   decided you're exempt?
18      MR. YOUNGMUN: Object, leading.
19 A  Based on the facts presented in the letter, you're exempt.
20   If the facts you have are something different than that,
21   then you need to prove it to us.
22 Q  When you do these wage and hour seminars, I take it, for a
23   private provider do you do that as a DOL employee going
24   down and providing a service to the public or is that
25   something you do like as a side job?

Page 58

1 A  Both.
2      MR. COVELL: Okay, that's all I have.
3 BY MR. YOUNGMUN:
4 Q  Just a few questions. You've probably heard that before.
5    Mr. Carr, I think you indicated that if an employer
6    received an oral opinion from you or somebody in your
7    office, they would be at risk, or that -- or, you would
8    consider that to be risky behavior, is that your.....
9 A  If they acted upon an oral opinion.
10 Q  Now, isn't it also true that an employer that received a
11   formal written opinion may also be at risk if a court
12   deter -- if a court ultimately determined that the
13   employer was wrong?
14 A  Yes.
15 Q  And in fact when you render either oral opinions or
16   written opinions you're basing on those opinions on the
17   facts that are given to you by the employer, true?
18 A  Correct.
19      MR. YOUNGMUN: No further questions.
20 BY MR. COVELL:
21 Q  Is it correct, Mr. Carr, that when an employer relies on
22   opinion written from you there's a risk that the court
23   might disagree with you and therefore they may be subject
24   to paying money for overtime, right?
25 A  Correct.

Page 59

1  Q  In regard to an oral opinion is it also correct that
2     besides being at risk for that particular problem they're
3     also at risk for being held liable for liquidated damages?
4  A  I think the risk is greater, yes.
5  Q  Okay, and is that based on your prior — is it correct for
6     me to understand, based upon your prior answers, the risk
7     there that there could be miscommunication and/or
8     misrepresentation, innocent or not, as to what the job
9     actually is?
10 A  Yes.
11    MR. COVELL: Okay, that's all I have.
12    MR. YOUNGMUN: Okay.
13         (OFF THE RECORD)
14         END OF PROCEEDINGS
15              * * * * *

```
                        C E R T I F I C A T E

  1
      UNITED STATES OF AMERICA    )
  2                               )   ss.
                                  )
      DISTRICT OF ALASKA           )
  3   SUPERIOR COURT              )
                                  )   ss.
  4   STATE OF ALASKA             )

  5       I, Teresa E. Mielke, Notary Public in and for the State of
      Alaska, residing at Anchorage, Alaska, and Electronic Reporter
  6   for Gemini Reporting Services, do hereby certify:

  7       THAT the annexed and foregoing deposition of James Rand
      Carr was taken before me on the 8th day of September, 2003,
  8   beginning at the hour of 11:00 a.m., at the offices of Gemini
      Reporting Services, 943 West Sixth Avenue, Suite 110, Anchorage,
  9   Alaska, pursuant to Notice to take the deposition of said
      witness on behalf of the Plaintiff;
 10
          THAT the above-named witness, before examination, was duly
 11   sworn to testify to the truth, the whole truth, and nothing but
      the truth;
 12
          THAT this deposition, pages 3 through 59, is a full, true
 13   and accurate transcription of the testimony of said witness,
      reported by me electronically and thereafter transcribed by me.
 14
          THAT as required by Civil Rule 30(f)(1) amended, the
 15   original of the deposition transcript will be lodged in a sealed
      envelope with the law firm requesting transcription of same,
 16   that being the Law Office of Kenneth Covell;

 17       And THAT I have been certified by the Alaska Supreme Court
      prior to January 1, 1993.
 18
          I am not a relative nor employee nor attorney nor counsel
 19   of any of the parties, nor am I financially interested in this
      action.
 20
          IN WITNESS WHEREOF, I have hereunto set my hand and affixed
 21   my seal this 14th day of September, 2003.
```

