insure [1] 41:5
interest [1] 51:19
interim [1] 57:13
intermediary [1] 4:22
internal [3] 11:21 29:7
31:8
internally [2] 12:6 50:20
interpretation [3] 11:17
27:25 31:20
interpretations [1] 10:6
interpretive [1] 13:6
intertie [1] 28:9
investigator [1] 23:15
involved [3] 31:25 51:15
51:22
involvement [1] 22:12
involving [1] 32:5
IRS [1] 12:23
issue [18] 10:7,8 12:4,20
13:15 16:14 24:21 27:10
27:22,23 28:4 29:2 31:5
39:14 42:11 46:1 49:17
54:2
issued [4] 9:3 27:11
28:12,24 30:2 39:16 41:24
57:11
issues [15] 11:23 12:19
14:23 26:5 28:6,16,19
31:11,19 34:8 37:9 48:11
51:23 52:5 53:10
it'd [3] 7:24 43:5 46:15
it'll [1] 25:24
itself [1] 10:4

### -J-

James [2] 3:4,8
job [31] 4:9 5:15 7:6,7,7,9
7:24 9:14 13:24 14:14
15:24 16:3,5 17:17,19
20:25 21:2 24:15 26:24
27:2,2 44:9 49:5,6,8 50:10
50:13,17 54:15 57:25 59:8
jobs [1] 8:11
Jordan [1] 19:22
judge [4] 31:24,25 32:7
32:12
judges [2] 31:22 32:14
judgment [2] 14:16
56:21
June [31] 5:13,19,20,24
6:3,6,14,23,25 7:2,3,4 9:7
9:8 24:17 33:13,14,15,15
33:17,19,22,23,23,25
34:10,16,18,21 35:1 57:11
Juneau [1] 23:8

### -K-

keep [1] 5:22 10:9 36:9
36:11
kept [2] 8:19 10:13
key [1] 16:10
kind [4] 15:22 18:8 23:15

24:21
kinds [1] 12:11
knew [1] 34:4
knowledge [8] 8:24
10:16 14:6 18:4 30:2
35:12 43:4 52:15

### -L-

labor [34] 3:14,15 4:3,4
6:6 10:14 18:13,17 20:7,9
21:25 22:10 26:2 28:6
38:12 39:3,3,4,16 40:7
42:9,14 45:3,7 47:12 48:7
48:16 50:20 52:13,24 54:4
54:17,21 57:2
Labor's [1] 12:22 42:11
Landau [1] 28:12
language [1] 21:20
last [3] 3:9 8:9 53:13
law [26] 11:17 14:21,25
18:21 22:5 26:21 27:21
27:24 28:14 31:20 32:11
34:3 35:21 40:21 41:12
43:23 46:2,10,13 51:4,7
51:13,20 54:6,7 56:25
laws [6] 10:5,6 48:8,14
51:12 52:15
leading [1] 57:18
least [1] 43:23
leave [1] 15:3
lectures [1] 51:10
left-hand [2] 20:15,16
20:18
legal [5] 25:3 26:11,20
29:19 44:6
legally [2] 42:4,5
legislation [1] 22:7
legislators [1] 22:19
legislature [2] 21:19
22:7
legislatures [1] 22:21
lengthy [1] 28:12
less [5] 3:23 20:23 23:9,9
41:7
letter [69] 5:14,19,21,24
5:24 6:3,4,15,17,25 7:2,3
7:4 8:15,15,16,18 9:3,4,7
9:8,11,25 10:9 11:4,10,11
11:19 12:13,13,23 13:2
13:18 14:13 16:15 19:12
21:13,16 23:20,25 24:1,3
25:25 27:9,13 30:3,22
33:13,15,15,15,22,23 34:1
34:11,14,14,17,21 35:1
37:12 40:22 41:1 42:5
46:5 50:5 57:11,16,19
letters [15] 11:9,13,13,20
13:4 20:24 24:22 30:22
32:2 34:20 38:3 41:14,18
42:3,7
level [2] 30:23 43:2
levels [1] 4:22
liable [2] 22:1 59:3
light [1] 46:13,13

likelihood [1] 53:7
likely [2] 33:9 34:1
limited [1] 17:6
line [3] 15:15 19:25 54:17
liquidated [1] 21:20,23
22:2 25:22 38:16 56:17
56:21 57:5 59:3
list [1] 20:14
listed [2] 21:3 30:16
listen [1] 22:17
listened [1] 22:18
listening [1] 12:1
lists [1] 8:5
local [2] 51:8,23
longer [1] 31:10
look [1] 19:1
looked [2] 7:20 8:14
looking [9] 14:25 19:4
22:9 33:22 34:16 43:21
44:20 50:1 51:8
lots [2] 3:22 23:8

