9/11/03

# ALASKA DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
## jobs

Alaska Department of Labor and Workforce Development    Employer    Job Seeker

Worker

# Labor Standards and Safety Division

WHOLRegister

PCOL Register

Back to Wage and Hour Administration

## Opinion Letters

Alaska's Wage and Hour Administration issues Wage and Hour Opinion Letters (WHOLs), which address subjects under general wage and hour law, and Public Contracts Opinion Letters (Polls), which generally address coverage questions under the state's Little Davis-Bacon Act. These opinion letters are responses to inquiries from individuals or organizations for determinations of Alaska Department of Labor policy in regard to a specific set of facts or circumstances as described to the department.

It is important to note that, although the determinations expressed were accurate at the time of the writing, due to changes in statutes, regulations, or policy, some may no longer reflect current department policy. Each opinion is based solely upon the information provided by the entity requesting the opinion. As these determinations are based on the given facts for each particular situation, they may not apply to comparable situations with slightly differing circumstances. It is advisable to contact Alaska's Wage and Hour Administration for clarification before applying these policy determinations to any other situations.

The Opinion Letters indexes are comprehensive lists in chronological order of all the Wage and Hour Opinion Letters (WHOLs) and Public Contracts Opinion Letters (PCOLs) that Alaska's Wage and Hour Office has issued through the most recent calendar quarter. This index is

updated quarterly. People interested in reviewing letters from the following lists should contact the nearest **Wage and Hour Administration Office**. There will be a copying charge of 25 cents per page for any requests that exceed 20 pages.

Labor Standards and Safety || Labor and Workforce Development
Job Seeker || Employer || Worker

WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 1 | 1/13/82 | ON-CALL AND STANDBY TIME |
| 2 | 2/16/82 | DEDUCTIONS/EXEMPTION - TEST FOR SALARIED EMPLOYEES |
| 3 | 3/2/82 | VOLUNTEER WORKERS |
| 4 | 4/4/82 | NONPROFIT HOSPITAL - DEFINITIONS |
| 5 | 7/14/82 | UNIT SUPERVISORS AS EXEMPT EMPLOYEES FROM MINIMUM WAGE AND OVERTIME |
| 6 | 7/15/82 | NONPROFIT HOSPITAL - OVERTIME |
| 7 | 7/27/82 | NONPROFIT HOSPITAL - OVERTIME |
| 8 | 8/5/82 | CHILD LABOR - STEVEDORING |
| 9 | 8/18/82 | NONPROFIT VOLUNTEERS |
| 10 | 8/18/82 | HOLIDAY PAY AND OVERTIME |
| 11 | VOIDED | --MODIFIED BY FLSA IN 1986-- |
| 12 | VOIDED | --MODIFIED BY NEW CASE LAW-- |
| 13 | VOIDED | --OVERTURNED BY FLSA IN 1986-- |
| 14 | 10/29/82 | REPORTERS IN SMALL MARKETS NOT EXEMPT FROM OVERTIME |
| 15 | 11/12/82 | WITHHOLDING PAYMENT FOR SICK LEAVE -CONTRACT PRECEDENT |
| 16 | 11/12/82 | WORK TRAINING PROGRAMS/SPECIAL ED STUDENTS |
| 17 | VOIDED | --NEW STATE LAW PASSED IN 1992-- |
| 18 | 2/24/83 | CASH REGISTER SHORTAGES |
| 19 | VOIDED | --NEW REGULATION IN 1985-- |
| 20 | 9/1/83 | PROFESSIONAL EXEMPTION FOR MARINE CARGO INSPECTORS |
| 21 | 10/27/83 | PAYMENT OF FINAL WAGES TO TEMPORARY EMPLOYEES |
| 22 | 1/13/84 | PROFESSIONAL EXEMPTION FOR WICCA STAFF WITH 11/1/84 ADDENDUM |
| 23 | 4/24/84 | CALEB BRETT FORMULA FOR COMPUTING REGULAR RATE FROM FLUXUATING WORK WEEK |
| 24 | 8/23/84 | EMPLOYMENT AGENCY INVESTIGATION |
| 25 | 8/31/84 | HORTICULTURAL/AGRICULTURAL EMPLOYEES - MINIMUM WAGE AND OVERTIME |

