Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
(907) 452-4377 telephone
(907) 451-7802 fax

### IN THE U.S. DISTRICT COURT OF ALASKA

### AT ANCHORAGE

| | |
|---|---|
| RONALD E. ZUBER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A03-0052CV (RRB) |

### PLAINTIFF RONALD E. ZUBER'S AFFIDAVIT IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT ON THE ISSUES OF WILLFULNESS AND GOOD FAITH

Plaintiff Ronald E. Zuber, being first duly sworn, deposes and states as follows:

1.    I am the Plaintiff in the above-captioned matter and make this affidavit in support of Plaintiff's Motion for Summary Judgment on Good Faith and Opposition to Motion for Tolling of Statute of Limitations.

2.    Calculations in this matter arguably show damages in excess of $100,000 for a period of one and one half years.

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
AIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

1

3.    To the best of my knowledge Defendant APC often times employed in the

range of 10 safety specialist at any one point, and if all of them were to file

claims it could have a value in excess of one million dollars.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated:_____                _____
                                  Ronald E. Zuber

SUBSCRIBED AND SWORN to before me this _____ day of September, 2003.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF WASHINGTON
MY COMMISSION EXPIRES:_____

Oris    File +
        Stamped
        9/26/03

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
AIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

2