IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
| Defendant. | ) Case No.: 3:03-CV-00174-RRB |
| | ) |

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OPPOSITION/REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR STATE RATE CALCULATION ON AWHA AND CONTRACT CLAIMS AND OPPOSITION TO DEFENDANT'S FEDERAL RATE MOTION

THIS MATTER having come before the court on Defendant's Motion to extend the deadline to file its opposition/reply to Plaintiff's Motion for Summary Judgment for State Rate Calculation on AWHA and Contract Claims and Opposition to Defendant's Federal Rate Motion, and the court having considered the unopposed request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's Opposition/Reply shall be due on or before **September 1, 2006.**

DATED: 8/14/06

/s/
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574