UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


GILBERT   v.   APC NATCHIQ

DATE:   August 14, 2006        CASE NO.   3:03-CV-0174-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING USE OF DOCKET NUMBERS**

---

    Due to the number of motions filed in this matter, when a party is filing an opposition, reply, supplemental filing, extension of time, etc., besides referring to the opposing party's filing by an abbreviated title, the DOCKET number of the filing shall also be referenced.

M.O. RE USE OF DOCKET NUMBERS