IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,                  )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
APC NATCHIQ, INC.,             )
                               )
            Defendant.         ) Case No.: 3:03-CV-00174-RRB
_____)
```

**STIPULATION RE: MOTION BRIEFING**

    Plaintiff, John Gilbert, and defendant, APC Natchiq, Inc., by and through their respective counsel of record hereby file this stipulation regarding the briefing schedule of motions filed with this court. Within the last two weeks the parties filed several motions and cross motions in this case. In the interest of clarifying the briefing schedule with regard to these motions, the parties stipulate and agree as follows:

    1.   Defendant's Opposition to Plaintiff's "Motion for Order for 90-Day Penalty" filed at docket #44 is due <u>August 25, 2006</u>.

    2.   Defendant's Opposition to Plaintiff's "Motion for Establishing Hours Worked" filed at docket #35 is due <u>August 28, 2006</u>.

    3.   Defendant's Opposition to Plaintiff's "Amended Motion for Partial Summary Judgment on the Issues of Good Faith and Willfulness" filed at docket #52 (previously filed at docket #46) is due <u>September 8, 2006</u>.

    4.   Defendant's Opposition/Reply to Plaintiff's Motion "For an Order Regarding the Law of the Case on His Breach of Contract

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

Action for Overtime and Partial Opposition to Defendant's Motion for Partial Summary Judgment Establishing the Statute of Limitations" filed at docket #47 (previously filed at docket #45) is due September 15, 2006.

     5.   Defendant's Opposition to Plaintiff's "Motion for Partial Summary Judgment on the Issue of Exemption" filed at docket #42 is due September 21, 2006. Plaintiff's Opposition to Defendant's "Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims Under the Administrative Exemption" filed at docket #38 is due October 1, 2006.

     6.   Plaintiff's Opposition to Defendant's "Motion for Summary Judgment to Dismiss Liquidated Damages" filed at docket #39 is due September 18, 2006.

     7.   Plaintiff's Opposition to Defendant's "Motion in Limine to Preclude the Testimony of Plaintiff's Expert" filed at docket #40 is due September 28, 2006.

```
                              DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                              Attorneys for APC Natchiq, Inc.


Dated:  8/17/2006       By:      /s/ Patricia L. Zobel
                              Patricia L. Zobel
                              Bar No. 7906067
                              E-Mail: pzobel@dmgz.com
                              Danielle M. Ryman
                              Bar No. 9911071
                              E-Mail: dryman@dmgz.com
                              943 West 6th Avenue
                              Anchorage, Alaska 99501
                              Telephone: (907) 279-9574
                              Facsimile: (907) 276-4231
```

DELISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104624v3 – Stipulation Re: Motion Briefing
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 3

                                        LAW OFFICE OF KENNETH COVELL
                                        Attorneys for John Gilbert

Dated: 8/17/2006        By:   /s/ Kenneth L. Covell
                                        Kenneth L. Covell
                                        Bar No. 8611103

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 17th day of August, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

     /s/ Juliana Wood
By:_____
     Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104624v3 – Stipulation Re: Motion Briefing
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 3 of 3