UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>GILBERT</u>   v.   <u>APC NATCHIQ</u>

DATE:   <u>August 18, 2006</u>       CASE NO.   <u>3:03-CV-0174-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE BRIEFING SCHEDULE**

---

The parties' Stipulation Re Motion Briefing (Docket 65) is adopted. The following are the pending motions in sequential order with current response deadlines.

**DOCKET 27**: APC's reply due **9/1/2006**.

**DOCKET 30**: APC's reply due **9/15/2006.**

**DOCKET 34**: Gilbert's response in opposition due **9/18/2006.**

**DOCKET 35:** APC's response in opposition due **8/28/2006.**

**DOCKET 36:** Gilbert's response in opposition due **9/28/2006.**

**DOCKET 38:** Gilbert's response in opposition due **10/2/2006.**

**DOCKET 42:** APC's response in opposition due **9/21/2006.**

**DOCKET 44:** APC's response in opposition due **8/25/2006.**

**DOCKET 47:** APC's response in opposition due **9/15/2006.**

**DOCKET 50:** APC's response in opposition due **9/1/2006.**

**DOCKET 52**: APC's response in opposition due **9/8/2006.**