Gilbert OT.xls

| Daily Wage /8 Hrs | Daily Wage | APC-GILBERT 2YR AUDIT | AS 23.10.060 & 8 AAC 15.100 | | OT Hours | OT Wages |
|---|---|---|---|---|---|---|
| | | Hourly Wage | OT Rate | | | |
| 6/20/01 | $425.00 | $53.13 | $79.69 | 6/20/01-1/2/02 | 554.25 | $44,166.80 |
| | | | | | | |
| 1/3/02 | $475.00 | $59.38 | $89.06 | 1/3/02 - 4/23/03 | 1124.25 | $100,128.52 |
| | | | | Total OT Hrs | 1678.5 | $144,295.31 |
| | | | | | | |
| 6/20/01-1/2/02 | $425.00 | Total to OT | | | | |
| Full Days Credit | 18 | $7,650.00 | | | | ($7,650.00) |
| 3.5 Hr Days | 0 | | | | | $0.00 |
| | | | | | | $136,645.31 |
| | | | | | | |
| 1/03/02 - 4/07/03 | $475.00 | Total to OT | | | | |
| Full Days Credit | 34 | $16,150.00 | | | | ($16,150.00) |
| 3.5 Hr Days | 11 | $2,285.94 | | | | ($2,285.94) |
| 5.25 Hr Days | 1 | $311.72 | | | | ($311.72) |
| 4.5 Hr Days | 1 | $267.19 | | | | ($267.19) |
| | | | | Adjusted OT | Owed | $117,630.47 |

| Day | Date | Hrs Worked | S.T. | O.T. | | |
|---|---|---|---|---|---|---|
| MON | 6/18/01 | 12.5 | 8 | 4.5 | These 9 hrs | in 3rd Yr Audit |
| TUE | 6/19/01 | 12.5 | 8 | 4.5 | | |
| WED | 6/20/01 | 13 | 8 | 5 | | |
| THU | 6/21/01 | 12.5 | 8 | 4.5 | | |
| FRI | 6/22/01 | 13 | 8 | 5 | | |
| SAT | 6/23/01 | 13 | 0 | 13 | | |
| SUN | 6/24/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 88 | 40 | 48 | 40 | 48 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 6/25/01 | 12.5 | 8 | 4.5 | | |
| TUE | 6/26/01 | 12.5 | 8 | 4.5 | | |
| WED | 6/27/01 | 8 | 8 | 0 | | |
| THU | 6/28/01 | 0 | 0 | 0 | | |
| FRI | 6/29/01 | 0 | 0 | 0 | | |
| SAT | 6/30/01 | 0 | 0 | 0 | | |
| SUN | 7/1/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 33 | 24 | 9 | 24 | 9 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 7/2/01 | 0 | 0 | 0 | | |
| TUE | 7/3/01 | 0 | 0 | 0 | | |
| WED | 7/4/01 | 0 | 0 | 0 | | |
| THU | 7/5/01 | 0 | 0 | 0 | | |
| FRI | 7/6/01 | 0 | 0 | 0 | | |
| SAT | 7/7/01 | 0 | 0 | 0 | | |
| SUN | 7/8/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

