*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 5/20/02 | 12 | 8 | 4 | | |
| TUE | 5/21/02 | 8 | 8 | 0 | | |
| WED | 5/22/02 | 0 | 0 | 0 | | |
| THU | 5/23/02 | 0 | 0 | 0 | | |
| FRI | 5/24/02 | 0 | 0 | 0 | | |
| SAT | 5/25/02 | 0 | 0 | 0 | | |
| SUN | 5/26/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 20 | 16 | 4 | 16 | 4 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 5/27/02 | 0 | 0 | 0 | | |
| TUE | 5/28/02 | 0 | 0 | 0 | | |
| WED | 5/29/02 | 0 | 0 | 0 | | |
| THU | 5/30/02 | 0 | 0 | 0 | | |
| FRI | 5/31/02 | 0 | 0 | 0 | | |
| SAT | 6/1/02 | 0 | 0 | 0 | | |
| SUN | 6/2/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 0 | 0 | 0 | 0 | 0 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 6/3/02 | 0 | 0 | 0 | | |
| TUE | 6/4/02 | 4.5 | 4.5 | 0 | | |
| WED | 6/5/02 | 12.5 | 8 | 4.5 | | |
| THU | 6/6/02 | 14 | 8 | 6 | | |
| FRI | 6/7/02 | 11.5 | 8 | 3.5 | | |
| SAT | 6/8/02 | 11.5 | 8 | 3.5 | | |
| SUN | 6/9/02 | 11.5 | 3.5 | 8 | | |
| **Wkly Ttls** | | 65.5 | 40 | 25.5 | 40 | 25.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 6/10/02 | 11.5 | 8 | 3.5 | | |
| TUE | 6/11/02 | 13.5 | 8 | 5.5 | | |
| WED | 6/12/02 | 12.5 | 8 | 4.5 | | |
| THU | 6/13/02 | 12.5 | 8 | 4.5 | | |
| FRI | 6/14/02 | 12.5 | 8 | 4.5 | | |
| SAT | 6/15/02 | 11.5 | 0 | 11.5 | | |
| SUN | 6/16/02 | 11.5 | 0 | 11.5 | | |
| **Wkly Ttls** | | 85.5 | 40 | 45.5 | 40 | 45.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 6/17/02 | 11.5 | 8 | 3.5 | | |
| TUE | 6/18/02 | 8 | 8 | 0 | | |
| WED | 6/19/02 | 0 | 0 | 0 | | |
| THU | 6/20/02 | 0 | 0 | 0 | | |
| FRI | 6/21/02 | 0 | 0 | 0 | | |
| SAT | 6/22/02 | 0 | 0 | 0 | | |
| SUN | 6/23/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 6/24/02 | 0 | 0 | 0 | | |
| TUE | 6/25/02 | 0 | 0 | 0 | | |
| WED | 6/26/02 | 0 | 0 | 0 | | |
| THU | 6/27/02 | 0 | 0 | 0 | | |
| FRI | 6/28/02 | 0 | 0 | 0 | | |
| SAT | 6/29/02 | 0 | 0 | 0 | | |
| SUN | 6/30/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/1/02 | 0 | 0 | 0 | | |
| TUE | 7/2/02 | 5.25 | 5.25 | 0 | | |
| WED | 7/3/02 | 11.5 | 8 | 3.5 | | |
| THU | 7/4/02 | 13 | 8 | 5 | | |
| FRI | 7/5/02 | 12.5 | 8 | 4.5 | | |
| SAT | 7/6/02 | 11.5 | 8 | 3.5 | | |
| SUN | 7/7/02 | 11.5 | 2.75 | 8.75 | | |
| *Wkly Ttls* | | 65.25 | 40 | 25.25 | 40 | 25.25 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/8/02 | 13 | 8 | 5 | | |
| TUE | 7/9/02 | 11.5 | 8 | 3.5 | | |
| WED | 7/10/02 | 12 | 8 | 4 | | |
| THU | 7/11/02 | 11.5 | 8 | 3.5 | | |
| FRI | 7/12/02 | 12 | 8 | 4 | | |
| SAT | 7/13/02 | 12 | 0 | 12 | | |
| SUN | 7/14/02 | 12.5 | 0 | 12.5 | | |
| *Wkly Ttls* | | 84.5 | 40 | 44.5 | 40 | 44.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/15/02 | 12.5 | 8 | 4.5 | | |
| TUE | 7/16/02 | 11.5 | 8 | 3.5 | | |
| WED | 7/17/02 | 11.5 | 8 | 3.5 | | |
| THU | 7/18/02 | 12.5 | 8 | 4.5 | | |
| FRI | 7/19/02 | 12.5 | 8 | 4.5 | | |
| SAT | 7/20/02 | 11.5 | 0 | 11.5 | | |
| SUN | 7/21/02 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 83.5 | 40 | 43.5 | 40 | 43.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 7/22/02 | 11.5 | 8 | 3.5 | | |
| TUE | 7/23/02 | 8 | 8 | 0 | | |
| WED | 7/24/02 | 0 | 0 | 0 | | |
| THU | 7/25/02 | 0 | 0 | 0 | | |
| FRI | 7/26/02 | 0 | 0 | 0 | | |
| SAT | 7/27/02 | 0 | 0 | 0 | | |
