Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,           )<br>                                )<br>         Plaintiff,      )<br>                                )<br>vs.                             )<br>                                )<br>APC NATCHIQ, INC.     )<br>                                )<br>         Defendant.    )<br>_____) | Case No. 3:03-CV-00174 RRB |

**UNOPPOSED MOTION TO CONTINUE DUE DATE FOR REPLY TO DEFENDANT'S**

**OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW, 90-DAY PENALTY**

**FILED AT DOCKET NO. 44**

COMES NOW Plaintiff, John Gilbert, by and through its undersigned counsel, The Law Office of Kenneth L. Covell and moves the court for an order continuing the due date, to September 8th, for plaintiff's reply to defendant's opposition to plaintiff's memorandum of law, 90-day penalty filed at docket no. 44.

Respectfully submitted this 31st day of August 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel
DeLisio Moran Geraghty & Zobel
943 W. 6th Ave.
Anchorage, AK 99501**

Dated: 8/31/06
By:     /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell