Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| APC NATCHIQ, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) Case No. 3:03-CV-00174 RRB |

**PROPOSED ORDER TO ACCEPT UNOPPOSED MOTION TO CONTINUE DUE DATE FOR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW, 90-DAY PENALTY FILED AT DOCKET NO.44**

IT IS HEREBY ORDERED that plaintiff's request to continue the due date for reply to defendant's opposition to plaintiff's memorandum of law, 90-day penalty filed at docket no. 44 to September 8th 2006 is GRANTED.

Ordered this _____ day of _____, 2006 at Fairbanks, Alaska.

                                                                                      _____
                                                                                      District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 8/31/06
By: ___/s/ Emily S. Ervin_____
      Emily S. Ervin for Kenneth L. Covell