Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                          )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )
                                       )
APC NATCHIQ, INC.                      )
                                       )
          Defendant.                   )
_____) Case No. 3:03-CV-00174 RRB

**ORDER GRANTING EXTENSION OF TIME
TO FILE REPLY TO MOTION AT DOCKET NO.44**

IT IS HEREBY ORDERED that Plaintiff's request to continue the due date for his reply to the motion filed at Docket 44 is GRANTED.  Plaintiff's reply is due by the close of business on **Friday, September 8, 2006.**

ENTERED this 31st day of August, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE