IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No.: 3:03-cv-00174-RRB |
| _____ ) | |

**UNOPPOSED MOTION TO CONTINUE DUE DATE FOR DEFENDANT'S
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR RULE OF LAW ESTABLISHING FLSA DATE RATE CALCULATION
OF OVERTIME DAMAGES (DOCKET NO. 27) AND TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR
STATE RATE CALCULATION OF AWHA AND CONTRACT CLAIMS
(DOCKET NO. 50)**

COMES NOW Defendant, APC Natchiq, Inc., by and through its undersigned counsel, Delisio, Moran, Geraghty & Zobel, PC, and moves this Court for an order continuing the due date to **September 8, 2006**, for Defendant's reply to Plaintiff's opposition to Defendant's motion for rule of law establishing FLSA date rate calculation of overtime damages, filed at Docket No. 27, and for Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment for State rate calculation on AWHA and contract claims, filed at Docket No. 50. Defense counsel has conferred with Plaintiff's counsel, and he does not oppose this motion.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

105183 – Unopposed Motion to Continue Due Date for Defendant's Replies
to Plaintiff's Oppositions to Dockets No. 27 and 50
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

DATED this 1st day of September, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for APC Natchiq, Inc.

By: /s/ Patricia L. Zobel
    Patricia L. Zobel
    Bar No. 7906067
    E-Mail: pzobel@dmgz.com
    Danielle M. Ryman
    Bar No. 9911071
    E-Mail: dryman@dmgz.com
    943 West 6th Avenue
    Anchorage, Alaska 99501
    Telephone: (907) 279-9574
    Facsimile: (907) 276-4231

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 1st day of September, 2006, to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
    Jean K. Adams

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

105183 – Unopposed Motion to Continue Due Date for Defendant's Replies to Plaintiff's Oppositions to Dockets No. 27 and 50
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2