IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
| Defendant. | ) Case No.: 3:03-cv-00174-RRB |
| _____ | ) |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DUE DATE FOR REPLIES TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RULE OF LAW ESTABLISHING FLSA DATE RATE CALCULATION OF OVERTIME DAMAGES AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR STATE RATE CALCULATION ON AWHA AND CONTRACT CLAIMS**

THIS MATTER having come before the Court on the unopposed motion of Defendant, APC Natchiq, Inc., to continue the due date for its reply to Plaintiff's opposition to Defendant's motion for rule of law establishing the FLSA date rate calculation of overtime damages, filed at Docket No. 27, and for Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment for State rate calculation on AWHA and contract claims, filed at Docket No. 50, and the Court having considered the unopposed motion,

IT IS HEREBY ORDERED that Defendant's motion to continue the due date for its reply/opposition to Plaintiff's opposition to the motions filed at Docket No. 27 and Docket No. 50 is GRANTED.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

105184 – Proposed Order Granting Unopposed Motion to Continue
Due Date for Replies to Plaintiff's Oppositions
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

Defendant's reply/opposition is due on or before Friday, September 8, 2006.

ENTERED this ____ day of September, 2006.

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 1st day of September, 2006,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

By: /s/ Jean K. Adams
_____
   Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

105184 – Proposed Order Granting Unopposed Motion to Continue
 Due Date for Replies to Plaintiff's Oppositions
4 *Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2