UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GILBERT   v.   APC NATCHIQ

DATE:   September 1, 2006   CASE NO.   3:03-CV-0174-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING UNOPPOSED EXTENSION OF TIME**

---

Defendant's unopposed motion to extend due dates at Docket 71 is **granted**. Defendant APC Natchiq has until the close of business on **September 8, 2006,** in which to file its reply to its Motion for Rule of Law filed at **Docket 27**, and to file its opposition to Plaintiff Gilbert's Motion for Summary Judgment on State Rate Calculation filed at **Docket 50.**

M.O. GRANTING EXTENSION OF TIME