| Pay Period End Date | Total hours | Reg. | OT |
|---|---|---|---|
| 6/24/01 | 65.5 | 24 | 41.5 |
| 6/30/01 | 38 | 24 | 14 |
| 7/22/01 | 69.5 | 40 | 29.5 |
| 7/29/01 | 88.5 | 40 | 48.5 |
| 8/5/01 | 87 | 40 | 47 |
| 8/12/01 | 36.5 | 24 | 12.5 |
| 9/2/01 | 69 | 40 | 29 |
| 9/9/01 | 93 | 40 | 53 |
| 9/16/01 | 95.5 | 40 | 55.5 |
| 9/23/01 | 40 | 24 | 16 |
| 10/14/01 | 62 | 40 | 22 |
| 10/21/01 | 100 | 40 | 60 |
| 10/28/01 | 94 | 40 | 54 |
| 11/4/01 | 42 | 24 | 18 |
| 11/25/01 | 61 | 40 | 21 |
| 12/2/01 | 96 | 40 | 56 |
| 12/9/01 | 92.5 | 40 | 52.5 |
| 12/16/01 | 37.5 | 24 | 13.5 |
| 1/6/02 | 51 | 32 | 19 |
| 1/13/02 | 86.5 | 40 | 46.5 |
| 1/20/002 | 87 | 40 | 47 |
| 1/27/02 | 36 | 24 | 12 |
| 2/17/02 | 75.5 | 40 | 35.5 |
| 2/24/02 | 85.5 | 40 | 45.5 |
| 3/3/02 | 24 | 16 | 8 |
| 3/17/02 | 72 | 40 | 32 |
| 3/24/02 | 84 | 40 | 44 |
| 3/31/02 | 24 | 16 | 8 |
| 4/14/02 | 24 | 16 | 8 |
| 4/21/02 | 36 | 24 | 12 |
| 5/12/02 | 73 | 40 | 33 |
| 5/19/02 | 87.5 | 40 | 47.5 |
| 5/26/02 | 24.5 | 16 | 8.5 |
| 6/9/02 | 75.5 | 40 | 35.5 |
| 6/16/02 | 89 | 40 | 49 |
| 6/23/02 | 24 | 16 | 8 |
| 7/7/02 | 76.25 | 40 | 36.25 |
| 7/14/02 | 87.5 | 40 | 47.5 |
| 7/21/02 | 87 | 40 | 47 |
| 7/28/02 | 24 | 16 | 8 |
| 8/11/02 | 76.5 | 40 | 36.5 |
| 8/18/02 | 86.5 | 40 | 46.5 |
| 8/25/02 | 24 | 16 | 8 |
| 9/8/02 | 74 | 40 | 34 |
| 9/15/02 | 85.5 | 40 | 45.5 |
| 9/22/02 | 25 | 16 | 9 |
| 10/6/02 | 76.5 | 40 | 36.5 |
| 10/13/02 | 76.5 | 40 | 36.5 |

| Pay Period End Date | Total hours | Reg. | OT |
|---|---|---|---|
| 10/20/02 | 24.5 | 16 | 8.5 |
| 11/10/02 | 74.5 | 40 | 34.5 |
| 11/17/02 | 85.5 | 40 | 45.5 |
| 11/24/02 | 24.5 | 16 | 8.5 |
| 12/8/02 | 73.5 | 40 | 33.5 |
| 12/15/02 | 85 | 40 | 45 |
| 12/22/02 | 24 | 16 | 8 |
| 1/5/03 | 36.5 | 24 | 12.5 |
| 1/12/03 | 85 | 40 | 45 |
| 1/19/03 | 24 | 16 | 8 |
| 2/2/03 | 38 | 24 | 14 |
| 2/9/03 | 86 | 40 | 46 |
| 2/16/03 | 25 | 16 | 9 |
| 3/2/03 | 72 | 40 | 32 |
| 3/9/03 | 84 | 40 | 44 |
| 3/16/03 | 24 | 16 | 8 |
| 3/30/03 | 72 | 40 | 32 |
| 4/6/03 | 84 | 40 | 44 |
| 4/13/03 | 26 | 16 | 10 |
| **TOTALS:** | **4173.75** | **2152** | **2021.75** |