# JOB #626

## APC JOB DESCRIPTION - WAREHOUSE

## DIVISION CLASS: CONSTRUCTION /MAINTENANCE

**JOB TITLE:** Materials Supervisor

**SUMMARY:** Performs lead role in receiving, inspection, stocking, staging, packaging, crating, inventory issue, shipping and delivery functions in Kuparuk warehousing system.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following. Other duties may be assigned.

A Materials Supervisor must first and foremost be able and willing to comply with the APC safety policy and the ARCO/BP Alaska Safety Handbook, and must be willing and able to lead and educate fellow employees in safe work ethics, practices, and behaviors. Must understand the prioritization of safety, quality, and production, and be willing to work accordingly. A successful candidate must be familiar with all job requirements and duties of the contract work force. Candidate must be familiar with the use of the ARCO AMPS system, and operating procedures, perform, train, instruct other personnel in performance of storage, issue, inventory control, shipping, receiving and transportation functions in a safe and environmentally sound manner. Prepare detailed written proposals, plans and project status reports. Develop or assist in developing procedures by working with all groups that require material support or are themselves providing support to Materials Department. Assess, forecast and respond to management-mandated business needs regarding manpower, equipment, tools, supplies and materials used to perform the work. Develop written budgetary criteria / justifications for related expenditures. Monitor business costs in all areas of responsibility and prepare periodic status reports regarding same. Instruct other personnel regarding handling, storage and transportation of hazardous materials, to include the disposal of used chemical and lube drums in a safe and environmentally conscious manner. Participate in physical inventory counts maintaining a minimum accuracy rate of 97.5%. Review inventory adjustments and recommend changes to improve accuracy and integrity. Operate all material handling equipment assigned to the work site, including but not limited to electric, diesel, gas and propane-powered lift trucks, pickups and flatbed trucks. Perform and instruct other Contractor personnel in performance of daily equipment inspection, maintenance and operation.

**QUALIFICATION REQUIREMENTS:**
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**EDUCATION and/or JOB RELATED EXPERIENCE:**
Five or more years experience and/or training; general knowledge of standard warehousing principles and practices, familiarity with oilfield production equipment, its maintenance and standard parts. Strong administrative and computer skills required. Arctic experience desirable.

EXHIBIT 1
PAGE 1 OF 2

**COMPREHENSION SKILLS:**
Ability to read and comprehend ARCO/BP Alaska Safety handbook. Ability to work with material requests, receipts, bill of lading, shipping and receiving documentation, spreadsheets, reports, etc. Ability to solve practical problems and deal with a variety of shifting variables. Ability to interpret a variety of instructions furnished in written, oral, diagram or schedule form.

**MATHEMATICAL SKILLS:**
Ability to ad, subtract, multiply and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to appply concepts such as fractions, percentages, ratios and proportions to practical situations.

**CERTIFICATIONS, LICENSES, REGISTRATIONS:(PRE-REQUISITE FOR HIRE)**
A valid drivers license and MAPTS 16hr Oilfield health and safety training are required for employment in this position. OSHA requires that all foreman and supervisory personnel hold current certification in Red Cross CPR and First Aid..

**ERGONOMICS STATEMENT:**
This position requires a candidate to be exposed to the Arctic work enviornment, incorporates cold related hazards and an employee may encounter other hazards in his/her day-to-day activities.

EXHIBIT  1
PAGE  2 OF 2

