IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,              )<br>                            )<br>        Plaintiff,   )<br>v.                          )<br>                            )<br>APC NATCHIQ, INC.,          )<br>                            )<br>Defendant.                  )<br>                            )<br>_____) | Case No. 3:03-CV-00174-RRB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF EXEMPTION AT DOCKET NO. 42**

Defendant, APC Natchiq, Inc., by and through its attorneys DeLisio, Moran, Geraghty & Zobel, P.C., moves this court for an extension of time to file its response to plaintiff's Motion for Partial Summary Judgment on the Issue of Exemption, filed at docket no. 42. Defendant's response is currently due on September 21, 2006. Defendant requests that this due date be extended until **October 6, 2006.** Counsel for defendant has discussed the requested extension with plaintiff's counsel, who does not oppose the request. Defendant, therefore, requests that the court enter the submitted order granting the extension.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

00105500.doc – Unopposed Motion for Ext. of Time

DATED this 19th day of September, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL
        Attorneys for Defendant,
        APC Natchiq, Inc.

        /s/ Patricia L. Zobel

By: _____
    Patricia L. Zobel
    Bar No. 7906067
    E-Mail:  pzobel@dmgz.com
    943 W. Sixth Avenue
    Anchorage, AK 99501
    Telephone:  907-279-9574
    Facsimile:  907-276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 19th day of September, 2006,
to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

   /s/ Leah Prince

By:_____
   Leah Prince

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

00105500.doc – Unopposed Motion for Ext. of Time