IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, )<br>)<br>            Plaintiff, )<br>v. )<br>)<br>APC NATCHIQ, INC., )<br>)<br>Defendant. )<br>                                   ) | <br><br><br><br><br>Case No. 3:03-CV-00174-RRB |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF EXEMPTION AT DOCKET NO. 42**

THIS MATTER having come before the court on defendant, APC Natchiq, Inc.'s Motion for an Extension of Time to File Response to Plaintiff's Motion for Partial Summary Judgment on Issue of Exemption at Docket No. 42, and the court having considered the unopposed motion,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's response will be due on or before **October 6, 2006.**

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

00105501.doc – Proposed Order for
Unopposed Motion for Ext. of Time

DATED this 19th day of September, 2006, at Anchorage, Alaska.

                      DeLISIO MORAN GERAGHTY & ZOBEL
                      Attorneys for Defendant,
                      APC Natchiq, Inc.

                          /s/ Patricia L. Zobel

                    By: _____
                          Patricia L. Zobel
                          Bar No. 7906067
                          E-Mail: pzobel@dmgz.com
                          943 W. Sixth Avenue
                          Anchorage, AK 99501
                          Telephone: 907-279-9574
                          Facsimile: 907-276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 19th day of September, 2006,
to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

   /s/  Leah Prince

By:_____
    Leah Prince

DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00105501.doc – Proposed Order for Unopposed Motion for Ext. of Time