# EXHIBIT INDEX

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1 | Boyle Deposition Excerpt | 3 |
| 2 | Nelson Deposition Excerpt | 5 |
| 3 | Determination Letter | 1 |
| 4 | Department of Labor Letter | 2 |
| 5 | Memorandum | 3 |
| 6 | Note for Nelson*/Schick*NSK | 1 |
| 7 | Letter from Nelson to Boyle | 3 |
| 8 | Letter From Nelson To Carr | 1 |
| 9 | LetterfromBoyle Re: Day Rates | 10 |
| 10 | Not Used | 1 |
| 11 | KnowledgePoint Publication | 3 |
| 12 | Quinlan Bulletin | 4 |
| 13 | Payroll Legal Alert | 2 |
| 14 | Alaska Employment Law Letter | 3 |
| 15 | APC Job Description | 2 |
| 16 | Tests For Exemption Checklist | 2 |
| 17 | Zuber Affidavit | 2 |
| 18 | Carr Deposition Excerpt | 2 |