```
                     IN THE UNITED STATES DISTRICT COURT
 1
                          FOR THE DISTRICT OF ALASKA
 2
   JOHN GILBERT,                    )
 3                                  )
           Plaintiff,               )
 4                                  )
      vs.                           )
 5                                  )
   APC NATCHIQ, INC.                )
 6                                  )
           Defendants.              )   Case No. 3:03-CV-00174-RRB
 7 _____ )

 8
                    DEPOSITION OF CHRISTOPHER B. BOYLE
 9                             June 1, 2006

10
   APPEARANCES:
11
           FOR THE PLAINTIFF:         MR. KENNETH L. COVELL
12                                    Attorney at Law
                                      712 Eighth Avenue
13                                    Fairbanks, Alaska 99701
                                      (907) 452-4377
14
           FOR THE DEFENDANT:         MS. PATRICIA L. ZOBEL
15                                    DeLisio Moran Geraghty &
                                      Zobel
16                                    Attorneys at Law
                                      943 West Sixth Avenue
17                                    Anchorage, Alaska 99501
                                      (907) 279-9574
18
           ALSO PRESENT:              MR. JOHN GILBERT
19
                                 * * * *
20

21

22

23

24

25
```

METRO COURT REPORTIN
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT __1__
Page __1__ of __3__

```
 1      that to be what this is saying, is that fair to say?
 A      I disagree.  You're asking me to interpret your
 3      interpretation.
 Q      No, I'm asking you to interpret what it says here, and
 5      I'm asking you, if somebody were to make that
 6      interpretation of this, would that be a reasonable
 7      interpretation?
 8              MS. ZOBEL:  Asked and answered.
 Q      I'll ask it.....
10      Exactly.  I was just going to say, I answered that
11      already, and that would be my.....
12      And your answer.....
13      .....interpretation.
14      .....is that, no, that would not be a reasonable
15      interpretation?
16      That's correct.
17      Okay. All right.  So is it correct to say -- well,
18      okay.  Is it correct -- yeah, is it correct to say
19      then that APC took no action to pay supervisors pay
20      for all hours worked?  Or let me put it this way.  APC
21      didn't change what it was doing in paying its
22      employees based upon the advice in this letter?
23              MS. ZOBEL:  I'm going to object.  I think he's
24 asked -- you've asked and answered that, and he said he did
25 not know what action was taken in response to this letter.
 Q              (By Mr. Covell)  All right.  Go ahead and answer the
```

METRO COURT REPORTI?
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 1
Page 2 of 3

74

```
 1        question.
 2    A   And that would.....
 3    Q   Thank you.
 4    A   Yeah, that would have been my response. And.....
 5    Q   Your response is you don't know?
 6    A   I don't know what steps Mark Nelson may have taken as
 7        a result of this letter.
 8    Q   Okay. If APC had done that -- how many people do you
 9        have who might fit that category?
10    A   What category?
11    Q   The category of people who are exempt but under the
12        interpretation I suggested would be entitled to
13        additional monies?
14    A   None if they're classified as exempt. They get paid
15        what they're set up to get paid, whether it's a day
16        rate or a weekly rate or a monthly rate.
17    Q   Okay. But if the correct interpretation of this is
18        contrary to what yours is, and that they were entitled
19        to additional monies, how many people would fit in
20        that category?
21    A   I have no idea.
22    Q   Okay. Can you estimate?
23    A   No, sir, I can't.
24    Q   Okay. If APC decided, and they said, Mr. Boyle, we'd
25        like -- you've worked for us for years, we believe
          you're wrong on that issue, we believe it means we
```

METRO COURT REPORTIN
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT __1__
Page __3__ of __3__