Case 3:03-cv-00174-RRB   Document 79-4   Filed 09/19/2006   Page 1 of 5

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF MARK C. NELSON
CASE NO. 3:03-CV-00174-RRB                                         JUNE 15, 2006

Page 28

```
 1   Q    Let me back up here.  What I take this to mean is that
 2        if the supervisor works, let's say, supposed to work 12
 3        hours and you get a certain amount of money for 12
 4        hours.  If he works 13 hours he should get 1 hour of
 5        straight time, do you take it to mean that or do you
 6        take it mean something different?
 7   A    If we classify them in this supervisory classification.
 8   Q    Okay.  So, it would mean that he worked hours, he'd get
 9        one hour of straight time, but no premium pay for
10        overtime?
11   A    You could classi- -- right, that's -- I think that's
12        what his determination letter says, right?
13   Q    So, then, my question to you is:  Did APC ever pay
14        anybody from that classification in that manner?  In
15        other words, if a guy worked 13, did he get his extra
16        hour of straight time?
17   A    Beyond our 12-hour day, you mean?
18   Q    Right.
19   A    I don't recall.
20   Q    Okay.  And, again, it may sound redundant, follow-up
21        question:  Are there any records that you're aware of
22        that would demonstrate that that did happen?
23   A    That I don't recall.
24   Q    Okay.  Did you or APC ever address any employees in
25        that classification and tell them that they were
```

Case 3:03-cv-00174-RRB   Document 79-4   Filed 09/19/2006   Page 2 of 5

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF MARK C. NELSON
CASE NO. 3:03-CV-00174-RRB                                           JUNE 15, 2006

Page 29

```
 1           entitled to get straight time pay for every hour
 2           worked?  In other words for that 13th or subsequent
 3           hour?
 4    A      I don't recall.  I know it was one of our
 5           classifications and it was out there.  Do I -- I don't
 6           remember a specific conversation with the supervisor.
 7           That would have probably been a tier below me.
 8    Q      Okay.
 9    A      At the time.
10    Q      All right.  Well, for instance, when his letter came
11           out it might be, but I don't know this because I wasn't
12           there, that somebody goes to the individuals in his job
13           and says we need to pay you for every hour worked.  So,
14           subsequent to today or prior to today, whatever, we'll
15           pay you for your time over 12 hours at the straight
16           time rate?
17    A      It could have easily happened, if this was an issue for
18           me at the time, I communicated well to my direct
19           reports.  I think all of my direct reports at the time
20           were classified as exempt which I was comfortable with.
21           They, in turn, could have gone through their next tier
22           where they would have had supervisors under them and
23           could have communicated this, yes.
24    Q      Okay.  But.....
25    A      I am not aware of it.
```

Case 3:03-cv-00174-RRB   Document 79-4   Filed 09/19/2006   Page 3 of 5

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF MARK C. NELSON
CASE NO. 3:03-CV-00174-RRB                                        JUNE 15, 2006

Page 30

1  Q  All right. So you're not aware that anybody paid
2     anybody any money for all hours worked pursuant to this
3     information coming to your attention?
4  A  I think it's happened, but I don't recall, like you
5     said, was it Jonny Jones, I don't remember.
6  Q  Well let's speak more generally, than Jonny Jones. To
7     the extent that you think it's happened, you know, who,
8     what, when, where, why, how? What are the
9     circumstances of it?
10 A  And then I don't recall. I really don't.
11 Q  All right. And again, it may sound redundant, are you
12    aware of any records to that effect?
13 A  No.
14 Q  All right.
15        MR. COVELL: Let's go off record madame clerk.
16 (Off record)
17 (On record)
18 Q  (By Mr. Covell) As far as you know Mr. Nelson, did
19    anybody talk to John Gilbert about what he did on a day
20    to day basis as safety supervisor?
21 A  I don't know. I wasn't -- he was after my time.
22 Q  Okay. But he was there, I represent to you he was
23    there '01, '03, so you would have been way up at the
24    top at the food chain and he would have been somewhere
25    close to the bottom, right?

Case 3:03-cv-00174-RRB   Document 79-4   Filed 09/19/2006   Page 4 of 5

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF MARK C. NELSON
CASE NO. 3:03-CV-00174-RRB                                          JUNE 15, 2006

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3
    JOHN GILBERT,              )
 4                             )
              Plaintiff,       )
 5                             )
    vs.                        )
 6                             )
    APC NATCHIQ, INC.,         )
 7                             )
              Defendant.       )
 8  _____)  Case No. 3:03-CV-00174-RRB
 9
                    DEPOSITION OF MARK C. NELSON
10                       June 15, 2006
11  APPEARANCES:
12       FOR THE PLAINTIFF:     MR. KENNETH L. COVELL
                                Attorney at Law
13                              Law Offices of
                                   Kenneth L. Covell
14                              712 West 8th Avenue
                                Fairbanks, Alaska  99701
15                              (907) 452-4377
16
         FOR THE DEFENDANT:     MS. PATRICIA ZOBEL
17                              DeLisio Moran Geraghty
                                   & Zobel, P.C.
18                              Attorneys at Law
                                943 West 6th Avenue
19                              Anchorage, Alaska  99501
                                (907) 279-9574
20
21       ALSO PRESENT:          MR. DOUGLAS SMITH
22
23                        * * * *
24
25
```

EXHIBIT 2
Page 1 of 5

Case 3:03-cv-00174-RRB   Document 79-4   Filed 09/19/2006   Page 5 of 5

JOHN GILBERT vs. APC NATCHIQ, INC.                           DEPOSITION OF MARK C. NELSON
CASE NO. 3:03-CV-00174-RRB                                              JUNE 15, 2006

Page 27

```
 1          Sure.
 2    Q     I want confirmation that Mr. Boyle's memo to you is
 3          recommending that all occupations where there may be
 4          questions concerning they are properly classified, be
 5          reviewed.  That's the direction there, right or wrong?
 6    A     Yes.
 7    Q     All right.  And then subsequent to that starting with
 8          201 through the end of it, appear to be documents -- or
 9          is it fair to say that they're documents pertain to
10          your communications with Mr. Carr generally concerning
11          the material supervisor job?
12    A     Correct.
13    Q     Okay.  And again, you haven't had a chance to read --
14          well you read this WHOL letter prior to the deposition,
15          right?
16    A     Correct.
17    Q     And in there, in that WHOL letter, there's a discussion
18          about paying supervisors whether exempt or not for
19          every hour worked.  And if you want to take time and
20          review this that's.....
21    A     I think that's -- yes, I think that's correct.
22    Q     Okay.  Did APC ever pay any supervisory person monies
23          pursuant to this determination that they're eligible
24          for pay for all hours worked?
25    A     Did we ever pay any supervisor --
```