# EXHIBIT 10

# NOT USED

# (This page intentionally left blank).