UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  GILBERT  </u>  v.  <u>  APC NATCHIQ  </u>

DATE:   <u>  September 20, 2006  </u>   CASE NO.   <u>  3:03-CV-0174-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
**GRANTING EXTENSION**

---

      Defendant's unopposed Motion for Extension of Time, filed at Docket 78, is hereby **GRANTED**.  Defendant's response in opposition to Plaintiff's Motion for Partial Summary Judgment at Docket 42 is due by the close of business on **October 6, 2006.**

M.O. GRANTING EXTENSION OF TIME