Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| APC NATCHIQ, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:03-CV-00174 RRB |

**UNOPPOSED MOTION TO ACCEPT LATE FILING**

COMES NOW Plaintiff, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and hereby requests that the Court accept the late filing of his Reply to Defendant's Response in Opposition to Plaintiff's Motion for an Order Regarding the Law of the Case on Breach of Contract Action, filed at docket no. 47.

The deadline for filing Plaintiff's reply was September 21, 2006.  Plaintiff's counsel spoke to Defendant's counsel, who does not oppose the two additional days for filing.

Respectfully submitted this 25th day of September 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

s/Kenneth L. Covell

712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 9/25/06
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell