Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| APC NATCHIQ, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:03-CV-00174 RRB |

**PROPOSED ORDER TO ACCEPT LATE FILING**

IT IS HEREBY ordered that Plaintiff's Motion to Accept Late Filing of Plaintiff's Reply is GRANTED.  Filing of Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for an Order Regarding the Law of the Case on Breach of Contract Action, filed at Docket No. 47 is hereby ordered timely filed.

_____
**Judge Beistline**

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 9/25/06
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell