Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail: kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| APC NATCHIQ, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:03-CV-00174 RRB |

~~PROPOSED~~ ORDER TO ACCEPT LATE FILING

IT IS HEREBY ordered that Plaintiff's Motion to Accept Late Filing of Plaintiff's Reply is GRANTED. Filing of Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for an Order Regarding the Law of the Case on Breach of Contract Action, filed at Docket No. 47 is hereby ordered timely filed.

DATED: 9/26/06

S/RALPH R BEISTLINE
Judge Beistline

Order to Accept Late Filing of Reply to Opposition to Plaintiff's Motion Re: Breach of Contract (Docket 47)
*Gilbert v. APC Natchiq, Inc.*, Case No. 03-CV-00174 RRB
Page 1 of 2