Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                )
                             )
        Plaintiff,           )
                             )
vs.                          )
                             )
APC NATCHIQ, INC.            )
                             )
        Defendant.           )
_____)  Case No. 3:03-CV-00174 RRB

## MOTION TO ACCEPT LATE FILING

COMES NOW Plaintiff, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and hereby requests that the Court accept the one day late filing of his Response in Opposition to Defendant's Motion in Limine to Preclude the Testimony of Plaintiff's Expert, filed at docket no. 36.

The deadline for filing Plaintiff's response was September 28, 2006, and was inadvertently not filed due to Don Logan's unfamiliarity of office procedures during the absence of Mr. Covell.  Mr. Logan attempted to contact defendant's counsel, but was unsuccessful; however, counsel does not anticipate defendant to oppose.

Respectfully submitted this 29th day of September 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

/s/Donald Logan
Attorney Bar #: 8006026

for Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail:
kcovell@gci.net
Attorney Bar #:
8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 9/29/06
By:  /s/ Emily S. Ervin
     Emily S. Ervin for Kenneth L. Covell