Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,           )<br>                               )<br>         Plaintiff,         )<br>                               )<br>vs.                          )<br>                               )<br>APC NATCHIQ, INC.   )<br>                               )<br>         Defendant.     )<br>_____)  | Case No. 3:03-CV-00174 RRB |

**PROPOSED ORDER TO ACCEPT LATE FILING**

IT IS HEREBY ordered that Plaintiff's Motion to Accept Late Filing of Plaintiff's Response in Opposition is GRANTED.  Filing of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Preclude the Testimony of Plaintiff's Expert, filed at Docket No. 36 is hereby ordered timely filed.

_____
**Judge Beistline**

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 9/29/06
By:    /s/ Emily S. Ervin
          Emily S. Ervin for Kenneth L. Covell

Case 3:03-cv-00174-RRB   Document 84-2   Filed 09/29/2006   Page 2 of 2

Proposed Order to Accept Late Filing of Response in Opposition to Plaintiff's Motion Re: Preclude Testimony (Docket 36)
*Gilbert v. APC Natchiq, Inc.,* Case No. 03-CV-00174  RRB
Page 2 of 2