Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail: kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,<br><br>        Plaintiff,<br><br>vs.<br><br>APC NATCHIQ, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:03-CV-00174 RRB |

~~PROPOSE~~D ORDER TO ACCEPT LATE FILING

IT IS HEREBY ordered that Plaintiff's Motion to Accept Late Filing of Plaintiff's Response in Opposition is GRANTED. Filing of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Preclude the Testimony of Plaintiff's Expert, filed at Docket No. 36 is hereby ordered timely filed.

                                                                             S/ RRB
                                                                            **Judge Beistline**