# August 12 – August 18

August 2007 / September 2007

## Monday, August 12
Steve Carter and Kurt Armstrong
Rents and parts,
Bring of toeship KIC, 7972
1pm?

13 hours.

## Tuesday, August 13
We. Shop today KIC
Mackenzie – Banks to Via
Terry Allen – Emma ??

12.5 Hours

## Wednesday, August 14
Orders in @ KCS –
– Filters
– CD's
– Hangers
– need the cabinet.
E – a/b – warehouse today
office

13.
6am – 7pm

## Thursday, August 15
Lee Stanlie x 7546
instruments are Done –
– who is tracking? IH stuff
New title – safety and IH
what happened to supervisor?
Role – not explained

## Friday, August 16
PP and Cr – need to get going
again – office 12 hours 6–6

## Saturday, August 17
office 12 hours 6–6

## Sunday, August 18
worked on IH / PP file – stuff
office – field 12 hours

Exhibit 1 Page 1 of 1        0088