JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO. 3:03-CV-00174-RRB

DEPOSITION OF JOHN D. GILBERT
MAY 31, 2006

Page 100

| | | |
|---|---|---|
| 1 | Q | Okay. Are you doing that as a back-up to these people |
| 2 | | or as a substitute when somebody else isn't available |
| 3 | | or -- |
| 4 | A | Both. |
| 5 | Q | Both. Okay. All right. And this -- the amount of |
| 6 | | time that you did these kinds of activities was what? |
| 7 | A | I don't know. At random, it could be on a daily basis |
| 8 | | some shifts on the Slope or it could be a weekly basis. |
| 9 | | Some weeks maybe not at all. |
| 10 | Q | Intermittent? |
| 11 | A | All over the board. |
| 12 | Q | But is that accurate that it would be intermittent or |
| 13 | | on an as-needed basis as opposed to that being your |
| 14 | | first responsibility? |
| 15 | A | Oh, I think that was a primary responsibility was not |
| 16 | | office work, but a primary responsibility would be to |
| 17 | | make sure that everybody in the field is taken care of |
| 18 | | before the paperwork is taken care of in the office. |
| 19 | | So, if you wanted to assign priorities, the field work |
| 20 | | would come first and then everything else would be |
| 21 | | secondary. |
| 22 | Q | Okay. Within the assigned activities that you were |
| 23 | | doing though, how often would you have to exercise this |
| 24 | | as compared with the office work that you also had to |
| | | do? |

Exhibit 2 Page 23 of 30

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO. 3:03-CV-00174-RRB

DEPOSITION OF JOHN D. GILBERT
MAY 31, 2006

Page 103

```
 1              MR. COVELL:  And that's marked G-13.
 2                   (Deposition Exhibit G-13 marked)
 3   Q   (By Ms. Zobel)  Okay.  You said you took what was in
 4       this one, meaning G-12?
 5   A   This -- yes.  I took what was passed down from Tom
 6       Sanchez' PAI, regurgitated that in the memo G-12, and
 7       then took it and cut and pasted into the 2002 HEST and
 8       P and P manual, G-13.  So the verbiage should be.....
 9   Q   Well I don't see on G-12 where it says how to do the
10       calibration or what the action levels were, et cetera.
11   A   That just comes right off of the -- the Ludlum meters
12       operators manual.
13   Q   Okay.
14   A   Yes, there's his name -- Diane Kobayashi and Tom
15       Sanchez.
16   Q   Okay.  So let me see if I can track the procedure you
17       did.  Somebody comes in and says to you we're going to
18       start doing this testing and procedure?
19   A   Uh-huh (affirmative).
20   Q   Is that correct?  In this case the client said we're
21       going to do NORM testing?
22   A   That's correct.
23   Q   And then what would your role be in that procedure?
24   A   If they ask me to do the NORM testing I would go to
25       Diane Kobayashi or Tom Sanchez and pick up a Ludlum
```

Case 3:03-cv-00174-RRB   Document 86-5   Filed 10/02/2006   Page 3 of 8

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO. 3:03-CV-00174-RRB

DEPOSITION OF JOHN D. GILBERT
MAY 31, 2006

Page 105

|   |   |   |
|---|---|---|
| 1 |   | correct me if I'm wrong, the client came to you and |
| 2 |   | said, we're going to start doing this NORM testing? |
| 3 |   | You then got the resources, you found the information |
| 4 |   | that was needed to comply with what they wanted, you |
| 5 |   | put it in a procedure that went into the manual, and |
| 6 |   | was disseminated to the employees, is that correct? |
| 7 | A | Yes. |
| 8 | Q | Okay. Would this have been a similar process in doing |
| 9 |   | a -- this is a suspended personnel platform lifting |
| 10 |   | procedure form, did you develop this? |
| 11 | A | No. |
| 12 | Q | Who did? |
| 13 | A | It was Don Chenault did this one. |
| 14 | Q | Okay. It's out of your folder, it looks like. |
| 15 | A | Yes, because I was taking everybody's items and |
| 16 |   | assimilating them into one location. |
| 17 | Q | Okay. |
| 18 |   | COURT REPORTER: G-14 marked. |
| 19 |   | MR. COVELL: Yes, ma'am. |
| 20 |   | (Deposition Exhibit G-14 marked) |
| 21 | Q | (By Ms. Zobel) When you got a section like this from |
| 22 |   | somebody else, did you read them over, and check them |
| 23 |   | over for accuracy? |
| 24 | A | Yes, we all swapped back and forth. I mean, there was |
|   |   | -- I don't know -- recall right offhand how many |

