Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 1 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.  
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH  
JUNE 1, 2006

Page 29

```
 1            unclear about the decisionmaking.  Are you saying
 2            decision making within this sphere of those meetings,
 3            and the issues that are being discussed there, or do
 4            you mean independent of that?
 5       A    The most -- most frequently decisions would have had
 6            to have been made to keep things progressed, like at
 7            those meetings, and also if other issues came up, I
 8            can't think of one specifically, but it could have
 9            been an HR-related matter, could have been someone
10            needing additional time off, shift change, problems
11            with someone's performance in the field of a given day
12            that needed to be addressed or other managerial
13            matters that I would have normally maybe been -- been
14            addressing.
15       Q    Okay.  Well, for instance, I think yesterday we heard
16            about apparently the administrative staff, Kim and
17            somebody else, seemed to be going at it as it were.
18            Is that a situation that you eventually dealt with and
19            got resolved?
20       A    Initially it was dealt with by Ron Kirk, which John's
21            alternate.
22       Q    Uh-hum.
23       A    And the resolution that he came up with wasn't
24            satisfying to the two people that had issues, so we --
25            it eventually made it to me, and we took a different
```

Exhibit 3 Page 10 of 18

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 2 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 30

```
 1         action.
 2   Q     And was that letting one of them go or.....
 3   A     Actually, no, we had a discussion of working more
 4         collaboratively together and fixing some problems.
 5         Eventually there was a reduction in force that
 6         eliminated one of those positions, but it was not
 7         associated with this performance issue.
 8   Q     Okay.  All right.  And so as far as specific examples
 9         of what a safety supervisor, or Mr. Gilbert might have
10         done as safety supervisor, outside of what we've
11         already discussed, do you have any other examples you
12         can give me?
13   A     If I was on shift, I would normally have been the
14         facilitator on some of the safety meetings.  And in my
15         absence, I expected those to continue to be held, and
16         the facilitator role of that fell to the supervisory
17         position.
18   Q     Okay.  If there was a -- and I don't know if this
19         happened or not, and you can comment in that regard,
20         but if there was a time when you're not there, and
21         there's no safety supervisor there, then would a
22         safety specialist be the facilitator for the meeting?
23   A     Only if they're stepped up into that supervisory role.
24   Q     Okay.  When Mr. Gilbert was a safety specialist, do
25         you know if he ever was stepped up into safety
```

Exhibit 3 Page 2 of 13

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 3 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 32

```
 1          -- and you have had safety specialists, safety
 2          supervisor, and safety coordinator -- is that the name
 3          of the coordinator job?
 4    A     The new position is called a safety coordinator.
 5    Q     Okay.  What activities are co-extensive to all those
 6          positions, if any?
 7    A     Ones that bridge all those positions?
 8    Q     Yeah.  In other words, what jobs, what tasks do each
 9          one of those guys do that are the, you know, if you do
10          -- for instance, does each one of those jobs do hot
11          work permits?
12    A     We're talking routine tasks or what tasks you may do?
13    Q     Well -- yeah.  Well, let's start with may.  Do each
14          one of those jobs do hot work permits?
15    A     Any of our positions may do a hot work permit.
16    Q     Okay.  And each one -- okay.  And the same as to
17          confined space entry?
18    A     That's correct.
19    Q     Okay.  The same as to walk-downs or audits?
20    A     That's correct.
21    Q     The same as to PP&G revision and update?
22    A     No.
23    Q     Okay.  Who would or wouldn't be doing that?
24    A     The specialist may have input into the language of a
25          particular policy or procedure but final authority
```

Exhibit 3  Page 12 of 18

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 4 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.                                    DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB                                                              JUNE 1, 2006

