IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,            ) | |
|                               ) | |
|         Plaintiff,   ) | |
|                               ) | |
| v.                            ) | |
|                               ) | |
| APC NATCHIQ, INC.,     ) | |
|                               ) | |
|        Defendant.    ) | |
|                              ) Case No. 3:03-CV-00174-RRB | |
|                               ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT TO DISMISS PLAINTIFF'S OVERTIME CLAIMS UNDER THE ADMINISTRATIVE EXEMPTION BY APC NATCHIQ INC. AT DOCKET NO. 38**

Defendant, APC Natchiq, Inc., by and through its attorneys DeLisio, Moran, Geraghty & Zobel, P.C., moves this court for an extension of time to file its Reply to Plaintiff's Response to Motion for Partial Summary Judgment to Dismiss Plaintiff's Overtime Claims Under the Administrative Exemption by APC Natchiq Inc. Docket No. 41. Defendant's response is currently due on October 10, 2006. Defendant requests that this due date be extended until **October 23, 2006.** Counsel for defendant has discussed the requested extension with plaintiff's counsel, who

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

00105964 – Unopposed Motion for Ext. of Time

Page 1 of 2

does not oppose the request. Defendant, therefore, requests that the court enter the submitted order granting the extension.

DATED this 10th day of October, 2006, at Anchorage, Alaska.

                        DeLISIO MORAN GERAGHTY & ZOBEL
                        Attorneys for Defendant,
                        APC Natchiq, Inc.

                               /s/ Patricia L. Zobel

                By: _____
                        Patricia L. Zobel
                        Bar No. 7906067
                        E-Mail: pzobel@dmgz.com
                        943 W. Sixth Avenue
                        Anchorage, AK 99501
                        Telephone: 907-279-9574
                        Facsimile: 907-276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 10th day of October, 2006,
to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

   /s/ Leah Prince

By:_____
    Leah Prince

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
____
(907) 279-9574

00105964 – Unopposed Motion for Ext. of Time

Page 2 of 2