IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:03-CV-00174-RRB |
| | ) |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT TO DISMISS PLAINTIFF'S OVERTIME CLAIMS UNDER THE ADMINISTRATIVE EXEMPTION BY APC NATCHIQ INC. AT DOCKET NO. 38

THIS MATTER having come before the court on defendant, APC Natchiq, Inc.'s Motion for an Extension of Time to File Reply to Plaintiff's Response to Motion for Summary Judgment to Dismiss Plaintiff's Overtime Claims Under the Administrative Exemption by APC Natchiq Inc. at Docket No. 38, and the court having considered the unopposed motion,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's response will be due on or before **October 23, 2006.**

DATED: 10/10/06         S/RRB
                        THE HONORABLE RALPH R. BEISTLINE
                        UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00105965 - Proposed Order for Unopposed Motion for Ext. of Time
*Gilbert v. APC Natchiq, Inc.*, Page 1 of 2