## August 12 – August 18

August 2007 · September 2007

**Monday, August 12**
Steve Carter and Kurt Armstrong
Parts and parts,
B'dry of Townshp KIC 7972
1pm?

13 hours

**Tuesday, August 13**
we shop today KIC
Marlene — Benefits via
Terry Allen — Ewing??

12.5 hours

**Wednesday, August 14**
Spoke to ~ @ KCS —
— RCon
— CD's
— Hangar
— need storage cabinet
E-a/b — warehouse today
office

13.
6am – 7pm

**Thursday, August 15**
Lee Shanluns x 7540
instruments are done —
who is tracking? EH stuff
New title — safety and IH
what happened to supervisor?
Ble — not explained

**Friday, August 16**
PP and Cr — need to get going
again —
office 12 hours 6–6

**Saturday, August 17**
office 12 hours 6–6

**Sunday, August 18**
worked on IH/PP/Cr stuff
office — field 12 hours

Exhibit 3 Page 1 of 1       0088