IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,              )
                           )
        Plaintiff,         )
v.                         )
                           )
APC NATCHIQ, INC.,         )
                           )
Defendant.                 )
                           )   Case No. 3:03-CV-00174-RRB
                           )
```

**UNOPPOSED MOTION TO ACCEPT LATE FILING OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE LIQUIDATED DAMAGES AT DOCKET # 79**

Defendant, APC Natchiq, Inc., by and through its attorneys, Delisio, Moran, Geraghty & Zobel, PC, hereby moves the court to accept the late filing of its reply to plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment re Liquidated Damages. The respective motion was filed at docket no. 79. Defendant has conferred with plaintiff's counsel who has agreed to grant an extension and allow the late filing on or before **October 23, 2006.**

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00106106.doc – Unopposed Mtn. for Reply re: Liquidated Damages

Page 1 of 2

DATED this 16th day of October, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL
Attorneys for Defendant,
APC Natchiq, Inc.

/s/ Patricia L. Zobel

By: _____
Patricia L. Zobel
Bar No. 7906067
E-Mail:  pzobel@dmgz.com
943 W. Sixth Avenue
Anchorage, AK 99501
Telephone:  907-279-9574
Facsimile:  907-276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 16th day of October, 2006,
to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

/s/ Leah Prince

By:_____
    Leah Prince

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033
\_\_\_\_
(907) 279-9574

00106106.doc – Unopposed Mtn. for Reply re: Liquidated Damages

Page 2 of 2