IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:03-CV-00174-RRB |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION TO ACCEPT LATE FILING OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE LIQUIDATED DAMAGES AT DOCKET #79**

THIS MATTER having come before the court on Defendant's Motion to Accept Late Filing of its Reply to Plaintiff's Opposition filed at Docket No. 79, and the court having considered the unopposed request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's reply is due on or before October 23, 2006.

DATED:_____            _____
                              THE HONORABLE RALPH R. BEISTLINE
                              UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

106107 – Proposed Order for Reply Re: Liquidated Damages

Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 16th day of October, 2006,
to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

   /s/  Leah Prince

By:_____
     Leah Prince

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

106107 – Proposed Order for Reply Re: Liquidated Damages

Page 2 of 2