UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>   GILBERT   </u>  v.  <u> APC NATCHIQ INC. </u>

DATE: <u>   October 16, 2006   </u>   CASE NO. <u>   3:03-CV-0174-RRB   </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING LATE FILING**

---

The Unopposed Motion to Accept Late Filing of Reply, filed on October 16, 2006, at Docket 93, is hereby **GRANTED**. Defendant's reply to its Motion for Summary Judgment to Dismiss Liquidated Damages Claim at **Docket 34** shall be filed on or before **October 23, 2006.**

The Court notes that Defendant's reply was due on September 29, 2006, and was placed under advisement by the Court on October 3, 2006. The parties are advised that any future stipulations for extensions of time shall be filed with the Court **on or before** the filing deadline from which a party is requesting an extension.

M.O. GRANTING EXTENSION