KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A03-0174CV (RRB) |

**RENEWED DEMAND FOR PAYMENT, PURSUANT TO AS 23.10.060 and 8 AAC 15.100; SUBSEQUENT TO COURT ORDER FILED AT DOCKET NO. 90**

COMES NOW, Plaintiff John Gilbert, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and hereby, yet again, demands that APC Natchiq, Inc., pursuant to AS 23.10.060 and 8 AAC 15.100, pay all overtime wages due Mr. Gilbert for his employment as a Safety Specialist, from June 20, 2001 through December 31, 2001.  In August 2006, defendant paid plaintiff $8,988.85 for wages and overtime due for this period.  After taxes and other deductions, the net amount was $5,693.00.

On October 10, 2006, filed at docket no. 90, the United States District Court for the District of Alaska at Anchorage ordered that the regular rate in this case shall be paid according to 8 AAC

15.100 (Exhibit 1).  As of that date, defendants unquestionably owed the $36,516.80.  They have only paid $8,988.85 leaving a net amount of $27,527.95 due.  The method of calculation used to obtain this amount has been previously produced by Plaintiff at Bates Nos. 0148 – 0151.  Plaintiff continues to demand, and renews his demand for payment for overtime and wages while employed as a Safety Specialist with APC.  Payment may be made to Plaintiff, care of counsel, at his place of business.

DATED this 31st day of October, 2006.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 10/31/06
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell