1  A       No.

2  Q       Or since?

3  A       No.

4  Q       Now in your work with APC, you were paid in what

5          method, day rate?

6  A       Yes.

7  Q       That's a question mark.  Okay.  And your day rate went

8          up a variety of times based upon how long you'd been

9          with the company, is that correct?

10 A       I had several pay raises while I was there, that's

11         correct.

12 Q       Okay.  And your last, I think we established was 475 an

13         hour, correct?

14 A       Correct.

15              MR. COVELL:   That's a day.

16              MS. ZOBEL:   What did I say, an hour?

17              MR. COVELL:   I think so.

18 A       An hour.

19 Q       (By Ms. Zobel)  Okay.  Did you have a contract with APC

20         Natchiq?

21 A       No.

22 Q       Now the number of hours that you actually worked per

23         day, did that fluctuate?

24 A       Yes.

25 Q       Did you have an understanding with the company as to a

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT  B
PAGE  1  OF  2

| | | |
|---|---|---|
| 1 | | minimum number of hours that you were expected to work |
| 2 | | in exchange for the day rate? |
| 3 | A | That would have been 12 hours. |
| 4 | Q | Okay.  That was your understanding of the expectation? |
| 5 | A | Yes. |
| 6 | Q | Okay.  And you've provided us with -- or your counsel |
| 7 | | did, a series of calendars that are dated and show the |
| 8 | | dates that you were on the Slope. |
| 9 | A | Yes. |
| 10 | Q | Okay.  And these are previously then -- I did not mark |
| 11 | | those as exhibits to this deposition.  I just want to |
| 12 | | confirm some information regarding them. |
| 13 | A | Okay. |
| 14 | Q | They are marked, for the record, beginning 0033 and |
| 15 | | they go through 115 -- 0115.  And those records -- |
| 16 | | first of all, is that your handwriting on them? |
| 17 | A | Yes, it is. |
| 18 | Q | And did you keep these while you were working there |
| 19 | | contemporaneous? |
| 20 | A | Yes, I did.  I kept them every day. |
| 21 | Q | Okay.  And why did you do this? |
| 22 | A | Habit.  Same book here. |
| 23 | Q | Do you do that in your current job? |
| 24 | A | Yes, I do. |
| 25 | Q | And these record the number of hours, I'm assuming, |

***METRO COURT REPORTING***

*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT B
PAGE 2 OF 2