# DeLisio Moran Geraghty & Zobel, P.C.

Law Offices

Joseph M. Moran
Michael C. Geraghty
Patricia L. Zobel
Deirdre Darling Ford
Bruce A. Moore
Tregarrick R. Taylor
Adolf V. Zeman
Danielle M. Ryman

Stephen S. DeLisio, *Of Counsel*

August 8, 2006

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK 99701

Re: *Gilbert v. APC Natchiq, Inc.*
    Our File No: 6385.047

Dear Ken:

Enclosed please find a check payable to John Gilbert for his overtime pay during the time period that he was a safety specialist. The calculation is based upon the federal act as outlined in our motion for summary judgment. There is no accord or satisfaction intended, and Mr. Gilbert may cash this check without any admissions or limitations.

Very truly yours,

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.

By: *[signature]*
    Patricia L. Zobel

Enclosure
cc: Rick Owen, Esq.
102078v4

Gilbert v. APC, 3:03-CV-00174
Ltr. To Ken Covell tendering overtime pay

EXHIBIT C
PAGE 1 OF 2

| Employee Name | | Social Security # | | Employee No. | | Organization | |
|---|---|---|---|---|---|---|---|
| John Gilbert | | ***-**-3420 | | 7480 | | O&M 212 KUPARUK | |
| Period Start | Period End | Payment Date | | Check No. | Base Salary | Sick Hours | Vac. Hours |
| 17-JUL-2006 | 23-JUL-2006 | 26-JUL-2006 | | 449037 | 47.50 | 0 | 0 |
| Federal Filing Status | | Federal Allowances | State Filing Status | | | State Allowances | |
| Married | | 1 | No State Withholding Tax (AK) | | | 0 | |

**EARNINGS**

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| Misc Compensat | 0.00 | 8988.85 | 8988.85 |

**DEDUCTIONS**

| Description | Amount | Year To Date |
|---|---|---|
| FIT | 2562.36 | 2562.36 |
| MEDICARE | 130.34 | 130.34 |
| SS | 557.31 | 557.31 |
| (AK) SUI | 45.84 | 45.84 |

**SUMMARIES:**

| | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 8988.85 | 8988.85 |
| PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
| TAX DEDUCTIONS | 3295.85 | 3295.85 |
| OTHER DEDUCTIONS | 0.00 | 0.00 |
| **NET PAY** | **5693.00** | **5693.00** |

---

ASRC Energy Services

**Payroll Check**
Wells Fargo Alaska, N.A.
301 W. Northern Lights Blvd
Anchorage, Alaska 99503

89-5
1252

ASRC Energy Services
Operations and Maintenance

3900 C Street
Anchorage, Alaska 99503

| DATE | CHECK NO. |
|---|---|
| 26-JUL-2006 | 449037 |

PAY THIS AMOUNT  *****$5,693.00

PAY  ■FIVE THOUSAND SIX HUNDRED NINETY-THREE DOLLARS AND ZERO CENTS**********

To The
Order Of:  John Gilbert
PO Box 1149
Challis ID 83226

Void Over $5,693.00

⑆449037⑆ ⑈125200057⑈ 37⋯78279⋯

---

Gilbert v. APC, 3:03-CV-00174
Ltr. To Ken Covell tendering overtime pay

EXHIBIT  E
PAGE  2  OF  2