KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| APC NATCHIQ, INC. | ) ) |
| Defendants. | ) ) |
| | ) Case No. A03-0174CV (RRB) |

## ATTORNEY'S REQUEST FOR HEARING

COMES NOW, plaintiff John Gilbert, by and through undersigned counsel, the Law Office of Kenneth L Covell, and hereby requests the court to put on a status hearing in this matter. Plaintiff's counsel is unavailable 12/23/06 through 1/8/07.

There are a number of important issues standing before the court, and resolution of these issues would advance the litigation.

1. The Motion concerning Exemption (Doc 42) as to the Safety Supervisor position is pending.

2. The court has ordered (Doc 90) that Gilbert's regular rate be calculated pursuant to 8 AAC 15.100.  As Gilbert was paid a daily salary, this is a simple calculation of dividing a daily salary by eight hours.  The defense argued the salary should be annualized, and then calculated on a weekly basis.  Plaintiff Gilbert asks the court to confirm its order for calculation of regular rate pursuant to 8 AAC 15.100 (Doc 90).

3. The court, in n9 of its order regarding Partial Summary Judgment (Doc 30) dismissed Gilbert's contract cause of action claim.  This ruling was not clear to plaintiff's counsel until sometime after the issuance of the order.  In any event, defense counsel has found persuasive state authority, where the same issue was decided by Judge Savell, in plaintiff's favor, and allows a contract claim for year three (Doc 101).  Further, plaintiff is asking for reconsideration of the contract issue on this basis.

4. Also pending is a Motion to Strike Plaintiff's Expert (Doc 36); and Plaintiff's Motion for Partial Summary Judgment regarding a 90-Day Penalty for unpaid wages, pursuant to AS 23.05.140(d) (Doc 44).

5. In addition, any other pending motions, and any omnibus issues could be addressed at that time.

RESPECTFULLY SUBMITTED this 21st day of December, 2006.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 12/21/06
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell