UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  GILBERT  </u>  v.  <u> APC NATCHIQ INC. </u>

DATE:  <u>  December 22, 2006  </u>   CASE NO.  <u>  3:03-CV-0174-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      Pursuant to Plaintiff's request at Docket 104, oral argument (1 hour) will be held on all pending motions on **Thursday, January 18, 2007,** at **1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska. Telephonic participation can be arranged by contacting Carolyn Bollman at 907-451-5791 prior to the hearing.

      If it is determined that oral argument is not necessary, the hearing will be vacated and orders will enter based upon the parties' filings.

M.O. SCHEDULING HEARING