UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  GILBERT   v.   APC NATCHIQ INC.  

DATE:   January 10, 2007     CASE NO.   3:03-CV-0174-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE MOTION AT DOCKET 42**

---

      Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to Plaintiff's Motion for Partial Summary Judgment on the Issue of Exemption at Docket 42. See Mahon v. Credit Bureau of Placer County, Inc., 171 F.3d 1197, 1200 (9th Cir. 1999)(explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

      Oral argument on the pending motions remains scheduled for **January 18, 2007,** at **1:30 p.m.**, in Courtroom 1 in Anchorage, Alaska.

M.O. RE MOTION AT DOCKET 42