Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT,                       )<br>                                             )<br>         Plaintiff,                 )<br>                                             )<br>vs.                                        )<br>                                             )<br>APC NATCHIQ, INC.              )<br>                                             )<br>         Defendant.             )<br>_____) | Case No. 3:03-CV-00174 RRB |

### ORDER

IT IS HEREBY ordered that defendant APC is to pay plaintiff Gilbert a total of $113,810.94 in satisfaction of his straight time and overtime claim for the period of 6/1/01 – 4/13/03.  APC's August 2006 payment of $8,988.85 reduces the above amount, so that APC should now pay plaintiff Gilbert $104,822.09

ORDERED this _____ day of _____, 2007.

_____
**Judge Beistline**

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**

Dated: 1/29/07
By:     /s/ Emily S. Ervin
          Emily S. Ervin for Kenneth L. Covell