IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No.: 3:03-CV-00174-RRB |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR OPPOSITION/REPLY TO PLAINTIFF'S RESPONSE TO ORDER CALCULATION MONIES OWED PLAINTIFF IN ACCORDANCE WITH *PIQUNIQ V. REEVES*, 965 P.2D 732 (ALASKA 1998) AS ORDERED AT DOC 109 CONTAINED IN DOCKET 110.**

Defendant, APC Natchiq, Inc., by and through its attorneys DeLisio Moran Geraghty & Zobel, P.C., moves this court to extend the deadline for filing its opposition/reply to "Plaintiff's response to order calculation of monies owed plaintiff in accordance with *Piquniq V. Reeves*, 965 P.2D 732 (Alaska 1998) as ordered at Doc 109" (Docket 110) until **February 20, 2007.** Counsel for Defendant has conferred with Plaintiff's counsel and understands that he does not oppose the requested extension.

DATED this 10th day of February, 2007, at Anchorage, Alaska.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

108610 – Unopposed Motion to Extend Deadline for Opposition/Reply
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 1 of 2

```
                                    DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                                    Attorneys for APC Natchiq, Inc.

                                        /s/ Patricia L. Zobel
                                By:_____
                                        Patricia L. Zobel
                                        Bar No. 7906067
                                        E-Mail: pzobel@dmgz.com
                                        Danielle M. Ryman
                                        Bar No. 9911071
                                        E-Mail: dryman@dmgz.com
                                        943 West 6th Avenue
                                        Anchorage, Alaska 99501
                                        Telephone: (907) 279-9574
                                        Facsimile: (907) 276-4231
```

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 10th day of February, 2007,
to the following:

Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

```
        /s/ Cheryl Eelbode
By:_____
        Cheryl Eelbode
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

108610 – Unopposed Motion to Extend Deadline for Opposition/Reply
*Gilbert v. APC Natchiq*, Case No.: 3:03-cv-00174 RRB; Page 2 of 2