KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net
Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A03-0174CV (RRB) |

**ATTORNEY'S REQUEST FOR HEARING AND REPLY TO DEFENDANT'S**


**REPLY TO PLAINTIFF'S RESPONSE TO ORDER REGARDING CALCULATIONS OF MONEYS OWED AT DOCKET 110**


Defendant insists that Gilbert's daily salary must be annualized in order to properly calculate the moneys owed Gilbert.

Piquniq Mgmt. Co. v. Reeves, 965 P 2d 732 (Alaska 1988) nowhere says that a salary needs to be annualized in order to calculate overtime damages.  The fact was that in Piquniq, Reeves was paid on an annual salary.

*Gilbert v. APC*, Case No. A03-0174CV (RRB)                                    Page 1 of 2
Attorney's Request for Hearing and Reply to Defendant
Reply to Plaintiff's Response to Order regarding Calculations of Moneys Owed at Docket 110

The defendant claims that <u>Piquniq</u> requires annualization of daily salary is just plain wrong.[1]

The defendant's argument is unfounded in law.

Should the court decide that annualization of the salary is appropriate, then the Court ought to take Gilbert's daily salary and multiple it by 365 and continue the calculation thereon.

The defendant's argument is unfounded in logic, in that the hourly rate they arrive at is lower than even one of the claimed rates it was paying Gilbert on one of its personnel documents.

Plaintiff requests the court sign the order that plaintiff has submitted.  In alternative, if the court is inclined towards defendant's skewed interpretations of case law and regulation, plaintiff suggests the court needs to certify this question to the State Court(s).

Plaintiff's counsel is unavailable for oral argument March 5 through March 25.

RESPECTFULLY SUBMITTED this 26th day of February, 2007.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel
DeLisio Moran Geraghty & Zobel
943 W. 6th Ave.
Anchorage, AK 99501**

Dated: 02/26/06
By:     /s/ Joyce Shoults
        Joyce Shoults for Kenneth L. Covell

---

[1] 8 AAC 15.100(a) says "the regular rate is an hourly rate figured on a weekly basis."  The regulation says nothing about annualizing salary.

*Gilbert v. APC*, Case No. A03-0174CV (RRB)                                          Page 2 of 2
Attorney's Request for Hearing and Reply to Defendant
Reply to Plaintiff's Response to Order regarding Calculations of Moneys Owed at Docket 110