KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| APC NATCHIQ, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:03-cv-00174-RRB |

**<u>ERRATA</u>**
**<u>EXHIBIT A TO (Doc 115) REPLY TO RESPONSE TO ORDER</u>**
**<u>REGARDING CALCULATIONS OF MONIES OWED (at Doc 110)</u>**

COMES NOW, plaintiff John Gilbert, by and through undersigned counsel, the Law Office of Kenneth L Covell, and hereby attaches this Exhibit A to Doc 115, plaintiff's reply to response to Order Regarding Calculations of Monies Owed (at Doc 110).

The attached Exhibit A should have been filed with Document 115, but was inadvertantly left out.  This document, which is one of APC's personnel documents, shows an hourly rate for Gilbert of $47.50 (page 2), beginning 1/3/2002 which is contrary to defendant's Reply (Doc 114) to Plaintiff's Response to the Order (filed at Doc 110).

*Gilbert v. APC,* Case No. 3:03-cv-00174 RRB
Exhibit A to Doc 115

RESPECTFULLY SUBMITTED this 27th day of March, 2007.

LAW OFFICES OF KENNETH L. COVELL
Attorney for John Gilbert

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel**
**DeLisio Moran Geraghty & Zobel**
**943 W. 6th Ave.**
**Anchorage, AK 99501**

Dated: 3/27/07
By:     /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell