# NATCHIQ, INC.

**Employee Information Record**

Oracle Employee ID #: **7480**

| COMPANY | ☒ APC | ☐ APEL | ☐ HCC | ☐ HCC/NANA | ☐ NATCHIQ |
|---|---|---|---|---|---|
| | ☐ APC/WOOD | ☐ GLOBAL PC | | | ☐ OMEGA |

APC PHILLIPS OPERATIONS DEPARTMENT

☐ New Hire  ☐ Rehire  ☐ Return From Leave of Absence  ☒ Information Change Only  Rate Increase with Position Change: ____

☐ Transfer  From: ____  To: ____  non union transfers only  Supervisor's Release: ____

## PERSONAL INFORMATION    (USE BLACK PEN PLEASE)    Kuparuk Emp No. **6804**

| Last Name | First Name | MI | Sex | Social Security # | Date of Birth |
|---|---|---|---|---|---|
| Gilbert | John | D | ☒ Male ☐ Female | 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 | 12/7/63 |

Mailing Address: ____  City: ____  State: ____  Zip: ____

Physical Address: ____  City: ____  State: ____  Zip: ____

Telephone: ____  Emergency Contact (Name): ____  Emergency Telephone: ____

ASRC Shareholder? ☐ Yes  ☒ No    Is Spouse an ASRC Shareholder? ☐ Yes  ☒ No

Name of Spouse: ____

Previously Employed by ASRC or a Subsidiary?  ☐ Yes  ☐ No  Company: ____

Original Employment Date: ____  Separation Date: ____  Previous Supervisor: ____

## EMPLOYMENT INFORMATION    (OFFICE USE ONLY)    JVA NO.

☒ Exempt  ☐ Non-Exempt

Organization: **APC PHILLIPS OPERATIONS DEPT**

Job Code: 00000.Craft Staff SupSfty. J. Supervisor Safety

Location: **KUPARUK**

Effective Date: 1/3/2002  Title: Safety Supervisor

Rate of Pay $ **475.00**  ☐ Hourly  ☒ Day Rate  ☐ Salary

Standard Work Week Hours: 70

Workers' Compensation Code: 008810 office staff

Project No.: 2624  ACES Code: 17900 J

☒ Full-time -- Regular  ☐ PT Reg<19 hours  ☐ PT Reg>30 hours
☐ Full-time -- Temporary  ☐ PT Reg>20 hours  ☐ Part-time -- Temporary

## SIGNATURES

By signing below, the employee acknowledges they have read, understand and agree to the above information. A copy of this form will be provided to the employee. Natchiq offers Automatic Payroll Deposit to all employees. If an employee waives Automatic Payroll Deposit, the employee's payroll check will be forwarded to their respective work site each Friday.

Employee Signature: *John Gilbert*  Date Signed: 1-4-02

Witness Signature: ____  Date Signed: ____

Immediate Supervisor: ____  Date Signed: ____

Department Manager: *[signature]*  Date Signed: 1-4-02

2000  1/7/02  Training Server Org Code: ____

APC0020

| | | | | |
|---|---|---|---|---|
| **JOHN D GILBERT** | | | | |
| Employee ID: | 7480 | Job No: | 626 | ORA Emp ID: | 7460 |
| First Name: | JOHN D | Last Name: | GILBERT | | |
| Status: | 4 | Supervisor: | SMITH, DOUG L | Man Day: | 10.0 |
| Sex: | Male | Alternate: | | Craft Code: | 17900J |
| Hire Date: | 1/30/2001 | Grp Responsible: | S | Pay Type: | Daily |
| Terminated: | 4/22/2003 | Safety Group: | STAFF | Emp. Rate: | $47.50 |
| Returning: | | Work Dept: | STAF | Subsistence: | |
| | | Work Phone: | (907) 659-7435 | | |
| NS Resident: | No | Pager: | 298 | Email Address: | n1102@conocophillips.cc |
| Veteran: | | Mobil Phone: | | Radio Call#: | |
| Vet. Desc: | | Fax: | (907) 659-7207 | Badge No: | |
| | | Personal Info | | | |

Record: 2 of 2 (Filtered)

1/13/03 to 4/22/03 ?

Need