KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICES OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
Attorneys for the Plaintiff

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOHN GILBERT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| APC NATCHIQ, INC. | ) ) |
| Defendants. | ) ) Case No. A03-0174CV (RRB) |

## REPORT REGARDING READINESS FOR TRIAL MINUTE

## ORDER FILED AT DOC 118

The court issued an order requesting status by 4/16/07.

Counsels have attempted to communicate with each and have to a minor degree.  However, between their two busy schedules it has been difficult.  Gilbert suggests the court go ahead and schedule a trial date setting conference sometime in mid to late May if time is available there.

Settlement has not yet been seriously explored.  Whether or not more discovery is necessary is an open question and whether or not additional motion practice would be helpful to the resolution of the case is also an open question.

Undersigned counsel is out of town the week of 4/16 and is also unavailable the week of 5/29.

Currently an offer has been made and a counter-offer is expected. Counsel would suggest putting the status report off until May 4, 2007.

RESPECTFULLY SUBMITTED this 16th day of April, 2007.

        LAW OFFICES OF KENNETH L. COVELL
        Attorney for John Gilbert

        /s/Kenneth L. Covell
        712 8th Ave.
        Fairbanks, AK 99701
        Phone: 907.452.4377
        Fax: 907.451.7802
        E-mail: kcovell@gci.net
        Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent to the following attorney(s):

**Patricia Zobel** pzobel@dmgz.com

Dated: 4/16/07
By:   /s/ Emily S. Ervin
     Emily S. Ervin for Kenneth L. Covell