UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>GILBERT</u>  v.  <u>APC NATCHIQ</u>

DATE:  <u>April 20, 2007</u>        CASE NO.  <u>3:03-CV-0174-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A trial setting conference will be held in this matter on **Thursday, May 10, 2007, at 11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska. Counsel and parties needing to attend telephonically are to call Carolyn Bollman, 907-451-5791, at least two working days prior to the hearing to make appropriate arrangements.

M.O SCHEDULING HEARING