IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>APC NATCHIQ, INC., )<br>)<br>Defendant. )<br>) | <br><br><br><br><br>Case No. 3:03-CV-00174-RRB |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET TRIAL-SETTING CONFERENCE

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Reset Trial-Setting Conference, and the court having considered the unopposed request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The trial-setting conference currently set for May 10, 2007 at 11:00 a.m. is hereby reset for the _____ day of _____ _____, 2007 at the hour of _____ a.m./p.m.

DATED: _____

                                        THE HONORABLE RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT COURT JUDGE

This is to certify that a true

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110840 – Proposed Order Granting Motion to Reset Conference
Page 1 of 2

copy of the foregoing was served
via electronic service or U.S.
mail this 1st day of May, 2007,
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By: /s/ Cory L. Hitchcock
    Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110840 – Proposed Order Granting Motion to Reset Conference
Page 2 of 2