IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:03-CV-00174-RRB |
| | ) |

**AFFIDAVIT OF PATRICIA L. ZOBEL**

STATE OF ALASKA       )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Patricia L. Zobel, being first duly sworn upon oath, deposes and states:

1. I am the attorney of record for APC Natchiq, Inc. in the above-captioned case, am over the age of eighteen, competent to testify, and have personal knowledge of the matters stated in this affidavit.

2. On or about April 25, 2007 and again on May 1, 2007, I spoke with counsel for Plaintiff, Kenneth Covell, by telephone and, both times, he informed me he had no objection to resetting the trial-setting conference currently set for May 10, 2007 at 11:00 a.m. for a later date.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110837 Affidavit of Patricia L. Zobel
Page 1 of 3

3. The parties are currently in the midst of serious settlement negotiations and believe settlement is possible if given more time. It is the parties' intention to avoid unnecessarily burdening the Court's docket and resources by having a trial-setting conference when there is a substantial likelihood that the above-captioned case will settle rather than going forth with trial.

4. Undersigned, counsel of record for APC Natchiq, Inc., will also be out of town and unavailable on the date set for the conference.

5. Defendant respectfully requests that the trial-setting conference of May 10, 2007 be reset for sometime in June 2007 or later to allow the parties adequate time to exhaust other resolutions before setting a trial date and the associated deadlines.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED this 1st day of May, 2007, at Anchorage, Alaska.

_____
Patricia L. Zobel

SUBSCRIBED AND SWORN to before me this 1st day of May, 2007.



_____
Notary Public in and for Alaska
My Commission Expires: 07-25-08

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

6385.047 110837 Affidavit of Patricia L. Zobel
Page 2 of 3

This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 1st day of May, 2007,
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By:   /s/Cory L. Hitchcock
      Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110837 Affidavit of Patricia L. Zobel
                     Page 3 of 3