IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:03-CV-00174-RRB |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION TO RESET TRIAL-SETTING CONFERENCE**

COMES NOW Defendant, APC Natchiq, Inc., and hereby requests the trial-setting conference currently set for May 10, 2007 at 11:00 a.m. before Judge Beistline be reset for a date in June 2007 or later.

Defendant's motion is unopposed by Kenneth Covell, counsel for Plaintiff, as the parties are currently in the midst of serious negotiations to settle this matter. Counsel of record for APC Natchiq, Inc. will also be out of town and unavailable on the date set for the conference. A month's delay in setting the trial date and associated deadlines would potentially save the Court valuable time and resources.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110835 Unopposed Motion to Reset Trial-Setting Conference
Page 1 of 2

DATED this 1st day of May, 2007 at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL
Attorneys for Defendant,
APC Natchiq, Inc.


By:   /s/Patricia L. Zobel
      Patricia L. Zobel
      Bar No. 7906067
      E-Mail:  pzobel@dmgz.com
      943 W. Sixth Avenue
      Anchorage, AK 99501
      Telephone:  907-279-9574
      Facsimile:  907-276-4231


This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 1st day of May, 2007,
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By:  /s/Cory L. Hitchcock
     Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110835 Unopposed Motion to Reset Trial-Setting Conference
Page 2 of 2