IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT,                )
                             )
            Plaintiff,       )
v.                           )
                             )
APC NATCHIQ, INC.,           )
                             )
Defendant.                   )
                             )   Case No. 3:03-CV-00174-RRB
_____)


[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO RESET TRIAL-SETTING CONFERENCE

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Reset Trial-Setting Conference, and the court having considered the unopposed request,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The trial-setting conference currently set for May 10, 2007 at 11:00 a.m. is hereby reset for the 21 day of June, 2007 at the hour of 9:00 a.m./~~p.m.~~

DATED: 5/3/07                    S/RRB
                                 _____
                                 THE HONORABLE RALPH R. BEISTLINE
                                 UNITED STATES DISTRICT COURT JUDGE

This is to certify that a true

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

6385.047 110840 - ~~Proposed~~ Order Granting Motion to Reset Conference
Page 1 of 2