IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | Case No. 3:03-CV-00174-RRB |
| ) | |

STIPULATION TO VACATE TRIAL-SETTING CONFERENCE

COMES NOW the parties and stipulate to vacate the trial-setting conference currently scheduled for June 21, 2007 for the reason that the parties have reached a settlement of this matter. Parties are currently exchanging the release and the checks and, as soon as that is completed, a pleading will be filed with the Court requesting dismissal of this matter.

DATED this 18th day of June, 2007 at Anchorage, Alaska.

LAW OFFICE OF KENNETH COVELL
Attorneys for Plaintiff, John Gilbert


By: /s/ Kenneth L. Covell
    Kenneth L. Covell
    Bar No. 8611103
    E-Mail: kcovell@gci.net
    712 8th Avenue
    Fairbanks, AK 99701
    Telephone: 907-452-4377
    Facsimile: 907-451-7802

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Stipulation to Vacate Trial-Setting Conference
Case No. 3:03-CV-00174-RRB
6385.047 112242

```
                         DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                         Attorneys for Defendant, APC Natchiq,
                         Inc.



                    By:  /s/ Patricia L. Zobel
                         Patricia L. Zobel
                         Bar No. 7906067
                         E-Mail: pzobel@dmgz.com
                         943 W. Sixth Avenue
                         Anchorage, AK 99501
                         Telephone:  907-279-9574
                         Facsimile:  907-276-4231
```

This is to certify that a true copy of the foregoing was served via electronic service and U.S. mail this 18th day of June, 2007 to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701

By:   /s/ Cory L. Hitchcock
         Cory L. Hitchcock

DeLisio Moran
Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033
(907) 279-9574

Stipulation to Vacate Trial-Setting Conference
Case No. 3:03-CV-00174-RRB
6385.047 112242
Page 2 of 2