IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| APC NATCHIQ, INC., | ) |
| | ) |
| Defendant. | ) Case No. 3:03-CV-00174-RRB |
| | ) |

STIPULATION TO VACATE TRIAL-SETTING CONFERENCE

COMES NOW the parties and stipulate to vacate the trial-setting conference currently scheduled for June 21, 2007 for the reason that the parties have reached a settlement of this matter. Parties are currently exchanging the release and the checks and, as soon as that is completed, a pleading will be filed with the Court requesting dismissal of this matter.

DATED this 18th day of June, 2007 at Anchorage, Alaska.

        LAW OFFICE OF KENNETH COVELL
        Attorneys for Plaintiff, John Gilbert


        By: /s/ Kenneth L. Covell
            Kenneth L. Covell
            Bar No. 8611103
            E-Mail: kcovell@gci.net
            712 8th Avenue
            Fairbanks, AK 99701
            Telephone: 907-452-4377
            Facsimile: 907-451-7802

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Stipulation to Vacate Trial-Setting Conference
Case No. 3:03-CV-00174-RRB
6385.047 112242

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant, APC Natchiq, Inc.


By: /s/ Patricia L. Zobel
    Patricia L. Zobel
    Bar No. 7906067
    E-Mail: pzobel@dmgz.com
    943 W. Sixth Avenue
    Anchorage, AK 99501
    Telephone: 907-279-9574
    Facsimile: 907-276-4231


This is to certify that a true copy of the foregoing was served via electronic service and U.S. mail this 18th day of June, 2007 to the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK 99701


By: /s/ Cory L. Hitchcock
    Cory L. Hitchcock

DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

Stipulation to Vacate Trial-Setting Conference
Case No. 3:03-CV-00174-RRB
6385.047 112242

Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, </br></br>    Plaintiff, </br></br> v. </br></br> APC NATCHIQ, INC., </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 3:03-CV-00174-RRB </br> ) |

[PROPOSED] ORDER VACATING TRIAL-SETTING CONFERENCE

THIS MATTER having come before the Court on the parties' Stipulation to Vacate Trial-Setting Conference, and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED. The trial-setting conference currently set for June 21, 2007 at 9:00 a.m. is hereby VACATED.

DATED: _____

                                    _____
                                    THE HONORABLE RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

(Proposed) Order Vacating Trial-Setting Conference
3:03-CV-00174-RRB
6385.047 112243

Page 1 of 2

This is to certify that a true
copy of the foregoing was served
via electronic service and U.S.
mail this 18th day of June, 2007
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By:   /s/ Cory L. Hitchcock
      Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

(Proposed) Order Vacating Trial-Setting Conference
3:03-CV-00174-RRB
6385.047 112243

Page 2 of 2