IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT, )
)
        Plaintiff, )
v. )
)
APC NATCHIQ, INC., )
)
        Defendant. )
) Case No. 3:03-CV-00174-RRB
)

~~[PROPOSED]~~ ORDER VACATING TRIAL-SETTING CONFERENCE

THIS MATTER having come before the Court on the parties' Stipulation to Vacate Trial-Setting Conference, and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED. The trial-setting conference currently set for June 21, 2007 at 9:00 a.m. is hereby VACATED.

DATED: 6/19/07

S/RRB
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

(Proposed) Order Vacating Trial-Setting Conference
3:03-CV-00174-RRB
6385.047 112243

Page 1 of 2