IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APC NATCHIQ, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:03-CV-00174-RRB |

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Defendant, APC Natchiq, Inc., and Plaintiff, John Gilbert, by and through their respective attorneys,

NOW HEREBY stipulate and agree, in accordance with a binding settlement agreement entered into by the above-mentioned parties, to dismissal of all claims asserted by and between the parties, with prejudice, each side to bear their own costs and attorney's fees.

DATED this 3rd day of July, 2007 at Anchorage, Alaska.

        LAW OFFICE OF KENNETH COVELL
        Attorneys for Plaintiff, John Gilbert

        By: /s/ Kenneth L. Covell
            Kenneth L. Covell
            Bar No. 8611103
            E-Mail: kcovell@gci.net
            712 8th Avenue
            Fairbanks, AK 99701
            Telephone: 907-452-4377
            Facsimile: 907-451-7802

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant, APC Natchiq, Inc.

By: /s/ Patricia L. Zobel
 Patricia L. Zobel
 Bar No. 7906067
 E-Mail: pzobel@dmgz.com
 943 W. Sixth Avenue
 Anchorage, AK 99501
 Telephone: 907-279-9574
 Facsimile: 907-276-4231

This is to certify that a true
copy of the foregoing was served
via electronic service and U.S.
mail this 3rd day of July, 2007
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By: /s/ Cory L. Hitchcock
 Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
———
(907) 279-9574

Stipulation for Dismissal with Prejudice
Case No. 3:03-CV-00174-RRB
6385.047 112388
Page 2 of 2