IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN GILBERT,              )
                           )
          Plaintiff,       )
v.                         )
                           )
APC NATCHIQ, INC.,         )
                           )
          Defendant.       )
                           )  Case No. 3:03-CV-00174-RRB
_____)
```

ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED with dismissal of all claims asserted in the above-captioned matter, with prejudice, each side to bear their own costs and attorney's fees.

DATED: _____          _____
                               THE HONORABLE RALPH R. BEISTLINE
                               UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Order for Dismissal with Prejudice
Case No. 3:03-CV-00174-RRB
6385.047 112431
                                     Page 1 of 2

This is to certify that a true
copy of the foregoing was served
via electronic service and U.S.
mail this 3rd day of July, 2007
on the following:

Kenneth L. Covell, Esq.
712 Eighth Avenue
Fairbanks, AK  99701


By:   /s/ Cory L. Hitchcock
       Cory L. Hitchcock

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
———
(907) 279-9574

Order for Dismissal with Prejudice
Case No. 3:03-CV-00174-RRB
6385.047 112431