IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN GILBERT, )
          Plaintiff, )
v. )
APC NATCHIQ, INC., )
          Defendant. )
) Case No. 3:03-CV-00174-RRB

ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED with dismissal of all claims asserted in the above-captioned matter, with prejudice, each side to bear their own costs and attorney's fees.

DATED: 7/5/07

S/RRB
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Order for Dismissal with Prejudice
Case No. 3:03-CV-00174-RRB
6385.047 112431
Page 1 of 2