State of Alaska
Notary Public
Teresa E. Mielke
My commission expires 5-6-2007



Reporting Services
943 West 6th, Suite 110
Anchorage, Alaska 99501
277-8591

-'-
'60s [1] 28:21
'80s [2] 13:4 41:22
'83 [1] 19:8
'84 [1] 19:8
'96 [2] 14:3 24:17
'97 [6] 6:5,23 33:5,6 34:18
  57:11

-1-
10 [1] 29:6
107021 [1] 3:12
10:34 [1] 34:17
122 [11] 5:21 8:15 9:11
  14:18 17:10,11 19:3,5
  21:16 34:15 57:10
130 [1] 20:22
140 [1] 20:22
143 [1] 7:10
144 [1] 7:11
150 [2] 17:22 45:23
151 [2] 17:22 45:23
180 [1] 20:23
19 [6] 5:24 6:6 7:4 33:23
  33:25 34:21
190 [1] 20:23
1980 [1] 19:6
1982 [1] 28:9
1983 [2] 14:5 41:22
1984 [1] 41:22
1996 [2] 33:4 47:18
1997 [4] 37:19 46:21
  47:18 56:2
1999 [1] 46:2
19th [6] 5:14 6:3 7:2 9:7
  9:8 33:15

-2-
20 [3] 15:15 21:8 30:23
20% [1] 16:8
201 [2] 5:25 6:2
202 [1] 6:14
25 [7] 6:15,25 7:3 33:15
  33:17,23 34:18
25/26 [1] 33:22
25th [10] 5:19 6:23 33:13
  33:14,18 34:10,12,13,17
  34:25
26 [3] 33:16,17 35:1
26th [2] 5:20 33:19

-3-
36 [1] 28:13

-4-
4 [8] 6:1,2,14 7:10,11
  17:22 44:25 45:22

40% [1] 16:9

-6-
6 [4] 10:21,25 17:18 57:10
60% [1] 49:21
626 [1] 7:7

-9-
99510 [1] 3:12
9:30 [1] 34:12

-A-
able [3] 15:4 22:18 56:24
above [1] 30:23
Absent [1] 30:12
absolutely [3] 35:16
  42:6 44:8
accessing [1] 41:10
accordingly [2] 25:2
  54:12
accurate [4] 10:17 35:16
  40:15 41:5
accurately [1] 15:17
acronym [1] 32:1
act [5] 42:13,13 45:3,7
  55:3
acted [2] 21:24 58:9
action [1] 29:13
activity [1] 47:17
actual [1] 50:14
addition [1] 13:17
additional [2] 17:17
  50:16
additions [1] 7:13
address [3] 3:11 12:3,25
addressed [1] 26:5
addresses [1] 13:3
adequate [1] 22:11
administered [1] 3:2
administration [1]
  20:13
administrative [4]
  11:24 12:22 18:19 50:1
administratively [1]
  56:23
adopted [2] 22:13 46:22
advice [5] 21:24 26:11
  28:22 40:14 55:4
advise [2] 26:21 54:12
advisory [1] 31:1
affect [1] 48:11
affirmatively [1] 27:18
aforementioned [2]
  7:13 41:22
AG [6] 28:23 29:1,25
  30:19,25 31:1
AG's [3] 28:18,24 29:22
again [4] 11:3 36:19
  39:10 43:2