### -M-

mail [1] 15:8
mailing [1] 3:11
maintain [3] 11:9,18
19:9
maintained [2] 12:5
31:7
maintaining [1] 30:25
maintenance [1] 7:9
majority [2] 54:1 56:22
makes [2] 21:5 34:24
maliciousness [1]
15:18
manage [2] 4:4,14
management [3] 13:7
30:22 51:18
managers [2] 15:20 48:3
mandatory [1] 57:3
manner [3] 39:1 40:8
48:19
Mark [3] 5:14 8:11 24:19
33:4 36:18
marked [3] 10:19,21,25
materials [17] 5:16,18
7:6,9 8:4,6 13:9,11 17:14
17:18 21:6,7 24:14 37:4
45:5 57:8,13
matter [4] 13:16 55:18
56:21 57:2
may [22] 7:15 10:5,5,6
13:18 15:11 19:17 25:14
27:19,22 33:20 35:16 39:5
39:7 40:15,15 48:11,20
51:20 53:6 58:11,23
mean [4] 4:3 38:25 42:18
50:13
meaning [1] 24:4
means [3] 11:5 34:11
49:9

mechanical [4] 4:6,8,10
4:24
meet [2] 49:23,24
members [4] 26:9 35:12
36:11 53:2
memoranda [2] 28:19
28:22
memorandum [1] 28:25
memos [1] 31:1
mentioned [1] 21:3
met [2] 36:19,19
method [1] 39:19
might [21] 8:25 11:4 12:3
13:14 16:21,22,23 24:18
24:25 33:3 35:22 36:17
38:12 41:14 49:21 50:25
55:16,23,23 56:19 58:23
might've [1] 18:13
mind [7] 21:19 29:3 32:16
35:1 41:16 44:24 46:15
mine [2] 7:14 30:6
minimum [1] 43:1
miscommunication
[1] 59:7
misinterpreting [1]
55:23
misleading [1] 15:7
misquoted [1] 25:18
misrepresentation [1]
59:8
modeled [1] 12:21
modern-day [1] 30:21
money [1] 58:24
Monte [1] 19:22
months [1] 57:11
morning [4] 3:18 34:12
34:25 35:9
most [8] 4:19 16:1 17:4,5
19:17 43:16 53:4 56:23
mostly [1] 31:8
mounting [1] 22:11
move [1] 51:3
Ms [1] 19:22

### -N-

N [1] 3:1
nail [1] 55:25
name [6] 3:7,9 31:22 32:1
35:9 39:15
names [1] 31:22
Natchiq [1] 35:10
nature [4] 9:19,20 24:23
56:4
natures [1] 25:19
nd [1] 5:16
necessarily [5] 15:18
38:8 42:18 43:22,23
necessary [2] 15:6 44:18
need [3] 5:6 15:11,23
16:24 35:24 41:10 49:7
57:21

Nelson [16] 5:14,19,25
6:15 8:11 10:12 24:19
33:4,13 36:18,22 37:4,17
37:23 46:21 56:1
new [1] 27:24
newly [1] 27:25
next [1] 7:5 8:2,5
nods [1] 27:18
nonexempt [29] 8:12 9:1
9:15 12,2 14:12 16:18,22
21:15 23:12 26:6 29:14
35:14 40:5 42:17,19,25
43:7,15 44:3,11,17 47:2
48:21 49:2 50:12 53:16
54:14,20 55:17
nonexistent [1] 18:20
nonprofit [1] 51:25
nonwritten [1] 23:11
North [2] 31:25 32:7
note [1] 6:5
notes [3] 25:16 36:9,12
nothing [2] 24:11 53:11
notice [2] 5:16 8:2
now [10] 10:19,25 12:12
14:3 16:15 22:25 25:9
36:7,18 41:13 52:6 58:20
number [16] 5:21 6:7,19
6:23 7:7 9:4 10:21 13:20
13:20,21 14:17 19:5 20:20
20:20 51:9 54:13
numbered [2] 28:18 31:1
numbers [1] 7:14