1

WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 26 | 12/13/84 | AGC NOT AN EMPLOYMENT AGENCY |
| 27 | 1/25/85 | PROFESSIONALLY EXEMPT STATUS FOR ALCOHOL ABUSE COUNSELORS |
| 28 | 1/10/85 | ADMINISTRATIVE EXEMPT STATUS OF "INSPECTORS" |
| 29 | 2/8/85 | PROFESSIONALLY EXEMPT STATUS OF MENTAL HEALTH AID WITH 4/29/85 ADDENDUM |
| 30 | 2/8/85 | BONUSES, TRANSPORTATION COSTS AND DEDUCTIONS |
| 31 | 5/10/85 | EXEMPT STATUS OF CORPORATE PILOTS |
| 32 | 5/21/85 | JONES ACT |
| 33 | 5/22/85 | JOINT EMPLOYERS |
| 34 | REMOVED | NOT APPLICABLE |
| 35 | 7/24/85 | ASSISTANT CONTROLLER - EXEMPT STATUS |
| 36 | 7/29/85 | RESIDENT COORDINATOR - EXEMPT STATUS WITH 8/26/85 ADDENDUM |
| 37 | 9/10/85 | ADULT DAY CARE COORDINATOR - EXEMPT STATUS |
| 38 | 9/17/85 | IREMSC ADMINISTRATIVE AND COORDINATOR PERSONNEL - EXEMPT STATUS |
| 39 | 10/16/85 | STUDENT COUNSELORS - EXEMPT STATUS |
| 40 | 10/16/85 | OJT TRAINED ENGINEERS - PROFESSIONALLY EXEMPT |
| 41 | 10/30/85 | TERMINATION PAY FOR COMMISSION SALES WITH 4/7/87 ADDENDUM ON COMMISSION SALES CONTRACTS |
| 42 | 11/1/85 | AQUACULTURE ASSOCIATIONS ARE POLITICAL SUBDIVISIONS |
| 43 | 11/20/85 | FINAL PAY SCHEDULE REGARDING EMPLOYEE RESIGNATIONS |
| 44 | 12/4/85 | TRAVEL TIME COMPENSATION |
| 45 | 12/20/85 | AS 23.10.060(16) HOSPITAL EXEMPTION CLARIFIED WITH 3/14/86 AMENDMENT |
| 46 | 12/24/85 | STATE OVERTIME REQUIREMENTS |
| 47 | REMOVED | NOT APPLICABLE |
| 48 | 1/16/86 | OVERNIGHT FERRY TRAVEL COMPENSABLE |
| 49 | 5/7/86 | --MODIFIED BY NEW CASE LAW 1993 - TEMSCO-- |
| 50 | 5/20/86 | MINING EXPLORATION SUBJECT TO WAGE AND HOUR ACT |

## WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 51 | 6/16/86 | LANDSCAPE CONTRACTOR NOT EXEMPT FROM OVERTIME (CROSS REFERENCE PCOL #86) |
| 52 | VOIDED | --NEW REGULATION - 8 AAC 15.910(C)-- |
| 53 | 9/3/86 | AIR TAXI PILOT EXEMPTION |
| 54 | REMOVED | NOT APPLICABLE |
| 55 | 9/19/86 | RETURN TRANSPORTATION (AMENDED BY VAIL V. COFFMAN) |
| 56 | REMOVED | --PROGRAM TRANSFERRED TO REVENUE-- |
| 57 | 12/1/86 | FLEXIBLE WORK HOUR PLAN |
| 58 | REMOVED | NOT APPLICABLE |
| 59 | 1/20/87 | NUGEN'S RANCH POSITIONS - EXEMPT STATUS |
| 60 | 1/26/87 | OUTSIDE SALES PEOPLE - EXEMPT STATUS WITH 2/4/87 AMENDMENT |
| 61 | 1/29/87 | PROFESSIONAL EXEMPTION - FACTORS USED IN DETERMINING |
| 62 | 2/9/87 | ON-CALL AND STANDBY TIME (OVERTIME) |
| 63 | 3/5/87 | SAMPLE OVERTIME CALCULATIONS |
| 64 | 4/1/87 | SCHLUMBERGER'S ALASKA BONUS PLAN |
| 65 | 3/31/87 | COUNSELORS - PROFESSIONAL EXEMPTIONS |
| 66 | 4/29/87 | FLEXIBLE WORK HOUR PLAN MISSING FROM UNION AGREEMENT |
| 67 | 6/19/87 | EFFECT OF INVENTORY ON EXEMPT EMPLOYEE'S STATUS |
| 68 | 7/24/87 | CAR SALESPERSONS PAID ON STRAIGHT COMMISSION |
| 69 | 7/24/87 | SOLE CHARGE EXCEPTION UNDER FLSA NOT ADOPTED |
| 70 | 8/4/87 | COMPENSABLE HOURS ON 24 HOUR DUTY ASSIGNMENT |
| 71 | 10/6/87 | MONTHLY BONUS PLAN BASED ON UNIT HOURS |
| 72 | 9/22/87 | STRAIGHT COMMISSION EXEMPTION FORM O.T. |
| 73 | 11/25/87 | VOCATIONAL REHAB COUNSELOR - PROFESSIONAL EXEMPTION |
| 74 | 12/14/87 | REGULAR EMPLOYEES CANNOT ALSO BE CASUAL EMPLOYEES |
| 75 | 3/18/88 | DUTY OF 24 HOURS OR MORE |
| 76 | 4/14/88 | FISH CATCHER/PROCESSOR EMPLOYEES COVERED BY WAGE AND HOUR ACT |
| 77 | 4/15/88 | TRAVEL TIME ON SPECIAL ASSIGNMENT |

WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 78 | VOIDED | --WHPL 113 AS AMENDED-- |
| 79 | 4/22/88 | SHELTER VOLUNTEER SERVICES |
| 80 | 9/8/88 | STORE MANAGERS DO NOT QUALIFY FOR COMMISSION SALES EXEMPTION |
| 81 | 2/28/89 | TRAVEL PAY |
| 82 | 6/6/89 | EMPLOYMENT AGREEMENT AND LODGING COMPENSATION |
| 83 | 5/11/89 | MANAGER FILLING IN FOR WORKERS LOSES OVERTIME EXEMPTION |
| 84 | 5/11/89 | TEACHING PARENTS - PROFESSIONAL EXEMPTION |
| 85 | REMOVED | NOT APPLICABLE |
| 86 | 11/15/89 | EFFECT OF DAY RATE ON OVERTIME EXEMPTIONS WITH 12/19/89 AMENDMENT |
| 87 | 12/7/89 | LIVE-IN HOUSE PARENTS AND COUNSELORS - EXEMPT STATUS |
| 88 | 12/11/89 | EXEMPTING GOVERNMENT CONTRACTORS REQUIRED TO HAVE SECRET OR TOP SECRET SECURITY CLEARANCES FROM AS 23.10.037 (POLYGRAPH) |
| 89 | 1/23/90 | NEWSPAPERS EXEMPT FROM CHILD LABOR 8 AAC 15.910(10) |
| 90 | 3/21/90 | ADMINISTRATIVE AND EXECUTIVE EXEMPTIONS |
| 91 | 3/21/90 | FLEXIBLE WORK HOUR PLAN IS COLLECTIVE BARGAINING AGREEMENT |
| 92 | VOIDED | --FISH PROGRAM TRANSFERRED TO REVENUE-- |
| 93 | 5/30/90 | WAGE AND HOUR ACT APPLICABILITY ON FEDERAL CONTRACTS |
| 94 | VOIDED | --FISH PROGRAM TRANSFERRED TO REVENUE-- |
| 95 | 2/12/91 | RESPIRATORY THERAPISTS NOT PROFESSIONALS |
| 96 | 5/20/91 | ON-SITE STUDENT TRAINING EXEMPT |
| 97 | 8/21/91 | YOUTH ADVISORS/HOUSEPARENTS - EXEMPT STATUS |
| 98 | 10/3/91 | ALASKA BROADCASTING SALES CONTRACT |
| 99 | 11/18/92 | REPORTERS - PROFESSIONAL EXEMPTION |
| 100 | 3/4/93 | TRAVEL TIME |
| 101 | 7/27/93 | COMPENSABILITY OF TIME SPENT BY EMPLOYEES IN TRAINING/EMPLOYER'S RESPONSIBILITY TO PAY |
| 102 | 8/23/93 | ANCHORAGE CHRYSLER DODGE CENTER - ADMINISTRATIVE EXEMPTION OF SERVICE ADVISORS |

## WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 103 | 10/6/93 | ANCHORAGE CHRYSLER DODGE CENTER – SUPERVISORY EXEMPTION OF SERVICE ADVISORS |
| 104 | 10/5/94 | FPE ROEN ENGINEERS – STATE'S POSTURE ON FEDERAL POSITION RE WHETHER PAYMENT OF OVERTIME WILL DEFEAT AN OTHERWISE VALID EXEMPTION |
| 105 | 11/9/94 | EXEMPT STATUS OF CORONARY CARE UNIT TECHNICIANS |
| 106 | 1/24/95 | EXEMPT STATUS OF HELICOPTER PILOTS |
| 107 | 1/25/95 | COMPENSATION OF SCHOOL BUS DRIVERS FOR ON-CALL TIME WHEN NOT DRIVING BUS |
| 108 | 5/4/95 | EXEMPTION FROM OVERTIME – COMPUTER SYSTEMS ANALYSTS, PROGRAMMERS, SOFTWARE ENGINEERS & OTHER SIMILARLY SKILLED WORKERS IN COMPUTER SOFTWARE FIELD (ISSUED IN CONJUNCTION WITH WHPL #166) |
| 108 AMENDED | 4/14/98 | EXEMPTION FROM OVERTIME – COMPUTER SYSTEMS PROGRAMMERS, ETC. |
| 109 | 7/11/95 | PROFESSIONAL EXEMPTION FOR NURSE PRACTITIONERS, PHYSICIANS ASSISTANT, CERTIFIED NURSE-MIDWIFE |
| 110 | 4/30/96 | DEFINITION OF "PERSONNEL FILE" AS TERM IS USED IN AS 23.10.430 |
| 110 ADDENDUM | 5/6/96 | DEFINITION OF "PERSONNEL FILE" SUPERCEDED BY 8AAC15.910(a), effective 4/29/99 |
| 111 | 5/2/96 | PAYMENT FOR TRAVEL TIME |
| 112 | 8/13/96 | DISCIPLINARY SUSPENSION WITHOUT PAY OF SALARIED EXEMPT EMPLOYEES |
| 112 AMENDED | 9/5/96 | DISCIPLINARY SUSPENSION WITHOUT PAY OF SALARIED EXEMPT EMPLOYEES (amended) |
| 113 | 8/23/96 | APPLICABILITY OF AWHA TO JOB CLASS DESIGNATED AS "SALES RESEARCH EXPERTS" |
| 114 | 9/12/96 | ADMINISTRATIVE OPINIONS ON NUMEROUS QUESTIONS CONCERNING ALASKA WAGE & HOUR LAW |
| 115 | 10/9/96 | TRAVEL TIME |
| 116 | 10/29/96 | USE OF POWER "DREMEL"-TYPE TOOLS BY 14 AND 15-YEAR-OLD MINORS |
| 117 | 12/2/96 | PAYMENT OF OVERTIME TO PUBLIC VERSUS PRIVATE SCHOOL BUS DRIVERS |
| 118 | 4/2/97 | EXEMPTION OF PHYSICIANS, TEACHERS, LAWYERS AND DENTISTS FROM SALARY/FEE TEST BASIS OF THE PROFESSIONAL EXEMPTION |

## WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 119 | 4/7/97 | TRAINING PRACTICES OF GATEKEY SCHOOL, A MASSAGE THERAPY TRAINING SCHOOL/PROFESSIONAL CENTER |
| 120 | 4/25/97 | CLARIFICATION OF THE OVERTIME REQUIREMENTS OF THE ALASKA WAGE & HOUR ACT |
| 121 | 5/2/97 | EXEMPTION FROM PROVISIONS OF OVERTIME FOR CAREGIVERS IN DOMESTIC SERVICE |
| 122 | 6/26/97 | DECISION ON EXEMPTION FROM OVERTIME - MATERIALS SUPERVISORS |
| 123 | 8/15/97 | APPLICATION OF STATE WAGE & HOUR LAWS TO MEMBER-OWNED CO-OPERATIVE HEALTH FOOD MARKET |
| 124 | 10/15/97 | MEETINGS AND TRAINING COMPENSATION |
| 125 | 12/18/97 | PAYMENT OF ADDITIONAL COMPENSATION ALONE NOT CAUSE FOR LOSS OF EMPLOYEES' EXEMPT STATUS |
| 126 | 3/17/98 | POLICY CLARIFICATION: MINORS EMPLOYED ON BOATS FOR PURPOSE OF FISHING VS. MINORS EMPLOYED ON BOATS AND PARTICIPATING IN SPILL-RESPONSE ACTIVITIES |
| 127 | 4/7/98 | CLARIFICATION OF AS 23.10.060, PAYMENT FOR OVERTIME - OBLIGATION TO PAY OVERTIME REARDLESS OF WHETHER RATE OF COMPENSATION PAID FOR FIRST 40 HRS. WORKED WAS STRAIGHT-TIME OR OVERTIME? |
| 128 | 4/30/98 | PAY PRACTICES: WAIT STAFF PAID HOURLY BASE PAY AND "HOUSE FEE." |
| 129 | 6/9/98 | APPLICABILITY OF MINIMUM WAGE/OVERTIME EXEMPTIONS TO VARIOUS ACTIVITIES OF PRIVATE NON-PROFIT HATCHERIES. |
| 130 | 7/9/98 | NON-EXEMPT STATUS OF DENTAL HYGIENISTS |
| 130 ADDENDUM | 7/29/98 | CLARIFICATION OF NON-EXEMPT STATUS OF DENTAL HYGIENISTS |
| 131 | 8/20/98 | DEDUCTIONS PURSUANT TO A COLLECTIVE BARGAINING AGREEMENT SATISFY 8 AAC 15.160(B) |
| 132 | 9/21/98 | MINORS UNDER 18 EMPLOYED IN THE ELECTRICIAN TRADE, EFFECTS ON CF REQUIREMENTS AND TRAINING PROGRAMS |
| 133 | 10/12/98 | INTERPRETATION OF 8 AAC 15.160, SPECIFICALLY, DEDUCTIONS FOR ROOM AND BOARD WHERE NO OTHER LODGINGS ARE ACCESSIBLE |
| 134 | 12/02/98 | TRAMWAY AS RETAIL OR SERVICE ESTABLISHMENT |
| 135 | 12/15/98 | OVERTIME ELIGIBILITY FOR COOKS AND FISH TECHNICIANS |
| 136 | 01/29/99 | PAYMENT FOR TRAVEL TIME TO EMPLOYEES WHO WORK VARYING DAY AND NIGHT SHIFTS WITHIN THE SAME WORKWEEK |