0013

*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 7/9/01 | 0 | 0 | 0 | | |
| TUE | 7/10/01 | 0 | 0 | 0 | | |
| WED | 7/11/01 | 0 | 0 | 0 | | |
| THU | 7/12/01 | 0 | 0 | 0 | | |
| FRI | 7/13/01 | 0 | 0 | 0 | | |
| SAT | 7/14/01 | 0 | 0 | 0 | | |
| SUN | 7/15/01 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | *0* | *0* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/16/01 | 0 | 0 | 0 | | |
| TUE | 7/17/01 | 0 | 0 | 0 | | |
| WED | 7/18/01 | 7 | 7 | 0 | | |
| THU | 7/19/01 | 11.5 | 8 | 3.5 | | |
| FRI | 7/20/01 | 11.5 | 8 | 3.5 | | |
| SAT | 7/21/01 | 12 | 8 | 4 | | |
| SUN | 7/22/01 | 16 | 8 | 8 | | |
| *Wkly Ttls* | | 58 | 39 | 19 | *39* | *19* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/23/01 | 12 | 8 | 4 | | |
| TUE | 7/24/01 | 12 | 8 | 4 | | |
| WED | 7/25/01 | 11.5 | 8 | 3.5 | | |
| THU | 7/26/01 | 12.5 | 8 | 4.5 | | |
| FRI | 7/27/01 | 12.5 | 8 | 4.5 | | |
| SAT | 7/28/01 | 13 | 0 | 13 | | |
| SUN | 7/29/01 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 85 | 40 | 45 | *40* | *45* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/30/01 | 12.5 | 8 | 4.5 | | |
| TUE | 7/31/01 | 12 | 8 | 4 | | |
| WED | 8/1/01 | 12 | 8 | 4 | | |
| THU | 8/2/01 | 12 | 8 | 4 | | |
| FRI | 8/3/01 | 11.5 | 8 | 3.5 | | |
| SAT | 8/4/01 | 12 | 0 | 12 | | |
| SUN | 8/5/01 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 83.5 | 40 | 43.5 | *40* | *43.5* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 8/6/01 | 11.5 | 8 | 3.5 | | |
| TUE | 8/7/01 | 12 | 8 | 4 | | |
| WED | 8/8/01 | 8 | 8 | 0 | | |
| THU | 8/9/01 | 0 | 0 | 0 | | |
| FRI | 8/10/01 | 0 | 0 | 0 | | |
| SAT | 8/11/01 | 0 | 0 | 0 | | |
| SUN | 8/12/01 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 31.5 | 24 | 7.5 | *24* | *7.5* |

0014

Attachment 2 to Affidavit
Page 13 of 31

*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 8/13/01 | 0 | 0 | 0 | | |
| TUE | 8/14/01 | 0 | 0 | 0 | | |
| WED | 8/15/01 | 0 | 0 | 0 | | |
| THU | 8/16/01 | 0 | 0 | 0 | | |
| FRI | 8/17/01 | 0 | 0 | 0 | | |
| SAT | 8/18/01 | 0 | 0 | 0 | | |
| SUN | 8/19/01 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | *0* | *0* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 8/20/01 | 0 | 0 | 0 | | |
| TUE | 8/21/01 | 0 | 0 | 0 | | |
| WED | 8/22/01 | 0 | 0 | 0 | | |
| THU | 8/23/01 | 0 | 0 | 0 | | |
| FRI | 8/24/01 | 0 | 0 | 0 | | |
| SAT | 8/25/01 | 0 | 0 | 0 | | |
| SUN | 8/26/01 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | *0* | *0* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 8/27/01 | 0 | 0 | 0 | | |
| TUE | 8/28/01 | 0 | 0 | 0 | | |
| WED | 8/29/01 | 7 | 7 | 0 | | |
| THU | 8/30/01 | 13 | 8 | 5 | | |
| FRI | 8/31/01 | 12.5 | 8 | 4.5 | | |
| SAT | 9/1/01 | 12.5 | 8 | 4.5 | | |
| SUN | 9/2/01 | 11.5 | 8 | 3.5 | | |
| *Wkly Ttls* | | 56.5 | 39 | 17.5 | *39* | *17.5* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 9/3/01 | 13 | 8 | 5 | | |
| TUE | 9/4/01 | 13.5 | 8 | 5.5 | | |
| WED | 9/5/01 | 13 | 8 | 5 | | |
| THU | 9/6/01 | 12.5 | 8 | 4.5 | | |
| FRI | 9/7/01 | 13 | 8 | 5 | | |
| SAT | 9/8/01 | 12 | 0 | 12 | | |
| SUN | 9/9/01 | 12.5 | 0 | 12.5 | | |
| *Wkly Ttls* | | 89.5 | 40 | 49.5 | *40* | *49.5* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 9/10/01 | 12.5 | 8 | 4.5 | | |
| TUE | 9/11/01 | 12.5 | 8 | 4.5 | | |
| WED | 9/12/01 | 13 | 8 | 5 | | |
| THU | 9/13/01 | 14 | 8 | 6 | | |
| FRI | 9/14/01 | 13 | 8 | 5 | | |
| SAT | 9/15/01 | 15.5 | 0 | 15.5 | | |
| SUN | 9/16/01 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 92 | 40 | 52 | *40* | *52* |