| SUN | 7/28/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 7/29/02 | 0 | 0 | 0 | | |
| TUE | 7/30/02 | 0 | 0 | 0 | | |
| WED | 7/31/02 | 0 | 0 | 0 | | |
| THU | 8/1/02 | 0 | 0 | 0 | | |
| FRI | 8/2/02 | 0 | 0 | 0 | | |
| SAT | 8/3/02 | 0 | 0 | 0 | | |
| SUN | 8/4/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 8/5/02 | 0 | 0 | 0 | | |
| TUE | 8/6/02 | 3.5 | 3.5 | 0 | | |
| WED | 8/7/02 | 13 | 8 | 5 | | |
| THU | 8/8/02 | 11.5 | 8 | 3.5 | | |
| FRI | 8/9/02 | 13.5 | 8 | 5.5 | | |
| SAT | 8/10/02 | 11.5 | 8 | 3.5 | | |
| SUN | 8/11/02 | 12.5 | 4.5 | 8 | | |
| Wkly Ttls | | 65.5 | 40 | 25.5 | 40 | 25.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 8/12/02 | 12.5 | 8 | 4.5 | | |
| TUE | 8/13/02 | 12 | 8 | 4 | | |
| WED | 8/14/02 | 12.5 | 8 | 4.5 | | |
| THU | 8/15/02 | 11.5 | 8 | 3.5 | | |
| FRI | 8/16/02 | 11.5 | 8 | 3.5 | | |
| SAT | 8/17/02 | 11.5 | 0 | 11.5 | | |
| SUN | 8/18/02 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 83 | 40 | 43 | 40 | 43 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 8/19/02 | 11.5 | 8 | 3.5 | | |
| TUE | 8/20/02 | 8 | 8 | 0 | | |
| WED | 8/21/02 | 0 | 0 | 0 | | |
| THU | 8/22/02 | 0 | 0 | 0 | | |
| FRI | 8/23/02 | 0 | 0 | 0 | | |
| SAT | 8/24/02 | 0 | 0 | 0 | | |
| SUN | 8/25/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 8/26/02 | 0 | 0 | 0 | | |
| TUE | 8/27/02 | 0 | 0 | 0 | | |
| WED | 8/28/02 | 0 | 0 | 0 | | |
| THU | 8/29/02 | 0 | 0 | 0 | | |
| FRI | 8/30/02 | 0 | 0 | 0 | | |
| SAT | 8/31/02 | 0 | 0 | 0 | | |
| SUN | 9/1/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 9/2/02 | 0 | 0 | 0 | | |
| TUE | 9/3/02 | 3.5 | 3.5 | 0 | | |
| WED | 9/4/02 | 13.5 | 8 | 5.5 | | |
| THU | 9/5/02 | 11.5 | 8 | 3.5 | | |
| FRI | 9/6/02 | 11.5 | 8 | 3.5 | | |
| SAT | 9/7/02 | 11.5 | 8 | 3.5 | | |
| SUN | 9/8/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 63 | 40 | 23 | 40 | 23 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 9/9/02 | 11.5 | 8 | 3.5 | | |
| TUE | 9/10/02 | 11.5 | 8 | 3.5 | | |
| WED | 9/11/02 | 12 | 8 | 4 | | |
| THU | 9/12/02 | 12 | 8 | 4 | | |
| FRI | 9/13/02 | 12 | 8 | 4 | | |
| SAT | 9/14/02 | 11.5 | 0 | 11.5 | | |
| SUN | 9/15/02 | 11.5 | 0 | 11.5 | | |
| Wkly Ttls | | 82 | 40 | 42 | 40 | 42 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 9/16/02 | 12.5 | 8 | 4.5 | | |
| TUE | 9/17/02 | 8 | 8 | 0 | | |
| WED | 9/18/02 | 0 | 0 | 0 | | |
| THU | 9/19/02 | 0 | 0 | 0 | | |
| FRI | 9/20/02 | 0 | 0 | 0 | | |
| SAT | 9/21/02 | 0 | 0 | 0 | | |
| SUN | 9/22/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 20.5 | 16 | 4.5 | 16 | 4.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 9/23/02 | 0 | 0 | 0 | | |
| TUE | 9/24/02 | 0 | 0 | 0 | | |
| WED | 9/25/02 | 0 | 0 | 0 | | |
| THU | 9/26/02 | 0 | 0 | 0 | | |
| FRI | 9/27/02 | 0 | 0 | 0 | | |
| SAT | 9/28/02 | 0 | 0 | 0 | | |
| SUN | 9/29/02 | 0 | 0 | 0 | | |
| Wkly Ttls | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 9/30/02 | 0 | 0 | 0 | | |
| TUE | 10/1/02 | 3.5 | 3.5 | 0 | | |
| WED | 10/2/02 | 12 | 8 | 4 | | |
| THU | 10/3/02 | 12.5 | 8 | 4.5 | | |
| FRI | 10/4/02 | 12.5 | 8 | 4.5 | | |
| SAT | 10/5/02 | 13.5 | 8 | 5.5 | | |
| SUN | 10/6/02 | 11.5 | 4.5 | 7 | | |
| Wkly Ttls | | 65.5 | 40 | 25.5 | 40 | 25.5 |