Exhibit 2 Page 26 of 30

Case 3:03-cv-00174-RRB   Document 86-5   Filed 10/02/2006   Page 4 of 8

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF JOHN D. GILBERT
CASE NO. 3:03-CV-00174-RRB                                          MAY 31, 2006

Page 106

1       different sections there are of this thing. It's a
2       huge document. So every time somebody would develop
3       more, we'd all take turns redlining it for each other.
4   Q   I saw a -- I don't know where it is now. I saw a memo
5       that you sent out to people about the procedure of
6       putting together this manual, and you noted in that
7       manual -- in that thing, that this was going to be a
8       quote daunting task, is that an accurate description of
9       what you believe this task was?
10  A   Yes. It was a huge task, absolutely.
11  Q   What was the goal, what were you doing?
12  A   This.....
13          MR. COVELL: Object. Just as to where and when
14  -- what his goal was, okay?
15          MS. ZOBEL: Putting together this manual --
16  what was his role in putting together this manual?
17          MR. COVELL: I'm sorry, you said role?
18          MS. ZOBEL: Yes.
19          MR. COVELL: I thought you said goal, so --
20          MS. ZOBEL: No.
21          MR. COVELL: I have hearing loss, sorry.
22          MS. ZOBEL: That's fine.
23          MR. COVELL: Okay. Go ahead.
24  A   My role is simply to get an updated policies and
        procedures manual for the company.

Exhibit 2 Page 26 of 30

Case 3:03-cv-00174-RRB    Document 86-5    Filed 10/02/2006    Page 5 of 8

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF JOHN D. GILBERT
CASE NO. 3:03-CV-00174-RRB                                           MAY 31, 2006

Page 107

| | | |
|---|---|---|
| 1 | Q | As it applied to safety? |
| 2 | A | Yes, it's just strictly safety -- it's, again, it's a |
| 3 | | regurgitation of the federal and state and applicable |
| 4 | | Slope work procedures as they apply to OSHA |
| 5 | | regulations. And it's been done before. This was just |
| 6 | | updating a previous version that hadn't been done for |
| 7 | | years. |
| 8 | Q | And this would be because of changes in regulations and |
| 9 | | procedures that were followed except for..... |
| 10 | A | Sure. |
| 11 | Q | Okay. And what percentage of your time do you think |
| 12 | | you dedicated to doing this? |
| 13 | A | A lot at the end. I mean, we were all working |
| 14 | | feverishly to get this thing together. I spent a |
| 15 | | significant amount of time before I was let go, working |
| 16 | | on this document, you know, as we all did so -- |
| 17 | Q | Comparing your work with the people who were the safety |
| 18 | | specialists, were you spending a larger amount of your |
| 19 | | time doing this than they were? |
| 20 | A | Not necessarily, no. |
| 21 | Q | So, they -- we had safety specialists and you spending |
| 22 | | as you described it a huge amount of your time doing |
| 23 | | just this? |
| 24 | A | Correct. |
| | Q | Okay. And your job what -- within the grand scheme of |