Page 33

```
 1            over the final content and for regulatory compliance
 2            and final approval would come from a higher authority,
 3            supervisor or manager's position.
 4    Q       Okay.  Did the supervisors routinely sign off on the
 5            revised PP&G?
 6    A       There is not a particular sign-off location on any of
 7            those policies.
 8    Q       If there's a new P -- a newer, revised PP&G, wouldn't
 9            that be something that's passed by you and got your
10            approval in one form or another?
11    A       Ultimately it would have to go to corporate for
12            approval.
13    Q       Okay.  All right.  Besides those tasks I mentioned to
14            my recollection and thinking, that comprises a large
15            portion of what a safety specialist does, and I think
16            you're telling me you don't -- or is that so?
17    A       That's only a portion of what they do.  Permitting is
18            actually probably only 20 percent of their activity.
19    Q       Okay.  So beyond that -- well, there's permitting and
20            auditing -- okay.  What else would you expect the
21            safety specialist to be doing?
22    A       From an auditing perspective, that does cover the
23            field presence of going out and being visible to
24            employees, looking for compliance, coaching of
25            employees in safe practices, just insuring that people
```

Exhibit 3   Page 13 of 18

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 5 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH
JUNE 1, 2006

Page 51

```
 1            to be paid for every hour worked without the overtime
 2            premium?
 3   A        More based on my interpretation of the -- kind of the
 4            80/20 rule of how much percentage of time that
 5            position would routinely perform duties that would
 6            fall into a non-exempt category.
 7   Q        Okay.  So the reason why the safety supervisor
 8            wouldn't get paid for every hour worked was because in
 9            your opinion they weren't spending 20 percent of their
10            time doing non-exempt work?
11   A        That's the largest component with the additional
12            component being that I viewed them to be more
13            supervisory in nature because of the department
14            configuration of the organization.
15   Q        Okay.  I think you've already told us you're not aware
16            of Carr's letter.
17                    MR. COVELL:  But let's go ahead and get that,
18   Madame Clerk, out of the B exhibits.
19                    MS. ZOBEL:  I'm going to object to questions
20   in which you're asking him to draw legal conclusions with
21   regard to these payments.  I think that's for the court to
22   decide in this case.
23                    MR. COVELL:  Okay.  That's fine.  Objection's
24   noted.
25                    COURT REPORTER:  So the last two look like the
```

Exhibit 3   Page 14 of 18

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 6 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB                                              JUNE 1, 2006

Page 64

```
 1           paragraph referencing 8 AAC 15.910(14) seem to set out
 2           the supervisory test?
 3    A      This supervisory test as spelled out here with these
 4           embedded employees mainly getting their daily task
 5           direction from their, as we called them at the time,
 6           clients that they were assigned to.  Even though they
 7           were internal APC personnel, we've referred to them as
 8           our clients from the safety department.  Their daily
 9           direction was determined a lot by their activities and
10           direction, so our functionality was less daily
11           direction and more administration facilitation,
12           scheduling, the HR functionality, department
13           directions, implementation of policy and procedure.
14    Q      Okay.  Thank you for that answer.  Does this seem to
15           set out what the test for a supervisory employee would
16           be?  That is, an exempt supervisory employee?
17                  MS. ZOBEL:  To the extent you're asking for a
18    legal conclusion, I object.
19                  MR. COVELL:  Thank you.
20    A      So what you're asking me, just for clarification is
21           the first.....
22                  MR. COVELL:  Let me withdraw the question.
23    A      .....the first indented paragraph?
24    Q      (By Mr. Covell)  Is this -- is this the test for a
25           supervisory employee exemption?
```

Exhibit 3  Page 15 of 18

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 7 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.  
CASE NO.: 3:03-CV-00174-RRB