agencies [1] 12:24
agency [3] 11:6 13:16
  31:25
aggravating [1] 32:15
ago [2] 21:21 41:2
agree [5] 43:25 48:15
  52:11,17,19
ahead [2] 25:4 53:25
akin [1] 13:2
Alaska [7] 3:14 5:14 8:1
  44:3 46:21 51:13 52:5
albeit [1] 13:15
Aleutian [1] 32:5
allegations [1] 38:14
almost [2] 22:14 24:22
along [1] 26:15
always [6] 19:13 21:10
  23:1 36:16 54:10 56:25
ambiguous [1] 53:20
amended [1] 57:1
amendment [1] 25:22
amongst [1] 17:25
amusement [1] 5:2
analysis [2] 16:8 18:8
Anchorage [9] 3:12 19:9
  23:6 28:10 32:19,21,25
  33:1,2
answer [19] 9:9 13:18
  15:1,5 22:18 24:5,7 25:4
  29:20 33:20 35:19 52:23
  52:25 53:1,2,16,22 55:2
  55:10
answered [1] 55:1
answering [1] 13:17
answers [1] 59:6
APC [16] 5:25 6:7,13,19
  6:23 7:7,14 8:4,13 9:1
  18:12,22 21:7 35:10 45:22
  57:14
appear [3] 6:5,11 8:4
application [1] 31:21
applied [1] 17:7
applies [1] 16:11
apply [3] 53:16,19,22
applying [2] 18:17,19
approached [1] 14:10
archived [1] 28:18
area [5] 4:15 11:11 34:3
  48:25 49:1
argument [1] 43:3
ascertain [2] 33:21 54:14
asks [1] 10:7
aspect [1] 51:20
assert [1] 38:20
asserting [1] 29:14
assigned [2] 9:4 28:11
assigning [1] 16:6
assistance [1] 51:6
assistant [3] 4:24 28:11
  29:1

assume [5] 46:24 47:4
  48:6 49:21 50:19
assuming [2] 4:20 56:1
assure [1] 41:9
attach [1] 19:17
attached [3] 8:17,23
  19:14
attachments [5] 5:15
  6:25 7:2,4 34:21
attempting [1] 54:14
attendant [1] 5:17
attorney [19] 26:22 27:14
  27:21 28:1,1,4,10,11,17
  28:20,25 29:15 30:8,10
  31:2 39:12,14,23,24
attorney/client [1]
  29:10
attorneys [5] 23:17 47:4
  47:21,23 52:10
authority [3] 29:13 38:23
  38:24
availability [1] 30:14
available [16] 8:21 12:6
  19:10,18,25 22:21 23:1,2
  23:3 29:8,11,12 30:15
  40:25 41:7,8
average [3] 16:7 47:6,20
aware [3] 28:15,17 53:6

-B-
B-A-R-R-I-O-S [1]
  32:8
back-up [5] 8:15 9:10
  10:9 14:15 19:17
backup [1] 19:13
Barrios [2] 32:7,24
based [11] 17:3 22:16
  25:8 27:5 42:13 45:6
  52:14 56:2 57:19 59:5,6
basing [1] 58:16
basis [1] 51:25
became [2] 47:12,18
become [2] 40:25 53:6
becoming [1] 40:24
beginning [1] 49:4
behavior [2] 55:12 58:8
belief [1] 30:2
best [1] 38:21
Bethel [1] 32:20
between [3] 4:23 8:10
  28:10
biannually [1] 52:1
big [1] 38:10
binder [3] 8:19 9:22 19:9
binders [1] 31:6
binding [2] 40:12 42:4
bit [1] 29:9
bits [1] 14:14
black [3] 38:9 41:23
  55:24
blank [1] 18:5

board [1] 19:8
body [2] 30:20 48:13
boiler [4] 4:12,16,17,20
boilers [1] 5:2
bothering [1] 22:4
bottom [2] 6:19 15:15
bounce [1] 23:21
bound [1] 40:13
Box [1] 3:12
brainstorming [1]
  38:10
break [3] 5:7 16:3 35:4
breakdown [1] 50:8
breaking [1] 49:16
brief [2] 4:8 5:7
briefly [1] 5:11
bring [2] 5:8 20:7
bringing [1] 41:3
broad [2] 16:5 28:5
broken [2] 49:9,10
brought [3] 8:23 10:24
  17:25
business [3] 10:13 48:3
  48:4