### -O-

O [2] 3:1,12
Oath [2] 3:2,5
object [5] 25:3 52:8 53:18
54:25 57:18
objected [1] 32:10
objection [1] 29:18
obligations [1] 37:11
observing [1] 44:15
obstreperous [1] 24:4
obtain [1] 49:12
obviously [1] 22:16
occasion [1] 29:3
occasionally [3] 13:15
27:22 52:2
occasions [1] 50:15
occupation [1] 3:13
occurred [1] 30:4
off [6] 7:18 33:8,11 35:6
47:14 59:13
office [15] 4:17 6:23 9:13
16:20 19:12 28:18,23
29:22 35:13 39:7 42:15
42:23 43:8 51:21 58:7
offices [4] 13:5 19:10.1
35:18
official [4] 52:20 53:15
54:21 55:7
often [1] 4:19 16:11

oftentimes [1] 51:8
one [25] 4:17 11:9 15:8 16:1 17:4,9 19:2,7 20:20 29:3,22,22 34:20,21 38:4 40:14,21,22 42:23 44:19 48:6,13,15 51:25 56:14
ont [1] 30:16
opinion [113] 5:21 8:14 8:15,16,18 9:3,4,11,14,25 10:2,4,4,7,8,8 11:4,9,10 11:11,12,14,16,20 12:13 13:9,11,17 14:10,16,17 15:10,10 16:14,15 17:3 19:12 20:24 21:13,16 22:9 22:9 23:12 24:1,3,5,6,9 24:18,22,25 25:10,11,21 25:24 26:17 27:4,13 28:13 29:15,25,25 30:2,3,8 34:14 35:24 36:2,3,7,12 36:15 38:3,7,8,11 39:3,24 40:17,19,22 41:3,5,12 41:14,18,24 42:3,4,7,8,15 42:16 46:6,16 49:17 50:5 54:20,24 55:11,16,19,21 56:9,14 57:12,16 58:6,9 58:11,22 59:1
opinions [30] 12:18,20 16:16 17:4,5 26:11 27:4 28:2,4,17,20,24 29:2,7,24 30:19 31:2 35:13 39:6,17 46:11,12 53:17,22 55:13 56:7,8 58:15,16,16
opportunities [1] 50:23
opportunity [2] 22:17 55:5
opposed [3] 11:20 22:3 32:19
opposite [1] 22:3
oral [22] 16:16 24:18,25 35:13 36:3,7,12 39:6 40:11 42:16 53:17,22 55:13,19,20 56:7,9,13 58:6,9,15 59:1
order [1] 15:6 26:25
otherwise [3] 6:19 30:12 42:19
ours [1] 38:13
outside [1] 37:11
overall [2] 48:13 52:9
overcome [1] 38:18
overlay [1] 51:9
overtime [9] 9:15 12:2 14:12 22:3 23:13 32:4 37:11 57:14 58:24
own [1] 52:7

P
P [2] 3:1,12
P-C-O-L [1] 11:12
P-C-O-Ls [1] 20:19
packaged [1] 51:3
page [10] 6:1,13 7:5,16,24 8:1,2 19:25 20:7,10,14,17 20:18
pages [10] 7:5,12,18,22

7:24 8:5,7,23 17:17,22
paid [1] 57:14
paper [3] 10:22 17:1 18:2
papers [5] 8:25 9:8 10:11 10:24 17:25
paragraph [2] 17:12 20:11
paragraphs [1] 20:11
parcel [1] 9:10
part [4] 9:10,17 26:15 44:25
participating [1] 51:22
particular [26] 10:3 13:21 14:11 19:6 22:25 24:13 28:14 30:8 35:14 36:4,8,13 39:1,4,22 43:6 43:14 44:2,10,16 45:20 47:1 48:12 49:1 51:13 54:16 59:2
particularly [4] 25:21 33:25 46:8 49:10
passed [1] 16:9,9
patter [1] 26:15
pattern [1] 17:7 42:12
pay [1] 25:1
paying [2] 21:14 58:24
payments [2] 5:17 8:2
PCOL [1] 12:14
PCOLs [2] 13:2 20:19
people [14] 4:15 15:20 18:3 25:12 26:20 35:19 38:9 41:22 44:14 46:25 48:1 49:19 52:13,19
per [1] 8:13
perceive [1] 54:6
perceives [1] 54:6
percentage [1] 16:2
percentages [1] 16:6
perception [2] 15:19 38:18
performance [1] 44:15
performed [2] 16:4 50:14
performing [3] 14:4 16:7 44:15
perhaps [2] 14:22 27:25
period [1] 9:2
persons [1] 46:3
pertain [2] 8:25 12:1
Petroleum [2] 5:14 8:1
ph [1] 29:5
phone [12] 14:22 15:12 22:23 23:8 34:7
phrase [2] 55:15 56:10
pick [4] 20:8,10,13,14
pilots [1] 29:4
pitfalls [1] 34:9
place [2] 13:13 15:25
play [3] 23:22 44:23,24
plumbing [3] 4:11,25 5:2
plus [1] 17:17