WAGE AND HOUR OPINION LETTER (WHOL) REGISTER

| NUMBER | DATE | SUBJECT MATTER |
|---|---|---|
| 137 | 03/8/99 | OVERTIME EXEMPTION DEALING WITH THE PREPARATION OF AGRICULTURAL PRODUCTS FOR MARKET |
| 138 | 08/11/99 | DEPARTMENT'S DETERMINATION AS TO WHETHER PARALEGAL EMPLOYEES QUALIFY AS EXEMPT EMPLOYEES |
| 139 | 11/1/99 | DEFINITION OF "PERSONNEL FILE AND OTHER PERSONNEL INFORMATION" |
| 140 | 01/27/00 | EXEMPT STATUS OF BREWMASTER |
| 141 | 05/08/00 | EMS PARAMEDIC EXEMPTIONS |
| 142 | 12/06/00 | TRAVEL TIME |
| 143 | 01/17/01 | COMPENSABILITY OF ON-CALL TIME |
| 144 | 08/02/01 | PAYROLL CARD PROGRAM |
| 145 | 08/29/01 | CORRECT WAGE CALCULATION |
| 146 | 01/08/02 | HOSPITAL EXEMPTION FROM OVERTIME FOR PATIENT SERVICES ASSISTANTS AND RESPIRATORY THERAPISTS |
| 147 | 01/15/02 | PAYMENT OF ADDITIONAL WAGES TO SALARIED EXEMPT EMPLOYEES |
| 148 | 02/25/02 | EXEMPT STATUS OF SECURITY OFFICER POSITIONS |
| 149 | 4/15/02 | NO EMPLOYER/EMPLOYEE RELATIONSHIP IN JOB SHADOWING PROGRAM (EXPOSURE TO BLOODBORNE PATHOGENS |
| 150 | 5/31/02 | COMPENSABILITY OF TRAVEL TIME |
| 151 | 6/11/02 | USE OF SHARPENED TOOLS |
| 152 | 6/28/02 | PROFESSIONAL STATUS OF AIRLINE DISPATCHERS |
| 153 | 7/3/02 | PROFESSIONAL STATUS OF LEGAL ADVOCATE, VILLAGE OUTREACH/VOLUNTEER COORDINATOR, CHILDREN'S SERVICES COORDINATOR AND SHELTER OPERATIONS MANAGER |
| 154 | 7/3/02 | PROFESSIONAL STATUS OF FAMILY SUPPORT STAFF |
| 155 | 9/26/02 | EXEMPT STATUS OF ASSISTANT CONTROLLER |
| 156 | 11/5/02 | EXEMPT STATUS OF FLIGHT PARAMEDIC, FLIGHT NURSE, CLINICAL NURSE COORDINATOR |
| 157 | 11/13/02 | PROFESSIONAL EXEMPTION FOR PHYSICAL THERAPIST |
| 158 | 12/13/02 | STUDENT-LEARNER EXEMPTION |