0015

Attachment 2 to Affidavit
Page 14 of 31

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|-----------|------|------|----------|----------|
| MON | 9/17/01 | 13.5 | 8 | 5.5 | | |
| TUE | 9/18/01 | 13.5 | 8 | 5.5 | | |
| WED | 9/19/01 | 8.5 | 8 | 0.5 | | |
| THU | 9/20/01 | 0 | 0 | 0 | | |
| FRI | 9/21/01 | 0 | 0 | 0 | | |
| SAT | 9/22/01 | 0 | 0 | 0 | | |
| SUN | 9/23/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 35.5 | 24 | 11.5 | 24 | 11.5 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 9/24/01 | 0 | 0 | 0 | | |
| TUE | 9/25/01 | 0 | 0 | 0 | | |
| WED | 9/26/01 | 0 | 0 | 0 | | |
| THU | 9/27/01 | 0 | 0 | 0 | | |
| FRI | 9/28/01 | 0 | 0 | 0 | | |
| SAT | 9/29/01 | 0 | 0 | 0 | | |
| SUN | 9/30/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 10/1/01 | 0 | 0 | 0 | | |
| TUE | 10/2/01 | 0 | 0 | 0 | | |
| WED | 10/3/01 | 0 | 0 | 0 | | |
| THU | 10/4/01 | 0 | 0 | 0 | | |
| FRI | 10/5/01 | 0 | 0 | 0 | | |
| SAT | 10/6/01 | 0 | 0 | 0 | | |
| SUN | 10/7/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 10/8/01 | 0 | 0 | 0 | | |
| TUE | 10/9/01 | 0 | 0 | 0 | | |
| WED | 10/10/01 | 3 | 3 | 0 | | |
| THU | 10/11/01 | 12.5 | 8 | 4.5 | | |
| FRI | 10/12/01 | 12.5 | 8 | 4.5 | | |
| SAT | 10/13/01 | 11.5 | 8 | 3.5 | | |
| SUN | 10/14/01 | 11.5 | 8 | 3.5 | | |
| Wkly Ttls | | 51 | 35 | 16 | 35 | 16 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 10/15/01 | 13.5 | 8 | 5.5 | | |
| TUE | 10/16/01 | 12.5 | 8 | 4.5 | | |
| WED | 10/17/01 | 18 | 8 | 10 | | |
| THU | 10/18/01 | 11.5 | 8 | 3.5 | | |
| FRI | 10/19/01 | 11.5 | 8 | 3.5 | | |
| SAT | 10/20/01 | 12 | 0 | 12 | | |
| SUN | 10/21/01 | 17.5 | 0 | 17.5 | | |
| Wkly Ttls | | 96.5 | 40 | 56.5 | 40 | 56.5 |