Attachment 2 to Affidavit
Page 25 of 31

0026

*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 10/7/02 | 13.5 | 8 | 5.5 | | |
| TUE | 10/8/02 | 12.5 | 8 | 4.5 | | |
| WED | 10/9/02 | 13.5 | 8 | 5.5 | | |
| THU | 10/10/02 | 12 | 8 | 4 | | |
| FRI | 10/11/02 | 11.5 | 8 | 3.5 | | |
| SAT | 10/12/02 | 11.5 | 0 | 11.5 | | |
| SUN | 10/13/02 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 86 | 40 | 46 | 40 | 46 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 10/14/02 | 12 | 8 | 4 | | |
| TUE | 10/15/02 | 8 | 8 | 0 | | |
| WED | 10/16/02 | 0 | 0 | 0 | | |
| THU | 10/17/02 | 0 | 0 | 0 | | |
| FRI | 10/18/02 | 0 | 0 | 0 | | |
| SAT | 10/19/02 | 0 | 0 | 0 | | |
| SUN | 10/20/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 20 | 16 | 4 | 16 | 4 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 10/21/02 | 0 | 0 | 0 | | |
| TUE | 10/22/02 | 0 | 0 | 0 | | |
| WED | 10/23/02 | 0 | 0 | 0 | | |
| THU | 10/24/02 | 0 | 0 | 0 | | |
| FRI | 10/25/02 | 0 | 0 | 0 | | |
| SAT | 10/26/02 | 0 | 0 | 0 | | |
| SUN | 10/27/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 10/28/02 | 0 | 0 | 0 | | |
| TUE | 10/29/02 | 0 | 0 | 0 | | |
| WED | 10/30/02 | 0 | 0 | 0 | | |
| THU | 10/31/02 | 0 | 0 | 0 | | |
| FRI | 11/1/02 | 0 | 0 | 0 | | |
| SAT | 11/2/02 | 0 | 0 | 0 | | |
| SUN | 11/3/02 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 11/4/02 | 0 | 0 | 0 | | |
| TUE | 11/5/02 | 3.5 | 3.5 | 0 | | |
| WED | 11/6/02 | 12 | 8 | 4 | | |
| THU | 11/7/02 | 11.5 | 8 | 3.5 | | |
| FRI | 11/8/02 | 13.5 | 8 | 5.5 | | |
| SAT | 11/9/02 | 11.5 | 8 | 3.5 | | |
| SUN | 11/10/02 | 11.5 | 4.5 | 7 | | |
| *Wkly Ttls* | | 63.5 | 40 | 23.5 | 40 | 23.5 |