Exhibit 2  Page 27 of 30

Case 3:03-cv-00174-RRB   Document 86-5   Filed 10/02/2006   Page 6 of 8

OHN GILBERT vs. APC NATCHIQ, INC.
CASE NO. 3:03-CV-00174-RRB

DEPOSITION OF JOHN D. GILBERT
MAY 31, 2006

Page 108

```
 1              things was to coordinate it all?
 2     A        Yes.  I was the point of contact to take it all and get
 3              it electronically into one spot and then, you know, I
 4              just had 3-ring binders, so I'd grab them and throw
 5              them in there and assemble everything -- get it in one
 6              spot.
 7     Q        Did you assign particular areas to different people to
 8              develop?
 9     A        I don't think I assigned them, I think we all just kind
10              of said hey, I'll do this, I'll do that, we all just
11              kind of went our merry way.  I don't think there was
12              any -- there was no master list that said you were
13              going to do this, and you're going to do that so --
14     Q        I'm looking at the exhibits that we marked as -- your
15              change out notes.
16     A        Okay.
17              MR. COVELL:  It might be 8 -- 7, I believe is
18     what you're referring to, 12001 is really --
19     A        G-7.
20              MR. COVELL:  Yes, G-7.
21     A        G-7.
22     Q        (By Ms. Zobel)  Yes.
23     A        Okay.  G-7.
24     Q        On Job 624 on page 4 of 5.  It refers to you -- the
                second line, that you finalized the manbasket lifting
```

Exhibit 2  Page 23 of 30

Case 3:03-cv-00174-RRB   Document 86-5   Filed 10/02/2006   Page 7 of 8

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF JOHN D. GILBERT
CASE NO. 3:03-CV-00174-RRB                                          MAY 31, 2006

Page 115

1     JVA?
2           MS. ZOBEL: A job vacancy announcement.
3           MR. COVELL: Okay. There we go. Thank you.
4           MS. ZOBEL: You've got to know the lingo.
5           MR. COVELL: MBA I know.
6 Q  (By Ms. Zobel) Among the meetings that you attended, I
7     showed you the one that was a staff meeting.
8 A  Uh-huh (affirmative).
9 Q  And then we talked about safety meetings that were
10    within the department, were there other meetings that
11    you would attend, such as a supervisor meeting?
12 A  There was a Phillips meeting, I think they called it
     the supervisors' meeting.
14 Q  Okay. And who would be asked to attend those?
15 A  Oh man, the list could be long there. It could be
16    everybody from Phillips.
17                 (Deposition Exhibit G-18 marked)
18 Q  Okay. This says distribution: all superintendents,
19    supervisors, and construction managers.
20 A  Okay.
21 Q  Okay. So that would be the people who would be
22    expected to attend?
23 A  Yes, and amongst others, you know, so --
24 Q  Okay. You wouldn't have attended these as a safety
25    specialist, would you?

Exhibit 2 Page 29 of 30

Case 3:03-cv-00174-RRB   Document 86-5   Filed 10/02/2006   Page 8 of 8

JOHN GILBERT vs. APC NATCHIQ, INC.　　　　　　DEPOSITION OF JOHN D. GILBERT
CASE NO. 3:03-CV-00174-RRB　　　　　　　　　　　　　　　　　　MAY 31, 2006

Page 116

```
 1   A      It's -- it's possible you could have attended as a
 2          safety specialist, yes.
 3   Q      It wasn't the expectation though?  You were -- it was
 4          a.....
 5   A      Correct.
 6   Q      .....supervisor's meeting?
 7   A      Correct.  But there again, if there was a need for
 8          somebody to be in there to go over a safety item, then
 9          there would be a specialist there so --
10   Q      Okay.  No, I'm talking about as a regular participant
11          in the meetings and not on any.....
12   A      Correct.
     Q      .....specific need?  Okay.  And the action item list
14          and the sidebars to action item list, these are things
15          that would be discussed, examples?
16   A      Uh-huh (affirmative).  Yes.
17   Q      Okay.
18                  MS. ZOBEL:  What exhibit number was this?
19                  COURT REPORTER:  G-18.
20                  MS. ZOBEL:  Thank you.  This is going to be
21   G-19.  Oh, you're having to get creative.
22                           (Deposition Exhibit G-19 marked)
23                  MR. COVELL:  Yes, this one's going vertical.
24   Q      (By Ms. Zobel)  Okay.  Tell me what this is?
25   A      Let's see.  I honestly don't remember what this is.
```

Exhibit 2 Page 30 of 30