DEPOSITION OF DOUGLAS L. SMITH  
JUNE 1, 2006

Page 65

```
 1   A      As I know of it, yes.
 2   Q      Okay.  All right.  All right.  And then did the
 3          position of safety supervisor that Mr. Gilbert
 4          occupied meet this test for exemption?
 5   A      So for clarification, you're asking me if that
 6          position met the exemption per this test as
 7          supervisory?
 8   Q      Right.
 9   A      I -- I feel like it does not meet supervisory, that it
10          meets administrative more than supervisory based on
11          the context of this paragraph.
12   Q      Okay.  And which elements of this paragraph doesn't
13          the safety supervisor position meet?
14   A      The being employed solely for the purpose of regularly
15          assigning the activities, directing activities of
16          other employees.  So -- and the regularly assigning,
17          that regularly assigning component is more of a
18          functionality that took place at the embedded site.
19   Q      Okay.  Okay.  And then -- let's see.  And then would
20          you say the safety supervisor was responsible for
21          results of the work performed of other employees?  I
22          guess would you -- okay.  Would you say that's so or
23          not, the safety supervisor is responsible for the
24          results of the work performed by other employees?
25   A      Not directly.  The specialists were more responsible
```

Case 3:03-cv-00174-RRB   Document 86-7   Filed 10/02/2006   Page 8 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.                    DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB                                            JUNE 1, 2006

Page 66

```
 1          for their performance at their embedded location than
 2          transferred to supervisor.
 3     Q    Okay. So if the specialist was having a product -- or
 4          a work product problem, you'd go talk to the
 5          specialist and not Mr. Gilbert and say -- is that
 6          fair?
 7     A    No, John or I both may talk to that person. The
 8          supervisor or the manager may speak to that person on
 9          performance, but as I read -- understand, this is to
10          be more of an accountability perspective, that the
11          supervisor would be accountable for the performance of
12          his employees working under him.
13     Q    Okay. And it's -- am I correct in understanding that
14          you never did an analysis of any other positions
15          besides Fort Greeley for APC or otherwise that
16          entailed this -- the issue of whether or not an
17          individual would get paid for, quote, all hours
18          worked, unquote?
19     A    That's correct.
20     Q    Okay. All right. There are numerous people in the
21          safety specialist and supervisor position, and
22          numerous people have gone through those jobs. Do you
23          think as a whole that they would agree or disagree
24          with the proposition that largely the safety
25          supervisor did the same work as the safety specialist?
```

Exhibit 3   Page 17 of 18

Case 3:03-cv-00174-RRB  Document 86-7  Filed 10/02/2006  Page 9 of 9

JOHN GILBERT vs. APC NATCHIQ, INC.  DEPOSITION OF DOUGLAS L. SMITH
CASE NO.: 3:03-CV-00174-RRB  JUNE 1, 2006

Page 73

| | | |
|---|---|---|
| 1 | | could or couldn't do in that regard, right? |
| 2 | A | I don't think entirely. I think you asked me if he |
| 3 | | performed any disciplinary action or had hire and fire |
| 4 | | authority correct? |
| 5 | Q | Right. |
| 6 | A | And in -- as I look to that position, when we were |
| 7 | | making changes to a department, when -- and the |
| 8 | | organization when through a metamorphosis quite a bit |
| 9 | | during John's tenure, that that position was -- was |
| 10 | | consulted with on who was our top performers as we |
| 11 | | were reducing personnel. You know, who were the |
| 12 | | keepers and who were the guys who were at the bottom |
| 13 | | of performance level. |
| 14 | Q | Okay. All right. And we talked about -- well, did he |
| 15 | | ever discipline anybody that you know of? |
| 16 | A | Not in my recollection was there any disciplinary |
| 17 | | action handed out from that position. |
| 18 | Q | Okay. All right. |
| 19 | A | I'd like to clarify one thing. |
| 20 | Q | Sure. |
| 21 | A | That in my whole tenure there, I only took one |
| 22 | | disciplinary action in the whole time, so it wasn't |
| 23 | | very frequent. |
| 24 | Q | Okay. Okay. Approval of timesheets and other |
| 25 | | employee/management functions. Did the safety |

Exhibit 3 Page 8 of 13