-C-
C [1] 3:1
C-A-R-R [1] 3:10
calculating [1] 41:21
calls [16] 15:9 22:23 23:8
  23:17 24:20 25:3 29:18
  46:12,25 47:7,20,23 48:1
  48:3 52:18 53:20
canned [1] 51:5
captioned [3] 7:7 9:23
  13:19
career [1] 47:14
Carr [11] 3:3,4,8,18 6:15
  10:25 35:9,25 46:24 58:5
  58:21
carries [1] 29:15
case [25] 10:3 13:19 14:13
  22:25 24:13 29:1 30:13
  31:22,24 32:4,5,7,19,19
  32:20,24 35:10,22 39:2
  40:16 47:12 49:18 56:9
  56:16,17
cases [5] 19:17 33:2
  43:16 56:22,23
categories [1] 16:5
caveat [4] 17:4,5 36:16
  43:10
certain [2] 11:23 46:23
certainly [6] 22:3,9
  24:23 40:6,12 56:6
cetera [1] 54:17
Chain [1] 32:5
change [5] 10:5,5,6 46:2
  46:9
changed [3] 31:10 40:21
  46:10

changes [1] 38:16
characterize [1] 36:15
characterized [1] 48:19
charge [1] 4:6
charging [1] 23:20
chatter [2] 6:18 7:14
check [1] 19:2
checklist [4] 18:9 45:4,6 45:14
checklists [1] 45:18
checks [1] 4:17
chief [10] 3:14 4:2,24 14:1,2 47:12,19 48:6,16 52:13
chronologically [1] 31:7
circumstance [3] 23:16 26:19 30:4
circumstances [2] 10:2 25:17
claim [1] 40:16
clarification [1] 14:23
clarify [1] 55:20
classification [5] 8:11 8:25 12:1,16 27:9
classifications [1] 12:4
classifying [1] 54:19
CLE [1] 51:23
clean [1] 44:21
clear [6] 14:19 18:11 21:1 25:6 55:9 57:1
CLEs [1] 52:2
client [4] 23:20 24:2 54:2 54:7
clients [1] 54:12
clip [1] 10:22
coach [1] 48:16
collar [2] 43:17 49:11
colloquially [2] 23:15 28:23
coming [4] 8:12 18:24 25:13 38:14
commissioner [1] 22:15
committee [1] 39:16
common [1] 49:12
companies [2] 51:2,10
company [2] 29:12 32:1
compare [1] 6:2
comparison [2] 6:16 7:12
compelled [1] 41:7
competent [3] 26:21 53:3,8
complete [1] 24:7
complex [1] 15:1
compliance [1] 44:7
components [1] 48:13
comprised [2] 4:5,10
concern [5] 12:15 28:4 37:10 38:17 41:6

concerned [1] 13:24
concerning [6] 8:10,11 23:12 24:18 30:9 31:12
conclusion [5] 16:14 25:3 29:19 32:11 34:24
conduct [1] 26:8
confer [1] 27:20
conferences [1] 39:11
conjunction [1] 3:24
consider [4] 52:20 54:18 54:23 58:8
consideration [1] 21:22
considering [2] 22:7 54:19
construction/ [1] 7:8
consult [2] 44:1,5
consultants [1] 51:7
consulted [2] 38:23,24
contact [7] 9:13 14:21 19:21 39:23 43:8 51:11 51:21
contacted [1] 15:7
contacts [1] 46:12
contain [3] 17:4,5 45:11
contains [3] 14:14 28:21 45:9
content [1] 51:17
context [3] 11:5 22:6 25:18
continue [1] 8:5
continuum [2] 22:4,8
contract [1] 20:24
Contractors [2] 5:15 8:2
contracts [3] 11:11,12 28:14
contrary [1] 57:12
conversation [6] 23:23 24:23 33:3 34:25 37:2,20
conversational [1] 40:7
conversations [3] 25:7 36:25 55:19
conversely [2] 54:23 57:8
convey [3] 12:8 24:8 35:17
conveyed [1] 39:2
copies [3] 10:17 19:12 19:14
copy [8] 5:25 6:1,5,7,7,18 6:19 8:14
corner [1] 41:9
corporation [1] 51:11
correct [27] 4:21 6:10,12 9:15 12:10,17 23:7 34:1 34:23 37:22 41:13 42:9 42:21 45:8,9,13,24 46:2 48:9 50:8 54:4 55:18 58:18,21,25 59:1,5
correspondence [4] 8:10 9:5,9 10:12
costs [4] 41:19,21,25,25
counsel [5] 26:12,20 51:7