PNWC [1] 52:3
point [6] 11:16,17 13:14 17:2 22:14 50:3
pointing [1] 39:15
policy [12] 11:19,22 12:8 12:12 13:4,14,18 30:5,10 30:22,22 41:19
portion [1] 4:9
pose [1] 29:18
posed [3] 12:25 14:18 15:2 26:19 32:10
poses [1] 14:19
position [45] 5:18 8:3 11:22 13:24 14:11 16:17 17:7 24:15,19 25:1 29:14 29:25 30:8,10 35:14 36:4 36:8,13 37:5,8,18,25 40:4 41:20 42:11,17,18,24 43:6 43:15 44:3,10,11,16 47:1 48:12,21 49:2 50:12 52:21 53:15 54:19,21 57:9,15
positions [1] 37:24
positive [2] 20:17 41:17
possible [3] 23:14 37:21 53:4
Possibly [1] 56:18
posture [1] 42:2
practice [9] 12:22 16:19 16:23 25:10,19 46:7,18 56:3,6
practices [3] 11:23 13:7 48:17
preceded [1] 30:21
precedes [1] 29:6
preface [1] 46:3
present [4] 39:10,11 51:25 52:3
presentation [1] 51:5
presentations [1] 51:3
presented [2] 37:9 57:19
presenter [1] 51:21
presenting [1] 40:9
pretty [1] 46:23
previous [4] 6:14,16,16 42:2
previously [1] 57:4
primarily [1] 21:9 22:15
primary [2] 12:8 38:17
private [3] 12:22 13:2 57:23
privilege [1] 29:10
problem [2] 23:19 27:6 40:9 54:3 59:2
procedure [1] 13:13
procedures [1] 11:23
PROCEEDINGS [1] 59:14
process [2] 36:1 39:19
produce [1] 55:6
professional [2] 18:19 29:4
professional-level [1]

4:11
proffered [1] 49:4
programs [3] 20:16 51:15,23
project [1] 28:14
promises [1] 40:11
prove [1] 57:21
proven [1] 40:15
provide [13] 9:17 11:22 12:9 15:5 36:3,7 43:18 48:7 50:22,25 51:9,12 55:5
provided [3] 51:2,9,16
provider [1] 57:23
providing [2] 4:13 57:24
proving [1] 38:22
provisions [2] 17:23 45:2
prudent [12] 40:3 43:5,7 43:12,25 44:1,5,9,13 46:5 54:16,18
public [13] 8:21 9:17 11:11,12 12:7 20:24 28:13 29:13 30:16 40:25 41:8,8 57:24
purely [1] 50:3
purpose [1] 12:8
pursue [9] 16:24 40:17 56:10,16,19,20 57:2,5,15
pursued [1] 56:16
push [1] 47:14
pushed [1] 47:17
put [6] 10:22 15:11 19:7 25:25 35:24 51:6
putting [1] 15:14

-Q-
qualified [2] 31:17 32:9
queried [1] 54:15
question's [1] 54:25
questioning [1] 54:18
questions [28] 14:19 15:3,4 22:18 32:10 33:10 34:8 35:11,20 47:8,24 48:21,23 53:4,14 55:13 58:4,19
quick [1] 18:8
quite [1] 52:1
quoted [1] 25:18