Attachment 2 to Affidavit
Page 15 of 31

0016

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 10/22/01 | 11.5 | 8 | 3.5 | | |
| TUE | 10/23/01 | 13 | 8 | 5 | | |
| WED | 10/24/01 | 13.5 | 8 | 5.5 | | |
| THU | 10/25/01 | 16.5 | 8 | 8.5 | | |
| FRI | 10/26/01 | 11.5 | 8 | 3.5 | | |
| SAT | 10/27/01 | 13 | 0 | 13 | | |
| SUN | 10/28/01 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 90.5 | 40 | 50.5 | 40 | 50.5 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 10/29/01 | 15 | 8 | 7 | | |
| TUE | 10/30/01 | 13.75 | 8 | 5.75 | | |
| WED | 10/31/01 | 7.5 | 7.5 | 0 | | |
| THU | 11/1/01 | 0 | 0 | 0 | | |
| FRI | 11/2/01 | 0 | 0 | 0 | | |
| SAT | 11/3/01 | 0 | 0 | 0 | | |
| SUN | 11/4/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 36.25 | 23.5 | 12.75 | 23.5 | 12.75 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 11/5/01 | 0 | 0 | 0 | | |
| TUE | 11/6/01 | 0 | 0 | 0 | | |
| WED | 11/7/01 | 0 | 0 | 0 | | |
| THU | 11/8/01 | 0 | 0 | 0 | | |
| FRI | 11/9/01 | 0 | 0 | 0 | | |
| SAT | 11/10/01 | 0 | 0 | 0 | | |
| SUN | 11/11/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 11/12/01 | 0 | 0 | 0 | | |
| TUE | 11/13/01 | 0 | 0 | 0 | | |
| WED | 11/14/01 | 0 | 0 | 0 | | |
| THU | 11/15/01 | 0 | 0 | 0 | | |
| FRI | 11/16/01 | 0 | 0 | 0 | | |
| SAT | 11/17/01 | 0 | 0 | 0 | | |
| SUN | 11/18/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 11/19/01 | 0 | 0 | 0 | | |
| TUE | 11/20/01 | 0 | 0 | 0 | | |
| WED | 11/21/01 | 3.5 | 3.5 | 0 | | |
| THU | 11/22/01 | 11.5 | 8 | 3.5 | | |
| FRI | 11/23/01 | 12 | 8 | 4 | | |
| SAT | 11/24/01 | 12 | 8 | 4 | | |
| SUN | 11/25/01 | 11.5 | 8 | 3.5 | | |
| Wkly Ttls | | 50.5 | 35.5 | 15 | 35.5 | 15 |

Attachment 2 to Affidavit
Page 16 of 31

0017

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 11/26/01 | 12 | 8 | 4 | | |
| TUE | 11/27/01 | 13 | 8 | 5 | | |
| WED | 11/28/01 | 12 | 8 | 4 | | |
| THU | 11/29/01 | 16.5 | 8 | 8.5 | | |
| FRI | 11/30/01 | 11.5 | 8 | 3.5 | | |
| SAT | 12/1/01 | 11.5 | 0 | 11.5 | | |
| SUN | 12/2/01 | 16 | 0 | 16 | | |
| Wkly Ttls | | 92.5 | 40 | 52.5 | 40 | 52.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/3/01 | 11.5 | 8 | 3.5 | | |
| TUE | 12/4/01 | 16 | 8 | 8 | | |
| WED | 12/5/01 | 13 | 8 | 5 | | |
| THU | 12/6/01 | 13 | 8 | 5 | | |
| FRI | 12/7/01 | 11.5 | 8 | 3.5 | | |
| SAT | 12/8/01 | 12 | 0 | 12 | | |
| SUN | 12/9/01 | 12 | 0 | 12 | | |
| Wkly Ttls | | 89 | 40 | 49 | 40 | 49 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/10/01 | 13 | 8 | 5 | | |
| TUE | 12/11/01 | 11.5 | 8 | 3.5 | | |
| WED | 12/12/01 | 8 | 8 | 0 | | |
| THU | 12/13/01 | 0 | 0 | 0 | | |
| FRI | 12/14/01 | 0 | 0 | 0 | | |
| SAT | 12/15/01 | 0 | 0 | 0 | | |
| SUN | 12/16/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 32.5 | 24 | 8.5 | 24 | 8.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/17/01 | 0 | 0 | 0 | | |
| TUE | 12/18/01 | 0 | 0 | 0 | | |
| WED | 12/19/01 | 0 | 0 | 0 | | |
| THU | 12/20/01 | 0 | 0 | 0 | | |
| FRI | 12/21/01 | 0 | 0 | 0 | | |
| SAT | 12/22/01 | 0 | 0 | 0 | | |
| SUN | 12/23/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/24/01 | 0 | 0 | 0 | | |
| TUE | 12/25/01 | 0 | 0 | 0 | | |
| WED | 12/26/01 | 0 | 0 | 0 | | |
| THU | 12/27/01 | 0 | 0 | 0 | | |
| FRI | 12/28/01 | 0 | 0 | 0 | | |
| SAT | 12/29/01 | 0 | 0 | 0 | | |
| SUN | 12/30/01 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