Attachment 2 to Affidavit
Page 26 of 31

0027

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 11/11/02 | 11.5 | 8 | 3.5 | | |
| TUE | 11/12/02 | 11.5 | 8 | 3.5 | | |
| WED | 11/13/02 | 12 | 8 | 4 | | |
| THU | 11/14/02 | 11.5 | 8 | 3.5 | | |
| FRI | 11/15/02 | 11.5 | 8 | 3.5 | | |
| SAT | 11/16/02 | 12.5 | 0 | 12.5 | | |
| SUN | 11/17/02 | 11.5 | 0 | 11.5 | | |
| **Wkly Ttls** | | 82 | 40 | 42 | 40 | 42 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 11/18/02 | 12 | 8 | 4 | | |
| TUE | 11/19/02 | 8 | 8 | 0 | | |
| WED | 11/20/02 | 0 | 0 | 0 | | |
| THU | 11/21/02 | 0 | 0 | 0 | | |
| FRI | 11/22/02 | 0 | 0 | 0 | | |
| SAT | 11/23/02 | 0 | 0 | 0 | | |
| SUN | 11/24/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 20 | 16 | 4 | 16 | 4 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 11/25/02 | 0 | 0 | 0 | | |
| TUE | 11/26/02 | 0 | 0 | 0 | | |
| WED | 11/27/02 | 0 | 0 | 0 | | |
| THU | 11/28/02 | 0 | 0 | 0 | | |
| FRI | 11/29/02 | 0 | 0 | 0 | | |
| SAT | 11/30/02 | 0 | 0 | 0 | | |
| SUN | 12/1/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/2/02 | 0 | 0 | 0 | | |
| TUE | 12/3/02 | 3.5 | 3.5 | 0 | | |
| WED | 12/4/02 | 12.5 | 8 | 4.5 | | |
| THU | 12/5/02 | 11.5 | 8 | 3.5 | | |
| FRI | 12/6/02 | 12 | 8 | 4 | | |
| SAT | 12/7/02 | 11.5 | 8 | 3.5 | | |
| SUN | 12/8/02 | 11.5 | 4.5 | 7 | | |
| **Wkly Ttls** | | 62.5 | 40 | 22.5 | 40 | 22.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/9/02 | 11.5 | 8 | 3.5 | | |
| TUE | 12/10/02 | 11.5 | 8 | 3.5 | | |
| WED | 12/11/02 | 12 | 8 | 4 | | |
| THU | 12/12/02 | 12 | 8 | 4 | | |
| FRI | 12/13/02 | 11.5 | 8 | 3.5 | | |
| SAT | 12/14/02 | 11.5 | 0 | 11.5 | | |
| SUN | 12/15/02 | 11.5 | 0 | 11.5 | | |
| **Wkly Ttls** | | 81.5 | 40 | 41.5 | 40 | 41.5 |

*Gilbert OT.xls*

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/16/02 | 11.5 | 8 | 3.5 | | |
| TUE | 12/17/02 | 8 | 8 | 0 | | |
| WED | 12/18/02 | 0 | 0 | 0 | | |
| THU | 12/19/02 | 0 | 0 | 0 | | |
| FRI | 12/20/02 | 0 | 0 | 0 | | |
| SAT | 12/21/02 | 0 | 0 | 0 | | |
| SUN | 12/22/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 19.5 | 16 | 3.5 | 16 | 3.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/23/02 | 0 | 0 | 0 | | |
| TUE | 12/24/02 | 0 | 0 | 0 | | |
| WED | 12/25/02 | 0 | 0 | 0 | | |
| THU | 12/26/02 | 0 | 0 | 0 | | |
| FRI | 12/27/02 | 0 | 0 | 0 | | |
| SAT | 12/28/02 | 0 | 0 | 0 | | |
| SUN | 12/29/02 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 12/30/02 | 0 | 0 | 0 | | |
| TUE | 12/31/02 | 0 | 0 | 0 | | |
| WED | 1/1/03 | 0 | 0 | 0 | | |
| THU | 1/2/03 | 0 | 0 | 0 | | |
| FRI | 1/3/03 | 8 | 8 | 0 | | |
| SAT | 1/4/03 | 12 | 8 | 4 | | |
| SUN | 1/5/03 | 11.5 | 8 | 3.5 | | |
| **Wkly Ttls** | | 31.5 | 24 | 7.5 | 24 | 7.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 1/6/03 | 12.5 | 8 | 4.5 | | |
| TUE | 1/7/03 | 11.5 | 8 | 3.5 | | |
| WED | 1/8/03 | 11.5 | 8 | 3.5 | | |
| THU | 1/9/03 | 11.5 | 8 | 3.5 | | |
| FRI | 1/10/03 | 11.5 | 8 | 3.5 | | |
| SAT | 1/11/03 | 11.5 | 0 | 11.5 | | |
| SUN | 1/12/03 | 11.5 | 0 | 11.5 | | |
| **Wkly Ttls** | | 81.5 | 40 | 41.5 | 40 | 41.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 1/13/03 | 11.5 | 8 | 3.5 | | |
| TUE | 1/14/03 | 3.5 | 3.5 | 0 | | |
| WED | 1/15/03 | 0 | 0 | 0 | | |
| THU | 1/16/03 | 0 | 0 | 0 | | |
| FRI | 1/17/03 | 0 | 0 | 0 | | |
| SAT | 1/18/03 | 0 | 0 | 0 | | |
| SUN | 1/19/03 | 0 | 0 | 0 | | |
| **Wkly Ttls** | | 15 | 11.5 | 3.5 | 11.5 | 3.5 |