54:1,10
count [2] 7:18 52:16
country [1] 51:3
couple [3] 16:2 28:8 51:24
course [4] 10:13 22:22 38:8 40:20
court [27] 10:6 25:23 27:24 31:2,3,4,4,11 32:9 32:22,25 33:2 39:5,25 41:24 42:4,20 43:22 56:21 56:23 57:5,7,12 58:11,12 58:22
courts [1] 43:3
Covell [17] 3:17 10:19 10:23 33:8 35:3,8 44:21 44:23,25 45:22 52:8,12 53:12,21 58:2,20 59:11
coverage [1] 28:13
craftily [1] 34:2
crucial [1] 46:15
current [2] 41:11,12

-D-

D [1] 3:1
Dahoff [2] 29:5,6
damages [11] 21:20,23 22:2 25:22 38:16 56:17 56:21,24 57:2,6 59:3
date [1] 55:25
dated [3] 5:19,20,24
days [2] 20:21 23:9
deal [7] 16:1 22:14 24:20 24:21 27:6 28:15,18
dealing [9] 12:4 20:15 21:20 27:23 41:18 43:17 51:7,25 53:3
dealt [2] 29:3 53:5
deceit [1] 15:18
decided [1] 57:17
decision [3] 30:11 41:24 42:17
decisions [3] 31:3,3 38:10
defendant [1] 32:4
defense [8] 22:11,12 25:24 38:4,7,20 46:5,22
define [1] 43:13
definitions [1] 38:13
Delta [3] 32:5,18,21
demonstrate [1] 38:6
department [50] 3:15 8:24 9:24 10:1,8,14 12:6 12:19,21 16:16 18:13,16 19:11 20:7 21:25 22:10 24:9 26:2,17 27:21 28:5,6 28:12 29:7 30:1,24 35:24 38:12 39:2,3,4,16 40:7,12 41:19 42:8,11,14 46:16 50:20 52:24 53:9 54:4,6 54:17,20 55:4,8 57:2,5
Department's [9] 10:2 11:16,22 40:19 41:2,4,23

42:2 57:15
departmental [1] 13:23
depending [2] 31:5 35:18
deposed [1] 3:20
deposition [3] 8:12 10:21 37:6
describe [4] 5:11 11:5 17:18 19:18
described [2] 8:13 16:5
describing [1] 26:24
description [13] 5:15 7:6 7:8,25 14:14 15:24 16:3,6 17:17 44:10 49:5,8 50:13
descriptions [3] 21:2 49:6 50:10
desk [2] 16:13 30:5
destroyed [1] 9:5
detailed [3] 10:12 49:8 57:9
deter [1] 58:12
determination [2] 5:24 21:14
determinative [1] 43:24
determine [3] 40:4 42:4 43:14
determined [3] 32:12 42:19 58:12
determining [3] 44:10 44:16 50:11
developed [1] 13:4
dictate [1] 35:1
dictated [3] 33:17,18 34:13
difference [1] 29:24
differences [1] 34:9
different [4] 15:19 38:13 42:1 57:20
digest [1] 54:1
diligence [1] 41:1
directed [1] 11:21
disagree [1] 58:23
disagreed [1] 41:23
discourse [1] 24:9
discuss [2] 15:12 23:21
discussed [4] 10:11 31:1 34:7 57:4
discussing [1] 16:20
discussion [5] 15:4 36:9 36:12 37:14,23
discussions [8] 25:19 36:21 37:4,17 46:3,20 47:4 49:13
distribute [1] 13:18
District [1] 31:4
division [5] 4:3,5 7:8 20:9,10
divisions [1] 20:8
document [9] 6:18 7:16 8:9 9:23 17:2 18:10 21:11 21:18 45:15