-R-
R [1] 3:1
Rand [2] 3:4,8
Randy [1] 35:25
range [1] 20:22
rarely [1] 13:15
rather [2] 19:15 31:6
reach [2] 16:13 56:24
read [2] 7:23 52:6
reading [1] 49:6

really [5] 14:25 34:2 36:15 48:18 49:8
reason [3] 29:23 33:24 37:25
reasonable [6] 21:13 24:24 43:7,12 44:1,13
reasonably [1] 23:10
reasons [1] 15:17
receipt [2] 30:1 54:13
receive [2] 14:13 54:1
received [9] 6:6 28:19 28:22 29:2,24 47:20 58:6 58:10
recent [1] 46:13
recently [1] 47:21
recite [1] 20:3
recognized [2] 40:22 45:1
recollect [1] 24:16
recollection [9] 25:15 36:21 37:3,13,17 39:9,15 47:19 49:18
recollections [1] 36:23
reconstruct [1] 36:24
record [9] 3:6 8:14,18 10:2,10,20,24 11:18 33:8 33:11,12 35:6,7 36:9 45:22 59:13
records [4] 19:4 41:5,8 41:18
reduce [2] 23:25 54:9
redundant [1] 55:9
refer [3] 26:20 28:23 30:19
reference [8] 13:22 18:18 21:5 30:25 31:8,9 51:13 56:13
referenced [3] 13:12,15 19:3
referring [2] 17:9,16
regard [16] 4:2 13:11 18:23 31:19 33:3,13 34:6 38:15 41:20 44:16 46:4 46:20 48:11 53:9,13 59:1
regarded [1] 52:4
regarding [4] 29:13 31:11 44:6 46:25
regional [1] 35:17
regions [1] 53:5
regular [1] 10:13
regularly [2] 26:14 27:20
regulations [4] 31:20 43:13,18 44:2
relating [1] 37:17
relationship [2] 21:11 50:14
relative [3] 5:17 13:6 36:25
relied [2] 39:5 42:16
relies [1] 58:21
rely [1] 21:14 24:24 29:13
relying [1] 41:3,11

Case No. A03-0052 CV (RRB)    Condenscitt™    remember – times
Case 3:03-cv-00074-RRB    Document 60-3    Filed 08/11/2006    Page 3 of 4
Zuber v. APC Natchiq

remember [2] 22:6 38:15
render [2] 50:4 58:15
rendered [4] 36:12 39:4 39:7,8
rendering [1] 24:18
repartee [1] 35:20
rephrase [1] 53:21
REPORTER [5] 3:6,9 3:11,13,16 10:22
represent [6] 6:1,13 7:10 11:15 24:11 35:10
representation [1] 52:19
represented [2] 15:17 55:23
representing [1] 17:1
represents [1] 36:19
request [4] 9:14 15:21 42:8 50:6
requested [1] 14:10
requests [1] 46:11
require [1] 26:25
required [1] 39:18
requirement [2] 43:19 43:19
requires [1] 35:21
researched [2] 27:10,10
resolution [1] 56:24
resolved [1] 56:22
resource [5] 15:20 22:21 23:3 30:14 48:1
resources [1] 44:6
respond [3] 14:17 51:17 54:10
responding [1] 18:25
response [6] 5:3,8,20 33:23,25 55:13
responsibilities [3] 4:13 8:3,6
responsible [1] 21:9
result [2] 9:21 34:10
retail [2] 49:23,25
return [2] 41:18,21
review [3] 14:15 43:13 44:9
reviewed [1] 17:12
reviewing [1] 33:24
rides [1] 5:2
right [39] 3:24 5:3,11 7:1 7:21 10:16,19,23,25 11:1 12:11,16,19 14:9 17:14 20:5,20 23:6,6,10 25:8 26:5 31:14 32:22 33:20 34:22 35:15 36:5 37:19 39:21 41:15 42:5,20,25 45:4 46:22 47:2 55:9 58:24
risk [9] 15:2 55:3 58:7,11 58:22 59:2,3,4,6
risky [1] 55:12 58:8
road [1] 40:16
Robert [1] 28:12

robes [2] 38:9 41:23
roles [2] 8:3 48:15
Rotary [1] 51:18
roughly [3] 19:7 20:21 31:14
routine [2] 14:9 55:18
rule [2] 46:18 47:16
ruling [1] 13:10
rulings [2] 12:23 13:3