Attachment 2 to Affidavit
Page 17 of 31

0018

*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|-----------|------|------|----------|----------|
| MON | 12/31/01 | 0 | 0 | 0 | | |
| TUE | 1/1/02 | 0 | 0 | 0 | | |
| WED | 1/2/02 | 0 | 0 | 0 | | |
| THU | 1/3/02 | 8.5 | 8 | 0.5 | | |
| FRI | 1/4/02 | 12 | 8 | 4 | | |
| SAT | 1/5/02 | 12.5 | 8 | 4.5 | | |
| SUN | 1/6/02 | 13 | 8 | 5 | | |
| *Wkly Ttls* | | 46 | 32 | 14 | *32* | *14* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 1/7/02 | 11.5 | 8 | 3.5 | | |
| TUE | 1/8/02 | 12 | 8 | 4 | | |
| WED | 1/9/02 | 11.5 | 8 | 3.5 | | |
| THU | 1/10/02 | 12 | 8 | 4 | | |
| FRI | 1/11/02 | 12 | 8 | 4 | | |
| SAT | 1/12/02 | 12.5 | 0 | 12.5 | | |
| SUN | 1/13/02 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 83 | 40 | 43 | *40* | *43* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 1/14/02 | 11.5 | 8 | 3.5 | | |
| TUE | 1/15/02 | 11.5 | 8 | 3.5 | | |
| WED | 1/16/02 | 12.5 | 8 | 4.5 | | |
| THU | 1/17/02 | 12.5 | 8 | 4.5 | | |
| FRI | 1/18/02 | 11.5 | 8 | 3.5 | | |
| SAT | 1/19/02 | 11.5 | 0 | 11.5 | | |
| SUN | 1/20/02 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 82.5 | 40 | 42.5 | *40* | *42.5* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 1/21/02 | 11.5 | 8 | 3.5 | | |
| TUE | 1/22/02 | 11.5 | 8 | 3.5 | | |
| WED | 1/23/02 | 8 | 8 | 0 | | |
| THU | 1/24/02 | 0 | 0 | 0 | | |
| FRI | 1/25/02 | 0 | 0 | 0 | | |
| SAT | 1/26/02 | 0 | 0 | 0 | | |
| SUN | 1/27/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 31 | 24 | 7 | *24* | *7* |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 1/28/02 | 0 | 0 | 0 | | |
| TUE | 1/29/02 | 0 | 0 | 0 | | |
| WED | 1/30/02 | 0 | 0 | 0 | | |
| THU | 1/31/02 | 0 | 0 | 0 | | |
| FRI | 2/1/02 | 0 | 0 | 0 | | |
| SAT | 2/2/02 | 0 | 0 | 0 | | |
| SUN | 2/3/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | *0* | *0* |