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 1/20/03 | 0 | 0 | 0 | | |
| TUE | 1/21/03 | 0 | 0 | 0 | | |
| WED | 1/22/03 | 0 | 0 | 0 | | |
| THU | 1/23/03 | 0 | 0 | 0 | | |
| FRI | 1/24/03 | 0 | 0 | 0 | | |
| SAT | 1/25/03 | 0 | 0 | 0 | | |
| SUN | 1/26/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 1/27/03 | 0 | 0 | 0 | | *Funeral* |
| TUE | 1/28/03 | 0 | 0 | 0 | | *Funearl* |
| WED | 1/29/03 | 0 | 0 | 0 | | *Funeral* |
| THU | 1/30/03 | 0 | 0 | 0 | | |
| FRI | 1/31/03 | 11.5 | 8 | 3.5 | | |
| SAT | 2/1/03 | 11.5 | 8 | 3.5 | | |
| SUN | 2/2/03 | 13.5 | 8 | 5.5 | | |
| *Wkly Ttls* | | 36.5 | 24 | 12.5 | 24 | 12.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 2/3/03 | 11.5 | 8 | 3.5 | | |
| TUE | 2/4/03 | 11.5 | 8 | 3.5 | | |
| WED | 2/5/03 | 13 | 8 | 5 | | |
| THU | 2/6/03 | 11.5 | 8 | 3.5 | | |
| FRI | 2/7/03 | 11.5 | 8 | 3.5 | | |
| SAT | 2/8/03 | 12 | 0 | 12 | | |
| SUN | 2/9/03 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 82.5 | 40 | 42.5 | 40 | 42.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 2/10/03 | 12 | 8 | 4 | | |
| TUE | 2/11/03 | 8 | 8 | 0 | | |
| WED | 2/12/03 | 0 | 0 | 0 | | |
| THU | 2/13/03 | 0 | 0 | 0 | | |
| FRI | 2/14/03 | 0 | 0 | 0 | | |
| SAT | 2/15/03 | 0 | 0 | 0 | | |
| SUN | 2/16/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 20 | 16 | 4 | 16 | 4 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 2/17/03 | 0 | 0 | 0 | | |
| TUE | 2/18/03 | 0 | 0 | 0 | | |
| WED | 2/19/03 | 0 | 0 | 0 | | |
| THU | 2/20/03 | 0 | 0 | 0 | | |
| FRI | 2/21/03 | 0 | 0 | 0 | | |
| SAT | 2/22/03 | 0 | 0 | 0 | | |
| SUN | 2/23/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 2/24/03 | 0 | 0 | 0 | | |
| TUE | 2/25/03 | 3.5 | 3.5 | 0 | | |
| WED | 2/26/03 | 11.5 | 8 | 3.5 | | |
| THU | 2/27/03 | 11.5 | 8 | 3.5 | | |
| FRI | 2/28/03 | 11.5 | 8 | 3.5 | | |
| SAT | 3/1/03 | 11.5 | 8 | 3.5 | | |
| SUN | 3/2/03 | 11.5 | 4.5 | 7 | | |
| *Wkly Ttls* | | 61 | 40 | 21 | 40 | 21 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 3/3/03 | 11.5 | 8 | 3.5 | | |
| TUE | 3/4/03 | 11.5 | 8 | 3.5 | | |
| WED | 3/5/03 | 11.5 | 8 | 3.5 | | |
| THU | 3/6/03 | 11.5 | 8 | 3.5 | | |
| FRI | 3/7/03 | 11.5 | 8 | 3.5 | | |
| SAT | 3/8/03 | 11.5 | 0 | 11.5 | | |
| SUN | 3/9/03 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 80.5 | 40 | 40.5 | 40 | 40.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 3/10/03 | 11.5 | 8 | 3.5 | | |
| TUE | 3/11/03 | 8 | 8 | 0 | | |
| WED | 3/12/03 | 0 | 0 | 0 | | |
| THU | 3/13/03 | 0 | 0 | 0 | | |
| FRI | 3/14/03 | 0 | 0 | 0 | | |
| SAT | 3/15/03 | 0 | 0 | 0 | | |
| SUN | 3/16/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 19.5 | 16 | 3.5 | 16 | 3.5 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 3/17/03 | 0 | 0 | 0 | | |
| TUE | 3/18/03 | 0 | 0 | 0 | | |
| WED | 3/19/03 | 0 | 0 | 0 | | |
| THU | 3/20/03 | 0 | 0 | 0 | | |
| FRI | 3/21/03 | 0 | 0 | 0 | | |
| SAT | 3/22/03 | 0 | 0 | 0 | | |
| SUN | 3/23/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 0 | 0 | 0 | 0 | 0 |
| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
| MON | 3/24/03 | 0 | 0 | 0 | | |
| TUE | 3/25/03 | 3.5 | 3.5 | 0 | | |
| WED | 3/26/03 | 11.5 | 8 | 3.5 | | |
| THU | 3/27/03 | 11.5 | 8 | 3.5 | | |
| FRI | 3/28/03 | 11.5 | 8 | 3.5 | | |
| SAT | 3/29/03 | 11.5 | 8 | 3.5 | | |
| SUN | 3/30/03 | 11.5 | 4.5 | 7 | | |
| *Wkly Ttls* | | 61 | 40 | 21 | 40 | 21 |