documentation [4] 5:9 8:16 14:15 19:13
documenting [1] 17:13
documents [19] 5:13, 7:12 8:17 9:25 11:8,21 12:7 18:4 20:2 27:5 28:21 30:14,20,25 33:22,25 37:1 40:24
doesn't [6] 12:15 13:21 13:22 16:21 17:5 32:2
DOL [2] 55:11 57:23
domain [1] 24:22
done [4] 18:22 33:9 50:17 52:2
doubt [1] 37:25
down [9] 16:3 40:16 47:13 49:9,10,16 55:25 56:9 57:24
dozen [2] 3:23 31:15
draft [1] 27:19
due [1] 41:1
duly [1] 3:5
during [2] 22:19,22
duties [10] 8:6 16:2,4,6 17:13 27:3 44:15 49:9 50:8,14
duty [1] 49:9

-E-

E [2] 3:1,1
early [4] 13:4 34:11 41: 41:21
education [3] 48:8 51:16 52:14
educational [1] 50:22
effect [3] 19:7 46:23 56:8
effectively [1] 56:12
either [10] 7:15 14:18,21 14:22 27:24 42:14,15 44:14 56:19 58:15
elaborate [1] 53:23
electrical [3] 4:11,25 5:2
element [1] 49:11
elevator [1] 4:12
elevators [1] 5:2
employee [9] 12:3 13:1 16:17 17:23 21:15 25:1 26:3 27:14 57:23
employees [4] 9:1 12:1 45:2 52:10
employer [40] 9:12,13 9:19 11:14 13:1 14:10 21:14,23 23:10 24:24 26:24,25 27:14 29:23 30:9 36:7 38:6 39:22 40:2 42:16 43:5,8,12 44:1,5,9 44:13 48:25 49:15 50:16 51:17 54:14,19 55:3,11 58:5,10,13,17,21
employers [14] 18:7 26:10 38:19 42:8 46:15 47:21 48:8,16,20,22 50:23 51:1,16

employment [3] 3:25 4:2 26:21
end [3] 22:4 23:23 59:14
ends [1] 22:8
enforcement [3] 13:6 38:23,24
enjoy [1] 49:6
entitled [2] 5:24 17:22
entity [1] 13:17
essentially [2] 5:13 12:9
establishes [1] 40:23
establishing [2] 16:10 39:20
establishment [2] 49:24 49:25
estimate [1] 47:6
et [1] 54:17
eventually [1] 32:8
everything's [1] 40:11
evolve [1] 10:3
exact [2] 6:1 38:15
exactly [2] 15:13 34:8
examine [2] 16:13 55:25
example [4] 12:14 14:13 41:16 49:24
examples [2] 28:8 50:25
excellent [2] 21:25 39:19
exception [1] 7:13
Excluding [1] 7:20
excuse [1] 34:20
excused [1] 32:7
executive [1] 18:18
executives [1] 48:4
exempt [45] 8:12 9:1,14 12:2 13:9 14:11 16:17,22 16:23 21:15 23:12 25:1 29:14 30:1,3,9 34:4 35:14 36:4,8,13 40:4 42:17,19 42:25 43:7,14,15 44:3,11 44:17 46:4 47:1,23 48:11 48:21,23 49:2 50:12 53:16 54:14,19 55:17 57:17,19
exempt-type [1] 47:7
exempt/ [1] 26:5
exemption [8] 16:11 17:23 28:16 34:3 43:21 45:2 50:2 56:2
exemptions [5] 16:1 18:9 29:4 43:17 49:11
exercised [1] 38:22
Exhibit [13] 6:1,2,14,14 7:10,11 10:21,25 17:18 17:22 44:25 45:22 57:10
Exhibits [2] 37:5 44:19
existing [2] 29:17,21
expand [1] 43:20
expanded [1] 21:20
expect [2] 13:12,23
expecting [1] 22:22
experience [2] 15:15 52:14