-S-

S [4] 3:1 12:21 31:3 38:12
safety [4] 4:5 20:9 24:16 24:19 37:18,24 56:2
sample [1] 5:16
satisfactory [1] 22:11
says [3] 5:25 15:9 19:5
scheduled [1] 51:24
Schoolkid [1] 27:17
scribble [1] 7:15
se [1] 8:13
search [1] 8:9
second [3] 7:5,16 33:8
secretaries [1] 21:8
section [3] 4:10 13:7 20:13
sections [5] 4:4,5,7 20:10 20:12
see [12] 6:24 14:24 17:4 24:2,10 25:11 31:9 34:1 40:9 49:6 54:5 55:5
seek [1] 26:11
seeking [3] 26:10 46:3 56:24
select [1] 20:9
selection [1] 20:18
seminars [1] 57:22
send [2] 35:25 54:9
sense [4] 21:5 28:5 32:2 34:24
sensible [1] 21:11
sensitized [1] 46:8
sent [4] 6:21 19:14 34:12 34:17
sentence [1] 17:16
separate [1] 5:13
serious [1] 40:21
service [4] 9:17 49:23,25 57:24
services [1] 4:13
set [6] 11:15 13:3 31:21 40:14 44:21 53:13
setting [1] 50:23
several [1] 14:19
shepherdizing [1] 41:4
short [5] 18:20 45:7,9,11 56:23
show [4] 7:10 38:23 39:20 42:23
showing [3] 21:24 22:1

38:4
side [4] 20:15,16,18 57:25
signature [1] 28:24 31:2
signatures [1] 28:25
similar [3] 18:7 45:14,18
simply [4] 15:1 38:19 39:18 40:7
single [1] 19:2
situation [2] 26:16 39:1
situations [2] 12:25 53:5
six [2] 17:2 21:8 41:2 57:10
skills [1] 52:15
Slope [2] 32:1,8
slow [1] 11:25
slowing [1] 47:13
slowly [1] 20:3
snapshot [2] 10:44 40:23
solely [1] 44:22
someone [4] 10:7 12:25 15:9 16:19 21:5 23:4 38:11 40:25 49:7 51:8
something's [1] 53:16
sometimes [4] 11:25 14:25 15:16 16:2 50:10 50:13 54:7,8
somewhat [1] 12:21
somewhere [1] 8:19
soon [2] 40:24 46:10
sorry [3] 9:7 24:20 33:19
sort [5] 10:1 11:24 16:13 49:17 51:4
sorts [1] 47:16
sound [1] 16:21
sounds [3] 16:22 36:16 55:16
source [1] 55:7
speak [2] 33:6 52:18
speaking [1] 20:21
specialist [2] 24:16,19 37:18,25 56:2
specialists [1] 55:15
specific [8] 11:14,14,15 12:3,25 36:23 37:3,13
specifically [1] 21:21
speculated [1] 18:13
speculation [2] 29:19 55:20
spell [1] 3:9
spend [2] 49:19,20
spending [1] 49:21
spent [1] 16:7
spring [1] 37:18
staff [14] 11:22 12:8,9 13:19 19:16 25:7 26:9 35:12 36:11,14 40:14 47:17 50:19 53:3
stamp [1] 6:6
stand [1] 11:2
standard [2] 49:23,25

standards [13] 3:14 4:3 4:4 6:6 18:17,20 20:9 45:3 45:7 47:12 48:7,16 52:14
start [5] 15:25 19:5 40:24
started [5] 19:7 28:9 30:24 46:10,11
starters [1] 9:2
starting [3] 44:24 47:13
state [26] 3:6 4:14,20 18:16,21 31:4 32:22,23 32:25 39:3,4 43:13,17,22 43:23 44:2 45:14 46:2 51:9,13 52:20 53:9,15 54:4,21 57:1
State's [1] 8:14
statement [3] 27:2 56:4 56:4
statements [1] 55:20
status [17] 9:24 13:9 14:25 23:12 26:6 34:4 36:4,8,13 40:20 41:11 43:14 46:4 47:23 48:12 48:23 54:15
statute [5] 25:22 27:25 38:16 46:9,14
step [1] 46:16
steps [4] 39:20,22 54:13 54:16
still [2] 31:9 41:5
stored [1] 9:22
straight [1] 5:23
stretch [1] 37:2
stringent [1] 43:18
stuff [1] 31:7
subject [4] 29:22 37:5 52:3 58:23
subjects [1] 51:4
submitted [1] 17:13
subordinates [2] 4:18 47:15
subpoena [3] 5:3,8 18:25
subsequent [2] 7:17,24
substantially [1] 42:1
substantive [1] 38:21
such [6] 11:10 14:17 21:16 23:11 29:1 54:16
sufficiently [1] 15:1
suggest [2] 21:12 26:10
summer [1] 37:19
superiors [1] 30:12
supervise [1] 4:14
supervisor [16] 5:16,18 7:6,9 8:4,6 13:10,11 17:14 18:23 19:8 21:6,7 24:15 37:5 57:13
supervisor's [2] 17:19 57:9
supervisors [1] 45:3
supervisory [3] 4:22 34:3 57:8
suppose [3] 23:14 39:23 40:6