0019

Attachment 2 to Affidavit
Page 18 of 31

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 2/4/02 | 0 | 0 | 0 | | |
| TUE | 2/5/02 | 0 | 0 | 0 | | |
| WED | 2/6/02 | 0 | 0 | 0 | | |
| THU | 2/7/02 | 0 | 0 | 0 | | |
| FRI | 2/8/02 | 0 | 0 | 0 | | |
| SAT | 2/9/02 | 0 | 0 | 0 | | |
| SUN | 2/10/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 2/11/02 | 0 | 0 | 0 | | |
| TUE | 2/12/02 | 3.5 | 3.5 | 0 | | |
| WED | 2/13/02 | 12 | 8 | 4 | | |
| THU | 2/14/02 | 13 | 8 | 5 | | |
| FRI | 2/15/02 | 11.5 | 8 | 3.5 | | |
| SAT | 2/16/02 | 12.5 | 8 | 4.5 | | |
| SUN | 2/17/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 64 | 40 | 24 | 40 | 24 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 2/18/02 | 11.5 | 8 | 3.5 | | |
| TUE | 2/19/02 | 12.5 | 8 | 4.5 | | |
| WED | 2/20/02 | 11.5 | 8 | 3.5 | | |
| THU | 2/21/02 | 12 | 8 | 4 | | |
| FRI | 2/22/02 | 11.5 | 8 | 3.5 | | |
| SAT | 2/23/02 | 11.5 | 0 | 11.5 | | |
| SUN | 2/24/02 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 82 | 40 | 42 | 40 | 42 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 2/25/02 | 11.5 | 8 | 3.5 | | |
| TUE | 2/26/02 | 7.5 | 7.5 | 0 | | |
| WED | 2/27/02 | 0 | 0 | 0 | | |
| THU | 2/28/02 | 0 | 0 | 0 | | |
| FRI | 3/1/02 | 0 | 0 | 0 | | |
| SAT | 3/2/02 | 0 | 0 | 0 | | |
| SUN | 3/3/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 19 | 15.5 | 3.5 | 15.5 | 3.5 |
| | | | | | | |
| | | | | | | |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 3/4/02 | 0 | 0 | 0 | | |
| TUE | 3/5/02 | 0 | 0 | 0 | | |
| WED | 3/6/02 | 0 | 0 | 0 | | |
| THU | 3/7/02 | 0 | 0 | 0 | | |
| FRI | 3/8/02 | 0 | 0 | 0 | | |
| SAT | 3/9/02 | 0 | 0 | 0 | | |
| SUN | 3/10/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

0020

Attachment 2 to Affidavit
Page 19 of 31

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|------|---------|------|------|------|----------|----------|
| MON | 3/11/02 | 0 | 0 | 0 | | |
| TUE | 3/12/02 | 3.5 | 3.5 | 0 | | |
| WED | 3/13/02 | 11.5 | 8 | 3.5 | | |
| THU | 3/14/02 | 11.5 | 8 | 3.5 | | |
| FRI | 3/15/02 | 11.5 | 8 | 3.5 | | |
| SAT | 3/16/02 | 11.5 | 8 | 3.5 | | |
| SUN | 3/17/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 61 | 40 | 21 | 40 | 21 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|------|---------|------|------|------|----------|----------|
| MON | 3/18/02 | 11.5 | 8 | 3.5 | | |
| TUE | 3/19/02 | 11.5 | 8 | 3.5 | | |
| WED | 3/20/02 | 11.5 | 8 | 3.5 | | |
| THU | 3/21/02 | 11.5 | 8 | 3.5 | | |
| FRI | 3/22/02 | 11.5 | 8 | 3.5 | | |
| SAT | 3/23/02 | 11.5 | 0 | 11.5 | | |
| SUN | 3/24/02 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 80.5 | 40 | 40.5 | 40 | 40.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|------|---------|------|------|------|----------|----------|
| MON | 3/25/02 | 11.5 | 8 | 3.5 | | |
| TUE | 3/26/02 | 8 | 8 | 0 | | |
| WED | 3/27/02 | 0 | 0 | 0 | | |
| THU | 3/28/02 | 0 | 0 | 0 | | |
| FRI | 3/29/02 | 0 | 0 | 0 | | |
| SAT | 3/30/02 | 0 | 0 | 0 | | |
| SUN | 3/31/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|------|---------|------|------|------|----------|----------|
| MON | 4/1/02 | 0 | 0 | 0 | | |
| TUE | 4/2/02 | 0 | 0 | 0 | | |
| WED | 4/3/02 | 0 | 0 | 0 | | |
| THU | 4/4/02 | 0 | 0 | 0 | | |
| FRI | 4/5/02 | 0 | 0 | 0 | | |
| SAT | 4/6/02 | 0 | 0 | 0 | | |
| SUN | 4/7/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|------|---------|------|------|------|----------|----------|
| MON | 4/8/02 | 0 | 0 | 0 | | |
| TUE | 4/9/02 | 3.5 | 3.5 | 0 | | |
| WED | 4/10/02 | 11.5 | 8 | 3.5 | | |
| THU | 4/11/02 | 11.5 | 8 | 3.5 | | |
| FRI | 4/12/02 | 11.5 | 8 | 3.5 | | |
| SAT | 4/13/02 | 11.5 | 8 | 3.5 | | |
| SUN | 4/14/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 61 | 40 | 21 | 40 | 21 |