Gilbert OT.xls

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 3/31/03 | 11.5 | 8 | 3.5 | | |
| TUE | 4/1/03 | 11.5 | 8 | 3.5 | | |
| WED | 4/2/03 | 11.5 | 8 | 3.5 | | |
| THU | 4/3/03 | 11.5 | 8 | 3.5 | | |
| FRI | 4/4/03 | 11.5 | 8 | 3.5 | | |
| SAT | 4/5/03 | 11.5 | 0 | 11.5 | | |
| SUN | 4/6/03 | 11.5 | 0 | 11.5 | | |
| *Wkly Ttls* | | 80.5 | 40 | 40.5 | 40 | 40.5 |

| Day | Date | Hrs Worked | S.T. | O.T. | TTL S.T. | TTL O.T. |
|---|---|---|---|---|---|---|
| MON | 4/7/03 | 13.5 | 8 | 5.5 | | |
| TUE | 4/8/03 | 0 | 0 | 0 | | |
| WED | 4/9/03 | 0 | 0 | 0 | | |
| THU | 4/10/03 | 0 | 0 | 0 | | |
| FRI | 4/11/03 | 0 | 0 | 0 | | |
| SAT | 4/12/03 | 0 | 0 | 0 | | |
| SUN | 4/13/03 | 0 | 0 | 0 | | |
| *Wkly Ttls* | | 13.5 | 8 | 5.5 | 8 | 5.5 |

| | | | | Total ST Hours | 2159 | |
| | | | | Total OT Hours | | 1687.5 |

| | | APC CREDIT | DAILY WAGE | to | OT OWED | | |
|---|---|---|---|---|---|---|---|
| 6/18/01-1/2/02 | $425.00 | 8 Hrs | 4.5 Hrs | 3.5 Hrs | | | |
| ST Rate | $53.13 | $425.00 | $239.06 | $185.94 | | | |
| Days @ $425 | $18.00 | $7,650.00 | | | | | |
| 1/3/02 - 4/7/03 | $475.00 | 8 Hrs | 4.5 Hrs | 3.5 Hrs | 2.75 Hrs | 5.25 Hrs |
| ST Rate | $59.38 | | | | | |
| | | $475.00 | $267.19 | $207.81 | $163.28 | $311.72 |
| Days @ $425 | $34.00 | $16,150.00 | | | | |
| Days @$207.81 | $11.00 | | | $2,285.94 | | |
| Days @$311.72 | $1.00 | | | | | $311.72 |
| Days @$267.19 | $1.00 | | $267.19 | | | |