expert [5] 31:17 32:9 52:4,9 53:14
expertise [1] 51:12
explained [1] 34:8
explanation [1] 49:8
exposure [1] 47:15
extent [2] 38:14 43:20
external [2] 50:23 51:15
externally [2] 11:21 51:1
extract [1] 48:22

-F-
Fabe [1] 31:25
fact [12] 17:6,6 21:18 22:2 38:22 40:19 41:24 42:12 48:20 49:22 56:25 58:15
facts [26] 11:15 13:3 15:14,16 16:24,25 17:3,6 19:15 24:10 25:9,15,16 26:1 27:7 31:21 39:1 40:15,18 42:13 55:5,21 55:22 57:19,20 58:17
failed [1] 16:10
fair [4] 45:2,7 50:10 52:4
Fairbanks [3] 4:17 19:19 28:10
faith [14] 21:22,24 22:12 38:4,6,20,22 40:1 42:23 43:2 46:1,5,22 57:3
familiar [4] 14:20 18:9 18:15 28:1
far [8] 8:17 9:7 18:2 29:12 30:14 39:25 43:2 54:4
fashioned [3] 5:20 11:12 29:10
fax [5] 6:8,18,21 7:14 34:16
faxed [1] 34:10
federal [9] 12:24 18:17 18:20 31:4 32:22 43:13 43:19,21 51:7
feedback [1] 16:12
feet [1] 15:23
few [3] 3:23 41:17 58:4
fiction [1] 49:7
field [6] 15:22 19:14 35:23 44:14 47:7 52:12
figure [1] 18:12
file [2] 8:13 28:20
filed [1] 40:17
files [2] 8:10 10:17
finding [2] 41:24 51:19
fine [2] 3:19 15:24
finite [1] 16:4
fire [1] 35:23
first [11] 3:5 7:24 8:1 13:16 17:7,12,16,23 19:8 24:13 28:6 47:18
five [3] 7:22 38:9 41:22
five-minute [1] 35:4
flaws [1] 40:21

flesh [1] 15:6
focus [1] 14:24
focused [1] 19:3
folks [4] 4:12 15:22 35:23 49:5
follow [3] 30:10 50:5,15
follow-up [1] 35:11
follows [1] 3:5
forefront [1] 46:14
form [9] 8:3 15:22 18:5,6 18:14 28:22 45:4,14,20
formal [27] 9:3 10:8 12:20 21:13,16 22:9 24:1 24:3,9 25:10,11,24 26:17 26:17 28:17 31:1 35:23 36:1 38:3 39:16 42:15 46:5,16 50:4 54:24 55:11 58:11
formalize [1] 25:21
formalized [2] 10:7 40:25
format [2] 18:6 45:18
forms [1] 11:8
forth [4] 16:12 23:22 35:20 46:12
forum [1] 38:14
forward [3] 15:14 40:16 41:3
found [3] 22:2 39:5 50:13
four [5] 8:7 17:17 21:21 47:9,11
frame [3] 18:22 24:17 47:18
frequent [1] 36:3
frequently [6] 14:18 23:16 26:20 35:12,13 54:11
fresh [1] 35:1
full [2] 3:7 46:16
functions [3] 11:24 14:4 48:5
future [1] 55:25