supposed [1] 27:10
Supreme [3] 31:3,4 32:8
surprised [1] 41:17
swear [1] 21:10
sworn [3] 5:3 27:2
syntax [1] 20:5
system [1] 40:22

-T-

Tactical [1] 29:5
takes [1] 35:19
taxes [1] 51:4
telecommunication [1] 39:11
teleconference [2] 23:2 23:2
telephone [12] 36:21,25 37:4 40:8 46:12,25 47:7 47:20 48:1,3 49:13,19
telephonically [1] 15:8
term [1] 30:19
terms [6] 21:5 22:11 32:11 42:3 50:11 53:7
test [7] 16:9 17:23 45:1 45:7,11,12
tested [1] 43:3
testified [7] 3:5 31:11 31:24 32:4,6 36:23 45:17
testify [2] 32:6 37:23
testifying [1] 39:14
testimony [17] 18:14 22:6,16,17 26:23 35:11 36:2 38:1,15 39:9,10 42:22 45:25 46:14 55:18 56:8,11
tests [5] 16:2 18:19,20 45:9 49:11
thank [4] 3:16 7:17 32:13 33:17
thanks [1] 3:19
themselves [2] 19:13 20:2
thens [1] 50:2
theoretical [2] 24:12 50:3
thereabouts [1] 33:4
therefore [1] 58:23
they've [3] 21:9 39:20 51:6
thinking [3] 17:21 22:5
third [1] 11:18
thought [10] 22:10 48:18 three [10] 4:5 5:13 8:5 11:8 12:11 31:6 32:16 35:17 47:9,11
three-inch [1] 45:7
through [10] 15:18 18:9 19:1,2,4 27:24 39:18,20 39:22 46:15
times [4] 3:22 15:20 31:14 50:8

Case No. A03-0052 CV (RRB)   CondenseIt!™   title - yourself
Case 3:03-cv-00174-RRB   Document 60-3   Filed 08/11/2006   Page 4 of 4
Zuber v. APC Natchiq

**title** [4] 7:9 8:4 14:3 28:13
**titles** [2] 7:23 14:4
**titling** [1] 20:12
**today** [10] 3:18 5:4,7,9
18:24 25:17 36:19 37:1
40:10 41:6
**together** [3] 8:18 30:24
51:6
**too** [1] 53:7
**tooting** [1] 52:7
**top** [3] 6:9,18 34:16
**total** [1] 8:7
**training** [6] 47:15 50:19
50:22 51:1,2,16
**transcript** [1] 52:6
**transportation** [3]
41:19,21,25
**travel** [1] 31:25
**trial** [1] 32:18
**tricks** [1] 44:24
**true** [5] 10:16 41:15 48:12
58:10,17
**try** [7] 15:12,22 24:8 25:6
38:19 41:9 48:22
**trying** [6] 5:22 18:12
33:21 38:15 39:21 47:14
**turn** [2] 27:5 41:14
**turned** [1] 25:13
**Turning** [1] 24:13
**two** [12] 4:4 7:5,7,12,20
11:9,15 15:8 22:8 29:17
29:21 34:20
**type** [6] 11:18 21:18 27:1
31:5 45:14 49:12
**types** [5] 11:13 12:18,20
49:2 51:18