0021

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 4/15/02 | 11.5 | 8 | 3.5 | | |
| TUE | 4/16/02 | 8 | 8 | 0 | | |
| WED | 4/17/02 | 0 | 0 | 0 | | |
| THU | 4/18/02 | 0 | 0 | 0 | | |
| FRI | 4/19/02 | 0 | 0 | 0 | | |
| SAT | 4/20/02 | 0 | 0 | 0 | | |
| SUN | 4/21/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 4/22/02 | 0 | 0 | 0 | | |
| TUE | 4/23/02 | 0 | 0 | 0 | | |
| WED | 4/24/02 | 0 | 0 | 0 | | |
| THU | 4/25/02 | 0 | 0 | 0 | | |
| FRI | 4/26/02 | 0 | 0 | 0 | | |
| SAT | 4/27/02 | 0 | 0 | 0 | | |
| SUN | 4/28/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 4/29/02 | 0 | 0 | 0 | | |
| TUE | 4/30/02 | 0 | 0 | 0 | | |
| WED | 5/1/02 | 0 | 0 | 0 | | |
| THU | 5/2/02 | 0 | 0 | 0 | | |
| FRI | 5/3/02 | 0 | 0 | 0 | | |
| SAT | 5/4/02 | 0 | 0 | 0 | | |
| SUN | 5/5/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 5/6/02 | 0 | 0 | 0 | | |
| TUE | 5/7/02 | 3.5 | 3.5 | 0 | | |
| WED | 5/8/02 | 11.5 | 8 | 3.5 | | |
| THU | 5/9/02 | 11.5 | 8 | 3.5 | | |
| FRI | 5/10/02 | 11.5 | 8 | 3.5 | | |
| SAT | 5/11/02 | 12.5 | 8 | 4.5 | | |
| SUN | 5/12/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 62 | 40 | 22 | 40 | 22 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|-----|------|------------|------|------|----------|----------|
| MON | 5/13/02 | 11.5 | 8 | 3.5 | | |
| TUE | 5/14/02 | 12.5 | 8 | 4.5 | | |
| WED | 5/15/02 | 12.5 | 8 | 4.5 | | |
| THU | 5/16/02 | 12.5 | 8 | 4.5 | | |
| FRI | 5/17/02 | 11.5 | 8 | 3.5 | | |
| SAT | 5/18/02 | 12 | 0 | 12 | | |
| SUN | 5/19/02 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 84 | 40 | 44 | 40 | 44 |

Attachment 2 to Affidavit
Page 21 of 31

0022