-G-
G [1] 3:1
gathered [1] 30:24
general [15] 9:5,9,12 27:21 28:2,4,10,11,17,20 28:25 29:15 30:8 46:18 47:16
general's [2] 30:11 31:2
generally [12] 3:24 11:20 15:25 21:4,7 23:3 26:15 29:11 30:18 47:11 51:6 52:19
generic [1] 12:3
given [14] 9:24 11:11,16 13:21 15:6,21 31:21 37:9 40:14 42:7,10 52:1 55:21 58:17
giving [2] 53:15 55:4
gladly [1] 47:17

goes [4] 9:24 28:20 40:6 54:5
gone [2] 9:4 39:20
good [22] 3:18,20 7:17 15:24 21:22,24 22:12 26:21 35:9 38:4,4,6,20,22 40:1 42:23 43:2 46:1,5,22 55:21 57:3
government [1] 12:24
grab [1] 41:1
gray [2] 48:25 49:1
great [2] 22:14 53:7
greater [1] 59:4
Greg [1] 35:9
ground [1] 49:7
group [2] 4:14 51:19
groups [4] 51:17,18,18 51:25
guess [3] 13:10 24:7 48:18
guidance [5] 12:9 30:12 42:7 48:7 55:7
guidelines [2] 27:8 43:21
guilty [1] 22:2

-H-
Half [1] 31:15
hand [3] 5:23 6:13 23:4
handled [1] 22:14
handwriting [2] 18:2,3
heading [1] 8:1
hear [1] 25:13
heard [1] 58:4
hearings [5] 22:20,22 23:1 39:11,12
held [2] 22:1 59:3
helicopter [2] 29:3,5
help [1] 32:13
higher [1] 30:5
himself [1] 32:12
historical [5] 8:18 10:1 11:8 14:6 31:9
history [1] 27:23
hold [1] 15:22
home [2] 20:7,10
hope [1] 56:6
hoping [1] 5:7
horn [1] 52:7
hour [38] 4:6 5:21 8:15 9:11,25 11:4,10,19 12:12 12:13,15 14:1,2 16:15 20:12 23:11 26:11 27:9 27:13 30:22 31:12,20 34:14 39:17 44:6 48:8,14 48:17 51:4,12,20,23 52:5 52:9 53:9,10 54:2 57:22
hours [1] 34:6
housekeeping [1] 5:22
human [2] 15:20 48:1
hundreds [1] 24:20

hypertext [1] 20:12
hypothesize [1] 49:21

-I-
i.e [1] 55:7
identical [2] 6:11,20
identified [1] 8:17
ifs [1] 50:2
imagination [1] 37:2
imagine [1] 12:24
implications [2] 34:5 37:12
important [1] 49:10
impression [1] 13:16
imprint [1] 34:16
imprudent [3] 54:16,23 55:10
inaccurate [1] 40:14
Inc [1] 8:2
include [2] 4:25 39:6
includes [2] 30:21 47:4
including [1] 37:24
incomplete [1] 40:13
incorporated [1] 41:20
incorrect [3] 39:5 40:13 42:5
index [7] 19:2,24 20:2,18 21:2,3,10
indicate [3] 6:21 17:12 25:16
indicated [10] 21:22 26:23 35:11 36:2 37:16 38:3 45:6 46:1 55:14 58:5
indicates [1] 34:17
individual [1] 29:12
individuals [1] 51:19
informal [2] 28:22 30:25
information [13] 6:8 13:6 14:15 15:5,7,21 17:13 46:4 48:22 49:2,13 50:16 54:8
initial [1] 7:15
initiated [2] 34:7 40:23
innocent [1] 59:8
inquires [1] 30:9
inquiries [2] 51:17 54:17
inquiring [1] 13:17
inquiry [4] 9:19,20 27:9 37:9
inspection [5] 4:7,9,10 4:13,24
inspector [2] 4:16,20
inspectors [2] 4:11,12
instance [5] 4:16 13:8,8 57:4,8
instances [2] 12:23 25:12
instead [1] 9:8
instructive [2] 19:6 43:16