-U-

**U** [3] 12:21 31:3 38:12
**ultimately** [3] 41:14
42:18 58:12
**Um-hm** [1] 36:6
**Unalaska** [1] 32:6
**under** [4] 3:5 14:4 43:23
45:7
**understand** [8] 5:6 24:14
36:1,2 42:22,22 45:25
59:6
**understood** [2] 34:5
37:11
**unfortunately** [2] 15:15
21:8
**Union** [2] 27:15,16
**unique** [4] 19:15,16 34:3
53:5
**uniqueness** [1] 37:8
**unless** [2] 9:3 40:17
**untested** [1] 39:24
**unusual** [1] 47:9
**up** [13] 9:13 10:10 15:9
20:7,14,22,25 21:1 23:14

**27:20**
**uphill** [1] 47:17
**used** [4] 10:1 11:21 55:14
56:10
**useful** [3] 11:4 38:12
43:22
**uses** [1] 12:23
**usually** [4] 15:7 16:10
23:24 49:4

-V-

**v** [1] 29:5
**vague** [1] 53:18
**variation** [2] 27:24 49:5
**variety** [4] 15:17 20:15
37:24 46:25
**various** [7] 14:4,14 16:4
22:19 51:4,10,18
**vast** [2] 54:1 56:22
**verbal** [2] 24:9 55:4
**verbatim** [1] 37:2
**verity** [1] 27:1
**versus** [2] 56:7,14
**via** [1] 15:8
**views** [1] 47:1
**violation** [1] 22:3

-W-

**W-H-O-Ls** [1] 20:19
**W-H-P-L** [1] 11:19
**W-H-P-Ls** [1] 20:19
**wage** [40] 4:6 5:16,21 8:2
8:15 9:10,25 11:4,9,19
12:12,13,15 14:1,2 16:15
20:12 23:11 26:11 27:9
27:13 30:21 31:12,20
34:14 39:17 44:6 48:8,13
48:16 51:4,12,20,23 52:5
52:9 53:9,9 54:2 57:22
**wants** [1] 16:23
**warehouse** [1] 7:8
**warehouseman** [2]
18:23,23
**ways** [6] 15:8 22:24,24
38:5,6 40:2
**wear** [2] 38:9 41:23
**web** [4] 19:25 20:25 21:2
30:16
**week** [4] 16:7 47:7,10,11
**weight** [1] 29:15
**Western** [3] 32:5,18,21
**white** [3] 43:17 49:10
55:24
**whoever's** [1] 41:9
**WHOL** [16] 9:22,23,23
11:2 12:13 13:12,20,21
14:17 16:15 17:10 18:22
21:16 26:25 29:16 57:10
**whole** [1] 44:21
**WHOLs** [8] 13:2 14:6
19:18 20:19,21,22 21:2

**27:20**
**WHPL** [7] 12:12 13:10
13:20,20,21,22,23
**WHPLs** [4] 11:25 14:7
20:19,23
**wind** [1] 47:13
**withdraw** [2] 33:6,14
**within** [5] 10:1 16:4 20:9
20:13 52:9
**without** [8] 14:19 32:12
40:6 41:3 52:6 55:4,4
56:24
**witness** [3] 27:18 31:17
32:9
**words** [1] 27:1
**worked** [3] 34:6 57:14
57:14
**works** [1] 43:21
**workshops** [1] 26:3
**would've** [7] 9:4,5 30:5
37:7,9 47:19,20
**write** [2] 23:25 39:24
**writer** [1] 14:20
**writing** [19] 9:21 14:22
15:14 16:25 23:19,25
24:11 25:12,20,25 27:4
35:24 40:18 46:17,17 50:6
54:9,10 55:6
**writings** [1] 26:24
**written** [15] 14:17 24:6
27:8,25 36:9 39:17 42:15
53:17 54:20,24 56:7,14
58:11,16,22
**wrong** [5] 12:19 27:6
41:13 46:2 58:13
**wrote** [1] 21:19
**www.labor.state.ak.us**
[1] 20:6

-Y-

**year** [3] 9:6 24:20 31:8
**years** [11] 15:16 17:2 21:9
21:21 25:13 28:20 29:6
30:23 41:2 46:24 51:10
**yet** [1] 39:25
**Youngmun** [20] 25:3
29:18 33:9 35:4,5,9 44:20
44:22,24 45:24 53:11,13
53:18,20 54:13,25 57:18
58:3,19 59:12
**yourself** [1] 36:3